IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

                Defendants.

## CERTIFICATE OF SERVICE

I, Leslie J. Hughes, attorney for Plaintiff Securities and Exchange Commission, certify that I caused copies of the Waiver of Service for Taj Jerry Mahabub (Dkt. # 5), and Waiver of Service for GenAudio, Inc. (Dkt. # 6) to be served on each of the defendants on October 27, 2015, by sending the documents by mail; to Andrew B. Holmes, who is counsel for Defendant Taj Jerry Mahabub; and Michael McCloskey, who is counsel for Defendants GenAudio, Inc. and Astound Holdings, Inc.

DATED:  October 27, 2015

Respectfully submitted,


s/ Leslie J. Hughes
Leslie J. Hughes (Colo. Bar No. 15043)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
Email: HughesLJ@sec.gov
Attorney for Plaintiff
Securities and Exchange Commission