IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

                v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

                Defendants.

## CERTIFICATE OF SERVICE

      I, Leslie J. Hughes, attorney for Plaintiff Securities and Exchange Commission, certify that I caused copies of the Magistrate Consent Form Pilot Program (Dkt. # 3-1) and Minute Order (No document attached) (Dkt. # 4) with "PREPARATION-FOR-R16-CONFERENCE" instructions to be served on each of the defendants on October 27, 2015, by sending the documents by mail to Andrew B. Holmes, who is counsel for Defendant Taj Jerry Mahabub; and to Michael McCloskey, who is counsel for Defendants GenAudio, Inc. and Astound Holdings, Inc.

DATED:  October 27, 2015

                              Respectfully submitted,

                              s/ Leslie J. Hughes
                              Leslie J. Hughes (Colo. Bar No. 15043)
                              Securities and Exchange Commission
                              1961 Stout Street, Suite 1700
                              Denver, CO  80294-1961
                              Telephone: (303) 844-1000
                              Fax: (303) 297-3529
                              Email: HughesLJ@sec.gov
                              Attorney for Plaintiff
                              Securities and Exchange Commission