AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-02118-CBS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Astound Holdings, Inc.
was received by me on *(date)*   11/03/2015   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Bill Bolen   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Incorp Services, Inc.
1201 N. Orange Street., Wilmington, DE 19801 @ 2:46 pm   on *(date)*   11/03/2015   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/03/2015

*Kendra L. Watson*
*Server's signature*

Kendra Watson-Process Server
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: