IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

                Defendants.

## CERTIFICATE OF SERVICE

I, Leslie J. Hughes, attorney for Plaintiff Securities and Exchange Commission, certify that I served copies of the executed Summons served upon Astound Holdings Inc. on November 3, 2015 (Dkt. # 9) upon counsel for each of the defendants on November 5, 2015, by sending the document by mail to:

    Andrew B. Holmes, Esq.
    Holmes, Taylor & Jones LLP
    617 South Olive Street, Suite 1200
    Los Angeles, CA  90014
    Attorney for Taj Jerry Mahabub

    Michael McCloskey, Esq.
    Wilson, Elser, Moskowitz, Eldelman & Dicker, LLP
    655 West Broadway, Ninth Floor
    San Diego, CA 92101
    Attorney for GenAudio, Inc.

      Jeffrey Benz, Esq.
      Benz Law
      12021 Wilshire Blvd., Ste 256
      Los Angeles, CA 90025
      Attorney for Astound Holdings Inc.

      Further, I caused copies of the Complaint (Dkt. #1), Magistrate Consent Form Pilot Program (Dkt. # 3-1) and Minute Order (No document attached) (Dkt. # 4) with "Preparation – for-R16-Conference" instructions to be served upon defendant Astound Holdings, Inc. on November 3, 2015 along with the Summons (Dkt #3), by having the process server, Parcels, Inc., delivering these documents to Astound Holdings, Inc.'s registered agent: lncorp Services, Inc., 1201 N. Orange Street., Wilmington, DE 19801 at 2:46 pm on November 3, 2015.

DATED: November 5, 2015

                                  Respectfully submitted,

                                  s/ Leslie J. Hughes
                                  Leslie J. Hughes (Colo. Bar No. 15043)
                                  Securities and Exchange Commission
                                  1961 Stout Street, Suite 1700
                                  Denver, CO  80294-1961
                                  Telephone: (303) 844-1000
                                  Fax: (303) 297-3529
                                  Email: HughesLJ@sec.gov
                                  Attorney for Plaintiff
                                  Securities and Exchange Commission