## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that Michael P. McCloskey, of Wilson Elser Moskowitz Edelman & Dicker LLP hereby enters his appearance on behalf of GenAudio, Inc., in the above-captioned action.

DATED this 24th day of November, 2015.

    Respectfully submitted,

    **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

    Signature on file at the offices of Wilson Elser Moskowitz Edelman & Dicker LLP

    By: /s/ Michael P. McCloskey
        Michael P. McCloskey (CA Bar No. 106051)
        655 West Broadway, Suite 900
        San Diego, CA  92101
        (619) 321-6200
        Michael.McCloskey@wilsonelser.com
        *Attorneys for GenAudio, Inc.*

1787563v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2015, a true and correct copy of the foregoing was filed with the Court and served via CM/ECF and mailed to the following parties of record:

Andrew B. Holmes, Esq.
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA  90014
*Attorney for Taj Jerry Mahabub*

Jeffrey G. Benz, Esq.
Benz Law
12021 Wilshire Blvd., Suite 256
Los Angeles, CA  90025
*Attorney for Astound Holdings, Inc.*

/s/  Michael P. McCloskey
Michael P. McCloskey

1787563v.1