IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,


TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

      Defendants.

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT**

      The parties hereto, plaintiff Securities and Exchange Commission ("Plaintiff") and Defendants Taj Jerry Mahabub ("Mahabub"), GenAudio, Inc. ("GenAudio") and Astound Holdings, Inc. ("Astound"), by and through their respective counsel, hereby stipulate and agree as follows:

      Pursuant to D.C. Colo. LCivR 6.1(a), the parties stipulate to a two-week extension of time for Defendants to answer the Complaint.  Accordingly, the new deadline for Defendants Mahabub and GenAudio to respond to the Complaint shall be December 8, 2015.  The new deadline for Defendant Astound to respond to the Complaint shall be December 9, 2015.


      IT IS SO STIPULATED.

1787489v.1

Dated:  November 24, 2015  SECURITIES AND EXCHANGE
COMMISSION


By:  s/  Leslie H. Hughes
     Leslie J. Hughes, Esq.
     Attorneys for Plaintiff
      SECURITIES AND EXCHANGE
     COMMISSION


**HOLMES, TAYLOR & JONES LLP**


By:  s/ Andrew B. Holmes
     Andrew B. Holmes, Esq.
     Attorneys for Defendant
     TAJ JERRY MAHABUB


**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**


By:   s/ Michael P. McCloskey
     Michael P. McCloskey, Esq.
     Attorneys for Defendant
     GENAUDIO, INC.


 **BENZ LAW**


 By:   s/ Jeffrey G. Benz
      Jeffrey G. Benz, Esq.
      Attorneys for Defendant
      ASTOUND HOLDINGS, INC.

1787489v.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, a true and correct copy of the foregoing was filed with the Court and served via CM/ECF and mailed to the following parties of record:

>Andrew B. Holmes, Esq.
>Holmes, Taylor & Jones, LLP
>617 South Olive Street, Suite 1200
>Los Angeles, CA  90014
>*Attorney for Taj Jerry Mahabub*
>
>Jeffrey G. Benz, Esq.
>Benz Law
>12021 Wilshire Blvd., Suite 256
>Los Angeles, CA  90025
>*Attorney for Astound Holdings, Inc.*

>/s/  Michael P. McCloskey
>Michael P. McCloskey

1787489v.1