## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

     Defendants.

## [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT

The parties hereto having stipulated to a two-week extension of time for Defendants to answer the Complaint, and good cause appearing, therefore it is HEREBY ORDERED that Defendants Mahabub and GenAudio, Inc. shall have until December 8, 2015 to respond to the Complaint.  Defendant Astound shall have until December 9, 2015 to respond to the Complaint.

IT IS SO ORDERED:

Dated: _____               _____
                                                              United States District Court Judge