IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,
              Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

              Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: <u>Plaintiff, Securities and Exchange Commission</u>.

DATED at Denver, Colorado this 7th day of December, 2015.

                        Respectfully submitted,

                        *s/ Danielle R. Voorhees*
                        Leslie J. Hughes (Colo. Bar No. 15043)
                        Danielle R. Voorhees (Colo. Bar No. 35929)
                        Securities and Exchange Commission
                        1961 Stout Street, Suite 1700
                        Denver, CO 80294-1961
                        Telephone: (303) 844-1000
                        Fax: (303) 297-3529
                        Email: HughesLJ@sec.gov
                        Email: VoorheesD@sec.gov
                        Attorney for Plaintiff
                        Securities and Exchange Commission

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following email addresses:

    Michael P. McCloskey
    Michael.McCloskey@wilsonelser.com
    *Attorney for GenAudio, Inc.*

and I hereby certify that I have served the document to the following via mail and email:

    Andrew B. Holmes, Esq.
    Holmes, Taylor & Jones LLP
    617 South Olive Street, Suite 1200
    Los Angeles, CA  90014-1633
    abholmes@htjlaw.com
    *Attorney for Taj Jerry Mahabub*

    Michael McCloskey, Esq.
    David J. Aveni, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    655 West Broadway, Suite 900
    San Diego, CA 92101-8484
    David.Aveni@wilsonelser.com
    Michael.McCloskey@wilsonelser.com
    *Attorneys for GenAudio, Inc.*

    Jeffrey Benz, Esq.
    Benz Law
    12021 Wilshire Blvd., Suite 256
    Los Angeles, CA 90025-1206
    JeffreyBenz@gmail.com
    *Attorney for Astound Holdings Inc.*

    *s/ Danielle R. Voorhees*
    Danielle R. Voorhees