IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

              v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

              Defendants.

---

**CONSENT FORM PURSUANT TO PILOT PROGRAM TO IMPLEMENT THE DIRECT ASSIGNMENT OF CIVIL CASES TO FULL TIME MAGISTRATE JUDGES**

---

      Under 28 U.S.C. § 636(c) and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges:

      Counsel for Plaintiff Securities and Exchange Commission has conferred with counsel for the Defendants and at least one party in this civil action **DOES NOT CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Dated: December 11, 2015.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/ Danielle R. Voorhees*
　　　　　　　　　　　　　　　　　　Leslie J. Hughes (Colo. Bar No. 15043)
　　　　　　　　　　　　　　　　　　Danielle R. Voorhees (Colo. Bar No. 35929)
　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　1961 Stout Street, Suite 1700
　　　　　　　　　　　　　　　　　　Denver, CO  80294-1961
　　　　　　　　　　　　　　　　　　Telephone: (303) 844-1000
　　　　　　　　　　　　　　　　　　Fax: (303) 297-3529
　　　　　　　　　　　　　　　　　　Email: HughesLJ@sec.gov
　　　　　　　　　　　　　　　　　　Email: VoorheesD@sec.gov
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following email addresses:

    Michael P. McCloskey, Esq.
    Michael.McCloskey@wilsonelser.com
    david.aveni@wilsonelser.com,
    shannon.deissig@wilsonelser.com
    *Attorney for GenAudio, Inc.*

    Andrew B. Holmes, Esq.
    abholmes@htjlaw.com
    abholmesesq@gmail.com
    *Attorney for Taj Jerry Mahabub*

and I hereby certify that I have served the document to the following via mail and email:

    Jeffrey Benz, Esq.
    Benz Law
    12021 Wilshire Blvd., Suite 256
    Los Angeles, CA 90025-1206
    JeffreyBenz@gmail.com
    *Attorney for Astound Holdings Inc.*

                                          *s/Elinor E. Blomgren*
                                          Elinor E. Blomgren