**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**                                                        TELEPHONE:  (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE                     TELECOPIER:  (303)335-2178

# M E M O R A N D U M

**TO:**      Jeffrey P. Colwell, Clerk
             Attn: Senior Judge Team

**FROM:**    Judge Wiley Y. Daniel

**DATE:**    December 16, 2015

**RE:**      Civil Action No. **15-cv-02118-WYD-CBS**
             **SECURITIES AND EXCHANGE COMMISSION v. TAJ JERRY MAHABUB, GENAUDIO, INC., and ASTOUND HOLDINGS, INC.**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.