IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,
              Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

              Defendants.

---

**MOTION FOR CLERK'S ENTRY OF DEFAULT
AGAINST ASTOUND HOLDINGS, INC.**

---

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Clerk of the Court enter default against relief defendant Astound Holdings, Inc. ("Astound Holdings"), pursuant to Fed. R. Civ. P. 55(a).

As grounds for the entry of default, counsel for the SEC represents that the SEC filed the complaint in this matter on September 25, 2015.  [Docket No. 1]  The SEC served the summons and complaint upon Astound Holdings on November 3, 2015 and filed the affidavit of service on November 4, 2015.  [Docket No. 9]  On November 24, 2015, the parties stipulated that Astound Holdings would be granted a two-week extension of time to respond to the complaint, rendering Astound Holding's response due on December 9, 2015.  [Docket No. 12]  On December 8, 2015, counsel for Astound Holdings emailed counsel for the SEC, requesting an additional extension until

December 11, 2015.  Counsel for the SEC stated that the SEC would not oppose the extension; however, Astound Holdings never filed a motion requesting the additional extension.  On December 15, 2015, counsel for the SEC sent an email to counsel for Astound Holdings stating that if Astound Holding's response to the complaint was not submitted by Friday, December 18, 2015, the SEC would move for default.  No answer or responsive pleading was filed in response to the complaint.  <u>See</u> attached declaration of Danielle R. Voorhees, counsel for the SEC.

Therefore, the SEC respectfully requests that the Clerk of the Court enter default against Astound Holdings.  The SEC will file a separate motion seeking entry of a default judgment by the Court pursuant to Fed. R. Civ. P. 55(b)(2).


DATED:  December 22, 2015

Respectfully submitted,


<u>s/ Danielle R. Voorhees</u>
Leslie J. Hughes (Colo. Bar No. 15043)
Danielle R. Voorhees (Colo. Bar No. 35929)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
Email: HughesLJ@sec.gov
Email: VoorheesD@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, I electronically filed the foregoing Motion For Clerk's Entry of Default, Declaration of Danielle R. Voorhees, and proposed Clerk's Entry of Default with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following email addresses:

>Michael P. McCloskey, Esq.
>Michael.McCloskey@wilsonelser.com
>david.aveni@wilsonelser.com,
>shannon.deissig@wilsonelser.com
>*Attorney for GenAudio, Inc.*

>Andrew B. Holmes, Esq.
>abholmes@htjlaw.com
>abholmesesq@gmail.com
>*Attorney for Taj Jerry Mahabub*

and I hereby certify that I have served the document to the following via mail and email:

>Jeffrey Benz, Esq.
>Benz Law
>12021 Wilshire Blvd., Suite 256
>Los Angeles, CA 90025-1206
>JeffreyBenz@gmail.com
>*Attorney for Astound Holdings Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren

3