IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

         v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

              Defendants.

---

**DECLARATION OF DANIELLE R. VOORHEES IN SUPPORT OF MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST ASTOUND HOLDINGS, INC.**

---

I, Danielle R. Voorhees, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am over the age of eighteen years.  I am an attorney that represents the Plaintiff Securities and Exchange Commission ("SEC") in this civil litigation.  I have personal knowledge of the facts set forth in this declaration.

2. The SEC filed the complaint in this matter on September 25, 2015.  [Docket No. 1]

3. On November 3, 2015, the SEC served the summons and complaint upon Astound Holdings, Inc.  The SEC filed the affidavit of service on November 4, 2015.  [Docket No. 9]

4. On November 24, 2015, the parties stipulated that Astound Holdings would be granted a two-week extension of time to respond to the complaint, rendering Astound Holding's response due on December 9, 2015. [Docket No. 12]

5. On December 8, 2015, counsel for Astound Holdings emailed Leslie Hughes and me, requesting an additional extension until December 11, 2015. Ms. Hughes advised that the SEC would not oppose the extension. However, Astound Holdings never filed a motion requesting the additional extension.

6. On December 15, 2015, I sent an email to counsel for Astound Holdings stating that if Astound Holding's response to the complaint was not filed by Friday, December 18, 2015, the SEC would move for default. I did not receive a response to the email or a response to the complaint.

7. On December 22, 2015 at approximately 10:30 a.m., I reviewed the court's docket sheet, which showed that Astound Holdings Inc. has not filed or served an answer or responsive pleading.

8. Astound Holdings, Inc. is not a minor, incompetent, or serving in the military.

Executed on December 22, 2015, in Denver, Colorado.

Respectfully submitted,

s/ Danielle R. Voorhees
Danielle R. Voorhees
Colo. Bar No. 35929

Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Email: VoorheesD@sec.gov
*Counsel for Plaintiff*
*Securities and Exchange Commission*