IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,
         Plaintiff,

         v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

         Defendants.

**CLERK'S ENTRY OF DEFAULT**
**AGAINST ASTOUND HOLDINGS, INC.**

Pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court enters default against defendant Astound Holdings, Inc. for failure to file an answer or other responsive pleading with this Court. The plaintiff Securities and Exchange Commission filed the complaint in this matter on September 25, 2015. [Docket No. 1] The SEC served the summons and complaint upon Astound Holdings Inc. on November 3, 2015 and filed the affidavit of service on November 4, 2015. [Docket No. 9]. On November 24, 2015, the parties stipulated that Astound Holdings would be granted a two-week extension of time to respond to the complaint, rendering Astound Holding's response due on December 9, 2015. [Docket No. 12] No answer or responsive pleading was filed in response to the complaint as required by Fed. R. Civ. P. 12(a)(1)(A).

2

The Clerk of the Court hereby enters default against Astound Holdings Inc.

Entered this _____ day of_____, 201__.


_____
Clerk of the Court
United States District Court