## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

---

### DEFENDANT GENAUDIO, INC.'S UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE

---

Attorney Michael P. McCloskey, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, counsel for Defendant GenAudio, Inc. in the above-captioned matter, is located in San Diego, California and respectfully requests to participate in the Initial Scheduling Conference by telephone. Defendant conferred with Plaintiff's counsel and Co-Defendant's counsel, and there is no opposition to the Motion. The Initial Scheduling Conference in this matter is set for January 8, 2016 at 9:00 a.m.

Dated: December 31, 2015        **WILSON, ELSER, MOSKOWITZ,
                                                                  EDELMAN & DICKER LLP**

                                                                                           By:
                                                                                               Michael P. McCloskey, Esq.
                                                                                               Attorneys for Defendant
                                                                                               GENAUDIO, INC.

1791123v.2

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2015, a true and correct copy of the foregoing was filed with the Court and served via CM/ECF to all counsel of record.

s/ Michael P. McCloskey  
Michael P. McCloskey

1791123v.2