IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE

Defendant's Unopposed Motion for Telephonic Appearance at the Initial Scheduling Conference set for January 8, 2016 at 9:00 a.m. is GRANTED: Counsel Michael P. McCloskey may participate in the Initial Scheduling Conference by telephone. Counsel shall contact the Clerk of Court five (5) minutes prior to the time for the conference to be timely added to the Conference.

IT IS SO ORDERED:

Dated: _____

                                              Magistrate Judge Craig B. Shaffer

1791128v.1