# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,


TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

---

### DEFENDANT TAJ JERRY MAHABUB'S UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE

---

    Attorney Andrew B. Holmes, Esq. of Holmes, Taylor & Jones LLP, counsel for Defendant Taj Jerry Mahabub in the above-captioned matter, is located in Los Angeles, California and respectfully requests to participate in the Initial Scheduling Conference by telephone.  Defendant conferred with Plaintiff's counsel and Co-Defendant's counsel, and there is no opposition to the Motion.  The Initial Scheduling Conference in this matter is set for January 8, 2016 at 9:00 a.m.

Dated:  January 4, 2015        **HOLMES, TAYLOR & JONES LLP**

                              By:    /s/ Andrew B. Holmes
                                     Andrew B. Holmes, Esq.
                                     Attorneys for Defendant
                                     TAJ JERRY MAHABUB