## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

---

### [PROPOSED] ORDER GRANTING DEFENDANT TAJ JERRY MAHABUB'S UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE

---

    Defendant Taj Jerry Mahabub's Unopposed Motion for Telephonic Appearance at the Initial Scheduling Conference set for January 8, 2016 at 9:00 a.m. is GRANTED: Counsel Andrew B. Holmes may participate in the Initial Scheduling Conference by telephone. Counsel shall contact the Clerk of Court five (5) minutes prior to the time for the conference to be timely added to the Conference.

IT IS SO ORDERED:

Dated: January ____, 2016              _____
                                                  Magistrate Judge Craig B. Shaffer