IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,
               Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

               Defendants.

**NOTICE OF SERVICE OF PLAINTIFF'S DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Plaintiff Securities and Exchange Commission hereby provides notice that on January 15, 2016, copies of Plaintiff's Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were served on counsel for each Defendant via mail and e-mail at the addresses below.

Andrew B. Holmes
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Email: abholmes@htjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
Wilson Elser Moskowitz Edelman & Dicker LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Email:  Michael.McCloskey@wilsonelser.com
*Attorney for Defendant GenAudio, Inc.*

Jeffrey G. Benz
Benz Law
12021 Wilshire Boulevard, Suite 256
Los Angeles, CA 90025
Email:  JeffreyBenz@gmail.com
*Attorney for Defendant Astound Holdings, Inc.*

Respectfully submitted January 15, 2016


s/ Danielle R. Voorhees
Leslie J. Hughes (Colo. Bar No. 15043)
Danielle R. Voorhees (Colo. Bar No. 35929)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
Email: HughesLJ@sec.gov
          VoorheesD@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following email addresses:

Michael P. McCloskey, Esq.
Michael.McCloskey@wilsonelser.com
david.aveni@wilsonelser.com,
shannon.deissig@wilsonelser.com
*Attorney for GenAudio, Inc.*


Andrew B. Holmes, Esq.
abholmes@htjlaw.com
abholmesesq@gmail.com
*Attorney for Taj Jerry Mahabub*

                                                      *s/ Elinor E. Blomgren*
                                                      Elinor E. Blomgren