IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and ASTOUND HOLDINGS, INC.,

      Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE FOR COUNSEL FOR DEFENDANT ASTOUND HOLDINGS, INC.**

Notice is hereby given that Jeffrey G. Benz, Esq., of the law firm Benz Law Group, as designated below, appears on behalf of and for Defendant Astound Holdings, Inc. in the above-captioned action.

Dated:  January 21, 2016.

                By:  /s Jeffrey G. Benz
                Jeffrey G. Benz (CO SBN 29616)
                BENZ LAW GROUP
                12021 Wilshire Blvd., Ste. 256
                Los Angeles, CA 90025
                Telephone:  (310)570-2774
                Fax:  (310)975-1214
                Email:  jeffreybenz@gmail.com
                Attorneys for Defendant
                ASTOUND HOLDINGS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2016, a true and correct copy of the foregoing was filed with the Court and served via CM/ECF to the following parties of record:

>Leslie Hughes, Esq.
>Danielle R. Voorhees, Esq.
>U.S. SECURITIES AND EXCHANGE COMMISSION
>Denver Regional Office
>Byron G. Rogers Federal Building
>1961 Stout Street, Suite 1700
>Denver, Colorado 80294
>*Attorneys for Plaintiff U.S. Securities and Exchange Commission*
>
>Andrew B. Holmes, Esq.
>HOLMES, TAYLOR & JONES LLP
>The Oviatt Building
>617 South Olive Street, Suite 1200
>Los Angeles, CA 90014
>*Attorney for Defendant Taj Jerry Mahabub*
>
>Michael P. McCloskey, Esq.
>WILSON, ELSER, MOSKOWITZ,
>EDELMAN & DICKER, LLP
>655 West Broadway, Suite 900
>San Diego, CA 92101
>*Attorney for Defendant GenAudio, Inc.*
>
>.

>/s  Jeffrey G. Benz
>Jeffrey G. Benz