IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-02118-WJM-CBS           Date: January 21, 2016
Courtroom Deputy: Amanda Montoya            FTR – Reporter Deck-Courtroom A402

*Parties:*                                  *Counsel:*

SECURITIES & EXCHANGE COMMISSION,           Leslie Hughes
                                            Danielle Voorhees

Plaintiff,

v.

TAJ JERRY MAHABUB, *et al.,*                Andrew Holmes (by phone)
                                            Michael McCloskey (by phone)
                                            Jeffrey Benz (by phone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:59 a.m.**
Court calls case. Appearances of counsel.

Mr. Benz intends to file a motion to vacate the Clerk's Entry of Default against Astound Holdings, Inc.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **15** depositions.
Depositions shall not exceed **7** hours without prior agreement or absent leave of court.
Each party shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings: **February 22, 2016**
Discovery Cut-off: **September 9, 2016**
A Scheduling Order will not be entered at this time.

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

To the extent parties need a Protective Order, that Protective Order shall be in place before discovery responses are due.

**ORDERED:**   A Telephone Status Conference is set for **May 26, 2016 at 10:00 a.m.**  At the conference the parties will discuss what additional discovery the parties contemplate, what issues the parties anticipate may be appropriate for resolution under Rule 56, the timing and necessity of expert disclosures, set expert deadlines if needed, and to set a dispositive motion deadline if needed.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Parties intend on participating in alternative dispute resolution by the end of April.

Discussion regarding vacating the Clerk's Entry of Default and Astound filing an answer.  The Plaintiff will move to vacate the default.

Hearing concluded.

**Court in recess: 11:36 a.m.**
Total time in court:     00:37

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.