IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

## UNOPPOSED MOTION TO VACATE DEFAULT ENTERED AGAINST ASTOUND HOLDINGS INC

Plaintiff Securities and Exchange Commission files this unopposed motion to vacate the default against defendant Astound Holdings Inc. entered on December 23, 2015. [Dkt No. 22.] As grounds for this request, Jeffrey Benz entered his appearance on January 21, 2016 on behalf of Astound Holdings Inc. [Dkt No. 31], and represented at the scheduling conference today that he intends to file an Answer on behalf of Astound Holdings, Inc. once the default is vacated.

As required by D.C.COLO.LCivR 7.1(a), counsel for the SEC conferred with defense counsel during the scheduling conference today and advised them of its intention to file this motion, to which they do not oppose.

1

DATED: January 21, 2016

<u>s/ Leslie J. Hughes</u>
Leslie J. Hughes, Trial Counsel (Colo. Bar No. 15043)
Danielle R. Voorhees, Trial Counsel
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
Email: HughesLJ@sec.gov
Email: VoorheesD@sec.gov
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following email addresses:

Michael P. McCloskey, Esq.
Michael.McCloskey@wilsonelser.com
david.aveni@wilsonelser.com,
shannon.deissig@wilsonelser.com
*Attorney for GenAudio, Inc.*

Andrew B. Holmes, Esq.
abholmes@htjlaw.com
abholmesesq@gmail.com
*Attorney for Taj Jerry Mahabub*

Jeffrey George Benz
jeffreybenz@gmail.com
jbenz@umich.edu
*Attorney for Astound Holdings Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren
