IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

## ORDER VACATING DEFAULT
## ENTERED AGAINST ASTOUND HOLDINGS INC

This matter came before the Court upon the Plaintiff Securities and Exchange Commission's unopposed motion requesting that the Court vacate the default entered against defendant Astound Holdings Inc. on December 23, 2015. [Dkt No. 22.]  As grounds for this request, Plaintiff states that attorney Jeffrey Benz entered his appearance on January 21, 2016 on behalf of Astound Holdings Inc. [Dkt No. 31], and Mr. Benz represented at the scheduling conference held on January 21, 2016 that he intends to file an Answer on behalf of Astound Holdings, Inc. once the default is vacated.

The Motion to vacate the default entered against Astound Holding is GRANTED.

DATED at Denver, Colorado this ___ day of 2016.

BY THE COURT:

_____
United States District Judge

2