**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

      Defendants.

---

**DEFENDANT ASTOUND HOLDINGS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

---

Defendant Astound Holdings, Inc. ("Astound") hereby answers the Complaint ("Complaint") of Plaintiff Securities and Exchange Commission ("Plaintiff") asserted against Astound, Taj Jerry Mahabub ("Mahabub") and GenAudio, Inc. ("GenAudio") by denying all allegations set forth in the Complaint not specifically admitted herein, and otherwise responds as follows:

## SUMMARY OF THE ACTION

1.      Answering Paragraph 1 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

2.      Answering Paragraph 2 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

3.      Answering Paragraph 3 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

4.      Answering Paragraph 4 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

5.      Answering Paragraph 5 of the Complaint, Astound denies all allegations.

<strong><u>ANSWER TO "SUMMARY OF VIOLATIONS"</u></strong>

6.      Paragraph 6 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

7.      Paragraph 7 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

8.      Paragraph 8 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

9.      Paragraph 9 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

10.     Paragraph 10 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

11.     Paragraph 11 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

## JURISDICTION AND VENUE

12.     Paragraph 12 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

13.     Paragraph 13 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

14.     Paragraph 14 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

15.     Answering Paragraph 15 of the Complaint, Astound admits that Astound maintains its principal place of business in Centennial, Colorado.  The remaining allegations of Paragraph 15 of the Complaint state legal conclusions to which no response is required.  To the extent a response is required, Astound denies the remaining allegations set forth in this paragraph of the Complaint.

16.     Answering Paragraph 16 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

17.     Answering Paragraph 17 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

## DEFENDANTS

18.     Answering Paragraph 18 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

19.     Answering Paragraph 19 of the Complaint, Astound admits that since approximately October 2014, GenAudio has been the sole owner of the common stock of Astound. Except as otherwise expressly admitted, Astound denies the remaining allegations in Paragraph 19 because Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations.

20.     Answering Paragraph 20 of the Complaint, Astound admits Astound is a Delaware Corporation with its principal place of business in Centennial, Colorado, and that Astound was formed in late 2014 to create a new entity with no then-existing shareholders that could more easily receive investment in GenAudio's products and technology.  In exchange for its equity, Astound was to receive several million dollars in GenAudio debt and the rights to GenAudio's technology, although neither of these transfers has taken place.  Astound further admits Mahabub is Astound sole director and the only holder of its preferred stock, and that Astound has not registered an offering of securities under the Securities Act or a class of securities under the Exchange Act.   Astound was not formed until long after the conduct alleged in this Complaint.  Except as otherwise expressly admitted, Astound denies the remaining allegations in Paragraph 20, in part because Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations.

## FACTS

21.      Answering Paragraph 21 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

22.      Answering Paragraph 22 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

23.      Answering Paragraph 23 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

24.      Answering Paragraph 24 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

25.      Answering Paragraph 25 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

26.      Answering Paragraph 26 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

27.      Answering Paragraph 27 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

28.      Answering Paragraph 28 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

29.     Answering Paragraph 29 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

30.     Answering Paragraph 30 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

31.     Answering Paragraph 31 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

32.     Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

33.     Answering Paragraph 33 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

34.     Answering Paragraph 34 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

35.     Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

36.     Answering Paragraph 36 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

37.     Answering Paragraph 37 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

38.     Answering Paragraph 38 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

39.     Answering Paragraph 39 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

40.     Paragraph 40 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

41.     Paragraph 41 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

42.     Answering Paragraph 42 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

43.     Answering Paragraph 43 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

44.     Paragraph 44 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

45.     Answering Paragraph 45 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

46.     Answering Paragraph 46 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

47.     Answering Paragraph 42 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

48.     Answering Paragraph 48 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

49.     Paragraph 49 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

50.     Answering Paragraph 50 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

51.     Answering Paragraph 51 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

52.     Answering Paragraph 52 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

53.     Answering Paragraph 53 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

54.     Answering Paragraph 54 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

55.     Answering Paragraph 55 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

56.     Answering Paragraph 56 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

57.     Answering Paragraph 57 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

58.     Answering Paragraph 58 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

59.     Paragraph 59 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

60.     Answering Paragraph 60 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

61.     Paragraph 61 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

62.     Answering Paragraph 62 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

63.     Answering Paragraph 63 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

64.     Paragraph 64 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

65.     Paragraph 65 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information

sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

66.     Paragraph 66 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

67.     Answering Paragraph 67 of the Complaint, the referenced document speaks for itself, and thus no response is required regarding the contents of this document.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

68.     Answering Paragraph 68 of the complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

69.     Answering Paragraph 69 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

70.     Answering Paragraph 70 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

71.     Answering Paragraph 71 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

72.     Answering Paragraph 72 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

73.     Answering Paragraph 73 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

74.     Paragraph 74 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

75.     Answering Paragraph 75 of the Complaint, the referenced document speaks for itself, and thus no response is required regarding the contents of this document.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

76.     Answering Paragraph 76 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

77.     Paragraph 77 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

78.     Answering Paragraph 78 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

79.     Answering Paragraph 79 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and denies such allegations on that basis.

80.     Answering Paragraph 80 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

81.     Answering Paragraph 81 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

82.     Answering Paragraph 82 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

83.     Answering Paragraph 83 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

84.     Answering Paragraph 84 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

85.     Answering Paragraph 85 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

86.     Answering Paragraph 86 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

87.     Answering Paragraph 87 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

88.     Paragraph 88 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

89.     Answering Paragraph 89 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

90.     Answering Paragraph 90 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

91.     Answering Paragraph 91 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

92.     Paragraph 92 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

93.     Answering Paragraph 93 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

94.     Answering Paragraph 94 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

95.     Answering Paragraph 95 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

96.     Answering Paragraph 96 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

97.     Answering Paragraph 97 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

98.     Answering Paragraph 98 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

99.     Answering Paragraph 99 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

100.    Paragraph 100 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

101.    Answering Paragraph 101 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and denies such allegations on that basis.

102.    Paragraph 102 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

103.    Answering Paragraph 103 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

104.    Answering Paragraph 104 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

105.    Answering Paragraph 105 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

106.    Answering Paragraph 106 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

107.    Answering Paragraph 107 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

108.    Paragraph 108 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information

sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

109.    Answering Paragraph 109 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

110.    Answering Paragraph 110 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

111.    Answering Paragraph 111 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

112.    Answering Paragraph 112 of the Complaint, Mahabub lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and denies such allegations on that basis.

113.    Answering Paragraph 113 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

114.    Answering Paragraph 114 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

115.    Answering Paragraph 115 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

116.    Paragraph 116 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

117.    Paragraph 117 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

118.    Answering Paragraph 118 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

119.    Answering Paragraph 119 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

120.    Answering Paragraph 120 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

121.    Answering Paragraph 121 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

122.    Answering Paragraph 122 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

123.    Answering Paragraph 123 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

124.    Answering Paragraph 124 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

125.    Answering Paragraph 125 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

126.    Paragraph 126 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

127.    Paragraph 127 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

128.    Answering Paragraph 128 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

129.    Answering Paragraph 129 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

130.     Answering Paragraph 130 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

131.     Answering Paragraph 131 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

132.     Answering Paragraph 132 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

133.     Answering Paragraph 133 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and denies such allegations on that basis.

134.     Answering Paragraph 134 of the Complaint, the allegations in this paragraph state legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

135.     Answering Paragraph 135 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

136.     Answering Paragraph 136 of the Complaint, Mahabub lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and denies such allegations on that basis.

137.     Answering Paragraph 137 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

138.     Answering Paragraph 138 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

139.     Answering Paragraph 139 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

140.     Astound admits in or about September 2014, GenAudio held a special meeting of stockholders to approve the creation of Astound, as a new entity with no then-existing shareholders that could more easily receive investment in GenAudio's products and technology. In exchange for its equity, Astound was to receive GenAudio's technology and several million dollars in GenAudio debt, although to date, neither of these transfers has taken place.  Astound further admits the shareholders of GenAudio approved of the incorporation of Astound, Astound's proposed bylaws, GenAudio's transfer of its technology to Astound, the transfer of debt to Astound except funds owed to shareholders pursuant to put rights and debentures, and receipt by GenAudio of 10 million shares of Astound common stock.  Except as otherwise expressly admitted, Astound denies the remaining allegations in Paragraph 140.

141.     Answering Paragraph 141, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

142.     Astound admits that putting aside GenAudio and Mahabub, currently there are no other shareholders of Astound stock.  Except as otherwise expressly admitted, Astound denies

the remaining allegations in Paragraph 142, in part because Astound lacks knowledge or information sufficient to form a belief as to the truth of certain of such allegations.

143.     Astound admits the allegations of fact set forth in Paragraph 143 of the Complaint.

144.     Astound denies the allegations of fact set forth in Paragraph 144 of the Complaint.

145.     Answering Paragraph 145 of the Complaint, Astound admits under Astound's bylaws, GenAudio is a shareholder entitled to vote its 10 million shares of Astound stock, and that Mahabub has the authority to determine those votes.  Astound further admits Mahabub is Astound's CEO and sole director, and that he controls Astound. Except as otherwise expressly admitted, Astound denies the remaining allegations in Paragraph 145, in part because Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations.

146.     Answering Paragraph 146 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and denies such allegations on that basis.

147.     Answering Paragraph 147 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis

148.     Answering Paragraph 148 of the Complaint, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

149.     Paragraph 149 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

## FIRST CLAIM FOR RELIEF

150.     Answering Paragraph 150 of the Complaint, Astound repeats and incorporates by reference its responses to Paragraphs 1 through 149 of the Complaint as if set forth fully herein.

151.     Paragraph 151 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

152.     Paragraph 151 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

## SECOND CLAIM FOR RELIEF

153.     Answering Paragraph 153 of the Complaint, Astound repeats and incorporates by reference its responses to Paragraphs 1 through 149 of the Complaint as if set forth fully herein.

154.     Paragraph 154 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

155.     Paragraph 155 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

156.     Paragraph 156 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

## THIRD CLAIM FOR RELIEF

157.     Answering Paragraph 157 of the Complaint, Astound repeats and incorporates by reference its responses to Paragraphs 1 through 149 of the Complaint as if set forth fully herein.

158.     Paragraph 158 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

159.     Paragraph 159 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

## FOURTH CLAIM FOR RELIEF

160.     Answering Paragraph 160 of the Complaint, Astound repeats and incorporates by reference its responses to Paragraphs 1 through 149 of the Complaint as if set forth fully herein.

161.     Paragraph 161 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

162.     Paragraph 162 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

## FIFTH CLAIM FOR RELIEF

163.     Answering Paragraph 163 of the Complaint, Astound repeats and incorporates by reference its responses to Paragraphs 1 through 149 of the Complaint as if set forth fully herein.

164.     Paragraph 164 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

165.     Paragraph 165 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

166.     Paragraph 166 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

## SIXTH CLAIM FOR RELIEF

167.     Answering Paragraph 167 of the Complaint, Astound repeats and incorporates by reference its responses to Paragraphs 1 through 149 of the Complaint as if set forth fully herein.

168.     Paragraph 168 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

169.     Paragraph 169 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

170.     Paragraph 170 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

171.    Paragraph 171 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

172.    Paragraph 172 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

## SEVENTH CLAIM FOR RELIEF

173.    Answering Paragraph 173 of the Complaint, Astound repeats and incorporates by reference its responses to Paragraphs 1 through 149 of the Complaint as if set forth fully herein.

174.    Paragraph 174 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

175.    Paragraph 175 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

176.    Paragraph 176 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

177.     Paragraph 177 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and denies such allegations on that basis.

## EIGHTH CLAIM FOR RELIEF

178.     Answering Paragraph 178 of the Complaint, Mahabub repeats and incorporates by reference its responses to Paragraphs 1 through 149 of the Complaint as if set forth fully herein.

179.     Paragraph 179 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

180.     Paragraph 180 of the Complaint states legal conclusions to which no response is required.  To the extent a response is required, Astound denies the allegations set forth in this paragraph of the Complaint.

## AFFIRMATIVE DEFENSES

Astound hereby asserts the following separate and distinct affirmative defenses to the Complaint and to each and every cause of action contained therein:

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Cause of Action)**

The Complaint, and each and every purported cause of action and or relief set forth therein, fails to state facts sufficient to constitute a cause of action against Astound.

### SECOND AFFIRMATIVE DEFENSE
**(Bespeaks Caution)**

The alleged false statements and omissions were forward looking statements that are rendered non-actionable under the bespeaks caution doctrine and/or are protected by statutory and administrative safe harbor protections and similar protections.

### THIRD AFFIRMATIVE DEFENSE
**(Exemption from Registration)**

The transactions at issue herein were exempt from registration under the Securities Act of 1933, and the rules and regulations promulgated by the United States Congress and the United States Securities and Exchange Commission, including under Section 4(2), 15 U.S.C. § 77d(2), of the Securities Act, and Rule 506, 17 C.F.R. § 230.506, of Regulation D, promulgated by the Securities and Exchange Commission.

### FOURTH AFFIRMATIVE DEFENSE
**(Rule 508 Safe Harbor)**

The transactions at issue are covered under the safe harbor provisions of Rule 508, 17 C.F.R. § 230.506, of Regulation D, promulgated by the Securities and Exchange Commission.

### FIFTH AFFIRMATIVE DEFENSE
**(Statute of Limitations)**

The claims and causes of action alleged against Astound are barred by the applicable statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE
**(Laches, Estoppel, and Waiver)**

The claims and causes of action alleged against Astound are barred by the equitable doctrines of laches, estoppel, and waiver.

### PRAYER FOR RELIEF

WHEREFORE, Astound prays as follows:

1.      That Plaintiff take nothing by way of its Complaint;

2.      That the Complaint be dismissed with prejudice;

3.      That Astound be awarded its costs of suit incurred in the defense of this action, including reasonable attorney's fees pursuant to the Equal Access to Justice Act (or as otherwise authorized by law); and

    4.      That the Court grant to Astound such other and further relief as the Court deems just and proper.

## JURY DEMAND

    Astound demands trial to a jury on all issues so triable.

 Dated:  February 5, 2016

                      By: _/s/ Jeffrey G. Benz_____
                      Jeffrey G. Benz (CO SBN 29616)
                      BENZ LAW GROUP
                      12021 Wilshire Blvd., Ste. 256
                      Los Angeles, CA 90025
                      Telephone:  (310)570-2774
                      Fax:  (310)975-1214
                      Email:  jeffreybenz@gmail.com
                      Attorneys for Defendant
                      ASTOUND HOLDINGS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, a true and correct copy of the foregoing was filed with the Court and served via CM/ECF:

Leslie Hughes, Esq.
Danielle R. Voorhees, Esq.
U.S. SECURITIES AND EXCHANGE COMMISSION
Denver Regional Office
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294
*Attorneys for Plaintiff U.S. Securities and Exchange Commission*

Andrew B. Holmes, Esq.
HOLMES, TAYLOR & JONES LLP
The Oviatt Building
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
655 West Broadway, Suite 900
San Diego, CA 92101
*Attorney for Defendant GenAudio, Inc.*

.

/s/ Jeffrey G. Benz
Jeffrey G. Benz

ANSWER