IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02118-WJM-CBS | Date: May 26, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*　　　　　　　　　　　　　　　　*Counsel:*

SECURITIES & EXCHANGE COMMISSION,　　Leslie Hughes
　　　　　　　　　　　　　　　　　　　　　Danielle Voorhees

Plaintiff,

v.

TAJ JERRY MAHABUB, *et al.,*　　　　　　　Andrew Holmes
　　　　　　　　　　　　　　　　　　　　　David Aveni
　　　　　　　　　　　　　　　　　　　　　Jeffrey Benz

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 10:02 a.m.**
Court calls case. Appearances of counsel.

Ms. Voorhees advises that the Plaintiff has served written discovery, the FDC has produced the file to the defendants, the Plaintiff anticipates taking depositions, and the Plaintiff anticipates filing a motion for summary judgment on all claims.

Defense counsel anticipates taking depositions and are in the process of reviewing documents provided from the SEC. Defense counsel asks the court for an extension of deadlines. Mr. Holmes anticipates sending third party subpoenas.

**ORDERED:** Counsel shall submit a Joint Status Report by **June 9, 2016** indicating that third party subpoenas for records have been sent, what the response dates for the subpoenas are, a complete list of the SEC and defendant deponents and what dates have been locked in for those depositions, a decision on whether expert discovery is needed, and a proposed deadline extension for the discovery and dispositive motion deadlines.

Hearing Concluded.　**Court in recess: 10:28 a.m.**　Time in court: 00:26
To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.