IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

## SEC STATUS REPORT ON DISCOVERY

In response to the Court's Order on May 26, 2016, the Plaintiff Securities and Exchange Commission (SEC), and Defendants GenAudio Inc., Astound Holdings, Inc., and Taj Jerry Mahabub submit this joint status report on discovery.

The SEC has noticed the following depositions:

| Name | Location | Date |
| --- | --- | --- |
| James T. Devine | Denver | July 19, 2016 |
| Jim Wei-King Mattos | San Francisco | July 22, 2016 |
| Astound Holdings | Los Angeles | August 4, 2016 |
| Taj Jerry Mahabub | Los Angeles | August 5, 2016 |
| C. Ben Huber | Denver | August 12, 2016 |

1

The SEC plans to issue subpoenas to the following third parties:

    Wells Fargo Bank for bank records of GenAudio, Mahabub and Astound

    US Bank for bank records of Mahabub

    Bank of the West for bank records of Astound

The SEC does not plan to present expert testimony.

The SEC proposes that discovery conclude by October 29, 2016 and dispositive motion be filed by November 18, responses by December 2, and replies by December 9, 2016.

I spoke with David Aveni, counsel for GenAudio who is coordinating the defendants response to the Court's request for this discovery report. He advised me that defendants were unable to obtain dates from the eleven witnesses that they want to depose, or agree to dates for the conclusion of discovery or dispositive motions without that information.

Dated: June 9, 2016                      Respectfully,

                                        /s/ Leslie J. Hughes
                                        Leslie J. Hughes, Trial Counsel
                                        Danielle R. Voorhees, Trial Counsel
                                        Securities and Exchange Commission
                                        1961 Stout Street, Suite 1700
                                        Denver, CO 80294-1961
                                        Telephone: 303-844-1000
                                        Email: HughesLJ@sec.gov
                                        Email: VoorheesD@sec.gov
                                        *Attorneys for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2016, I filed the foregoing document with the ECF system which sends the document by e-mail to counsel for the parties listed below:

Andrew B. Holmes  
Holmes, Taylor & Jones, LLP  
617 South Olive Street, Suite 1200  
Los Angeles, CA 90014  
Telephone:  213-985-2265  
Email: abholmes@htjlaw.com  
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey  
Wilson Elser Moskowitz Edelman & Dicker LLP  
655 West Broadway, Suite 900  
San Diego, CA 92101  
Telephone:  619-321-6200  
Email:  Michael.McCloskey@wilsonelser.com  
*Attorney for Defendant GenAudio, Inc.*

Jeffrey G. Benz  
Benz Law  
12021 Wilshire Boulevard, Suite 256  
Los Angeles, CA 90025  
Telephone:  310-570-2774  
Email:  JeffreyBenz@gmail.com  
*Attorney for Defendant Astound Holdings, Inc.*

                                              /s/ Leslie J. Hughes  
                                              Leslie J. Hughes