# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## DEFENDANTS' JOINT STATUS REPORT ON DISCOVERY

    In response to the Court's Order during the Status Conference held on May 26, 2016, defendants GenAudio, Inc., Taj Jerry Mahabub, and Astound Holdings, Inc. (collectively, "Defendants") hereby submit this joint status report regarding their efforts to conduct third-party discovery.

    Defendants have prepared and are now serving subpoenas for production of documents on twelve third-parties: Apple, Inc., Victor Tiscareno, Ronald Isaac, Michael Hailey, Paul Powers, Dell Skluzak, Issam Adib Khoury, Timothy Herdt, Dean Eldridge, Laurent Coey, Michael Elliott, and Mark Bobak. At this time, Defendants do not believe it will be necessary to issue additional third-party subpoenas for production of documents, although it is possible Defendants will propound additional document subpoenas as discovery continues.

    As the Court instructed, Defendants also have contacted each of the individuals on the above list to obtain their availability for depositions, so that deposition dates can be locked in, and so that the parties and the Court can determine the additional amount of time needed to complete discovery. Defendants reached out to each deponent both by phone and in writing.

1811120v.1

To date, Defendants have received some response from 8 of the 11 deponents or their counsel. A number of the deponents indicated they are looking at their availability and that they will provide dates to Defendants shortly. Several others responded to Defendants' inquiry but in those responses have not yet provided dates for their deposition. One individual informed Defendants that he is in the process of obtaining counsel to represent him in connection with this matter, and that Defendants can coordinate with his attorney once representation has been obtained. Defendants are awaiting further information from this deponent regarding contact information for his counsel so that planning fro that deposition can proceed. One individual provided dates of availability earlier today, and Defendants' counsel will coordinate his availability with that of counsel for the Securities and Exchange Commission so that deposition can be set. Finally, three deponents have not yet responded to Defendants' oral and written inquiries regarding their availability.

Defendants' counsel has provided an update to counsel for the Securities and Exchange Commission regarding these efforts, and has obtained information regarding the general availability of counsel for the Securities and Exchange Commission for depositions.

Defendants propose continuing to reach out to the above-named deponents for an additional week, during which Defendants believe they will be able to obtain availability dates from most of these deponents. Defendants propose that one week from today – June 16, 2016 – all parties submit a Joint Status Report regarding dates for these depositions and proposals for discovery cutoff. This will allow the parties to meet and confer regarding the discovery cutoff

/ / /

/ / /

/ / /

/ / /

once deposition dates can be obtained from the deponents and deposition subpoenas can be issued. Counsel for the Securities and Exchange Commission indicated they do not oppose this approach.

Dated: June 9, 2016        **HOLMES, TAYLOR & JONES LLP**

By: s/ Andrew B. Holmes
    Andrew B. Holmes, Esq.
    Attorneys for Defendant
    TAJ JERRY MAHABUB

Dated: June 9, 2016        **WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP**

By:   s/ Michael P. McCloskey
    Michael P. McCloskey, Esq.
    Attorneys for Defendant
    GENAUDIO, INC.

Dated: June 9, 2016        **BENZ LAW**

By:   s/ Jeffrey G. Benz
    Jeffrey G. Benz, Esq.
    Attorneys for Defendant
    ASTOUND HOLDINGS, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 5.3 (E) of the Electronic Case Filing Procedures Manual, I hereby certify that the content of this document is acceptable to the Parties, and that I have obtained authorization to affix their electronic signatures to this document.

WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP

By:   s/ Michael P. McCloskey
    Michael P. McCloskey, Esq.
    Attorneys for Defendant
    GENAUDIO, INC.

1811120v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2016, a true and correct copy of the foregoing was filed with the Court and served via CM/ECF to all counsel of record.

s/ Michael P. McCloskey
Michael P. McCloskey, Esq.

1811120v.1