IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## JOINT STATUS REPORT ON DISCOVERY

In response to the Court's Order during the Status Conference held on May 26, 2016, defendants GenAudio, Inc., Taj Jerry Mahabub, and Astound Holdings, Inc. (collectively, "Defendants") and Plaintiff Securities and Exchange Commission ("SEC") hereby submit this joint status report regarding their efforts to conduct third-party discovery.

As previously reported in the Status Reports filed on June 9, Defendants have served subpoenas for production of documents on twelve third-parties, and the SEC intends to issue subpoenas to several banks for bank records of Defendants. As the Court instructed, Defendants also have made numerous efforts to contact each of the individuals they intend to depose to obtain their availability for depositions, both by phone and in writing. The SEC also has issued subpoenas for a number of depositions as set forth below.

The parties also have coordinated their own availability and that of their counsel for depositions. Counsel for the various parties have multiple trials during the months of October and November, which will prevent the parties from taking depositions during those two months.

Based on the availability of the deponents and the schedules of counsel for the SEC and Defendants, the parties currently intend to take depositions on or about the following dates:

| | |
|---|---|
| Jim Devine | July 19 |
| Jim Mattos | July 22 |
| Astound Holdings | August 4 |
| Jerry Mahabub | August 5 |
| Ben Huber | August 12 |
| Ron Isaac | September 7 |
| Michael Hailey | September 9 |
| Victor Tiscareno | September 12 |
| Dell Skluzak | September 19 |
| Mark Bobak | September 21 |
| Timothy Herdt | December 5 |
| Michael Elliott | December 6 |
| Laurent Coey | December 12 |
| Dean Eldridge | December 15 |
| Sam Khoury | January 4 |
| Paul Powers | January 9 |

Based on this current schedule, and after meeting and conferring, *the Defendants and the SEC jointly agree and propose a discovery cutoff of January 20, 2017*. This date should afford the parties sufficient time to complete the depositions and written discovery set forth above.

1811760v.1

Dated: June 16, 2016          **SECURITIES AND EXCHANGE COMMISSION**

By: s/ Leslie H. Hughes
    Leslie J. Hughes, Esq.
    Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION

Dated: June 16, 2016          **HOLMES, TAYLOR & JONES LLP**

By: s/ Andrew B. Holmes
    Andrew B. Holmes, Esq.
    Attorneys for Defendant
    TAJ JERRY MAHABUB

Dated: June 16, 2016          **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: s/ Michael P. McCloskey
    Michael P. McCloskey, Esq.
    Attorneys for Defendant
    GENAUDIO, INC.

Dated: June 16, 2016          **BENZ LAW**

By: s/ Jeffrey G. Benz
    Jeffrey G. Benz, Esq.
    Attorneys for Defendant
    ASTOUND HOLDINGS, INC.

1811760v.1

## SIGNATURE CERTIFICATION

Pursuant to Section 5.3 (E) of the Electronic Case Filing Procedures Manual, I hereby certify that the content of this document is acceptable to the Parties, and that I have obtained authorization to affix their electronic signatures to this document.

                              WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

                              By:   s/ Michael P. McCloskey
                                    Michael P. McCloskey, Esq.
                                    Attorneys for Defendant
                                    GENAUDIO, INC.