## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, a true and correct copy of the foregoing was filed with the Court and served via CM/ECF to all counsel of record.

s/ Michael P. McCloskey<br>
Michael P. McCloskey, Esq.

1811760v.1