IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-02118-WJM-CBS | Date: | July 27, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR – Reporter Deck-Courtroom A402 | |

*Parties:*  *Counsel:*

SECURITIES & EXCHANGE COMMISSION         Leslie Hughes
                                         Danielle Voorhees

    Plaintiff,

v.

TAJ JERRY MAHABUB,                       Andrew Holmes
GENAUDIO, INC.,
ASTOUND HOLDINGS, INC.,

    Defendants.

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**Court in session:**     2:59 p.m.

Court calls case.  Appearances of counsel.

Discussion regarding discovery issue with respect to forensic image of a computer at Apple and emails, communications, and correspondence with individuals at Apple.

Mr. Holmes states his client has located the hard drive and is shipping it to counsel. Counsel will contact their vendor and image the hard drive, check for privileged materials, and produce the hard drive to Plaintiff.

**ORDERED:  Defendant Mahabub shall produce responsive materials in native format to Plaintiff's discovery requests, as discussed, within two weeks.**

**Court in recess:**     3:15 p.m.
Hearing concluded.
Total time in court:    00:16
To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.