IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,


TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

**DECLARATION OF ANDREW B. HOLMES
IN SUPPORT OF DEFENDANT TAJ JERRY MAHABUB'S
MOTION FOR MORE TIME TO COMPLY WITH DISCOVERY ORDER**

    I, Andrew B. Holmes, declare as follows:

    1.    I am a partner in the law firm of Holmes, Taylor & Jones LLP, counsel for defendant Taj Jerry Mahabub in the present matter. The facts set forth herein are based on my personal knowledge and if called to testify thereto, I could and would do so competently.

    2.    Attached hereto as Exhibit A is a true and correct copy of an email string between me and Dan Nolte of Facility Innovations, the data forensics vendor hired to image and search Mr. Mahabub's hard drive for responsive materials. The emails begin on August 9, 2016 at 1:50 a.m.

    3.    Attached hereto as Exhibit B is a true and correct copy of an email exchange engaged in between me and counsel for the SEC in this matter.  This email exchange also satisfies the pre-filing meet and confer requirement under D.C. Colo.LCivR 7.1(a).

1

4.     At 2:12 p.m. (PST) on August 9, 2016, I telephoned (303) 844-2117, the chambers telephone number for Magistrate Judge Craig B. Shaffer to request a telephonic discovery conference with Judge Shaffer.  I was informed that Judge Shaffer was unavailable, and that I should simply file my motion and make reference to the guidance I had received from Chambers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of August, 2016 at Los Angeles, California

_____
Andrew B. Holmes

# Exhibit A

REDACTED

**From:** dnolte@facilityinnovations.com [mailto:dnolte@facilityinnovations.com]
**Sent:** Wednesday, August 10, 2016 11:47 AM
**To:** abholmes@htjlaw.com
**Subject:** Re: Forensic Data Progress

Ok. Disk decryption is now at about 30gb out of 460.

Sent from my Sprint phone

------ Original message------
**From:** Andrew B. Holmes
**Date:** Wed, Aug 10, 2016 10:55 AM
**To:** dnolte@facilityinnovations.com;
**Subject:** RE: Forensic Data Progress

I use a PC, but have access to a Mac is necessary (my wife has one).   That said, I would absolutely prefer PC-compatible.

Andrew

From: dnolte@facilityinnovations.com [mailto:dnolte@facilityinnovations.com]
Sent: Wednesday, August 10, 2016 10:45 AM
To: Andrew B. Holmes
Subject: RE: Forensic Data Progress

I've started the process of decrypting the file system and can tell the basic file layout.   I know our previous discussion was to have me send you the .pst file(s) from the computer but I now realize that outlook 2011 for Mac does not use pst files but rather a whole bunch of individual files for each message.  Which means that I cannot simply send you the pst files although  there are some converter utilities available for purchase.  Does your office use Mac or PC computers?

Dan.

-------- Original Message --------
Subject: RE: Forensic Data Progress
From: "Andrew B. Holmes" <abholmes@htjlaw.com>
Date: Tue, August 09, 2016 8:10 pm
To: <dnolte@facilityinnovations.com>

OK. I have to file a motion with the District Court to try to get more time. The post-review production is technically due 14 days from 7/27, which is 8/11 (Thursday).  Please keep me updated!

Andrew

**From:** dnolte@facilityinnovations.com [mailto:dnolte@facilityinnovations.com]
**Sent:** Tuesday, August 9, 2016 8:09 PM
**To:** abholmes@htjlaw.com
**Subject:** Re: Forensic Data Progress

The export to an external drive is completed. A MacBook is arriving tonight to begin decrypy0it which may take hours since the disk is 400+ gigabytes.

Sent from my Sprint phone

------ Original message------
**From:** Andrew B. Holmes
**Date:** Tue, Aug 9, 2016 7:37 PM
**To:** dnolte@facilityinnovations.com;
**Subject:** RE: Forensic Data Progress

How's it coming?

**From:** dnolte@facilityinnovations.com [mailto:dnolte@facilityinnovations.com]
**Sent:** Tuesday, August 9, 2016 1:50 AM
**To:** abholmes@htjlaw.com
**Subject:** Forensic Data Progress

After some technical difficulties needed to be worked out I was able to get the drive connected through the write blocker into EnCase.  I have made a forensic image of the hard disk so the original condition and state of the hard disk has been preserved.  It also means that a copy of the EnCase file can now be transmitted and used by other experts with assurance of authenticity.

It turns out that the encryption being employed was full-volume encryption rather than file level encryption, which means that without special processes the raw disk is not intelligible.  There are procedures that I am in the process of checking and following.  Once completed the disk can then be searched for keywords. and then the possibly quite lengthy process of reviewing the raw hits for false positives can begin.

The process of getting an unencrypted disk for analysis involves exporting the disk to another computer which is currently in process and will require several more hours, using a Mac to decrypt the entire disk which will also take several hours, and then reloading the unencrypted version in EnCase.

Dan Nolte
Facility Innovations.

# Exhibit B

| | |
|---|---|
| **From:** | Voorhees, Danielle |
| **To:** | Andrew B. Holmes; Hughes, Leslie J.; Blomgren, Elinor E (Contractor) |
| **Cc:** | "Jeffrey Benz"; "Michael P. McCloskey"; david.aveni@wilsonelser.com |
| **Subject:** | RE: Mahabub hard drive |
| **Date:** | Tuesday, August 9, 2016 2:11:18 PM |

Andrew,

We will not agree to accept data that we cannot access or use in any way (and which you may later ask us to delete). We need to receive the responsive documents that we can review. We still believe you need to move the Court for an extension and we will oppose it for the reasons stated below.

Danielle

**From:** Andrew B. Holmes [mailto:abholmes@htjlaw.com]
**Sent:** Tuesday, August 09, 2016 2:45 PM
**To:** Voorhees, Danielle; Hughes, Leslie J.; Blomgren, Elinor E (Contractor)
**Cc:** 'Jeffrey Benz'; 'Michael P. McCloskey'; david.aveni@wilsonelser.com
**Subject:** RE: Mahabub hard drive

As you know, Judge Shaffer is unavailable to hear this matter this week, so I have no recourse to him at the moment.

How about this as a compromise: I will send you the disk image (unreviewed) so that you have it in-hand (or at least virtually as a download) tomorrow – the 14th day from our Order. However, you will agree not to access (and will not access absent further approval and/or court order) that unreviewed disk image unless I fail to send the "as-reviewed" subset to you on or by Monday.

Please note that none of the above will act as a waiver of our attorney-client or other privileges, and we reserve all rights in that regard.

Please advise.

Andrew

**From:** Voorhees, Danielle [mailto:VoorheesD@SEC.GOV]
**Sent:** Tuesday, August 9, 2016 1:30 PM
**To:** Andrew B. Holmes <abholmes@htjlaw.com>; Hughes, Leslie J. <HughesLJ@SEC.GOV>; Blomgren, Elinor E (Contractor) <blomgrene@SEC.GOV>
**Cc:** 'Jeffrey Benz' <jeffreybenz@gmail.com>; 'Michael P. McCloskey' <Michael.McCloskey@wilsonelser.com>; david.aveni@wilsonelser.com
**Subject:** RE: Mahabub hard drive

Andrew,

We do not believe that the parties can extend the deadline imposed by the Court's Order; therefore,

we believe you need to move the Court for an extension of time to produce.  We will oppose a request for an extension.  The two weeks granted by the Court was very reasonable, and we do not believe that the email you attached provides good cause for additional time.

Sincerely,
Danielle

---

**From:** Andrew B. Holmes [mailto:abholmes@htjlaw.com]
**Sent:** Tuesday, August 09, 2016 1:53 PM
**To:** Voorhees, Danielle; Hughes, Leslie J.; Blomgren, Elinor E (Contractor)
**Cc:** 'Jeffrey Benz'; 'Michael P. McCloskey'; david.aveni@wilsonelser.com
**Subject:** Mahabub hard drive

Counsel –

Please see the attached update email from my vendor regarding his progress on the hard drive.  As you can see, it is taking longer than anticipated to complete. I would ask that you give me until Monday to complete my relevance/privilege review.

Please let me know if this is acceptable.

Thanks in advance for your anticipated courtesy,

Andrew B. Holmes
HOLMES, TAYLOR & JONES LLP
The Oviatt Building
617 South Olive Street, Suite 1200
Los Angeles, California  90014
Tel:  (213) 985-2200
Dir:  (213) 985-2265
Fax:  (213) 973-6282
Email:  abholmes@htjlaw.com
www.htjlaw.com

This email message contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law.  If you are not the intended recipient of this message, any dissemination or use of the contents of this message is strictly prohibited.  Do not rely upon this message for legal advice unless you have a signed retention agreement from HOLMES, TAYLOR & JONES LLP. Pursuant to IRS Circular 230 Disclosure, any U.S. federal tax advice contained herein is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties imposed by the Internal Revenue Service.