# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,


TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

      Defendants.

---

## [PROPOSED] ORDER GRANTING DEFENDANT TAJ JERRY MAHABUB'S MOTION FOR MORE TIME TO COMPLY WITH DISCOVERY ORDER

---

      Defendant Taj Jerry Mahabub's Motion for More Time to Comply with Discovery Order is GRANTED: The Court's July 27, 2016 Order is modified to allow production of the responsive data on or by Monday, August 15, 2016.


IT IS SO ORDERED:


Dated: August ____, 2016            _____

                                   Magistrate Judge Craig B. Shaffer