**Excerpt**

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:              )
                               ) File No. D-03450-A
GENAUDIO, INC.                 )

WITNESS: Taj Jerry Mahabub

PAGES:   1 through 358

PLACE:   Securities and Exchange Commission

         Byron G. Rogers Federal Building

         1961 Stout Street, 1st Floor

         Denver, Colorado 80294

DATE:    Thursday, February 5, 2015

    The above-entitled matter came on for hearing, pursuant to Notice, at 9:00 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

**Exhibit 1**

```
                                                        Page 14
 1        Does that make sense?
 2        BY MS. OSTROM:
 3    Q   And the laptop that you're referencing, how
 4   long have you had that laptop?
 5    A   2011.
 6    Q   And prior to that, what was your computer
 7   that you used for GenAudio work?
 8    A   A laptop.
 9    Q   And does that laptop still exist?
10    A   No.  That laptop fried.  It's probably
11   sitting somewhere in the Smithsonian Institute.
12    Q   And did you use that laptop to receive and
13   send e-mail in your GenAudio e-mails address at
14   that time?
15    A   I did.
16    Q   Okay.  And the current laptop that you
17   have, is that the computer that you used to send
18   and receive GenAudio e-mails?
19    A   It is.
20    Q   Okay.  Are there any other computers in
21   which you receive or send GenAudio e-mail?
22    A   No.
23        MR. GOTTSCHALL:  And the laptop you used up
24   to 2011, that you described as fried, do you still
25   have that computer?
```

```
                                                        Page 15
 1        THE WITNESS:  I don't.
 2        MR. GOTTSCHALL:  What did you do with it?
 3        THE WITNESS:  I think it went to Mac
 4   Enthusiasts, which is a company that we do a lot of
 5   business with.  And it was just fried.  The logic
 6   board was fried.  The hard disk was fried.  The
 7   whole thing was fried, so --
 8        BY MS. OSTROM:
 9    Q   And so when you searched your current
10   laptop to produce documents in response to the
11   subpoena, how were you able to access documents
12   that existed prior to 2011?
13    A   Because you have a mail identity, right,
14   that you can import into what's called -- well,
15   Outlook in Microsoft, right?  And you have these
16   various e-mails, so you can import.  But did I have
17   an issue and I think I explained this to you,
18   right?  And I just want to clarify that.
19        Anything prior to April of 2011 got blasted
20   as one of my mail identities crashed, and I have
21   not been able to recover it.  So I have the mail
22   identity, but it's just -- it's fried and I've
23   tried everything.  I've used every tool I could
24   find online to bring it back, and I couldn't.  So
25   pretty much -- so my e-mails start April 2011 --
```

```
                                                        Page 16
 1   '4.
 2    Q   And the documents, though, you have were on
 3   your -- were on your computer prior to 2011 still
 4   remained there?
 5    A   The mail identities, but the one's fried.
 6    Q   Right.  And I'm not talking about e-mails.
 7   I'm talking about the documents, because you
 8   produced documents to us?
 9    A   Oh, yes, yeah.  I know, absolutely.  Yeah.
10        MR. HOLMES:  And your question, I'm sorry.
11   Could you repeat the question you just asked?
12        BY MS. OSTROM:
13    Q   Yes.  As to the documents that existed
14   prior to April of 2011, those still were on that
15   laptop; is that correct?
16    A   Any attachments or any documents or PDMs,
17   or anything like that, if they're not in our
18   corporate records, which they should be, they're
19   probably, you know, electronically stored on my
20   laptop somewhere.
21    Q   And what I'm basically getting at is the
22   documents you produced to us personally, so look at
23   the subpoena that was to you personally.
24        You produced to me stock certificates,
25   stock agreements, et cetera.  Many of those
```

```
                                                        Page 17
 1   predated the April 2011 time period, so that's what
 2   I wanted to make sure, that were those still on
 3   that laptop -- is that anyway?
 4    A   Yes.
 5    Q   Okay.  Okay.  And then did you look at
 6   anything that GenAudio has on its own servers to
 7   produce anything in that, responsive to that
 8   subpoena?
 9    A   I did.  I even called Data USA, who is our
10   provider, and data -- because I was trying to get
11   the e-mails back down from the mail identity that
12   was busted and there's nothing.
13    Q   And this mail identity, is that the only
14   one you had that was on that laptop prior to --
15    A   That was it.
16    Q   -- so prior to April 2011?
17    A   Yes.
18    Q   Okay.  And so then did you go to GenAudio
19   servers, though, and look for anything that went
20   through GenAudio like you were just talking about?
21    A   Yes.
22    Q   And did you find anything there?
23    A   No.
24    Q   Okay.  And then did you do anything to --
25   did you have any involvement in response to the SEC
```