| | |
|---|---|
| **From:** | Voorhees, Danielle |
| **To:** | Andrew B. Holmes |
| **Cc:** | Hughes, Leslie J. |
| **Subject:** | RE: SEC v Mahabub, et al. - Discovery responses |
| **Date:** | Tuesday, April 12, 2016 11:35:37 AM |

Yes; let's do Friday at 1:30 p.m. PT.  We can call you - what's the best number?

Thanks,

Danielle

**From:** Andrew B. Holmes [mailto:abholmes@htjlaw.com]
**Sent:** Tuesday, April 12, 2016 11:31 AM
**To:** Voorhees, Danielle
**Cc:** Hughes, Leslie J.
**Subject:** RE: SEC v Mahabub, et al. - Discovery responses

Does Thursday or Friday afternoon work for you?

**From:** Voorhees, Danielle [mailto:VoorheesD@SEC.GOV]
**Sent:** Tuesday, April 12, 2016 10:24 AM
**To:** Andrew B. Holmes <abholmes@htjlaw.com>
**Cc:** Hughes, Leslie J. <HughesLJ@SEC.GOV>
**Subject:** RE: SEC v Mahabub, et al. - Discovery responses

Andrew,

Please let us know when this week we can discuss our concerns regarding Mr. Mahabub's responses to the RFPs and Interrogatories (outlined below).  If we are unable to resolve the issues we will request a telephonic conference with Magistrate Judge Shaffer, pursuant to his practice standards. (Available here, see Section III.)

Best,

Danielle
303.844.1108

**From:** Voorhees, Danielle
**Sent:** Tuesday, April 05, 2016 5:55 PM
**To:** Andrew B. Holmes
**Cc:** Hughes, Leslie J.
**Subject:** RE: SEC v Mahabub, et al. - Discovery responses

Andrew,

I am writing regarding a deposition of Mr. Mahabub and to follow-up on Mr. Mahabub's responses to the SEC's First Request for Production of Documents and Interrogatories.  We are happy to

**Exhibit 3**

discuss any of these issues; let me know if you want to set up a call this week.

**Deposition**
By next Friday, April 15, please let us know any dates that Mr. Mahabub would not be available for his deposition during the weeks of July 25 and August 1.

**Time for Production**
As you know, we served our discovery requests on February 19 and granted you two extensions. Nonetheless, your client has failed to produce any documents and, instead, has unilaterally extended the document production date to May 15 for RFPs 3, 4, 5, 6, and 7 and to May 30 for RFPs 2 and 8. We do not believe that these May dates are a "reasonable time" for production, especially since we assume that there is a reasonably limited set of materials to be produced given the SEC investigative subpoenas issued to your client.

The SEC needs a complete set of responses to its Requests <u>on or before April 15, 2016</u> so that we have some time to review the documents prior to our May 4, 2016 mediation and to prepare for our May 26, 2016 status conference with the Court.  By Thursday, April 7, please let me know whether your client will produce responsive documents by April 15.  If there are extenuating circumstances that we should be aware of, please let me know, we would be happy to discuss.

**Protective Order**
Each response to the RFPs states that your client will produce documents "[s]ubject to the terms of a mutually agreeable protective order."  If you believe a protective order is necessary, please provide us with a draft by Thursday, April 7, so that we can consider the language and, if appropriate, bring the matter to the Court as soon as possible.

**Forensic Image**
The SEC has forensic imaging capabilities in its Home Office.  If you would like to discuss the possibility of the SEC forensics unit collecting an image of Mr. Mahabub's computer, please let me know by Thursday, April 7, and we can set up a call to discuss.

**Interrogatories**
In response to Interrogatory 1(1) and 1(3), Mr. Mahabub states that he does intend to rely on the advice of legal counsel as a defense in this case; however, the response also objects on the basis of the attorney-client privilege and/or work product doctrine.  Raising a reliance on counsel defense obviously waives the privileges.  To the extent you have withheld any information regarding "[h]ow and whether to identify Apple and/or the 'LCEC,' as well as how to describe/disclose developments with regard to Apple and/or the LCEC" on the basis of privilege, please supplement the response.

Please supplement the response to Interrogatory 1(2) by providing the time and place the advice was communicated.  If you are relying on documents, please identify the documents.  Similarly, please supplement the response to Interrogatory 1(3) by identifying the documents upon which you are relying.

Please supplement the response to Interrogatory 6 by providing all documents and witnesses with

information and by explaining how Mr. Mahabub disposed of (or otherwise lost possession, custody, or control) of each device, including the laptop that crashed in 2011 and all mobile devices.

Thank you,

Danielle
303.844.1108

---

**From:** Andrew B. Holmes [mailto:abholmes@htjlaw.com]
**Sent:** Monday, April 04, 2016 6:53 PM
**To:** Voorhees, Danielle
**Cc:** 'McCloskey, Michael P.'; 'Jeffrey Benz'
**Subject:** SEC v Mahabub, et al. - Discovery responses

Please see attached, copies of which are also in the mail.

Regards,

Andrew B. Holmes
HOLMES, TAYLOR & JONES LLP
The Oviatt Building
617 South Olive Street, Suite 1200
Los Angeles, California  90014
Tel:  (213) 985-2200
Dir:  (213) 985-2265
Fax:  (213) 973-6282
Email:  abholmes@htjlaw.com
www.htjlaw.com

This email message contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law.  If you are not the intended recipient of this message, any dissemination or use of the contents of this message is strictly prohibited.  Do not rely upon this message for legal advice unless you have a signed retention agreement from HOLMES, TAYLOR & JONES LLP. Pursuant to IRS Circular 230 Disclosure, any U.S. federal tax advice contained herein is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties imposed by the Internal Revenue Service.