IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

---

### DECLARATION OF DANIELLE R. VOORHEES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MAHABUB'S MOTION FOR MORE TIME

---

I, Danielle R. Voorhees, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am over the age of eighteen years. I am an attorney who represents the Plaintiff Securities and Exchange Commission ("SEC") in this civil litigation. I have personal knowledge of the facts set forth in this declaration.

2. On April 15, 2016, I participated in a telephone call with Andrew B. Holmes, counsel for Defendant Mahabub ("Counsel"). During that call, Counsel informed me that Mahabub's current computer may contain additional documents responsive to the SEC's Requests for Production ("RFPs"), that Mahabub's hard drive had been pulled from his computer, but it remained in Mahabub's possession, and that a vendor would image the drive. Counsel

**Exhibit 4**

      explained that once the imaging occurred, he anticipated receiving from the vendor file lists or other information that would assist us in conferring further about what information Mahabub would produce in response to the RFPs.

3. On or about May 10, 2016, I participated in another call with Counsel regarding, among other things, the status of imaging Mahabub's computer hard drive. After that call, I was left with the understanding that Mahabub's computer hard drive had been provided to a vendor. I also understood that Counsel would provide me with a file list or similar information so that we could further confer about what data would be produced by Mahabub.

4. On July 19, 2016, I spoke with Counsel while we were attending the deposition of a witness in this case. At that time, Counsel informed me that Mahabub had never provided the hard drive to a vendor, the hard drive remained in Mahabub's possession, and the hard drive was likely in a box somewhere because Mahabub's family was in the process of moving. Counsel and I agreed to participate in a discovery hearing with the Court regarding the issue.

5. Exhibits 3 and 5 to Plaintiff's Opposition to Defendant Mahabub's Motion for More Time are true and correct copies of emails sent and/or received by me.

Executed on August 11, 2016, in Denver, Colorado.

                                              s/ Danielle R. Voorhees
                                              Danielle R. Voorhees (Colo. Bar No. 35929)
                                              Securities and Exchange Commission
                                              1961 Stout Street, Suite 1700
                                              Denver, CO  80294-1961
                                              Telephone: (303) 844-1000
                                              Fax: (303) 297-3529
                                              Email:  VoorheesD@sec.gov
                                              *Counsel for Plaintiff*
                                              *Securities and Exchange Commission*