| | |
|---|---|
| **From:** | Voorhees, Danielle |
| **To:** | Andrew B Holmes |
| **Cc:** | Hughes, Leslie J. |
| **Subject:** | RE: SEC v. Mahabub - image of computer |
| **Date:** | Tuesday, July 12, 2016 2:23:19 PM |

Andrew,

Per my voicemail, I'm following-up on the computer image issue.  Please let me know when you're available for a conference.

Thank you,

Danielle

303.844.1108

---

**From:** Voorhees, Danielle
**Sent:** Thursday, May 26, 2016 10:59 AM
**To:** Andrew B Holmes
**Cc:** Hughes, Leslie J.
**Subject:** RE: SEC v. Mahabub - image of computer

Andrew,

Please let us know your availability this week or next for a discovery dispute conference with Judge Shaffer regarding an image of Mr. Mahabub's computer.  Unless a solution can quickly be worked out, we intend to move to compel the production of an image of the laptop and, as you know, we need to confer with the Court first.  We are, of course, open to discussing procedures to prevent the disclosure of privileged information and to narrow the searches to include relevant data.  We cannot, however, continue to wait on this issue.  Prior to Mr. Mahabub's deposition, we need any data from the computer that is relevant to this case and a forensic review will take time.

If Mr. Mahabub will not use any data recovered from his laptop in this case, please notify us and we will agree that imaging is unnecessary.

Also, based on our last call, it was my understanding Mr. Mahabub would be producing documents responsive to RFP 7 (bank account statements); however, we have not received any documents.  Please produce documents sufficient for us to determine every relevant bank account, and we will issue third-party subpoenas to the banks.

Best,

Danielle

303.844.1108

---

**From:** Voorhees, Danielle
**Sent:** Friday, May 20, 2016 1:15 PM
**To:** Andrew B Holmes

Exhibit 5

**Cc:** Hughes, Leslie J.
**Subject:** RE: SEC v. Mahabub - image of computer

Andrew,

Will you please give us an update and send us the file list (or any other data that's available from the image)? Also, will you please give us the name of the vendor that has the image?

Thank you,
Danielle
303.844.1108

---

**From:** Voorhees, Danielle
**Sent:** Monday, May 09, 2016 11:27 AM
**To:** Andrew B Holmes
**Cc:** Hughes, Leslie J.
**Subject:** RE: SEC v. Mahabub - image of computer

Andrew,

Do you have time to talk today?

Thanks,
Danielle

---

**From:** Voorhees, Danielle
**Sent:** Friday, May 06, 2016 10:21 AM
**To:** Andrew B Holmes
**Cc:** Hughes, Leslie J.
**Subject:** SEC v. Mahabub - image of computer

Andrew,

Can we have a follow-up call about this today or Monday?

Thanks,

Danielle R. Voorhees
Trial Counsel, Division of Enforcement
VoorheesD@sec.gov
303.844.1108 (direct)