IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-02118-WJM-CBS | Date: | August 19, 2016 |
| Courtroom Deputy: | Cathy Pearson | FTR – Reporter Deck-Courtroom A402 | |

*Parties:*  *Counsel:*

SECURITIES & EXCHANGE COMMISSION   Leslie Hughes
                                  Danielle Voorhees

    Plaintiff,

v.

TAJ JERRY MAHABUB,
GENAUDIO, INC.,                    David Aveni
ASTOUND HOLDINGS, INC.,

    Defendants.

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**Court in session:** 3:01 p.m.

Court calls case. Appearances of counsel by telephone. No appearance for Defendant Mahabub or Astound Holdings.

Discussion held regarding Defendant Taj Jerry Mahabub's Motion for More Time to Comply with Discovery Order (Doc. 43). The court notes that the deadline requested has passed.

**ORDERED:** Defendant Taj Jerry Mahabub's Motion for More Time to Comply with Discovery Order (Doc. 43) is DENIED as moot as stated on the record.

Discussion held regarding discovery issue with respect to emails, written communications, privileged information, and Defendant GenAudio's responses to requests for production of documents.

**ORDERED:** Defendant GenAudio shall produce full and complete responses to the requests for production of documents consistent with Rules 26(b)(1) and 34 within **three (3) weeks from today's date.** Defendant shall also certify under 26(g)(1) that the discovery responses are complete and consistent with the Federal Rules of Civil

                    Procedure.  The court is ordering this production based on counsel's concession that his production has been less than complete.  This will constitute a discovery order and may result in sanctions under Rule 37(b) if violated.

Discussion held regarding the objection to request for production number 8.

**Court in recess:**     **4:00 p.m.**
Hearing concluded.
Total time in court:    00:59
To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.