IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,
              Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

              Defendants.

---

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT

---

Plaintiff Securities and Exchange Commission ("SEC") submits this report to update the Court on the status of this litigation and to respectfully request that the Court set a briefing schedule for dispositive motions and, at the Court's convenience, set a telephonic status conference to discuss expert discovery and other pre-trial matters.

The parties have concluded fact discovery[1] with the final fact deposition occurring on February 8, 2017.  The SEC intends to file a motion for summary judgment, and Defendant Astound may also file a motion for summary judgment. During a telephone conference on February 15, 2017, the parties agreed to the following proposed dispositive briefing schedule:

---

[1] There is one outstanding document production issue with respect to a document subpoena to a third-party witness represented by counsel for GenAudio.  The SEC has reached out to counsel for GenAudio and hopes to resolve that issue promptly.

- Motions for Summary Judgment will be filed by March 24, 2017.

- Responses to Motions for Summary Judgment will be filed by April 28, 2017.

- Replies to Motions for Summary Judgment will be filed by May 12, 2017.

As noted in its June 9, 2016 Report on Discovery, the SEC does not intend to present expert testimony in its case. [ECF No. 38.] The Defendants have recently advised the SEC that they do not intend to rely on expert witnesses in opposition to the SEC's motion for summary judgment; however, GenAudio and Mahabub wish to reserve the right to designate experts for use at trial. If the Defendants designate experts, the SEC intends to oppose the designations as untimely.

The SEC respectfully requests that the Court set a briefing schedule for dispositive motions and, at the Court's convenience, set a telephonic status conference during which the Court and parties may discuss whether or not expert discovery will be permitted and any other pre-trial matters the Court wishes to address.

DATED: February 22, 2017

Respectfully Submitted,

s/ *Danielle R. Voorhees*
Leslie J. Hughes (Colo. Bar No. 15043)
Danielle R. Voorhees (Colo. Bar No. 35929)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
Email: HughesLJ@sec.gov
Email: VoorheesD@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2017, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
Wilson Elser Moskowitz Edelman & Dicker LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
*Attorney for Defendant GenAudio, Inc.*

Jeffrey G. Benz
Benz Law
12021 Wilshire Boulevard, Suite 256
Los Angeles, CA 90025
Telephone: 310-570-2774
Email: JeffreyBenz@gmail.com
*Attorney for Defendant Astound Holdings, Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren
