IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02118-WJM-CBS | Date: March 17, 2017 |
| Courtroom Deputy: Stacy Libid | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                           *Counsel:*

SECURITIES & EXCHANGE COMMISSION,    Leslie Hughes
                                                     Danielle Voorhees

Plaintiff,

v.

TAJ JERRY MAHABUB, *et al.,*                Andrew Holmes
                                                     Michael McCloskey
                                                     Jeffrey Ben*z*

Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 2:35 p.m.**

Court calls case.  Appearances of counsel.

Follow-up regarding Status Report [Docket No. 50, filed February 22, 2017].

Discussion regarding expert witnesses.  The Court will not make a decision right now as to whether or not expert witnesses will be used.  If it is necessary the Court will hold a Status Conference.

HEARING CONCLUDED.

**Court in recess: 2:53 p.m.**
Total time in court: 00:18

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.