REDACTED

# EXHIBIT 8

# (Clean Copy and Dep. Ex. 202)

**[SEC-CREATED CLEAN COPY OF EXCERPT OF DEP. EX. 202]**

From: Jerry Mahabub
Sent: Tue 7/7/2009 4:58:38 PM
Subject: FW: Wednesday @ 11:30am Pacific
FW: Wednesday@ 11:30am Pacific

Hello Team: (This email and all of its content is to be considered company confidential and all recipients are forbidden from sharing this email with anyone else)

I hope everyone had a relaxing and rejuvenating 4th of July weekend! :)

The dev team and I just wrapped up with our internal conference call and all team members are contributing to the initial set of questions from Apple. I know this is a hard time for everyone, and I am still doing everything I can, including trying to sell more personal stock at a very discounted rate to bridge our gap as we wait for the Hudson investors to hopefully start cutting checks. In a nutshell, I am willing to sell another 500K shares at 1.00 per share and I keep my voting rights. Depending on how successful I am will determine how much I loan to the Company (pending Board approval) and how much everyone will get paid.  I am hoping to take care of the majority of our debt by doing this, as well as keep our lights on, get caught up with payroll and consulting fees to our contractors, keep our website going, and finish our studio build out in Santa Monica.  When Hudson starts bringing on investors, or any of you that are helping with the offering through either a board member, officer, or management team member of the Company, then my personal stock deal will terminate immediately. I ONLY want friends and family, or friends of friends and family for my personal stock deal.

I had a few calls with Apple last week, and aside from Victor and myself working on strategy related topics, one of the new contacts I was recently introduced to will be the person who decides how we move forward after reviewing the technical disclosure document our dev team is preparing (the answers to the initial set of questions you should all have in a previous email that the NDA was attached to).

Here are my thoughts about Apple as of this point:

Apple really likes the technology. .

We are under NDA (still awaiting their signature as a pdf file email attachment Two originals will be signed as well, one of them will be returned to us).

1

Apple wants to learn more about the technology so they can determine for themselves if our processing will work within their power consumption specifications (with the understanding that further development from both Apple and GenAudio will be required). The question that will determine how we proceed forward will be how much time, money and resources Apple has to put into make it happen. So, the ball is really in their court and I will know more after their internal review of the answers to the questions Barry asked.

Most likely I will have one or two additional calls with Apple after their review, and if I get the green light, actual integration development and testing will commence.

I believe this could realistically happen within 2 to 4 weeks.

Depending on Apple's specs, full production level ready integration of our application could be completed in as early as 2 to 3 months, and as long as 6 to 8 months. Victor and I have gone through several strategic models in preparation for development to initiate.

Do I believe Apple will give us the green light to move on to the next step after reviewing our answers? Yes. ·

Do I believe that Apple will embrace the technology and help us to achieve both our Company's goals with AstoundSound? Yes.

Do I believe that an Apple deal will trigger multiple leading consumer electronics companies to want AstoundSound rapidly integrated in their product offerings? Yes.

Do I believe that Apple could be· a strong potential buyer of Gen Audio in it's entirety? Yes.

Do I believe that we can have a significant pop in valuation providing for a nice shareholder return (possibly within 2 years)? Yes

==Do I believe that if someone does not invest at this point in time that they are foolish? Yes. Yes. And YES!==

==We need investors, and need them now.== We have the world's most advanced and state of the art audio technology and are on the *verge* of an explosion. We are selling stock at the same price per share from over two years ago due to the economy. I am not putting all of my eggs in one basket neither. We have amazing traction for theatrical utilization of AstoundSound since I hired Brent Kaviar to assist with the theatrical side, and he has proven himself beyond my expectations. Gary and the development team have worked their asses off, some of them for over 4 years, and it shows by how far we have advanced the technology and the software under the roof of such a small operation. Diesel Games came through with our demo game environment and we rocked E3. Steve Bagwell found us a new marketing firm and we are free from the clutches of GMR (a negative energy that was bringing us down). We must continue to work hard and fight for what we believe in with positive energy.

I want everyone in this Company to know that I truly believe in Universal Energy principles and take this very seriously. The energy and contributions each and every one of us involved with GenAudio puts into the universe affects the Company. Negative thoughts and pessimism will not be tolerated from this point moving forward from anyone. Everyone think positively about GenAudio (our action as a whole), and positive results will be returned (the reaction). I will not allow for negativity from anyone to hold back the positive forward

direction of GenAudio anymore.  Lately, there have been serious negative thoughts I have
encountered.  Not having it.  Won't have it...DONE!  I am completely
aware, as I am sure the rest of you are, as to the pessimistic side of the coin and all the
what if's.  Such pessimism does not need to be stated, thought
about or discussed (both verbally and email) among the GenAudio team members (both internal
and external) regardless of who anyone thinks they are and/or regardless of their position with the
Company.  If something that requires a pessimistic view point needs to be discussed, ii will
be brought up at the board level, by GenAudio's board of directors members only.
It is literally sickening and I can not and will not take this BS anymore.  This is not a
request, rather a requirement.  I can not and will not allow for negativity to affect us moving
forward with Apple and all the other great things we have cooking.

Everyone keep their eye on the prize and if possible, bring potential investors to the table please
(preferably through the common stock offering).  Surely each and every one of you know
people with money looking to make more money for themselves, and investing in GenAudio may
be considered a "high risk" or "speculative" deal, but I believe
people want to invest in these kinds of deals because blue chip stocks don't pay shit in
terms of return when compared to the potential return GenAudio is capable of yielding.  It
is more risky to not take risks!   Remember, they must be accredited and an officer or
management team member of the Company must be introduced to them in order for them to
receive an investment packet.  Lf you are not an officer, management team member, or
director of GenAudio, then you may NOT send a packet to a prospective investor and must go
through appropriate channels.

Best Wishes,

Jerry Mahabub, Chairman & CEO

GenAudio, Inc.

12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

**[CONTACT INFORMATION OMITTED]**



------ Forwarded Message

From: Jerry Mahabub
jerry@genaudioinc.com

Date: Mon, 06 Jul 2009 23:49:41 -0600
To: Barry Corlett
Cc: Victor Tiscareno
Conversation: Wednesday @ 11:30am Pacific

Subject: Re: Wednesday @ 11:30am Pacific

Hi Barry,

I hope you had a relaxing and rejuvenating 4th of July weekend! :)

3

My dev team and I are putting together the answers to your questions and should have the
technology disclosure document ready for you and Victor by Monday, July 13, 2009 upon your
return form your trip.  It will be a rather in-depth response to your initial set of
questions.

We will be combining question 1 and 4 together and showing the "rough MIPS"
with the full answer to question 1.

Of course, I will need to receive either from you or Victor the fully signed NDA as a pdf file
attached to an email prior to sending Apple the level of detail we will be disclosing to you and
your team.  I will also send two original copies of the NDA with my signature as requested.
Who should I send the two originals to (you or Victor) and what address?  I can
send these via FedEx this coming Monday to ensure you receive the originals.

My development team and I are anxious to get started.  With your guidance after you and
your team at Apple review the answers we provide, I believe we can make this happen.

Safe travels.

-Jerry


On 7/6/09 12:04 AM, "Barry Corlett"
**[EMAIL ADDRESS OMITTED]** wrote:

Hi Jerry,

Great talking with you too and thanks for sending the NDA. I still need two original copies with
your signature.  I am out travelling this week and I will attend to this when I'm back on the
13th. If possible, please have the answers to the questions submitted to Victor and myself
by the end of this week so we can review the answers before sharing them with the rest of our
team.  Both Victor and I have been very impressed with the way you have handled
yourself up to this point, answered our high level questions, and the demo was *very* compelling.
It was simple to use and adequately demonstrated your processing.

thanks,
-Barry



**[DUPLICATE EMAILS OMITTED]**

From: Jerry Mahabub
Sent: Tue 7/7/2009 4:58:38 PM
Subject: FW: Wednesday @ 11:30am Pacific

>This message is in MIME format. Since your mail reader does not understand
this format, some or all of this message may not be legible.


--B_3363326825_117679
Content-type: multipart/alternative;
    boundary\="B_3363326825_103213"


--B_3363326825_103213
Content-type: text/plain;
    charset\="US-ASCII"
Content-transfer-encoding: 7bit



<HTML>
<HEAD>
<TITLE>FW: Wednesday @ 11:30am Pacific</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Hello Team: (This email and all of its content is to be considered company confidential and all recipients are forbidden from sharing this email with anyone else)<BR>
<BR>
I hope everyone had a relaxing and rejuvenating 4th of July weekend! :)<BR>
<BR>
The dev team and I just wrapped up with our internal conference call and all team members are contributing to the initial set of questions from Apple.  I know this is a hard time for everyone, and I am still doing everything I can, including trying to sell more personal stock at a very discounted rate to bridge our gap as we wait for the Hudson investors to hopefully start cutting checks.  In a nutshell, I am willing to sell another 500K shares at 1.00 per share and I keep my voting rights.  Depending on how successful I am will determine how much I loan to the Company (pending Board approval) and how much everyone will get paid &#8211; I am hoping to take care of the majority of our debt by doing this, as well as keep our lights on, get caught up with payroll and consulting fees to our contractors, keep our website going, and finish our studio build out in Santa Monica.  When Hudson starts bringing on investors, or any of you that are helping with the offering through either a board member, officer, or management team member of the Company, then my personal stock deal will terminate immediately.  I ONLY want friends and family, or friends of friends and family for my personal stock deal.<BR>
<BR>
I had a few calls with Apple last week, and aside from Victor and myself working on strategy related topics, one of the new contacts I was recently introduced to will be the person who decides how we move forward after reviewing the technical disclosure document our dev team is preparing (the answers to the initial set of questions you should all have in a previous email that the NDA was attached to).<BR>
<BR>
Here are my thoughts about Apple as of this point:<BR>
<BR>
</SPAN></FONT><OL><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Apple really likes the technology.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>We are under NDA (still awaiting their signature as a pdf file email attachment &#8211; Two originals will be signed as well, one of them will be returned to us).

EXHIBIT 202
WITNESS Mahabub
CONSISTING OF 8 PAGES
DATE 1/19/17
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF.
DEFT.

SEC-MahabubJ-E-0007972

```
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-
size:12pt'>Apple wants to learn more about the technology so they can determine for themselves
if our processing will work within their power consumption specifications (with the understanding
that further development from both Apple and GenAudio will be required).  The question
that will determine how we proceed forward will be how much time, money and resources Apple
has to put into &#8220;make it happen&#8221;.  So, the ball is really in their court and I will
know more after their internal review of the answers to the questions Barry asked.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-
size:12pt'>Most likely I will have one or two additional calls with Apple after their review, and if I
get the green light, actual integration development and testing will commence.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-
size:12pt'>I believe this could realistically happen within 2 to 4 weeks.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-
size:12pt'>Depending on Apple&#8217;s specs, full production level ready integration of our
application could be completed in as early as 2 to 3 months, and as long as 6 to 8 months.
 Victor and I have gone through several strategic models in preparation for development to
initiate.<BR>
</SPAN></FONT></OL><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-
size:12pt'><BR>
```

Do I believe Apple will give us the green light to move on to the next step after reviewing our answers?  Yes.<BR>

<BR>

Do I believe that Apple will embrace the technology and help us to achieve both our Company&#8217;s goals with AstoundSound?  Yes.<BR>

<BR>

Do I believe that an Apple deal will trigger multiple leading consumer electronics companies to want AstoundSound rapidly integrated in their product offerings?  Yes.<BR>

<BR>

Do I believe that Apple could be a strong potential buyer of GenAudio in it&#8217;s entirety?  Yes.<BR>

<BR>

Do I believe that we can have a significant pop in valuation providing for a nice shareholder return (possibly within 2 years)?  Yes<BR>

<BR>

Do I believe that if someone does not invest at this point in time that they are foolish?  Yes.  Yes.  And YES!<BR>

<BR>

We need investors, and need them now.  We have the world&#8217;s most advanced and state of the art audio technology and are on the verge of an explosion.  We are selling stock at the same price per share from over two years ago due to the economy.  I am not putting all of my eggs in one basket neither.  We have amazing traction for theatrical utilization of AstoundSound since I hired Brent Kaviar to assist with the theatrical side, and he has proven himself beyond my expectations.  Gary and the development team have worked their asses off, some of them for over 4 years, and it shows by how far we have advanced the technology and the software under the roof of such a small operation.  Diesel Games came through with our demo game environment and we rocked E3.  Steve Bagwell found us a new marketing firm and we are free from the clutches of GMR (a negative energy that was bringing us down).  We must continue to work hard and fight for what we believe in with positive energy.<BR>

<BR>

I want everyone in this Company to know that I truly believe in Universal Energy principles and take this very seriously.  The energy and contributions each and every one of us involved with GenAudio puts into the universe affects the Company.  Negative thoughts and pessimism will not be tolerated from this point moving forward from anyone.  Everyone think positively about GenAudio (our action as a whole), and positive results will be returned (the reaction).  I will not allow for negativity from anyone to hold back the positive forward

direction of GenAudio anymore.  Lately, there have been serious negative thoughts I have encountered &#8211; Not having it.  Won&#8217;t have it...DONE!  I am completely aware, as I am sure the rest of you are, as to the pessimistic side of the coin and all the &#8220;what if&#8217;s&#8221;.  Such pessimism does not need to be stated, thought about or discussed (both verbally and email) among the GenAudio team members (both internal and external) regardless of who anyone thinks they are and/or regardless of their position with the Company.  If something that requires a pessimistic view point needs to be discussed, it will be brought up at the board level, by GenAudio&#8217;s board of directors members only.  It is literally sickening and I can not and will not take this BS anymore.  This is not a request, rather a requirement.  I can not and will not allow for negativity to affect us moving forward with Apple and all the other great things we have cooking.<BR>
<BR>
Everyone keep their eye on the prize and if possible, bring potential investors to the table please (preferably through the common stock offering).  Surely each and every one of you know people with money looking to make more money for themselves, and investing in GenAudio may be considered a &#8220;high risk&#8221; or &#8220;speculative&#8221; deal, but I believe people want to invest in these kinds of deals because blue chip stocks don&#8217;t pay shit in terms of return when compared to the potential return GenAudio is capable of yielding &#8211; It is more risky to not take risks!  <B>Remember, they must be accredited and an officer or management team member of the Company must be introduced to them in order for them to receive an investment packet.  If you are not an officer, management team member, or director of GenAudio, then you may NOT send a packet to a prospective investor and must go through appropriate channels.<BR>
</B></SPAN><SPAN STYLE='font-size:11pt'><BR>
</SPAN><SPAN STYLE='font-size:12pt'>Best Wishes,<BR>
<BR>
Jerry Mahabub, Chairman &amp; CEO<BR>
<BR>
<IMG src="cid:3329776718_1362430" ><BR>
<BR>
GenAudio, Inc.<BR>
12999 E. Adam Aircraft Circle, Ste. 200<BR>
Englewood, CO<BR>
80112<BR>
<BR>
Office:   ▇▇▇▇▇▇ <BR>
Fax:   ▇▇▇▇▇▇ <BR>
Mobile:   ▇▇▇▇▇▇ <BR>
email:  <a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a><BR>
URL:  <a href="http://www.genaudioinc.com">http://www.genaudioinc.com</a><BR>
</SPAN><SPAN STYLE='font-size:10.5pt'><BR>
  <BR>
<BR>
------ Forwarded Message<BR>
<B>From: </B>Jerry Mahabub &lt;<a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a>&gt;<BR>
<B>Date: </B>Mon, 06 Jul 2009 23:49:41 -0600<BR>
<B>To: </B>Barry Corlett<BR>
<B>Cc: </B>Victor Tiscareno<BR>
<B>Conversation: </B>Wednesday @ 11:30am Pacific<BR>
<B>Subject: </B>Re: Wednesday @ 11:30am Pacific<BR>
<BR>
Hi Barry,<BR>
<BR>
I hope you had a relaxing and rejuvenating 4th of July weekend! :)<BR>
<BR>

My dev team and I are putting together the answers to your questions and should have the technology disclosure document ready for you and Victor by Monday, July 13, 2009 upon your return form your trip.  It will be a rather in-depth response to your initial set of questions.<BR>
<BR>
We will be combining question 1 and 4 together and showing the &#8220;rough MIPS&#8221; with the full answer to question 1.<BR>
<BR>
Of course, I will need to receive either from you or Victor the fully signed NDA as a pdf file attached to an email prior to sending Apple the level of detail we will be disclosing to you and your team.  I will also send two original copies of the NDA with my signature as requested.  Who should I send the two originals to (you or Victor) and what address?  I can send these via FedEx this coming Monday to ensure you receive the originals.<BR>
<BR>
My development team and I are anxious to get started.  With your guidance after you and your team at Apple review the answers we provide, I believe we can make this happen.<BR>
<BR>
Safe travels.<BR>
<BR>
-Jerry<BR>
<BR>
<BR>
On 7/6/09 12:04 AM, &quot;Barry Corlett&quot; &lt;<a href=■■■■■■■■■■■■■■■■">■■■■■■■■■■■■■■■■</a>&gt; wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:10.5pt'>Hi Jerry,<BR>
<BR>
Great talking with you too and thanks for sending the NDA. I still need two original copies with your signature.  I am out travelling this week and I will attend to this when I'm back on the 13th.  If possible, please have the answers to the questions submitted to Victor and myself by the end of this week so we can review the answers before sharing them with the rest of our team.  Both Victor and I have been very impressed with the way you have handled yourself up to this point, answered our high level questions, and the demo was very compelling.  It was simple to use and adequately demonstrated your processing.<BR>
<BR>
thanks,<BR>
-Barry<BR>
</SPAN></FONT></BLOCKQUOTE>
</BODY>
</HTML>


--B_3363326825_103213
Content-type: text/html;
        charset\="US-ASCII"
Content-transfer-encoding: quoted-printable

<HTML>
<HEAD>
<TITLE>FW: Wednesday @ 11:30am Pacific</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Hello Team:
(This email and all of its content is to be considered company confidential and all recipients are

forbidden from sharing this email with anyone else)\<BR\>
\<BR\>
I hope everyone had a relaxing and rejuvenating 4th of July weekend! ;)\<BR\>
\<BR\>
The dev team and I just wrapped up with our internal conference call and all team members are contributing to the initial set of questions from Apple.  I know this is a hard time for everyone, and I am still doing everything I can, including trying to sell more personal stock at a very discounted rate to bridge our gap as we wait for the Hudson investors to hopefully start cutting checks.  In a nutshell, I am willing to sell another 500K shares at 1.00 per share and I keep my voting rights.  Depending on how successful I am will determine how much I loan to the Company (pending Board approval) and how much everyone will get paid &#8211; I am hoping to take care of the majority of our debt by doing this, as well as keep our lights on, get caught up with payroll and consulting fees to our contractors, keep our website going, and finish our studio build out in Santa Monica.  When Hudson starts bringing on investors, or any of you that are helping with the offering through either a board member, officer, or management team member of the Company, then my personal stock deal will terminate immediately.  I ONLY want friends and family, or friends of friends and family for my personal stock deal.\<BR\>
\<BR\>
I had a few calls with Apple last week, and aside from Victor and myself working on strategy related topics, one of the new contacts I was recently introduced to will be the person who decides how we move forward after reviewing the technical disclosure document our dev team is preparing (the answers to the initial set of questions you should all have in a previous email that the NDA was attached to).\<BR\>
\<BR\>
Here are my thoughts about Apple as of this point:\<BR\>
\<BR\>
\</SPAN\>\</FONT\>\<OL\>\<LI\>\<FONT FACE="Calibri, Verdana, Helvetica, Arial"\>\<SPAN STYLE='font-size:12pt'\>Apple really likes the technology.
\</SPAN\>\</FONT\>\<LI\>\<FONT FACE="Calibri, Verdana, Helvetica, Arial"\>\<SPAN STYLE='font-size:12pt'\>We are under NDA (still awaiting their signature as a pdf file email attachment &#8211; Two originals will be signed as well, one of them will be returned to us).
\</SPAN\>\</FONT\>\<LI\>\<FONT FACE="Calibri, Verdana, Helvetica, Arial"\>\<SPAN STYLE='font-size:12pt'\>Apple wants to learn more about the technology so they can determine for themselves if our processing will work within their power consumption specifications (with the understanding that further development from both Apple and GenAudio will be required).  The question that will determine how we proceed forward will be how much time, money and resources Apple has to put into &#8220;make it happen&#8221;.  So, the ball is really in their court and I will know more after their internal review of the answers to the questions Barry asked.
\</SPAN\>\</FONT\>\<LI\>\<FONT FACE="Calibri, Verdana, Helvetica, Arial"\>\<SPAN STYLE='font-size:12pt'\>Most likely I will have one or two additional calls with Apple after their review, and if I get the green light, actual integration development and testing will commence.
\</SPAN\>\</FONT\>\<LI\>\<FONT FACE="Calibri, Verdana, Helvetica, Arial"\>\<SPAN STYLE='font-size:12pt'\>I believe this could realistically happen within 2 to 4 weeks.
\</SPAN\>\</FONT\>\<LI\>\<FONT FACE="Calibri, Verdana, Helvetica, Arial"\>\<SPAN STYLE='font-size:12pt'\>Depending on Apple&#8217;s specs, full production level ready integration of our application could be completed in as early as 2 to 3 months, and as long as 6 to 8 months.  Victor and I have gone through several strategic models in preparation for development to initiate.\<BR\>
\</SPAN\>\</FONT\>\</OL\>\<FONT FACE="Calibri, Verdana, Helvetica, Arial"\>\<SPAN STYLE='font-size:12pt'\>\<BR\>
Do I believe Apple will give us the green light to move on to the next step after reviewing our answers?  Yes.\<BR\>
\<BR\>
Do I believe that Apple will embrace the technology and help us to achieve both our Company&#8217;s goals with AstoundSound?  Yes.\<BR\>
\<BR\>

SEC-MahabubJ-E-0007976

Do I believe that an Apple deal will trigger multiple leading consumer electronics companies to want AstoundSound rapidly integrated in their product offerings?  Yes.

Do I believe that Apple could be a strong potential buyer of GenAudio in it's entirety?  Yes.

Do I believe that we can have a significant pop in valuation providing for a nice shareholder return (possibly within 2 years)?  Yes

==Do I believe that if someone does not invest at this point in time that they are foolish?  Yes.  Yes.  And YES!==

We need investors, and need them now.  We have the world's most advanced and state of the art audio technology and are on the verge of an explosion.  We are selling stock at the same price per share from over two years ago due to the economy.  I am not putting all of my eggs in one basket neither.  We have amazing traction for theatrical utilization of AstoundSound since I hired Brent Kaviar to assist with the theatrical side, and he has proven himself beyond my expectations.  Gary and the development team have worked their asses off, some of them for over 4 years, and it shows by how far we have advanced the technology and the software under the roof of such a small operation.  Diesel Games came through with our demo game environment and we rocked E3.  Steve Bagwell found us a new marketing firm and we are free from the clutches of GMR (a negative energy that was bringing us down).  We must continue to work hard and fight for what we believe in with positive energy.

I want everyone in this Company to know that I truly believe in Universal Energy principles and take this very seriously.  The energy and contributions each and every one of us involved with GenAudio puts into the universe affects the Company.  Negative thoughts and pessimism will not be tolerated from this point moving forward from anyone.  Everyone think positively about GenAudio (our action as a whole), and positive results will be returned (the reaction).  I will not allow for negativity from anyone to hold back the positive forward direction of GenAudio anymore.  Lately, there have been serious negative thoughts I have encountered – Not having it.  Won't have it...DONE!  I am completely aware, as I am sure the rest of you are, as to the pessimistic side of the coin and all the "what if's".  Such pessimism does not need to be stated, thought about or discussed (both verbally and email) among the GenAudio team members (both internal and external) regardless of who anyone thinks they are and/or regardless of their position with the Company.  If something that requires a pessimistic view point needs to be discussed, it will be brought up at the board level, by GenAudio's board of directors members only.  It is literally sickening and I can not and will not take this BS anymore.  This is not a request, rather a requirement.  I can not and will not allow for negativity to affect us moving forward with Apple and all the other great things we have cooking.

Everyone keep their eye on the prize and if possible, bring potential investors to the table please (preferably through the common stock offering).  Surely each and every one of you know people with money looking to make more money for themselves, and investing in GenAudio may be considered a "high risk" or "speculative" deal, but I believe people want to invest in these kinds of deals because blue chip stocks don't pay shit in terms of return when compared to the potential return GenAudio is capable of yielding – It is more risky to not take risks!  **Remember, they must be accredited and an officer or management team member of the Company must be introduced to them in order for them to receive an investment packet.  If you are not an officer, management team member, or director of GenAudio, then you may NOT send a packet to a prospective investor and must go through appropriate channels.

```
</B></SPAN><SPAN STYLE='font-size:11pt'><BR>
</SPAN><SPAN STYLE='font-size:12pt'>Best Wishes,<BR>
<BR>
Jerry Mahabub, Chairman &amp; CEO<BR>
<BR>
<IMG src="cid:3329776718_1362430" ><BR>
<BR>
GenAudio, Inc.<BR>
12999 E. Adam Aircraft Circle, Ste. 200<BR>
Englewood, CO<BR>
80112<BR>
<BR>
Office:  ███████<BR>
Fax:  ███████<BR>
Mobile:  ███████<BR>
email:  <a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a><BR>
URL:  <a href="http://www.genaudioinc.com">http://www.genaudioinc.com</a><BR>
</SPAN><SPAN STYLE='font-size:10.5pt'><BR>
  <BR>
<BR>
------ Forwarded Message<BR>
<B>From: </B>Jerry Mahabub &lt;<a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a>&gt;<BR>
<B>Date: </B>Mon, 06 Jul 2009 23:49:41 -0600<BR>
<B>To: </B>Barry Corlett<BR>
<B>Cc: </B>Victor Tiscareno<BR>
<B>Conversation: </B>Wednesday @ 11:30am Pacific<BR>
<B>Subject: </B>Re: Wednesday @ 11:30am Pacific<BR>
<BR>
Hi Barry,<BR>
<BR>
I hope you had a relaxing and rejuvenating 4th of July weekend! :)<BR>
<BR>
My dev team and I are putting together the answers to your questions and should have the
technology disclosure document ready for you and Victor by Monday, July 13, 2009 upon your
return form your trip.  It will be a rather in-depth response to your initial set of
questions.<BR>
<BR>
We will be combining question 1 and 4 together and showing the &#8220;rough MIPS&#8221;
with the full answer to question 1.<BR>
<BR>
Of course, I will need to receive either from you or Victor the fully signed NDA as a pdf file
attached to an email prior to sending Apple the level of detail we will be disclosing to you and
your team.  I will also send two original copies of the NDA with my signature as requested.
 Who should I send the two originals to (you or Victor) and what address?  I can
send these via FedEx this coming Monday to ensure you receive the originals.<BR>
<BR>
My development team and I are anxious to get started.  With your guidance after you and
your team at Apple review the answers we provide, I believe we can make this happen.<BR>
<BR>
Safe travels.<BR>
<BR>
-Jerry<BR>
<BR>
<BR>
On 7/6/09 12:04 AM, &quot;Barry Corlett&quot; &lt;<a
```

SEC-MahabubJ-E-0007978

```
href="bcorlett@        ">bcorlett@        </a>&gt; wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN
STYLE='font-size:10.5pt'>Hi Jerry,<BR>
<BR>
Great talking with you too and thanks for sending the NDA. I still need two original copies with
your signature.  I am out travelling this week and I will attend to this when I'm back on the
13th.  If possible, please have the answers to the questions submitted to Victor and myself
by the end of this week so we can review the answers before sharing them with the rest of our
team.  Both Victor and I have been very impressed with the way you have handled
yourself up to this point, answered our high level questions, and the demo was very compelling.
 It was simple to use and adequately demonstrated your processing.<BR>
<BR>
thanks,<BR>
-Barry<BR>
</SPAN></FONT></BLOCKQUOTE>
</BODY>
</HTML>


--B_3363326825_103213--

--B_3363326825_117679--
```

SEC-MahabubJ-E-0007979