REDACTED

# EXHIBIT 9

**From:** Jerry Mahabub jerry@genaudioinc.com
**Subject:** Re: New Common Stock Offering...
**Date:** March 19, 2010 at 4:49 PM
**To:** Paul Powers, Bob Coover, Brent Kaviar, Gary Smith, GenAudioInc, Greg Morgenstein, Ian Esten, Jim Devine, Jim W. Mattos, Paul Savio, Stephan Bernsee, Walt GenAudio, Abbey Laudadio, Recy A Pilloud, Melissa Gonzales

Hello:

Attached is the cover letter that will go out to all the shareholders with the new PPM via electronic delivery.

==Time to get some $$$ and drive the business side of our company through the roof! Of course, to do this the right way, we will need to complete our financing requirement, or raise enough to get us into a big deal which will generate substantial revenues! :)==

We have all worked very hard to get to this point. We now have three product offering groups:

1. CE integration software library for any device (B2B licensing)
2. Professional audio plug-ins for studios (B2B licensing)
3. Within weeks of having our ASE completed and posted on HUGE music centric web based portals (Digital Distribution)

==And someone would not want to invest at this stage in the game, or increase there shareholder position because why? There is no answer to this question, however, in order to truly get to where this ship needs to go, we need to stop for a moment and re-fuel.== The land of wealth is within sight and we are no longer floating in the open ocean with the feeling of having no bearing. Our course is clear, the ocean is calm – we just need the fuel to reach our destination.

Best Wishes,

-Jerry

EXHIBIT 28 PLTF/DEFT.
WITNESS Mattos
CONSISTING OF 10 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

On 3/18/10 11:56 PM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

> Hello Team: (Please read this email in full as it will affect all of you with whom have been paid for the past several months by myself personally by giving loans to GenAudio, and you all need to know what is going on as of right now).
>
> Please find attached the corrected and final version of the PPM.
>
> Because the PPM is now "live", I can no longer sell my personal shares at a discounted rate, and this means I will no longer be loaning my personal money from the sale of my personal shares to the Company.

I will not be paid back any of the money I have loaned to the Company until the company is making substantial revenues, at which time, the company will start to pay me back monthly. Although very unfortunate for me, as I was counting on being paid back the money I loaned to the company to keep it moving forward for the past year, the terms of me not being paid back from the money the company is seeking to raise will tremendously help all of you get paid back IN FULL provided we are successful with the offering. This is going to leave me hanging out to dry, and I can no longer pay anyone from my personal account, especially given the fact that what I was counting on that money being paid back to me, as it would have been to anyone else that loaned money to the company, I will not see a dime from the money raised from the offering that is now on the table.

So, why is it necessary that I not get back any money until the company is in revenue? The Board of Directors for GenAudio, including myself, agreed that it will be much more attractive to an investor if they know that I will not be paid back money from the north of 1.5MM USD loans I have given to the company, and I was compelled to agree with them, and I must act in the best interest of the company, it's people (that being all of you), and my shareholders, even if it means screwing myself over. The good news is that once we see a big deal come in the door, I will be paid back in full.

So, as much as I have continued to pay all of you to keep this company moving forward out of my own pocket, I need to ask all of you to do the same back for me, especially at this critical time, and continue to work hard so we can get some of these deals closed and make a lot of money, potentially enough to retire all of us. I will be working around the clock to raise the money and get you all paid all the money the Company owes to each of you, as none of you have to wait to get paid back like I now have to – and this has really caused me some major personal issues, as I probably would not have loaned the company as much money as I have knowing that I would have had to end up waiting for the company to be in substantial revenues before being paid back. In short, I screwed myself over to keep all of you paid and moving forward to this point.

Yes, it is an incredible sacrifice on my part, and it is what I have had to do to make this offering enticing to new potential investors and get all of you paid in full once we raise enough money to do so.

Then is should be smooth sailing into a HUGE deal with the LCEC as we are within days of the LCEC actually starting to embed our tech into their devices and prepare for product integration level testing. Once this is completed with the new demo C library on their end, all that will be left is to negotiate the deal and GET PAID! This could be anywhere from 3 to 5 months out and hence the reason for raising the money in the current offering attached to this email. The financing requirement is certainly over-capitalizing us, so my objective is to get enough raised of the 3MM to

bridge our gap into a deal with the LLEL. Maybe it is only $1MM to get there, and if so, great, however, I would much rather be well prepared for a rainy day, and more importantly get everyone paid in full, and have enough to continue to operate, and paying me back all the money I have loaned the Company from the investments under the current offering does not look very appetizing.

**In conclusion, you all need to realize that just because I have "self-funded" GenAudio for the past year, does not mean that I had to do that, nor will I be continuing to do that from this point moving forward.** It is up to the Company, and always has been up to the Company to pay you all. You all just got very lucky that you have a CEO with a big heart – I am an employee of GenAudio, just like the rest of you, that needs to put food on the table for his family as well, and as of right now, I am in a much worse state than **all of you put together** in terms of how much money I am owed by the Company. All I can do from this point is make the offering look like a deal that everyone that sees it wants to get in and invest, and get everyone paid in full (with the exception of all the money I have loaned to the company).

I hope this helps to clarify things for everyone.

==Time to go back into fund raising mode, and if any of you feel like helping out with this effort, I would certainly appreciate it. It's not like you are doing your friends and family a bad thing by getting them into GenAudio at this stage in the game.==

**We are all in the same boat, and now I need you all to keep me from drowning.**

Have a good weekend! :)

Best Wishes,

Jerry Mahabub, Chairman & CEO

GenAUDIO
Colorado Office: ▮▮▮▮▮
LA Studio: ▮▮▮▮▮
Fax: ▮▮▮▮▮
Mobile: ▮▮▮▮▮
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com

On 3/18/10 12:58 PM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

Sorry about that Paul – I received an email from you stating that was the final that you

only had one minor change to make.

Please send to me the new word doc as the FINAL again so I can put it all together and have Jim Devine also send to me the new worksheets so I can insert the corrected numbers in, unless they can simply be corrected on the table.

I will circulate a new version once again.

Best Wishes,

-Jerry


On 3/18/10 10:48 AM, "Paul Powers" <████████████████████> wrote:

> Please hold off on using this PPM. I just discovered there
> are a couple of very minor changes that still need to be made
> to the Securities Ownership table on page 34.
>
>
> **From:** Jerry Mahabub [mailto:jerry@genaudioinc.com]
> **Sent:** Thursday, March 18, 2010 5:46 AM
> **To:** Bob Coover; Brent Kaviar; Gary Smith; GenAudioInc; Greg Morgenstein; Ian Esten; Jim Devine; Jim W. Mattos; Paul Powers; Paul Savio; Stephan Bernsee; Walt GenAudio; Abbey Laudadio; Recy A Pilloud; Melissa Gonzales
> **Subject:** re: New Common Stock Offering...
>
> Hello Team:
>
> After messing around with the reduce file size settings, I finally got this very long PPM document to compress below 5MB and still keep the graphic images and screen shots looking pretty good.
>
> Attached is the final PPM that is ready to go. Paul and I have worked very hard to get this completed, and we both are hoping that with the new Valuation Analysis report, it will triple our chances of success with completing our financing requirement of 3MM USD.
>
> It is rather long, so please take your time to review the entire offering and if you want to send it to anyone that may have an interest in investing, them please cc Jim Devine, Jim Mattos, and Paul Powers on all those emails so they can keep track of who the PPM goes to and internally number them accordingly. As with all of our previous offerings, and in an effort to not lose our exemption under Reg D, we are limiting this offering to accredited investors

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS                    JM001044

only. If you do not know what that means, then please ask Paul Powers or Jim Devine, and they will be happy to explain.

There is also a separate subscription agreement/investor questionnaire in the event an individual or entity wants to invest. If one of your friends or family members is accredited and wants to invest, please let Paul and/or Jim know asap so we can notify counsel and make sure we get all the form D and other relevant filings completed for whatever state the investment is coming from. **This is very important as we must stay compliant with "blue sky" laws.**

SHOW ME THE MONEY! :)

Best Wishes,

Jerry Mahabub, Chairman & CEO

GENAUDIO

Colorado Office: ███████
LA Studio: ███████
Fax: ███████
Mobile: ███████
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com

Confidential Shareholder Communication

GenAudio, Inc.
8700 South Quebec Street, Suite A9250
Centennial, CO 80112

March 15, 2010

Dear Shareholders:

In order to keep you apprised of current developments, please find with this letter a Private Placement Memorandum dated March 15, 2010 (the "PPM"). The PPM encompasses an updated Business Summary, an independent Technology Valuation Analysis report prepared by Inavisis, Inc., and our year-end financial statements. Although the Valuation Analysis report from Inavisis states that the "fair market value" of the technology is north of 18 USD, said "fair market value" does not necessarily reflect the aggregate "price" that we will receive for the sale or licensing of our technology in different markets.

This offering is being conducted to provide bridge capital until we can "ink" a deal with a large consumer electronics company (referred to as the "LCEC" throughout the PPM) with whom we have had over 15 meetings with marketing and technical management, and will start the actual embedded level integration process within the next 30 days. We expect that the consummation of any such deal will put the Company into substantial revenue (see Independent Valuation Analysis Report). The current offering is valued at $3.00 per common share.

In addition to our consumer electronics integration initiative, the Company also has finalized its initial release for licensing professional audio software plug-ins for ProTools, and is conducting several meetings with major motion picture studios, theatrical trailer and TV Series mixing houses, and other professional audio post-production studios for music, advertising and video games. We are awaiting a fourth meeting with Warner Brothers and a recently scheduled meeting with Disney/Pixar.

On the consumer product offering side, we are a few weeks away from launching an improved version of the AstoundSound® Expander which will be compatible with the recent Windows 7 operating system. We also are working on an Apple Snow Leopard version of the AstoundSound® Expander, but this will take some additional time. We had meetings with the CEO's of two large music centric web based portals, Wolfgang's Vault and Pandora, who are very interested in entering into a promotion/partnership for distribution of our AstoundSound® Expander product offering. Both of these music centric web based portals receive millions of unique visitors per day.

We encourage all of our current accredited shareholders to consider helping us complete this bridge financing with an investment under the current common stock offering dated March 15, 2010. If interested, please carefully review the PPM, including the risk factors section, and follow the subscription procedures set forth therein. This communication and the accompanying PPM is for your eyes only. You are not authorized to forward it to any other person. If you are aware of someone who you think might be interested in this offering, please contact the Company and provide us with their name and contact information.

Thank you for your continued support of our Company. Additional detail is contained in the Private Placement Memorandum. Should any shareholder have additional questions, please do not hesitate to contact me by email at jerry@gcnaudioinc.com.

Sincerely,

Jerry Mahabub – Chairman, President and CEO

DEN 97150474

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS           JM001046