**EXHIBIT 11**

## GenAudio, Inc. (D-3450)
## Summary of Mahabub Personal Stock Sales
## November 1, 2009 through April 30, 2012

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jaenke | Ridge Clearing Custodian for David Jaenke IRA Account XXX X5222 | 11/XX/09 | 15,000 | $1.00 | $ 15,000 | C-417 | 12/14/09 | Mahabub001226 Mahabub001228 GA001830 SEC-ELLIOTT-E-0004076 | |
| 2 | Galanis | John | 11/10/09 | 600,000 | $0.40 | $ 240,000 | C-418 | 12/22/09 | Mahabub000934 Mahabub000936 GA001830 SEC-ELLIOTT-E-0004076 | |
| 3 | Boon | Jan | 11/11/09 | 300,000 | $0.50 | $ 150,000 | C-438 | 1/12/10 | Mahabub000108 Mahabub000110 GA001831 SEC-ELLIOTT-E-0004074 | |
| 4 | Voiers | Douglas W. | 11/11/09 | 31,250 | $0.80 | $ 25,000 | C-458 | 1/14/10 | Mahabub002542 Mahabub002544 GA001831 SEC-ELLIOTT-E-0004078 | |
| 5 | Maxtrend Global Services, S.A. | | 11/11/09 | 18,750 | $0.80 | $ 15,000 | C-495 | 3/19/10 | Mahabub001672 Mahabub001674 GA001832 SEC-ELLIOTT-E-0004077 | |
| 6 | Morey | Kirk & Cherie | 11/11/09 | 100,000 | $0.50 | $ 50,000 | C-515 | 11/11/09 | Mahabub001742 Mahabub001744 GA001833 SEC-ELLIOTT-E-0004077 | |
| 7 | Koth | Kurtis H | 11/12/09 | 130,000 | $0.50 | $ 65,000 | C-468 | 1/18/10 | Mahabub001529 Mahabub001531 GA001832 SEC-ELLIOTT-E-0004077 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Bingham | Larry | 11/15/09 | 40,000 | $0.50 | $ 20,000 | C-437 | 1/12/10 | Mahabub000093 Mahabub000094 GA001831 SEC-ELLIOTT-E-0004074 | |
| 9 | Burchfield | Herman F. IV & Michelle L. | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-439 | 1/12/10 | Mahabub000216 Mahabub000218 GA001831 SEC-ELLIOTT-E-0004074 | |
| 10 | DiNallo | John B. | 11/15/09 | 13,000 | $1.00 | $ 13,000 | C-440 | 1/12/10 | Mahabub000506 Mahabub000508 GA001831 SEC-ELLIOTT-E-0004075 | |
| 11 | Donaghue | Vincent II | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-442 | 1/12/10 | Mahabub000553 Mahabub000555 GA001831 SEC-ELLIOTT-E-0004075 | |
| 12 | Eldridge | Derek | 11/15/09 | 36,000 | $0.50 | $ 18,000 | C-443 | 1/12/10 | Mahabub000647 Mahabub000649 GA001831 SEC-ELLIOTT-E-0004075 | |
| 13 | Eldridge | Maurice & Rosalinda | 11/15/09 | 88,000 | $0.50 | $ 44,000 | C-444 | 1/12/10 | Mahabub000660 Mahabub000662 GA001831 SEC-ELLIOTT-E-0004075 | |
| 14 | Herdt | Timothy W. Sr. & Tracey L. | 11/15/09 | 80,000 | $0.50 | $ 40,000 | C-445 | 1/12/10 | Mahabub001178 Mahabub001180 GA001831 SEC-ELLIOTT-E-0004076 | |
| 15 | Forkner | Peter C. | 11/15/09 | 6,000 | $0.50 | $ 3,000 | C-446 | 1/12/10 | Mahabub000890 Mahabub000892 GA001831 SEC-ELLIOTT-E-0004076 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Glassmaker | Todd | 11/15/09 | 10,000 | $0.50 | $ 5,000 | C-447 | 1/12/10 | Mahabub001057<br>Mahabub001059<br>GA001831<br>SEC-ELLIOTT-E-0004076 | |
| 17 | Frere | Edith Dunn | 11/15/09 | 4,000 | $0.50 | $ 2,000 | C-448 | 1/12/10 | Mahabub000903<br>Mahabub000905<br>GA001831<br>SEC-ELLIOTT-E-0004076 | |
| 18 | Frere | Marie Laure | 11/15/09 | 30,000 | $0.50 | $ 15,000 | C-449 | 1/12/10 | Mahabub000921<br>Mahabub000923<br>GA001831<br>SEC-ELLIOTT-E-0004076 | |
| 19 | Overley | Randy | 11/15/09 | 30,000 | $0.50 | $ 15,000 | C-452 | 1/12/10 | Mahabub001992<br>Mahabub001994<br>GA001831<br>SEC-ELLIOTT-E-0004077 | |
| 20 | Farrow | Richard & Susan | 11/15/09 | 10,000 | $0.50 | $ 5,000 | C-463 | 1/15/10 | Mahabub000742<br>Mahabub000744<br>GA001832<br>SEC-ELLIOTT-E-0004075 | |
| 21 | Gilson | Phillip | 11/15/09 | 200,000 | $0.50 | $ 100,000 | C-464 | 1/15/10 | Mahabub001004<br>Mahabub001006<br>GA001832<br>SEC-ELLIOTT-E-0004076 | |
| 22 | Graham | Josh Anthony | 11/15/09 | 5,000 | $0.50 | $ 2,500 | C-465 | 1/15/10 | Mahabub001093<br>Mahabub001095<br>GA001832<br>SEC-ELLIOTT-E-0004076 | |
| 23 | Marvin | George William | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-469 | 1/18/10 | Mahabub001659<br>Mahabub001661<br>GA001832<br>SEC-ELLIOTT-E-0004077 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | McCoy | Ricky Dell | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-470 | 1/18/10 | Mahabub001685 Mahabub001687 GA001832 SEC-ELLIOTT-E-0004077 | |
| 25 | Monical | Doc & Patricia | 11/15/09 | 4,000 | $0.50 | $ 2,000 | C-471 | 1/18/10 | Mahabub001716 Mahabub00718 GA001832 SEC-ELLIOTT-E-0004077 | |
| 26 | Mosher | Greg Jr. | 11/15/09 | 3,000 | $0.50 | $ 1,500 | C-472 | 1/18/10 | Mahabub001832 Mahabub001834 GA001832 SEC-ELLIOTT-E-0004077 | |
| 27 | Norris | Matthew | 11/15/09 | 24,000 | $0.50 | $ 12,000 | C-474 | 1/18/10 | Mahabub001874 Mahabub001876 GA001832 SEC-ELLIOTT-E-0004077 | |
| 28 | Norris | Patrick | 11/15/09 | 10,000 | $0.50 | $ 5,000 | C-475 | 1/18/10 | Mahabub001887 Mahabub001889 GA001832 SEC-ELLIOTT-E-0004077 | |
| 29 | Nunes | Teri Ann | 11/15/09 | 6,000 | $0.50 | $ 3,000 | C-476 | 1/18/10 | Mahabub001927 Mahabub001929 GA001832 SEC-ELLIOTT-E-0004077 | |
| 30 | Ruane | Lawrence M. & Kimberly A. | 11/15/09 | 10,000 | $0.50 | $ 5,000 | C-486 | 1/20/10 | Mahabub002270 Mahabub002272 GA001832 SEC-ELLIOTT-E-0004078 | |
| 31 | Sanello | Candace | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-488 | 1/20/10 | Mahabub002303 Mahabub002305 GA001832 SEC-ELLIOTT-E-0004078 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Lowy | Steven R. Lowy Trustee (Steven R. Lowy Revocable Trust dated May 24, 2007) | 11/18/09 | 60,000 | $1.00 | $ 60,000 | C-477 | 1/19/10 | Mahabub001623 Mahabub001625 GA001832 SEC-ELLIOTT-E-0004077 | |
| 33 | Morey | Kirk & Cherie | 11/19/09 | 100,000 | $0.50 | $ 50,000 | C-516 | 11/19/09 | Mahabub001755 Mahabub001757 GA001833 SEC-ELLIOTT-E-0004077 | |
| 34 | Fivian | Gerald J. | 11/27/09 | 25,000 | $1.00 | $ 25,000 | C-494 | 3/15/10 | Mahabub000840 Mahabub000842 GA001832 SEC-ELLIOTT-E-0004075 | |
| 35 | Lev | Ronan | 11/27/09 | 20,000 | $1.00 | $ 20,000 | C-520 | 4/28/10 | Mahabub001584 Mahabub001586 GA001833 SEC-ELLIOTT-E-0004077 | |
| 36 | Olree | Steven & Julie | 12/1/09 | 50,000 | $0.50 | $ 25,000 | C-502 | 3/23/10 | Mahabub001940 Mahabub001942 GA001833 SEC-ELLIOTT-E-0004077 | |
| 37 | Orrego | Catherine | 12/16/09 | 1,000 | $1.00 | $ 1,000 | C-480 | 1/20/10 | Mahabub001979 Mahabub001981 GA001832 SEC-ELLIOTT-E-0004077 | |
| 38 | Bunker | Nicholas | 12/23/09 | 8,000 | $1.00 | $ 8,000 | C-455 | 1/14/10 | Mahabub000203 Mahabub000205 GA001831 SEC-ELLIOTT-E-0004074 | |
| 39 | Martinez | Daniel Isaac | 12/23/09 | 32,000 | $1.00 | $ 32,000 | C-631 | 9/14/10 | Mahabub001646 Mahabub001648 GA001837 SEC-ELLIOTT-E-0004077 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Horner | George A. Horner & Nancy N. Merrill | 1/7/10 | 5,000 | $1.00 | $ 5,000 | C-500 | 3/23/10 | Mahabub001207<br>Mahabub001209<br>GA001832<br>SEC-ELLIOTT-E-0004076 | |
| 41 | Wade | Garret Phillip | 1/7/10 | 1,000 | $1.00 | $ 1,000 | C-534 | 6/4/10 | Mahabub000978<br>Mahabub000980<br>GA001833<br>SEC-ELLIOTT-E-0004078 | |
| 42 | Pennington | Laurie Cassetty | 1/7/10 | 3,000 | $1.00 | $ 3,000 | C-535 | 6/4/10 | Mahabub002027<br>Mahabub002029<br>GA001833<br>SEC-ELLIOTT-E-0004077 | |
| 43 | Pistole | Wendell W. & Debra L. | 1/7/10 | 2,000 | $1.00 | $ 2,000 | C-536 | 6/4/10 | Mahabub002053<br>Mahabub002055<br>GA001833<br>SEC-ELLIOTT-E-0004077 | |
| 44 | Cozzi | Steve | 1/7/10 | 2,000 | $1.00 | $ 2,000 | C-730 | 1/7/10 | Mahaubu000341<br>Mahabub000343<br>GA001840<br>SEC-ELLIOTT-E-0004074 | |
| 45 | Olree | Steven G. & Julie | 1/11/10 | 50,000 | $0.50 | $ 25,000 | C-503 | 3/23/10 | Mahabub001953<br>Mahabub001955<br>GA001833<br>SEC-ELLIOTT-E-0004077 | |
| 46 | Donaghue | Margo | | 63,000 | $0.50 | $ 31,500 | C-441 | 1/12/10 | Mahabub000531<br>Mahabub000533<br>GA001831<br>SEC-ELLIOTT-E-0004075<br>SEC-USBank-E-0000475<br>SEC-USBank-E-0000502 | (1) |
| 47 | Eastwood | Julie | 2/11/10 | 10,000 | $1.00 | $ 10,000 | C-498 | 3/23/10 | Mahabub000634<br>Mahabub000636<br>GA001832<br>SEC-ELLIOTT-E-0004075 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | Gray | Gordon Gray Trust FBO C. Boyden Gray c/o Wachovia Bank N.A. and C. Boyden Gray Co - Trustees under agreement dated 8/26/56 | 2/15/10 | 100,000 | $1.00 | $ 100,000 | C-491 | 2/24/10 | Mahabub000236 Mahabub000238 GA001832 SEC-ELLIOTT-E-0004074 | |
| 49 | Koenig | Kathryn J. | 2/19/10 | 10,000 | $1.00 | $ 10,000 | C-501 | 3/23/10 | Mahabub001516 Mahabub001518 GA001833 SEC-ELLIOTT-E-0004076 | |
| 50 | Vit | Serena | 2/19/10 | 1,500 | $1.00 | $ 1,500 | C-835 | 11/12/12 | Mahabub002529 Mahabub002531 GA001844 SEC-ELLIOTT-E-0004078 | |
| 51 | Hauptman | Regan | 2/21/10 | 20,000 | $0.50 | $ 10,000 | C-512 | 4/14/10 | Mahabub001152 Mahabub001154 GA001833 SEC-ELLIOTT-E-0004076 | |
| 52 | Stecich | Rudy | 2/23/10 | 15,000 | $1.00 | $ 15,000 | C-499 | 3/23/10 | Manabub002408 Mahabub002410 GA001832 SEC-ELLIOTT-E-0004078 | |
| 53 | Crabb | Sarah B | 3/4/10 | 3,000 | $1.00 | $ 3,000 | C-497 | 3/23/10 | Mahabub000354 Mahabub000356 GA001832 SEC-ELLIOTT-E-0004074 | |
| 54 | Westphal | Daniel | 3/8/10 | 2,000 | $1.00 | $ 2,000 | C-496 | 3/23/10 | Mahabub002656 Mahabub002658 GA001832 SEC-ELLIOTT-E-0004078 | |
| 55 | Weintraub | David | 3/10/10 | 30,000 | $0.50 | $ 15,000 | C-504 | 4/1/10 | Mahabub002643 Mahabub002645 GA001833 SEC-ELLIOTT-E-0004078 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | Voiers | Douglas W. | 3/10/10 | 10,000 | $0.50 | $ 5,000 | C-508 | 4/2/10 | Mahabub002581<br>Mahabub002583<br>GA001833<br>SEC-ELLIOTT-E-0004078 | |
| 57 | DLT Financial, LLC | | 3/10/10 | 20,000 | $0.50 | $ 10,000 | C-509 | 4/2/10 | Mahabub000518<br>Mahabub000520<br>GA001833<br>SEC-ELLIOTT-E-0004075 | |
| 58 | Rouache | Michel | 3/11/10 | 30,000 | $0.50 | $ 15,000 | C-505 | 4/1/10 | Mahabub002257<br>Mahabub002259<br>GA001833<br>SEC-ELLIOTT-E-0004078 | |
| 59 | Dickson | Jon H. | 3/11/10 | 10,000 | $0.50 | $ 5,000 | C-506 | 4/1/10 | Mahabub000480<br>Mahabub000482<br>GA001833<br>SEC-ELLIOTT-E-0004075 | |
| 60 | Gilson | Phillip | 3/11/10 | 50,000 | $0.50 | $ 25,000 | C-507 | 4/2/10 | Mahabub001017<br>Mahabub001019<br>GA001833<br>SEC-ELLIOTT-E-0004076 | |
| 61 | Morey | Kirk & Cherie | 3/11/10 | 20,000 | $0.50 | $ 10,000 | C-517 | 3/11/10 | Mahabub001768<br>Mahabub001770<br>GA001833<br>SEC-ELLIOTT-E-0004077 | |
| 62 | Lev | Ronan | 3/11/10 | 20,000 | $0.50 | $ 10,000 | C-521 | 4/28/10 | Mahabub001597<br>Mahabub001599<br>GA001833<br>SEC-ELLIOTT-E-0004077 | |
| 63 | Skluzak | Dell F. | | 400,000 | $0.25 | $ 100,000 | C-528 | 5/3/10 | Mahabub002376<br>GA001833<br>SEC-ELLIOTT-E-0004078<br>SEC-ELLIOTT-E-0004064 | (2) |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | RJD Financial Profit Sharing Plan | | 5/13/10 | 25,000 | $0.10 | $ 2,500 | C-630 | 5/13/10 | Mahabub002184 Mahabub002186 GA001837 SEC-ELLIOTT-E-0004078 | (3) |
| 65 | Coey | Laurent E | | 12,500 | $0.10 | $ 1,250 | C-541 | 7/20/10 | Mahabub000297 GA001834 SEC-ELLIOTT-E-0004074 SEC-USBank-E-0000411 Mahabub000332 JM002819 JM002005 | (4) |
| 66 | Coey | Timothy F | | 12,500 | $0.10 | $ 1,250 | C-542 | 7/20/10 | Mahabub000330 GA001834 SEC-ELLIOTT-E-0004074 SEC-USBank-E-0000411 Mahabub000332 JM002819 JM002005 | (4) |
| 67 | Dabestani | Alayar | 9/9/10 | 20,000 | $3.00 | $ 60,000 | C-633 | 9/14/10 | Mahabub000384 Mahabub000386 GA001837 SEC-ELLIOTT-E-0004075 | |
| 68 | Killian | Todd | 9/9/10 | 2,500 | $3.00 | $ 7,500 | C-729 | 9/9/10 | Mahabub001504 Mahabub001506 GA001840 SEC-ELLIOTT-E-0004076 | |
| 69 | Feige | Geoff Feige Retirement Trust 401K FBO Geoff Feige | 9/14/10 | 10,000 | $3.00 | $ 30,000 | C-703 | 9/14/10 | Mahabub000755 Mahabub000757 GA001839 SEC-ELLIOTT-E-0004075 | |
| 70 | Feige | Geoffrey D. | 9/14/10 | 3,500 | $3.00 | $ 10,500 | C-704 | 9/14/10 | Mahabub000768 Mahabub000770 GA001839 SEC-ELLIOTT-E-0004075 | |
| 71 | Digiovanni | Michael & Stamatia T. | 9/22/10 | 10,000 | $3.00 | $ 30,000 | C-706 | 9/22/10 | Mahabub000493 Mahabub000495 GA001839 SEC-ELLIOTT-E-0004075 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | Banks | Jeffrey A. | 9/27/10 | 10,000 | $3.00 | $ 30,000 | C-705 | 9/27/10 | Mahabub000018 Mahabub000020 GA001839 SEC-ELLIOTT-E-0004074 | |
| 73 | Boone | Bryon L. | 10/7/10 | 4,000 | $3.00 | $ 12,000 | C-702 | 10/7/10 | Mahabub000164 Mahabub000166 GA001839 SEC-ELLIOTT-E-0004074 | |
| 74 | Hebner | Joe | 10/7/10 | 3,000 | $3.00 | $ 9,000 | C-707 | 10/7/10 | Mahabub001165 Mahabub001167 GA001839 SEC-ELLIOTT-E-0004076 | |
| 75 | Boone | Bryon L. | 10/7/10 | 4,000 | $3.00 | $ 12,000 | C-726 | 10/7/10 | Mahabub000177 Mahabub000179 GA001840 SEC-ELLIOTT-E-0004074 | |
| 76 | Wiggins | Adam | 10/7/10 | 5,000 | $3.00 | $ 15,000 | C-728 | 10/7/10 | Mahabub002669 Mahabub002671 GA001840 SEC-ELLIOTT-E-0004078 | |
| 77 | Coey | Laurent E | 10/12/10 | 12,500 | $0.10 | $ 1,250 | C-708 | 10/12/10 | Mahabub000336 GA001840 SEC-ELLIOTT-E-0004074 Mahabub000335 JM004754 JM005001 | (5) |
| 78 | Coey | Timothy F | 10/12/10 | 12,500 | $0.10 | $ 1,250 | C-709 | 10/12/10 | Mahabub000333 Mahabub000336 GA001840 SEC-ELLIOTT-E-0004074 Mahabub000335 JM004754 JM005001 | (5) |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 79 | Murphy | James F. & Margaret | 10/12/10 | 25,000 | $0.10 | $ 2,500 | C-710 | 10/12/10 | Mahabub001859 Mahabub000336 GA001840 SEC-ELLIOTT-E-0004077 Mahabub000335 JM004754 JM005001 | (5) |
| 80 | RJD Financial Profit Sharing Plan | | 10/12/10 | 50,000 | $0.10 | $ 5,000 | C-714 | 10/12/10 | Mahabub002196 Mahabub002199 GA001840 SEC-ELLIOTT-E-0004078 | (3) |
| 81 | Goldfarb | Robert or Ardeth | 10/12/10 | 1,000 | $3.00 | $ 3,000 | C-720 | 10/12/10 | Mahabub001081 Mahabub001083 GA001840 SEC-ELLIOTT-E-0004076 | |
| 82 | Novicki | Sarah Novicki, Chris Novicki & Sasha Weir TIC | 10/12/10 | 3,600 | $3.00 | $ 10,800 | C-722 | 10/12/10 | Mahabub001914 Mahabub001916 GA001840 SEC-ELLIOTT-E-0004077 | |
| 83 | Douglas | Jane | 10/12/10 | 1,700 | $3.00 | $ 5,100 | C-723 | 10/12/10 | Mahabub000587 Mahabub000589 GA001840 SEC-ELLIOTT-E-0004075 | |
| 84 | Dabestani | Alayar | 10/15/10 | 20,000 | $3.00 | $ 60,000 | C-724 | 10/15/10 | Mahabub000397 Mahabub000399 GA001840 SEC-ELLIOTT-E-0004075 | |
| 85 | Benjaminson | Evan Benjaminson and Shawn G. Benjaminson, Trustees of the Benjaminson Family Trust of 2009 U.D.T. dated October 20, 2009 | 11/16/10 | 5,000 | $3.00 | $ 15,000 | C-721 | 11/16/10 | Mahabub000048 Mahabub000050 GA001840 SEC-ELLIOTT-E-0004074 | |
| 86 | Smith | Todd W. & Lisa G. Exley | 11/16/10 | 2,500 | $3.00 | $ 7,500 | C-727 | 11/16/10 | Mahabub002381 Mahabub002382 GA001840 SEC-ELLIOTT-E-0004078 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 87 | Coey | Laurent E | | 62,500 | $0.01 | $ 625 | C-716 | 11/29/10 | GA001840<br>SEC-ELLIOTT-E-0004074<br>Mahabub000339<br>JM006436<br>SEC-USBank-E-0000349<br>SEC-USBank-E-0000699<br>SEC-USBank-E-0000701 | (6) |
| 88 | Coey | Timothy F | | 12,500 | $0.01 | $ 125 | C-717 | 11/29/10 | Mahabub000337<br>GA001840<br>SEC-ELLIOTT-E-0004074<br>Mahabub000339<br>JM006436<br>SEC-USBank-E-0000349<br>SEC-USBank-E-0000699<br>SEC-USBank-E-0000701 | (7) |
| 89 | RJD Financial Profit Sharing Plan | | 11/30/10 | 75,000 | $0.01 | $ 750 | C-715 | 11/29/10 | Mahabub002209<br>Mahabub002211<br>GA001840<br>SEC-ELLIOTT-E-0004078 | (3) |
| 90 | Dabestani | Alayar | 12/15/10 | 15,000 | $2.00 | $ 30,000 | C-725 | 12/15/10 | Mahabub000410<br>Mahabub000412<br>GA001840<br>SEC-ELLIOTT-E-0004075 | |
| 91 | Boone | Bryon L. | 3/3/11 | 7,500 | $2.00 | $ 15,000 | C-735 | 3/3/11 | Mahabub000151<br>Mahabub000153<br>GA001840<br>SEC-ELLIOTT-E-0004074 | |
| 92 | Crabb | Sarah B | 3/4/11 | 3,000 | $2.00 | $ 6,000 | C-774 | 3/4/11 | Mahabub000367<br>Mahabub000369<br>GA001842<br>SEC-ELLIOTT-E-0004074 | |
| 93 | Voiers | Douglas W. | 3/10/11 | 7,500 | $2.00 | $ 15,000 | C-792 | 3/1/12 | Mahabub002594<br>Mahabub002596<br>GA001842<br>SEC-ELLIOTT-E-0004078 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 94 | Cataldo | Paul F. | 3/10/11 | 10,000 | $3.00 | $ 30,000 | C-806 | 7/24/12 | Mahabub000268 Mahabub000270 GA001843 SEC-ELLIOTT-E-0004074 | |
| 95 | Geier | The Michael J. Geier Living Trust Dated September 9, 2005 | 3/10/11 | 3,000 | $3.00 | $ 9,000 | C-833 | 11/12/12 | Mahabub000991 Mahabub000993 GA001844 SEC-ELLIOTT-E-0004076 | |
| 96 | Boon | Jan | 3/11/11 | 40,000 | $0.50 | $ 20,000 | C-773 | 3/11/11 | Mahabub000122 Mahabub000124 GA001842 SEC-ELLIOTT-E-0004074 | |
| 97 | Kane | Lilly A. | 3/11/11 | 6,000 | $1.50 | $ 9,000 | C-786 | 2/10/12 | Mahabub001429 Mahabub001431 GA001842 SEC-ELLIOTT-E-0004076 | |
| 98 | Sansbury | Anne | 3/11/11 | 2,000 | $1.50 | $ 3,000 | C-787 | 2/10/12 | Mahabub002335 Mahabub002337 GA001842 SEC-ELLIOTT-E-0004078 | |
| 99 | Dabestani | Alayar | 3/11/11 | 45,000 | $1.00 | $ 45,000 | C-797 | 4/18/12 | Mahabub000424 Mahabub000426 GA001843 SEC-ELLIOTT-E-0004075 | |
| 100 | Kane | Michael | 3/11/11 | 10,000 | $1.50 | $ 15,000 | C-807 | 7/24/12 | Mahabub001456 Mahabub001458 GA001843 SEC-ELLIOTT-E-0004076 | |
| 101 | Kane | Michael | 3/11/11 | 10,000 | $1.50 | $ 15,000 | C-808 | 7/24/12 | Mahabub001469 Mahabub001471 GA001843 SEC-ELLIOTT-E-0004076 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 102 | Barton | Michael | 3/11/11 | 10,000 | $3.00 | $ 30,000 | C-809 | 7/24/12 | Mahabub000030 Mahabub000032 GA001843 SEC-ELLIOTT-E-0004074 | |
| 103 | Boon | Jan | 3/11/11 | 20,000 | $3.00 | $ 60,000 | C-810 | 7/24/12 | Mahabub000135 Mahabub000140 GA001843 SEC-ELLIOTT-E-0004074 | |
| 104 | Gilson | Phillip | 3/11/11 | 90,000 | $1.50 | $ 135,000 | C-811 | 7/24/12 | Mahabub001030 Mahabub001032 GA001843 SEC-ELLIOTT-E-0004076 | |
| 105 | Dabestani | Alayar | 3/11/11 | 31,000 | $1.00 | $ 31,000 | C-834 | 11/12/12 | Mahabub000437 Mahabub000439 GA001844 SEC-ELLIOTT-E-0004075 | |
| 106 | Rifkin | Jay | 3/21/11 | 10,000 | $1.00 | $ 10,000 | C-733 | 3/21/11 | Mahabub002145 Mahabub002147 GA001840 SEC-ELLIOTT-E-0004078 | |
| 107 | Rifkin | Jay | 3/21/11 | 10,000 | $1.00 | $ 10,000 | C-734 | 3/21/11 | Mahabub002158 Mahabub002160 GA001840 SEC-ELLIOTT-E-0004078 | |
| 108 | Morey | Kirk | 3/25/11 | 50,000 | $0.50 | $ 25,000 | C-739 | 3/25/11 | Mahabub001788 Mahabub001790 GA001840 SEC-ELLIOTT-E-0004077 | |
| 109 | Mager | Russel C. | 3/25/11 | 40,000 | $3.00 | $ 120,000 | C-765 | 3/25/11 | Mahabub001634 Mahabub001636 GA001841 SEC-ELLIOTT-E-0004077 | |

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 110 | Rodriguez | Phillip J. Rodriguez, Trustee FBO Phillip Rodriguez DBPP | 4/6/11 | 60,000 | $0.50 | $ 30,000 | C-736 | 4/6/11 | Mahabub002232<br>Mahabub002234<br>GA001840<br>SEC-ELLIOTT-E-0004078 | |
| 111 | Bertucci | Nellie W. | | 2,000 | $1.50 | $ 3,000 | C-785 | 2/10/12 | GA001842<br>SEC-ELLIOTT-E-0004074<br>SEC-USBank-E-0000043 | (8) |
| 112 | Dabestani | Al | 3/13/12 | 31,000 | $1.00 | $ 31,000 | C-892 | 6/6/13 | Mahabub000450<br>Mahabub000452<br>GA001847<br>SEC-ELLIOTT-E-0004075 | |
| 113 | Tekwani | Navin | 3/13/12 | 25,000 | $2.00 | $ 50,000 | C-905 | 7/5/13 | Mahabub002463<br>Mahabub002465<br>GA001847<br>SEC-ELLIOTT-E-0004078 | |
| 114 | **Totals** | | | 3,316,300 | | $ 2,338,900 | | | | |
| 115 | | | | | | | | | | |
| 116 | | | | | | $ 0.71 | Average price per share | | | |

15 / 16

| Line No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|

**Notes:**

(1) The first two pages of the Stock Sale and Purchase Agreement were missing; therefore, the aggregate purchase price was agreed to a statement from US Bank.

(2) The Stock Sale and Purchase Agreement was missing; therefore, the aggregate purchase price and price per share were agreed to the Affidavit of Jerry Mahabub dated February 17, 2014.

(3) Agreement was in the form of a Stock Option Agreement.

(4) Agreement was in the form of an Option/Warrant agreement.  Agreement was missing; therefore, aggregate purchase price was agreed to emails and a statement from US Bank.  The aggregate purchase prices for Laurent Coey (C-541) and Timothy Coey (C-542) were paid with one $2,500 wire transfer.  The price per share was agreed to an email.

(5) Agreement was in the form of a Stock Option Agreement.  Signature page of Stock Option Agreement and the Stock Certificate were missing.  A letter and emails indicated that Laurent Coey exercised an option to purchase 50,000 shares for $0.10 per share and instructed Mr. Mahabub to assign 12,500 of those shares to Timothy F. Coey, 12,500 of those shares to Laurent E. Coey, and 25,000 of those shares to James F. and Margaret Murphy, stock certificates C-709, C-708, and C-710, respectively.

(6) Agreement was in the form of a Stock Option Agreement.  Agreement and Stock Certificate were missing; therefore, the number of shares was agreed to a letter and emails.  The aggregate purchase price was agreed to a US Bank statement, deposit slip, and check copy.

(7) Agreement was in the form of a Stock Option Agreement.  Agreement was missing; therefore, the number of shares was agreed to the stock certificate, a letter, and emails.  The aggregate purchase price was agreed to a US Bank statement, deposit slip, and check copy.

(8) The Stock Sale and Purchase Agreement and the Stock Certificate were missing; therefore, the aggregate purchase price was agreed to a statement from US Bank.