REDACTED

# EXHIBIT 12


| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>Court Address:<br>7325 S. Potomac St.<br>Centennial, CO 80112 | |
| Plaintiff(s)/Petitioner(s): JIM MATTOS<br><br>v.<br><br>Defendant(s)/Respondent(s): GENAUDIO INC. et al. | **COURT USE ONLY** ▲ ▲ |
| _Attorneys for Plaintiff_<br>Jeffrey G. Benz, #29616<br>Jennifer K. Yuen, #276187 (CA)<br>Benz Law Group<br>12021 Wilshire Blvd., Suite 256<br>Los Angeles, CA 90025<br><br>Phone Number: 310-570-2774<br>FAX Number: 310-975-1214<br>E-mail: jeffreybenz@gmail.com<br>E-mail: jenniferk.yuen@gmail.com | Case Number:2014CV23<br><br>Division: 15 |

### AFFIDAVIT OF JERRY MAHABUB
### IN SUPPORT OF PLAINTIFF'S RESPONSE

I, **Jerry Mahabub**, depose and state as follows:

1. I founded GenAudio, Inc. ("GenAudio)", a Colorado corporation on May 21, 2003.

2. In 2006 I assigned my interests in my patented audio technology to GenAudio, which is the core of its business.

3. I served as GenAudio's CEO from October 1, 2008 to January 30, 2014, where I was unlawfully terminated as CEO, effective March 1, 2014. However, due to a Court Order issued on February 10, 2014 ("Order"), GenAudio is not permitted to take any adverse employment actions against me prior to close of business on March 28, 2014. Attached as Mahabub Exhibit A is a true and correct copy of the Order.

4. Numerous corporate issues and conflicts have arisen between the GenAudio shareholders and the Board of Directors ("Board") from the time Mr. Mark Bobak took over as its Chairman as both Mr. Bobak and Mr. Mark Skluzak, President of GenAudio, have undertaken a number of unlawful acts with respect to the company and its shareholders.

5. Both Messrs. Bobak and Skluzak are the Chairman of the Board and President of GenAudio, Inc., respectively, and have not caused an appearance to be entered into on behalf of GenAudio, Inc., instead opting to have their personal counsel appear individually on their behalf.



EXHIBIT 271 Mahabub 2.8.17

6. As of the date of this affidavit, Messrs. Bobak and Skluzak, in their leadership capacity with GenAudio, have yet to request that the Board of GenAudio, Inc. authorize counsel to appear on its behalf in this proceeding.

7. Further, I have sold numerous shares of my stock over the years, with the initial sales of my personal shares occurring in Q4 2008 and Q1 2009, when I sold my shares to Mr. Bobak and Mr. Paul Powers, both attorneys and at that time members of the Board. Mr. Powers was also our Chief Operating Officer at the time. Messrs. Bobak and Powers both executed irrevocable proxy agreements in connection with the stock sale purchase agreements – proxy agreements that they drafted and were approved by the Board of GenAudio when Mr. Bobak was already a member of the Board. Furthermore, Messrs. Bobak and Powers assured me that I would retain my voting rights irrevocably as the price per share was deeply discounted to less than one-third of the original price for voting shares the company had sold to Messrs. Bobak and Skluzak through a company common stock offering around the same time.

8. I made similar sales of my personally allocated stock at a steep discount between the end of 2008 and 2013, including two transactions with Mr. Skluzak, one of which was for 400,000 shares at an extremely low price per share of 0.25 cents ($100,000) and a substantial portion of the proceeds of from these stock sales was invested in a studio facility in Los Angeles that became the backbone of the GenAudio Inc.,'s technology and business development efforts, and a substantial portion went to fund GenAudio's business, marketing, promotions and trade show events, software development, and operations.

9. All totaled, I sold 7,005,800 shares to 129 investors between 2008 and 2013, all of which, were subject to the discounted rate and relied on and used the Irrevocable Proxy Agreement ("Proxy Agreement") drafted by Messrs. Bobak and Powers and copies of which have already been provided to Defendants prior to their filing of their motion challenging the validity of such proxies. Of the total shares sold, 750,000 were returned to Mr. Bobak as a condition to a loan for GenAudio, Inc. Attached as Mahabub Exhibit D is a chart summarizing the sales of my personal stock which includes any transfers of such stock. Attached as Mahabub Exhibit E is a copy of the stock certificate issued for the sales of my personal stocks.

10. The Proxy Agreement explicitly states that I will have the "sole right during the term of the Agreement to vote all of the Shares." The Proxy Agreement "term" continues until I agree to terminate it. A true and correct copy of a sample Proxy Agreement is attached as Mahabub Exhibit B.

11. The Corporate Bylaws of GenAudio ("Bylaws") specifically, Section 9, permit voting proxies to be valid up to seven (7) years from the date of execution. Attached as Mahabub Exhibit C is a true and correct copy of the relevant portions of the Bylaws.

12. During a Board meeting in October of 2013, at which I was present, Mr. Ben Huber, GenAudio's corporate counsel at the time, advised the Board that Colorado state law allows for irrevocable proxy agreements if they are coupled with an interest and that if a shareholder wanted to vote the shares for which I held an irrevocable proxy, that shareholder would have to provide a written request to our company Secretary, the company would have to honor such a request, however, such a request would be in violation of the Irrevocable Proxy Agreement. Mr. Huber further advised the board that if such a request was granted by the company, I could personally sue the shareholder for a breach of the Irrevocable Proxy Agreement and thus, advised the Board that the Company has to honor my Irrevocable Proxy Agreement.

13. The opinions regarding the voting shares of GenAudio taken by Messrs. Bobak and Skluzak and supported by their personal legal counsel, Mr. Erin Jensen are in conflict with the position of GenAudio, and its former company counsel, Mr. Huber (prior to Mr. Jensen's stepping in to personally represent Messrs. Bobak and Skluzak, GenAudio was represented by its corporate counsel, Mr. Benjamin Huber, who for various reasons, withdrew from representation first week of February 2014).

*I affirm that the foregoing statements are true and correct, under penalty of perjury under the laws of the State of California.*

Date: February 17, 2014

Jerry Mahabub

## VERIFICATION AND ACKNOWLEDGMENT

I Jerry Mahabub swear/affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT* and that the statements set forth therein are true and correct to the best of my knowledge.

Date:   February 17, 2014

*[signature]*
Jerry Mahabub, Affiant

Address

City, State and Zip Code

Telephone Number (Home)         (Work)

*—Please See Attached*
*Calif. Jurat — cJM*
*— Feb 17, 2014*

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____ _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

State of California
County of  Los Angeles

Subscribed and sworn to (or affirmed) before me on this  17  day of  February , 20 17 ,
by
(1)  Jerry Mahabub
(2) _____
Name(s) of Signer(s)

CHUCK JIRO MURAYAMA
Commission # 1990849
Notary Public - California
Los Angeles County
My Comm. Expires Oct 9, 2016

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

Place Notary Seal Above

──────────── OPTIONAL ────────────

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document:  Affidavit of Jerry Mahabub
Document Date:  Feb 17, 2014    Number of Pages:  4
Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

Mahabub Exhibit D

**GENAUDIO, INC.**
**Common Stock Transfer Ledger**

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Number of Shares Held (Balance) | Mahabub Stock Sales | Notes: Missing Documentation |
|---|---|---|---|---|---|---|---|---|---|
| Bagwell | ▮ | 12/31/08 | | 150,000 | C-326 | Jerry Mahabub (C-001) | 150,000 | 150,000 | Copy of certificate on file; no paperwork |
| Bagwell | | 12/22/08 | | 100,000 | C-323 | Jerry Mahabub (C-001) | 100,000 | 100,000 | |
| Banks | | 8/6/13 | | 25,000 | C-921 | Jerry Mahabub (C-001) | 25,000 | 25,000 | |
| Banks | | 9/14/10 | | 10,000 | C-705 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Barton | | 7/24/12 | | 10,000 | C-809 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Becker | | 8/8/13 | | 12,500 | C-922 | ▮ | 12,500 | 12,500 | |
| Benjaminson, G. Family Trst | | 11/16/10 | | 5,000 | C-721 | Jerry Mahabub (C-001) | 5,000 | 5,000 | |
| Benson | | 1/12/10 | | 16,000 | C-436 | Jerry Mahabub (C-001) | 16,000 | 16,000 | |
| Benson | | 6/3/09 | | 3,000 | C-652 | Jerry Mahabub (C-001) | 3,000 | 3,000 | |
| Berdy | | 8/16/13 | | 15,000 | C-924 | 7/16/13 (C-914) | 15,000 | 15,000 | Copy of certificate on file, no paperwork |
| Berdy | | 8/6/13 | | 15,000 | C-914 | Jerry Mahabub (C-001) | 0 | 0 | |
| Bertucci | | 2/10/12 | | 2,000 | C-785 | Jerry Mahabub (C-001) | 0 | 0 | |
| Bingham | | 1/12/10 | | 40,000 | C-437 | Jerry Mahabub (C-001) | 0 | 0 | |
| Bingham & Dirks | | 1/23/13 | | 40,000 | C-868 | | 40,000 | 40,000 | |
| Boback | | 12/22/08 | | 100,000 | C-321 | Jerry Mahabub (C-001) | 0 | 0 | |
| Boback | | 4/24/09 | | 250,000 | C-336 | Jerry Mahabub (C-001) | 0 | 0 | |
| Boback | | 5/15/09 | | 300,000 | C-338 | Jerry Mahabub (C-001) | 0 | 0 | |
| Bobak | | 10/3/13 | | 300,000 | C-946 | Mark Bobak (C338) | 300,000 | 300,000 | |
| Bobak | | 10/3/13 | | 250,000 | C-947 | Mark Bobak (C336) | 250,000 | 250,000 | |
| Bobak | | 10/3/13 | | 100,000 | C-948 | Mark Bobak (C321) | 100,000 | 100,000 | |
| Bobak | | 10/3/13 | | 100,000 | C-949 | Mark Bobak (C394) | 100,000 | 100,000 | |
| Bobak | | 10/20/09 | | 100,000 | C-394 | Jerry Mahabub (C-001) | 0 | 0 | |
| Bobak | | 10/20/09 | | 400,000 | C-395 | Issued as collateral for Mahabub loan. Cancelled. | 0 | 0 | |
| Bohigian | | 8/6/13 | | 3,000 | C-915 | Jerry Mahabub (C-001) | 3,000 | 3,000 | Copy of certificate on file; no paperwork |
| Boon | | 1/12/10 | | 300,000 | C-438 | Jerry Mahabub (C-001) | 300,000 | 300,000 | |
| Boon | | 3/11/11 | | 40,000 | C-773 | Jerry Mahabub (C-001) | 40,000 | 40,000 | |
| Boon | | 7/24/12 | | 20,000 | C-810 | Jerry Mahabub (C-001) | 0 | 0 | |
| Boone | | 3/3/11 | | 7,500 | C-735 | Jerry Mahabub (C-001) | 7,500 | 7,500 | |
| Boone | | 10/7/10 | | 4,000 | C-702 | Jerry Mahabub (C-001) | 4,000 | 4,000 | |
| Boone | | 10/7/10 | | 4,000 | C-726 | Jerry Mahabub (C-001) | 4,000 | 4,000 | |
| Bunker | | 1/14/10 | | 8,000 | C-455 | Jerry Mahabub (C-001) | 8,000 | 8,000 | |
| Bunker | | 1/14/10 | | 1,000 | C-454 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |
| Burchfield | | 1/12/10 | | 2,000 | C-439 | Jerry Mahabub (C-001) | 2,000 | 2,000 | |
| Burchfield IV | | 9/18/10 | | 1,000 | C-687 | Paul Powers (C-320 None Voting) | 1,000 | 1,000 | |
| C. Boyden Gray Trust | | 2/24/10 | | 100,000 | C-491 | Jerry Mahabub (C-001) | 100,000 | 100,000 | |
| Carlson | | 7/5/13 | | 3,000 | C909 | Jerry Mahabub (C-001) | 3,000 | 3,000 | |
| Carlson | | 5/9/13 | | 1,000 | C-889 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |
| Castellon | | 1/14/10 | | 1,500 | C-456 | Jerry Mahabub (C-001) | 1,500 | 1,500 | |
| Cataldo | | 7/24/12 | | 10,000 | C-808 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Coey | | 11/29/10 | | 62,500 | C-715 | Jerry Mahabub (C-001) | 62,500 | 62,500 | |
| Coey | | 7/20/10 | | 12,500 | C-542 | Jerry Mahabub (C-001) | 12,500 | 12,500 | |
| Coey | | 10/12/10 | | 12,500 | C-709 | Jerry Mahabub (C-001) | 12,500 | 12,500 | |
| Coey | | 11/29/10 | | 12,500 | C-717 | Jerry Mahabub (C-001) | 12,500 | 12,500 | |
| Coey | | 11/14/12 | | 2,500 | C-839 | ▮ | 2,500 | 2,500 | |
| Coey | | 11/14/12 | | 2,000 | C-842 | ▮ | 2,000 | 2,000 | |
| Coey | | 1/28/13 | | 800 | C-872 | Jerry Mahabub (C-001) | 800 | 800 | |
| Coey | | 1/28/13 | | 800 | C-873 | Jerry Mahabub (C-001) | 800 | 800 | |
| Coey | | 11/14/12 | | 500 | C-847 | ▮ | 500 | 500 | |
| Coey | | 1/28/13 | | 500 | C-874 | Jerry Mahabub (C-001) | 500 | 500 | |
| Coey | | 7/20/10 | | 12,500 | C-541 | Jerry Mahabub (C-001) | 0 | 0 | |
| Coey | | 10/12/10 | | 12,500 | C-708 | Jerry Mahabub (C-001) | 0 | 0 | |
| Coey | | 1/28/13 | | 600 | C-871 | Jerry Mahabub (C-001) | 0 | 0 | |
| Cozzi | | 1/7/10 | | 2,000 | C-730 | Jerry Mahabub (C-001) | 2,000 | 2,000 | |
| Crabb | | 3/23/10 | | 3,000 | C-497 | Jerry Mahabub (C-001) | 3,000 | 3,000 | |
| Crabb | | 3/4/11 | | 3,000 | C-774 | Jerry Mahabub (C-001) | 3,000 | 3,000 | |
| Creed | | 9/18/13 | | 1,250 | C-938 | ▮ | 1,250 | 1,250 | |

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Number of Shares Held (Balance) | Mahabub Stock Sales | Notes: Missing Documentation |
|---|---|---|---|---|---|---|---|---|---|
| Dabestani | | 4/18/12 | | 45,000 | C-797 | Jerry Mahabub (C-001) | 45,000 | 45,000 | |
| Dabestani | | 6/4/13 | | 31,000 | C-892 | Jerry Mahabub (C-001) | 31,000 | 31,000 | |
| Dabestani | | 9/14/10 | | 20,000 | C-833 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Dabestani | | 10/15/10 | | 20,000 | C-724 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Dabestani | | 12/15/10 | | 15,000 | C-725 | Jerry Mahabub (C-001) | 15,000 | 15,000 | |
| Debastani | | 11/12/12 | | 31,000 | C-834 | Jerry Mahabub (C-001) | 31,000 | 31,000 | |
| Deming | | 9/18/10 | | 2,500 | C-672 | Paul Powers (C-320 None Voting) | 2,500 | 2,500 | |
| Devine | | 9/14/10 | | 1,500 | C-632 | Jerry Mahabub (C-001) | 1,500 | 1,500 | |
| Dickson | | 4/1/10 | | 10,000 | C-505 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Digiovanni | | 9/22/10 | | 10,000 | C-708 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| DiNallo | | 1/12/10 | | 13,000 | C-440 | Jerry Mahabub (C-001) | 13,000 | 13,000 | |
| DLT Financial, LLC (Rodrigo de la Torre) | | 4/2/10 | | 20,000 | C-509 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| DLT Financial, LLC (Rodrigo de la Torre) | | 1/15/10 | | 10,000 | C-461 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Donaghue | | 1/12/10 | | 63,000 | C-441 | Jerry Mahabub (C-001) | 63,000 | 63,000 | |
| Donaghue | | 10/10/10 | | 5,500 | C-768 | | 5,500 | 5,500 | |
| Donaghue | | 1/12/10 | | 2,000 | C-442 | Jerry Mahabub (C-001) | 2,000 | 2,000 | |
| Doran | | 9/12/10 | | 250 | C-697 | Paul Powers (C-320 None Voting) | 250 | 250 | |
| Douglas | | 9/17/10 | | 20,000 | C-684 | Paul Powers (C-320 None Voting) | 20,000 | 20,000 | |
| Douglas | | 9/17/10 | | 7,500 | C-685 | Paul Powers (C-320 None Voting) | 7,500 | 7,500 | |
| Douglas | | 10/12/10 | | 1,700 | C-723 | Jerry Mahabub (C-001) | 1,700 | 1,700 | |
| Eakes | | 9/20/10 | | 50,000 | C-674 | Paul Powers (C-320 None Voting) | 50,000 | 50,000 | |
| Eakes | | 9/20/10 | | 4,500 | C-675 | Paul Powers (C-320 None Voting) | 4,500 | 4,500 | |
| Eastwood | | 3/23/10 | | 10,000 | C-496 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Eastwood | | 1/15/10 | | 5,000 | C-462 | Jerry Mahabub (C-001) | 5,000 | 5,000 | |
| Eldridge | | 1/12/10 | | 88,000 | C-444 | Jerry Mahabub (C-001) | 88,000 | 88,000 | |
| Eldridge | | 1/12/10 | | 36,000 | C-443 | Jerry Mahabub (C-001) | 36,000 | 36,000 | |
| Emanuel | | 1/22/13 | | 10,000 | C-863 | | 10,000 | 10,000 | |
| Emanuel | | 4/19/13 | | 4,000 | C-885 | Jerry Mahabub (C-001) | 4,000 | 4,000 | |
| Emma | | 9/17/13 | | 2,000 | C-927 | | 2,000 | 2,000 | |
| Ewing | | 7/5/13 | | 2,500 | C-910 | Jerry Mahabub (C-001) | 2,500 | 2,500 | |
| Fallman | | 6/3/09 | | 3,000 | C-653 | Jerry Mahabub (C-001) | 3,000 | 3,000 | |
| Fallman | | 6/3/09 | | 1,500 | C-654 | Jerry Mahabub (C-001) | 1,500 | 1,500 | |
| Fallman | | 6/3/09 | | 1,500 | C-655 | Jerry Mahabub (C-001) | 1,500 | 1,500 | |
| Fallman, et al | | 6/3/09 | | 3,000 | C-651 | Jerry Mahabub (C-001) | 3,000 | 3,000 | |
| Farrow | | 1/15/10 | | 10,000 | C-463 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Feige | | 9/17/10 | | 3,500 | C-704 | Jerry Mahabub (C-001) | 3,500 | 3,500 | |
| Feige, Retirement Trust 401K FBO Geoff Feige | | 9/17/10 | | 10,000 | C-703 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Fenrick | | 9/18/10 | | 5,000 | C-658 | Paul Powers (C-320 None Voting) | 5,000 | 5,000 | |
| Ferguson | | 2/10/12 | | 5,000 | C-788 | Jerry Mahabub (C-001) | 5,000 | 5,000 | |
| Fisher | | 9/18/13 | | 22,000 | C-937 | | 22,000 | 22,000 | Certificate and transfer document on file; missing proxy vote agreement. |
| Fisher | | 9/18/13 | | 6,000 | C-936 | | 6,000 | 6,000 | Certificate and transfer document on file; missing proxy vote agreement. |
| Fisher | | 5/9/13 | | 2,000 | C-888 | Jerry Mahabub (C-001) | 2,000 | 2,000 | Certificate and transfer document on file; missing proxy vote agreement. |
| Fisher | | 5/6/13 | | 1,000 | C-890 | Jerry Mahabub (C-001) | 1,000 | 1,000 | Certificate and transfer document on file; missing proxy vote agreement. |
| Fisher | | 5/9/13 | | 1,000 | C-891 | Jerry Mahabub (C-001) | 1,000 | 1,000 | Certificate and transfer document on file; missing proxy vote agreement. |
| Fisher | | 5/9/13 | | 6,000 | C-887 | Jerry Mahabub (C-001) | 0 | 0 | Certificate and transfer document on file; missing proxy vote agreement. |
| Fisher | | 7/5/13 | | 22,000 | C-908 | Jerry Mahabub (C-001) | 0 | 0 | |
| Fivian | | 3/16/10 | | 25,000 | C-494 | Jerry Mahabub (C-001) | 25,000 | 25,000 | |
| Fivian | | 6/29/09 | | 15,000 | C-404 | Jerry Mahabub (C-001) | 15,000 | 15,000 | |
| Flahaven IRA | | 11/4/09 | | 10,000 | C-401 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Flandes | | 7/22/09 | | 1,000 | C-645 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Number of Shares Held (Balance) | Mahabub Stock Sales | Notes: Missing Documentation |
|---|---|---|---|---|---|---|---|---|---|
| Flandes | | 8/3/09 | | 250 | C-644 | Jerry Mahabub (C-001) | 250 | 250 | |
| Forkner | | 1/12/10 | | 6,000 | C-446 | Jerry Mahabub (C-001) | 6,000 | 6,000 | |
| Frere | | 1/12/10 | | 30,000 | C-449 | Jerry Mahabub (C-001) | 30,000 | 30,000 | |
| Frere | | 1/12/10 | | 4,000 | C-448 | Jerry Mahabub (C-001) | 4,000 | 4,000 | |
| Frere | | 11/12/09 | | 2,500 | C-409 | Jerry Mahabub (C-001) Gift on Warrant Price | 2,500 | 2,500 | |
| Galanis | | 12/22/09 | | 800,000 | C-418 | Jerry Mahabub (C-001) | 800,000 | 800,000 | |
| Galanis | | 10/4/12 | | 100,000 | C-829 | Jerry Mahabub (C-001) | 100,000 | 100,000 | |
| Galanis | | 7/5/13 | | 62,500 | C-907 | Jerry Mahabub (C-001) | 62,500 | 62,500 | |
| Geier Living Trust | | 11/12/12 | | 3,000 | C-833 | Jerry Mahabub (C-001) | 3,000 | 3,000 | |
| Gilson | | 1/15/10 | | 200,000 | C-454 | Jerry Mahabub (C-001) | 200,000 | 200,000 | |
| Gilson | | 7/24/12 | | 90,000 | C-811 | Jerry Mahabub (C-001) | 90,000 | 90,000 | |
| Gilson | | 4/2/10 | | 50,000 | C-507 | Jerry Mahabub (C-001) | 50,000 | 50,000 | |
| Glass | | 10/4/12 | | 2,000 | C-828 | Jerry Mahabub (C-001) | 2,000 | 2,000 | |
| Glassmaker | | 1/12/10 | | 10,000 | C-447 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Golden | | 9/13/10 | | 2,500 | C-681 | Paul Powers (C-320 None Voting) | 2,500 | 2,500 | |
| Goldfarb | | 10/12/10 | | 1,000 | C-720 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |
| Graham | | 1/15/10 | | 5,000 | C-455 | Jerry Mahabub (C-001) | 5,000 | 5,000 | |
| Grey | | 1/18/10 | | 14,000 | C-456 | Jerry Mahabub (C-001) | 14,000 | 14,000 | |
| Gruber | | 7/22/09 | | 50,000 | C-399 | Jerry Mahabub (C-001) | 50,000 | 50,000 | |
| Gruber | | 1/12/10 | | 50,000 | C-450 | Jerry Mahabub (C-001) | 50,000 | 50,000 | |
| Gruber | | 9/18/10 | | 5,000 | C-671 | Paul Powers (C-320 None Voting) | 5,000 | 5,000 | |
| Haught | | 7/5/13 | | 50,000 | C-908 | Jerry Mahabub (C-001) | 50,000 | 50,000 | |
| Hauptman | | 4/14/10 | | 20,000 | C-512 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Hebner | | 10/7/10 | | 10,000 | C-707 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Herdt | | 1/12/10 | | 80,000 | C-445 | Jerry Mahabub (C-001) | 80,000 | 80,000 | |
| Holds | | 1/22/13 | | 20,000 | C-861 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Holds | | 8/6/13 | | 7,000 | C-915 | Jerry Mahabub (C-001) | 7,000 | 7,000 | |
| Hollowood | | 1/22/13 | | 3,400 | C-865 | | 3,400 | 3,400 | |
| Hoover | | 11/14/12 | | 500 | C-844 | | 500 | 500 | |
| Horner | | 3/23/10 | | 5,000 | C-500 | Jerry Mahabub (C-001) | 5,000 | 5,000 | |
| Howland | | 9/17/13 | | 4,000 | C-926 | Matthew Norris (C-474) | 4,000 | 4,000 | |
| Inavisis, Inc | | 3/12/10 | | 270,000 | C-493 | Jerry Mahabub (C-001) | 270,000 | 270,000 | Copy of certificate on file; no paperwork |
| Jaenke UBS IRA | | 12/14/09 | | 15,000 | C-417 | Jerry Mahabub (C-001) | 15,000 | 15,000 | |
| Johnson | | 1/18/10 | | 1,000 | C-457 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |
| Joseph | | 9/24/09 | | 60,000 | C-638 | Jerry Mahabub (C-001) | 60,000 | 60,000 | |
| Joseph | | 1/12/10 | | 20,000 | C-451 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Joseph | | 9/21/09 | | 20,000 | C-539 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Joseph | | 7/27/09 | | 10,000 | C-540 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Joy | | 7/22/09 | | 20,000 | C-396 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Kane | | 7/22/09 | | 30,000 | C-410 | Jerry Mahabub (C-001) | 30,000 | 30,000 | |
| Kane | | 7/24/12 | | 10,000 | C-807 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Kane | | 7/24/12 | | 10,000 | C-808 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Kane | | 2/10/12 | | 6,000 | C-788 | Jerry Mahabub (C-001) | 6,000 | 6,000 | |
| Kane | | 8/3/09 | | 1,250 | C-638 | Jerry Mahabub (C-001) | 1,250 | 1,250 | |
| Kane | | 8/3/09 | | 1,250 | C-642 | Jerry Mahabub (C-001) | 1,250 | 1,250 | |
| Kane | | 8/3/09 | | 500 | C-637 | Jerry Mahabub (C-001) | 500 | 500 | |
| Kane | | 8/3/09 | | 250 | C-643 | Jerry Mahabub (C-001) | 250 | 250 | |
| Kane IRA | | 10/28/09 | | 15,000 | C-396 | Jerry Mahabub (C-001) | 15,000 | 15,000 | |
| Kane, Conv. Roth | | 9/7/10 | | 40,500 | C-659 | Paul Powers (C-320 None Voting) | 40,500 | 40,500 | |
| Kane, Roth | | 9/7/10 | | 3,000 | C-660 | Paul Powers (C-320 None Voting) | 3,000 | 3,000 | |
| Kane, Roth IRA | | 9/8/10 | | 15,000 | C-662 | Paul Powers (C-320 None Voting) | 15,000 | 15,000 | |
| Kane, Trust | | 7/25/09 | | 18,500 | C-641 | Jerry Mahabub (C-001) | 18,500 | 18,500 | |
| Kane, Trust | | 7/23/09 | | 12,000 | C-635 | Jerry Mahabub (C-001) | 12,000 | 12,000 | |
| Kane, Trust | | 9/2/10 | | 6,500 | C-657 | Paul Powers (C-320 None Voting) | 6,500 | 6,500 | |
| Kaviar | | 1/19/10 | | 60,000 | C-478 | Jerry Mahabub (C-001) | 60,000 | 60,000 | |
| Kaviar | | 4/19/10 | | 30,000 | C-518 | Jerry Mahabub (C-001) | 30,000 | 30,000 | |
| Kaviar | | 3/21/13 | | 3,000 | C-877 | | 3,000 | 3,000 | |
| Kaviar | | 3/11/13 | | 3,000 | C-878 | Jerry Mahabub (C-001) | 0 | 0 | |
| Killian | | 9/9/10 | | 2,500 | C-729 | Jerry Mahabub (C-001) | 2,500 | 2,500 | |
| Koenig | | 3/23/10 | | 10,000 | C-501 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Number of Shares Held (Balance) | Mahabub Stock Sales |
|---|---|---|---|---|---|---|---|---|
| Koth | ■ | 1/18/10 | | 130,000 | C-458 | Jerry Mahabub (C-001) | 130,000 | 130,000 |
| Laney | ■ | 1/22/13 | | 10,000 | C-862 | Jerry Mahabub (C-001) | 10,000 | 10,000 |
| Lelante | ■ | 5/13/10 | | 10,000 | C-701 | Jerry Mahabub (C-001) | 10,000 | 10,000 |
| Lev | ■ | 7/2/09 | | 20,000 | C-400 | Jerry Mahabub (C-001) | 20,000 | 20,000 |
| Lev | ■ | 4/28/10 | | 20,000 | C-520 | Jerry Mahabub (C-001) | 20,000 | 20,000 |
| Lev | ■ | 4/28/10 | | 20,000 | C-521 | Jerry Mahabub (C-001) | 20,000 | 20,000 |
| Lev | ■ | 10/21/13 | | 4,000 | C-950 | Jerry Mahabub (C-001) | 4,000 | 4,000 |
| Lev | ■ | 11/12/12 | | 3,000 | C-832 | Jerry Mahabub (C-001) | 3,000 | 3,000 |
| Lowy Irrevocable Trust ( Steve Lowy Trustee) | | 1/19/10 | | 60,000 | C-477 | Jerry Mahabub (C-001) | 60,000 | 60,000 |
| Mager | ■ | 3/25/11 | | 40,000 | C-765 | Jerry Mahabub (C-001) | 40,000 | 40,000 |
| Martinez | ■ | 9/14/10 | | 32,000 | C-631 | Jerry Mahabub (C-001) | 32,000 | 32,000 |
| Marvin | ■ | 1/18/10 | | 2,000 | C-469 | Jerry Mahabub (C-001) | 2,000 | 2,000 |
| Maxtrend Global Services, S.A. | | 3/19/10 | | 18,750 | C-495 | Jerry Mahabub (C-001) | 18,750 | 18,750 |
| McCoy | ■ | 1/18/10 | | 2,000 | C-470 | Jerry Mahabub (C-001) | 2,000 | 2,000 |
| Miller | ■ | 11/14/12 | | 2,000 | C-841 | ■ | 2,000 | 2,000 |
| Miller, Trust | ■ | 11/14/12 | | 500 | C-845 | ■ | 500 | 500 |
| Miller, Trust | ■ | 11/14/12 | | 500 | C-846 | ■ | 500 | 500 |
| Monical | ■ | 1/18/10 | | 4,000 | C-471 | Jerry Mahabub (C-001) | 4,000 | 4,000 |
| Morey | ■ | 8/6/13 | | 20,000 | C-919 | Jerry Mahabub (C-001) | 20,000 | 20,000 |
| Morey | ■ | 11/5/09 | | 10,000 | C-403 | Jerry Mahabub (C-001) | 0 | 0 |
| Morey | ■ | 11/11/09 | | 100,000 | C-515 | Jerry Mahabub (C-001) | 0 | 0 |
| Morey | ■ | 11/19/09 | | 100,000 | C-516 | Jerry Mahabub (C-001) | 0 | 0 |
| Morey | ■ | 3/11/10 | | 20,000 | C-517 | Jerry Mahabub (C-001) | 0 | 0 |
| Morey | ■ | 3/25/11 | | 50,000 | C-739 | Jerry Mahabub (C-001) | 0 | 0 |
| Morey Revocable Trust dated 9/14/2011 | | 2/8/12 | | 280,000 | C-784 | ■ | 280,000 | 280,000 |
| Morey, Revocable Trust | | 11/12/12 | | 120,000 | C-836 | Jerry Mahabub (C-001) | 120,000 | 120,000 |
| Mosher | ■ | 1/18/10 | | 3,000 | C-472 | Jerry Mahabub (C-001) | 3,000 | 3,000 |
| Mosteller | ■ | 4/5/13 | | 5,000 | C-875 | Jerry Mahabub (C-001) | 5,000 | 5,000 |
| Mosteller | ■ | 4/5/13 | | 5,000 | C-880 | Jerry Mahabub (C-001) | 5,000 | 5,000 |
| Murphy | ■ | 10/12/10 | | 25,000 | C-710 | Jerry Mahabub (C-001) | 25,000 | 25,000 |
| Norris | ■ | 9/17/13 | | 20,000 | C-929 | ■ | 20,000 | 20,000 |
| Norris | ■ | 1/18/10 | | 10,000 | C-475 | Jerry Mahabub (C-001) | 10,000 | 10,000 |
| Norris | ■ | 9/1/10 | | 7,500 | C-656 | Paul Powers (C-320 Non e Voting) | 7,500 | 7,500 |
| Norris | ■ | 9/2/10 | | 1,500 | C-658 | Paul Powers (C-S20 None Voting) | 1,500 | 1,500 |
| Norris | ■ | 1/18/10 | | 2,000 | C-473 | Jerry Mahabub (C-001) | 0 | 0 |
| Norris | ■ | 1/18/10 | | 24,000 | C-474 | Jerry Mahabub (C-001) | 0 | 0 |
| Novicki | ■ | 9/17/10 | | 7,500 | C-663 | Paul Powers (C-320 None Voting) | 7,500 | 7,500 |
| Novicki | ■ | 10/12/10 | | 3,600 | C-722 | Jerry Mahabub (C-001) | 3,600 | 3,600 |
| Nunes | ■ | 1/18/10 | | 6,000 | C-476 | Jerry Mahabub (C-001) | 6,000 | 6,000 |
| Olree | ■ | 3/23/10 | | 50,000 | C-502 | Jerry Mahabub (C-001) | 50,000 | 50,000 |
| Olree | ■ | 3/23/10 | | 50,000 | C-503 | Jerry Mahabub (C-001) | 50,000 | 50,000 |
| Olree | ■ | 7/3/13 | | 5,000 | C-904 | Jerry Mahabub (C-001) | 5,000 | 5,000 |
| Orrego | ■ | 1/20/10 | | 1,000 | C-460 | Jerry Mahabub (C-001) | 1,000 | 1,000 |
| Overley | ■ | 1/12/10 | | 30,000 | C-452 | Jerry Mahabub (C-001) | 30,000 | 30,000 |
| Palma | ■ | 10/4/12 | | 5,000 | C-830 | Jerry Mahabub (C-001) | 5,000 | 5,000 |
| Parker | ■ | 11/14/12 | | 2,500 | C-840 | ■ | 2,500 | 2,500 |
| Patterson | ■ | 8/6/13 | | 2,500 | C-918 | Jerry Mahabub (C-001) | 2,500 | 2,500 |
| Pennington | ■ | 6/4/10 | | 3,000 | C-535 | Jerry Mahabub (C-001) | 3,000 | 3,000 |
| Piralli | ■ | 6/22/10 | | 12,000 | C-540 | Jerry Mahabub (C-001) | 12,000 | 12,000 |
| Pistole | ■ | 6/4/10 | | 2,000 | C-538 | Jerry Mahabub (C-001) | 2,000 | 2,000 |
| Pitts | ■ | 1/20/10 | | 1,000 | C-461 | Jerry Mahabub (C-001) | 1,000 | 1,000 |
| Pitts | ■ | 1/20/10 | | 1,000 | C-463 | Jerry Mahabub (C-001) | 1,000 | 1,000 |
| Pollock | ■ | 4/14/10 | | 6,400 | C-513 | Jerry Mahabub (C-001) | 6,400 | 6,400 |
| Powers | ■ | 12/22/06 | | 200,000 | C-320 | Jerry Mahabub (C-001) | 0 | 0 |
| Preston | ■ | 9/17/10 | | 1,250 | C-666 | Paul Powers (C-320 None Voting) | 0 | 0 |
| Rames | ■ | 1/22/13 | | 6,800 | C-864 | ■ | 6,800 | 6,800 |
| Randall | ■ | 4/5/13 | | 5,000 | C-879 | Jerry Mahabub (C-001) | 5,000 | 5,000 |
| Randall | ■ | 7/5/13 | | 5,000 | C-911 | Jerry Mahabub (C-001) | 5,000 | 5,000 |
| Randall | ■ | 1/20/10 | | 1,000 | C-462 | Jerry Mahabub (C-001) | 1,000 | 1,000 |
| Randall | ■ | 4/30/13 | | 1,000 | C-896 | Jerry Mahabub (C-001) | 1,000 | 1,000 |

Notes: Missing Documentation

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Number of Shares Held (Balance) | Mahabub Stock Sales | Notes: Missing Documentation |
|---|---|---|---|---|---|---|---|---|---|
| Rathner | | 9/18/10 | | 1,000 | C-870 | Paul Powers (C-320 None Voting) | 1,000 | 1,000 | |
| Retronyms | | 11/2/09 | | 10,000 | C-397 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Rifkin | | 3/21/11 | | 10,000 | C-733 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Rifkin | | 3/21/11 | | 10,000 | C-734 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| RJD Financial Profit Sharing Plan | | 11/29/10 | | 75,000 | C-715 | Jerry Mahabub (C-001) | 75,000 | 75,000 | |
| RJD Financial Profit Sharing Plan | | 10/12/10 | | 50,000 | C-714 | Jerry Mahabub (C-001) | 50,000 | 50,000 | |
| RJD Financial Profit Sharing Plan | | 9/14/10 | | 25,000 | C-630 | Jerry Mahabub (C-001) | 25,000 | 25,000 | |
| RJD Financial Profit Sharing Plan | | 1/20/10 | | 4,000 | C-484 | Jerry Mahabub (C-001) | 4,000 | 4,000 | |
| Rodriguez DBPP (Phillip J Rodriguez Trustee) | | 1/20/10 | | 130,000 | C-485 | Jerry Mahabub (C-001) | 130,000 | 130,000 | |
| Rodriguez Trustee FBO Philip Rodriguez DBPP | | 4/6/11 | | 60,000 | C-736 | Jerry Mahabub (C-001) | 60,000 | 60,000 | |
| Rogoff | | 4/14/10 | | 6,400 | C-514 | Jerry Mahabub (C-001) | 6,400 | 6,400 | |
| Rouache | | 4/1/10 | | 30,000 | C-505 | Jerry Mahabub (C-001) | 30,000 | 30,000 | |
| Ruane | | 1/20/10 | | 10,000 | C-486 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Rusch | | 9/21/10 | | 2,500 | C-676 | Paul Powers (C-320 None Voting) | 2,500 | 2,500 | |
| Rush | | 1/20/10 | | 10,000 | C-457 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Sanello | | 9/19/10 | | 10,000 | C-673 | Paul Powers (C-320 None Voting) | 10,000 | 10,000 | |
| Sanello | | 1/20/10 | | 2,000 | C-488 | Jerry Mahabub (C-001) | 2,000 | 2,000 | |
| Sansburt | | 1/20/10 | | 1,000 | C-489 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |
| Sansbury | | 2/10/12 | | 2,000 | C-787 | Jerry Mahabub (C-001) | 2,000 | 2,000 | |
| Share the Wealth Inv. (Margo Donahue) | | 9/18/10 | | 5,500 | C-669 | Paul Powers (C-320 None Voting) | 0 | 0 | |
| Shore | | 8/6/13 | | 2,500 | C-917 | Jerry Mahabub (C-001) | 2,500 | 2,500 | |
| Short | | 8/6/13 | | 20,000 | C-920 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Siduzak | | 5/3/10 | | 400,000 | C-528 | Jerry Mahabub (C-001) | 400,000 | 400,000 | |
| Siduzak, Dell F. | | 4/2/10 | | 30,000 | C-510 | Jerry Mahabub (C-001) | 30,000 | 30,000 | |
| Smith | | 11/16/10 | | 2,500 | C-727 | Jerry Mahabub (C-001) | 0 | 0 | |
| Smith Joint Living Trust | | 2/8/12 | | 2,500 | C-779 | | 2,500 | 2,500 | |
| Soares | | 12/23/08 | | 100,000 | C-322 | Jerry Mahabub (C-001) | 100,000 | 100,000 | Copy of certificate on file, no paperwork |
| Soares | | 1/12/09 | | 50,000 | C-329 | Jerry Mahabub (C-001) | 50,000 | 50,000 | |
| Spotnitz | | 5/13/10 | | 10,000 | C-700 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Steich | | 3/23/10 | | 15,000 | C-499 | Jerry Mahabub (C-001) | 15,000 | 15,000 | |
| Stubbendick | | 10/4/12 | | 10,000 | C-831 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Stubbs | | 4/14/10 | | 4,000 | C-511 | Jerry Mahabub (C-001) | 4,000 | 4,000 | |
| Taveres | | 9/10/12 | | 2,000 | C-822 | | 2,000 | 2,000 | |
| Tekwani | | 7/5/13 | | 25,000 | C-905 | Jerry Mahabub (C-001) | 25,000 | 25,000 | |
| Tighe | | 1/20/10 | | 1,000 | C-490 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |
| Turner | | 1/14/10 | | 1,000 | C-453 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |
| Vieira | | 4/20/10 | | 20,000 | C-519 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Vit | | 2/24/10 | | 2,000 | C-492 | Jerry Mahabub (C-001) | 2,000 | 2,000 | |
| Vit | | 11/12/12 | | 1,500 | C-835 | Jerry Mahabub (C-001) | 1,500 | 1,500 | |
| Voiers | | 1/14/10 | | 31,250 | C-458 | Jerry Mahabub (C-001) | 31,250 | 31,250 | |
| Voiers | | 1/14/10 | | 10,000 | C-459 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Voiers | | 4/2/10 | | 10,000 | C-508 | Jerry Mahabub (C-001) | 10,000 | 10,000 | |
| Voiers | | 3/1/12 | | 7,500 | C-792 | Jerry Mahabub (C-001) | 7,500 | 7,500 | |
| Voiers | | 1/14/10 | | 5,000 | C-460 | Jerry Mahabub (C-001) | 5,000 | 5,000 | |
| Voiers | | 11/14/12 | | 1,500 | C-843 | | 1,500 | 1,500 | |
| Voiers | | 8/8/13 | | 600 | C-923 | | 600 | 600 | |
| Wade | | 6/4/10 | | 1,000 | C-534 | Jerry Mahabub (C-001) | 1,000 | 1,000 | |
| Waggoner | | 6/25/09 | | 7,000 | C-405 | Jerry Mahabub (C-001) | 7,000 | 7,000 | |
| Waldrep | | 1/19/10 | | 20,000 | C-479 | Jerry Mahabub (C-001) | 20,000 | 20,000 | |
| Wani | | 1/14/10 | | 120,000 | C-457 | Jerry Mahabub (C-001) | 120,000 | 120,000 | |
| Weintraub | | 4/1/10 | | 30,000 | C-504 | Jerry Mahabub (C-001) | 30,000 | 30,000 | |
| Westphal | | 3/25/10 | | 2,000 | C-496 | Jerry Mahabub (C-001) | 2,000 | 2,000 | |
| Wiggins | | 10/7/10 | | 5,000 | C-728 | Jerry Mahabub (C-001) | 5,000 | 5,000 | |