REDACTED

# EXHIBIT 13

GENAUDIO INC
SCHEDULE OF FINANCING

| YEAR | | Equity | Loans, Notes & Debentures | J Mahabub Loans | J Mahabub Misc. Advances |
|---|---|---|---|---|---|
| 2010 | | 3,513,300 | | | |
| 2011 | | 1,020,000 | | | |
| 2012 | Equity - Note 1 | 642,000 | 120,000 | 22,000 | |
| 2013 | | 37,500 | 504,900 | 171,900 | |
| 2014 | | 297,000 | 97,125 | 18,600 | 72,114 |
| | | 5,509,800 | 722,025 | 212,500 | 72,114 |

(1) Includes $642,000 that Jerry Mahabub converted from Notes and Interest due him in the amounts of $364,768 and $227,302. Also included in this investment was $49,930 due Mr. Mahabub for expenses.

EXHIBIT 6
PLTF.
DEFT.
WITNESS Devine
CONSISTING OF 6 PAGES
DATE 7-19-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

GA000997

GenAudio Original Issue 3/12/10 PPM

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Price | Total Investment |
|---|---|---|---|---|---|---|---|---|
| Benson | | 5/20/2010 | 3,400 | 3,400 | C-529 | Original Issue (3/12/10 Offering) | 3.00 | 10,200.00 |
| Schulze | | 5/20/2010 | 3,500 | 3,500 | C-530 | Original Issue (3/12/10 Offering) | 3.00 | 10,500.00 |
| Cohen | | 5/20/2010 | 5,000 | 5,000 | C-531 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Karl | | 5/20/2010 | 10,000 | 10,000 | C-532 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Skluzak, IRA | | 5/21/2010 | 40,000 | 40,000 | C-533 | Original Issue (3/12/10 Offering) | 3.00 | 120,000.00 |
| Kim | | 6/16/2010 | 30,000 | 30,000 | C-537 | Original Issue (3/12/10 Offering) | 3.00 | 90,000.00 |
| Plunkett | | 6/16/2010 | 33,000 | 33,000 | C-538 | Original Issue (3/12/10 Offering) | 3.00 | 99,000.00 |
| Digiovanni | | 6/22/2010 | 10,000 | 10,000 | C-539 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Scardina | | 7/7/2010 | 10,000 | 10,000 | C-543 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Pollack | | 7/10/2010 | 10,000 | 10,000 | C-544 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Pollack | | 7/9/2010 | 10,000 | 10,000 | C-545 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Whitson | | 7/12/2010 | 30,000 | 30,000 | C-546 | Original Issue (3/12/10 Offering) | 3.00 | 90,000.00 |
| Eldridge | | 7/12/2010 | 10,000 | 10,000 | C-547 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Larsen | | 7/16/2010 | 10,000 | 10,000 | C-548 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Rosenblatt | | 7/14/2010 | 9,200 | 9,200 | C-549 | Original Issue (3/12/10 Offering) | 3.00 | 27,600.00 |
| Thomas | | 7/16/2010 | 10,000 | 10,000 | C-550 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Fennell | | 7/19/2010 | 5,000 | 5,000 | C-551 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| L'Esperance | | 7/19/2010 | 5,000 | 5,000 | C-552 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Allen | | 7/19/2010 | 10,000 | 10,000 | C-553 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Lovelight Communication LLC | | 7/6/2010 | 16,100 | 16,100 | C-554 | Original Issue (3/12/10 Offering) | 3.00 | 48,300.00 |
| Elliott | | 7/9/2010 | 20,000 | 20,000 | C-555 | Original Issue (3/12/10 Offering) | 3.00 | 60,000.00 |
| Osburn | | 7/27/2010 | 30,000 | 30,000 | C-556 | Original Issue (3/12/10 Offering) | 3.00 | 90,000.00 |
| Daffer | | 8/10/2010 | 5,000 | 5,000 | C-557 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Penn | | 8/2/2010 | 10,000 | 10,000 | C-558 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Hurt | | 8/2/2010 | 25,000 | 25,000 | C-559 | Original Issue (3/12/10 Offering) | 3.00 | 75,000.00 |
| Moussallem | | 8/2/2010 | 3,400 | 3,400 | C-560 | Original Issue (3/12/10 Offering) | 3.00 | 10,200.00 |
| Broncucia | | 8/2/2010 | 10,000 | 10,000 | C-561 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Stewart | | 8/2/2010 | 6,700 | 6,700 | C-562 | Original Issue (3/12/10 Offering) | 3.00 | 20,100.00 |
| Stewart | | 8/2/2010 | 30,500 | 30,500 | C-563 | Original Issue (3/12/10 Offering) | 3.00 | 91,500.00 |
| Grueber | | 7/6/2010 | 19,000 | 19,000 | C-564 | Original Issue (3/12/10 Offering) | 3.00 | 57,000.00 |
| Grueber | | 8/3/2010 | 2,300 | 2,300 | C-565 | Original Issue (3/12/10 Offering) | 3.00 | 6,900.00 |
| Bushong-Weeks | | 7/28/2010 | 49,800 | 49,800 | C-566 | Original Issue (3/12/10 Offering) | 3.00 | 149,400.00 |
| Long | | 7/22/2010 | 10,000 | 10,000 | C-567 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Chilson | | 8/5/2010 | 16,500 | 16,500 | C-568 | Original Issue (3/12/10 Offering) | 3.00 | 49,500.00 |
| Benson | | 5/7/2010 | 7,000 | 7,000 | C-569 | Original Issue (3/12/10 Offering) | 3.00 | 21,000.00 |

GA000998

| Name | | Date | Shares | Shares | Cert | Description | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| Benson | | 7/27/2010 | 8,000 | 8,000 | C-570 | Original Issue (3/12/10 Offering) | 3.00 | 24,000.00 |
| Benson | | 8/5/2010 | 3,300 | 3,300 | C-571 | Original Issue (3/12/10 Offering) | 3.00 | 9,900.00 |
| Lord | | 8/6/2010 | 20,000 | 20,000 | C-572 | Original Issue (3/12/10 Offering) | 3.00 | 60,000.00 |
| Larsen | | 8/9/2010 | 10,000 | 10,000 | C-573 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Scardina | | 8/11/2010 | 10,000 | 10,000 | C-574 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| L'Esperance | | 8/9/2010 | 10,000 | 10,000 | C-575 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Snodgrass | | 7/28/2010 | 3,600 | 3,600 | C-576 | Original Issue (3/12/10 Offering) | 3.00 | 10,800.00 |
| Hoskins | | 7/28/2010 | 10,000 | 10,000 | C-577 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Baum | | 7/30/2010 | 20,000 | 20,000 | C-578 | Original Issue (3/12/10 Offering) | 3.00 | 60,000.00 |
| Fennell | | 8/3/2010 | 5,000 | 5,000 | C-579 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Pfahl | | 8/4/2010 | 17,000 | 17,000 | C-580 | Original Issue (3/12/10 Offering) | 3.00 | 51,000.00 |
| Farrow | | 7/23/2010 | 13,000 | 13,000 | C-581 | Original Issue (3/12/10 Offering) | 3.00 | 39,000.00 |
| Farrow | | 8/4/2010 | 5,000 | 5,000 | C-582 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Farrow | | 8/16/2010 | 5,000 | 5,000 | C-583 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Leese | | 8/13/2010 | 10,000 | 10,000 | C-584 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Eldrdge | | 8/19/2010 | 20,000 | 20,000 | C-585 | Original Issue (3/12/10 Offering) | 3.00 | 60,000.00 |
| Allen | | 8/2/2010 | 5,000 | 5,000 | C586 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Penn | | 7/19/2010 | 10,000 | 10,000 | C-587 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Penn | | 7/22/2010 | 4,000 | 4,000 | C-588 | Original Issue (3/12/10 Offering) | 3.00 | 12,000.00 |
| Adams | | 8/9/2010 | 10,000 | 10,000 | C-589 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Tan | | 8/18/2010 | 5,000 | 5,000 | C-590 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Lovelight Communication LLC (Jamie Taylor) | | 8/9/2010 | 3,700 | 3,700 | C-591 | Original Issue (3/12/10 Offering) | 3.00 | 11,100.00 |
| Robinson | | 8/24/2010 | 10,000 | 10,000 | C-592 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Kaminski | | 8/18/2010 | 10,000 | 10,000 | C-593 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Daffer | | 8/18/2010 | 10,000 | 10,000 | C-594 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Teller | | 8/30/2010 | 7,000 | 7,000 | C-595 | Original Issue (3/12/10 Offering) | 3.00 | 21,000.00 |
| Baum | | 8/30/2010 | 0 | 0 | C-596 | Cancelled Erroneous | 3.00 | 0.00 |
| Chilson | | 8/24/2010 | 10,000 | 10,000 | C-597 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Bachmann Jr | | 8/26/2010 | 22,000 | 22,000 | C-598 | Original Issue (3/12/10 Offering) | 3.00 | 66,000.00 |
| Bater | | 8/25/2010 | 7,400 | 7,400 | C-599 | Original Issue (3/12/10 Offering) | 3.00 | 22,200.00 |
| Chilson | | 8/24/2010 | 1,000 | 1,000 | C-600 | Original Issue (3/12/10 Offering) | 3.00 | 3,000.00 |
| Wakefield | | 8/31/2010 | 5,000 | 5,000 | C-601 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| McCoy | | 8/31/2010 | 1,700 | 1,700 | C-602 | Original Issue (3/12/10 Offering) | 3.00 | 5,100.00 |
| Herdt | | 8/31/2010 | 33,300 | 33,300 | C-603 | Original Issue (3/12/10 Offering) | 3.00 | 99,900.00 |
| Foy | | 8/31/2010 | 10,000 | 10,000 | C-604 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Fraiman | | 8/31/2010 | 5,000 | 5,000 | C-605 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Fraiman | | 8/31/2010 | 5,000 | 5,000 | C-606 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Jerome | | 8/31/2010 | 6,700 | 6,700 | C-607 | Original Issue (3/12/10 Offering) | 3.00 | 20,100.00 |
| Chilson | | 8/31/2010 | 300 | 300 | C-608 | Original Issue (3/12/10 Offering) | 3.00 | 900.00 |
| Crane | | 8/31/2010 | 10,000 | 10,000 | C-609 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Stewart | | 8/31/2010 | 33,000 | 33,000 | C-610 | Original Issue (3/12/10 Offering) | 3.00 | 99,000.00 |
| L'Esperance | | 8/31/2010 | 10,000 | 10,000 | C-611 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Holzerland | | 8/31/2010 | 75,000 | 75,000 | C-612 | Original Issue (3/12/10 Offering) | 3.00 | 225,000.00 |
| Foy | | 8/31/2010 | 10,000 | 10,000 | C-613 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Esswine | | 8/31/2010 | 10,000 | 10,000 | C-614 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |

| Name | Date | Shares | Shares | Cert | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| Valdman | 8/30/2010 | 5,700 | 5,700 | C-615 | Original Issue (3/12/10 Offering) | 3.00 | 17,100.00 |
| Leese | 8/31/2010 | 5,000 | 5,000 | C-616 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Eastwood | 8/31/2010 | 1,500 | 1,500 | C-617 | Original Issue (3/12/10 Offering) | 3.00 | 4,500.00 |
| Zeis | 8/31/2010 | 15,000 | 15,000 | C-618 | Original Issue (3/12/10 Offering) | 3.00 | 45,000.00 |
| Laudadio | 8/31/2010 | 10,000 | 10,000 | C-619 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Schuster | 8/31/2010 | 4,000 | 4,000 | C-620 | Original Issue (3/12/10 Offering) | 3.00 | 12,000.00 |
| Horner | 8/31/2010 | 1,000 | 1,000 | C-621 | Original Issue (3/12/10 Offering) | 3.00 | 3,000.00 |
| Horner, Rev. Trust | 8/31/2010 | 1,000 | 1,000 | C-622 | Original Issue (3/12/10 Offering) | 3.00 | 3,000.00 |
| Marvin | 8/31/2010 | 1,700 | 1,700 | C-623 | Original Issue (3/12/10 Offering) | 3.00 | 5,100.00 |
| Baum | 8/31/2010 | 10,000 | 10,000 | C-624 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Daffer | 8/31/2010 | 5,000 | 5,000 | C-625 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Scheffler | 8/31/2010 | 4,000 | 4,000 | C-626 | Original Issue (3/12/10 Offering) | 3.00 | 12,000.00 |
| Friberg | 8/31/2010 | 10,000 | 10,000 | C-627 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Hsieh | 8/31/2010 | 40,600 | 40,600 | C-628 | Original Issue (3/12/10 Offering) | 3.00 | 121,800.00 |
| Nelson | 8/30/2010 | 10,000 | 10,000 | C-629 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| Kane, Trust | 6/25/2010 | 10,000 | 10,000 | C-634 | Original Issue (3/12/10 Offering) | 3.00 | 30,000.00 |
| L'Esperance | 8/2/2010 | 5,000 | 5,000 | C-699 | Original Issue (3/12/10 Offering) | 3.00 | 15,000.00 |
| Benson | 8/31/2010 | 13,000 | 13,000 | C-713 | Original Issue (3/12/10 Offering) | 3.00 | 39,000.00 |
| Fallman | 9/10/2012 | 3,200 | 3,200 | C-812 | Original Issue (3/12/10 Offering) | 3.00 | 9,600.00 |
| | | 1,171,100 | | | | | $ 3,513,300.00 |

GA001000

GenAudio Miscellaneous Original Issue 4-11 PPM

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Price | Total Investment |
|---|---|---|---|---|---|---|---|---|
| Marvin | | 4/29/2011 | 4,300 | 4,300 | C-740 | Original Issue - 4-11 PPM | 3.00 | 12,900.00 |
| Banks | | 5/6/2011 | 6,000 | 6,000 | C-741 | Original Issue - 4-11 PPM | 3.00 | 18,000.00 |
| Gilson | | 5/16/2011 | 40,000 | 40,000 | C-742 | Original Issue - 4-11 PPM | 3.00 | 120,000.00 |
| Norris | | 5/19/2011 | 3,000 | 3,000 | C-743 | Original Issue - 4-11 PPM | 3.00 | 9,000.00 |
| Daffer | | 5/19/2011 | 10,000 | 10,000 | C-744 | Original Issue - 4-11 PPM | 3.00 | 30,000.00 |
| Clow | | 6/6/2011 | 5,000 | 5,000 | C-745 | Original Issue - 4-11 PPM | 3.00 | 15,000.00 |
| Fivian | | 6/6/2011 | 8,000 | 8,000 | C-746 | Original Issue - 4-11 PPM | 3.00 | 24,000.00 |
| Martin | | 6/6/2011 | 9,000 | 9,000 | C-753 | Original Issue - 4-11 PPM | 3.00 | 27,000.00 |
| Marvin | | 6/7/2011 | 1,300 | 1,300 | C-750 | Original Issue - 4-11 PPM | 3.00 | 3,900.00 |
| Marvin | | 6/7/2011 | 1,000 | 1,000 | C-751 | Original Issue - 4-11 PPM | 3.00 | 3,000.00 |
| Daffer | | 6/9/2011 | 5,000 | 5,000 | C-747 | Original Issue - 4-11 PPM | 3.00 | 15,000.00 |
| Stewart | | 6/10/2011 | 33,400 | 33,400 | C-749 | Original Issue - 4-11 PPM | 3.00 | 100,200.00 |
| Daffer | | 6/24/2011 | 10,000 | 10,000 | C-752 | Original Issue - 4-11 PPM | 3.00 | 30,000.00 |
| Dabestani | | 8/3/2011 | 3,000 | 3,000 | C-757 | Original Issue - 4-11 PPM | 3.00 | 9,000.00 |
| Stewart | | 8/9/2011 | 32,700 | 32,700 | C-759 | Original Issue - 4-11 PPM | 3.00 | 98,100.00 |
| Skluzak, IRA | | 8/16/2011 | 6,000 | 6,000 | C-760 | Original Issue - 4-11 PPM | 3.00 | 18,000.00 |
| Stewart | | 10/18/2011 | 23,300 | 23,300 | C-766 | Original Issue - 4-11 PPM | 3.00 | 69,900.00 |
| Stewart | | 10/21/2011 | 5,300 | 5,300 | C-767 | Original Issue - 4-11 PPM | 3.00 | 15,900.00 |
| RMDH, LLC | | 12/30/2011 | 4,000 | 4,000 | C-769 | Original Issue - 4-11 PPM | 3.00 | 12,000.00 |
| Stewart | | 1/9/2012 | 8,000 | 8,000 | C-770 | Original Issue - 4-11 PPM | 3.00 | 24,000.00 |
| Horner Rev. Trust | | 1/23/2012 | 3,000 | 3,000 | C-775 | Original Issue - 4-11 PPM | 3.00 | 9,000.00 |
| Solomon | | 1/24/2012 | 3,000 | 3,000 | C-776 | Original Issue - 4-11 PPM | 3.00 | 9,000.00 |
| Daffer Living Trust dated 9/25/97 | | 1/31/2012 | 10,000 | 10,000 | C-777 | Original Issue - 4-11 PPM | 3.00 | 30,000.00 |
| Daffer | | 2/2/2012 | 5,000 | 5,000 | C-778 | Original Issue - 4-11 PPM | 3.00 | 15,000.00 |
| Foy | | 2/8/2012 | 5,000 | 5,000 | C-781 | Original Issue - 4-11 PPM | 3.00 | 15,000.00 |
| Plunkett | | 3/1/2012 | 8,500 | 8,500 | C-789 | Original Issue - 4-11 PPM | 3.00 | 25,500.00 |
| Zeis | | 3/1/2012 | 15,000 | 15,000 | C-790 | Original Issue - 4-11 PPM | 3.00 | 45,000.00 |
| Stewart | | 3/1/2012 | 3,000 | 3,000 | C-791 | Original Issue - 4-11 PPM | 3.00 | 9,000.00 |
| Marvin | | 3/16/2012 | 7,000 | 7,000 | C-796 | Original Issue - 4-11 PPM | 3.00 | 21,000.00 |
| Skluzak Rollover IRA | | 4/26/2012 | 40,000 | 40,000 | C-801 | Original Issue - 4-11 PPM | 3.00 | 120,000.00 |
| Lev | | 7/24/2012 | 5,000 | 5,000 | C-803 | Original Issue - 4-11 PPM | 3.00 | 15,000.00 |
| Bertucchi | | 9/10/2012 | 3,000 | 3,000 | C-813 | Original Issue - 4-11 PPM | 3.00 | 9,000.00 |
| Bertucchi | | 9/10/2012 | 1,000 | 1,000 | C-814 | Original Issue - 4-11 PPM | 3.00 | 3,000.00 |
| Taveres | | 9/10/2012 | 3,200 | 3,200 | C-815 | Original Issue - 4-11 PPM | 3.00 | 9,600.00 |
| | | | 330,000 | | | | $ | 990,000.00 |

GA001001

GenAudio Miscellaneous Original Issue

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Price | Total Investment | |
|---|---|---|---|---|---|---|---|---|---|
| Morey | | 4/19/2011 | 50,000 | 50,000 | C-738 | Original Issue - Exercise of Warrant | 0.50 | 25,000.00 | |
| Bohigian | | 6/6/2011 | 5,000 | 5,000 | C-748 | Original Issue - Exercise of Warrant | 0.50 | 2,500.00 | |
| Bohigian | | 8/3/2011 | 5,000 | 5,000 | C-758 | Original Issue Exercise of Warrant | 0.50 | 2,500.00 | 30,000.00 |
| Mahabub | | 1/23/2013 | 128,400 | 128,400 | C-870 | Original Issue Converted Debt | 5.00 | 642,000.00 | 642,000.00 |
| Daffer, Living Trust | | 6/7/2013 | 5,000 | 5,000 | C-893 | Original Issue Exercise of Warrant | 5.00 | 25,000.00 | |
| Emerson | | 6/7/2013 | 2,500 | 2,500 | C-894 | Original Issue Exercise of Warrant | 5.00 | 12,500.00 | 37,500.00 |
| Emerson | | 6/9/2014 | 10,000 | 10,000 | C-967 | Original Issue Conv. Note W/warrants | 1.00 | 10,000.00 | |
| Daffer | | 6/9/2014 | 10,000 | 10,000 | C-968 | Original Issue Conv. Note W/warrants | 1.00 | 10,000.00 | |
| Fisher | | 6/9/2014 | 10,000 | 10,000 | C-969 | Original Issue Conv. Note W/warrants | 1.00 | 10,000.00 | |
| DafferLiving Trust | | 6/17/2014 | 10,000 | 10,000 | C-970 | Original Issue Conv. Note W/warrants | 1.00 | 10,000.00 | |
| 10428 Ltd. Prtnr. | | 5/16/2014 | 15,000 | 15,000 | C-973 | Original Issue Conv. Note W/warrants | 1.00 | 15,000.00 | |
| Short, ETC IRA | | 6/24/2014 | 100,000 | 100,000 | C-974 | Original Issue Conv. Note W/warrants | 1.00 | 100,000.00 | |
| Gilson | | 8/19/2014 | 50,000 | 50,000 | C-978 | Original Issue Conv. Note W/warrants | 1.00 | 50,000.00 | |
| Morey | | 8/19/2014 | 15,000 | 15,000 | C-979 | Original Issue Conv. Note W/warrants | 1.00 | 15,000.00 | |
| Sansbury | | 8/19/2014 | 2,000 | 2,000 | C-980 | Original Issue Conv. Note W/warrants | 1.00 | 2,000.00 | |
| Holds | | 8/19/2014 | 15,000 | 15,000 | C-981 | Original Issue Conv. Note W/warrants | 1.00 | 15,000.00 | |
| Emerson | | 8/19/2014 | 10,000 | 10,000 | C-982 | Original Issue Conv. Note W/warrants | 1.00 | 10,000.00 | |
| Sun | | 8/19/2014 | 25,000 | 25,000 | C-988 | Original Issue Conv. Note W/warrants | 1.00 | 25,000.00 | |
| Zito | | 10/9/2014 | 20,000 | 20,000 | C-989 | Original Issue Conv. Note W/warrants | 1.00 | 20,000.00 | |
| Zito | | 10/9/2014 | 5,000 | 5,000 | C-990 | Original Issue Conv. Note W/warrants | 1.00 | 5,000.00 | 297,000.00 |
| | | | | | | | | 1,006,500.00 | 1,006,500.00 |

GA001002