REDACTED

# EXHIBIT 15

Shareholder Confidential



April 22, 2011

Dear Shareholder,

GenAudio has advanced forward to the next stage of the company's growth. The business plan section within the Private Placement Memorandum (PPM) document is attached. It has been completely updated as of present. Listed below is a synopsis of what is contained within the new private placement memorandum (PPM), however, I urge you all to read, at a minimum, the business plan section contained within the PPM after reading this brief summary:

➢ We are very pleased to announce that the Company has successfully inked our first revenue generating license deal with Monster. We have completed the integration of our technology into Monster's initial headphone product offering. Monster is currently preparing for the first of several expected future product offerings, within the headphone field of use, to launch with international distribution by June 2011. They expect to be fully ramped up with several products incorporating our technology before Christmas.

We expect that coming into the first quarter of 2012, self sustaining revenues could be achieved with this singular exclusive headphone "carve-out" license deal. Monster and GenAudio are now entering negotiations for another non-exclusive license deal for Monster's line-up of upcoming iPod/iPhone high-end speaker docks. We expect to have this license deal inked in the near future.

Monster's product offerings incorporating our technology will be co-branded as "Monster HDHS™ – Powered by AstoundSound®", and product packaging will bear our logo mark. The physical device will be marked with Monster's "360°" logo mark. The company believes that co-branding with Monster will give us increased credibility and accelerate awareness of our identity to the consumer.

We will keep the shareholders apprised of when they can actually see our first consumer electronics product offering being distributed through Monster's distribution partners such as Best Buy, the Apple Stores, etc.

➢ We have signed a promotional partnership deal with Anschutz Entertainment Group (AEG Live), for webcasting to millions of viewers world-wide, AEG Live events in AstoundSound®. We call this implementation AstoundLive®. The first event will be the annual New Orleans and Heritage Jazz Festival, April 29-May 8, 1011. We will be processing audio for all of the headline acts from the AEG Live/Acura Main Stage for all 7 days. On the 6th and 7th days AEG Live will be broadcasting, live from the Acura Main Stage, utilizing AstoundLive® - expected to be a game changer for live events on a worldwide scale!

GOVERNMENT EXHIBIT
12/10/14   17   SRD
D-03450

GA000057

Shareholder Confidential

AEG anticipates that our outreach will be between 1MM to over 10MM webcast viewers. AEG Live has agreed to promote our AstoundSound Expander (ASE) computer product offering during set breaks and intermission between different artists/bands in exchange for use of the technology for their live events and a revenue share for all AEG Live exclusive/special discounted sales of ASE. We anticipate that this experiential marketing effort could significantly ramp up sales and may potentially drive us into self-sustaining revenues much faster than our license deals with Monster. AEG Live has stated that they would like to have their future webcasted concert events processed in AstoundSound, which will include promoting Expander at each event.

➢ As a result of our recent participation at the National Association of Broadcasters annual convention in Las Vegas, we are entering into software testing and integration with Doremi (http://www.doremilabs.com/). Doremi is the film industry leader for serving video, both 2D and 3D (and audio), in theaters with over 22,000 theaters world-wide to their credit which equates to over 50% worldwide market share. We signed an NDA with Doremi on April 17, 2011.

Doremi and GenAudio share in a common vision that could potentially become the worldwide standard for theatrical AV presentation thereby significantly reducing encode/decode delivery formats for theatrical presentation. This squeezes competitor product offerings (encode/decode) in this space from both sides of the fence: 1) Theater Chain cost effectiveness to implement Astound technology into the majority of existing theaters, and 2) A significantly enhanced 3D spatial audio experience for the consumer that is noticeably better than competing company solutions.

Doremi expects to be first to market for this year's new digital cinema specifications incorporating our technology. Pending successful software integration and testing, we expect this will debut at a large Cinema Expo in Amsterdam coming up in June 2011. Our competitors will not realize we are entering the industry leader for 3D theatrical presentation.

This theatrical presence would open up consumer electronics (CE) licensing to a point where we would need to ramp up our staffing requirements in short order. The merit of being on the big screens world-wide would compel large CE companies delivering product offerings in the home theater space (3DTV's, HDTV's, Blu-ray players, Home Theater Receivers, etc) to incorporate our technology into their products. This is the way these two industries have been synchronized for many years, and we are simply following the recipe, and we believe we are doing exceptionally well given our recent explosion of business development.

➢ Shortly after our first debut appearance at E3 in 2009, we discontinued moving forward with developing our game industry software solutions. We have recently re-entered the video game industry with multiple product offerings starting with our recent appearance at GDC in San Francisco. The initial strategy was to take the industry head-on by developing a competing "audio engine" category product offering.

**Given the tremendous software development breakthroughs over the past couple of years, we have been able to refine our highly unique and sophisticated backend processing capabilities.** This permits us to partner with other audio engine providers and game developers. This will provide a new state of the art way of incorporating AstoundSound as a real-time process into upcoming video game title releases.

GA000058

Shareholder Confidential

As a result of our recent participation at the Game Developers Conference (GDC) in San Francisco, we have just signed an NDA with the world's leading audio engine solution provider, Audiokinetics, the makers of the Wwise game audio engine. Microsoft exclusively uses Wwise for their game title releases for Xbox 360. Wwise is currently being used on more AAA game title releases than any other audio engine. We have already initiated test level integration and expect to enter into license negotiations in the near future.

The GDC also provided us with a high level meeting with the decision makers for Microsoft's Xbox 360 division. We have now been permitted to purchase the Xbox 360 game development kit (it is hardware and software based) and they have requested to see our demo game "Deprived" running on Xbox 360 in order to measure processor performance during actual game play. Needless to say, we are very happy with our progress in this space.

➢ We have two new patents that were recently filed. As a direct result, Dr. Sam Khoury of Inavasis, Inc. was retained to calculate our Intellectual Property (IP) valuation.

In March 2010 the initial valuation analysis report was completed. This intangible asset "value" was determined taking into consideration we had no signed license deals at that time among many other factors, and again was solely based on the IP and the determination of net present value of the IP within each of the identified market segments in the report. The sum of all market application net present values determined that our IP valuation was just north of 1B USD.

**As a result of GenAudio's most recent patent filings, which enabled several new market applications to be analyzed by Dr. Khoury, we are pleased to let you know that our current independently determined IP valuation analysis is now 3.3B USD. <u>It is important for you to realize this does not necessarily mean that the technology or our company would sell for this amount. However, the Company believes it gives us a strong and justifiable position to enter into negotiations with potential licensees of our technology, or large entities that may have an interest in acquiring the technology or the Company. In a nutshell, we did our homework.</u>**

The recently updated valuation analysis including the recent patent filings and additional market applications yielded a result that is now triple the initial calculation. Now that we actually have signed license deals in a couple of the market applications, the risk factor assessed by Dr. Khoury should be reduced, and thereby potentially yielding an increase in the total net present value of the IP. We still have an additional patent to file in the near future; and alongside our expectation to sign additional license deals, the Company expects Dr. Khoury will have to update the report once again. It's a living, breathing document.

➢ We have inked several other NDA's with other consumer electronics companies, cable TV networks such as Starz/Encore, and expect to be entering into license negotiations with these entities in the near future.

➢ We have completed the first full-length feature film entitled *Discover the Gift*, in AstoundSurround®- the integration of AstoundSound® in a surround sound or multi-channel audio mix. We will start mixing our first 3D theatrical film title release at Astound Studios within the next month. This will start with an 8-minute segment of the upcoming theatrical release that will be showcased at Comic-Con (http://www.comic-con.org/) this year.

GA000059

Shareholder Confidential

> We are slated to mix 7 theatrical film title releases, at our studio partner facility, Astound Studios, in AstoundSurroud within the next two years, and expect many more to come.

➢ Astound Studios was featured on not one but two professional audio industry magazine front covers this month. The April 2011 issue of "Mix Magazine" and the spring quarterly issue of "Audio Solutions from GC Pro"(available at Guitar Center) have the new studio front and center. This is an honor for any studio to make it on a front cover, let alone two concurrently.

> **This was a part of our vision since the company was formed. Apparently that vision was very accurate as ALL of our successful business development, including the current and anticipated future signed revenue-generating license and promotional partnership deals with very big companies were a direct result of completing the studio build-out.**

➢ The Company has recently brought two new board members to the table. This has proven to be the best course of action for the Company given our current growth and positive forward direction. The new board members provide highly experienced backgrounds in the entertainment industry. The Company is confident that our current 3-member board provides the necessary leadership and direction to maximize shareholder value.

> One of our board members recently introduced us to an industry leader in the integrated circuit space. This business opportunity has potential for very large revenues.

> Due to a recently signed NDA with this company, we cannot disclose anything further and will notify the shareholders as to the status of our dealings with this company when we are able to do so.

Rather than re-write what has already been written, I must ask you all to please review the new PPM.

The price per share in the new offering is the same as it was for our previous offering last year at 3.00 per share. This decision was made because the offering is limited to our existing accredited shareholders, and we are being very cautious not to exceed the shareholder limit of 499.

Please keep in mind that the monies raised last year were only intended for funding the Company through spring. We have never sought to unduly dilute our shareholders and have only sought to raise money as needed for that reason. At that time we anticipated reaching self-sustaining revenue due to the market fast track associated with the film, *Chronicles of Narnia 3*. As a result of forces beyond our control, we had to re-think our direction. We have learned our lesson from the experience with *Chronicles of Narnia 3*. With the studio completed, we are in a different position to ensure the success of our business development efforts for theatrical film title releases. This is evident by our recent success with mixing our first full-length feature film, *Discover the Gift*, at Astound Studios. This shows that we are fully capable of doing this "in-house".

**In the interim, the Company requires additional financing to continue to operate with the expectation to bridge the gap into self-sustaining revenues upon full subscription of the new offering. We are no longer simply developing products and determining how said products can be placed within our target markets. We are currently placing our product offerings into various market segments.**

GA000060

**Shareholder Confidential**

We are transitioning into a full-blown revenue generating company. Our product offerings have reached a critical stage. We have signed license deals for CE integration. We are on the front cover of two international professional audio engineering magazines. <u>GenAudio will most likely not get an opportunity like this again to "ride the wave"</u>.

Our team is passionate. We will continue to work hard thus enabling the Company to continue to bring revenue generating deals to the table, provided we complete our current financing requirement.

I would like to thank you all in advance for your continued support. We are in a much different stage of the Company's growth than we were a year ago. It is interesting how within a year we have tripled our IP valuation according to Dr. Khoury on a shoestring budget. This is primarily due to the efforts of our entire team.

**Our vision and current strategy are rock solid - we will continue to drive our technology into the various market segments with the expectation of generating substantial revenues and becoming a worldwide household name.**

Please feel free to contact me via email to jerry@genaudioinc.com anytime.

If you have any questions relating to the offering, as I will be traveling extensively for business for the next 3 months, please contact Jim Mattos directly via email to [redacted], or call our office at [redacted]-[redacted].

Best Wishes,


**Jerry Mahabub**
Founder, Chairman, CEO and President
GenAudio, Inc.
Colorado Office: [redacted]
Fax: [redacted]
Los Angeles Office: [redacted]
Fax: [redacted]
http://www.astoundsurround.com
http://www.astoundstudios.net
http://www.astoundsound.net
http://www.genaudioinc.com
http://www.astoundlive.com

Page 5 of 5

GA000061