EXCERPTED

# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## DEFENDANT GENAUDIO, INC.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant GenAudio, Inc., by and through undersigned counsel, Wilson Elser Moskowitz Edelman & Dicker, LLP, hereby provides the following supplement to its response to Plaintiff Securities and Exchange Commission's First Request for Production of Documents, and states as follows:

### PRELIMINARY RESPONSE

Responding Party has not fully completed its investigation of the facts related to this case, nor completed its discovery in this action, nor completed its preparation for trial. All of the responses and documents produced are based only upon such information and documentation presently available to and specifically known to Responding Party.

Further discovery, independent investigation, legal research and analysis may supply additional facts and/or documents. Accordingly, the following responses are given without prejudice to Responding Party's right to supplement these responses with any subsequently discovered fact(s) and/or document(s), which Responding Party may later encounter or recall.

1821086v.1

Responding Party accordingly reserves the right to produce supplemental responses and/or documents, change any and all responses as additional facts and/or documents are ascertained, analysis made, and legal research is completed. These responses are provided in a good faith effort to supply as much factual information and documentation as is presently known to Responding Party, but in no way should be to the prejudice of Responding Party in relation to further discovery, research, analysis or proof at trial.

## GENERAL OBJECTIONS

The following general objections apply to each and every response to each and every request addressed below:

1. Responding Party objects to each of the individual requests to the extent any of them seek information protected from discovery by any applicable privilege, doctrine, or immunity, including, without limitation, the attorney-client privilege, the attorney work product doctrine, and information that is subject to the right of privacy. Responding Party does not deem the requests to seek private, privileged, or otherwise confidential information and will not disclose such information in response to the requests.

2. Responding Party objects to each of the requests to the extent they purport to impose upon it the burden of furnishing information which is not available to it or which is equally or more readily available to Plaintiff.

3. Responding Party objects to each of the requests to the extent they purport to require it to disclose any confidential information received by it, directly or indirectly, from a third party. Such confidential information will not be produced, and any inadvertent disclosure or production thereof will not be deemed a waiver of any privilege or protection. By accepting information in response to these requests, Plaintiff expressly accepts this non-waiver.

4. Responding Party objects to the requests in that they are not separately stated.

## RESPONSES TO REQUESTS FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

The documents that identify each person or entity to whom Mahabub, GenAudio, its officers, directors, employees, agents and shareholders offered securities from September 15, 2009 until October 6, 2012, including the emails sent from Jim Mattos at jim@genaudioinc.com containing the meta data that identifies the addressees to whom he sent the March 19, 2010 email with the subject line "New PPM & IP Valuation Report" (see for example SEC-Elliott-E-000277.pdf) and the April 22, 2011 email with the subject line "GenAudio Shareholder Update and Private Placement Memorandum" (see for example JM007595.pdf), the database containing shareholders' email addresses that James Mattos used to send the 2010 Offering Material and 2011/2012 Offering Materials to shareholders as it existed on or about March 19, 2010 and April 22, 2011, the list of numbered private placement memoranda sent to prospective investors during the 2010 Offering and the 2011/2012 Offering.

### RESPONSE TO REQUEST NO. 1:

Notwithstanding the General objections set forth above, Responding Party responds as follows: After a diligent search and a reasonable inquiry, Responding Party has not located a database containing shareholders' email addresses James Mattos used to send the 2010 Offering Material and 2011/2012 Offering Materials to shareholders as it existed on or about March 19, 2010 and April 22, 2011, any list of numbered private placement memoranda sent to prospective investors during the 2010 Offering and the 2011/2012 Offering, or the emails sent from Jim Mattos at jim@genaudioinc.com containing the meta data that identifies the addressees to whom he sent the March 19, 2010 email with the subject line "New PPM & IP Valuation Report" and the April 22, 2011 email with the subject line "GenAudio Shareholder Update and Private Placement Memorandum." Responding Party is concurrently producing, directly from its outside vendor, Transperfect Legal Solutions, a CD containing electronic versions of these emails or replies thereto, although the electronic versions of the emails do not appear to contain the metadata showing all addressees.

1821086v.1

Responding Party believes after a diligent search and a reasonable inquiry that it has produced, either through its current production or through its prior productions, all other responsive non-privileged documents in its possession custody or control.

**REQUEST FOR PRODUCTION NO. 2:**

For the investors listed below, all documents in GenAudio's investor files, including the subscription agreements, confidential subscriber questionnaires (whenever dated), stock sale and purchase agreements, irrevocable proxy agreements, and related correspondence transmitting these documents, and any other documents regarding whether the investor was an accredited investor or has such knowledge and experience in financial and business matters that he or she is capable of evaluating the merits and risk of the prospective investment:

- Jeffrey Banks
- Michelle Bater
- Nellie Bertucci
- Philip E. Broncucia Jr.
- Sarah Bushong-Weeks
- Bryan C. & Shannon H. Daffer
- David Daffer
- Julie Eastwood
- Nan Wei Hsieh
- David Thorton Jerome
- Ross Martin
- George William Marvin
- Ricky Dell McCoy
- Patrick Norris
- Christian Schuster
- Vincent J. and Mary L. Scardina
- Lorrie Snodgrass

Dated:  September 9, 2016               Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker, LLP

By: _____
Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman
& Dicker, LLP
655 W. Broadway, Suite 900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
michael.mccloskey@wilsonelser.com
david.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

1821086v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2016 a true and correct copy of the foregoing was served via Federal Express to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Andrew B. Holmes<br>Holmes, Taylor & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Ph: (213) 985-2265<br>Email: abholmes@htjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |
| Jeffrey G. Benz, Esq.<br>Benz Law<br>12021 Wilshire Blvd., Suite 256<br>Los Angeles, CA 90025<br>Ph.: (310) 570-2774<br>Email: jeffreybenz@gmail.com<br>*Attorney for Astound Holdings, Inc.* |

By: s/ Michael P. McCloskey
   Michael P. McCloskey
   Wilson Elser Moskowitz Edelman
   & Dicker, LLP
   655 W. Broadway, Suite 900
   San Diego, CA 92101
   (619) 321-6200
   (619) 321-6201 (fax)
   michael.mccloskey@wilsonelser.com
   *Attorneys for Defendant GenAudio, Inc.*

1821086v.1

## VERIFICATION

I am the CEO and Chairman of the Board of Defendant GenAudio, Inc., and I am authorized to execute this verification on its behalf. I have read GenAudio's foregoing SUPPLEMENTAL RESPONSE TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS and know its contents. The Supplemental Response has been prepared with the assistance of counsel, both in drafting and in providing information. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2016 at Broomfield, Colorado.

Tajperry Mahabub

1821117v.1

Dated:  September 9, 2016          **WILSON, ELSER, MOSKOWITZ,**
                                   **EDELMAN & DICKER LLP**


                                   By: _____
                                       Michael P. McCloskey, Esq.
                                       David J. Aveni, Esq.
                                       Attorneys for Defendant
                                       GENAUDIO, INC.

1821081v.1