REDACTED

# EXHIBIT 19

**From:** Jerry Mahabub astoundsound@verizon.net
**Subject:** Re: ▮ AI updates
**Date:** June 16, 2010 at 7:11 AM
**To:** Jim Mattos
**Cc:** Jim Devine

OK...Great! ==I am just now gearing up to go through an intensive day of follow up calls to start the process of converting road show attendees into actual investors in GenAudio...==

-Jerry

On 6/16/10 1:02 AM, "Jim Mattos" < ▮ > wrote:

> Jerry,
>
> ▮ Rush is confirmed. His paperwork did not previously contain an email address, thus we were unable to contact him previously. His file has been updated.
>
> Regards,
> Jim W. Mattos



> GenAudio, Inc.
> 8200 S. Quebec St.
> Suite A3250
> Centennial, CO 80112
> Office ▮
> Fax ▮
> Url: www.astoundsound. <http://www.genaudioinc.com/> net
> email: ▮
>
> This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this
>
> communication is strictly prohibited.
>
> On Jun 15, 2010, at 11:50 PM, Jerry Mahabub wrote:
>
>> We have an investor file for him, and I remember him faxing you the paperwork.
>>
>> Name is ▮ Rush ( ▮ is his nickname)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS          JM002375