REDACTED

# EXHIBIT 21

GOES KG2

LITHO. IN U.S.A

GA001199

**Incorporated under the Laws of the State of Colorado**

NUMBER: C – 617

SHARES: 1,500

# GENAUDIO, INC.

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

This Certifies that ▆▆▆▆ Eastwood is the registered holder of **One Thousand Five Hundred** Shares

of Common Stock

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this 31st day of August A.D. 20 10

James T Devine, Secretary

Jerry Mahabub, President

© GOES KG2
All Rights Reserved

The shares represented by this certificate have not been registered under the Securities Act of 1933 (the "Act") and are "restricted securities" as that term is defined in Rule 144 under the Act. The shares may not be transferred for sale, assignment or otherwise transferred except pursuant to an effective registration statement under the Act, or pursuant to an exemption from registration under the Act, the availability of which is to be established to the satisfaction of the Company.

For Value Received,_____ hereby sell, assign and transfer unto _____
_____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint _____ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.
Dated _____ A.D. 20___
In presence of
_____

NOTICE. THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

GA001200

## SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount: $4,500.00 (Four thousand Five hundred)

# of Shares: 1500 (One thousand five hundred)

_____ EASTWOOD _____
Name of Subscriber (Print)

_____
Name of Joint Subscriber (if any) (Print)

[redacted]
Signature of Subscriber

_____
Signature of Joint Subscriber (if any)

N/A
Capacity of Signatory (for entities)

[redacted]
Social Security or Taxpayer Identification Number

_____
Country of Residence (if a non-U.S. Subscriber)

Subscriber Contact Information:

[redacted]
Street Address

[redacted]
Telephone      Fax

[redacted]
City    State    Zip Code

_____
Email

Instructions for Delivery of Securities:

X  Deliver to the address above

☐  Deliver to an alternate address:

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS 31 DAY OF August, 2010.

GENAUDIO, INC.

By: _/s/ James T. Devine_
Name:
Title: JAMES T. DEVINE
       V.P. FINANCE

GA001201

**EXHIBIT A - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE**

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: [redacted] EASTWOOD

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐ **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐ **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐ **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net worth" means the excess of total assets at fair market value, including home, home furnishings and automobiles, over total liabilities.

☐ **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐ **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets in excess of $5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐ **The undersigned is an entity in which all of its equity owners are "accredited investors".**

N/A

GA001202

2. The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____ N/A _____

_____

3. The Subscriber's current employment or business activity is as follows:

Company Name: _____ N/A _____

Address: _____

Telephone Number: _____

Principal Business: _____

Position and Title: _____

4. The Subscriber has __1__ years of investment experience.

5. The Subscriber invests or trades in marketable securities:

    ☐ More than 20 times per year
    ☐ 6-20 times per year
    ☐ 1-5 times per year
    ☐ Never

6. The Subscriber invests in non-marketable securities such as private placements:

    ☐ More than 10 times per year
    ☐ 6-10 times per year
    ☐ 1-5 times per year
    ☐ Never

7. The Subscriber has provided the following identification information:

    ☒ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

_____ EASTWOOD _____    _____ N/A _____
Name of Subscriber (Print)    Name of Joint Subscriber (if any) (Print)

_____    _____
Signature of Subscriber    Signature of Joint Subscriber (if any)

_____ N/A _____    _____ 8-31-10 _____
Capacity of Signatory (for entities)    Date

GA001203