REDACTED

# EXHIBIT 26

© GOES KG2

LITHO IN U.S.A

GA000742

Incorporated under the Laws
of the State of Colorado

NUMBER
C – 740

SHARES
4,300

## GENAUDIO, INC.

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

This Certifies that     Marvin                is the

registered holder of     Four Thousand Three Hundred     Shares

of Common Stock

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this    29th    day    of    April    A.D. 20 11

James T Devine, Secretary

Jerry Mahabub, President

© GOES KG2
All Rights Reserved

The shares represented by this certificate have not been registered under the Securities Act of 1933 (the "Act") and a transfer thereof will not be valid unless it is made in accordance with the Act. These securities may be offered, sold, pledged or otherwise transferred only pursuant to an effective registration statement under the Act, or pursuant to an exemption from registration under the Act, the availability of which is to be established to the satisfaction of the Company.

*For Value Received*_____ hereby sell, assign and transfer unto_____

_____ *Shares* represented by the within Certificate, and do hereby irrevocably constitute and appoint

_____ *Attorney* to transfer the said *Shares* on the books of the within named Corporation with full power of substitution in the premises.

*Dated*:_____ *A.D. 20*___

*In presence of:*

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

GA000743

### SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount: $ _12,900 00_

# of Shares: _4300_

_(redacted)_

Name of Subscriber (Print)                                   Name of Joint Subscriber (if any) (Print)

_(redacted)_

Signature of Subscriber                                       Signature of Joint Subscriber (if any)

Capacity _(redacted)_ ry (for entities)

Social Security or Taxpayer Identification Number    Country of Residence (if a non-U.S. Subscriber)

Subscriber Contact Information:

_(redacted)_

Street Address                                                    Telephone            Fax

_(redacted)_

City                         State        Zip Code          Email

Instructions for Delivery of Securities:

   Deliver to the address above                    Deliver to an alternate address:

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS _29_ DAY OF _APRIL_, 2011.

GENAUDIO, INC.

By: _(signature)_

Name: _JAMES T. DEVINE_

Title: _V.P. FINANCE_

DEN 97470204

GA000744

## EXHIBIT A TO SUBSCRIPTION AGREEMENT - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: ███████████  *MARVIN*

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐ **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐ **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐ **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net Worth" means all of an investor's assets (other than his or her primary residence) whether liquid or illiquid, such as cash, stock, securities, personal property and real estate based on the fair market value of such property MINUS all debts and liabilities (other than a mortgage or other debt secured by his or her primary residence unless such mortgage or other debt exceeds the fair market value of the residence, in which case such excess liability should ALSO be deducted from his or her net worth.

☐ **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐ **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets** in excess of **$5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐ **The undersigned is an entity in which all** of its equity owners are "accredited investors".

*DEN 97470204*

GA000745

2.   The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3. The Subscriber's current employment or business activity is as follows:

Company Name: ▓▓▓▓▓▓▓▓▓▓▓▓

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Telephone Number: ▓▓▓▓▓▓▓▓▓

Principal Business: ▓▓▓▓▓▓▓▓

Position and Title: ▓▓▓▓

4. The Subscriber has _____2_____ years of investment experience.

5. The Subscriber invests or trades in marketable securities:

> ☐ More than 20 times per year
> ☐ 6-20 times per year
> ☒ 1-5 times per year
> ☐ Never

6. The Subscriber invests in non-marketable securities such as private placements:

> ☐ More than 10 times per year
> ☐ 6-10 times per year
> ☒ 1-5 times per year
> ☐ Never

7. The Subscriber has provided the following identification information:

> ☒ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

▓▓▓▓▓▓▓▓
_____        _____
Name of Subscriber (Print)                         Name of Joint Subscriber (if any) (Print)
▓▓▓▓

_____        _____
Signature of Subscriber                              Signature of Joint Subscriber (if any)

                                                                   4/28/11
_____        _____
Capacity of Signatory (for entities)             Date



GA000747

NUMBER
C – 750

SHARES
1,300

Incorporated under the Laws
of the State of Colorado

**GENAUDIO, INC.**

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

**This Certifies that** ____ **Marvin** ____ is the

registered holder of ____ **One Thousand Three Hundred** ____ Shares

of Common Stock

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed

this ____ 7th ____ day ____ of ____ June ____ A.D. 20 11

James T Devine, Secretary

Jerry Mahabub, President

The shares represented by this certificate have not been registered under the Securities Act of 1933 [illegible] and may not be sold [illegible]

For Value Received,_____ hereby sell, assign and transfer

unto_____

_____ Shares

represented by the within Certificate, and do hereby

irrevocably constitute and appoint

_____ Attorney

to transfer the said Shares on the books of the within named

Corporation with full power of substitution in the premises.

Dated:_____ A.D. 20____

In presence of_____

NOTICE THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

GA000748

## SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount:  $  $3900^{\,00}$

# of Shares:  $1300$

███████████  *M ARVIN*

| Name of Subscriber (Print) | Name of Joint Subscriber (if any) (Print) |
| --- | --- |
| ███████████ | |
| Signature of Subscriber | Signature of Joint Subscriber (if any) |
| Capacity of S████████ entities) | |
| ███████████ | |
| Social Security or Taxpayer Identification Number | Country of Residence (if a non-U.S. Subscriber) |

Subscriber Contact Information:

███████████

| Street Address | ██████████ |
| --- | --- |
| | Telephone          Fax |
| City          State          Zip Code | Email ██████████ |

Instructions for Delivery of Securities:

Deliver to the address above

Deliver to an alternate address:

_____

_____

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS ___2___ DAY OF ___*June*___, 2011.

GENAUDIO, INC.

By: *James Y. Devine*

Name: *JAMES Y. DEVINE*

Title: *V.P. FINANCE*

*DEN 97470204*

GA000749

## EXHIBIT A TO SUBSCRIPTION AGREEMENT - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: ███ ███ ███ MARVIN

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐ **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐ **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐ **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net Worth" means all of an investor's assets (other than his or her primary residence) whether liquid or illiquid, such as cash, stock, securities, personal property and real estate based on the fair market value of such property MINUS all debts and liabilities (other than a mortgage or other debt secured by his or her primary residence unless such mortgage or other debt exceeds the fair market value of the residence, in which case such excess liability should ALSO be deducted from his or her net worth.

☐ **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐ **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets in excess of $5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐ **The undersigned is an entity in which all of its equity owners are "accredited investors".**

*DEN 97470204*

GA000750

2.  The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3.  The Subscriber's current employment or business activity is as follows:

Company Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮_____

Address: _____

Telephone Number: _____

Principal Business: _____

Position and Title: _____

4.  The Subscriber has __3__ years of investment experience.

5.  The Subscriber invests or trades in marketable securities:

    ☐ More than 20 times per year
    ☐ 6-20 times per year
    ☒ 1-5 times per year
    ☐ Never

6.  The Subscriber invests in non-marketable securities such as private placements:

    ☐ More than 10 times per year
    ☐ 6-10 times per year
    ☒ 1-5 times per year
    ☐ Never

7.  The Subscriber has provided the following identification information:

    ☒ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity,
       such identification for its principal individual shareholders and signatories, accompanies this
       Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

▮▮▮▮▮▮ MARVIN _____          _____
Name of Subscriber (Print)                              Name of Joint Subscriber (if any) (Print)

▮▮▮▮▮▮▮▮_____          _____
Signature of Subscriber                                 Signature of Joint Subscriber (if any)

                                                        6/6/11
_____          _____
Capacity of Signatory (for entities)                    Date

License Number ▮▮▮▮

GA000751

GA000752



NUMBER
C-751

SHARES
1,000

Incorporated under the Laws
of the State of Colorado

GENAUDIO, INC.

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

This Certifies that     Marvin

registered holder of     One Thousand     Shares

of Common Stock

transferable only on the books of the Corporation, by the holder hereof in
person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed.

this     7th     day     of     June     A.D. 20 11

James T Devine, Secretary

Jerry Mahabub, President

The shares represented by this certificate have not been registered under the Securities Act of 1933 [illegible] ... [faded text, largely illegible] ... satisfactory to the issuer.

*For Value Received,* _____ *hereby sell, assign and transfer*

*unto* _____

_____ *Shares*

*represented by the within Certificate, and do hereby*
*irrevocably constitute and appoint*

_____ *Attorney*

*to transfer the said Shares on the books of the within named*
*Corporation with full power of substitution in the premises.*

*Dated:* _____ *A.D. 20* ___

*In presence of*

_____

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

GA000753

SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount: $ 3000.00

# of Shares: 1000

MARVIN

_____
Name of Subscriber (Print)

_____
Name of Joint Subscriber (if any) (Print)

_____
Signature of Subscriber

_____
Signature of Joint Subscriber (if any)

_____
Capacity of Signatory (for entities)

_____
Social Security or Taxpayer Identification Number

_____
Country of Residence (if a non-U.S. Subscriber)

Subscriber Contact Information:

_____

_____
Street Address

_____
Telephone              Fax

_____
City            State        Zip Code

_____
Email

Instructions for Delivery of Securities:

   Deliver to the address above

Deliver to an alternate address:

_____

_____

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

   THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS ___7___ DAY OF ___JUNE___, 2011.

GENAUDIO, INC.

By: _____
Name: JAMES T. DEVINE
Title: V.P. FINANCE

*DEN 97470204*

GA000754

**EXHIBIT A TO SUBSCRIPTION AGREEMENT - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE**

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: ███ ████ █  *MARVIN*

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐ **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐ **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐ **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net Worth" means all of an investor's assets (other than his or her primary residence) whether liquid or illiquid, such as cash, stock, securities, personal property and real estate based on the fair market value of such property MINUS all debts and liabilities (other than a mortgage or other debt secured by his or her primary residence unless such mortgage or other debt exceeds the fair market value of the residence, in which case such excess liability should ALSO be deducted from his or her net worth.

☐ **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐ **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets in excess of $5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐ **The undersigned is an entity in which all of its equity owners are "accredited investors".**

*DEN 97470204*

2.  The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3.  The Subscriber's current employment or business activity is as follows:

Company Name:  _____████████_____

Address: _____

Telephone Number: _____

Principal Business: _____

Position and Title: _____

4.  The Subscriber has __3__ years of investment experience.

5.  The Subscriber invests or trades in marketable securities:

        ☐ More than 20 times per year
        ☐ 6-20 times per year
        ☑ 1-5 times per year
        ☐ Never

6.  The Subscriber invests in non-marketable securities such as private placements:

        ☐ More than 10 times per year
        ☐ 6-10 times per year
        ☑ 1-5 times per year
        ☐ Never

7.  The Subscriber has provided the following identification information:

        ☑ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this
     •   Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

████████████ *MARVIN*                    _____
Name of Subscriber (Print)                Name of Joint Subscriber (if any) (Print)

████████                                  _____
Signature of Subscriber                   Signature of Joint Subscriber (if any)

                                          *6/6/11*
_____  _____
Capacity of Signatory (for entities)      Date

DEN 97470204



GA000757

NUMBER
C – 796

SHARES
7,000

Incorporated under the Laws
of the State of Colorado

# GENAUDIO, INC.

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

This Certifies that

registered holder of

Marvin

Seven Thousand

of Common Stock

transferable only on the books of the Corporation by the holder hereof in
person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed

this    16th    day    of    March    A. D. 20 12

James T Devine, Secretary

Jerry Mahabub, President

The shares represented by this certificate have not been registered under the Securities Act of 1933 (the "Act") and no transfer, sale of the shares may be effected in this instance or in the circumstances are exempt from registration under such Act. The securities evidenced by this certificate may not be transferred or resold except in compliance with the registration provisions of the Act or an available exemption therefrom.

*For Value Received,* _____ *hereby sell, assign and transfer*

*unto* _____

_____ *Shares*

*represented by the within Certificate, and do hereby*

*irrevocably constitute and appoint*

_____ *Attorney*

*to transfer the said Shares on the books of the within named*

*Corporation with full power of substitution in the premises.*

*Dated:* _____ *A. D. 20* ___

*In presence of:*

_____ ___ _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

GA000758

## SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount:  $ _21,000 00_

# of Shares: _7,000_

_MARVIN_

| | |
|---|---|
| Name of Subscriber (Print) | Name of Joint Subscriber (if any) (Print) |

| | |
|---|---|
| Signature of Subscriber | Signature of Joint Subscriber (if any) |

Capacity of Signatory (for entities)

| | |
|---|---|
| Social Security or Taxpayer Identification Number | Country of Residence (if a non-U.S. Subscriber) |

Subscriber Contact Information:

| | |
|---|---|
| Street Address | Telephone          Fax |

| | |
|---|---|
| City          State          Zip Code | Email |

Instructions for Delivery of Securities:

Deliver to the address above                    Deliver to an alternate address:

_____

_____

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS _16_ DAY OF _MARCH_, ~~2011~~. _2012_

GENAUDIO, INC.

By: _James I. Devine_

Name: _JAMES I. DEVINE_

Title: _V.P. FINANCE_

_DEN 97470204_

GA000759



FAX #                    [redacted]        ATTN: JIM DEVINE

## EXHIBIT A TO SUBSCRIPTION AGREEMENT - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber:    [redacted]        MARVIN

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐ **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐ **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐ **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net Worth" means all of an investor's assets (other than his or her primary residence) whether liquid or illiquid, such as cash, stock, securities, personal property and real estate based on the fair market value of such property MINUS all debts and liabilities (other than a mortgage or other debt secured by his or her primary residence unless such mortgage or other debt exceeds the fair market value of the residence, in which case such excess liability should ALSO be deducted from his or her net worth.

☐ **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐ **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets in excess of $5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐ **The undersigned is an entity in which all of its equity owners are "accredited investors".**

*DEN 97470204*

GA000760

2.   The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3.   The Subscriber's current employment or business activity is as follows:

Company Name: _____

Address: _____

Telephone Number: _____

Principal Business: _____

Position and Title: _____

4.   The Subscriber has __3__ years of investment experience.

5.   The Subscriber invests or trades in marketable securities:

　　　□ More than 20 times per year
　　　□ 6-20 times per year
　　　☒ 1-5 times per year
　　　□ Never

6.   The Subscriber invests in non-marketable securities such as private placements

　　　□ More than 10 times per year
　　　□ 6-10 times per year
　　　☒ 1-5 times per year
　　　□ Never

7.   The Subscriber has provided the following identification information:

　　　□ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

_____MARVIN_____          _____
Name of Subscriber (Print)                     Name of Joint Subscriber (if any) (Print)

_____          _____
Signature of Subscriber                        Signature of Joint Subscriber (If any)

                                                          3/1/12
_____          _____
Capacity of Signatory (for entities)           Date

*DEN 97470204*