# EXHIBIT 29

# (Clean Copy and Dep. Ex. 242)

**[SEC-CREATED CLEAN COPY OF EXCERPTS OF DEP. EX. 242]**

To: U – A
From Jerry Mahabub
Sent: Fri 7/3/2009 4:56:55 AM
Subject: Re: Wednesday @ 11:30am Pacific

Re: Wednesday @ 11:30am Pacific

Agreed my friend.
We are at the taile end of the “let’s have a cup of coffee” stage. A few more one on one’s with Apple management and both Apple and GenAudio should be in a solid position to sync our dev teams to bang this out. I hope you are doing well and enjoy your 4th of July weekend! :)

I am going on an overnight shark fishing trip on my friends. Trophy. Going after the hammerheads and the blacktips.

- Jerry

On 7/2/09 8:05 AM “MARK BOBAK”
**[EMAIL ADDRESSES OMITTED]** wrote:

Glad your grandmother is doing well. You are correct that we must abide by the terms of the NDA. Suggest you and Paul come up with a name for the project that can be used internally and that Paul and Ben draft a standard reply for all to use if and when any questions concerning Apple come up. Key now is to execute on the technology side and get the license deal in place in a disciplined and acceptable manner for both parties.

Mark

On Jul 2, 2009 at 5:17 AM, Jerry Mahabub wrote:

(URGENT THAT EVERYONE READ THIS EMAIL UP ONR ECEIPT AND IN FULL. THAT MEANS EVERY WORD IN THE EMAIL).

I would like to wish everyone a very happy 4th of July weekend! :) I actually
might take a day off myself (actually take a day off and turn off my cell phone).

We are doing everything we can to get subscribers of our new offering. Please
contact Melissa Gonzales to request investment packets to help with our fund raising
efforts.

I spent the past two days with Michael Stone down in Ft. Lauderdale, his sister Sharon
Stone, and met with a very interested heavy hitter investor, introduced to me by Michael Stone
and this was our second in-person meeting.

My Grandmother is doing ok for now.  Her surgery was successful and still at 94
she is razor sharp and tough as nails.

On Wednesday (yesterday) at 11:30am Pacific I had a "next steps"
meeting with the Sr. DSP Audio Engineer for Apple iPod division, and the Sr. Manager Audio
Engineering and Acoustics (Barry and Victor respectively).

I am pleased to let everyone know that Apple is moving forward to the next stage of the
pre-integration process with us, and this started with my signing their (non-negotiable) NDA,
which is attached to this email.

As with everything that is so good, something is always not so good. Let me try and
explain this as simply as possible without getting into detail. One of the terms in the NDA
clearly prohibits anyone from discussing anything about Apple to anyone, and I do not care if it is
your Mother, sister, cousin, best friend, potential investor, etc. THIS IS VERY VERY VERY
SERIOUS. APPLE IS VERY VERY VERY SERIOUS ABOUT MOVING FORWARD WITH
US. PLEASE PLEASE PLEASE DO NOT DISCUSS ANYTHING WITH ANYONE ABOUT
APPLE, AND THERE ARE ABSOLUTELY NO EXCEPTIONS TO THIS.

You-may-be-wondering-why-this-is-so-serious,and-if-you-need-a-full-explanation,I.would-------be
happy to give it to you. For the scope of this email, it is not necessary I go into that
level of detail.

So, when someone that has read the new PPM or executive summary asks, "Wow!
That Apple deal would be great... where are you with them right now?" or "I
heard from a friend that Apple and GenAudio were thinking about doing some sort of deal with
iPod and iPhone? What's the scoop?" or any question along these lines,
your response should be something like:

WE ARE NOT AT LIBERTY TO DISCUSS OUR RELATIONSHIP WITH APPLE, OR FOR
THAT MATTER, ANY OTHER COMPANY WE MAY CONSIDER DOING BUSINESS WITH, or
something like, "Apple, who is that?" – NOT!  You get my point I am making
here.  "Loose lips sink ships" -  That should sun it up for everyone.

I will defer to my legal team (Craig, Ben, Paul, Mark) to help us with the correct response,
however, I believe you are getting my point. I have attached the NDA I signed for everyone
to read, digest, and understand that we are moving forward to the next step, and we must
maintain the strongest level of confidentiality from this point moving forward, including not
disclosing we are even in discussions with Apple.

Many of you might be wondering, "Then how are we getting away with disclosing
information about Apple in our new offering?" - The answer is simple. The PPM
went out prior to the signing of the NDA, and was constructed and printed prior to ever receiving
the NDA from Apple. I have tried to negotiate for a change in the NDA that would allow
GenAudio to mention that.  We are under NDA with Apple and can't discuss

anything further at this point, and this is a very gray area as well. Again, I will defer to my legal team for advice on an appropriate response. Only from this point moving are we not allowed to say a word.

This is actually very standard stuff. The last 3 big technology integration deals I did prior to forming GenAudio, the same kind of language existed. Let's prove to Apple that we honor our agreement with them so we can build a strong trust level between both of our Companies. This is definitely the first big step to making this happen, next to myself maintaining the relationship with my contacts at Apple for over 2 years since I last presented to them back in March of 2007 (Stephan and Gary joined me for that presentation and were there to answer software development related questions).

In fact, with respect to our correspondence and documents between Apple and GenAudlo, Barry and I are coming up with "code words" to replace iPhone and iPod, among other things that are considered standard practice. Again, if anyone needs to know why this is so, please call me and I will be more than happy to explain.

Although at first, I thought this might have a negative impact on the new offering. After thinking about it even more, the super sharp investors will pick up on my body language (and there is nothing prohibiting a little body language hinting in the NDA). This may entice investors that take a peek at our offering wondering why we are all of a sudden being so quiet, however. being quiet (not blah blah blah-Ing about Apple in any way shape or form) with strong confidence is a good thing.

Of course, as we ALL know, it is certainly not a license deal until we have signatures down on paper. However, it is certain that Apple Is taking us very seriously, and with this new NDA, we need to reciprocate that back to Apple and take the terms of their NDA very seriously.

As of right now, we are under NDA with Apple.

Gary; I will need you to set a time for a conference call between all development staff (including you of course), and myself ASAP, later on today if possible. I need to go over the conversation with Barry in more detail with the dev team so we can get the answers to Barry's questions below completed by no later than Wednesday of next week. Also, I will need to go over the "code names" Barry and I will be using as we were asked to not use iPod and iPhone in any correspondence (the risk of a document getting left on an airplane, and it getting into the wrong hands, etc.).

That is about it for now. Time for some sleep for me ... be up a couple of hours. A very busy day today!

Best

Jerry Mahabub, Chairman & CEO

**[CONTACT INFORMATION OMITTED]**

**[ADDITIONAL EMAILS OMMITTED]**

**To:** Ù -A [-]
**From:** Jerry Mahabub
**Sent:** Fri 7/3/2009 4:56:55 AM
**Subject:** Re: Wednesday @ 11:30am Pacific

>This message is in MIME format. Since your mail reader does not understand this format, some or all of this message may not be legible.

--B_3363326825_117679
Content-type: multipart/alternative;
boundary\="B_3363326825_103213"

--B_3363326825_103213
Content-type: text/plain;
charset\="US-ASCII"
Content-transfer-encoding: 7bit

<HTML>
<HEAD>
<TITLE>Re: Wednesday @ 11:30am Pacific</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Agreed my friend.  We are at the taile end of the “let’s have a cup of coffee” stage.  A few more one on one’s with Apple management, and both Apple and GenAudio should be in a solid position to sync our dev teams to bang this out.  I hope you are doing well and enjoy your 4th of July weekend! :)<BR>
<BR>
I am going on an overnight shark fishing trip on my friends 40’ Trophy.  Going after the hammerheads and the blacktips<BR>
<BR>
-Jerry<BR>
<BR>
<BR>
On 7/2/09 8:05 AM, "MARK BOBAK" <<a href="[redacted]"[redacted]</a>> wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Glad your grandmother is doing well.  You are correct that we must abide by the terms of the NDA.  Suggest you and Paul come up with a name for the project that can be used internally and that Paul and Ben draft a standard rely for all to use if and when any questions concerning Apple come up.  Key now is to execute on the technology side and get the license deal in place in a disciplined and acceptable manner for both parties.<BR>
<BR>
Mark<BR>
On Jul 2, 2009, at 5:17 AM, Jerry Mahabub wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'> </SPAN><SPAN STYLE='font-size:12pt'>Hello Team: <FONT COLOR="#FF0000"><B>(URGENT THAT EVERYONE READ THIS EMAIL UPON RECEIPT AND IN FULL – THAT MEANS EVERY WORD IN THE EMAIL).<BR>
 <BR>

PENGAD 800-631-6989 EXHIBIT 242 2-2-17

</B></FONT> I would like to wish everyone a very happy 4th of July weekend! :)  I actually might take a day off myself (actually take a day off and turn off my cell phone).<BR>
 <BR>
 We are doing everything we can to get subscribers of our new offering.  Please contact Melissa Gonzales to request investment packets to help with our fund raising efforts.<BR>
 <BR>
 I spent the past two days with Michael Stone down in Ft. Lauderdale, his sister Sharon Stone, and met with a very interested heavy hitter investor, introduced to me by Michael Stone and this was our second in-person meeting.<BR>
 <BR>
 My Grandmother is doing ok for now – Her surgery was successful and still at 94 she is razor sharp and tough as nails.<BR>
 <BR>
 On Wednesday (yesterday) at 11:30am Pacific I had a “next steps” meeting with the Sr. DSP Audio Engineer for Apple iPod division, and the Sr. Manager Audio Engineering and Acoustics (Barry and Victor respectively).<BR>
 <BR>
 I am pleased to let everyone know that Apple is moving forward to the next stage of the pre-integration process with us, and this started with my signing their (non-negotiable) NDA, which is attached to this email.<BR>
 <BR>
 As with everything that is so good, something is always not so good.  Let me try and explain this as simply as possible without getting into detail.  One of the terms in the NDA clearly prohibits anyone from discussing anything about Apple to anyone, and I do not care if it is your Mother, sister, cousin, best friend, potential investor, etc.  THIS IS VERY VERY VERY SERIOUS.  APPLE IS VERY VERY VERY SERIOUS ABOUT MOVING FORWARD WITH US.  PLEASE PLEASE PLEASE DO NOT DISCUSS ANYTHING WITH ANYONE ABOUT APPLE, AND THERE ARE ABSOLUTELY NO EXCEPTIONS TO THIS.<BR>
 <BR>
 You may be wondering why this is so serious, and if you need a full explanation, I would be happy to give it to you.  For the scope of this email, it is not necessary I go into that level of detail.<BR>
 <BR>
 So, when someone that has read the new PPM or executive summary asks, “Wow!  That Apple deal would be great...where are you with them right now?” or “I heard from a friend that Apple and GenAudio were thinking about doing some sort of deal with iPod and iPhone?  What’s the scoop?”, or any question along these lines, your response should be something like:<BR>
 <BR>
<B> WE ARE NOT AT LIBERTY TO DISCUSS OUR RELATIONSHIP WITH APPLE, OR FOR THAT MATTER, ANY OTHER COMPANY WE MAY CONSIDER DOING BUSINESS WITH., or something like, “Apple, who is that?” - NOT!  You get my point I am making here.  “Loose lips sink ships” - That should sum it up for everyone.<BR>
 <BR>
</B> I will defer to my legal team (Craig, Ben, Paul, Mark) to help us with the correct response, however, I believe you are getting my point.  I have attached the NDA I signed for everyone to read, digest, and understand that we are moving forward to the next step, and we must maintain the strongest level of confidentiality from this point moving forward, including not disclosing we are even in discussions with Apple.<BR>
 <BR>
 Many of you might be wondering, “Then how are we getting away with disclosing information about Apple in our new offering?” - The answer is simple – The PPM went out prior to the signing of the NDA, and was constructed and printed prior to ever receiving the NDA from Apple.  I have tried to negotiate for a change in the NDA that would allow GenAudio to mention that “We are under NDA with Apple and can’t discuss

anything further at this point”, and this is a very gray area as well – Again, I will defer to my legal team for advice on an appropriate response.  Only from this point moving are we not allowed to say a word.<BR>
 <BR>
 This is actually very standard stuff.  The last 3 big technology integration deals I did prior to forming GenAudio, the same kind of language existed.  Let’s prove to Apple that we honor our agreement with them so we can build a strong trust level between both of our Companies.  This is definitely the first big step to making this happen, next to myself maintaining the relationship with my contacts at Apple for over 2 years since I last presented to them back in March of 2007 (Stephan and Gary joined me for that presentation and were there to answer software development related questions).<BR>
 <BR>
 In fact, with respect to our correspondence and documents between Apple and GenAudio, Barry and I are coming up with “code words” to replace iPhone and iPod, among other things that are considered standard practice.  Again, if anyone needs to know why this is so, please call me and I will be more than happy to explain.<BR>
 <BR>
 Although at first, I thought this might have a negative impact on the new offering.  After thinking about it even more, the super sharp investors will pick up on my body language (and there is nothing prohibiting a little body language hinting in the NDA).  This may entice investors that take a peek at our offering wondering why we are all of a sudden being so quiet, however, being quiet (not blah blah blah-ing about Apple in any way shape or form) with strong confidence is a good thing.<BR>
 <BR>
 Of course, as we ALL know, it is certainly not a license deal until we have signatures down on paper.  However, it is certain that Apple is taking us very seriously, and with this new NDA, we need to reciprocate that back to Apple and take the terms of their NDA very seriously.<BR>
 <BR>
 As of right now, we are under NDA with Apple.<BR>
 <BR>
 Gary – I will need you to set a time for a conference call between all development staff (including you of course), and myself ASAP – later on today if possible.  I need to go over the conversation with Barry in more detail with the dev team so we can get the answers to Barry’s questions below completed by no later than Wednesday of next week.  Also, I will need to go over the “code names” Barry and I will be using as we were asked to not use iPod and iPhone in any correspondence (the risk of a document getting left on an airplane, and it getting into the wrong hands, etc.).  <BR>
 <BR>
 That is about it for now.  Time for some sleep for me...be up a couple of hours – A very busy day today!<BR>
 <BR>
</SPAN><SPAN STYLE='font-size:11pt'> </SPAN><SPAN STYLE='font-size:12pt'>Best Wishes,<BR>
 <BR>
 Jerry Mahabub, Chairman & CEO<BR>
 <BR>
 <image.png><BR>
 <BR>
 GenAudio, Inc.<BR>
 12999 E. Adam Aircraft Circle, Ste. 200<BR>
 Englewood, CO<BR>
 80112<BR>
 <BR>
 Office:  [redacted]
 Fax:  3[redacted]

Mobile:  720.938.2648<BR>
 email:  <a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a><BR>
 URL:  <a
href="http://www.genaudioinc.com">http://www.genaudioinc.com</a><BR>
 <BR>
</SPAN><FONT SIZE="2"><SPAN STYLE='font-size:10pt'>  <BR>
 <BR>
 ------ Forwarded Message<BR>
 <B>From: </B>Jerry Mahabub <<a
href="jerry@genaudioinc.com">jerry@genaudioinc.com</a>><BR>
 <B>Date: </B>Thu, 02 Jul 2009 03:01:49 -0600<BR>
 <B>To: </B>Barry Corlett <<a
href="[REDACTED]">[REDACTED]</a>><BR>
 <B>Cc: </B>Victor Tiscareno <<a
href=[REDACTED]">[REDACTED]</a>><BR>
 <B>Conversation: </B>Wednesday @ 11:30am Pacific<BR>
 <B>Subject: </B>Re: Wednesday @ 11:30am Pacific<BR>
 <BR>
 Hi Barry,<BR>
 <BR>
 Thanks for sending this to me and it was a pleasure to talk with you on the phone yesterday (hopefully in the near future we can meet in person).  We are making incredible progress getting things put together before we start to bring in our development teams – The way it has always been done with technology integrations!<BR>
 <BR>
 Attached is the NDA you sent to me, with the “fill in the blanks” sections filled in, and my signature.  Please countersign, scan, and send me an email with the fully executed document attached.  This actually does constitute a legally binding agreement (faxing does as well, even if the signatures are on separate pages), and will expedite us being able to “peel the onion shell layers back some more” so we can better understand what Apple is looking for, and for Apple to better understand our technology on a more detailed level.<BR>
 <BR>
 I am sending you two originals of the attached NDA with my signature via FedEx for Monday morning delivery as you requested too.<BR>
 <BR>
 Please provide me with the address information for who and to what address I am supposed to send the NDA to (it will be Victor or you I would imagine), just need the address.<BR>
 <BR>
 Have a Happy 4th of July (both you and Victor)!<BR>
 <BR>
 Best Wishes,<BR>
 <BR>
 -Jerry<BR>
 <BR>
 <BR>
 On 7/1/09 2:17 PM, "Barry Corlett" <<a
href="[REDACTED]">[REDACTED]</a>> wrote:<BR>
 <BR>
 <BR>
</SPAN></FONT></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><FONT SIZE="2"><SPAN STYLE='font-size:10pt'>Jerry,<BR>
 <BR>
 It was a pleasure to speak with you today and learn more about your technology.  It

is very obvious that you have done numerous technology integration projects before from specification to license deal and everything in between.  You taught me a few things today that I would normally not take into consideration during the pre-strategy stage of technology integration, and I am looking forward to learning more from you, as you will from me in certain areas as well.  Too bad you are not a Sr. Manager for Apple, we could use someone like you on our executive team.  As we discussed, here is a quick follow up to our conversation.  Here's what I'd like to see:<BR>
 <BR>
 1. Block diagram & functional description of solution.<BR>
 2. Estimation of resource requirements (RAM requirements broken down into CODE and DATA segments).<BR>
 3. Estimation of processing requirements (rough MIPs)<BR>
 4. Detailed analysis of processing a known audio file (or files) showing the number of MACs performed in each processing block.<BR>
 5. Roadmap of currently proposed enhancements to code.<BR>
 <BR>
 thanks,<BR>
 -Barry<BR>
 <BR>
 <BR>
 On Jul 1, 2009, at 11:21 AM, Jerry Mahabub wrote:<BR>
 <BR>
 <BR>
</SPAN></FONT></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><FONT SIZE="2"><SPAN STYLE='font-size:10pt'> Hi Barry,<BR>
  <BR>
  I will be calling you in 10 minutes.  Just checking in to make sure you were at your desk.<BR>
  <BR>
  Best Wishes,<BR>
  <BR>
  -Jerry<BR>
  <BR>
  <BR>
  On 6/30/09 12:01 PM, "Barry Corlett" wrote:<BR>
  <BR>
  <BR>
 <BR>
</SPAN></FONT></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><FONT SIZE="2"><SPAN STYLE='font-size:10pt'>Yes. One original will be returned to you.<BR>
  <BR>
  Thanks<BR>
  Barry<BR>
  <BR>
  Sent from my iPhone<BR>
  <BR>
  On Jun 30, 2009, at 10:58 AM, Jerry Mahabub wrote:<BR>
  <BR>
  <BR>
 <BR>
</SPAN></FONT></FONT></BLOCKQUOTE></BLOCKQUOTE></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><FONT SIZE="2"><SPAN STYLE='font-size:10pt'><BR>
 ------ End of Forwarded Message<BR>
 </SPAN></FONT><SPAN STYLE='font-size:11pt'> <BR>

<AppleGenAudioNDA.pdf><BR>
</SPAN></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>
<BR>
</SPAN></FONT></BLOCKQUOTE>
</BODY>
</HTML>

--B_3363326825_103213
Content-type: text/html;
charset\="US-ASCII"
Content-transfer-encoding: quoted-printable

<HTML>
<HEAD>
<TITLE>Re: Wednesday @ 11:30am Pacific</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Agreed my friend.  We are at the taile end of the “let’s have a cup of coffee” stage.  A few more one on one’s with Apple management, and both Apple and GenAudio should be in a solid position to sync our dev teams to bang this out.  I hope you are doing well and enjoy your 4th of July weekend! :)<BR>
<BR>
I am going on an overnight shark fishing trip on my friends 40’ Trophy.  Going after the hammerheads and the blacktips<BR>
<BR>
-Jerry<BR>
<BR>
<BR>
On 7/2/09 8:05 AM, "MARK BOBAK" <<a href="[redacted]">[redacted]</a>> wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Glad your grandmother is doing well.  You are correct that we must abide by the terms of the NDA.  Suggest you and Paul come up with a name for the project that can be used internally and that Paul and Ben draft a standard rely for all to use if and when any questions concerning Apple come up.  Key now is to execute on the technology side and get the license deal in place in a disciplined and acceptable manner for both parties.<BR>
<BR>
Mark<BR>
On Jul 2, 2009, at 5:17 AM, Jerry Mahabub wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'> </SPAN><SPAN STYLE='font-size:12pt'>Hello Team: <FONT COLOR="#FF0000"><B>(URGENT THAT EVERYONE READ THIS EMAIL UPON RECEIPT AND IN FULL – THAT MEANS EVERY WORD IN THE EMAIL).<BR>
 <BR>
</B></FONT> I would like to wish everyone a very happy 4th of July weekend! :)  I actually might take a day off myself (actually take a day off and turn off my cell phone).<BR>
 <BR>
 We are doing everything we can to get subscribers of our new offering.  Please contact Melissa Gonzales to request investment packets to help with our fund raising efforts.<BR>
 <BR>