**EXCERPTED**

# EXHIBIT 33

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )

) File No. D-03450-A

GENAUDIO, INC. )

WITNESS: Michael S. Elliott

PAGES: 1 through 70

PLACE: Residence of Michael Elliott

11806 123rd Ave., NE

Lake Stevens, WA 98258

DATE: Wednesday, April 8, 2015

The above entitled matter came on for hearing, via telephone, pursuant to notice, at 12:05 p.m.

APPEARANCES:

On behalf of the Securities and Exchange Commission:
JENNIFER OSTROM, ESQ. (Via Telephone)
Securities and Exchange Commission
1801 California Street
Suite 4800
Denver, Colorado

On behalf of the Witness:
MICHAEL S. ELLIOTT, PRO SE

C O N T E N T S

| WITNESS: | | EXAMINATION |
|---|---|---|
| Michael S. Elliott | | 4 |

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 110 | Subpoena | 9 |
| 111 | Subpoena duces tecum | 10 |
| 112 | Background Questionnaire | 13 |
| 113 | Email string | 51 |

P R O C E E D I N G S

MS. OSTROM: Let's go on the record at 12:05 p.m. on April 8th of 2015.

And would you please swear in the witness.

COURT REPORTER: Do you want to raise your right hand.

MR. ELLIOTT: Yes.

COURT REPORTER: You do swear the testimony you are about to give shall be the truth, the whole truth, and nothing but the truth, so help you God?

MR. ELLIOTT: I do.

COURT REPORTER: Thank you.

Whereupon,

MICHAEL S. ELLIOTT

was called as a witness and, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. OSTROM:

**Q Would you please state and spell your full name for the record.**

A Michael Elliott, M-i-c-h-a-e-l, last name Elliott, E-l-l-i-o-t-t.

**Q And do you have a middle name or initial?**

A Middle name Steven, S-t-e-v-e-n.

**Q Gotcha. My name is Jennifer Ostrom. And I**

**am an officer of the United States Securities and Exchange Commission for purposes of this proceeding. And this is an investigation by the Commission in the matter of GenAudio, Inc., to determine whether there have been violations of certain provisions of the Federal securities laws; however the facts developed in this investigation might constitute violations of other Federal or state civil or criminal laws.**

**And, Mr. Elliott, would you please review the copy of the formal order of investigation in this matter. It will be available for your examination during the course of this proceeding. And have you had an opportunity to review the formal order.**

A No -- is that the formal order that I just -- oh, an order directing private investigation. Yes.

**Q Right. That's it.**

A Right. I have reviewed it.

**Q Okay. And also, then, prior to the opening of the record, along with your subpoenas, you were provided with a copy of the Commission supplemental information form, and a copy of that Notice is what is marked Exhibit 1?**

A Okay.

**Q And if you could look at that. And, Mr. Elliott, have you had the opportunity to read Exhibit**

had been ongoing discussions since 2009, and that they were coming to a conclusion, which would involve one of two things; either a significant licensing deal or an acquisition of -- of the company entirely. And -- and that -- that either would be good from an investment standpoint.

**Q Okay. And other than Mr. Eldridge, who do you recall telling you anything along those lines?**

A Tim Herdt. Let me see. Mark Hoskins. Were there any others? Let me see. I can't recall -- I'm sure there were a couple others, but I -- those are the only two that I spent most of my time speaking with.

**Q Okay. And was there a point in time when you came to the understanding that Apple was not interested in pursuing a transaction with GenAudio?**

A There wasn't a specific point in time. It just sort of faded away. And later I was to find, when on the Board, that that was a -- a pattern. And when there was directed questions to Mr. Mahabub about what's going on with Apple, they were either met with a non answer or that there were some challenges, and that additional documents and additional work that had to be done, one or the other, and it just sort of faded away over a two-year period.

**Q And what do you mean that when you were -- when you found -- when you were on the Board that you found that it had -- that it was a pattern?**

A Well -- well, there -- there were -- if you review the record, which I'm sure you have, there was opportunities that sprung up over and over and over again with Intel, CSR, with Qualcomm, the list goes on and on. And they would be hot and then they would be not. And it -- it happened repeatedly. And it was either somebody wasn't doing their job in terms of delivering technology, or somebody failed to follow through at -- at the company end, or a couple of times it was admitted that the technology just didn't work on a specific device as it was supposed to and required more work. But this just happened over and over again.

Doremi was another company, a French company. Panasonic was a big one. That one deserved a trip. Jerry came up and actually tried to -- to obtain more financing, because we were very close to inking a deal with Panasonic. And he had been to Japan and had -- he brought pictures to show him with some Japanese Panasonic executives to this meeting. And -- and then later, about four or five, six months later, when asked he said, well, in the auto industry things have a two- to -- to five-year lead-time, and it's just going to take more time. But a lot of people had invested based on that.

**Q And do you recall any of Mr. Mahabub's representations regarding GenAudio's status with Apple?**

A No. My experience was that he was very careful to -- to label the Apple deal as an LCEC. It was in all the documents that he -- that he sent us. And in the conversation in these meetings that he would have with -- with our investment group. And he said it was -- he -- he repeatedly said that it was very important that none of this get out, because of an ongoing NDA, or nondisclosure agreement, that could damage the negotiations. And, so -- so, to answer your question, no, he never specifically said the word Apple, but it was -- it -- if -- if -- if it was mentioned he didn't deny it either.

**Q Okay. How did you know that the LCEC was Apple?**

A You know, I've asked myself that so many times and, as I said earlier, it was just common knowledge. The seed was planted, and once it flourished nobody doused it. It was just -- it came from Dean Eldridge, Tim Herdt and Mark Hoskins for me, but everybody just knew that it was Apple.

**Q And what do you mean when you said that Mr. Mahabub didn't deny it when someone mentioned Apple?**

A In one of the meetings I remember Apple being mentioned in an informal conversation that -- that Jerry was involved in, and there was -- I specifically remember that. And there was no -- he was trying to demonstrate a piece of equipment. And they said, well, when Apple gets going with this we're -- we're going to see some real improvements in this, and he just sort of smiled. He didn't say anything. That, to me, was a tacit agreement. But -- but he didn't say, yeah, Apple or anything of that sort.

**Q And do you know when that was, when that meeting was that you remember?**

A It was 2011, as I recall.

**Q Okay.**

A But I can't tell -- it seems like it was summer. I -- I could look it up.

**Q No, that's fine.**

A Okay.

**Q That's -- that's perfectly good. Now, with regard to the LCEC, do you recall any of Mahabub's representations as to what the status was of the LCEC?**

A Well, yes. It was -- it was ongoing from the time I invested until -- the end of 2011 to the first part of 2012, it was just an ongoing thing that was going to result in grand, wonderful things for

Page 26

GenAudio. And slowly, but surely, there was less and less excitement about it in the communiques that we all got. But it -- it -- especially in 2010 it was real strong.

**Q Now, were actual -- was there a mention of negotiations being held?**

A Yes. That -- that the company -- that -- that he had met with the CEO.

**Q Okay.**

A And that -- that he was asked by their engineering team to provide more information, and more documentation, patents and things like that, and that he was following through with that, and that it's -- it's just taking some time.

**Q And was it your understanding that this CEO he met with was Steve Jobs?**

A Yes. That was my understanding.

**Q Okay. And who -- well, what were the circumstances under which you heard that Mr. Mahabub met with the CEO of the LCEC?**

A It was in -- it was in one of the shareholder updates.

**Q Okay.**

A That he had met with the CEO of the LCEC.

**Q Okay. And is that also the case with the**

Page 27

**fact that there were ongoing negotiations?**

A Yes.

**Q Okay. And did you have an understanding as to why Apple never wanted GenAudio's technology in the end?**

A Well, as -- as part and parcel to being involved on the Board we -- we did some investigation into that whole Apple affair, as well as other breaches of -- of fiduciary duty, and what we -- what we discovered from the inside -- the person who was dealing with Jerry at Apple when -- is that there were some mid level discussions with some mid level people, and -- and it had never gone beyond that because it just wouldn't work. Apple wasn't interested. There was mild interest that -- that faded.

**Q And how did you find this out?**

A With -- I found this out through a dinner I had with Vic Tiscareno and Dell Skluzak here in Seattle.

**Q And was that when you were already on the Board?**

A No. It was when I was doing some more due diligence on the company. And, actually, interestingly, I was asked by Jerry to help with writing a shareholders letter because he was trying to

Page 28

displace the president of the company.

And I -- I called him and asked him about that, and he railed on about how this person was trying to ruin him and the company, and -- and that he needed to get him out. He asked if I would review a shareholders letter, because he liked my writing. And I said I would. My -- my interest was twofold; one it was just trying to get more information about what was going on politically within this company, and -- and the -- the other was to -- to at least explore whether he might be right, whether there might be this -- this -- this group that was trying to -- to destroy and -- and take over the company through a bankruptcy. That was Jerry's message.

So, I did help him for about a month. His writing was terrible, and I helped him with some of his writing. It never -- nothing ever went out, because the shareholders meeting never occurred. But I did help him.

As part of that I contacted Dell Skluzak, who I'd never spoken with, but who was then the president of the company, and told him of my concerns, and that I was helping Jerry, but I -- I wanted to look at all sides and understand more about -- about what was going on. And he jumped on an airplane that -- that day from

Page 29

Denver, and -- and came out and met with Dean Eldridge, Tim Herdt and myself here in Seattle. And he asked Vic Tiscareno, who lives here as well, and who had left Apple, to join us at that dinner. And at that dinner is -- is where Vic -- are you there?

**Q Yes.**

A Okay. That -- that dinner is where Dick -- Vic divulged that the meetings had never gone beyond a mid level at all.

**Q Okay.**

A And does that answer your question?

**Q Yes, it does.**

A Okay.

**Q And Mr. Eldridge and Mr. Herdt -- is that right -- Herdt were both there, too?**

A Yes.

**Q Okay. Can you look at Exhibit 58.**

A 58. Yes, I have it.

**Q Okay. And if you could look, because you may not have seen this, because it's early, it's November of 2009, but you may have. If you could look at the next to last page. It's a letter to shareholders dated November 9th of 2009. And I don't know if you've seen that or not. I wanted you to look at it and tell me if you've seen that before.**

**Q And, Mr. Elliott, is there anything else that you want to tell me about GenAudio or Jerry Mahabub that we haven't covered?**

A Oh, I could go on and on, but no. Yeah. Just it's regretful. And that he is, I would -- I would say sort of -- I -- I would caution the SEC, and you might already be very much aware of this, that oftentimes Jerry would tell Dell that he had a place in Costa Rica, and he does banking in Panama. And I personally, and not just me, a lot of us feel that he's a real flight risk. I -- I -- just the way he runs his personal life, that that would be a real concern of mine. The whole thing is regretful. And I -- I hope there's some justice.

**Q And, Mr. Elliott, have you spoken with anyone other than your attorney regarding this investigation?**

A My wife and my sister-in-law who's a shareholder. Just shareholders, but nobody else.

**Q What, in general, have you discussed with them?**

A That -- that -- in general, that I think we were all taken, and that I think Jerry is a very slick con man, very, very slick. And -- and that it's regrettable, and I hope he's stopped. I mean he just -- he just sent out another private placement

through a broker for another few million dollars. And Dell got a hold of it and sent it to me last week and said can you believe this?

**Q That was -- he -- he received a -- was it -- was it just a one pager that was --**

A Yeah. It was one page --

**Q -- that was from --**

A -- pager from Freedom Brokers or something, yes.

**Q Okay.**

A Yeah.

**Q Have you spoken with anyone regarding the fact that you were having your testimony taken today?**

A Dean Eldridge. And -- no, I haven't spoken with Tim. I spoke with Tim when we were setting these up some weeks ago but, no, I haven't. Just Dean.

**Q And anything more than the fact you were just testifying today?**

A No, that is was it. Just that.

**Q Okay. And do you know anyone else who has been subpoenaed or testified in this investigation?**

A Well, Dean and -- and Tim, I assume. I don't even know that Tim was. I just assume that he would be. And -- and Dell. Dell -- I know Dell was.

**Q Okay and how have you learned this other than**

**through your attorney?**

A Just -- just through my attorney. And, you know, I -- I don't -- I -- I talk to Dell quite a bit, but I -- we haven't talked specifically about any testimony he has given.

**Q Okay. And, so, Mr. Elliott, we have no further questions at this time. We may, however, call you again to testify in this investigation. And should this be necessary we will contact you through your attorney. And other than what you've already told us, do you wish to clarify anything or add anything to the statements you've made today.**

A No.

**Q Okay. And we are off the record at 1:29 p.m., on April 8th of 2015.**

**(Whereupon, at 1:29 p.m., the examination was concluded.)**

*** * * * ***

PROOFREADER'S CERTIFICATE

In the Matter of: GENAUDIO, INC.
Witness: Michael S. Elliott
File Number: D-03450-A
Date: Wednesday, April 8, 2015
Location: Lake Stevens, WA 98258

This is to certify that I, Donna S. Raya, (the undersigned), do hereby swear and affirm that the attached proceedings before the U.S. Securities and Exchange Commission were held according to the record and that this is the original, complete, true and accurate transcript that has been compared to the reporting or recording accomplished at the hearing.

______________________ ______________________

(Proofreader's Name) (Date)