REDACTED

# EXHIBIT 34

**Received(Date):** Sun, 21 Mar 2010 02:02:24 -0600

**Subject:** re: Embedded Software SDK/test suite...

**From:** Jerry Mahabub <jerry@genaudioinc.com>

**To:** Victor Tiscareno                        Michael Hailey
       <                         Ronald Isaac

**Date:** Sun, 21 Mar 2010 02:02:24 -0600

Hi Michael, Ron, and Vic:

I will be sending the new demo C library/SDK by tomorrow evening or sometime on Monday.

This will enable your dev team, for any product division, to actually complete an embedded level integration of our DSP backend.

The test suite will contain the following:

1. AstoundSound Evaluation/Demo C Programming Library *(the entire DSP backend is standard C and highly optimized).*

2. Stand-Alone Application to create various parameter settings. *(Exactly the same as the AudioDeviceNotify App for Ron, however, in user space not kernel space).*

3. C Library instruction manual with example code. *(Due to the trivial nature of our API as there are only 8 calls, four of which are create/release pairs) you could literally almost drop the library in simply by reading the header file and ignoring the manual and example code.)*

**Note: The stand-alone application DSP backend is EXACTLY the same as the in the demo C library.**

Realistically, this should take no more than 5 minutes to embed and test for performance and work out bugs, etc. I believe it will most likely work on the first try, as we have made this as simple as possible to enable Apple to actually do an embedded level integration.

Mac Hardware, iPod/iPhone, AppleTV, iPad, etc. - This demo C library will work with everything and integrate seamlessly.

**Question for Barry and/or Ron:**

EXHIBIT _____ 30 _____ DEFT.
WITNESS _____ Mattos _____
CONSISTING OF _____ 2 _____ PAGES
DATE _____ 7-22-16 _____
BEHMKE REPORTING AND VIDEO SERVICES, INC.



CONFIDENTIAL

347APL-00000315

**What is the processor architecture on the AppleTV so we can build the fully self-contained version of our library for that ISA, thus enabling integration and testing on that product line.  With said addition, our evaluation/demo library will cover every product in your current line-up.**

**If you can let me know by tomorrow, it will take us less than 5 minutes to incorporate this as part of the Evaluation Software SDK.**

Once embedded, and you are happy with the performance characteristics and performed your tests, tweaked the parameter settings to your liking, the path is simple:

1. Ink a licensing deal (exclusive or non-exclusive depending on how Apple wants to move forward with the business and marketing side)

2. Hand over the actual AstoundAPI (the non-demo version) with our proprietary localization cue filters of which the presets would have already been determined with the stand-alone application.

3. Ready to ship

Because the localization cue filters are 8-tap, their demo C library 8-tap low pass filter replacements will exhibit the same exact processor performance so you can be assured that your performance tests will be exactly the same.

Of course, the stand-alone AstoundSound Expander application has the actual localization cue filters, so Jim Tenneboe (sp?) can dial-in the settings for various devices and save or delete presets.  Then it is literally a simple swapping of the demo C library with the real library, and voile – DONE!

Let me know if you have any questions.

Best Wishes,

-Jerry