**EXHIBIT 36**

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           )  File No. D-03450-A
GENAUDIO, INC.             )

WITNESS:  Michael Hailey

PAGES:    1 through 39

PLACE:    Klarquist Sparkman, LLP

          121 S.W. Salmon Street, Suite 1600

          Portland, OR  97204

DATE:     Tuesday, April 21, 2015

     The above entitled matter came on for hearing, pursuant to notice, at 2:15 p.m.

Diversified Reporting Services, Inc.

(202) 467 9200

Page 2

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4      JENNIFER OSTROM, ESQ. (Via telephone)
5      Securities and Exchange Commission
6      1801 California Street
7      Suite 4800
8      Denver, Colorado
9
10 On behalf of the Witness:
11     DAVID EBERHART, ESQ.
12     O'Melveny & Myers LLP
13     Two Embarcadero Center, 28th Floor
14     San Francisco, CA 94111
15     (415) 984-8700
16
17
18
19
20
21
22
23
24
25

Page 3

1           C O N T E N T S
2
3  WITNESS:                    EXAMINATION
4  Michael Hailey                  4
5
6  EXHIBITS:   DESCRIPTION      IDENTIFIED
7     124    Subpoena              6
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1           P R O C E E D I N G S
2      THE REPORTER:  We are now on the record.
3  The time is 2:15 p.m.
4      Mr. Hailey, would you please raise your
5  right hand.
6  Whereupon,
7           MICHAEL HAILEY
8  was called as a witness and, having been first duly
9  sworn, was examined and testified as follows:
10     THE REPORTER:  Proceed.
11          EXAMINATION
12     BY MR. VASQUEZ:
13     Q   Would you please state and spell your
14  full name for the record.
15     A   Sure.  It's Michael Hailey.  Last name is
16  H-a-i-l-e-y.
17     Q   Do you have a middle name or initial?
18     A   B as in Benjamin.
19     Q   Okay.  And my name is Jennifer Ostrom.  I
20  am an officer of the United States Securities and
21  Exchange Commission for purposes of this
22  proceeding, and this is an investigation by the
23  Commission in the matter of GenAudio, Inc., to
24  determine whether there have been violations of
25  certain provisions of the federal securities laws.

Page 5

1  However, the facts developed in this investigation
2  might cross to violations of other federal or state
3  civil or criminal laws.
4      And prior to the opening of the record,
5  you were provided with a copy of the formal order
6  of investigation in this matter, and it will be
7  available for your examination during the course of
8  this proceeding.
9      And, Mr. Hailey, have you had an
10 opportunity to review the formal order?
11     A   Yes, I have.
12     Q   And prior to the opening of the record,
13 you were provided with a copy of the Commission's
14 supplemental information form, and a copy of that
15 notice is what is marked Exhibit 1.
16     And, Mr. Hailey, have you had the
17 opportunity to read Exhibit 1?
18     A   Yes, I have.
19     Q   And do you have any questions concerning
20 Exhibit 1?
21     A   Nope.
22     Q   And, Mr. Hailey, are you represented by
23 counsel today?
24     A   I am.
25     Q   And would Counsel please identify himself

2 (Pages 2 to 5)

Page 6

1  for the record.
2       MR. EBERHART: David Eberhart
3  representing the witness.
4       BY MS. OSTROM:
5    Q   And Mr. -- Mr. Hailey, sorry, if you need
6  to go off the record for any reason, to speak with
7  your counsel or take a break, just tell me because
8  I'm always happy to accommodate you.
9       The court reporter won't go off the
10 record at your request, only at my request. But if
11 you need to take a break, just tell me. Okay?
12   A   Great. Thanks.
13   Q   And also since we're -- we're on the
14 phone and I can't see you, since I'm going to have
15 you look at some documents, would you please tell
16 me when you're done looking at the document and
17 you're ready to answer some questions? That way
18 it'll make it just easier for both of us. I won't
19 interrupt your train of thought. Okay?
20   A   Sure.
21   Q   And if you could please hand the subpoena
22 for Mr. Hailey to the court reporter, and if you
23 could please mark that as Exhibit 124.
24       (SEC Exhibit No. 124 was marked
25       for identification.)

Page 7

1       THE REPORTER: Exhibit 124 has been
2  marked.
3       MS. OSTROM: Thank you very much. And
4  you can go ahead and hand that to the witness.
5       THE WITNESS: Okay.
6       BY MS. OSTROM:
7    Q   And Mr. Hailey, this copy of the subpoena
8  has been marked as Exhibit 124. Is this a copy of
9  the subpoena you are appearing pursuant to here
10 today?
11   A   Yes.
12   Q   And what is your date of birth?
13   A   12/29/74.
14   Q   And what is your social security number?
15   A   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.
16   Q   And what is your current home address?
17   A   10990 Northwest Seavey Road, S-e-a-v-e-y,
18 Road, Forest Grove, Oregon 97116.
19   Q   And could you please give me your
20 educational background.
21   A   Sure. I have a bachelor's in mechanical
22 engineering from Stanford University and a master's
23 in mechanical engineering from University of
24 Washington.
25   Q   And when did you get your bachelor's

Page 8

1  degree from Stanford?
2    A   1997.
3    Q   And when did you get your master's from
4  the University of Washington?
5    A   2000.
6    Q   And can you please go through your job
7  history since you've graduated with your master's
8  degree.
9    A   Sure. So after I graduated from my
10 master's degree, I went to work for -- for Nokia in
11 the United Kingdom. So ended up working for what
12 became a wholly-owned subsidiary of Nokia called
13 Vertu, doing high-end cell phones.
14       Worked there for four and a half years,
15 and then I moved to California to take a job with
16 Apple in January of 2005.
17       ==And I worked for Apple for five and a==
18 ==half years, approximately, and took a job with Nike==
19 ==here in Oregon in -- starting in July of 2010.== And
20 I'm --
21   Q   And --
22   A   -- still employed there.
23   Q   Okay. And what do you do at Nike?
24   A   I'm a director -- senior director of
25 product management. So I do product development

Page 9

1  within our Nike+ organization, so it's kind of a
2  blend of technology and sport.
3    Q   And is that your title, director of
4  product management?
5    A   Senior director of product management.
6    Q   Senior director. Okay. Thank you.
7       And what telephone numbers have you used
8  during the last five years at any point in time?
9  If you can recall.
10   A   I -- largely my cell phone number, which
11 is -- I provided to the court reporter. Do you
12 want me to state that --
13   Q   Yeah, on the record. That would be
14 great, thank you.
15   A   It's area code 503-720-4460. We don't
16 have a home phone, so my wife and I use our cell
17 phones.
18   Q   And who's the carrier for your cell
19 phone?
20   A   AT&T.
21   Q   Has that been the same for the last five
22 years?
23   A   It has.
24   Q   Okay. And did you have a -- an email
25 account that you've had in your name for the last

Page 10

1   five years that you've used?
2       A   Sure.  My private email is an account
3   that's Michael_Hailey@Mac.com.  And then my -- I --
4   that's my personal one, and then my wife and I
5   share one that's M-a-— d-j-h-a-i-l-e-y, so
6   MandJHailey@Hotmail.com.
7       Q   And did you have an email address when
8   you were with Apple?
9       A   Sure.
10      Q   And what was that?
11      A   It was mhailey@apple.com.
12      Q   And have you ever been part of any court
13  proceeding or action brought by any regulatory
14  authority?
15      A   I have not.
16      Q   Have you been a defendant in any criminal
17  proceeding?
18      A   I have not.
19      Q   Have you been the defendant in any civil
20  proceeding?
21      A   I have not.
22      Q   Do you hold any professional licenses?
23      A   I do not.
24      Q   And what was your position when you were
25  with Apple?

Page 11

1       A   I was a product marketing manager within
2   the iPod division.
3       Q   And what did you do as product marketing
4   manager?
5       A   Product marketing manager is responsible
6   for coming up with a product roadmap with respect
7   to features, technology enhancements.  They also --
8   and then working with design and engineering to
9   develop products.  So they come up with the
10  specifications, the roadmap, for what the next
11  generation product should be.  And they act as the
12  voice of the consumer, though, the customer,
13  throughout the development process.
14          So whenever there are tradeoffs that
15  have to occur between engineering and design with
16  respect to, you know, the product specification,
17  the product manager is the one who ultimately has
18  the final call.
19      Q   And what time period were you the product
20  marketing manager at the iPod division?
21      A   Well, I started when the only thing that
22  we were doing besides Macs was the iPod.  That was
23  in January of 2005.  So I was responsible for all
24  of the Apple-branded accessories for the iPod line.
25          And then as the iPhone was being

Page 12

1   developed, I was brought in to work on all the
2   Apple-branded accessories for the iPhone.  So I
3   continued managing both the iPod product line of
4   Apple-branded accessories, the iPhone product line
5   of Apple-branded accessories.
6           And then right before I -- I left, we
7   launched the iPad, and I was responsible for the
8   Apple-branded accessories for the -- for the iPad
9   as well.
10      Q   Okay.  And in terms of a reporting chain,
11  who was above you, immediately above you?
12      A   At the time I left, Stan Ng was my boss.
13      Q   Can you spell his last name for me?
14      A   N-g.
15      Q   And previous to Mr. Ning -- Ing -- I know
16  how to say that --
17      A   Ing.
18      Q   Ing.  Sorry.
19      A   Ing, yeah.
20      Q   Yeah.
21      A   I -- I reported to Bob Borchers while he
22  was -- while he was still there.  When he left,
23  I -- my -- reporting immediately transitioned over
24  to Stan.
25      Q   GotchA  And was there anyone who reported

Page 13

1   to you?
2       A   I did not have any direct reports, no.
3       Q   Okay.  And have you heard of GenAudio?
4       A   I have.
5       Q   And how did you first hear of GenAudio?
6       A   I don't remember exactly.
7       Q   Okay.  Do you recall any -- the first
8   thing you can recall, then.  It's okay if you can't
9   remember exactly when the first one is.  When
10  you -- recall anything about GenAudio, whether it
11  was in person, on the phone, email, et cetera.
12      A   Yeah, I -- I think one of my colleagues
13  probably mentioned GenAudio to me.  He and I
14  were -- were kind of doing some exploration on, you
15  know, some audio -- digital signal processing
16  techniques to kind of enhance the listening
17  experience, and so we were investigating a number
18  of different companies and technologies, and I
19  think that's when it first came up, was in that
20  context.
21      Q   And who's the colleague you're referring
22  to?
23      A   Victor Tescarino.
24      Q   And is it accurate to say that GenAudio
25  approached Apple about wanting them to see their

Page 14

1  technology?
2      A   I don't know.
3      Q   Okay.  And what was your understanding of
4  what GenAudio's product was, or technology?
5      A   Yeah.  What my understanding was that
6  they had developed a novel way to provide, through
7  digital signal processing, a unique way to provide,
8  like, spatialization and depth to -- yeah, depth to
9  audio recordings, even when you listen to them
10 through two channels, so a left and a right.
11     Q   And who from Apple was ever involved in
12 dealing with GenAudio that you know of?
13     A   That I know of, I think Victor was -- was
14 the main point of contact.
15     Q   Okay.  But who else was ever involved
16 that you were -- when you were present?
17     A   I'm not sure I understand by "involved."
18 What is that -- yeah -- can you help --
19     Q   That ever met with them or was involved
20 that you know in a meeting that you were in where
21 you talked about it or anybody that you ever, you
22 know, had emails with or anything like that you can
23 recall other than Mr. Tescarino and yourself.
24     A   Yeah, I mean, so -- throughout the course
25 of -- of, you know, our investigation, GenAudio

Page 15

1  provided a couple of different demos and so we
2  shared those demos with various -- various teams
3  within the engineering organization.
4      Q   Okay.
5      A   So both on the Mac side as well as on the
6  iPod side.
7      Q   And who are the people if you can recall
8  anybody's actual name that was involved in that?
9      A   Oh, boy.  I -- I --
10     Q   And I realize that you're not going to be
11 able to just give me an exhaustive list, but
12 anybody's name that you can remember would be
13 helpful.
14     A   Yeah, I -- I'm not very familiar at all
15 with -- with the Mac team since, you know, I was
16 working in kind of the -- the I-land, right, iPod,
17 iPhone, iPad --
18     Q   Right.
19     A   you know, on our -- on our engineering
20 side, you know, Victor's boss would have -- would
21 have been involved in -- in listening to these
22 demos and evaluating them.  His name was Jessie
23 Dorogusker.
24     Q   Okay.  Anyone else you can remember?
25     A   I'm sure he also shared with some of the

Page 16

1  other members of that audio team, but I don't -- I
2  don't remember their -- their names specifically.
3      Q   Okay.  To your knowledge, did Mr.
4  Tescarino ever have an immediate boss whose name
5  was Steve?
6      A   Not to my knowledge, no.
7      Q   Okay.  And who from GenAudio did you ever
8  meet?
9      A   The only person --
10     Q   Anyone.
11     A   Yeah.  The only person I ever met was
12 Jerry.
13     Q   Mahabub?
14     A   Uh-huh.
15     Q   Okay.  And can you recall how
16 many meetings you were ever present with Mr.
17 Mahabub?
18     A   Not precisely.  I believe it's between
19 two and four.
20     Q   Okay.  And over what period of time?
21     A   I don't know, probably over the course
22 of -- of six to 12 months.
23     Q   Okay.  Do you remember when -- I mean,
24 was it immediately before you left Apple?
25     A   It was -- it was close to that time.

Page 17

1  You -- but you know, we had -- we had had -- you
2  know, discussions with -- with -- with them and,
3  you know, with other potential technology or
4  solution providers for -- for some time leading up
5  to -- to -- to the time I left.
6      Q   Okay.  But I guess what I'm saying is,
7  was it -- I understand that you left in May of
8  2010; does that sound  right?
9      A   That's right.
10     Q   Okay.  And was there, like, a meeting,
11 like not long before you left?  Not -- which Mr.
12 Mahabub was not in attendance at but that was a --
13 a demonstration for other people?
14     A   Yeah.  The -- it actually wasn't a
15 demonstration, it --
16     Q   Okay.
17     A   -- was more of a presentation.
18     Q   Okay.
19     A   Yeah, and so, my colleague, Victor, and I
20 presented to a vice president in our group just
21 about kind of our vision for ways to improve the --
22 the listening experience both for music, but also
23 for potentially for -- for -- for games and -- and
24 movies --
25     Q   Okay.

Page 18

1    A  Yeah.
2    **Q  And was that just shortly before you left**
3  **Apple?**
4    A  Exactly.
5    **Q  Okay. And who's the vice president**
6  **you're referring to?**
7    A  That's Greg Joswiack. Jaws.
8    **Q  Is that with a "J"?**
9    A  Uh --
10  **Q  Do you remember?**
11    A  Yeah, I think it is.
12  **Q  Okay.**
13    A  Yeah. It's J-o-s-w-i- I mean,
14  J-o-s-w-i-a-k, I think.
15  **Q  Okay. And if you could look at Exhibit**
16  **119, please.**
17    MR. EBERHART: Handing the witness
18  Exhibit 119.
19    MS. OSTROM: Thank you.
20    BY MS. OSTROM:
21    A  Okay, I have it.
22    **Q  And go ahead and look at that; and then**
23  **when you're ready, I'm going to ask you just a few**
24  **questions.**
25    A  Okay, I've read it.

Page 19

1    **Q  And Mr. Hailey, did you receive Exhibit**
2  **119 from Mr. Mahabub on or about October 19th of**
3  **2009?**
4    A  I presume that I did.
5    **Q  Was that your --**
6    A  That's my right --
7    **Q  Is that your correct email address?**
8    A  It is, yeah.
9    **Q  Okay. And who's Ronald Isaac?**
10    A  I don't know Ronald Isaac.
11  **Q  Okay. Have you ever met him?**
12    A  I think that I have, but I -- I don't --
13  I could not put a face to a name.
14  **Q  Okay. And am I correct in that you never**
15  **met with Mr. Isaac with Mr. Mahabub at any point in**
16  **time that you can recall?**
17    A  Not that I can recall.
18  **Q  Okay. And what was Mr. Tescarino's**
19  **position with Apple at this time?**
20    A  He was our expert audio engineer.
21  **Q  Okay. And do you recall the first time**
22  **that you met Mr. Mahabub?**
23    A  Recall it in terms of the details, or the
24  date, or the circumstances?
25  **Q  Just what the circumstances were, yeah.**

Page 20

1  **I don't need the date.**
2    A  Yeah -- yeah, I think -- I mean, like
3  I -- I mentioned previously, you know, Victor and I
4  had been doing some investigation of various
5  technologies and -- to -- to enhance the -- the
6  audio experience -- and, you know, we bought a fair
7  number of these companies in to do demonstrations
8  and so I think that would have been the
9  circumstances under which I met Jerry was that
10  GenAudio was -- was in town to do -- you know,
11  to -- to provide a demo, and to discuss, you know,
12  their -- their technology.
13    **Q  Okay. And did you ever meet with Mr.**
14  **Mahabub when Mr. Tescarino wasn't present?**
15    A  I don't think I -- I don't think I did.
16  **Q  Okay. Did you ever discuss marketing**
17  **with Mr. Mahabub?**
18    A  No.
19  **Q  Okay. Did you ever tell Mr. Tescarino**
20  **that you wanted Mr. Mahabub to provide additional**
21  **film tile releases for a demonstration?**
22    A  I don't -- I don't remember.
23  **Q  Did you ever use the words in quotes,**
24  **"Sparkfully flying, unquote, with regard to Mr.**
25  **Mahabub and his technology?**

Page 21

1    A  I don't recall.
2    **Q  Did you hear -- recall hearing anyone**
3  **else say those words?**
4    A  No.
5    **Q  Did you ever watch a gaming demo that Mr.**
6  **Mahabub had provided?**
7    A  Yes.
8    **Q  Okay. And did you have any interest in**
9  **that after you saw it?**
10    A  I -- I think what was interesting about
11  the gaming demo was that it was a -- literally was
12  a demonstration of the potential of the technology.
13  I think my domain was not in Mac or in gaming, and
14  so that wasn't, sort of, anything I was directly
15  interested in per se. I was more interested in
16  the capability.
17  **Q  Okay. And if you could keep Exhibit 119**
18  **in front of you, and also then could you look at**
19  **Exhibit 120, and starting at the third page of**
20  **Exhibit 120 --**
21    MR. EBERHART: I've handed the witness
22  Exhibit 120.
23    BY MS. OSTROM:
24    A  Should I read the whole thing and then go
25  to the third page, or?

Page 22

1    Q   No. No, no. If you could just start at
2    the third page. The first -- I'll go ahead and
3    tell you what -- what this Exhibit, 120, the first
4    two pages are pages that are referring -- are
5    internally from Jim Mattos --
6    A   Okay.
7    Q   -- and Jerry Mahabub within GenAudio. So
8    the first time that you are mentioned is on page
9    three --
10   A   Yup.
11   Q   -- in the email. And if you could look
12   at Exhibit 120 and compare that to Exhibit 119, and
13   tell me if you believe that it's Exhibit 119 that
14   you received and that you never saw this email in
15   Exhibit 120.
16   A   Yeah, I definitely never saw the -- the
17   120 document.
18   Q   Okay. Did you have any knowledge that
19   Mr. Mahabub was modifying emails with Apple before
20   he forwarded them on to other people?
21   A   I did not have knowledge of that.
22   Q   Did you ever see an email from Mr.
23   Mahabub that included Tim Cook?
24   A   No.
25   Q   Did you ever see an email from Mr.

Page 23

1    Mahabub that included Mr. Phil Schiller?
2    A   No.
3    Q   And who is Tim Cook?
4    A   Tim -- Tim Cook now is the CEO of Apple.
5    At the time, he was the COO.
6    Q   Okay. And how about Mr. Schiller?
7    A   Phil Schiller is the senior VP of -- of
8    marketing, the CMO.
9    Q   And was he at that time also?
10   A   Yes.
11   Q   Okay. Did you ever talk to Mr. Schiller
12   about GenAudio's technology or Mr. Mahabub?
13   A   I did not.
14   Q   And to your knowledge, was Mr. Cook or
15   Mr. Schiller ever involved in any discussions with
16   Jerry Mahabub or anyone else from GenAudio?
17   A   Not to my knowledge.
18   Q   And was Tim Cook or Phil Schiller
19   involved in any internal discussions within Apple
20   about GenAudio's technology at which you were
21   present?
22   A   No.
23   Q   And did you ever -- were you -- sorry.
24   Were you ever present when Mr. Cook or Mr. Schiller
25   were ever given a demonstration of the GenAudio

Page 24

1    technology?
2    A   No.
3    Q   Was Mr. Cook or Mr. Schiller ever on a
4    phone call in which you were on and Mr. Mahabub was
5    also on?
6    A   No.
7    Q   And to your knowledge, did Steve Jobs
8    have anything to do with GenAudio's technology?
9    A   Not to my knowledge.
10   Q   Was there ever a discussion with Mr.
11   Mahabub by you that Mr. Mahabub was to meet with
12   Steve Jobs?
13   A   No.
14   Q   To your knowledge, did Steve Jobs ever
15   request a meeting with Mr. Mahabub?
16   A   Not to my knowledge.
17   Q   Did you ever tell Jerry Mahabub that
18   Steve Jobs had requested a meeting with Mr.
19   Mahabub?
20   A   No.
21   Q   Were you ever present at an internal
22   meeting at Apple with Steve Jobs where GenAudio's
23   technology was discussed?
24   A   No, I was not.
25   Q   Did you ever tell Jerry Mahabub that such

Page 25

1    a meeting had taken place?
2    A   No.
3    Q   Did Jerry Mahabub ever press you for him
4    to meet with Steve Jobs?
5    A   No.
6    Q   To you knowledge, did Mr. Phil Schiller
7    introduce Mr. Mahabub to any product marketing
8    division managers?
9    A   Not to my knowledge.
10   Q   Did you ever introduce Mr. Mahabub to any
11   product marketing division managers at Apple?
12   A   I don't believe so.
13   Q   Did you ever tell Jerry Mahabub that you
14   liked his ideas on how to bring the GenAudio
15   technology to market?
16   A   Not in so many words. I think we --
17   Q   Okay.
18   A   Yeah.
19   Q   What -- what did you discuss, then?
20   A   What -- what we said was that we were
21   evaluating different technologies and we saw his as
22   promising.
23   Q   Okay. And I guess what I'm actually
24   asking you -- I just want to make it real clear for
25   you -- did you ever discuss actually marketing --

Page 26

1  how Apple would market GenAudio's technology with
2  Mr. Mahabub and he gave you ideas and you said you
3  liked his ideas?
4      A   No.  That would have been premature.
5      Q   Okay.  And did you discuss any ideas on
6  how to bring GenAudio's technology to market with
7  Mr. Schiller?
8      A   No.
9      Q   Did you ever discuss international
10 product marketing with Jerry Mahabub?
11     A   No.
12     Q   Did you ever discuss international
13 product marketing of GenAudio's technology with
14 Phil Schiller?
15     A   No.
16     Q   Did you tell Jerry Mahabub that if Steve
17 Jobs okayed using GenAudio's technology it would go
18 through?
19     A   I did not.
20     Q   Did you request that Mr. Mahabub copy Tim
21 Cook or Phil Schiller on any of his emails?
22     A   Nope.
23     Q   Did you ever hear Mr. Issac or Mr.
24 Tescarino request that of Mr. Mahabub?
25     A   No.

Page 27

1      Q   Did you ever tell Mr. Mahabub that Steve
2  Jobs was going to listen to GenAudio's demos?
3      A   I did not.
4      Q   Did you ever hear anyone else tell Mr.
5  Mahabub that Steve Jobs was going to listen to
6  GenAudio's demos?
7      A   No.
8      Q   Did you ever push for a fall product
9  rollout or Christmas product rollout of GenAudio's
10 technology in Apple's products, whether it was for
11 2009 or 2010?
12     A   What -- can you define "push for"?
13     Q   Yeah.  That you were actually within
14 Apple trying to get Apple to put the technology in
15 their products so they could be sold in the fall or
16 Christmas time in 2009 or 2010.
17     A   Yeah, I don't -- I don't think that -- so
18 the presentation that I gave to my -- my VP right
19 before I left was definitely to say that there was
20 technology out there worth pursuing with the
21 intent, obviously, that if we liked it, that we
22 would -- that it would eventually make its way into
23 a product.  But at that point in time, in May of
24 2010, it was very much sort of a demonstration.
25     Q   Okay.  And did you ever tell Mr. Mahabub

Page 28

1  that you expected his GenAudio technology to be in
2  an Apple product by Christmas of 2010?
3      A   No.
4      Q   Did you ever tell Jerry Mahabub that you
5  wanted Apple to integrate GenAudio software into
6  all of Apple's products?
7      A   Nope.
8      Q   Did you ever request form Jerry Mahabub
9  to see a copy of a valuation report for GenAudio?
10     A   Not that I recall.
11     Q   And the valuation report that I'm
12 referring to is one that valued GenAudio at over a
13 billion dollars.
14     A   Yeah, I don't remember that at all.
15     Q   Okay.  Did you ever tell Jerry Mahabub
16 that Apple wanted a worldwide exclusive license
17 with GenAudio for the life of its patents?
18     A   No.
19     Q   And if you could go ahead and -- why
20 don't you look at Exhibit 121.
21         MR. EBERHART:  I've handed that to the
22 witness.
23         BY MS. OSTROM:
24     A   Okay.  I have it.
25     Q   Okay.  And just -- if you could go ahead

Page 29

1  and why don't you just look at that real quickly,
2  and then I'll ask you some questions, Mr. Hailey.
3      A   Okay, I read it.
4      Q   And, Mr. Hailey, did you receive Exhibit
5  121 on or about March 21st of 2010?
6      A   Yeah, I believe so.
7      Q   Okay.  Did you ever tell Jerry Mahabub
8  that Apple was interested in licensing GenAudio's
9  technology?
10     A   No.
11     Q   Did you ever tell Jerry Mahabub that you
12 had authority to enter into deals on behalf of
13 Apple?
14     A   Definitely not.
15     Q   Did you ever enter into any negotiations
16 with Jerry Mahabub for Apple to license GenAudio's
17 technology?
18     A   No.
19     Q   Did you ever discuss different types of
20 revenue models with Jerry Mahabub for GenAudio's
21 technology?
22     A   I did not.
23     Q   Did you ever enter into any negotiations
24 with Jerry Mahabub for Apple to acquire GenAudio?
25     A   No.

8 (Pages 26 to 29)

Page 30

1  Q   Did you ever tell Jerry Mahabub that
2  Apple may be interested in acquiring GenAudio?
3  A   No.
4  Q   And if you could keep Exhibit 121 in
5  front of you and then also take a look at Exhibit
6  61.
7       MR. EBERHART:  I've handed Exhibit 61 to
8  the witness.
9       BY MS. OSTROM:
10 Q   And in particular, this is kind of the
11 same thing as before, if you could just look at the
12 bottom of the first page of Exhibit 61 and over
13 compared to Exhibit 121.  And when you're ready,
14 I'll ask you some questions.
15 A   Okay.
16 Q   And, Mr. Hailey, did you receive the
17 email that's purported to have been sent to you in
18 Exhibit 61?
19 A   No.
20 Q   And if you look at that email, and it's
21 the second sentence of the email, second line, it
22 says:  This will be right in time for you to start
23 the imbedded level integration process as we
24 discussed on our last conference call.
25      Was there any such discussion that you

Page 31

1  were part of?
2  A   No, there was not.
3  Q   Did you ever have a call with the people
4  listed as supposedly getting this email?
5  A   No.
6  Q   About, you know, in this context,
7  obviously, that I'm referring to.
8  A   Right.  No.  Those people would not have
9  been on that phone call.
10 Q   Okay.  And then that sentence goes on to
11 say:  and we'll keep everything on schedule with
12 what Phil is hoping for, a fall product rollout.
13      Did you hear anyone ever tell Jerry
14 Mahabub that Phil Schiller was hoping for a fall
15 2010 product rollout of GenAudio technology?
16 A   No.
17 Q   Did you hear that discussed in any phone
18 calls?
19 A   No.
20 Q   And then the fifth line down, just at the
21 third -- third word, and it says:  I believe Phil
22 and Michael wanted to follow up and go over a few
23 things with us on the marketing side in terms of
24 the actual application integration for QuickTime,
25 iTunes, DVD Player, among others.

Page 32

1       Is that accurate?
2  A   It's not.
3  Q   And did you -- if you set aside the fact
4  that Phil Schiller wasn't involved in this, was it
5  accurate as of -- as to you?
6  A   No.  So that's -- those are definitely
7  all Mac applications.  I was in the iPod, iPhone,
8  iPad division.
9  Q   Okay.  And was there any such follow-up
10 call with you?
11 A   No.
12 Q   And was there ever any discussion about
13 application integration in any phone calls you were
14 on with regards to these Mac products?
15 A   Not that I was on, no.
16 Q   And did you ever tell Jerry Mahabub that
17 you were trying to set up a phone call with Phil
18 Schiller to talk to him?
19 A   No.
20 Q   Do you know Jim Tenneboe?
21 A   The name is familiar.  I'm -- I don't
22 know him personally.
23 Q   Okay.  Did you ever tell anyone tell
24 Jerry Mahabub that Apple was interested in
25 licensing GenAudio's technology?

Page 33

1  A   Not explicitly.  I mean, obviously the
2  whole point of us meeting with them was that that's
3  a potential down the road.  But -- but --
4  Q   Right.  And I understand the potential --
5  A   Right.
6  Q   -- but did you hear anybody actually tell
7  him -- tell Jerry Mahabub that Apple was interested
8  in licensing GenAudio's technology, not just
9  exploring the potential?
10 A   No.  No decision had been made.
11 Q   Okay.  And did you -- the -- the
12 presentation that you were referring to that
13 happened in May of 2010 before you left, did you
14 discuss that meeting at all with Jerry Mahabub
15 prior to the meeting?
16 A   We may have said that we -- that we were
17 going to pitch to Jaws.
18 Q   Okay.  Was Mr. Tescarino present?
19 A   He was.
20 Q   Anyone else you can remember?
21 A   No, it was the three of us.
22 Q   Just the three of you?
23 A   Yeah.
24 Q   Okay.  Was Mr. Phil Schiller present by
25 phone or  in person?

9 (Pages 30 to 33)

```
                                                Page 34
 1      A    No.
 2      Q    Was Steve Jobs present by phone or in
 3  person?
 4      A    No.
 5      Q    Was Tim Cook present by phone or in
 6  person?
 7      A    No.
 8      Q    Did you discuss the meeting with Mr.
 9  Mahabub after the meeting was held?
10      A    I did not.
11      Q    And did you have any contact with Mr.
12  Mahabub after you left Apple?
13      A    Not that I recall.
14      Q    Okay.  Did you -- did you ever -- after
15  May, 2010, did you ever have an office again at
16  Apple?
17      A    No.
18      Q    Okay.  In 2011, did Mr. Mahabub pick up
19  his demo devices from you?
20      A    No.
21      Q    Did he pick them up from you at any time?
22      A    We -- I remember exchanging demo devices
23  with him when we were evaluating the -- the
24  product.
25      Q    Okay.  And what I'm referring to is when
```

```
                                                Page 35
 1  the whole -- the whole thing was over with and
 2  there was not more action going to happen with
 3  Apple, did you -- did you have his devices and he
 4  contacted you to get them back from you?
 5      A    No.  I -- I handed all that stuff over
 6  to -- probably to Victor when --
 7      Q    Okay.
 8      A    -- when I was leaving.
 9      Q    Okay.  So am I correct that there was
10  never a point in time when Mr. Mahabub showed up at
11  Apple and you were there and you handed him his
12  devices in 2011?
13      A    No.  I was in a different state.
14      Q    Okay.  Is there anything that you wish to
15  clarify or add to the statements that you've made
16  today, Mr. Hailey?
17      A    I don't think so.
18      Q    Okay.  Have you spoken with anyone
19  regarding this investigation other than your
20  counsel?
21      A    No.
22      Q    And have you spoken with anyone regarding
23  the fact that you are appearing to give testimony
24  today?
25      A    Just my wife.
```

```
                                                Page 36
 1      Q    Okay.  And was that just to say that you
 2  were there as opposed to anything substantive?
 3      A    Correct.
 4      Q    Okay.  Do you know anyone else who has
 5  been subpoenaed or testified in this investigation?
 6      A    (No audible response.)
 7      Q    Other than something you may have learned
 8  from your counsel.
 9      A    Yeah, just -- only what I learned from my
10  counsel.
11      Q    Okay.  And Mr. Hailey, we have no further
12  questions at this time.  We may, however, call you
13  again to testify in this investigation; and should
14  this be necessary, we will contact you through your
15  counsel.
16           MS. OSTROM:  And we will go off the
17  record at 2:55 p.m. on April 21st of 2015.
18           THE REPORTER:  Ms. Olstrom --
19           MS. OLSTROM:  Sure.
20           THE REPORTER:  -- would you like the
21  original?
22           MS. OLSTROM:  Yes.  He -- he takes --
23  the -- MR. Eberhart will take all the originals.
24           THE REPORTER:  Okay.
25           MS. OLSTROM:  Yeah.  He takes them and he
```

```
                                                Page 37
 1  will send them back to me.  I can give you my phone
 2  number and my email address so that you can --
 3           THE REPORTER:  Yes, please.
 4           MS. OLSTROM:  -- ask me for anything if
 5  you need to.  My direct line is 303-
 6           THE REPORTER:  Okay.
 7           MS. OLSTROM:  -- 844 --
 8           THE REPORTER:  Okay.
 9           MS. OLSTROM:  -- 1047.
10           THE REPORTER:  Okay.
11           MS. OLSTROM:  And then my email address
12  is  OSTROMJ@SEC.gov.
13           THE REPORTER:  Okay, great.  Thank you.
14           MS. OLSTROM:  Thank you.  I appreciate
15  your time.
16           MR. EBERHART:  Thank you, Jennifer.
17           MS. OLSTROM:  Thanks, David.  And thank
18  you, Mr. Hailey.  I appreciate your time very --
19           (Whereupon, at 2:55 p.m., the examination
20  was concluded.)
21                * * * * *
22
23
24
25
```

10 (Pages 34 to 37)

Page 38

1      PROOFREADER'S CERTIFICATE
2  In the Matter of:   GENAUDIO, INC.
3  Witness:       Michael Hailey
4  File Number:      D-03450-A
5  Date:             Tuesday, April 21, 2015
6  Location:         Portland, OR  97204
7
8      This is to certify that I, Donna S. Raya,
9  (the undersigned), do hereby swear and affirm that
10 the attached proceedings before the U.S. Securities
11 and Exchange Commission were held according to the
12 record and that this is the original, complete,
13 true and accurate transcript that has been compared
14 to the reporting or recording accomplished at the
15 hearing.
16
17 _____    _____
18 (Proofreader's Name)       (Date)