EXCERPTED

# EXHIBIT 37

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             ) File No. D-03450-A
GENAUDIO, INC.               )

WITNESS:  Ronald Isaac

PAGES:    1 through 60

PLACE:    O'Melveny & Myers, LLP

          Two Embarcadero, 28th Floor

          San Francisco, CA  94111

DATE:     Wednesday, April 15, 2015

     The above entitled matter came on for hearing, via telephone, pursuant to notice, at 10:35 a.m.

Diversified Reporting Services, Inc.

(202) 467 9200

Page 2

APPEARANCES:

On behalf of the Securities and Exchange Commission:
    JENNIFER OSTROM, ESQ. (Via Telephone)
    Securities and Exchange Commission
    1801 California Street
    Suite 4800
    Denver, Colorado

On behalf of the Witness:
    DAVID EBERHART, ESQ.
    O'Melveny & Myers, LLP
    2 Embarcadero, 28th Floor
    San Francisco, CA 94111
    (415) 984-8808

    JENNIFER BROWN, ESQ.
    Apple, Inc.
    1 Infinite Loop
    Cupertino, CA 95014
    (408) 783-9759

Page 3

C O N T E N T S

WITNESS:                EXAMINATION
Ronald Isaac                4

EXHIBITS:    DESCRIPTION            IDENTIFIED
  117    Subpoena to Mr. Isaac dated 4/6/15    6
  118    E-mail chain Bates-stamped APL608-    16
        APL621
  119    E-mail chain Bates-stamped      26
        SEC-TiscarenoV-E635 to 636
  120    E-mail chain Bates-stamped      27
        GA6846-GA6850
  121    E-mail chain Bates-stamped APL315-    32
        APL316
  122    E-mail chain Bates-stamped APL155-    43
        APL158
  123    E-mail chain Bates-stamped APL111-    49
        APL112

Page 4

P R O C E E D I N G S

    MS. OSTROM: Let's go on the record at 10:35 a.m. on April 15th of 2015.
    Would you please swear in the witness?
Whereupon,
    RONALD ISAAC
was called as a witness and, having been first duly sworn, was examined and testified as follows:
    EXAMINATION
BY MS. OSTROM:
  Q  Could you please state and spell your full name for the record?
  A  Ronald Nadim Isaac.
  Q  Can you spell your middle name, please?
  A  N-a-d-i-m.
  Q  And how do you spell your last name?
  A  I-s-a-a-c.
  Q  Thank you. My name is Jennifer Ostrom. I'm and officer of the Commission for the purposes of this proceeding, and this is an investigation by the United States Securities and Exchange Commission in the matter of GenAudio, Inc. to determine whether there have been violations of certain provisions of the federal securities laws. However, the facts developed in this investigation might constitute violation of other

Page 5

federal or state, civil or criminal laws, and prior to the opening of the record you were provided with a copy of the formal order of investigation in this matter, and it will be available for your examination during the course of this proceeding. And, Mr. Isaac, have you had an opportunity to review the formal order?
  A  Yes, I have.
  Q  And also prior to the opening of the record you were provided with a copy of the Commission's supplemental information form, and a copy of that notice has been marked as Exhibit No. 1.
    And, Mr. Isaac, have you had the opportunity to read Exhibit No. 1?
  A  Yes, I have.
  Q  And do you have any questions concerning Exhibit No. 1?
  A  No, I don't.
  Q  Mr. Isaac, are you represented by counsel today?
  A  Yes, I am.
    MS. OSTROM: Would counsel please identify themselves for the record?
    MR. EBERHART: David Eberhart of O'Melveny & Myers representing the witness.
    MS. BROWN: We also have Jennifer Brown from

Page 6

1  Apple, Inc.
2      MS. OSTROM: And, Mr. Eberhart, are you
3  appearing today as counsel for Mr. Isaac?
4      MR. EBERHART: I am.
5      THE COURT: And, Miss Brown, are you
6  appearing as counsel today for Mr. Isaac?
7      MS. BROWN: I am.
8      BY MS. OSTROM:
9      Q   And, Mr. Isaac, if you need to go off the
10 record, if you need to speak with your counsel or just
11 take a break, please tell me I will then tell the court
12 reporter, ask her to go off the record, because she
13 won't go off the record at your request, only at mine.
14 So if you need to take a break, just tell me, okay?
15     A   Thank you.
16     Q   And if you could hand the court reporter the
17 subpoena to Mr. Isaac as dated April 6th of 2015 so she
18 can mark it. It will be Exhibit No. 117.
19         (SEC Exhibit No. 117 was marked for
20          identification.)
21     BY MS. OSTROM:
22     Q   And, Mr. Isaac, this copy of a subpoena has
23 been marked as Exhibit No. 117. Is this a copy of the
24 subpoena you are appearing pursuant to here today?
25     A   Yes.

Page 7

1   Q   And, Mr. Isaac, did you provide your counsel
2  with documents produced to the Securities and Exchange
3  Commission?
4   A   Yes, I did.
5   Q   And could you please just briefly describe
6  the search that was conducted for the documents and who
7  conducted that search.
8   A   I provided an e-mail archive in my possession
9  to my counsel, and that's basically what I'm aware of.
10  Q   Okay. And that's all you had; is that
11 correct?
12  A   Yes.
13  Q   What is your date of birth?
14  A   3rd of May, 1976.
15  Q   And what is your social security number?
16  A   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.
17  Q   And what is your current home address?
18  A   3120 Ashbrook Lane, San Ramon, California
19 94582.
20  Q   And could you just give for me your
21 educational background, please?
22  A   I have a Bachelor of Science in computer
23 engineering and Master of Science in electrical
24 engineering from Oklahoma State University.
25  Q   When did you get your Bachelor of Science?

Page 8

1   A   1997.
2   Q   Are they both from OSU?
3   A   No, the bachelor's is from a school in
4  Lebanon called Balamand University.
5   Q   Can you spell that?
6   A   B-a-l-a-m-a-n-d University.
7   Q   And that was in 1997?
8   A   Yes, that was issued in 1997.
9   Q   Okay. And then when did you get your
10 master's?
11  A   In 1999.
12  Q   Okay.
13  A   Or is it '98? I suppose I can't remember
14 now.
15  Q   That's okay.
16  A   It's '99, I think.
17  Q   Good enough. And could you please give me
18 your job history starting with your present job and
19 working backwards. Just tell me what you did in terms
20 of, you know, what your title and the dates roughly.
21  A   So in -- since December 2013 up until today I
22 have been pursuing an entrepreneurial endeavor on my
23 own, and prior to that I was at Apple from September
24 2008 to December 2013 where I worked as a signal
25 processing engineer and acoustician technologist.

Page 9

1  Prior to that I worked at Bose Corporation from 2003 to
2  2008 where I was also a firmware and general
3  prototyping technologist. And from 2000 to 2003 I was
4  employed by Lucent Technologies. And from '99 to 2000
5  I was employed by Williams Communications in Tulsa,
6  Oklahoma.
7   Q   Okay. And do you have a company that you
8  have established for your entrepreneurial dealings
9  today?
10  A   Yes, and the name is Rise, r-i-s-e, Devices
11 LLC.
12  Q   And what are you doing with Rise Devices?
13  A   So I'm building -- the first product that I'm
14 building is a gadget that goes into cars to help with
15 texting and driving -- safe texting and driving.
16  Q   Okay. And could you please tell me what your
17 telephone numbers that you have used regularly at any
18 time during the last five years that you can recall?
19  A   Let's start with the latest, that's
20 408-666-4094. Gee, I don't know if I can recall my
21 previous cell phone numbers.
22  Q   That's okay. Has it always been your cell
23 phone numbers that was what you used, though, has been
24 a cell?
25  A   I did have another cell phone number in

Page 14

1  of the business and I was on the Macintosh side of the
2  business.
3      Q   Okay.  And did you ever meet anyone from
4  GenAudio other than Mr. Jerry Mahabub?
5      A   Mostly over e-mails as we figured out
6  technical issues, but I can't recall of anyone else
7  that I might have met.
8      Q   Okay.  And were you aware of an NDA that
9  Apple had with GenAudio?
10     A   We would generally start any meeting at Apple
11 by asking to make sure that all NDAs were executed
12 before we would engage.
13     Q   Do you know of any other agreements between
14 Apple and GenAudio other than the NDA?
15     A   I'm not aware of that, no.
16     Q   And do you know how many meetings you had,
17 and I realize this is an approximate number, with Mr.
18 Mahabub?
19     A   Might have been face to face, maybe three or
20 four.
21     Q   Okay.  And do you remember the time period in
22 which that ended, because you left at the end of '13,
23 correct?
24     A   Yes.  I'm definitely positively sure that
25 between 2011 when I had changed roles into the

Page 15

1  acoustics division that I was -- I had never met in
2  that period with Mr. Mahabub.
3      Q   Okay.
4      A   On the Apple campus.  There was one meeting
5  where we had at CES, an informal non Apple visit that I
6  had to the show where I visited the booth of Mr.
7  Mahabub and just shared their news and what they were
8  up to, and he had given me a demo of an EA Games
9  endeavor they were doing at the time, but it was
10 very --
11     Q   Go ahead.
12     A   This was in the start of 2013.
13     Q   Okay.
14     A   But it wasn't anything to do with Apple
15 business at the time.
16     Q   And could it have been 2012 even?
17     A   It's -- you know, this is where -- I'm not
18 quite sure when I visited the show, but --
19     Q   That's okay.  Whenever it was, it was after
20 the dealings with Apple were done; is that correct?
21     A   Absolutely.
22         MS. OSTROM:  Okay.  Could you please hand the
23 court reporter the e-mail chain that's got the Bates
24 number Apple 608 through 621, and that would be Exhibit
25 No. 118 then.

Page 16

1         (SEC Exhibit No. 118 was marked for
2         identification.)
3      BY MS. OSTROM:
4      Q   And, Mr. Isaac, this is extremely lengthy,
5  and I am actually going to go through this with you,
6  but for the most part, not like line by line or
7  anything, but ask you some questions in general.  Could
8  you please look through these e-mails, and my question
9  basically is going to be, did you receive and send
10 these e-mails from September 1st of 2009 through
11 September 13th of 2009?
12     A   I am reviewing them now.
13     Q   And when you're done just tell me, because I
14 won't interrupt you until I know you're ready, okay?
15     A   Sure.  Yes, I do recall these e-mails.
16     Q   Okay.  And is it correct that you received
17 and sent these e-mails?
18     A   Yes.
19     Q   Okay.  If you could look at starting on the
20 one that has the number 619 in the bottom right-hand
21 corner, so it should be at the end.  It should be the
22 first e-mail in the chain, and this one is dated
23 September 1st of 2009, and Mr. Mahabub is sending an
24 e-mail that at least went to you.  I believe it must
25 have also gone to Mr. Tiscareno it appears, and the

Page 17

1  first paragraph says, "I hope you both remember me.  We
2  recently met with Victor at Apple regarding a astound
3  sound localization Q-base technology."  Do you see
4  that?
5      A   Yes, I do.
6      Q   Okay.  And does that seem about right that
7  you first met with Mr. Mahabub with Mr. Tiscareno
8  sometime right before September 1st of 2009?
9      A   I believe --
10     Q   Or before that?
11     A   I believe so, because that's almost a year
12 after I started at Apple, yeah.
13     Q   Okay.  And was it your understanding that Mr.
14 Mahabub was attempting to create a demo for the
15 Macintosh?
16     A   Yes, so basically when we -- when we listened
17 to Mr. Mahabub's demo, we had a sort of technical
18 package where we would basically integrate a vendor's
19 demo onto the Mac for further evaluations, and so the
20 answer is yes.
21     Q   Okay.  And is that why you were involved then
22 because you were on the Mac side of things?
23     A   Yes.
24     Q   And what is a kernel extension?
25     A   So on a typical computer there are

Page 26

1  please hand the court reporter the e-mail that's
2  Bates-stamped SEC Tiscareno to have her mark that as
3  Exhibit 119, please.
4      MR. EBERHART: And that's the one that ends
5  in 635.
6      MS. OSTROM: Yes.
7      MR. EBERHART: I have handed that to the
8  court reporter.
9      MS. OSTROM: Thank you.
10         (SEC Exhibit No. 119 was marked for
11          identification.)
12     BY MS. OSTROM:
13  Q  And, Mr. Isaac, if you could please look at
14  Exhibit No. 119, and let me identify this for the
15  record. It's Bates numbered SEC-TiscarenoV-E635 and
16  636, and this is just an e-mail from Jerry Mahabub to
17  Victor Tiscareno, Michael Hailey, and Ronald Isaac
18  dated October 19th, 2009. If you could go ahead and
19  review that, and then I'll ask you some questions when
20  you're ready, okay?
21  A  Okay. Yes, I'm ready.
22  Q  Did you receive this e-mail from Mr. Mahabub
23  on or about October 19th of 2009?
24  A  Yes, I recall this e-mail.
25  Q  Who is Michael Hailey?

Page 27

1   A  I have never met Mr. Hailey, but I believe
2  that he might have had some marketing role at Apple.
3   Q  Okay. So you did not ever meet with Mr.
4  Hailey and Mr. Mahabub in any meeting; is that correct?
5   A  I have never met with Mr. Hailey, period.
6   Q  Okay. Then if you could hand -- actually if
7  you could just hold on that to that one, also keep it
8  in front of you, Mr. Isaac.
9   A  Sure.
10     MS. OSTROM: And if you could please hand the
11  court reporter the e-mail chain that starts with GA6846
12  is the Bates number, so she can mark that as Exhibit
13  No. 120.
14     MR. EBERHART: I have done so.
15     MS. OSTROM: Thank you.
16         (SEC Exhibit No. 120 was marked for
17          identification.)
18     MS. OSTROM: And I will go ahead and let me
19  identify this for the record. These are a couple
20  e-mails. The Bates numbers are GA6846 through 6850,
21  and the first in this chain of e-mails starts on page
22  GA6848, and it's an e-mail from Jerry Mahabub dated
23  October 18th of 2009 purportedly to Victor Tiscareno,
24  Michael Hailey, Ronald Isaac, Timothy Cook, and Phillip
25  Schiller, and then on the first page of Exhibit No. 120

Page 28

1  it's an e-mail from Jerry Mahabub to his team dated
2  October 19th of 2009, and then above that is an e-mail
3  from Jim Maddows to Jerry Mahabub on October 19th of
4  2009.
5      And, Mr. Isaac, if you could please look at
6  this, and obviously what I am interested in having you
7  look at is the e-mail that starts on GA6848 which
8  reportedly went to yourself and others.
9   A  Yes, ma'am.
10  Q  Did you ever receive this e-mail from Mr.
11  Mahabub?
12  A  No.
13  Q  And comparing that e-mail that begins on
14  GA6848 with the e-mail contained in Exhibit 119, am I
15  correct that you did receive 119 but did not receive
16  the version that is in Exhibit 120?
17  A  That is correct.
18  Q  Did you ever see an e-mail from Mr. Mahabub
19  to Tim Cook?
20  A  No.
21  Q  Did you ever see an e-mail from Mr. Mahabub
22  to Phil Schiller?
23  A  No.
24  Q  And who is Tim Cook?
25  A  Tim Cook went -- at that time or at this

Page 29

1  time?
2   Q  At that time.
3   A  Tim Cook was the --
4   Q  And then you can say who he is now.
5   A  He was the senior vice president of
6  operations at Apple -- well, chief operating officer, I
7  should say and I think he held the role of senior vice
8  president of that, and now he is the chief executive
9  officer of Apple, Inc.
10  Q  And Phil Schiller, what was his role at that
11  time and what does thee do now for Apple?
12  A  Phil was senior vice president of marketing
13  of Apple and he still is with that role.
14  **Q  Okay. To your knowledge, was Tim Cook or**
15  **Phil Schiller ever involved in discussions with Jerry**
16  **Mahabub or anyone else from GenAudio?**
17  **A  No.**
18  **Q  And was Tim Cook or Phil Schiller involved in**
19  **any internal discussions within Apple about GenAudio's**
20  **technology?**
21  **A  No.**
22  **Q  Was Mr. Cook or Mr. Schiller ever given a**
23  **demo of the technology to your knowledge?**
24  **A  Not that I'm aware of.**
25  **Q  Was Mr. Cook or Mr. Schiller ever on the**

Page 30

1    phone when you were on a phone call with Mr. Mahabub?
2        A   No.
3        Q   To your knowledge, did Steve Jobs have
4    anything to do with GenAudio technology?
5        A   No.
6        Q   Was there ever a discussion with Mr. Mahabub
7    by you or anyone else that you heard that he was to
8    meet with Steve Jobs?
9        A   No.
10       Q   To your knowledge, did Steve Jobs ever
11   request a meeting with Mr. Mahabub?
12       A   No.
13       Q   Did you ever tell Jerry Mahabub that Steve
14   Jobs had requested a meeting with him?
15       A   No.
16       Q   Were you ever present at an internal meeting
17   at Apple with Steve Jobs where GenAudio's technology
18   was discussed?
19       A   No.
20       Q   Did you ever tell Jerry Mahabub that such a
21   meeting had taken place?
22       A   No.
23       Q   Did Jerry Mahabub press you for him to meet
24   with Steve Jobs?
25       A   No.

Page 31

1        Q   Did you ever tell Jerry Mahabub that the only
2    reason he wasn't meeting with Steve Jobs was because of
3    Mr. Jobs' health?
4        A   No.
5        Q   Did Phil Schiller introduce Mr. Mahabub to
6    anyone to your knowledge?
7        A   No.
8        Q   Did you request that Mr. Mahabub copy Tim
9    Cook or Phil Schiller on any of his e-mails?
10       A   No.
11       Q   Did you ever hear that Mr. Hailey or Mr.
12   Tiscareno requested that of Mr. Mahabub?
13       A   No.
14       Q   Did you ever tell Mr. Mahabub that Steve Jobs
15   was going to listen to GenAudio's demos?
16       A   No.
17       Q   Did you ever hear anyone else tell him that?
18       A   No.
19           MS. OSTROM:  Okay.  And then if you could
20   please have the court reporter -- it's Apple, APL315,
21   the e-mail chain, please, and have her mark that.  You
22   can mark that as Exhibit 121, please.
23           MR. EBERHART:  I have handed that to the
24   court reporter.
25           MS. OSTROM:  Thank you.

Page 32

1            (SEC Exhibit No. 121 was marked for
2            identification.)
3        BY MS. OSTROM:
4        Q   And, Mr. Isaac, I'm going to identify this
5    for the record.  Exhibit No. 121 is Bates numbered
6    APL315 and 316, and this is an e-mail dated March 21st
7    of 2010 from Mr. Mahabub to Victor Tiscareno, Michael
8    Hailey, and Ronald Isaac, and if you could just look at
9    this and then I'll ask you some questions when you're
10   ready.
11       A   Yes, ma'am, I'm ready.
12       Q   Okay.  Did you receive this e-mail from Mr.
13   Mahabub on or about March 21st of 2010?
14       A   I can't recall this e-mail.
15       Q   Okay.  And was there ever any completion by
16   Apple of an invented level integration?
17       A   And this is the -- this is the contrast here
18   with this e-mail, because he's going off of a technical
19   path for integration which contradicts all of the kext
20   stuff that we were working on.  So it does seem weird
21   that I don't recall this e-mail, and it has no, you
22   know, familiarity with the stuff we were working with
23   him on.
24       Q   And how does it contradict what you were
25   working with him on?

Page 33

1        A   So he's talking about what I would say is
2    C-programming library.  Like he's mentioning
3    rudimentary -- what I would call very, very, you know,
4    primitive way of describing what he has, and the fact
5    that we had gone through kexts and -- which is very
6    complicated, I don't see why he would be sending me
7    something like this that contradicts all that work.  So
8    maybe the kext work started after this.  I'm looking at
9    the dates here, or maybe this was the trigger for the
10   kext work.  I'm trying to look at -- if you can just
11   give me a minute, ma'am.
12       Q   Yes, of course.
13       A   Maybe this is his way of saying here's what I
14   have.  And we have kicked off our version of the kext.
15   Where is the e-mail for the kext?
16       Q   You know, the kext e-mail, Exhibit No. 118,
17   that's in 2009.
18       A   Yeah, so this is why I'm saying this looks
19   very weird, and I can't remember much of it at all.
20       Q   Okay.  Do you remember that anything that,
21   like, you were sent of this test suite that he's
22   referring to?
23       A   Test suite, where was that, ma'am, that you
24   were referring to?
25       Q   What he says is -- that's what he is actually

Page 34

1  saying is he says he is sending you a "test suite that
2  will contain the following."
3      A   Yeah, so he's referring to a general way --
4  if I might quickly describe this?  He's --
5      Q   Yes, please.
6      A   He's describing a way where you would expose
7  your work -- software work, that is, in the form of a
8  library that you would plug in into your system.  Okay.
9  So then in point number two he makes a reference to the
10 app that he had already developed using the kext way,
11 but perhaps he is claiming that he could move this up
12 into the user space is exactly the same as in the
13 demo -- it might -- this e-mail might have come, but
14 I'm looking at page number 2 where he's talking about
15 licensing deals and stuff like that.
16         This is definitely not something that I
17 recall, or it's just the e-mail -- the e-mails seems
18 disconnected from the previous line of work we had with
19 him, like he's going off on a tangent, and I don't
20 recall this.
21     Q   Okay.  And am I correct in that what you were
22 saying is that what was being done with the kext was
23 really an app?
24     A   The kext was two pieces.  There was an app
25 which was a graphically user interface that you would

Page 35

1  set some controls on, and I think that thing was called
2  "Audio Device Notify," and he mentions it in point
3  number two, right.  The kext is low level C-library,
4  obviously, which is customized for that Mac platform.
5  This e-mail, however, goes into C-library and an STK,
6  which sounds to me like a generic form of his algorithm
7  to be plugged into anything, and I don't recall that --
8  I would definitely not have entertained this, because
9  that was the path we had for all vendors.
10     Q   With the kext?
11     A   With the kext, absolutely.
12     Q   So there was no -- you never entertained
13 using a plug-in, even if you received this or received
14 anything like that; am I correct?
15     A   No.
16     Q   Okay.  Go ahead and keep that in front of
17 you, and I realize that you don't recall if you
18 received that or not.  If you could also then look at
19 Exhibit No. 61.
20         MR. EBERHART:  And that's Exhibit 61 that's
21 been pre-marked?
22         MS. OSTROM:  Yes.
23         MR. EBERHART:  I have handed that to the
24 witness.
25         BY MS. OSTROM:

Page 36

1     Q   And if you could just look at that, the
2  e-mail that starts the chain on 61 which is at the
3  bottom of the first page.  It is an e-mail from Jerry
4  Mahabub dated March 21st of 2010 purportedly to Victor
5  Tiscareno, Michael Hailey, yourself, Phil Schiller,
6  Barry Corlett, and Jim Tenneboe, and if you could look
7  at that and compare that to Exhibit 121, and I realize
8  that you're not sure you received Exhibit 121, so I'm
9  not saying you did, but if you could just make sure you
10 look at the two in comparison to each other, I would
11 appreciate that, and tell you when you're ready.
12     A   And I can just quickly point out, it has the
13 same flavor to it as that one, and I just don't recall
14 this whole ask about C-libraries and STKs.  I would not
15 have entertained any of these.
16     Q   And looking at the e-mail for Exhibit No. 61,
17 this purportedly went to in addition to the ones that
18 we see in Exhibit No. 121, which was Mr. Tiscareno,
19 yourself, and Mr. Hailey, it also supposedly goes to
20 Phil Schiller, Barry Corlett, and Jim Tenneboe; am I
21 correct you never saw any e-mail that went to Phil
22 Schiller?
23     A   No.
24     Q   Okay.  And did you ever tell Jerry Mahabub
25 that Apple was interested in licensing GenAudio's

Page 37

1  technology?
2      A   Absolutely not.
3      Q   Did you ever discuss a revenue model for
4  licensing GenAudio's technology with Mr. Mahabub?
5      A   No.
6      Q   Did you ever tell Mr. Mahabub that Apple
7  would not be able to do a per unit royalty revenue for
8  his product?
9      A   No.
10     Q   Did you tell Jerry Mahabub that you would
11 figure out how GenAudio could monetize its technology?
12     A   No.
13     Q   Did you ever request from Mr. Jerry Mahabub
14 to see copy of a valuation report for GenAudio?
15     A   Can you ask that question again, ma'am?
16     Q   Yes.  Did you ever request from Jerry Mahabub
17 to see a copy of a valuation report for GenAudio?
18     A   No.
19     Q   Meaning a report that valued GenAudio itself?
20     A   No.
21     Q   Did you ever receive a copy of a valuation
22 report from GenAudio from Jerry Mahabub?
23     A   No.
24     Q   Did you ever tell Jerry Mahabub that Apple
25 wanted a world wide exclusive license with GenAudio for

Page 38

1  the likes of its patents?
2      A   No.
3      Q   Did you ever tell Jerry Mahabub that you
4  wanted Apple to integrate GenAudio's software into any
5  of Apple's products?
6      A   No.
7      Q   Did you ever tell Jerry Mahabub that Apple
8  would integrate GenAudio's technology into all of
9  Apple's products or none of Apple's products?
10     A   No.
11     Q   Meaning all or nothing?
12     A   No.
13     Q   Did Jerry Mahabub ask you if Apple would sign
14 a software evaluation agreement with GenAudio?
15     A   No.
16     Q   Did you ever tell Jerry Mahabub that you had
17 authority to enter into deals on behalf of Apple on the
18 Mac side?
19     A   No.
20     Q   In any other context did you tell him you had
21 authority to enter into deals on behalf of Apple?
22     A   No.
23     Q   Did you ever enter into any negotiations for
24 Jerry Mahabub for Apple to license GenAudio's
25 technology?

Page 39

1      A   No.
2      Q   Did you ever enter in any negotiations with
3  Jerry Mahabub for Apple to acquire GenAudio?
4      A   No.
5      Q   Did you ever tell Jerry Mahabub that Apple
6  might be interested in acquiring GenAudio?
7      A   No.
8      Q   Did you ever tell Jerry Mahabub that a
9  licensing deal might not be the way to go but rather an
10 acquisition of GenAudio by Apple was the way to go?
11     A   No.
12     Q   And if you look at Exhibit No. 61 this in
13 particular refers to a conference call, and it refers
14 to a conference call that happened.  If you look at the
15 second line.
16         MR. EBERHART:  And 61 is going to have one of
17 the yellow stickers on it.
18         MS. OSTROM:  Yes.
19         THE WITNESS:  Okay.  Yeah, got it.
20         BY MS. OSTROM:
21     Q   The second sentence of Mr. Mahabub's e-mail
22 says, "This will be right in time for you to start the
23 embedded level integration process as we discussed on
24 our last conference call and will keep everything on
25 schedule with what Phil is hoping for, a fall product

Page 40

1  rollout."  Were you ever on a conference call with
2  these people and Mr. Mahabub?
3      A   No.
4      Q   Did you ever hear anyone tell Jerry Mahabub
5  that Phil Schiller was hoping for a fall 2010 rollout
6  of GenAudio's product?
7      A   No.
8      Q   Was that discussed at any call that you were
9  part of?
10     A   No.
11     Q   Was there a conference call to go over this
12 STK that he is referencing in the e-mail?
13     A   No.
14     Q   And that's what you referred to earlier that
15 that wasn't something you were working on, correct?
16     A   Exactly, yeah.
17     Q   Okay.  And then if you could look at the next
18 sentence of Exhibit 61, the same paragraph.  He says,
19 "I will be available any time on Tuesday for a
20 conference call to go over the STK," and that's what we
21 just talked about, and then it goes on to say, "and I
22 believe Phil and Michael wanted to follow up and go
23 over a few things with us on the marketing side in
24 terms of the actual application integration for
25 QuickTime, iTunes, DVD player among others.  Just let

Page 41

1  me know when you are all available."  Were you ever
2  part of any follow-up call along these lines?
3      A   No.
4      Q   Did you ever tell Jerry Mahabub that Phil
5  Schiller wanted to follow up and go over a few things
6  with GenAudio on the marketing side?
7      A   No.
8      Q   Was there ever any discussion about
9  application integration at this time?
10     A   No.
11     Q   Did you ever tell Jerry Mahabub that you were
12 trying to set up a phone call for Phil Schiller to talk
13 to Jerry Mahabub?
14     A   No.
15     Q   Did you ever push for a fall product rollout
16 or Christmas product rollout of GenAudio's technology
17 and Apple's products?
18     A   No.
19     Q   Did you ever tell Jerry Mahabub that you did?
20     A   No.
21     Q   Did you ever hear Jim Tenneboe tell Jerry
22 Mahabub that Apple was interested in licensing
23 GenAudio's technology?
24     A   No.
25     Q   Did you ever tell Jerry Mahabub that you

```
                                                    Page 58
 1      A   No.
 2      Q   Do you know anyone else who has been
 3  subpoenaed or testified in this investigation?
 4      A   No.
 5          MS. OSTROM:  Mr. Isaac, I have no further
 6  questions at this time.  We may, however, call you
 7  again to testify in this investigation and should this
 8  be necessary, we will contact you through your counsel.
 9          And we will go off the record at 11:50 a.m.
10  on April 15th, 2015.
11          (Whereupon, at 11:50 a.m., the examination
12  was concluded.)
13                  * * * * *
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 59
 1              PROOFREADER'S CERTIFICATE
 2
 3  In the Matter of:   GENAUDIO, INC.
 4  Witness:       Ronald Isaac
 5  File Number:   D-03450-A
 6  Date:          Wednesday, April 15, 2015
 7  Location:      San Francisco, CA  94111
 8
 9       This is to certify that I, Donna S. Raya,
10  (the undersigned), do hereby swear and affirm that the
11  attached proceedings before the U.S. Securities and
12  Exchange Commission were held according to the record
13  and that this is the original, complete, true and
14  accurate transcript that has been compared to the
15  reporting or recording accomplished at the hearing.
16
17  _____     _____
18  (Proofreader's Name)       (Date)
19
20
21
22
23
24
25
```

16 (Pages 58 to 59)