EXCERPTED

# EXHIBIT 39

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO

     ------------------------------------------------------

     SECURITIES AND EXCHANGE    )
     COMMISSION,                )
                                )
                 Plaintiff,     )
                                )
          vs.                   ) No. 1:15-cv-02118-WJM-CBS
                                )
     TAJ JERRY MAHABUB, GENAUDIO,)
     INC., and ASTOUND HOLDINGS, )
     INC.,                      )
                                )
                 Defendants.    )
     ------------------------------------------------------

                 DEPOSITION UPON ORAL EXAMINATION
                                OF
                        VICTOR TISCARENO
     ------------------------------------------------------

                        Martin Davis PLLC
              1200 Westlake Avenue North, Suite 802
                     Seattle, Washington 98109




     DATE:  December 16, 2016
        REPORTED BY:  Olivia Pennella
                      Washington CCR 3337

                                                      Page 1
```

---

```
                    A P P E A R A N C E S

        FOR PLAINTIFF:

                 LESLIE H. HUGHES
                 DANIELLE R. VOORHEES
                 United States Securities and Exchange
                   Commission
                 1961 Stout Street, Suite 1700
                 Denver, Colorado 80294
                 303-844-1086
                 303-844-1108
                 HughesLJ@sec.gov
                 voorheesd@sec.gov
        FOR DEFENDANT TAJ JERRY MAHABUB:
                 ANDREW B. HOLMES
                 Holmes, Taylor & Jones LLP
                 617 South Olive Street, Suite 1200
                 Los Angeles, California 90014
                 213-985-2200
                 abholmes@htjlaw.com

        FOR DEFENDANT GENAUDIO, INC.:

                 DAVID J. AVENI
                 Wilson Elser Moskowitz Edelman &
                   Dicker, LLP
                 655 West Broadway, Suite 900
                 San Diego, California 92101
                 619-321-6200
                 david.aveni@wilsonelser.com

        FOR WITNESS:

                 JOHN R. ELTRINGHAM
                 Martin Davis PLLC
                 1200 Westlake Avenue North, Suite 802
                 Seattle, Washington 98109
                 206-650-6560
                 jeltringham@martindavislaw.com



                                                      Page 2
```

---

```
                    E X A M I N A T I O N
     WITNESS           MR. AVENI    MR. HOLMES   MS. HUGHES
     VICTOR TISCARENO      8           280          307
                          340          329          343


                         E X H I B I T S
     No.    Description                                Page
     Exhibit 79      Email Correspondence              46
             (SEC-TiscarenoV-E-0001883-1884)

     Exhibit 80      Email Correspondence
             (SEC-TiscarenoV-E-0001875-1876)           48
     Exhibit 81      Email Correspondence              53
             (SEC-TiscarenoV-E-0001842-1843)

     Exhibit 82      GenAudio In-Person Meetings       55

     Exhibit 83      Email Correspondence              57
             (SEC-TiscarenoV-E-0001840)
     Exhibit 84      Email Correspondence              62
             (SEC-TiscarenoV-E-0001812-1815)

     Exhibit 85      Email Correspondence              68
             (SEC-TiscarenoV-E-0000056-57)
     Exhibit 86      Email Correspondence              71
             (SEC-TiscarenoV-E-0000095-96)

     Exhibit 87      Email Correspondence              75
             (SEC-TiscarenoV-E-0000101)
     Exhibit 88      Email Correspondence              81
             (SEC-TiscarenoV-E-0000161-164)

     Exhibit 89      Email Correspondence              84
             (SEC-TiscarenoV-E-0000249-250)
     Exhibit 90      Email Correspondence              88
             (SEC-TiscarenoV-E-0000284)


                                                      Page 3
```

---

```
                 E X H I B I T S (Continued)
     No.    Description                                Page
     Exhibit 91      Email Correspondence              92
             (SEC-TiscarenoV-E-000300-301)

     Exhibit 92      Email Correspondence              99
             (SEC-TiscarenoV-E-0001611-1612)
     Exhibit 93      Demo With MH                      99
             (347APL-00000046)


     Exhibit 94      Email Correspondence             111
             (SEC-TiscarenoV-E-0000336-37)
     Exhibit 95      AstoundSound Demo                113
             (347APL-00000047)

     Exhibit 96      GenAudio Demo (Astound)          114
             (347APL-00000051)
     Exhibit 97      Email Correspondence             117
             (SEC-TiscarenoV-E-0000376)

     Exhibit 98      Email Correspondence             120
             (SEC-TiscarenoV-E0001639)
     Exhibit 99      Email Correspondence             124
             (SEC-TiscarenoV-E-0000400)

     Exhibit 100     Email Correspondence             126
             (SEC-TiscarenoV-E-0000412-414)
     Exhibit 101     Email Correspondence             136
             (SEC-TiscarenoV-E-0000534)

     Exhibit 102     Email Correspondence             138
             (SEC-TiscarenoV-E-0000556)
     Exhibit 103     Email Correspondence             138
             (SEC-TiscarenoV-E-0000557)

     Exhibit 104     Email Correspondence             140
             (SEC-TiscarenoV-E-0000581)
     Exhibit 105     Email Correspondence             141
             (SEC-TiscarenoV-E-0001731)


                                                      Page 4
```

```
             E X H I B I T S (Continued)
No.      Description                                   Page
Exhibit 106     Email Correspondence                   148
                (347APL-00000526-527)

Exhibit 107     Email Correspondence                   154
                (SEC-TiscarenoV-E-0000756-757)
Exhibit 108     Email Correspondence                   157
                (SEC-TiscarenoV-E-0000770)

Exhibit 109     Email Correspondence                   159
                (SEC-TiscarenoV-E-0000946-954)
Exhibit 110     Email Correspondence                   178
                (SEC-TiscarenoV-E-0000984)

Exhibit 111     Email Correspondence                   180
                (347APL-00000333-336)
Exhibit 112     Email Correspondence                   182
                (SEC-TiscarenoV-E-0001560-1561)

Exhibit 113     Email Correspondence                   187
                (SEC-TiscarenoV-E-0001018-1020)
Exhibit 114     Letter dated March 15, 2010            193
                (GA000140)

Exhibit 2       GenAudio, Inc., Confidential Private   202
                Placement Memorandum
                (GA000487-540)

Exhibit 115     Email Correspondence                   208
                (SEC-TiscarenoV-E-0001052-1053)
Exhibit 116     Apple Organizational Chart             212
Exhibit 117     Email Correspondence                   214
                (SEC-TiscarenoV-E-0001114)

Exhibit 118     Email Correspondence                   217
                (SEC-TiscarenoV-E-0001129-1130)
Exhibit 119     Email Correspondence                   223
                (SEC-TiscarenoV-E-0001187-1188)

                                                    Page 5
```

```
             E X H I B I T S (Continued)
No.      Description                                   Page
Exhibit 120     Email Correspondence                   228
                (SEC-TiscarenoV-E-0001218-1221)

Exhibit 121     Email Correspondence                   233
                (SEC-TiscarenoV-E-0001230)
Exhibit 122     Email Correspondence                   236
                (SEC-TiscarenoV-E-0001233)

Exhibit 123     Email Correspondence                   237
                (SEC-TiscarenoV-E-0001237)
Exhibit 124     Email Correspondence                   242
                (SEC-TiscarenoV-E-0001240-1241)

Exhibit 125     Email Correspondence                   242
                (SEC-TiscarenoV-E-0001242-1243)
Exhibit 126     Email Correspondence                   244
                (SEC-TiscarenoV-E-0001554-1555)

Exhibit 127     Email Correspondence                   245
                (SEC-TiscarenoV-E-0001255)
Exhibit 37      Letter dated August 1, 2010            247
                (GA005351-5353)

Exhibit 128     Email Correspondence                   248
                (SEC-TiscarenoV-E-0001263)
Exhibit 129     Email Correspondence                   250
                (SEC-TiscarenoV-E-0001266-1267)

Exhibit 130     Email Correspondence                   252
                (SEC-TiscarenoV-E-0001276-1278)
Exhibit 131     Email Correspondence                   255
                (SEC-TiscarenoV-E-0001416-1418)

Exhibit 132     Email Correspondence                   258
                (SEC-TiscarenoV-E-0001752-1753)
Exhibit 133     Email Correspondence                   260
                (SEC-TiscarenoV-E-0001767)

                                                    Page 6
```

```
             E X H I B I T S (Continued)
No.      Description                                   Page
Exhibit 134     Email Correspondence                   263
                (SEC-TiscarenoV-E-0001775-1776)

Exhibit 135     Email Correspondence                   265
                (SEC-TiscarenoV-E-0001778)
Exhibit 136     Email Correspondence                   272
                (2 pages)

Exhibit 137     Email Correspondence; GenAudio         275
                Presents AstoundSound
Exhibit 138     Email Correspondence                   290
                (9 pages)

Exhibit 139     Email Correspondence                   290
                (4 pages)
Exhibit 16      Email Correspondence                   343
                (SEC0000001-5)

(Exhibit -2, 16, and 37 were marked previous in prior
deposition(s).)

                                                    Page 7
```

```
        Seattle, Washington, Friday, December 16, 2016
                         8:59 a.m.
               ----------------------------------
    VICTOR TISCARENO,     witness herein, having been duly
                         sworn by the Certified Court
                         Reporter, testified as follows:
                     E X A M I N A T I O N
    BY MR. AVENI:
        Q.   Good morning, Mr. Tiscareno.
        A.   Yes.
        Q.   My name is David Aveni.  And I represent, as
    you know, GenAudio --
        A.   Yes.
        Q.   -- the company in this matter.  I appreciate
    you taking time today to meet with us and answer
    questions.  I know that you've given testimony a few
    times before, during the SEC's investigation in this
    matter.
             Have you ever had your deposition taken in a
    civil dispute?
        A.   Never.  This is it.
        Q.   This is it.  And you testified twice during
    the SEC's investigation; is that correct?
        A.   Correct.
        Q.   So, those are the only times you've been
                                                    Page 8
```

```
 1        A.   I said "salesman."
 2        Q.   -- always acting as a --
 3        A.   Yeah, I mean, I -- I mean, it was -- I think
 4   between Michael Hailey and I -- and I don't know if he
 5   would disag -- Michael Hailey would disagree with me on
 6   this.  But it was, you know, Jerry being Jerry.  I --
 7   I -- and what we meant by that was not necessarily --
 8   hmm -- necessarily unkind.
 9             But he -- he was enthusiastic.  That's a word
10   that came up today.  He's very enthusiastic.  He's
11   enthusiastic about his company.  He's enthusiastic about
12   his software.  And that's the way I read the emails.
13   He's enthusiastic.
14             He wants -- he wants to -- "What is it going
15   to take for you guys to really like my software and
16   really shoot this to the moon?"  I don't know if he used
17   those words.  But, you know, I -- there isn't anything
18   to this.
19        Q.   I guess, this email, though -- I want to know
20   if you would agree that this email goes a little bit
21   beyond that, from Jerry's perspective.
22             In terms of the email from Jerry, he's talking
23   now about things like price and, you know, IP rights
24   and, you know, structure.  And not that you're engaging
25   in it with him on those things, but those are the things
```
Page 169

```
 1   that he's talking about; right?
 2             He's raising price issues with you, he's
 3   raising IP rights with you; isn't that right?
 4             MS. HUGHES:  Object to the form of the
 5   question.
 6        A.   I haven't even -- I have to read this in
 7   detail, to find out what it says there.  And, obviously,
 8   we haven't had quite the time to digest --
 9        Q.   (By Mr. Aveni)  Sure.
10        A.   -- the thesis --
11        Q.   Right.
12        A.   -- that you got here.  I -- it just seems
13   like -- unless you have an email that tracks this
14   back -- that says I answered him on this, then maybe I
15   could refresh how I worded it or whatever.  But I just
16   don't have anything on it.  And it might have been a
17   holiday.  As a matter of fact, it was a holiday --
18   12/22 -- Thanksgiving.  Probably didn't read it.
19             And then Michael Hailey didn't -- and so I
20   would have thought if he had written all this and if he
21   had been concerned about it, he would have written me
22   back or called me and said, "Hey, did you read my email?
23   I sent you a thing with all this kind of stuff."
24             Did I blow him off, did I -- I -- I don't
25   know.  I -- you know, that -- we -- we weren't -- there
```
Page 170

```
 1   wasn't anything to this.  And I -- you know, I just
 2   don't know.
 3        Q.   Sure.  And I understand that you don't recall
 4   ever responding back.  And I understand your testimony
 5   that you may never even have read this email.  I'm
 6   really trying to focus on what -- you know, where was
 7   Mr. Mahabub's head, as best as you could tell, and --
 8             MS. HUGHES:  Objection.  Calls for
 9   speculation.
10             MR. AVENI:  I haven't asked a question yet.
11             MS. HUGHES:  You're not asking questions.
12   You're just making argumentative statements on the
13   record.
14             MR. AVENI:  I haven't even finished my
15   statement, Leslie.  Come on.  I didn't do that during
16   your deposition.  I'm not arguing with the witness.  I
17   am trying to ask questions.  And I think I've been doing
18   that.
19        Q.   (By Mr. Aveni)  Would you take a look at
20   Page 953, the paragraph at the top.  About halfway --
21   about two-thirds of that paragraph -- do you see that he
22   says, "... as both Vic and I have worked very hard to
23   get the technology into a state that is for the most
24   part ready to integrate with minimal code/dev efforts
25   ..."
```
Page 171

```
 1             Do you see that?
 2        A.   Mm-hmm.  Stating his opinion.
 3        Q.   Okay.  Do you agree that that's an accurate
 4   statement of --
 5        A.   No, I don't agree with any of it.
 6        Q.   You don't agree with that?
 7        A.   No.  I'm sure along the way I told him many,
 8   many times, "Look, this is" -- you know, he's -- I read
 9   this as a sale -- you know, if I read something like
10   this -- because we've read things like this, okay.
11        Q.   Yeah.
12        A.   If I were to have read this -- 'cause I -- I
13   really don't know if I actually read his email, as I
14   said before.  But we've read other things that are like
15   it -- in here.  He's trying to tell me in these
16   comments -- like this, that -- "We're ready to go.  It
17   won't take much for you guys to just push it over the
18   top."
19        Q.   You read this as a sale --
20        A.   I read -- oh, yeah, totally.  And a lengthy
21   one.  I mean -- and it goes into all things that have
22   nothing to do with us.  Reverse.  Go to play.  Stat.  As
23   if we had -- as if we had any control over the guys on
24   the Mac side -- any control over the guy -- over the
25   guys in marketing, any control over the guys in our --
```
Page 172

### Page 173

```
 1   in our iPod division.  Heck, we're just trying to get
 2   this thing into the concept.
 3        Q.   So, he's trying to negotiate with you.  You're
 4   just not negotiating back.
 5        A.   Yeah.
 6        Q.   Is that fair?
 7        A.   That's -- yes, that is a fair statement.
 8        Q.   If you look at the middle of that same page --
 9        A.   What was that?  I had left it -- 950?
10        Q.   953.
11        A.   953.
12        Q.   Almost smack dab in the middle of the page
13   there, it says, "On the iPod/iPhone side ..."  Do you
14   see that?
15        A.   Mm-hmm.
16        Q.   He says -- this is Jerry Mahabub still
17   writing -- "... the stereo expansion implementation of
18   AstoundSound is ready to be completed/integrated,
19   however, the OpenAL/Gaming implementation still needs to
20   be worked on ..."
21             Do you see that?
22        A.   Yeah, I see it.
23        Q.   Did you agree with that statement?
24             MS. HUGHES:  Are you speaking about now, or
25   are you speaking about at the time when Mr. Mahabub
```

### Page 175

```
 1   side (perhaps it's both of you?)"
 2             Do you see that?
 3        A.   I mean -- let me see.  I'm sorry, where are
 4   you looking at?
 5        Q.   Here, you can see it on my page.  I've got it
 6   highlighted.  Is that helpful?
 7        A.   Yes.  So, we would be handling the business
 8   side anyway.
 9        Q.   Right.  Did you ever tell Jerry that, though,
10   in response to this email?
11        A.   No.
12        Q.   Did you ever say, "Jerry, I'm the wrong guy to
13   talk to?"
14        A.   I don't think it ever came up.
15        Q.   Well, he raised it here.
16        A.   But -- okay.  He raised it here, but I don't
17   think I -- I mean -- if you have an email and I
18   responded to it, I responded to it.
19        Q.   Okay.
20        A.   I'll agree to that.
21        Q.   Do you remember any other time telling him,
22   "Jerry, I'm not the right guy to talk to about that?"
23   Anything like that?
24        A.   I -- I don't remember.
25        Q.   Okay.
```

### Page 174

```
 1   wrote this letter?
 2        Q.   (By Mr. Aveni)  Is that an accurate statement?
 3        A.   He thinks that that's the case.  I never
 4   agreed to that.  And -- and we had a demo.  There is no
 5   way -- I want to reiterate, there is no way this stuff
 6   flies through just on his say-so.  It has to go through
 7   an entire process.  Different engineering team works on
 8   it.  The -- the -- they qualify it, run it through
 9   quality control.  You know, this is just his
10   assumptions, so --
11        Q.   Right.
12        A.   That's just assumptions on his part.  He's
13   putting a sales job on.
14        Q.   But you don't recall responding to him on that
15   and said, "Hey, look, Jerry, that's not accurate to
16   where we are" or anything like that?
17        A.   I think there's a good chance I didn't read
18   this.  And I don't think I responded to it.
19        Q.   Okay.
20        A.   And if I read it, I still didn't respond to
21   it.
22        Q.   Okay.  If you look at Page 949, the first full
23   paragraph there -- near the bottom -- it says:  "Just
24   waiting for the green light from the two of you to move
25   to the next level, and who I talk to about the business
```

### Page 176

```
 1        A.   I mean, it was evident that -- hey, look, if
 2   you're bringing in software -- Apple tends to license
 3   things if they like it.  And -- and that -- you know,
 4   that's the only assumption you can make walking in.  I
 5   don't handle the business side of it.  There's a whole
 6   team from legal, business, maybe the software teams,
 7   that come in and listen -- to see how it's going.  But,
 8   I mean -- no, I -- I probably would be out of the loop.
 9        Q.   And Jerry just didn't seem to understand that,
10   though, right?
11        A.   He's just trying to figure out what -- how
12   the -- what the inner workings were and who -- who -- I
13   mean, based on this, he was just trying to figure out --
14   "What do I have to do, and who do I have to talk to" --
15   based on what I read here.
16        Q.   Okay.  If you look at Page 947 --
17        A.   Mm-hmm.
18        Q.   -- Michael Hailey did respond --
19        A.   Yep.
20        Q.   -- to this email.  And he said that -- the
21   last sentence of this main paragraph -- "the business
22   side of things would come into play after we have exec
23   buy-in on the product side."  Do you see that?
24        A.   Yes.
25        Q.   And then the next page -- I'm sorry -- the
```

**Page 229**

```
 1   just depends -- but generally try not to discuss
 2   internal business with an -- outside vendors.
 3        Q.   So, as far as you know, you didn't discuss --
 4        A.   I --
 5        Q.   -- the meeting?
 6        A.   -- I don't know.
 7        Q.   Okay.
 8        A.   I'm -- I'm just -- all I'm saying is, is
 9   that --
10        Q.   That's a possibility?
11        A.   -- that may have -- that's a possibility, that
12   we -- but if you're asking what I did, which is what
13   I've told you, is that I -- I knew that for us -- that
14   was the end of the road for us.
15        Q.   So, in your head, you knew that was the end of
16   the road.  You just don't know --
17        A.   I don't know if I expressed that --
18        Q.   -- what you communicated to Jerry, if
19   anything?
20        A.   Right.
21        Q.   Okay.
22        A.   So, my -- I continued to expose my friends to
23   the product in other departments.  And that basically
24   was probably the -- and that may have been what I
25   said -- I mean, again, trying to reconstruct what
```

**Page 230**

```
 1   happened --
 2        Q.   Okay.
 3        A.   -- six, seven years ago --
 4        Q.   All right.
 5        A.   -- is that I may have gone back and said,
 6   "Hey, look, let's do this.  This is for Ron.  I can
 7   invite some people here and see if we get more traction
 8   on the product, but this might be it."
 9        Q.   But you don't know that, right?  You're --
10        A.   Well, I don't know if I followed on --
11   let's -- let's see what it says.  You've got all --
12   you've got the power here.
13        Q.   Well, I haven't seen anything.
14        A.   Okay.
15        Q.   We're not going to go through any emails where
16   you say anything like that, so --
17        A.   Okay.
18        Q.   -- I don't want you to speculate you may have
19   said that, if you haven't.
20        A.   I -- I don't know.
21        Q.   Okay.
22        A.   I don't know what I've said.
23        Q.   All right.  Let's look at Exhibit-120.
24        A.   Mm-hmm.
25        Q.   It's an email chain dated July 20, 2010.  It's
```

**Page 231**

```
 1   another document you produced; is that right?
 2             MR. HOLMES:  July 2nd.
 3             MR. AVENI:  I said July 2nd, didn't I?
 4   July 2, 2010.
 5        Q.   (By Mr. Aveni)  This is another email you
 6   produced, right?
 7        A.   That's what it indicates down here.
 8        Q.   Okay.  And then if you look at the bottom of
 9   Page 1, you write to Jerry Mahabub -- you say:  "Hi
10   Jerry, I have to meet on Wednesday July 7 ... Is that a
11   good time for you?"
12             And then Mr. Mahabub responds, at the top of
13   the page, "Green on my screen!  See you at 11 a.m. on
14   Wednesday, July 7th"; is that right?
15        A.   Yeah, correct.
16        Q.   Do you recall that meeting?
17        A.   But let's go back again -- so, you're trying
18   to get me to --
19        Q.   I'm just establishing the date of the meeting.
20   You guys met -- you met with Mr. Mahabub on July 7th.
21        A.   Okay.  Got it.
22        Q.   Is that true?
23        A.   Yes.  I'll probably --
24        Q.   And is there any reason to think you didn't
25   meet on July 7th?
```

**Page 232**

```
 1        A.   I -- there's no reason for me to --
 2        Q.   Okay.
 3        A.   Yeah, it's -- and this is the meeting.
 4        Q.   It's what meeting?
 5        A.   ==Well, the other person is Andrew Bright.  That==
 6   ==is the meeting, yeah.==
 7        ==Q.   No.  Well --==
 8        ==A.   I mean, that to me is my final meeting.  I==
 9   ==mean, I think.==
10        Q.   Okay.
11        A.   The big meeting.
12        Q.   All right.  Hear me out.  Let me ask
13   questions.
14        A.   Okay.
15        Q.   Okay.  So if you look at the bottom, you say,
16   "I have to meet on Wednesday July 7" --
17        A.   Okay.
18        Q.   -- 11 a.m.  Is that a good time for you?"  And
19   then you say underneath that, "Also, I would like to
20   arrange a meeting with a couple of guys on the team, one
21   you know, Barry Corlett.  The other person is Andrew
22   Bright (phd in acoustics)."
23        A.   Right.
24        Q.   Does it look like to you that's a separate
25   meeting?
```

```
 1        Q.   So, the iPhone and iPod design was below him,
 2   if you recall; is that right?
 3        A.   Run that by me again?
 4        Q.   Mr. Mansfield, it says here he's the Senior
 5   Vice President of Mac Hardware Engineering?
 6        A.   Yes.
 7        Q.   So, I'm just making sure that it's -- to your
 8   recollection, that below him at some level were the
 9   iPhone and iPod Design?
10        A.   Right.  Steve Zadetsky.
11        Q.   Okay.  I just want to make sure that the --
12        A.   I -- I'm going --
13        Q.   -- peripherals like the iPhone and iPod were
14   below Mac Hardware?
15        A.   No, they're kind of -- Mac Hardware would --
16   by itself here.  If you take a look -- VP iPad -- let me
17   see.  Oh, Dave -- VP Hardware Engineer, iPhone/iPad --
18   so, they -- see, a lot of things changed here.
19        Q.   Okay.
20        A.   So, Zadetsky did iPhone/iPad design.  Tupman
21   did iPhone and iPad.  So, those guys shared
22   responsibilities -- I don't -- you know, on the
23   hardware.  And so -- so, it's -- it's not the same as it
24   was when I was there.
25        Q.   So, I guess, what I'm trying to figure out is:
                                                      Page 305
```

```
 1   thought of to go to?
 2        A.   Yeah.
 3        Q.   Okay.
 4        A.   That we had the most direct influence,
 5   friendship -- you know, he's a good guy -- open -- we
 6   can talk openly, knows us, that would be honest and give
 7   us an opinion about what was going on.  He might have
 8   said, "Hey, I'm not the guy.  Let me take it to Phil
 9   Schiller" -- his boss --
10        Q.   Okay.
11        A.   -- "and see what he says."  I mean, then Phil
12   might have said, "Hey, this is great.  I, you know" --
13   and he might have taken it to whoever was CEO at the
14   time.
15             MR. HOLMES:  Got it.  Okay.  I don't think I
16   have any further questions.  Thank you.
17                  E X A M I N A T I O N
18   BY MS. HUGHES:
19        Q.   Mr. Tiscareno, in your work at Apple, in the
20   time frame from 2009 until you left in 2010, did your
21   res --
22        A.   '11.
23        Q.   2011.
24        A.   Yes.
25        Q.   -- did your responsibilities include
                                                      Page 307
```

```
 1   Why is it that Greg Joswiak is the person that you
 2   brought the project to?
 3        A.   That was because Greg would've given --
 4   would've given Michael Hailey permission to -- for him
 5   to expand on it, get his opinion on it, see where we
 6   could take it.  You know, it's -- it's not easy to take
 7   an idea and bring it to the top.
 8        Q.   Okay.
 9        A.   Yeah.  I mean, if Greg would have said -- then
10   he could have evangelized the project.  And he was a
11   great -- "Let's do this.  You guys keep going.  I'll
12   talk to your manager.  Mike, I want to talk to you
13   later.  We'll work on this."  You know, it would have
14   been a nice conversation in a meeting somewhere, in
15   an -- in his office.  You know, it's -- it was just a --
16   you know, in his personal office.
17        Q.   Is there anybody else that the project could
18   have been brought to, or was he really the guy that --
19        A.   He's really --
20        Q.   -- Mr. Joswiak?
21        A.   He's really the guy we could have -- I'm --
22   you know, it's -- I was running out of my area of
23   influence without being, you know, knocked down, I
24   guess.
25        Q.   Got it.  So, he was really the guy that you
                                                      Page 306
```

```
 1   negotiating acquisition of other companies?
 2        A.   Zero, nothing.
 3        Q.   Did your responsibilities include negotiating
 4   contracts to acquire companies?
 5        A.   No.
 6        Q.   Did it include negotiating licensing
 7   contracts --
 8        A.   No.
 9        Q.   -- to acquire software?
10        A.   No.
11        Q.   When you dealt with GenAudio, did you deal
12   with anyone aside from Jerry Mahabub?
13        A.   From GenAudio?
14        Q.   Yes.
15        A.   No.
16             MR. HOLMES:  I'm going to just object to the
17   term, "deal with" as pretty vague.  I think there was
18   testimony about other people he met.
19        Q.   (By Ms. Hughes)  So, you met Walt Horat?
20        A.   I met Walt Horat.
21        Q.   On one occasion?
22        A.   On one occasion.
23        Q.   Okay.
24        A.   He wanted to bring a friend, and I said no.
25        Q.   Did you have any discussions with any of the
                                                      Page 308
```

Veritext Legal Solutions
866 299-5127

```
 1   board of directors of GenAudio in that time frame
 2   from 2009 through February of 2011?
 3       A.   No.
 4       Q.   You didn't talk to Mark Bobak?
 5       A.   No.
 6       Q.   You didn't talk to Paul Powers?
 7       A.   No.
 8       Q.   Ted Cohen?
 9       A.   No.
10       Q.   There's another guy.  I'm not going to be able
11   to think of his name.  But none of the board of
12   directors?
13       A.   No.
14       Q.   We've talked today a lot about this idea of
15   integration and was GenAudio's software integrated with
16   Apple's operating system or not integrated.
17            So, my question is:  What did you understand
18   the idea of integration to mean?
19       A.   It's a question of definition.  I would -- my
20   thought is when somebody says integration, that it's
21   going to the core operating system; not -- not
22   integrating it into an application which resides within
23   the system.
24       Q.   So, you're distinguishing between the core
25   operating system and an application that works outside
                                                  Page 309
```

```
 1   of the operating system?
 2       A.   Correct.  They all work within.  It's how it
 3   plugs in, you know.  It's in a safe zone.
 4       Q.   Throughout the emails, there are references to
 5   something called KEXT, K-E-X-T.  What is KEXT?
 6       A.   Kernel Extension.
 7       Q.   And what does that mean?
 8       A.   Kernel Extension is the -- is a -- I'd have to
 9   look it up actually and give you an absolute definition.
10   You can look it up.  It is actually the -- the starting
11   point for the operating system.  It's the keyway to the
12   operating system.
13            So, that's where everything originates in the
14   operating system.  It's -- it's kind of like home base
15   for the operating system.  And to get access to that
16   requires special permission.
17       Q.   So, I would like you to look at Exhibit-96.
18   This was an Apple meeting notice of a GenAudio
19   demonstration on August 19, 2009.  Can you look at
20   Exhibit-96 in that pile?
21            It's going to be -- yeah, towards the bottom.
22       A.   Okay.
23       Q.   Was Phil Schiller included on this meeting on
24   August 19, 2009?
25       A.   Not on this list.
                                                  Page 310
```

```
 1       Q.   Did you ever participate in any meetings with
 2   Jerry Mahabub and Phil Schiller?
 3       A.   No.
 4       Q.   Not during 2009?
 5       A.   Never.
 6       Q.   Not during 2010?
 7       A.   Never.
 8       Q.   And not in 2011 either, right?
 9       A.   That's correct.
10       Q.   Did you ever recommend GenAudio software to
11   Phil Schiller?
12       A.   No.
13       Q.   Did you ever demonstrate it to Phil Schiller?
14       A.   No.
15       Q.   Did you ever recommend GenAudio software to
16   Tim Cook?
17       A.   No.
18       Q.   Did you ever give Mr. Cook a demonstration of
19   GenAudio software?
20       A.   No.
21       Q.   Did you ever recommend GenAudio software to
22   Steve Jobs?
23       A.   No.
24       Q.   Did you ever give him a demonstration?
25       A.   No.
                                                  Page 311
```

```
 1       Q.   Would you characterize yourself as the main
 2   point of contact within Apple for GenAudio?
 3       A.   Yes.
 4       Q.   Now, I'd like you -- in that same pile -- to
 5   look at Exhibit-98.  This was an August 20, 2009, email
 6   from you to Michael Hailey.  And earlier today, in
 7   talking with defense counsel, you talked about -- in
 8   this time frame -- you were enthusiastic about
 9   GenAudio's product.
10            At this point, did you ever offer that Apple
11   would acquire GenAudio?
12       A.   No.
13       Q.   Did you ever offer to acquire its license for
14   its software?
15       A.   Come again with that last one?
16       Q.   Did you ever offer to acquire a license to use
17   GenAudio software?
18       A.   I don't think I ever used those terms.
19       Q.   Did you ever negotiate terms --
20       A.   No.
21       Q.   -- for a license?
22       A.   Let me just say that -- automatically -- a
23   vendor comes in with a software.  The end result is that
24   if it all works out, you might license something.
25   That's -- that's automatic.  So, the answer to the
                                                  Page 312
```

```
 1  question -- I never offered -- I guess, we could
 2  assume -- but I never offered and said, "Hey, this is
 3  what we're going to do" -- in those words.
 4       Q.   In September 2009, was GenAudio's product
 5  ready to be integrated into Apple's operating system?
 6       A.   No.
 7       Q.   In that time frame, September 2009, did you
 8  ever talk with Mr. Mahabub about acquiring GenAudio
 9  software so it could be included in a Christmas product
10  rollout for Apple?
11       A.   No.
12       Q.   At any point during 2009/2010 and into
13  early 2011, did you ever exchange term sheets with
14  Mr. Mahabub?
15       A.   No.
16       Q.   Did you ever exchange any letters of intent?
17       A.   No.
18       Q.   Did you ever exchange any draft contracts --
19       A.   No.
20       Q.   -- between Apple and GenAudio?
21       A.   No.
22       Q.   Based on your experience with Apple, do you
23  have an understanding of what is the amount of lead time
24  it would take to roll out a new feature in an Apple
25  product?
                                              Page 313
```

```
 1       A.   I -- the theoretical -- I -- I don't have a
 2  timeline, honestly.  But I -- I think it could be -- I
 3  mean, all-out assault to get something done -- but
 4  it's -- when I -- I can give an arbitrary number.
 5  There -- it's -- it's going to have to go to a different
 6  team that -- I don't understand their process to get
 7  things done.  I can only guesstimate.
 8       Q.   Is it something that could happen in three
 9  months?
10       A.   Sure.
11            MR. AVENI:  Objection.  Calls for speculation.
12       Q.   (By Ms. Hughes)  So, if you would look at
13  Exhibit-105.  This is a November 3, 2009, email exchange
14  between you and Mr. Tiscareno (sic).  And in it he was
15  talking about hopefully having this done by MacWorld.
16            Was it conceivable that, between November 2009
17  and roughly January of 2010, GenAudio's product would be
18  ready to be included in Apple by MacWorld?
19       A.   So while you're talking, I processed
20  something.  And I don't know how to answer your
21  question.  I'm going to say no.  Never did it.  But
22  Apple backed out of MacWorld.  They weren't going to do
23  MacWorld anymore, even though the show went on.
24       Q.   So --
25       A.   So I --
                                              Page 314
```

```
 1       Q.   I'm -- go ahead.
 2       A.   So without looking it up, I can't tell you
 3  when exactly that happened.  But at some point Apple was
 4  not doing MacWorld anymore.  It may have been in that
 5  time frame.
 6       Q.   So at this point in November of 2009, you and
 7  Mr. Hailey had not yet made a presentation to
 8  Mr. Joswiak, correct?
 9       A.   No.  Let's go back and look at the date,
10  but it's --
11       Q.   That happens in May of 2010?
12       A.   That's correct.
13       Q.   So, could GenAudio's application be included
14  and ready for MacWorld without Mr. Joswiak ever even
15  saying, "Yes, go ahead with it"?
16       A.   Yes -- no, it never would have happened
17  without his permission.  We hadn't got there.
18       Q.   Now, if you would look at Exhibit-109.
19       A.   Yes.
20       Q.   This was that very long email that Mr. Mahabub
21  sent to you and Mr. Hailey on December 22, 2009.
22       A.   Right.
23       Q.   And, in particular, I'd like you to look at
24  the second page.  And this is Mr. Hailey writing back to
25  Mr. Mahabub.  He says at the end of the large middle
                                              Page 315
```

```
 1  paragraph:  "The business side of things would come into
 2  play after we have exec buy-in on the product side."
 3       A.   Right.
 4       Q.   "I am sure we will continue to be in contact
 5  as things progress on our end.  I just don't want you to
 6  get frustrated by the lack of apparent progress (or the
 7  pace thereof)."
 8            Did I read that correctly?
 9       A.   That's correct.
10       Q.   So, at this point you and Mr. Hailey did not
11  have executive buy-in on GenAudio's product?
12       A.   That's correct.
13       Q.   And Mr. Hailey is advising Mr. Mahabub of that
14  fact in December of 2009?
15       A.   That's correct.
16       Q.   I'd like you to look at Exhibit-114.  This is
17  the March 15, 2010, shareholder letter that Mr. Mahabub
18  sent out in connection with GenAudio's Private Placement
19  Memoranda.
20            If you look at that second paragraph, it says:
21  "This offering is being conducted to provide bridge
22  capital until we can 'ink' a deal with a large consumer
23  electronics company (referred to as the 'LCEC'
24  throughout the PPM) with whom we have had over 15
25  meetings with marketing and technical management, and
                                              Page 316
```

```
 1   will start the actual embedded level integration process
 2   within the next 30 days."
 3           Did I read that correctly?
 4      A.   That's correct.
 5      Q.   As of March 2010, was there any discussion
 6   between you and Mr. Mahabub about inking a deal between
 7   GenAudio and Apple?
 8      A.   No.
 9      Q.   Were you aware of Mr. Mahabub having
10   discussions with anyone else at Apple about inking a
11   deal with GenAudio?
12      A.   I know of no one.
13      Q.   In March of 2010, were you involved at all in
14   embedding GenAudio software into Apple software?
15      A.   No.
16      Q.   Are you aware of anyone else who was involved
17   in embedding GenAudio software into Apple software?
18      A.   I'm not aware of any.
19      Q.   In March of 2010, were there any discussions
20   about Apple acquiring GenAudio?
21      A.   No.
22      Q.   Did Mr. Mahabub ever tell you that anyone at
23   GenAudio was telling investors about negotiations with
24   Apple?
25      A.   I know -- I know -- didn't know anything about
                                                         Page 317
```

```
 1   with Apple?
 2      A.   Correct.
 3      Q.   I'd like you to look at Exhibit-2.  This is
 4   the GenAudio Private Placement Memoranda dated March 15,
 5   2010.
 6      A.   Okay.
 7      Q.   If you would look at Page Number GA510.
 8      A.   Yes.
 9      Q.   I'm looking at the third paragraph.  And it
10   states:  "Working with the LCEC, the Company has now
11   successfully integrated the AstoundSound Technology into
12   several of the LCEC's products to demonstrate the
13   viability and enhanced audio experience for music,
14   movies, and videogames played on several of their
15   consumer electronic devices."
16           Did I read that correctly?
17      A.   That's correct.
18      Q.   They're using that word "integration" again.
19           At this point in March of 2010, had Apple
20   integrated -- excuse me -- had GenAudio integrated its
21   software into Apple's operating system?
22      A.   I'm going to say no, depending on how
23   "integrated" is defined.  And that's -- so, that's for a
24   software engineer who does software engineering
25   management to determine what that term means.  But I'm
                                                         Page 319
```

```
 1   that.
 2      Q.   Would it have concerned you if you knew that
 3   GenAudio was raising money from investors based on these
 4   alleged negotiations with Apple?
 5      A.   Absolutely, yes.
 6      Q.   Did you ever say to Mr. Mahabub that Apple was
 7   going to ink a deal with GenAudio?
 8      A.   No.
 9      Q.   We have looked at Exhibit-116.  That's the
10   colorful org chart for Apple.  Did you create this
11   document?
12      A.   No.
13      Q.   Were you aware it existed before today?
14      A.   No.
15      Q.   Does it accurately reflect the structure of
16   Apple during 2009?
17      A.   No, I don't think it does.  I think -- high
18   probability that org chart was different.
19      Q.   Do you know all the people who are identified
20   on this chart?
21      A.   I don't know everyone.
22      Q.   Okay.  So, you're not sure if this is
23   accurate?
24      A.   I'm not sure it's accurate.
25      Q.   And by August of 2011 you had left employment
                                                         Page 318
```

```
 1   going to say no.
 2      Q.   If a person looked at Apple's code --
 3   operating system code -- in March of 2010, was there any
 4   GenAudio code in that string anywhere?
 5      A.   No.
 6      Q.   So when you looked at these demonstrations
 7   that Jerry Mahabub brought, they were on stand-alone
 8   devices that he purchased and loaded GenAudio's code
 9   onto?
10      A.   Correct.
11      Q.   That's no different than anyone going to an
12   app store and choosing an application and putting it on
13   their phone or their iPad?
14      A.   Correct.
15      Q.   In March of 2010, had you told Mr. Mahabub
16   that Apple was going to go acquire a licensing
17   arrangement with GenAudio?
18           So in March, at the time of this PPM --
19      A.   Yes.
20      Q.   -- did you tell Mr. Mahabub, "Apple is going
21   to make a licensing agreement with you"?
22      A.   I did not.
23      Q.   Did you tell Mr. Mahabub that Apple was going
24   to acquire GenAudio?
25      A.   No.
                                                         Page 320
```

```
 1        Q.   Are you aware of any facts that would make him
 2   believe that was likely to occur?
 3        A.   No.
 4             MR. HOLMES:  Objection.  Calls for
 5   speculation.
 6             MR. ELTRINGHAM:  Not if he's aware of any
 7   facts.  It's not speculation.
 8             Can we take a break -- just a bathroom break?
 9             MS. HUGHES:  Yes, you may.
10             Let's go off the record, please.
11             (Recess taken from 6:03 p.m. to 6:08 p.m.)
12        Q.   (By Ms. Hughes)  I would like you to look at
13   Exhibit-122.  This is a July 18, 2010, email from
14   Mr. Mahabub to you.
15        A.   Hmm.
16        Q.   And in the fourth paragraph, Mr. Mahabub is
17   suggesting it would be a "phenomenal time for Apple to
18   consider putting out an AstoundSound integrated set of
19   product offerings for their Christmas product rollout."
20             In July 2010, did you ever talk with
21   Mr. Mahabub -- verbally talk with him -- about Apple
22   putting out the AstoundSound product for the Christmas
23   rollout?
24        A.   Never.
25        Q.   Can I have you look at the next exhibit,
                                                     Page 321
```

```
 1   Steve Jobs still the CEO of Apple?
 2        A.   Yes.  I'm going to say yes.  I just don't know
 3   where he -- there were many gaps due to his health.  And
 4   I don't know if he was then -- if Tim Cook had taken
 5   over temporarily or not.  There were gaps in his
 6   presence, so I -- I -- without knowing, I'm going to
 7   say, yes, he was.
 8        Q.   Then let me ask this question.  If in
 9   August 2010 Mr. Jobs was the CEO of Apple, did he ever
10   ask -- that you are aware of -- for a handshake meeting
11   with Mr. Mahabub?
12        A.   No.
13        Q.   Did he ever ask to have a meeting with
14   Mr. Mahabub and Apple's expert in acoustic physics?
15             Did Mr. Jobs ask to have a meeting with
16   Mr. Mahabub and Apple's expert in acoustic physics,
17   which I take this to be Andrew Bright?
18        A.   I'm -- I was going to ask you if you wanted to
19   define who that was.  I could guess, but you've said it.
20   And I said no.  I'm -- not that I'm aware of.
21        Q.   ==Now, as a follow-up, in December of 2010 did==
22   ==you meet with Mr. Mahabub and Steve Jobs ===
23        A.   ==No.==
24        Q.   ==-- to demonstrate GenAudio's technology?==
25        A.   ==No.==
                                                     Page 323
```

```
 1   Exhibit-123.  This is one of a series that Counsel
 2   showed you about a new NDA, nondisclosure agreement.
 3        A.   Mm-hmm, yes.
 4        Q.   Did you ever ask Mr. Mahabub to sign a new
 5   nondisclosure agreement?
 6        A.   I don't recall.
 7        Q.   I'd like you to look at Exhibit-37.  So this
 8   is going to be five or six more in the pile, as you're
 9   moving forward.  This is an August 1, 2010, GenAudio
10   shareholder letter.  It looks --
11        A.   Okay.  Oh, here it is.
12             MR. HOLMES:  It should be between 127 and 128.
13             MR. ELTRINGHAM:  Thank you.
14        A.   5351.  Okay.  Got it.
15        Q.   (By Ms. Hughes)  So, I'd like you to look at
16   the second page of Exhibit-37.  Under the heading,
17   "Consumer Electronics Industry" --
18        A.   Right.
19        Q.   -- it states:  "In the very near future, it
20   has been requested by the LCEC's CEO to have a
21   'hand-shake' meeting with myself alongside meeting with
22   the LCEC's expert in acoustic physics and others.  This
23   meeting will take place within the next couple of
24   weeks."
25             At this point in time, in August of 2010, was
                                                     Page 322
```

```
 1        Q.   ==Were you ever present in a meeting with Steve==
 2   ==Jobs in which he stated, "I really like your technology,==
 3   ==and I look forward to seeing you again"?==
 4        A.   ==No.==
 5        Q.   ==In December of 2010, did you ever tell==
 6   ==Mr. Mahabub that Apple was interested in inking an==
 7   ==actual license deal with GenAudio?==
 8        A.   ==No.==
 9        Q.   ==Are you aware of anyone else telling==
10   ==Mr. Mahabub that Apple was interested in inking an==
11   ==actual license deal with GenAudio?==
12        A.   ==I'm not aware of anyone.==
13        Q.   When you left Apple, and you advised
14   Mr. Mahabub that you were leaving, did you tell him that
15   Apple continues to be very interested in integrating
16   GenAudio's technology across Apple's entire line of
17   product offerings?
18        A.   No.
19        Q.   At some point, did you become aware that
20   Mr. Mahabub had forged a transcript of a telephone
21   conversation with you?
22        A.   When was this, please?
23        Q.   In May of 2010.
24        A.   I was not aware.
25        Q.   At a later point in time, did you see a copy
                                                     Page 324
```

```
 1   about Mr. Mahabub's objective intent.
 2          MR. AVENI:  Join.  It's also not follow-up.
 3      Q.  (By Ms. Hughes)  And Mr. Mahabub was lying
 4   about the status of his discussions with Apple, wasn't
 5   he?
 6          MR. HOLMES:  Same objection.
 7          MR. AVENI:  Same objection.
 8      A.  Yes.
 9          MS. HUGHES:  No further questions.
10          MR. AVENI:  Let's go off the record for a
11   minute.
12          (Recess taken from 6:41 p.m. to 6:45 p.m.)
13          MR. AVENI:  Okay.  So, first of all,
14   Mr. Tiscareno, thank you again for giving us a full day
15   of your time -- which is very much appreciated.
16          And while we were off the record, Counsel
17   stipulated that once I receive a copy of the transcript,
18   I will promptly forward it to Mr. Tiscareno's counsel,
19   who will send it on to his client.  And Mr. Tiscareno
20   will have 30 days to notify us of any changes.  And it
21   would be sent back to me, and I will hold the
22   transcript.
23          MR. ELTRINGHAM:  That is correct.
24          MR. HOLMES:  So stipulated.
25          MR. AVENI:  Leslie?
```

Page 345

Veritext Legal Solutions
866 299-5127

```
 1          MR. HOLMES:  Do you agree?
 2          MS. HUGHES:  I do agree.
 3          MR. AVENI:  Okay.  We're off the record.
 4          (Deposition concluded at 6:46 p.m.)
 5          (Signature reserved.)
 6                  -----
```

Page 346

Veritext Legal Solutions
866 299-5127

```
 1                S I G N A T U R E

 5          I declare under penalty of perjury
 6   under the laws of the State of Washington that I have
 7   read my within deposition and the same is true and
 8   accurate, save and except for changes and/or
 9   corrections, if any, as indicated by me on the CHANGE
10   SHEET page hereof.
11          Signed in _____,
12   Washington, on the _____ day of _____,
13   2016.

17                            _____
18                            VICTOR TISCARENO
                              TAKEN:  December 16, 2016
```

Page 347

Veritext Legal Solutions
866 299-5127

```
 1               C E R T I F I C A T E
 2   STATE OF WASHINGTON )
                         ) ss.
 3   COUNTY OF KING      )
 4
 5          I, the undersigned Washington Certified Court
     Reporter, hereby certify that the foregoing deposition
 6   upon oral examination of VICTOR TISCARENO was taken
     stenographically before me on December 16, 2016, and
 7   transcribed under my direction;
 8          That the witness was duly sworn by me pursuant
     to RCW 5.28.010 to testify truthfully; that the
 9   transcript of the deposition is a full, true, and
     correct transcript to the best of my ability; that I am
10   neither attorney for nor a relative or employee of any
     of the parties to the action or any attorney or counsel
11   employed by the parties hereto nor financially
     interested in its outcome.
12
13          I further certify that in accordance with
     Washington Court Rule 30(e), the witness is given the
     opportunity to examine, read, and sign the deposition
14   within thirty days upon its completion and submission
     unless waiver of signature was indicated in the record.
15
            IN WITNESS WHEREOF, I have hereunto set my
16   hand this 27th day of December, 2016.

21          Washington Certified Court Reporter No. 3337
            License expires June 4, 2017.
```

Page 348

Veritext Legal Solutions
866 299-5127