REDACTED

# EXHIBIT 40

**From:** VICTOR TISCARENO [mailto:█]
**Sent:** Wednesday, October 30, 2013 8:36 PM
**To:** Dell Skluzak
**Subject:** Re: Look forward to your review

OMG!

I'm sure I said a few nice things in there from time to time over the course of our long term relationship.
However, I never discussed anything about Steve Jobs or any other board member at Apple. I never discussed this with Steve Jobs. Period!
Jerry's demo's were shown to mid level management and engineers. **There was never any discussion about buyout.**
**If it was mentioned, it only came out of Jerry's mouth. OMG!**
Licensing would only come about if we could get the product working and get an approval.
We never got out of the batter's box GenAudio.
The SW didn't work well in the beginning, and later, we asked Jerry for for upgrades and demo pieces.
This letter is pure fabrication.

The highest ranking member of Apple org that I showed it to was Greg Joswiak, **Apple's** vice president of iPod, iPhone, and iOS (back then, only VP of iPod)
Greg is not a board member.

Vic
=====

On Oct 30, 2013, at 4:41 PM, Dell Skluzak <█> wrote:

Vic,

Found an old cache of GenAudio files. Can you comment on the e-mail below?

Thanks,
Dell

**From:** Jerry Mahabub [mailto:jerry@genaudioinc.com]
**Sent:** Thursday, May 06, 2010 7:46 PM
**To:** Dell Skluzak
**Subject:** FW: Why else would I be writing you...

You must delete this email after you read it. I am still in shock!

-Jerry

EXHIBIT 16
WITNESS Devine
CONSISTING OF 5 PAGES
DATE 7-19-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF. ___ DEFT. ___



SEC0000001

------ Forwarded Message
From: Jerry Mahabub <jerry@genaudioinc.com>
Date: Thu, 06 May 2010 19:30:45 -0600
To: Bob Coover , Brent Kaviar            , Gary Smith
         GenAudioInc                                  >, Ian Esten
         Jim Devine                                   "Jim W. Mattos"
         Paul Powers                                  , Paul Savio
         >, Stephan Bernsee                           >, Walt GenAudio
         Abbey Laudadio <                             , Recy A Pilloud
         , Melissa Gonzales                           , Greg Morgenstein

Conversation: Why else would I be writing you...
Subject: re: Why else would I be writing you...

My dearest team: (DELETE THIS EMAIL AFTER YOU READ IT – DO FOLLOW MY INSTRUCTIONS.)

Drum roll please...

# SUCCESS!!!!!! :)

Vic just called me after I was practically about to burn a path in my hard wood floors, and below is a verbatim reproduction/transcription of what we discussed taken from a recording I did on my laptop while he was on speaker phone.

For security purposes, I will immediately delete the recording and I am instructing you all to delete this email after you review it. If this ever got out, it could kill our deal – Absolutely every precaution to prevent a leak must be taken from this point moving forward with the highest degree of security measures. Any discussions about this email outside of the recipients on this email could cause irreparable harm to the Company, and this would lead to a legal action being taken. This is not a joke. PLEASE Delete this email from your computer after you read it...

Jerry: Vic! I have been going crazy here in Venice. Lay it on me. Whatever the outcome, I can take it...I think.
Vic: Well, I have some good news and I have some bad news.
Jerry: Could we start with the good news first?
Vic: Let's just say that the meeting could not have gone any better...The demos were all very well accepted. Congratulations. You deserve it.
Jerry: Well, that certainly is very good news, anything else...good things that is?
Vic: I should let you know I could lose my job for calling you and speaking to you about this, however, I wanted you to know so you can get some SLEEP!
Jerry: LOL! Yes, indeed, much appreciated you calling me. So what are the next steps?
Vic: you can rest assured that we have the green light to continue moving forward from this point however, now for the bad news, it will take a lot of time before you and Apple get to the

business side.

**Jerry:** Oh no, is something wrong with the processing, are there integration issues, marketing isuues, what is going on?

**Vic:** LOL! Slow down. I can't say anything more other than he axed the first implementation strategy of the two we have been putting together, and we will not be integrating into the OS 4 release for WWDC.

**Jerry:** Come on now my friend, give me the low-down...what happened?

**Vic:** Steve thought the technology was so extraordinary, that he did not want this technology to be lost in the hundred new features of OS 4 and decided to move forward with allowing the user to turn it on and off for the time being, and that could change again, however, once he makes up his mind about something, that is usually what happens. Let me try to explain, in other words, your technology is too good to be rolled in to a giant pool of other features. I believe he wants to explode this technology into the world, and he stated he needs some time to figure out the plan and when to launch this.

**Jerry:** Oh my god!!!! SWEET! Are you kidding me? So, that means different UI's for varying apps will have their own way of drilling down to the core Astound processing that will be embedded as we discussed as option #2 for the tech implementation strategy?

**Vic:** Basically, that is correct, and then some. He asked me the question about how big is your Company...how many employees and consultants do you currently have? Just give me a range...

**Jerry:** I believe we are in the 20 to 25 range. I will have to defer to my COO for the exact number.

**Vic:** You don't have to do that. This is what we wanted to know. Sometime down the road, I am sure it will get into specific details.

**Jerry:** I can send you an organizational chart if that helps...

**Vic:** I don't think we need that at this time. The 20 to 25 answer you gave me is all we need to for now.

**Jerry:** Not to change the subject, I wanted to know what he thought about the Freddy Mercury demo of one of our professional audio tools? He must of loved that...

**Vic:** He actually kind of snapped at me and stated, "why did you not give me this demo first, that it was incredible." He also stated that he could easily see how this technology would be incredible for 3D films. I told him about your recent successful presentation at Walt Disney as well.

**Jerry:** AWESOME! So he gets it and now understands that the core technology is much more capable than just providing 3D stereo expansion...

**Vic:** I have already said too much. As I told you before, he instructed all of us to be in a no radio period.

**Jerry:** So when will I hear back from you or anyone else?

**Vic:** When he gives us the green light, and by the way, I have to say it again, congratulations! The meeting really could not have gone any better.

**Jerry:** That is brilliant! Any idea of how much time this will take?

**Vic:** I really can't say anything more...sorry, I have to run my boss is coming to my office and he can't hear me talking to you. I can say that he is anxious to meet you in person when we have things figured out on our end.

Jerry: YES! This is incredible and I don't know if I can sleep now knowing what you just told me...Safe travels and thanks you very much for everything. I will only let the GenAudio team know of our conversation if that is ok with you?

Vic: That should be fine, just make sure any traces of your letting them no are wiped out or it could blow this deal and my job. I have to run now. Thank you for your non-human hard work thus far and putting all of the great demos together to help us push this to the next level. I think you will be very happy once we have everything put together on our end and we get the green light to re-open our discussions.

Jerry: OK, I don't want to take up any more of your time. Thanks for everything and safe travels my friend.

Vic: Same to you. Get some sleep.

Jerry: Will do...have a good evening.

**WOW! I am still pinching myself to make sure I am actually awake after getting the good news!** I am so happy I am in tears! :) 22 years. Shit – that has been one hell of a long time. I don't know if I can sleep now due to the excitement that we just got the green light to move forward (or better stated for his team to move forward from this point). Three major things came out of my discussion with Vic:

1. Knowing the implementation strategy now gives us more time to put together our chess game pieces, and put together other options because this is exactly what they will be doing over the next, I would anticipate, 60 to 90 days. Now is when the "Apple tries to de-value us and we try to gain value" part of the course initiates. And I am very VERY happy we will have some time to get other Gorillas to the tree...I just might be able to nail Philips (European company) in that period of time, and plan on going after the Japanese with all my strength (and potentially others) as well.
2. Apple is going to go into seclusion with the "no radio" instructions from Jobs, and most likely prepare what I believe will be a buyout offer. I better have something else lined up by then, or we will not have much leverage to counter propose with a larger number. I will be working daily from this point with Paul, potentially some Investment Bankers, and Sam Khoury to make sure they are all well trained in the product implementations, what they mean in terms of licensing, and how this translates to asset acquisition so we can all formulate a strategy, just like they are doing, and when the time comes, we should be fully enabled to justify our position, especially if I can get some additional buy-out options from other large CE companies in this "no radio" timeframe.
3. That our thoughts of Steve wanting this for Disney as well was right on the nose. This will enable him to start thinking about the way he would license or sell the portion of the technology to Disney for pro-audio theatrical and home theater release use, thus allowing Apple to recoup on their investment. What a smart guy he is. To get that within 10 seconds of hearing the pro-audio mono plug-in demo...Fascinating! I can't wait to meet him for our one on one meeting, which according to Vic, is still on the radar screen for when we re-open haling frequencies with them.

**I must say the congratulations actually goes to all of you for standing by my side throughout**

even the toughest of times. Now, we are simply waiting at the end of the tunnel for them to open up their doorway, and acquire the technology and bring it to life for the world to enjoy, unless we come across another doorway with a bigger pot of gold during our waiting period – That is my primary goal as of now moving forward.

This is actually happening!!!!!!! :}

Of absolute critical importance now is that we get those plug-ins in the best state that they can be in as this will add huge value to us if we can ink a deal with Disney and/or Pixar. Elliot Mazer, one of our board members (like I have to say that), is going to Skywalker Ranch with me on the 18th and I will be showing off the new plug-ins to whomever Elliot has lined up. I am not sure if I will be allowed to bring anyone else in with me, however, if at all possible, I will see if we can bring Brent Kaviar along as he knows many of the people there too, and between Elliot and Brent, with me being there to give the demos of the plug-ins, we can't go wrong. It might even be well worth the while to have either Greg or Paul Savio attend...Again, that will be up to Elliot. If we can nail Disney/Pixar in the next 60 to 90 days, this could potentially be just as big if not bigger leverage for us to ink a sweet deal with Apple, as it will verify to Steve that he can recoup on his investment and that we did this without needing him to do it for us.

I am still a bit worried about releasing the PC version of the ASE as of this point in time. This is a strategy discussion for the board of directors, and I will be calling a board meeting for sometime next week to get all the board members in sync for what is about to come our way. Luckily, we do have some breathing room. This is what had me a nervous wreck – the question in my mind, "What if Steve decides to pop it into OS 4 which releases at WWDC in June?". At least we have some time to put our strategy together and get our pawns in order for the asset acquisition or licensing battle.

OK – That is it for now.

Have a good evening...

Best Wishes,

Jerry Mahabub, Chairman & CEO

<image.png>
Colorado Office: ▓▓▓▓▓▓
LA Studio: ▓▓▓▓▓▓
Fax: ▓▓▓▓▓▓
Mobile: ▓▓▓▓▓▓
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com