REDACTED

# EXHIBIT 41

**To:**      Jay Rifkin█████████████ phil█
**From:**    Jerry Mahabub
**Sent:**    Fri 9/30/2011 9:13:37 PM
**Subject:** FW: Conference call on Monday! :)

Looks like Apple is giving us a second chance to do business with them. Vic and I have been back and forth with emails for the past few months, and tonight he called me to let me know of some maneuvers at Apple and we are forming a strategic pathway to get AstoundSound back in the spotlight. Vic and I (and most likely Michael) will be meeting in San Jose with Phil Schiller, SVP Marketing for Apple, in the next couple of months in an attempt to get the ball rolling again. I have met Steve Jobs, Phil Schiller, Scott Forstall and many other executive team members at Apple, and we just did not have enough market exposure at that time to really drive the business initiative. The good news is that AstoundSound is a familiar tech, and we have dramatically enhanced it since we last did the dance with Apple.

Will keep you apprised as we roll forward. I think within the next couple of months, I would like to bring Franzi on board as our COO, which will require board appointment. Also, in terms of succession planning, Franzi fits the bill. Much like Tim Cook, COO for Apple was Steve Jobs successor, I believe Franzi would be mine should I ever die or become terminally ill (not saying that is going to happen, but you never know, and many of the shareholders would be happy to know I have one in place as a protection of their investment).

Hope you both enjoy the weekend. With all that is happening, I don't think I will have much time to do anything but work! Some things never change.

Best Wishes,

-Jerry

From: Jerry Mahabub
Date: Fri, 30 Sep 2011 18:05:52 -0700
To: Victor Tiscareno
Cc: Michael Franzi
Subject: re: Conference call on Monday! :)

Hi Vic,

As always a pleasure to talk with you and anxious to get moving with the semiconductor manufacturer you are looking to introduce to GenAudio. CC'd is Michael Franzi, GenAudio's newest Sr. Management team member heading up global licensing.

@ Michael – Vic and I have worked together for a long time and he is a good friend. Vic



SEC-MahabubJ-E-0021085

was in charge of iPod Audio/Acoustics for Apple for many years, and is now retired from Apple. Vic is by far the best thing that ever happened to Apple in terms of Audio IP. Vic was our internal "champion" at Apple since we first met at the Apple campus on March 1, 2007. He is intimately familiar with our software processing. Vic and I talked this evening and I think it would be a good idea to bring you in the loop to get your feedback for strategy to re-approach Apple from the Marketing side of the fence, not necessarily the engineering side. With you being the former CMO for THX and your specific background with audio IP software technology as the former SVP Global Licensing for SRS, I feel it would be advantageous for the three of us to have a conference call immediately. I will fill you in with more detail on the phone tonight or tomorrow.

Let's shoot for Monday at 6pm Pacific. I will be busy all day until around 5:30pm.

Let me know if this works for both of you.

Best Wishes,

Jerry Mahabub, Founder, Chairman & CEO



Colorado Office:
LA Studio:
LA Office:
Mobile:
Fax:
email: jerry@genaudioinc.com
URL1: http://www.genaudioinc.com
URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
This email contains confidential and privileged material, and is for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

SEC-MahabubJ-E-0021086