REDACTED

# EXHIBIT 43

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <██████████>
Cc:
Bcc:
Date: 08/09/2009 03:47:15 pm
Subject: Re: rev. 3 updated UI...
Attachments:

Correction to the below email..."Five Major Things" not four! :)

-Jerry

On 8/9/09 1:45 PM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

Hi Vic,

Attached are screenshots of the new UI.

EXHIBIT 203 PLTF. DEFT.
WITNESS Mahabub
CONSISTING OF 1 PAGES
DATE 1/19/17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Four major things:

1. We have added in most of the Current Apple EQ palette selections for a fair comparison of our bass boost versus Apple's current one, as well as most of the preselects currently on the device. It is interesting that they really do not do much at all for the most part when listening to music, however, when we splash white noise through it, the difference is quite audible...People do not listen to white noise (with the exception of people like you and I who have to for testing purposes). Indeed, the Current EQ method is definitely broken as far as doing anything constructive for music. SpatialEQ resolves this issue quite nicely.
2. We have implemented the new Tilt EQ slider, where you can simply double tap the slider and it will "snap to zero".
3. We have streamlined the UI with a large selection of songs from just about every Genre (new, old, top sellers on ITMS, etc.). All of the audio has been downloaded from the ITMS so there are no native 44.1/16 bit songs ripped from a CD.
4. New audio playback controls. We have added in the "shake" function for randomly selecting a song from the playlist. Shake the player, and it will select a different song from any of the songs loaded on the device and immediately begin playing back the randomly selected song.
5. New Presets for "less" and "more". Less has been made to be a level match by ear, and I will most likely be providing you with white noise splash analysis results (test tones included in the playlist so you can verify our results) when I see you on Tuesday morning.

We are still working on making fine tune adjustments to the "more" setting, however, we have kept our focus on the "Victor Setting" in accordance with the spec we have discussed.

See you in a couple of days. I would like to spend at least 30 minutes to an hour with you if possible going over the new app. If I deliver the new device to you by 10:30am in Cupertino is this too late? I can show up at anytime, however, I will be coming in from San Francisco, so trying to avoid the morning madness.

I hope you are enjoying the rest of your weekend and look forward to moving on to the next steps with

SEC-TiscarenoV-E-0000325

you.

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0000326