REDACTED

# EXHIBIT 45

Received(Date): Sun, 13 Sep 2009 12:00:26 -0700
Subject: Re: Software/Hardware dev tools...
From: Jerry Mahabub <jerry@genaudioinc.com>
To: "███████████" <███████████>
Cc: Victor Tiscareno <███████████>
Date: Sun, 13 Sep 2009 12:00:26 -0700

Hi Ron,

OK, I believe I understand your point of view. One could also listen through headphones or using a firewire interface playback with an external set of active studio monitors for accurate listening tests, as the laptop speakers certainly should not be used for any critical listening tests. So, even though we know that the laptop speakers are not necessarily the best way to show our sound localization technology especially with non-EQ'd internal speakers, you and our team can read between the lines knowing that we did not have your EQ curve to begin with, and as a direct result, you are left with our technology in the raw. After that, and you like what you hear, then we can move onto step 2, and work together to get the right pre-Spatial processing EQ curve and set the parameters. Please note that I was simply trying to expedite this process, however, I am down for the slowly but surely way as well. I am just so used to moving at the speed of light with development and running the company that it can sometimes be hard to actually slow the pace down...Good call on the slowly but surely. That way we do not miss anything and in the long run, if we move forward, testing will be streamlined going in the direction you are requesting in your response below.

I need Vic's feedback on the iPhone/iPod OpenAL gaming side of the coin as well (the second part of the last email).

Will you be able to meet with Vic and myself sometime on the 16th (this coming week) so I can demo to you the OpenAL example app using our Astound based processing as opposed to the 3D Mac mixer? If not, now worries, I plan on using this for the "big presentation" meeting that I hope you are able to attend sometime in the near future (still do not know when this will actually happen).

Best Wishes,

-Jerry

On 9/13/09 11:00 AM, "███████████" <███████████> wrote:

Jerry,

Here are some responses but first I would like to present reasoning behind the framework we have and the way we have gone about it.

EXHIBIT 205 PLTF. DEFT.
WITNESS Mahabub
CONSISTING OF 14 PAGES
DATE 1/19/17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

ONFIDENTIAL

347APL-00000608

The workload to customize per vendor starts to grow indefinitely and the fact that you start relying on resources from us is never a good

model, actually it gets frustrating after a while for both us and you the vendor.

As such, since these are demos of technologies, please dont be concerned with optimizing code placement, library linking etc.

We have made the conscious decision to disable our EQ while the vendor gets a first hand chance at showing us what they can do with

our products. We certainly can help with driver specs etc. to make your job easier.

With this premise set, please read my responses below.

On Sep 13, 2009, at 6:08 AM, Jerry Mahabub wrote:

> Hi Ron and Vic,
>
> Attached is a screen shot of our "user space tuning application" ; to adjust the DSP parameters to your liking for Mac (please read below). This email has two parts. The first are some additional questions for Ron we have with respect to the kext from Ron. The second is targeted at the video game side of AstoundSound which I believe will interest the both of you.
>
> **Questions:**
>
> We have two remaining blocking issues on the KEXT:
>
> 1) In order to get access to several intrinsic functions from the standard 'c' math libraries, we have too added math libraries to our project. However, it seems that the kext which loads us has already implemented its own copy of the standard 'C' math libraries. Which leads to the kext loader blowing our module out with a great many duplicated symbols...
>
> Would it be possible for you to give us a header file and link instructions to pull a couple of symbols from your "DspFuncLib.kext"? This would be much more straightforward than renaming all of the functions in the standard math library, just so we can link against another copy of the same. :-)
>
> **Specifically, and quite simply, we require exports for sin, cos, pow and log.** Several examples of run-time link errors from the console are shown below...
>
> Jerry, please rename the 4 non-linear functions you mention in your code and proceed with your work. If we progress our relationship post your demo, we can come up with very creative solutions to minimize memory footprint.
> multiple definitions of symbol ___kernel_cos

```
/System/Library/Extensions/AppleHDA.kext/Contents/Plugins/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of
absolute ___kernel_cos (value 0x54e2009a)
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute ___kernel_cos
(value 0x5b38d277)
/System/Library/Extensions/AppleHDA.kext/Contents/Plugins/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of
absolute ___kernel_cos (value 0x5b45909a)
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute ___kernel_cos
(value 0x5c4a0277)

multiple definitions of symbol ___ieee754_sqrt
/System/Library/Extensions/AppleHDA.kext/Contents/Plugins/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of
absolute ___ieee754_sqrt (value 0x54e1fe93)
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute ___ieee754_sqrt
(value 0x5b38758a)
/System/Library/Extensions/AppleHDA.kext/Contents/Plugins/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of
absolute ___ieee754_sqrt (value 0x5b458e93)
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute ___ieee754_sqrt
(value 0x5c49a58a)

multiple definitions of symbol _cos
/System/Library/Extensions/AppleHDA.kext/Contents/Plugins/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of
absolute _cos (value 0x54e22655)
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute _cos (value
0x5b38d529)
/System/Library/Extensions/AppleHDA.kext/Contents/Plugins/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of
absolute _cos (value 0x5b45b655)
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute _cos (value
0x5c4a0529)

<many many console errors removed>
```

2) Although you stated you can't give us your current EQ curve, for purposes of this demo, could you add the EQ curve to the special KEXT which loads us? Then we could build spatialEQ on top of your existing EQ settings, and we could work on the integration of the two if you like what we come up with...The other path, which is not as appealing, would be for us to reverse engineer your EQ curve by measuring the output from the speakers using some mics and splashing white and pink noise, and various other test signals through the speakers. We can do this, however, it seems like it would be a big waste of time. By embedding your EQ curve to the special KEXT you sent to us, you are not actually giving us the curve or disclosing any secrets to us, however, this enables us to make a much better demo in a shorter timeframe, and potentially by this coming week on September 16, 2009, when I will be meeting with Vic at the Apple campus again for other reasons. By having your EQ embedded into our KEXT, we can also then AB compare the difference between the current EQ setting and the proposed new EQ setting for Mac hardware. You will notice in the attached screen shot, we have put in 4 additional parametric EQ bands for pre-processing (this is where Apple could potentially create an analogous EQ curve to the existing EQ curve).

No Jerry, we cant do that either. We are working with multiple vendors and we have no capacity to be customizing the AppleHDA.kext per vendor. Please tune the system using the great UI you have done for this (I am impressed). The idea is to demonstrate

the virtualization sound of yours and not the EQ of the machine. No one will hold you accountable for that as long as you set the premise right before your demo.
We have everything else written, including the attached UI screenshot that for the

most part emulates the stereo in stereo out AU and RTAS plug-ins currently being used on dub stages today for theatrical film title releases and in studios for new album releases, however, because this will be used for tuning purposes, unlike the plug-ins, there is no automation (i.e. Can't change the parameters in a mix session over time). Once you are happy with the parameter settings, these can easily be "locked down" and hard-coded and voilá – A spatialEQ setting for your hardware, or a set of SpatialEQ settings that the consumer can interact with and change in system preferences much like our current AstoundSound Expander computer application for Mac.

### Games:

We also have a great OpenAL gaming demo that was not shown during our last meeting (Vic, I briefly discussed this with you on the phone the other day while I was at Warner Brothers). We basically took OpenAL and pointed to our new "AstoundNode" mixer (an AU). Much like the mono in stereo out plug-in that you played around with at the end of our meeting, this is that and a whole lot more (64 sound sources can be processed simultaneously and in real-time during video game play). Our game demo (using our modified OpenAL and AstoundNode mixer) BLEW away everyone at E3 this year, and were perhaps the ONLY company that showed off video game technology running on a Mac... Screw PCs and the current desktop gaming consoles, the Mac is truly capable of so much more, especially with AstoundSound! :) I would be happy to show this demo to you on the 16th when I am meeting with Vic, as it is literally a revolution to the entire gaming industry, and we believe it can also be applied to iPod and iPhone in a different way that is less processor intensive, given the fact that these portable devices are in fact handheld game consoles and it is obvious that Apple is positioning them this way currently and for future product rollout strategies. In a nutshell, on the OpenAL side of things for Mac, it is for the most part done.

There is an OpenAL framework for iPhone/iPod using a cut down version of the Apple 3D mixer for Mac. I would imagine that the iPhone/iPod 3D mixer is also an AU like it is for Mac? If so, I believe we could rapidly demonstrate real-time game processing in AstoundSound for iPod/iPhone video games with a slightly altered OpenAL framework for iPhone/iPod that points to our special AstoundMixer as opposed to the way it currently is pointing to the Apple 3D mixer. THIS WOULD BE INCREDIBLE! To have full blown AstoundSound on a handheld portable gaming console that would smoke the audio from the big gaming consoles from Sony, Nintendo and Wii. My mouth is watering to start on this immediately...let me know ASAP! :) On the Mac, this literally was a one line of code change to the iPhone/iPod OpenAL framework, which we would need Apple to provide us with the modification for this demo, and this should work for any iPhone game that uses OpenAL currently. Of course, we would want to do the same for Mac games, and for any other future product offerings where audio plays an important role.

**This would be a very VERY simple way to integrate Astound processing for video games into iPod and iPhone, and perhaps yield the largest market**

differentiator to hit the gaming industry in a very long time, crushing any audio experience that any other handheld or desktop gaming console can deliver by creating a radically new and compelling gaming experience.

Since E3 this year, we have been approached by both Microsoft and Sony and have been very evasive with getting back to them. Reps from both companies stopped by our booth and were blown away, and could not get over the fact that we were using Mac hardware at the world's largest gaming convention. Of course, without knowing at first that they were reps from both Sony and Microsoft, I stated, "PC's suck. Only Macs can do this. We tried compiling the code on a PC and it choked horribly.". You would have been on the floor laughing if you saw the look on their faces, and then they admitted to me who they were, and we exchanged contact information, and they have been knocking on my door ever since. Personally, I would prefer this implementation of the Astound technology come out of Cupertino rather then Redmond and/or Japan.

I am now starting to realize exactly how well AstoundSound fits into nearly ALL of Apple's product offerings, and I am working hard to create clever solutions enabling Apple to integrate our technology across the board. Time after time Apple has brought all of us revolutionary technology. AstoundSound is yet another revolution for Apple to unleash on the world, changing how people listen to audio for years to come.

Best Wishes,

-Jerry


On 9/8/09 10:02 AM, "Ronald Isaac" <▓▓▓▓▓▓▓▓▓▓▓▓> <x-msg://4/▓▓▓▓▓▓▓▓▓▓ > wrote:

Jerry,

Sorry for the delay. I am in the midst of other higher priority issues but here are some responses below.

Best Regards,
Ron

On Sep 7, 2009, at 9:04 PM, Jerry Mahabub wrote:

Hi Ron,

I hope I am not seeming like a nag...We are anxious to receive the answer to the list of questions below so we can get moving forward with the kext.

Perhaps we should talk on the phone? Do we need to sign another NDA with Mac

Division (one already is in place with iPod/iPhone)?

Whatever it takes. You say jump I say how high! :)

Best Wishes,

-Jerry

On 9/4/09 2:57 PM, "Jerry Mahabub" <jerry@genaudioinc.com <x-msg://4/jerry@genaudioinc.com>  <x-msg://212/jerry@genaudioinc.com <x-msg://212/jerry@genaudioinc.com> > > wrote:

Hi Ron,

Just wondering if you had a chance to answer the questions yet? Perhaps you already sent them...sometimes emails get caught up in my spam filter...We could have this ready to go by early next week and are planning on working over the weekend! :)

Have a great weekend!

-Jerry

On 9/3/09 12:52 AM, "Jerry Mahabub" <jerry@genaudioinc.com <x-msg://4/jerry@genaudioinc.com>  <x-msg://212/jerry@genaudioinc.com <x-msg://212/jerry@genaudioinc.com> > > wrote:

Hi Ron,

We have already started to dive in and have some initial questions:

1. We have implemented our own subset of the standard c math libraries (pow, log, sin, cos) - if there is a way to access the normal functions we can remove this.

- You need to implement yours, there are no such libs in the kernel.

2. How does our code determine what sample rate it is being invoked at? Is this the intent behind the sampleRate parameter that is already present in the provided sysctlParameters.c? Is there a method to declare what sample rate(s) we support, or do we need to do our own rate conversion in that case? What are the required sample rates that our extension support?

- Its your discretion to determine what sample rates your kext will support. For demo purposes, I suggest you choose one and set that up in Audio Midi Setup. Using the sysctl param, you will then get an update
when its changed. You can then SRC or stop your processing.

2a. We have work to do when the sample rate changes. Is there explicit notification of this, or does our code detect the change and recompute filters, etc.?

ONFIDENTIAL

347APL-00000613

Your code will have to detect the change using the sysctl code and do stuff accordingly.

3. What is the intent of the sysVolume parameter provided in sysctlParameters.c? Is our DSP block supposed to handle this gain stage? If so, is that value expressed in db or as a gain factor?

- This tells you of the intended user setting of the volume controls. Its your choice to either antizipper this gain with an LPF or just apply it to your gain stage.

4. We require a number of extra buffers (stereo buffers, plus a sixth if cross-fade on parameter change is required.) for internal processing; at what buffer size(s) are we called? When can that be expected to change? Should we dynamically reallocate our buffers, or statically allocate the max. size? What would the max size be?

- This is totally your call. In the kernel, because you are getting called at the mix stage for all audio applications playing, your buffer sizes will vary depending on the apps playing. Again for demo purposes, just preallocate your buffers using 2*36*4096 bytes = max.

5. Our processing is set up to handle non-interleaved data. Is there a way to our code can be invoked as such, or do we need to perform de/re-interleaving?

- The sample buffer you will get in the kext call is interleaved. To adapt that to your code, you will have to do de-interleaving and then interleave again for the output buffer. Sorry :-(

I compiled the code myself, and played around with the example app. I fully understand now how much EQ you must be using alongside significant gain reduction. Could you supply us with the current EQ curve that you are using, and how it is being implemented? This will help us to determine what "pre-SpatialEQ processing" may be necessary and the potential to add such a pre-parametric EQ if necessary.

- Sorry, we cant do that.

**A few more questions:**

1. We believe that such a kext might also slip right into AppleTV?

- That is not a priority for us at this time.

2. Any news about how we can start this integration process concurrently with the kext for Mac hardware?

- I dont understand, this framework is just for that.

3. Lastly, we can give you a smaller and easier to use set of sliders so you can tailor the "presets" for SpatialEQ any way you like, or we can give you sliders in the kext app that allows you to adjust everything, then export some sort of file

ONFIDENTIAL

347APL-00000614

that will contain all of the parameter settings such that they can be hard-coded in and tested for new shipping Macs or offered as a software update from Apple. What would you prefer – easier to use preset adjustments taking advantage of what we already believe to be optmized and minimizing the number of parameters to be set, or the whole enchilada, of which, I can work directly with you to train you what each slider does, and then you can dial it in however you like?

- Adjust eveyrthing with sliders in the kext app is the preffered way.
Have a good evening (or shall I say good morning)! :)

- I hope I answered your questions, let me know if you have other questions.
Best Wishes,

-Jerry

On 9/2/09 1:07 PM, "Jerry Mahabub" <jerry@genaudioinc.com <x-msg://4/jerry@genaudioinc.com>  <x-msg://212/jerry@genaudioinc.com <x-msg://212/jerry@genaudioinc.com> > > wrote:

Hi Ron, (Sorry for the long email...)

Thanks for sending this. I scanned the readme file. Seems very straight forward a simple.

If we can get something like this for AppleTV (we would need to be able to add a menu selection to the UI as well), and also for iPod/iPhone then we can integrate SpatialEQ across the board.

Question – For the OpenAL side of things, is there anyone at Apple who we can talk to about what we are up to (perhaps it is you?). For video games, we already have our "AstoundNode" working.

By sometime next week I should have the OpenAL Example app that Apple provides pointing to our new AstoundNode (with enhanced room simulation) instead of the Mac mixer. This will be a good way for you to A/B our 3D audio solution for gaming on Mac based computers versus the Mac mixer. We have already built a game environment using our AstoundNode AU and this was demo'd at E3 Expo in June. EVERYONE was completely blown away. Processing through our entire filter set, 64 discrete sound sources simultaneously were localized extremely accurately during game play and in real-time. The most intensive and immersive gameplay experience possible on the face of this planet! :)

There are various levels with which AstoundSound can be applied to various Apple product offerings ranging from 2 channel stereo expansion (SpatialEQ) to discrete real-time mono in stereo out localization processing that smokes

:ONFIDENTIAL

any dummy head HRTF/HRIR based technology.

For now, my Company's primary target goals for providing solutions to Apple are the following:

1. **iPhone/iPod/iTunes** – Demo App already fully functional with battery hit matching Apple's current EQ palette processing. Working on small adjustments to the parameters right now to precisely match the response of the bypass mode. (Note: we do not have the dev tools to integrate into iTunes. We will need this at some point in time).

2. **AppleTV** – A special set of parameters specific to speaker listening, with selections ranging from TV built-in speakers to large home theater type speakers. We should be able to bolt this down pretty easily.

3. **Mac Hardware** – Using the Kext you provided us, we plan on creating a special "SpatialEQ" version, not quite as dramatic as the ASE computer app demo you heard, however, the objective is to create a better listening experience for Mac hardware users by opening up the sound-field and creating a perceivably louder audio experience, without having to increase the gain and blowing out the speakers. We will test with the 17" MacBook pros. **(See attached image for how we would like to slip in a menu item into the AppleTV UI).**

4. **OpenAL** – Replace the current Mac Mixer with our AstoundNode mixer that actually works. This will offer the best audio gaming experience possible allowing for gamers to feel and hear the objects in the game moving in real-time with respect to game player movements.

5. **Logic Pro** – A set of professional audio AU plug-ins for setting the presets for SpatialEQ (a specific implementation for each case, e.g. AppleTV, iPod/iPhone, etc.), as well as the full featured set with many additional DSP parameter settings not included in the current SpatialEQ. These are all customizable to your liking. There are two pro audio plug-ins. One is mono in stereo out (for the most accurate sound localization possible during mixing), and the other is stereo in stereo out (for the most accurate and in-phase stereo expansion experience possible).

6. **GarageBand** – A prosumer version of the AU plugin that will have a feature set somewhere between SpatialEQ and the professional Audio plug-in (this is still in the works, the other plug-ins have already been built and tested).

:ONFIDENTIAL

347APL-00000616

7. **iChat** – The ability to localize conference callers around a virtual conference table eliminating the annoying down-mix to mono with multiple callers (this will also work with iPhone).

8. **And many others...**

The gaming side of things is where I believe we can truly add a HUGE differentiator for Macs. This market by far is the fastest growing market in all of entertainment (as you most likely know given the huge success with iPhone games), however, to truly compete in this space, Apple needs to slaughter XBOX360, PS3, Wii, and Pc games (and I believe that can be done on the fast track). As far as graphics are concerned, that is about as good as it gets for right now, and for controllers, Wii got that differentiator. That leaves audio, and GenAudio has the best solution possible and this could rapidly bring Mac into the gaming world...A Mac gaming console with AstoundSound would be INCREDIBLE! I believe that Mac could take over PC sales with the size of the gaming community. The only thing, is Apple would have to create an SDK for game dev houses so they could port their console based games to Mac lightning fast and have yet another platform for game companies to generate revenues from, and we all know that Mac will smoke anything else out there in terms of real-time processing during gameplay.

As you may notice, our technology can slip into quite many Apple product offerings (both current and whatever future products you guys are cooking up where audio plays an important role). I am sure there are several other potential integrations of Astound into Apple product offerings, however, this is a cursory list. The professional audio plug-ins are already done (as you may remember the plug-ins from our meeting), however, the additional product integrations will take minimal dev efforts, provided we have the correct toolchain from various departments at Apple to bolt it down within different product offerings.

I believe we can have most if not all integrations completed for Apple's Christmas product rollout strategy. Much testing will be required as you already know, so I will put my dev team full steam ahead on making sure this happens and this will be win-win for both our companies.

Have an exceptional day! :)

Best Wishes,

-Jerry

347APL-00000617

On 9/2/09 9:48 AM, "Ronald Isaac" <​███​> <x-msg://4/​███​> <x-msg://212/​███​> <x-msg://212/​███​> > wrote:

Jerry,

As promised, here is the framework for implementing the SpatialEQ into Macs in the kernel. Please let me know

if you need anything else. I have also CCed Niel Warren (our fearless leader) to help answer your AppleTV questions.

Best Regards,

Ron

On Sep 2, 2009, at 12:40 AM, Jerry Mahabub wrote:

Hi Ron,

Excellent! I am anxious to dig in with my dev team and create a solution for Apple for Mac and AppleTV.

I am still a bit confused about how this framework will allow us to install/embed SpatialEQ into an AppleTV (do we need a different set of tools for AppleTV)?

I think I understand how this will work for Mac after our meeting...After reviewing the framework and the documentation with my dev team, can we interact with the two of you for Q&A?

Best Wishes,

-Jerry

On 9/2/09 12:26 AM, "Ronald Isaac" <​███​> <x-msg://4/​███​> <x-msg://212/​███​> <x-msg://212/​███​> > <x-msg://113/​███​> <x-msg://113/​███​> > <x-msg://113/​███​> <x-msg://113/​███​> > > > wrote:

Jerry,

There will be good documentation in there. Its also very simple and requires zero
Mac OS X knowledge.

CONFIDENTIAL

347APL-00000618

Best Regards,
Ron

On Sep 2, 2009, at 12:17 AM, Jerry Mahabub wrote:

Hi Ron,

Thanks for your fast reply! :)

If possible, could you include as much documentation as possible as well so my team and I can learn how to interact with the framework?

-Jerry

On 9/1/09 11:58 PM, "Ronald Isaac" <  <x-msg://4/> <x-msg://212/> <x-msg://212/> > <x-msg://113/> <x-msg://113/>  > <x-msg://113/> <x-msg://113/> > > <x-msg://20/> <x-msg://20/> > <x-msg://20/> <x-msg://20/> > <x-msg://20/> <x-msg://20/> > <x-msg://20/> <x-msg://20/> > > > > wrote:

Jerry,

Of course we remember you :-) I'll send you the framework package first thing tomorrow morning. Have a good night !

Best Regards,
Ron

On Sep 1, 2009, at 11:43 PM, Jerry Mahabub wrote:
Hello,

I hope you both remember me. We recently met with Victor at Apple regarding AstoundSound sound localtizion cue based technology.

Just wanted to get the ball in motion for moving forward.

If necessary, although we do have an NDA signed with Vic with iPod, please let me know if this NDA will be sufficient, or if we should sign another NDA more specific to Mac and AppleTV division.

I am creating an OpenAL demo using out "AstoundNode" mixer as a replacement of the Mac mixer. We will use the standadr OpenAL Example App that Apple provides, however, the pre-recorded sound sources (the

CONFIDENTIAL

bubbles, car revving, etc) will be run through our processing in real-time. Then I will swap back and forth between the Mac mixer (using Kemar filters if I remember what you said), versus our humain brain response based MRI imaging filters, and show the difference in real-time.

As far as tools are concerned, please let me know when I can expect to get any software or hardware so we can start hammering down on our end on the Mac computer and AppleTV side of things. We believe our code is in a state where we can bolt it down to just about anything that is OS X based and Apple hardware. Just need the kernel extensions or the ability to create kernel extensions for Mac and AppleTV.

Lots of documentation will help as well. Perhaps you can provide us with a library or source code? Whatever you feel we need to get the job done, it will be done.

Really want to bolt this down inside of AppleTV. How/who can help me to get this done ASAP? I can most likely have this embedded in AppleTV with the right toolchain within a few days.

That is what I LOVE about Apple. Everything is OS X based, and for the most part, if the code is well organized and modularized (as ours is), we can pop it in anywhere with minimal dev time given the current state of our source code.

Of course, for testing to get it into a production level ready state, we can work with Apple on this, however, turning over our source code to Apple will not be an issue once we ink a deal so Apple can integrate in accordance with your specifications, tweak/edit/modify parameters, and test until production ready.

Please call or email me anytime with any questions. It was a pleasure to meet you both and I hope we can get this done on the fast track – potentially for inclusion in Apple's X-Mas product rollout strategy?

Best Wishes,

Jerry Mahabub, Chairman & CEO

<image.png>

GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

Office: ███████
Fax: ███████
Mobile: ███████

ONFIDENTIAL

email: jerry@genaudioinc.com <x-msg://4/jerry@genaudioinc.com> <x-msg://212/jerry@genaudioinc.com <x-msg://212/jerry@genaudioinc.com> > <x-msg://113/jerry@genaudioinc.com <x-msg://113/jerry@genaudioinc.com> <x-msg://113/jerry@genaudioinc.com <x-msg://113/jerry@genaudioinc.com> > > <x-msg://20/jerry@genaudioinc.com <x-msg://20/jerry@genaudioinc.com> <x-msg://20/jerry@genaudioinc.com <x-msg://20/jerry@genaudioinc.com> > <x-msg://20/jerry@genaudioinc.com <x-msg://20/jerry@genaudioinc.com> <x-msg://20/jerry@genaudioinc.com <x-msg://20/jerry@genaudioinc.com> > > > <x-msg://15/jerry@genaudioinc.com <x-msg://15/jerry@genaudioinc.com> <x-msg://15/jerry@genaudioinc.com <x-msg://15/jerry@genaudioinc.com> > <x-msg://15/jerry@genaudioinc.com <x-msg://15/jerry@genaudioinc.com> <x-msg://15/jerry@genaudioinc.com <x-msg://15/jerry@genaudioinc.com> > > <x-msg://15/jerry@genaudioinc.com <x-msg://15/jerry@genaudioinc.com> <x-msg://15/jerry@genaudioinc.com <x-msg://15/jerry@genaudioinc.com> > <x-msg://15/jerry@genaudioinc.com <x-msg://15/jerry@genaudioinc.com> <x-msg://15/jerry@genaudioinc.com <x-msg://15/jerry@genaudioinc.com> > > >
>
URL: http://www.genaudioinc.com <http://www.genaudioinc.com/> <http://www.genaudioinc.com/> <http://www.genaudioinc.com/> <http://www.genaudioinc.com/> <http://www.genaudioinc.com/>

<USTA_screenshot.png>

ONFIDENTIAL