REDACTED

# EXHIBIT 58

**From:**
**To:** "Jerry Mahabub" <jerry@genaudioinc.com>
**Cc:**
**Bcc:**
**Date:** 04/07/2010 06:40:53 pm
**Subject:** Re: And yet another all nighter! :/
**Attachments:**

Hi Jerry,

The box of just two units went back today, but I may have missed the cut off time for FedEx, so worse case expect delivery on Friday.
Please hold onto them until we comfirm on way or the other that there is a songlist.
No rush at the moment. I don't have a meeting date or time yet.

Vic


Victor Tiscareno
████████
iPod Audio/Acoustics
████████ cell


On Apr 7, 2010, at 3:52 PM, Jerry Mahabub wrote:

> Hi Vic,
>
> Great! I will update the provisioning profiles ont the devices and get them to you by Friday morning. If I do not see a new list for the songs from you by tomorrow morning, I will send the devices without the new song list. It sounds like this is not an "urgent" issue before the meeting. Please send me the tracking information if you get a chance. I will stay at home tomorrow until I receive the devices.
>
> Best Wishes,
>
> -Jerry
>
> On 4/7/10 8:39 AM, "Victor Tiscareno" <████████> wrote:
>
>> Hi Jerry,
>>
>> OK, I will confirm that I sent them to you today.
>> I was hoping to get an update on the song list but I've not received a response yet.
>> The iPad is a waay nicer looking display and you did a very nice job on the design.
>> I can't wait to demo with it.

EXHIBIT 212    PLTF.
WITNESS Mahabub    DEFT.
CONSISTING OF 2 PAGES
DATE 1/10/17
REHMKE REPORTING AND VIDEO SERVICES, INC.

Vic

Victor Tiscareno
█████████
iPod Audio/Acoustics
█████████ cell

On Apr 7, 2010, at 5:15 AM, Jerry Mahabub wrote:

> Hi Vic,
>
> We have the iPad app fully functional and tested. Here is a screenshot of the final UI.
>
> Please send the 3 devices to me at my Colorado home address, as I will not be at my office for the next couple of days, and have postponed my flight to LA to spend a couple of days with my family (don't want to get put out in the dog house)! ;)
>
> Here is the address:
>
> Jerry Mahabub
> 
>
> Please send them with no signature required. I live in a gated community, and pretty far up here in the foothills...we don't see many visitors, except for Mountain Lions, Bear and lots of Deer and Fox.
>
> I should receive the devices on Thursday morning, and will update the provisioning profiles, then send them back to you for Friday morning delivery. Should I send all the devices, including the iPad, to you in Washington for Friday morning delivery?
>
> Best Wishes,
>
> -Jerry
> < Screen shot 2010-04-07 at 6.09.18 AM.png>