REDACTED

# EXHIBIT 59

From: Jerry Mahabub astoundsound@verizon.net
Subject: FW: FSX Presenting Company...
Date: May 4, 2010 at 2:36 PM
To: Paul Powers ███  Jim Devine ███  Jim W. Mattos ███

------ Forwarded Message
From: ███ Cohen <███>
Date: Tue, 04 May 2010 15:19:43 -0500
To: 'Jerry Mahabub' <astoundsound@verizon.net>
Subject: RE: FSX Presenting Company...

Thanks, I will mail the subscription agreement. ███

From: Jerry Mahabub [mailto:astoundsound@verizon.net]
Sent: Tuesday, May 04, 2010 1:02 PM
To: ███ Cohen
Cc: 'Paul Powers'; Jim Devine; Jim W. Mattos
Subject: Re: FSX Presenting Company...

Hi ███,

CC'd on this email are Jim Devine, SVP Finance, Jim Mattos, Manager Support Services, and Paul Powers, our COO and internal general counsel.

I talked to Paul, and asked if he would agree with me to let you slide with 1/2 the minimum, and he said yes, provided it is a non-IRA based investment. Attached is the subscription agreement and investor questionnaire you need to fill out. Please fill in the blanks and fax back to us at ███-███.

The offering, as I am sure you know, is limited to accredited investors only. As we do not want any other new potential shareholders to know that we are going to let you in with 1/2 the minimum, please keep this between us.

If you plan on wiring your 15K investment (preferred), the wire information can be found on the last page of the attached document.

It was nice to meet you at FSX, and I am happy you are going to become a shareholder of GenAudio. In my opinion, you could not get in at a better time!

Best Wishes,

-Jerry

EXHIBIT 214  PLTF. / DEFT.
WITNESS Mahabub
CONSISTING OF 5 PAGES
DATE 1/19/17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

On 5/2/10 2:43 PM, "Jerry Mahabub" <astoundsound@verizon.net> wrote:
Will do. Sorry to hear about this FINRA law. Sounds very prohibitive for early seed capital stage startups. 7 years ago, if this law was in affect, I might now be where I am today! How are the BD's

startups. 7 years ago, if this law was in affect, I might now be where I am today? How are the BD's reacting to this?

Best Wishes,

-Jerry

On 5/2/10 2:28 PM, " ▇ Cohen" <▇> wrote:
I have other major equity investments I have to make and can only budget for 5,000 shares. If you get to the end of the offering and have any room please let me know.
   The problem with the FINRA law is that is not grandfathered for investments. All broker dealers are required to have independent third party due diligence to support offering private placements to investors. I just had a FINRA audit and I was mandated to provide due diligence information on all my private placements. ▇

From: Jerry Mahabub [mailto:astoundsound@verizon.net]
Sent: Sunday, May 02, 2010 3:05 PM
To: ▇ Cohen
Subject: Re: FSX Presenting Company...

Hi ▇.

Unfortunately, for any new shareholders, we are only accepting the minimum investment of 30K for 10K shares. This is because we have almost 400 shareholders as of current, and we do not want to exceed the 499 limit (as I am sure you are aware of) under the current offering. For all pre-existing shareholders, we are willing to accept 1/2 the minimum only, as this does not add to the number of shareholders we have currently.

▇ Ard, her husband and son just stopped by my house in Venice and I asked them about the FINRA requirement, and according to them, this has not passed and is in a "comment period" (whatever that means – I am not a BD)! So, perhaps if we work fast enough and get a selling agreement of some sort signed enabling you to solicit your clients and investor database, it could fall under some sort of Grandfather clause, however, I believe we will complete financing within the next 30 days, as we already have 1/3 of the offering from previous round shareholders.

Please let me know if you are still able to invest the minimum amount of 30K for 10K shares and email or call me with any questions.

Have a great day!

-Jerry

On 5/2/10 12:36 PM, " ▇ Cohen" <▇> wrote:

FINRA is now requiring third party independent due diligence on a company before a broker dealer can offer a private placement to clients. If it is OK with you I would like to subscribe personally to 5,000 shares at $3/share. ▮

**From:** Jerry Mahabub [mailto:astoundsound@verizon.net]
**Sent:** Sunday, May 02, 2010 1:33 PM
**To:** ▮ Cohen
**Subject:** Re: FSX Presenting Company...

Hi Martin,

Attached is the PPM. What due-diligence material are you looking for? A copy of our corporate records perhaps? I believe our VP Finance has all of it scanned to a big pdf file, or a series of PDF files and I can send to you via yousendit...

Also, we decided to do the most current offering (and most likely the last one) direct and without a placement agent/broker dealer. Of course, if you bring your people to the table and they invest, we would be willing to give you a percentage. I am awaiting a call back from our corporate counsel to verify we can do this, and I believe we can, however, just want his sign-off. We can put together an agreement an send it your way pending counsel's approval, or if you prefer, please send us your selling agreement and commissions/fees you would like to make.

FYI – We have several offers for selling agreements from many other firms as well as a direct result of FSX and other firms that have acted as placement agent/broker dealer (or were part of the "selling group") for previous offerings. This should expedite completion of our financing requirement of 3MM USD, and we hope you get a chance to get your clients involved. Personally, I believe now is a great time to be considering an investment!

Best Wishes,

Jerry Mahabub, Chairman & CEO



Colorado Office: ▮
LA Studio: ▮
Fax: ▮
Mobile: ▮
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com

On 5/2/10 9:24 AM, "  Cohen" wrote:

Jerry

Please send me a selling agreement, offering memorandum, & due diligence material.



Cohen, President

---

**From:** Jerry Mahabub [mailto:astoundsound@verizon.net]
**Sent:** Friday, April 30, 2010 2:29 PM
**To:** Jerry Mahabub
**Subject:** re: FSX Presenting Company...

Don't forget to stop by the booth to listen to the demos! I have not been able to make it to the conference just yet as I have been on the phone all morning with the large consumer electronics company (the "LCEC") looking to acquire GenAudio's tech for integration into their entire lineup of product offerings, of which, embedded level integration testing for all product offerings of the LCEC have already been tested successfully, and we are now waiting to when we will initiate negotiations, pending the CEO of the LCEC to approve the integrated product rollout strategy and the technical implementation strategy that will be presented to the CEO next week!!!

Attached is the presentation deck for the 10 minute presentation tomorrow morning. Thought to give you all a heads up so you can be prepared for the update on the positive forward direction of the Company.

You should all receive a hard copy of this presentation deck under your door later on this evening, so you can review it during breakfast on Saturday morning – This will help you all to better understand the current state of the technology, and the business strategy of GenAudio.

Best Wishes,

Jerry Mahabub, Chairman & CEO



Colorado Office:
LA Studio:
Fax:

Mobile: ████
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com

------ End of Forwarded Message

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS                    JM002052