**REDACTED**

# EXHIBIT 60

From: Jerry Mahabub jerry@genaudioinc.com
Subject: Re: new ASE demo for Vic...
Date: May 6, 2010 at 12:00 PM
To: ████ Mazer
Cc: Bob Coover, ████, Brent Kavian, ████, Gary Smith, ████
    GenAudioInc, ████, Ian Esten, ████, Jim Devine, ████
    Jim W. Mattos, ████, Paul Powers, ████, Paul Savid, ████
    Stephan Bernsee, ████, Walt GenAudio, ████, Abbey Laudadio, ████
    Recy A Pilloud, ████, Melissa Gonzales, ████, Greg Morgenstein, ████

Hi ████,

==No doubt my friend! :) Just wrapped up the final meeting with management at Apple before their internal meeting with Jobs.==

Will report back to everyone with the status once I see the smoke signals from my contacts up there in Cupertino.

Best Wishes,

-Jerry


On 5/6/10 7:44 AM, "████ Mazer" <████████████> wrote:

> Dear Jerry
> this demo is fucking amazing and I have only listened to it on speakers
>
> I hope you have a great day
>
> cheers
> ████
>
> On May 6, 2010, at 5:32 AM, Jerry Mahabub wrote:
>
>> Hello,
>>
>> Vic and I have been on the phone until about an hour ago. We have the demo line-up prepared and all the "blah blah blah" in-between.
>>
>> Attached is a new demo he just signed off on as the ASE demo for computer application. I will be using this for the investor presentation as well in place of the last ASE video demo I sent. It is by far one of the best sounding songs in the list for Apple, so might as well use it for the presentation too.
>>
>> At least being this nervous let's me know I am alive! Now that all the prep work for the meeting is FINALLY done, I will be working on wrapping up the Wall Street Journal Tech award submission and finalizing my voice recordings tomorrow with Greg for the Investor presentation that was put on delay due

EXHIBIT 216   PLTF. / DEFT.
WITNESS Mahabub
CONSISTING OF 2 PAGES
DATE 1/19/17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

to the FSX conference I recently presented at as well as gearing up with the Sr. Management team at Apple. Might as well make good use of my time. I am certainly not going to sleep tonight! :/

Hope you are all doing well, and once I hear back from Apple I will shoot out an email and let everyone know what happened. Vic is fully prepared on the tech side, and Phil is fully prepared on the marketing side. As Vic stated – Failure is not an option! :)

Best Wishes,

-Jerry

&lt;ASE_Video_Demo720p.mov&gt;

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**           **JM002046**