REDACTED

# EXHIBIT 61

From: Gary Smith
Subject: Re: This is interesting...and a long email.
Date: May 25, 2010 at 7:36 PM
To:
Cc: Jerry Mahabub jerry@genaudioinc.com, Bob Coover, Brent Kaviar bkaviar@genaudioinc.com, GenAudioInc, Ian Esten, Jim Devine jdevine@genaudioinc.com, Jim W. Mattos, Paul Powers, Stephan Bernsee stephan@genaudioinc.com, Walt GenAudio, Abbey Laudadio, Recy A Pilloud recy@genaudioinc.com, Melissa Gonzales, Greg Morgenstein

Thanks for the info on QDesign. We have already done extensive research on SRS and Hear, including some audio analysis by Ian.

Thanks Paul.

/Gary



GOVERNMENT EXHIBIT
4515 64 JM
D-03450

On May 25, 2010, at 4:11 PM, _____ wrote:

Hey Jerry, that's great news. I did some research on the competition in the consumer software department. I figure if Apple is going to be shopping around, we should at least know other products' names, prices, and pros and cons also. Here's a list of products, prices, and basic claims:

1. SRS Labs $19.99, $24.99

Probably our closest competitor, when comparing all of the various markets they are targeting:

http://srslabs.com/content.aspx?id=429

"Enjoy an enveloping surround sound experience with clear dialog using just your desktop speakers, notebook speakers, or even headphones. With SRS TruSurround XT®, you get a large sweet spot—not just a narrow center point in front of your computer. We've solved the problem of 5.1 channel content being played through 2-channel (or mono) computer speakers or headphones."

Good visual as well as audio demo, we could do better though:

http://www.srslabs.com/experience/HomeEntertainment.aspx

2. JoeSoft Hear. $49.95:

http://www.joesoft.com/products/hear.php

"Hear greatly improves audio quality in movies and music throughout all of

EXHIBIT 31 PLTF/DEFT.
WITNESS Mattos
CONSISTING OF 10 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

your Mac OS X applications. With Hear, music is richer, movie sound and
dialog is clearer and games will blow you out of your chair!"

Mac widget only. No market depth (automotive, consumer, theater, etc).

3. QDesign, $149, $399:

http://www.qdesign.com/products/index.htm

The Professional Edition of the QDesign Music Codec is designed for audio
and multimedia professionals who want to reliably deliver the highest
quality audio, and with the least amount of time and effort.

Mac and PC. Expensive

I mean seriously, why is this $400?

http://www.qdesign.com/products/about_products/qdmc_OSX.htm

Hope this helps, lemme know what you think.

Paul


==Even though 'they' are supposed to be in a 'no radio' period with us, Vic
and I have still been talking and emailing each other.== Vic said he was
getting separation anxiety to me on the phone. To be honest, so was I.
After working with their Sr. team day and night for the past 11 months
straight, you don't just go cold turkey without some sort of strange
withdrawal! You are all going to love the latest email exchange between
Victor and myself. Start with the last email (scroll all the way to the
bottom) and then read from the last email first. ==In Vic's email below he
states, 'Steve has us looking very deep into other audio technology so he
can better understand why yours is so much better.'== They must think I am
a
newbie to this This is nothing more than a due diligence maneuver to
attempt to de-value our technology. Not going to happen. Read the entire
email exchange...You all might actually enjoy how I am positioning us for
entering into negotiations. Crush every angle of attack they can throw at
us, and give them no option but to pay us what we want. Well, something
along these lines, maybe that's a bit of a exaggeration, however, you get
the picture.

We are going to SLAUGHTER the big Dolby, and I can't wait for Apple to
blow
up AstoundSound (or whatever they end up calling it) into the world
provided
we come to terms that are acceptable (and how much $$$ they pay is the key
to my acceptance). Dolby's pathetic finance type mentality Sr. management

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS                    JM002159

team, since going public, is going to be their Achilles heel. NEVER let a
finance type idiot run a tech based company. This is why Apple has been
so
successful. Jobs, much like myself, so I have been told, despises
corporate
finance BS. We share that in common no doubt! :)

Best Wishes,

-Jerry

------ Forwarded Message
From: Jerry Mahabub
Date: Mon, 24 May 2010 23:12:22 -0600
To: Victor Tiscareno
Conversation: This is interesting...and a long email.
Subject: Re: This is interesting...and a long email.

Hi Vic,

Attached is a demo taken right off of Dolby's website...You do not need an
AB comparison per your request to determine how BAD their ³Dolby Mobile²
technology is compared to AstoundSound...just listen to their own AB demo
I
captured right off their website today! The center channel imaging is
completely blown out and colorized (no artist would ever accept this for
obvious reasons), on a phase meter it is WAY out of phase, and most
important, it sounds terrible...Not to mention around 4.5 db hotter when
turned on. Yeah, let's make the technology and how bad it sounds really
stand out! LOL

The big multi-billion dollar audio tech giant should be ashamed of
themselves for promoting such garbage just to try and block real audio
technology that works like AstoundSound, and LG and Dolby locked up with
their mobile phone/media player devices. I mean, if someone does not get
that Dolby sucks and Astound rocks, they should seriously get their
hearing
checked...It is that obvious! I am hip to their antics over the years,
and
have no fear of their bogus hype!

I am literally in shock they would ever consider releasing something like
this as a product offering. I can't believe LG fell for this and licensed
their technology from them. Obviously they are both not interested in the
quality of their audio, and their business maneuvers are solely based on
brand identity and bogus marketing hype. It will be an amazing day when
Apple gets to slaughter their audio technology as well as everyone else
with
AstoundSound!

For what it's worth, Dolby is about to really suffer from their lack of
real
technology and entrepreneurial vision, even with their global brand. At
least Apple, even with it being a huge publicly trading company and one of

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS                    JM002160

the largest global brands, still continues to actually make incredible
products and has not deteriorated as Dolby, since going public, has been
under the management of sub-Australopithecus finance type mentalities. Your
big man at Apple truly is a genius and a visionary to have maintained such
an positive forward direction for Apple. even with all the public company BS
and the finance type scavengers that think they know how to run a tech based
business stick these finance types in a back office. tell them to sit down
and input numbers and create financial reports and then go home and keep
their thoughts to themselves. Repeat daily. In all practical purposes for
state of the art tech, they are useless...just take a look at Dolby's ³new
7.1² earth shattering 3D film solution for better audio in the theaters and
their solution for portable media with their amazing demo
attached...ABSOLUTELY PATHETIC!

As much as I really do not like SRS and other falsely advertised ³spatial
audio technology² companies, they are certainly a step above the big Dolby,
however. ALL of them are ³parsecs² behind GenAudio. True innovation and new
technologies come from years of real work. not a bunch of marketing
hype...Once a real technology is discovered and/or created and ready for
market, then you can REALLY hype it up and win the game!

This, in my opinion, is the reason why Apple has been and will continue to
be very successful by settling for nothing less than the best of the best
and finding ways to bring such incredible technologies together to create
amazing new product offerings for ANY consumer to enjoy with incredible ease
of use! GenAudio follows in Apple's footsteps with that vision. Dolby and
Microsoft, among many others, do not follow in that vision.

For Disney - I am talking to one of the audio directors on the phone
tomorrow afternoon. It looks like we will be in there for our mix
engineering training test session at the end of this month. I will let you
know how everything goes.

Best Wishes,

-Jerry

On 5/24/10 11:39 AM, "Victor Tiscareno" wrote:

Hi Jerry,

Thank you for your thorough email. We always enjoy reading your periodic

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS      JM002161

long emails so no worries. And yes, I agree with everything you said. We listened to the Kitaro demo, it provides a seamless listening experience thru my 2ch earphones and have forwarded this to the rest of the Sr. team. We listened to this on a large system, and you are correct, it sounded better than surround sound with the elevation cues and depth perception. Can you create an AB demo, such as Astound vs Dolby's technology, much the same way you provided the video-audio portiion of SRS vs JoeSoft vs ASE?? If you do it, make sure you level match the outputs even though they cheat and add copius amount of EQ. Steve has us looking very deep into other audio technology so he can better understand why yours is so much better. We already did all this work with you, so I know, it may seem redundant. We simply do what he tells us to do. I have forward your email on to Steve. He said he will give it a listen in his home theater. This just might be what you need to get him to support this from the Pixar angle. How are your meetings going with Disney?

Vic

On May 23, 2010, at 10:59 PM, Jerry Mahabub wrote:

> Hi Vic, (Good airplane reading)...
>
> I just read an interesting press release about how Pixar prompted Dolby to create a better audio technology for theatrical 3D film title releases.
>
> Their solution was 7.1 This has been around for years since the 90's, and it flopped miserably the first time around and SDDS is actually a 7.1 based presentation delivery format from way back when. Of the hundreds of millions of dollars these larger companies invest in audio R&D, this is their solution. Hysterical! LOL
>
> I think, or better stated, KNOW that AstoundSound will not only slaughter the 7.1 experience with only two channel audio, we will certainly enhance any

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS                    JM002162

surround mixes in the new 7.1 by incorporating AstoundSound. Theaters must
have EX installed to do this as a software upgrade option from Dolby, and not
many of them have this setup. Too many theaters will not go in this
direction as the economy has impacted theatrical sales, and so has the home
theater, of which, the market for 7.1 mixes is so niche, it is not even worth
wasting the money or the time in the first place. Disney themselves said to
me the other day in our meeting with them, which went very well and we are
setting up a time to meet with their mix engineers and train them on how to
use our professional audio software tools, that only Pixar movies do a
special 6.1 and sometimes 7.1 mix, and an actual LTRT fold-down. Disney only
does 5.1 mixes for all their non-Pixar based film title releases, and this is
where AstoundSurround will win. We will have much more content with many
more movies using AstoundSurround than 7.1, including the two channel that
recreates a better than 5.1 audio experience equivalent to 1000.1 in the home
and in the theater. Why on earth would Dolby propose such a weak solution
for 3D? They must really be desperate to try and be first to market,
however, I believe we will have them beat with some of our upcoming film
title releases where one can experience AstoundSound in any theater,
including all 5.1 theaters and also in their homes, as our processing holds
through the two channel fold-down for home theater for both the physical and
digital release of the film title.

Here is a very simplistic application of the AstoundSound technology, not
even near what we REALLY can do with an actual mix session using our
professional audio tools. We worked with Kitaro and his mastering engineer,
Gus Skinas (who is also Pink Floyds surround SACD mastering engineer for Dark
side of the Moon, along with James Guthrie, and is a very good friend of mine
and from Boulder Colorado he is a HUGE fan of AstoundSound and the inventor
and owner of the Sonoma system for DSD recordings) on his album almost 4
years ago to create this and have full permission via a signed agreement to
be giving this demo to whomever we want from Domo Records, the label

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS    JM002163

Case 1:15-cv-02118-WJM-SKC   Document 53-61   Filed 03/24/17   USDC Colorado   Page 8 of 11

that
Kitaro is signed under, so no worries about giving this to Steve to give to
Pixar. This demonstration was created by simply processing the Left Surround
and Right Surround channels of a 5.1 mix, in real-time and then folding down
all 6 channels (5.1) to a 2 channel or stereo mix (not even using a mix session with the technology applied on multiple tracks which creates the most
intense 3D audio experience in existence). Please take a listen to the attached demo and I am curious as to how many speakers you perceive around
you, including the depth and elevation perception no matter where you sit in
the room, provided you are in between the speakers like everyone in a theater
is (it even works on your MacBook Pro or iMac internal speakers)...I believe
it is MUCH more than 7 (closer to hundreds). Hook up a sub, and you will get
much more than 7.1 (the .1 being the low end channel of course). When we
gave this demo to Warner and Disney post execs, they were blown away, especially because they were listening in a theater sized room with the standard JBL horns. They could not believe that this was only coming out of
the front left and front right speakers...I urge you to play this back with
some larger speakers in a larger sized room to truly get the impact. In
particular, play it back in a dub stage somewhere. It will be pretty evident
that the Dolby 7.1 does not even touch what we do with two channels using
AstoundSound processing. This is where I believe Pixar/Jobs needs to realize
that to truly envelope the audience, a real brain based technology is necessary for 3D film title releases. When AstoundSound tech is integrated
in 7.1, it makes it into 7.1 on steroids! Either two channel (stereo) or
surround listening (5.1, 6.1, 7.1, 10.2, etc.) becomes much more immersive
with AstoundSound.

Below is the hyperlink. I think Dolby is about to be in for a real big shock
with our deal we are inking with Walden Media for the upcoming Chronicles of
Narnia (apparently Disney opted to not do the the third and new Chronicles,
even though they did the first two...). Walden Media took it over, and

we are gearing up to start mixing with their mix engineers over in England.
Disney and Warner too are extremely interested. They could not believe that
we were able to create this incredible immersive audio experience with only
two speakers using only professional audio software tolls that we developed.
and no special hardware is required for playback and it works with everything. This is where we win the game in my opinion as it enables the
consumer to also have this incredible audio experience in their homes, on
their iPads, iPods, etc. regardless of their audio setup as long as they have
a minimum of any two speakers or headphones, of which just about every TV
comes with two speakers, and every iPad/iPod/iPhone comes with headphones.

http://www.sfgate.com/cgi-bin/article.cgi?f=/g/a/2010/05/22/bloomberg1376-L2SL460YHQ0X-1.DTL

The good news is that this article shows just how hungry the film industry is
for a better audio experience for their 3D film title releases, and only one
company can really do it right and make this happen for 3D films, and that is
GenAudio! :)

One of the statements in the article really made me laugh out loud. "We really wanted to take sound to the next level, and we just weren't able to do
much in 5.1," Cichocki said. "If we could put sound in the right places, it
helps your brain look in the right place."

Hmmm...how about using a real 3D audio technology that ACTUALLY modeled the
human brain using magnetic resonance imaging (MRI) instead of just adding two
additional discrete speakers/channels in the rear of the room? There is a
big difference between 'helping your brain to look in the right place' and
'enabling your brain to look in the right place'. These guys at Dolby really
don't have a clue, and all the better for us to truly crush everything in our
path. They will find out very soon my friend! :) What about precise elevation and depth perception? Adding two channels in the rear as discrete

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS        JM002165

does not enable this, however AstoundSound does. Pushing audio into the
audience to truly trick the ³brain² requires an audio technology that is
based on ³brain² research, over 22 years actually! If Dolby came out and
said, we have been doing R&D for over two decades using superconducting
magnets and precisely determined how the brain localizes a sound source using
functional magnetic resonance imaging, then I would say we have a real
competitor on our hands. To date, this has been the solution all these audio
tech companies come up with let's just add more speakers in the room, and
keep adding more speakers, and soon we will have the Iosono system with over
600 speakers! Wow, what a solution for theatrical, huh? Not even close.
Let's be real. AstoundSound technology creates the most immersive listening
experience, keeps the audio in phase, and truly pushes audio into the room
regardless of listening position. It also integrates seamlessly into all
surround delivery formats, including 7.1. Also, the sweet spot for
conventional multi-channel Surround listening (regardless of how many
speakers) is much smaller than that of AstoundSound (either AstoundStereo or
AstoundSurround listening) There is not much more that can be said here.

Perhaps you should forward this email to directly to Steve, and that our
thoughts on the Pixar/Dolby gig is simply not the right way to go. And we
would love to prove it. We here at GenAudio would be delighted to mix one of
the 3D Pixar films at my studio here in LA. We would absolutely crush any
mix that anyone else or any other studio could produce And that I am very
confident about! Even better - Perhaps a little mix engineering face off
would be the right way to go and Steve could easily approve for a segment of
a theatrical mix session to be released to us so we can prove that we are
superior to anything else that anyone else is doing to provide the audio
solution for 3D films. If we could get a 3 minute segment of the theatrical
mix session (Protools or Logic as our tools are both RTAS and AU) of any

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS          JM002166

Pixar 3D film with a lot of gag effects and 3D action, I would be happy to
show Pixar/Steve Jobs just what we are capable of doing...The point Take
the Dolby 7.1 mix and we will show Pixar/Jobs both an integrated
AstoundSurround 7.1 mix as well as a 2 channel mix that will blow their 7.1
and two channel fold-downs to shame.  They will not be able to tell the
difference between the 7.1 mix and our two channel mix, and the difference
between their Dolby 7.1 mix and the AstoundSurround 7.1 mix will be like
night and day.  Let me know if that can be arranged, we would love to do
that!!! :)  In the words of our Company slogan - ³Hear it...Believe it!².

Just thought you might enjoy the latest hype in the market of 3D audio as we
are both hard core audio professionals.

Hope you are enjoying your weekend!  Also, please send the iPod touch device
that timed out to me in Venice on Tuesday for Wednesday morning delivery and
I will have it back to you by Thursday morning with the updated provisioning
profile:



Best Wishes,

-Jerry
<astoundkitaro256kbps.mp3.zip>

------ End of Forwarded Message