REDACTED

# EXHIBIT 62

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <[redacted]>
Cc:
Bcc:
Date: 05/25/2010 12:12:22 am
Subject: Re: This is interesting...and a long email.
Attachments: The Dublee Mobile Demo_720.mov

EXHIBIT 32
WITNESS Mattos
CONSISTING OF 5 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.
(PLTF DEFT.)

Hi Vic,

Attached is a demo taken right off of Dolby's website...You do not need an AB comparison to determine how BAD their "Dolby Mobile" technology is!

The big multi-billion dollar audio tech giant should be ashamed of themselves for promoting such garbage, and LG and Dolby locked up with their mobile phone/media player devices. I mean, if someone does not get that Dolby sucks and Astound rocks, they should seriously get their hearing checked...It is that obvious!

Just give it a listen. The center channel imaging is completely blown out and colorized (no artist would ever accept this for obvious reasons), on a phase meter it is WAY out of phase, and most important, it sounds terrible...Not to mention around 4.5 db hotter when turned on. Yeah, let's make the technology and how bad it sounds really stand out! LOL

I am literally in shock they would ever consider releasing something like this as a product offering. I can't believe LG fell for this and licensed their technology from them. Obviously they are both not interested in the quality of their audio, and their business maneuvers are solely based on brand identity and bogus marketing hype. It will be an amazing day when Apple gets to slaughter their audio technology as well as everyone else with AstoundSound!

For what it's worth, Dolby is about to really suffer from their lack of real technology and entrepreneurial vision, even with their global brand. At least Apple, even with it being a huge publicly trading company and one of the largest global brands, still continues to actually make incredible products and has not deteriorated as Dolby, since going public, has been under the management of sub-Australopithecus finance type mentalities. Your big man at Apple truly is a genius and a visionary to have maintained such an positive forward direction for Apple, even with all the public company BS and the finance type scavengers that think they know how to run a tech based business -- stick these finance types in a back office, tell them to sit down and input numbers and create financial reports and then go home and keep their thoughts to themselves. Repeat daily. In all practical purposes for state of the art tech, they are useless...just take a look at Dolby's "new 7.1" earth shattering 3D film solution for better audio in the theaters and their solution for portable media with their amazing demo attached...ABSOLUTELY PATHETIC!

As much as I really do not like SRS and other falsely advertised "spatial audio technology" companies, they are certainly a step above the big Dolby, however, ALL of them are "parsecs" behind GenAudio. True Innovation and new technologies come from years of real work, not a bunch of marketing hype...Once a real technology is discovered and/or created and ready for market, then you can REALLY hype it up and win the game!

This, in my opinion, is the reason why Apple has been and will continue to be very successful by settling for nothing less than the best of the best and finding ways to bring such incredible technologies together to create amazing new product offerings for ANY consumer to enjoy with incredible ease of use! GenAudio follows in Apple's footsteps with that vision. Dolby and Microsoft, among many others, do not follow in that vision.

Best Wishes,

-Jerry



EXHIBIT 128
DEPONENT NAME: Tiscareno
DATE: 4/29/15

SEC-TiscarenoV-E-0001158

On 5/24/10 11:39 AM, "Victor Tiscareno" <​███​> wrote:

Hi Jerry,

Thank you for your thoughtful email.
I've listened to the Kitaro demo, it provides a near seamless listening experience thru my 2ch earphones.
I did not have a chance to listen to this on a large system.

We'll just keep working on this, but have you thought of practical demos, such as Astound vs Dolby's technology, much the same way you you provided the video-audio portiion of SRS vs JoeSoft vs ASE?? If you do it, make sure you level match the outputs even though they cheat and add gain and copius amount of EQ

Vic

Victor Tiscareno

iPod Audio/Acoustics
███ cell


On May 23, 2010, at 10:59 PM, Jerry Mahabub wrote:

Hi Vic, (Good airplane reading)...

I just read an interesting press release about how Pixar prompted Dolby to create a better audio technology for theatrical 3D film title releases.

Their solution was 7.1 – This has been around for years since the 90's, and it flopped miserably the first time around and SDDS is actually a 7.1 based presentation delivery format from way back when. Of the hundreds of millions of dollars these larger companies invest in audio R&D, this is their solution. Hysterical! LOL

I think, or better stated, KNOW that AstoundSound will not only slaughter the 7.1 experience with only two channel audio, we will certainly enhance any surround mixes in the new 7.1 by incorporating AstoundSound. Theaters must have EX installed to do this as a software upgrade option from Dolby, and not many of them have this setup. Too many theaters will not go in this direction as the economy has impacted theatrical sales, and so has the home theater, of which, the market for 7.1 mixes is so niche, it is not even worth wasting the money or the time in the first place. Disney themselves said to me the other day in our meeting with them, which went very well and we are setting up a time to meet with their mix engineers and train them on how to use our professional audio software tools, that only Pixar movies do a special 6.1 and sometimes 7.1 mix, and an actual LTRT fold-down. Disney only does 5.1 mixes for all their non-Pixar based film title releases, and this is where AstoundSurround will win. We will have much more content with many more movies using AstoundSurround than 7.1, including the two channel that recreates a better than 5.1 audio experience equivalent to 1000.1 in the home and in the theater. Why on earth would Dolby propose such a weak solution for 3D? They must really be desperate to try and be first to market, however, I believe we will have them beat with some of our

upcoming film title releases where one can experience AstoundSound in any theater, including all 5.1 theaters and also in their homes, as our processing holds through the two channel fold-down for home theater for both the physical and digital release of the film title.

Here is a very simplistic application of the AstoundSound technology, not even near what we REALLY can do with an actual mix session using our professional audio tools. We worked with Kitaro and his mastering engineer, Gus Skinas (who is also Pink Floyds surround SACD mastering engineer for Dark side of the Moon, along with James Guthrie, and is a very good friend of mine and from Boulder Colorado – he is a HUGE fan of AstoundSound and the inventor and owner of the Sonoma system for DSD recordings) on his album almost 4 years ago to create this and have full permission via a signed agreement to be giving this demo to whomever we want from Domo Records, the label that Kitaro is signed under, so no worries about giving this to Steve to give to Pixar. This demonstration was created by simply processing the Left Surround and Right Surround channels of a 5.1 mix, in real-time and then folding down all 6 channels (5.1) to a 2 channel or stereo mix (not even using a mix session with the technology applied on multiple tracks which creates the most intense 3D audio experience in existence). Please take a listen to the attached demo and I am curious as to how many speakers you perceive around you, including the depth and elevation perception no matter where you sit in the room, provided you are in between the speakers like everyone in a theater is (it even works on your MacBook Pro or iMac internal speakers)...I believe it is MUCH more than 7 (closer to hundreds). Hook up a sub, and you will get much more than 7.1 (the .1 being the low end channel of course). When we gave this demo to Warner and Disney post execs, they were blown away, especially because they were listening in a theater sized room with the standard JBL horns. They could not believe that this was only coming out of the front left and front right speakers...I urge you to play this back with some larger speakers in a larger sized room to truly get the impact. In particular, play it back in a dub stage somewhere. It will be pretty evident that the Dolby 7.1 does not even touch what we do with two channels using AstoundSound processing. This is where I believe Pixar/Jobs needs to realize that to truly envelope the audience, a real brain based technology is necessary for 3D film title releases. When AstoundSound tech is integrated in 7.1, it makes it into 7.1 on steroids! Either two channel (stereo) or surround listening (5.1, 6.1, 7.1, 10.2, etc.) becomes much more immersive with AstoundSound.

Below is the hyperlink. I think Dolby is about to be in for a real big shock with our deal we are inking with Walden Media for the upcoming Chronicles of Narnia (apparently Disney opted to not do the the third and new Chronicles, even though they did the first-two...). Walden Media took it over, and we are gearing up to start mixing with their mix engineers over in England. Disney and Warner too are extremely interested. They could not believe that we were able to create this incredible immersive audio experience with only two speakers using only professional audio software tolls that we developed, and no special hardware is required for playback and it works with everything. This is where we win the game in my opinion as it enables the consumer to also have this incredible audio experience in their homes, on their iPads, iPods, etc. regardless of their audio setup as long as they have a minimum of any two speakers or headphones, of which just about every TV comes with two speakers, and every iPad/iPod/iPhone comes with headphones.

http://www.sfgate.com/cgi-bin/article.cgi?f=/g/a/2010/05/22/bloomberg1376-L2SL460YHQ0X-1.DTL

The good news is that this article shows just how hungry the film industry is for a better audio experience for their 3D film title releases, and only one company can really do it

right and make this happen for 3D films, and that is GenAudio! :)

One of the statements in the article really made me laugh out loud, "We really wanted to take sound to the next level, and we just weren't able to do much in 5.1," Cichocki said. "If we could put sound in the right places, it helps your brain look in the right place."

Hmmm...how about using a real 3D audio technology that ACTUALLY modeled the human brain using magnetic resonance imaging (MRI) instead of just adding two additional discrete speakers/channels in the rear of the room? There is a big difference between "helping your brain to look in the right place" and "enabling your brain to look in the right place". These guys at Dolby really don't have a clue, and all the better for us to truly crush everything in our path. They will find out very soon my friend! :) What about precise elevation and depth perception? Adding two channels in the rear as discrete does not enable this, however AstoundSound does. Pushing audio into the audience to truly trick the "brain" requires an audio technology that is based on "brain" research, over 22 years actually! If Dolby came out and said, we have been doing R&D for over two decades using superconducting magnets and precisely determined how the brain localizes a sound source using functional magnetic resonance imaging, then I would say we have a real competitor on our hands. To date, this has been the solution all these audio tech companies come up with – let's just add more speakers in the room, and keep adding more speakers, and soon we will have the Ionsono system with over 600 speakers! Wow, what a solution for theatrical, huh? Not even close. Let's be real, AstoundSound technology creates the most immersive listening experience, keeps the audio in phase, and truly pushes audio into the room regardless of listening position. It also integrates seamlessly into all surround delivery formats, including 7.1. Also, the sweet spot for conventional multi-channel Surround listening (regardless of how many speakers) is much smaller than that of AstoundSound (either AstoundStereo or AstoundSurround listening) There is not much more that can be said here.

Perhaps you should let Steve Jobs know about our professional audio tools, and that the Pixar/Dolby gig is simply not the right way to go. And we would love to prove it. We here at GenAudio would be delighted to mix one of the 3D Pixar films at my studio here in LA. We would absolutely crush any mix that anyone else or any other studio could produce – And that I am very confident about! Even better - Perhaps a little mix engineering face off would be the right way to go and Steve could easily approve for a segment of a theatrical mix session to be released to us so we can prove that we are superior to anything else that anyone else is doing to provide the audio solution for 3D films. If we could get a 3 minute segment of the theatrical mix session (Protools or Logic as our tools are both RTAS and AU) of any Pixar 3D film with a lot of gag effects and 3D action, I would be happy to show Pixar/Steve Jobs just what we are capable of doing...The point – Take the Dolby 7.1 mix and we will show Pixar/Jobs both an integrated AstoundSurround 7.1 mix as well as a 2 channel mix that will blow their 7.1 and two channel fold-downs to shame. They will not be able to tell the difference between the 7.1 mix and our two channel mix, and the difference between their Dolby 7.1 mix and the AstoundSurround 7.1 mix will be like night and day. Let me know if that can be arranged, we would love to do that!!! :) In the words of our Company slogan - "Hear it...Believe it!".

Just thought you might enjoy the latest hype in the market of 3D audio as we are both hard core audio professionals.

Hope you are enjoying your weekend! Also, please send the iPod touch device that timed out to me in Venice on Tuesday for Wednesday morning delivery and I will have it back to you by Thursday morning with the updated provisioning profile:



Best Wishes,

-Jerry
< astoundkitaro256kbps.mp3.zip>

SEC-TiscarenoV-E-0001162