# EXHIBIT 63

1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:              )

4                                  )   File No. D-03450-A

5   GENAUDIO, INC.                 )

6

7   SUBJECT:   Investor Audio Printmaster Presentation

8              By Jerry Mahabub

9   PAGES:    1 through 56

10

11

12

13                  AUDIO TRANSCRIPTION

14

15

16

17

18

19

20

21                      EXHIBIT
                         263
22              *tabbies* Mahabub
                     2-8-14 DZC
23

24          Diversified Reporting Services, Inc.

25                  (202) 467-9200

GOVERNMENT
EXHIBIT
89
D-03450

2

P R O C E E D I N G S

1

2          MR. MAHABUB:  Hi, my name is --

3          ANNOUNCER:  Hold on, Jerry.  Wait a second.

4          MR. MAHABUB:  Oh, that's right, that's right,

5     you were supposed to dub in applause.

6          ANNOUNCER:  Okay.  Here it is.

7              (Applause.)

8          MR. MAHABUB:  I think that would sound much

9     better in Astoundsound, don't you?

10             (Applause.)

11         MR. MAHABUB:  Ah, yes, that does sound better.

12    Let's start over.

13             My name is Jerry Mahabub, President and CEO of

14    GenAudio.  I'm also the inventor of the technology we

15    call Astoundsound.  Astoundsound is the most intense and

16    accurate spatial audio technology ever created.  With

17    over two decades of research and development, we finally

18    have a fleet of product offerings to change the way the

19    world listens to audio.  Throughout this presentation

20    there will be several demonstrations of our current

21    product offerings.  Please keep your headphones on

22    throughout the entire presentation.

23             But before I say anything further, I ask that

24    you all take a moment to read the following legal

25    disclaimers.

TRANSCRIPTION_II_SEC_-_DRO_20150115

3

1      (Pause.)

2      MR. MAHABUB:  Okay.  That should have been

3   enough time.

4      To sum it up, what that says is anything that

5   is not a historical fact is deemed to be a forward

6   looking statement that may or may not occur.  Also, this

7   is not a solicitation for investment but merely a

8   discussion presentation, and that the terms of the

9   private placement memorandum and subscription agreement

10  govern any investment offering.

11     So with the legalese out of the way, get ready

12  to experience the next evolution of audio.  This

13  presentation is about an hour in length and I highly

14  recommend you watch it from start to finish on your

15  computer to completely digest the information and better

16  understand the positive forward direction of GenAudio.

17  Let's start with an astounding demo, one of my personal

18  favorites.  I ask that you sit back, relax and try to

19  keep your eyes closed for this first demonstration.  Some

20  of you may have already heard this initial demo, however

21  for those of you that have not, prepare to be astounded.

22     (Audio demonstration.)

23     MR. MAHABUB:  You can open your eyes now.  You

24  just heard sounds moving in all directions including

25  above you, directly behind you, and with incredible depth

4

1   perception, and all of this out of two channels, the

2   right side and left side of the headphones you are

3   wearing.  We call this stereo listening.  Since the

4   technology is software based, this incredible listening

5   experience does not require any special hardware or

6   multiple speakers.  It simply works with all consumers'

7   existing audio equipment, requires minimum of two

8   speakers or headphones and dramatically enhances both

9   stereo and Surroundsound listening.  There are not too

10   many people in the world that listen in mono, which

11   basically means one speaker.  And anyone who has a mono

12   setup certainly doesn't care much about the quality of

13   their audio anyway.

14          Over the past several months we have been

15   actively pursuing business opportunities in two

16   multi-billion dollar industries.  First I would like to

17   discuss our recent business activity in the motion

18   picture industry.  We are gearing up for our fifth

19   meeting with Warner Brothers.  This meeting will be the

20   second mixed engineering test at the Warner Brothers'

21   post production studio in Burbank, California.  Warner

22   has expressed a serious interest in using Astoundsound

23   for their upcoming 3-D film title releases.

24          Our first mixed engineering test at their

25   facility was a huge success, and now they want to drill

5

1   down a bit deeper and verify that our processing will

2   remain intact throughout the entire audio chain from

3   theatrical release to DVD release.  We are very confident

4   we will pass the test as we have successfully done this

5   test ourself.

6           We have our third meeting with Walt Disney

7   coming up as well.  Like Warner Brothers, we expect

8   Disney to put the technology to the test.  We are

9   anxiously waiting to demonstrate the enormous potential

10  of our technology and blow them away, just we have Warner

11  Brothers and several other studios in the greater Los

12  Angeles area.

13          Our newest member of the senior management team

14  for GenAudio, Brent Kaviar, was the former SVP for post

15  production at New Line Cinema for 17 years.  I can't tell

16  you all how lucky we are to have him working with us.  He

17  has the ability to open doorways to the top executives of

18  every major film studio and he has been instrumental in

19  getting the attention of several studios already,

20  including Warner and Disney.

21          One of his very good friends, who is the senior

22  vice president of post production for Walden Media and

23  Anschutz Entertainment Company is very interested in

24  using our technology for the theatric release of the new

25  upcoming Chronicles of Narnia.  We recently mixed Walden

6

1    Media's new logo animation in Astoundsound that will

2    appear before all Walden Media films as a test drive.

3    Walden Media loved the technology and we are confident

4    this initial work will lead to what may be our first

5    worldwide theatrical film title release.

6            Our revenue model for the theatrical space is

7    two-fold.  The license to the motion picture studio is

8    our foot in the door but will most likely not general

9    large revenues.  The incorporation of the Astoundsound

10   technology into the theatrical release should enable us

11   to negotiate a per-unit royalty deal for consumer

12   distribution of the movie, both physical and digital; the

13   physical being the Blue Ray or DVD disc, and digital

14   being a download via the internet.

15           Once one big theatrical release for a 3-D film

16   title utilizes our technology, we expect the film

17   industry will eventually adopt our technology as a new

18   audio standard leading to Astoundsound becoming a

19   household name on an international scale, thus leading to

20   substantial revenue generation with respect to home

21   theater distribution.  Although the technology will sound

22   great in a multiple-speaker theater auditorium, it will

23   have an enormous impact for consumers that watch the

24   movie at home or on their portable devices such as

25   laptops, DVD players and handheld devices often with just

7

1   two speakers or headphones.

2        The second target is consumer electronics.   I

3   can't even begin to explain the incredible technological

4   advancements we have made to enable licensing in this

5   space.   The company expects the space will generate the

6   largest revenue streams via per-unit royalties with

7   respect to multiple consumer electronic products.   We

8   will talk about the various fields of use later on in

9   this presentation.

10        In particular, a very large consumer

11   electronics company, which I'll refer to as the LCEC has

12   already initiated embedded level integration of our

13   technology for their entire lineup of major product

14   offerings.   I have taken the lead on this from start to

15   present and today have had 15 in-person meetings with the

16   LCEC at their headquarters with both senior technical and

17   marketing staff.   We have a very restrictive

18   non-disclosure agreement signed with the LCEC and because

19   of this I can't disclose the name of this company or any

20   specifics of a deal.

21        Because our patents are filed worldwide for

22   international licensing efforts, although the company has

23   decided to focus primarily on licensing to companies in

24   North America, we would obviously entertain a licensing

25   arrangement with companies outside of North America such

8

1    as Philips Electronics in the Netherlands, among others.

2          Now let's change the tune and dig into our

3    current product offerings.  We currently have four

4    different product offering categories.  The first

5    category is for professional audio use and we have

6    created two different plugins that apply the technology

7    during post production for both mono and stereo input

8    elements of an audio mixing session.  The first of these

9    pro-audio product offerings is our mono input plugin for

10   ProTools.  ProTools is the industry standard  software

11   for mixing films, music, video game audio, TV shows, TV

12   commercials, among other things.

13         The second is our stereo input plugin.  Both of

14   these enable any track in a mix session, whether a mono

15   or stereo track, to be processed using our incredible

16   audio technology.  With the big transition to 3-D motion

17   pictures in theaters everywhere, our timing could not be

18   any better.

19         The second category is our developer STK for

20   gaming which enables game developers to incorporate

21   Astoundsound in real time during game play.  This should

22   be a revolution to the entire game industry.

23         The third category is our computer product

24   offerings for both Mac and PC which we call the

25   Astoundsound Expander and which I will discuss in the

9

1    consumer portion of this presentation.

2           The fourth category is our STK for consumer

3    electronics integration.  This implementation is a

4    breakthrough in digital audio processing and we expect to

5    generate large revenues from it in the very near future.

6           So what does this really mean?  It means we

7    have four discrete product offerings, three of which are

8    licensing-based products and one for digital distribution

9    via the internet.  To give you all a quick history of

10   some of the projects we have already worked on, let's

11   start with the first commercialized product.  The first

12   use of our initial test software, before the creation of

13   the plugins, was the home theater release of Universal

14   Pictures Hell Boy II: The Golden Army.  It released back

15   in October of 2008.  It also won the category of best

16   audio for the Spanish Film Goya Awards, and the director,

17   Guillermo Del Toro loved the technology and is currently

18   working on an upcoming future film title release, The

19   Hobbit, which is expected to release in December of 2012.

20   If you go to the official Hell Boy II website at

21   www.hellboymovie.com, you will notice our logo placement

22   in the lower right-hand corner.

23          A few other DVD releases followed, and within

24   this period of time, we also inked a deal with Interscope

25   Records and remixed six songs by platinum artist Robin

10

1   Thicke in Astoundsound.  This promotion was offered

2   exclusively on Amazon.com and was a huge success.  We

3   also did remixes in Astoundsound for several other very

4   popular artists such as Public Enemy, Beyonce and

5   LadyTron.  What we realized at this time was that we had

6   a bit of a workflow issue, and although our software was

7   fully functional and capable of processing audio, for

8   audio professionals to use our technology it was critical

9   that we integrate with work flow seamlessly and not cause

10   any delays during mixing, especially if we were to ever

11   have a chance at getting Astoundsound on a big theatrical

12   film title release.  This compelled us to immediately

13   begin developing our professional audio plugins for

14   ProTools in December of 2008.

15          ProTools is the de facto standard software that

16   audio professionals use for mixing during post

17   production.  Our current professional audio tools fully

18   enable work flow integration and we are now gearing up

19   for our first worldwide theatrical release in

20   Astoundsound with a few of the leading film studios as we

21   discussed at the beginning of this presentation.  Let's

22   take a closer look at some of the steps that we went

23   through to get to this point.  It has been a long and

24   very difficult uphill battle and we finally made it to a

25   set of plugins that can be used by any post production

11

1   facility in the world.

2            Enough of the small talk; let's jump in and

3   take a look at our current product offerings in more

4   detail and demonstrate each product offering for you.

5   This section will be a bit technical, however it is the

6   end result that you'll have no trouble with understanding

7   by listening to what these incredibly unique products are

8   capable of creating.  In the words of our company slogan,

9   "Astoundsound: Hear it, believe it."

10           Astoundsound Pro has taken many years of

11  software and audio digital signal processing development.

12  I hired on the first developer and audio DSP guru to work

13  with me in 2004, Stephan Bernsee from Germany, and this

14  is what we created.  A very simple yet elegant user

15  interface that enables the user to move a sound source in

16  three dimensions of space over time.  Notice how there

17  are only three sliders.  The elevation slider which moves

18  the sound source up and down or vertically; an azimuth

19  slider which moves the sound source around your head or

20  horizontally; and a distance slider that moves the sound

21  source further away or closer to you.  This in and of

22  itself was a breakthrough.  It actually enabled a user to

23  apply the technology in a way that is very user friendly,

24  and best of all did not require a hardcore background in

25  physics or mathematics.

12

1        Next I hired on an additional developer that

2    later became the company's senior vice president of

3    software engineering, Mr. Gary Smith.  The three of us

4    streamlined the user interface and after hundreds of

5    revisions came up with this in January of 2007.  We

6    continued to develop this even further and after yet

7    several more revisions we had a beta release event in

8    October of 2007 at the International Audio Engineering

9    Society meeting in New York City.  The purpose of this

10   beta release event was to bring top professional audio

11   engineers to the table that would be interested in

12   helping us to determine what still needed to be done.

13   The beta release was a huge success.  What we learned is

14   that work flow integration was a necessity or nobody

15   would use this for commercial use.

16        Soon after we hired on two highly specialized

17   and trained ProTools plugin developers to help us achieve

18   this goal of having complete work flow integration.  As

19   of two weeks ago, I am proud to announce that we have

20   reached our goal.  The first of the set of ProTools

21   plugins looks like this.  As you can see, the user

22   interface has been streamlined and the big difference

23   between the standalone version and the plugin is work

24   flow integration during mixing.  Without having work flow

25   integration, licensing these plugins to companies such as

13

1    Warner Brothers, Walden Media and Disney would simply not

2    be possible.

3         So let's see what this plugin can do.  I have

4    chosen a very special mix session, Freddie Mercury's

5    original recorded voice is soloed and the plugin was

6    invoked on the vocal track only.  The frame of reference

7    of the listener is represented by the large green ball,

8    so keep your eyes on the orange ball depicting the

9    movement of Freddie Mercury's voice moving all around

10   you.

11            (Audio demonstration.)

12       MR. MAHABUB:  Did you notice his voice going

13   above your head, around your head, out in distance and

14   back?  No other software in existence can do this and

15   therefore we expect the professional studios to line up

16   for licensing deals with us in the very near future,

17   especially with the huge 3-D impact in theaters.

18            Next I will walk you through the second of the

19   set of professional audio plugins that we have developed.

20   Astoundsound Pro-EX.  Concurrently with the development

21   of the mono input plugin, there is another way to apply

22   Astoundsound and although it uses the same Astound core

23   it accomplishes a much different goal for mixing.  The

24   idea for this originated while I was running some tests

25   using MatLab back in 2005.  I asked myself what would

TRANSCRIPTION_II_SEC_-_DRO_20150115

14

1    happen if I took a completed stereo mix and tried to

2    create a deeper stereo listening experience?  This is the

3    birth of what we now call today Astoundsound Stereo

4    Expansion.

5            The first user interface was created two years

6    later in 2007 to demonstrate such stereo expansion

7    capability and it looked like this.  We were after a very

8    easy to use user interface aimed primarily at the

9    consumer.  We soon after realized that several other

10   audio digital signaling parameters would be required to

11   truly make this work.  So in 2008 the stereo expansion

12   application turned into this.  I looked at the user

13   interface we had created and realized this application

14   was turning into a professional audio application rather

15   than a consumer application.

16           I don't know too many average consumers that

17   would know what an HRTF ratio is, among other parameter

18   settings we had added to complement the spatial audio

19   processing.  So alongside the development of the mono

20   plugin we decided to create a professional stereo

21   expansion plugin as well.  As of a couple of weeks ago

22   the plugin is ready for licensing and looks like this.

23   We call this plugin Astoundsound Pro-EX.  This is the

24   plugin we use to apply the technology to a stereo or

25   two-channel audio input during mixing and we use it

15

1    primarily to elevate, widen and deepen the stereo field.

2    This creates very expansive auditory environments without

3    compromising certain properties of the stereo audio that

4    the plugin is being applied to.

5            All other attempts have failed miserably to

6    provide professional audio engineers with the ability to

7    significantly widen the stereo image without causing

8    major problems making the audio unusable for a

9    professional mix.  Let's give it a whirl, shall we?  For

10   this demo I have chosen to use a song from my favorite

11   band, The Grateful Dead.

12               (Audio demonstration.)

13           MR. MAHABUB:  Do you notice how the vocals

14   remained rooted in the center and were not compromised in

15   any way whatsoever?  This is a very unique feature of our

16   stereo expansion processing.  The listening experience

17   that was created when the processing was turned on was

18   much deeper and more pleasurable to listen to as when

19   compared to the normal stereo mix when the processing was

20   bypassed.

21           Now you have separately seen and heard our two

22   professional audio plugins.  Now I would like to switch

23   from the professional audio implementations to our

24   computer product offerings for the consumer.

25   Astoundsound is unique in that it is a spatial product

16

1    offering for consumers that actually uses a professional

2    audio backend processing chain.  We took a serious look

3    at finding a way to encapsulate the immense power of

4    Astoundsound's stereo processing and were finally able to

5    work through what seemed like an endless maze to create

6    an incredible consumer product offering.

7            We launched the product at the CES 2009 show in

8    Las Vegas, Nevada after placing in the top three of

9    thousands of competitors in the I-Stage Competition in

10   2008 for America's best new gadget.  We were one of three

11   winners of a free trade show booth at the big

12   International CES Convention.  Subsequent to CES I asked

13   one of our developers to post the Astoundsound Expander

14   on the Apple website.  Within two weeks of posting on

15   Apple's website we were selected by Apple as a staff pick

16   and then two weeks later the feature download in the

17   audio download section of Apple's website.  We soon

18   became the top audio download in terms of the number of

19   downloads.  We remained as the top audio download for

20   three months straight.

21           Unfortunately both Microsoft with Windows 7 and

22   Apple with SnowLeopard rolled out new operating systems

23   that created incompatibility issues with both our PC and

24   Mac product offerings.  For the past several months we

25   have been working very hard on resolving the

17

1    compatibility issues and I'm happy to announce that we

2    just posted on our website at www.astoundsound.net the

3    new and improved Mac version which is fully compatible

4    with the Apple SnowLeopard operating system.  We hope to

5    have a version compatible with Windows 7 in the next few

6    weeks.

7           Let's give it a whirl and listen to the

8    incredible audio experience created by our computer

9    application Astoundsound Expander which processes all

10   audio running through the computer, whether a video game,

11   a movie or simply listening to your favorite music.

12   Here's a John Mayer song you should all recognize and

13   you'll notice we turn the processing on and off and

14   change the intensity of the stereo expansion throughout

15   the demo.

16           (Audio demonstration.)

17           MR. MAHABUB:  In anticipation of the relaunch

18   of the computer product offerings I have met with senior

19   management of two very large music centric web-based

20   portals.  Both portals generate over one million unique

21   visitors per day and we would be the only software

22   outside of their own applications to be promoted, not

23   lost among thousands of other software downloads as is on

24   other sites such as CNET.  I expect to see this launched

25   on at least one of the two partners I have identified in

18

1   the near future, of course, pending what happens with the

2   LCEC, as it may acquire the technology in its entirety or

3   want an exclusive license for the computer market

4   application.  This of course would be the death of our

5   Astoundsound Expander.  This would be the only way that I

6   could say that the death of one of our product offerings

7   would be a good thing.

8          Next I want to talk to you about perhaps one of

9   our most exciting product offerings to date.  We

10   optimized the software processing so heavily it can now

11   be integrated into any consumer electronics device that

12   has stereo audio output including small handheld devices

13   where battery life is a major consideration.  First a

14   little background.

15          When I first formed the company back in 2003,

16   the 5000 foot strategy was to have at least two deep

17   meter impacts in two of the many of the vertical markets

18   that I have targeted.  With the traction we have in both

19   the theatrical space with Warner, Walden Media, Disney

20   and others with our professional audio tools, and with

21   the contemplated consumer products integration among

22   multiple product lines, I believe the company is very

23   close to accomplishing this dual impact goal.  Not only

24   do we have the technology ready for incorporation into

25   consumer electronic devices but we have achieved the

19

1    important task of optimizing the process so that there is

2    minimal battery impact.  Without this successful

3    optimization the technology would not be attractive to

4    manufacturers of handheld devices such as MP3 players and

5    smart phones.

6          As soon as we achieved this critical

7    optimization objective I walked into the very large

8    consumer electronics company I have been referring to for

9    confidentiality reasons as the LCEC with the device in

10   hand, opened up our application running on the device and

11   proceeded to turn our processing on and off.  It blew the

12   senior technical manager away.  He would not let me leave

13   without handing the device over to him so he could show

14   his engineers and the rest of his technical staff.

15         Finally our technology is being given the

16   recognition it deserves and the senior technical staff at

17   the LCEC tested Dolby Mobile, SRS, among many other

18   competitive technologies and shot all of them down with

19   the exception of ours.  I have recently been informed by

20   my senior management technical and marketing contacts of

21   the LCEC that we are the only audio software company to

22   get to this point with the LCEC.

23         As many of you may already know these big

24   companies often suffer from the NIH syndrome which means

25   "not invented here."  However after reviewing everything

20

1   else, they realize how far superior the Astoundsound

2   technology is due to its unique processing which is based

3   on how the human brain actually perceives sound in space.

4        So how have we been able to demonstrate the

5   Astoundsound technology with such great success without

6   putting the technology at risk?  We created a development

7   kit consisting of an evaluation software library and a

8   test harness which allows consumer electronics companies

9   like the LCEC to test several preset parameters in their

10  products without exposing our proprietary filter set.

11  The user interface part of the development kit enables a

12  company's audio engineering staff to choose the settings

13  they like the best.  Once they are happy with the setting

14  they simply export the settings using the export button,

15  pop the textfile data into their source code for testing

16  and this in turn enables them to test processor

17  performance among many other tests that they may require.

18       Once the evaluation library is successfully

19  integrated and all the software testing is completed they

20  can simply replace the evaluation API with the real

21  Astoundsound expander API and they are literally in a

22  product launch state.

23       I will now show you the special user interface

24  which I have developed to enable consumer electronics

25  companies to choose the settings that they desire for

21

1    their hardware products.  The stereo processing

2    implementation of Astoundsound is used to expand the

3    stereo field in ways that have never been done before.

4    The results of using our processing techniques are

5    extraordinarily unique and completely different in

6    approach from all of the competitor attempts.  Why is

7    that?

8         Astoundsound creates a true-to-life stereo

9    expansion in three dimensions; elevation, azimuth and

10   distance.  Elevation is the term we use for moving sounds

11   above and below the head.  Stick your arm out in front of

12   you and move it up and down keeping your arm extended.

13   This is elevation.

14        Azimuth is a term used for moving sound sources

15   horizontally around the head.  Stick your arm out in

16   front of you and move it from left to right around a

17   circle with a fixed radius.  This is azimuth.

18        Distance perception actually uses a different

19   and advanced DSP implementation and is heavily dependent

20   on the size of the room.  This is why we have various

21   reverb settings for our plugins so we can better match

22   the environment for which the audio is to be mixed.  All

23   of the competing technologies that have tried to do this

24   such as SRS Labs, Q-Sound, Artemis and many others cause

25   a major issue with the center channel imaging and this is

22

 1    typically the position where an artist's voice is mixed.

 2    Artists will not tolerate having their vocals sound like

 3    it went through a grinder or allow it to be smeared or

 4    fuzzy.

 5          We have implemented a realtime mid-side

 6    processing decoder commonly referred to as MS decoding

 7    which allows us to separate and bypass that part of the

 8    mix that exists in the center and process all the audio

 9    elements in the mix that are mixed to the side.   We call

10    that side signal processing.  This is one of the several

11    processes covered in our patent filings.  The end result

12    is absolutely no compromise to center channel imaging

13    whatsoever.  Any compromise will not be tolerated by the

14    pros for mixing purposes, and as a result professional

15    engineers simply will not use our competitors'

16    technologies.

17          Similar to the central channel bypass we have

18    another DSP process for bypassing the low end of a song,

19    especially for our rap, hip-hop and R&B tune.  Believe

20    me, the one thing you do not want to do is create a muddy

21    base.  A result of our low end processing yields

22    absolutely no compromise to low end information.  This is

23    critical for professional audio and all the other

24    competing technologies try and mask the negative

25    artifacts to the low end by trying to make it louder.

23

1      Our team of DSP engineers also made a

2   tremendous breakthrough with the enablements of

3   processing of high-end audio file sample rates.  They not

4   only put the core filters in a format that is separate

5   and independent, they reduced the size of the filter set

6   from one gigabyte down to three megabytes with absolutely

7   no compromise to the localization cue integrity.  I can't

8   even begin to explain to you how important that one

9   optimization has been for us.  Without this we would not

10  be where we are today from a product offering standpoint.

11  This opened up the video game space, the Pearl Audio

12  space and the consumer space through this optimization, a

13  remarkable breakthrough after two years of R&D.  Amazing.

14

15      Perhaps one of the most critical and important

16  features of Astoundsound processing is the fact that our

17  mixes remain in phase.  Phase causes a feeling of nausea

18  to most listeners and no Pearl Audio engineer will

19  tolerate phasey audio.  Nobody else can accomplish

20  staying in phase with spatial audio technology and phase

21  tests must be passed for all mixing and mastering.  Every

22  film mix creates a set of printmasters that comes off the

23  dub stage.  The reason why the two channel or stereo

24  audio is always typical standard stereo is because phase

25  must be in the green.  The key is to maintain the

24

1    Astoundsound experience with acceptable phase that is in

2    the green.  Astoundsound is the only spatial audio

3    technology that accomplishes this and as such it has been

4    accepted by the professional audio engineering community.

5    They still can't believe how super huge our mixes are and

6    yet stay in phase.

7          Tone colorization is another critically

8    important issue for the professional audio engineering

9    community.  Nobody wants to hear their instruments or

10   vocals sound out of tune or have severe harmonic

11   disturbances to the recorded audio that is being

12   processed during mixing.  We have developed DSP

13   parameters around the core processing filters that

14   eliminate any tonal colorization issues or what we call

15   noise floor issues.  This can only be accomplished by

16   using Astoundsound and no other spatial technology in

17   existence can do what we do.

18          Now moving on to a new area which I think will

19   ultimately be a new area where the Astoundsound

20   technology may have the most profound impact, video

21   gaming.  Video gaming utilizes the most intensive DSP

22   processing of all of our product offerings and as such

23   has taken us the most time to develop.  And also has

24   required us to hire on an outsource company, Diesel

25   Games, to assist us with the development efforts.  This

25

1    really is a combination of the professional audio tools

2    backend processing.  It has to process in real time

3    during the course of game play for hundreds of different

4    objects in a video game environment.  What that means is,

5    while playing a video game, the objects in the game are

6    all uniquely identified and sound sources are attached to

7    set objets.

8                Unlike the plugins there are no predefined

9    spatial processing movements and when the user moves his

10   character in a first-person shooter game, all the sound

11   sources that are surrounding the game player must

12   instantaneously be processed and the audio that is output

13   changes its spatial location in real time during game

14   play.  We expect this to be revolutionary in the gaming

15   industry and therefore this is where GenAudio can drive

16   its value as a new must-have audio engine standard for

17   new games being developed.

18               The LCEC saw a demo of this implementation and

19   was ecstatic.  Aside from the licensing of the

20   Astoundsound expander for movies and music, they are

21   seriously interested in the gaming implementation, and it

22   probably would take them only about a month or two to

23   have this ready to go for all their third-party games.

24   So let's take a deeper look into where we are with this

25   implementation.

26

1          This slide shows you a screenshot of Appen's

2    open AL user interface.  We debuted our own video game

3    environment demo entitled "Deprived" in Los Angeles last

4    year at the E-3 event.  Our game demo at E-3 was built to

5    run on a Mac using the open AL implementation.  We were

6    able to simply use the existing open AL framework,

7    recompile the code to direct the audio to our Astound

8    node real-time mixer and thereby create a real-time

9    Astoundsound listening experience.  Companies that came

10   to our booth immediately requested to receive a software

11   development kit or SDK so they could use the technology.

12   However we needed to inform that we only had a

13   demonstration game and had not developed the SDK just

14   yet.  Some of those companies included such major game

15   developers as Activision-Blizzard -- they recently merged

16   -- Midway, THQ, EA and many others.  They're all

17   anxiously awaiting the completion of our SDK and once

18   completed I imagine it would be a very short period of

19   time before we see our first licensing deal on a per-unit

20   royalty which is in line with licensing standards in the

21   gaming industry.

22          Of course, although using the open AL framework

23   for proof of concept worked seamlessly, we still need to

24   do the same additional work to get this implementation to

25   work on various console based gaming platforms.  A few of

27

1      those platforms are Microsoft XBox 360 of which we became

2      development partners with them back in 2005; Sony Play

3      Station III; and of course the Nintendo Wii.

4              Here is a trailer recreated of the Deprived

5      video game environment we showcased at E-3.  Please note

6      that it is done in the horror genre that is very popular

7      with kids today so be prepared for some gory scenes.

8                  (Audio demonstration.)

9              MR. MAHABUB:  Now let's take a look at how

10     Astoundsound is applied in real time for an actual video

11     game type of environment.  In this demo you will hear

12     various sound sources moving around and hear their

13     movement in real time just as if you were playing a video

14     game.  So in summary, gaming is likely to be the

15     technological pinnacle of our product offerings and,

16     although from a revenue generation perspective it may not

17     be as big as licensing of the Astoundsound Expander for

18     consumer electronics integration, it certainly is the

19     fastest growing market and is expected to surpass

20     worldwide revenues within the film and music industry

21     combined by 2012.  We look forward to resuming our video

22     game development in the very near future.

23                  (Audio demonstration.)

24              MR. MAHABUB:  So you have seen and heard our

25     two professional plugins, our Astoundsound Expander

28

1    consumer offerings for computers, heard about our current

2    and fully functional software kit and testing tool for

3    consumer hardware device integration and seen the open AL

4    implementation of our video gaming technology which we

5    are looking forward to making happen on X.Box, PS3 and

6    Nintendo Wii in the very near future.

7            Now let's do a quick recap of the technology to

8    put all of this into perspective.  Throughout this

9    presentation you have experienced the headphone listening

10   experience for music, movies and games.  Let's recap on

11   what we have discussed thus far and the demos you just

12   experienced.  For headphone listening, our stereo-in

13   stereo-out product offerings that include embedding this

14   implementation into consumer electronics creates a stereo

15   field experience just as the mix engineers intended for

16   the content to be listened to.  This eliminates the very

17   annoying in the center of your head feeling that we all

18   experience when listening with headphones and provides

19   for a home theater in your pocket solution, especially

20   given the popularity of media player devices such as

21   iPod, among many others.

22           Of course, the professional audio plugins

23   enable much more than the creation of a stereo field

24   experience and this is where two-channel audio gives

25   birth to the next dimension of the evolution of audio

TRANSCRIPTION_II_SEC_-_DRO_20150115

29

especially with the emergence of new 3-D visual

technology.  Just about every big film title release this

past year and film title releases that are up and coming

will be in 3-D.  If you listen to Astoundsound through

your speakers it creates a realistic and convincing

surround sound field even out of your laptop or built-in

TV speakers.  One of the unique things about our

technology is the audio listening experience is created

without all the phase and audio degradation issues that

competitor technologies have to offer.

The Consumer Elecronics Association reports

that around 30 percent of homes have some form of home

theater surround sound setup.  What they don't tell you

is that only around ten percent of that thirty percent

actually has them set up correctly.  This equates to

around three percent of households actually getting the

surround sound experience.  So what about the remainder

97 percent?  That is where Astoundsound comes in and no

specialty coding devices such as home receivers or more

than two speakers are required.  Most definitely a

solution that will not get you in trouble with the wife

no doubt when she comes home only to find out that the

living room has speakers all over the place and speaker

wire running everywhere, especially if she trips over the

wires.  Not a good thing.

30

1          However, Astoundsound also seamlessly

2     integrates into surround sound and is compatible with all

3     surround presentation and delivery formats.  Such formats

4     include Dolby digital DTS and STDS for theatrical

5     presentation.  We call this technology integration

6     AstoundSurround and it turns surround sound into surround

7     sound on steroids.

8          Also with the recent emergence of 3-D visual

9     technology, just about every big film title release is in

10    3-D.  Talking about striking while the iron is hot,

11    finally an audio technology that matches the visual is

12    ready to be utilized.  I can't tell you how many times

13    people come up to me and say, that movie would have been

14    so much better in Astoundsound.  With the best of my

15    ability to cast my bias aside, being the inventor of the

16    technology, hmm, I think I concur.  And their thoughts

17    match exactly what we believe will become reality before

18    the end of the year, unless we get bought out by the LCEC

19    and have no control over it anymore, which would be a

20    good thing.

21          Something very amazing happens when

22    Astoundsound is integrated into a surround sound mix

23    during post production of a film title release.  All

24    theatrical film title releases are usually mixed at a dub

25    stage.  A dub stage is basically a movie theater with a

31

1    big mixing console so mix engineers can mix a movie in an

2    environment that matches what the consumers will be

3    watching and listening in.  When the surround sound mix

4    is finalized a variety of different audio formats are

5    created and this is what we refer to as the printmaster.

6          One of these formats is called an LTRT, or left

7    total right total.  This is a Dolby encoding process that

8    creates a two-channel fold-down from the six channel

9    audio or 5.1 mix.  It is basically the two channel mix

10   everyone listens to when watching a movie in their homes

11   or on their computers.  Astoundsound not only maintains

12   its spatial audio processing experience throughout the

13   fold-down process to the stereo master, it is the only

14   spatial audio technology to do this as all other 3-D

15   spatial stereo attempts introduce way too much phase,

16   which is very bad to begin with, and thus do not survive

17   the fold-down process.  This makes our technology the

18   only technology that is compatible with all presentation

19   delivery formats for theatrical and home theater DVD,

20   Blue Ray and digital distribution release.

21          I want to show you one of our professional

22   demonstrations for film studios that we currently use.

23   It's a short movie we created and used both our plugins

24   together to create the most incredible listening

25   experience possible.  This next demo is an example of the

32

1    LTRT fold-down or two-channel master from a 5.1 mix where

2    Astoundsound was applied using our Pro-Audio plugins and

3    integrated directly into the 5.1 mix during mixing.  When

4    we played this demo for one of our meetings at Warner

5    they could not tell the difference between the

6    Astoundsurround two-channel mix and the 5.1 mix.  This

7    perhaps is the biggest differentiator to hit the film

8    space since stereo went to surround sound, and best of

9    all you get the 5.1 experience with only two-channel

10   audio, and no special hardware is required and the DVD or

11   Blue Ray or digital movie file download will enable every

12   consumer to experience Astoundsound.

13           Enough of me talking about it, let's give it a

14   listen.

15                 (Audio demonstration.)

16           MR. MAHABUB:  Did you notice how the stars went

17   whizzing by you at the end?  Imagine that in a 3-D motion

18   picture.  This demo is actually a 3-D demo we give to big

19   film studios including Warner, Disney and Walden Media.

20   Unfortunately the new 3-D technology requires special

21   glasses and a special projection system so you are only

22   able to experience Astoundsound with the 2-D video.  I am

23   sure you can all extrapolate in your minds the enormous

24   impact Astoundsound is expected to have in this space as

25   it truly is a match made in Heaven.

33

1    In light of the words of Bill Graham when he

2  introduced The Grateful Dead one time before taking the

3  stage, "we are not just the best at what we do, we are

4  the only ones to do what we do."  And as a direct result,

5  the film industry is lining up to start using

6  Astoundsound for their motion picture releases for both

7  theatrical and home theater distribution.  This is a

8  direct result of the fact that our plugins are ready for

9  licensing.  This means explosive branding on the

10  theatrical side and significant revenue generation on the

11  home theater distribution side.  A win-win for GenAudio,

12  no doubt.

13    So just how was this incredible and unique

14  technology created?  This part of the presentation gets

15  very technical and I will do my best to make it as

16  comprehensible as possible.  First let me start by saying

17  that I started attending Renssaeler Polytechnic

18  Institute, otherwise known as RPI in Troy, New York from

19  the age of 13 doing both lab and course work in the

20  summertime.  This happened as a direct result of winning

21  several top awards at the International Science and

22  Engineering Fair.  Such top awards were from the American

23  Medical Association, the American Optometric Association,

24  the United States Army, the United States Air Force and

25  also the best of show award for a three-year research

TRANSCRIPTION_II_SEC_-_DRO_20150115

34

1    project that I conducted.

2         The project determined that computer-based

3    rehabilitation of victims of stroke and brain injury as

4    well as autistic children with a deficit in their

5    hand-eye coordination, perception skills and peripheral

6    vision produced a significant and measurable improvement

7    in these skills when compared to traditional therapeutic

8    techniques.  Part of the project led me into studying the

9    human brain, in particular the right parietal lobe of the

10   cerebral hemisphere where these visual-spatial skills are

11   processed.

12        The technology for measuring the brain at that

13   time was inferior to technology of today.  Alongside

14   visual-spatial skills I was always curious about audio

15   spatial skills which was a natural question for me at the

16   time as I also was an avid trumpet player.  At the age of

17   16 I started attending RPI full time and was shortly

18   after hired to work part-time at a super conducting and

19   resonance imaging laboratory.  This is where it all

20   began.  After determining that one could achieve

21   micrometer resolution of human brain MRI scans and

22   building several special coils to alleviate any

23   antisotropy in the transverse magnetic field set up by

24   said coils to produce exceptionally high resolution

25   images, I started to conduct my own special experiments

35

late at night and used to go to the laboratory from

midnight to 4:00 a.m. every day after finishing my course

work to look deeper into how the brain actually worked.

Of course, I was told not to stick my head in

the super conducting magnet as it was a 10 Tesla magnet

and that's a very strong magnet.   However, what would

you expect a 16-year-old to do that had access to a 10

Tesla super conducting magnet that was told to not do

something?  That's right.  And of course, I did it.

With several months of creating, designing and

developing innovative test and measurement apparatus for

various brain scan measurements I conducted on myself, in

1989 I started to ask the following kinds of questions

and I was determined to find the answers.

One, how does the brain process audio

information?

Two, how does the brain determine where sounds

are coming from?

And three, what measurements could be taken to

characterize this amazing brain function in the first

place?

I was certain that this could be accomplished

given the incredible brain imaging advancements I had

developed, and MRI-based research was the key to

unlocking the door to a whole new world of discovery.

36

1    Ah, yes, proof that I actually used to have hair.  This

2    picture was taken by the Alumni Journal for RPI,

3    appropriately titled "The Rensselaer" in 1989 while I was

4    working at the MRI laboratory.  I did not even know they

5    took the picture until one of my colleagues came up to me

6    after quantum lecture dynamics class and let me know I

7    was in the Journal.

8            I was also the youngest person to be accepted

9    in the RPI Center for Entrepreneurship so as you may be

10   starting to realize, developing technology and running a

11   company has been ingrained into me since a very young

12   age.

13           After several functional magnetic resonance

14   imaging scans of the auditory cortex, I noticed that we

15   all perceive spatial audio information the same way,

16   which was exactly opposite what all other R&D studies had

17   determined, as they were basing their spatial audio

18   research and development using dummy head measurements.

19   What my research suggested was that the way we perceive

20   spatial audio information was completely independent of

21   different physiological and anatomical properties such as

22   the shape of our heads, reflections off our shoulders,

23   reflections about the pinna of the ear, among other

24   things.

25           Further tests and multiple subject measurements

37

1   coupled with new analysis methods such as functional

2   connectivity analysis and independent component analysis,

3   which I actually helped to develop, confirmed this

4   hypothesis, that we all perceive spatial information in

5   the same way.  So what does that really mean in English?

6   It means if you sit in a chair with your head facing

7   forward and you hear a bird tweeting in a tree, you can

8   point to the spatial location of the bird even if your

9   eyes are closed.  If someone else sits down in the same

10  chair with their head pointed forward and closes their

11  eyes, they will point to the same exact spatial location

12  with elevation, azimuth and depth accuracy.

13      At this time I was amazed at my new discovery

14  and I was bound and determined to find a way to

15  physically and mathematically model precisely how we as

16  humans perceive sound sources in three spatial

17  dimensions.  With several months of further measurements,

18  I asked myself it this could actually be done with the

19  R&D path that I was taking.  The answer was yes, and this

20  formulated the underlying basis of the Astoundsound

21  technology and sits at the core of all of our product

22  offerings.

23      Having said all that, let's summarize the

24  technology development so you can better understand the

25  chronological order of events that have taken place for

38

1       over 22 years to date to get to where we are today.  As

2       we discussed, there are several FMRI brain scans, over

3       7000, to be exact.  The cochlea of the ear is where

4       frequencies are broken down and we have no way of

5       measuring what happens deep in the inner ear unless some

6       form of invasive measurement procedure were to be

7       developed, and this would most likely be quite painful as

8       the cochlea sits deep in the inner part of the ear.  Nor

9       would it produce the desired results we're looking for as

10      it is our brains that tell us where a sound source is

11      emanating from, not the cochlea of the ear.  However, the

12      cochlea of the ear is tonatopically mapped to the

13      auditory cortex of the human brain, which is basically

14      like an imprint of the cochlea on that part of the brain

15      for both the left and right side.

16              This enabled me to measure how frequencies are

17      broken down in the cochlea by measuring how the brain

18      reacts to spatial auditory stimuli in both elevation and

19      azimuth and was one of several components necessary to

20      characterize how we hear and perceive sound.  This

21      enabled me to measure how frequencies are broken down in

22      the cochlea by measuring how the brain reacts to spatial

23      auditory stimuli in both elevation and azimuth and was

24      one of several components necessary to characterize how

25      we hear and percent sound.

39

1        Each brain scan produces millions of bits of

2   data.  This is what took me the better part of ten years

3   to decipher what data was important from the raw data,

4   extract that data and then categorize and characterize

5   this data in a way that a model could be determined in

6   the first place.  In a nutshell, this is where I most

7   likely started to lose my hair by way of yanking it out

8   from frustration, not necessarily because I stuck my head

9   in a 10 Tesla magnet for three years straight.

10        Time dependent data determined an extremely

11  accurate delay between the left and right ears, and this

12  is why our technology was able to minimize phase.  Phase

13  is a frequency response representation of delay in time

14  space.  In order to extract the amplitude of the case

15  base image data where case base is nothing more than a

16  simple Fast Fourier Transform, otherwise called an FFT,

17  of the real space or R space image data.  Once the

18  amplitudes at various frequencies were determined,

19  combined with several other physical properties that were

20  critical for determining the brain response to spatial

21  auditory stimuli, things really started to unfold and the

22  core of all of our product offerings was about to be

23  born.

24        In late 2001, the most accurate set of brain

25  response functions ever discovered was represented by

40

1    7337 discrete head-related transfer functions.  That

2    would be 7337 transfer functions for the left side and

3    their corresponding 7337 discrete head-related transfer

4    functions for the right.  These HRTFs as we call them

5    were the direct result upon completion of the data

6    analysis and the entire HRTF set was computed at the

7    beginning of 2003.  After experimenting with the HRTFs by

8    applying them to input audio sources to recreate how we

9    hear sound in space, I realized that this could become a

10   new way of processing audio unlike anything in existence.

11        At this point in time, I had a mission.  I had

12   to find a way to enable people to interact with the HRTFs

13   in a way that did not require an extensive background in

14   mathematics or science.  This is what compelled me to

15   form GenAudio, with a mission to develop product

16   offerings for market applications that would benefit from

17   this new technology.  The most obvious industry at that

18   time was the entertainment industry.

19        Later on that year I hired on our patent

20   counsel who I went to school with at RPI, and luckily he

21   worked in the Denver office of Dorsey and Whitney, as I

22   am from Colorado, and Colorado is where our corporate

23   headquarters are located.  About a year later in March of

24   2004, the first patent application was filed which

25   enabled me to produce the demo and expose the technology

41

1  for the first time without violating any U.S. or foreign

2  filing rights.

3          The first one was to develop a simple software

4  user interface.  I tried doing this on my own and going

5  into 2005 I realized that I needed to hire on a very

6  experienced audio DSP software engineer.  This person was

7  hired on to help me with my vision for creating the first

8  user interface that would make it easy for an audio

9  professional work with.   Stephan Bernsey, later followed

10 by Gary Smith were my two first development team members

11 and the three of us put our heads together and developed

12 some very innovative test applications in the very early

13 days.

14          Also during this time frame, the HRTFs were

15 represented as a set of finite impulse response filters,

16 otherwise called FIRs.  These filters were later

17 represented as infinite impulse response filters which

18 enabled sample rate independence.  Take a look at the

19 magnitude response of the discrete filters as we sweep

20 azimuth and elevation.  These are basically cross section

21 slices of the HRTFs and have a phase component associated

22 to incorporate the time delay.  The conversion from FIR

23 to IIR was the next major breakthrough and, in my

24 opinion, just as important as the invention of the

25 technology itself.

42

1        The initial FIR filter set was over one

2   gigabyte and this was not a feasible solution to enable

3   the creation of product offerings as it was simply too

4   big.  We had to get very clever and find a way to

5   significantly reduce the size of the entire filter set.

6   The creation of the IIR filter set reduced the size to

7   under three megabytes without any loss of the spatial

8   audio integrity whatsoever.  I am still blown away that

9   we were able to accomplish this.

10        Concurrently with this intensive DSP

11  optimization we were creating hundreds of revisions of

12  multiple product offerings and the development team grew

13  from two software developers to eight throughout this

14  period of time enabling us to test various advanced

15  digital signal processes to complement the spatial audio

16  filters.  What we have created, given the human and

17  financial resources we have had to date some would

18  consider next to impossible.  Not even the multi-billion

19  dollar companies with huge R&D budgets can touch what we

20  have accomplished thus far.

21        After insane testing and constant software

22  development I am proud to present to you our first buffet

23  of product offerings.  You have already seen and heard

24  demos of this products and with our well-thought-out

25  modular software development approach we can easily

43

1    extend this lineup of products and we have already

2    identified a few additional market applications where

3    Astoundsound will change the way people listen to audio.

4    These future markets include the future of teleconference

5    and web-based conferencing such as Skype or I-Chat.

6    Medical applications where the technology enables those

7    with hearing loss in one side to perceive audio as

8    spatial depth and accuracy out of the side that is

9    deficient, and aviation applications such as situational

10   awareness in air-to-air combat which we will minimize

11   fighter pilot fatigue as well as several commercial

12   aviation applications.

13          All of these product offerings are based on the

14   filters I created or some representation of the initial

15   set of filters and these filters sit at the core of all

16   of our product offerings.  No other technology in

17   existence is actually based on accurate brain scan

18   measurements to determine how we hear and perceive sounds

19   all around us.  So what are some of the other

20   technologies that are out there and how do they stack up

21   against Astoundsound?

22          Competitor product offerings today can be

23   broken down into three categories.  First is

24   multi-channel audio technology.  The second is 3-D stereo

25   audio technologies.  And the third are what we refer to

TRANSCRIPTION_II_SEC_-_DRO_20150115

44

1    as bineural dummy head measurements.

2         To sum this up in a nutshell for everyone, the

3    first category is prohibitively expensive for the

4    majority of consumers and many are limited by space

5    because these technologies take up a big footprint and

6    oftentimes are not set up correctly.

7         The second is 3-D stereo audio technologies of

8    which they introduce much phase often causing nausea,

9    they compromise the original audio in a very negative way

10   and they are mainly based on measurements from the third

11   category which are dummy head recordings.

12        What are dummy heads and why are these not

13   being used widely by artists in film studios?  First, all

14   current and past approaches that produce a fairly

15   realistic 3-D spatial experience are recordings from a

16   dummy head device which basically have two microphones.

17   One in the left hear and one in the right ear.  These

18   recordings introduce a lot of phase making them unusable

19   by the professional audio community especially for films

20   as they do not integrate with work flow during post

21   production, are very expensive and cost north of

22   $100,000.

23        With that said, dummy heads are recording

24   devices, not real-time software processing systems.  This

25   means you can't just take any recorded audio and create a

45

3-D or 4-D audio experience.  For example, if a director

of a film wants an object that may have been captured,

say a particular kind of bird in the jungle to be on the

left side instead of the right side in a particular

distance from the user, the recording engineers would

have to travel to find the bird in the first place, or

perhaps drag this bulky gear with a computer system into

the zoo, and position the dummy head perfectly to capture

the exact bird noises to create the right spatial

location.  This, simply put, is not happening.  Dummy

heads are not capable of accurately determining how we

hear and perceive the spatial locations of sounds all

around us as everyone would have to have a head that is

similarly shaped the same as the dummy head.  Which leads

us to the most important issue with dummy heads.  They do

not have brains.

So we can state some facts now.  The reason why

we hear and determine where sounds are coming from is

because our brain lets us known.  FMRI brain scan

measurements are the only way to accurately measure how

we perceive spatial audio information.  Any other

approach, such as dummy head measurements, produce

inferior results and offer no work flow integration for

the professionals, nor can they be integrated into

consumer electronics unless it is one hell of a very big

46

1    portable MP3 player.  It kind of takes away from the idea

2    of portable, don't you think?

3            With these three true premises we can now draw

4    a conclusion.  Astoundsound is based on over 7000

5    discrete FMRI scans of the human brain with respect to

6    spatial auditory stimuli varying in both elevation and

7    azimuth.  Not only does this make the technology unique,

8    it is by far superior to any other spatial audio

9    technology in existence.  And to date, there are no

10   technologies that we know about, and we are confident

11   that we know just about everything that is out there,

12   that are capable of accomplishing what Astoundsound can

13   do.

14           Much like when mono turned to stereo, then came

15   the compact disc enabling consumers a much better audio

16   experience than tape.  Then the introduction of surround

17   sound to theaters in 1991 and then the portable MP3

18   players such as iPod with iTunes for accessibility,

19   Astoundsound will take its place in the ranks as not only

20   being evolutionary, it is revolutionary and this is only

21   the beginning.  I wonder how much the CD would be valued

22   at, or how much do you think the iPod is valued at?

23   Billions and quite possibly trillions.  From consumer

24   electronics integration to professional audio solutions

25   to real time game audio processing, wherever audio plays

47

1    an important role Astoundsound provides for a very large

2    market differentiator and offers our licensees the

3    ability to stand out from the rest by creating the best

4    audio experience possible.  Whether listening in stereo

5    or surround sound, if Astoundsound is applied it creates

6    the most accurate spatial audio experience possible.

7         What does this mean?  It means the entire world

8    can enjoy Astoundsound across many market applications.

9    And with our fleet of product offerings we are now ready

10   to unleash this technology not just in one market

11   application but several which will create multiple deep

12   meteor impacts and most likely will leave a wake that

13   could demolish our competitors.  Indeed, I do like the

14   sound of that.  It would be quite astounding.

15        Let's take a look at the market application

16   that we expect will create the largest revenue generation

17   for us of all other segments, the consumer electronics

18   space.  There are several CE devices where Astoundsound

19   can be easily integrated given our fully completed

20   software development kit enabling any device to integrate

21   our technology seamlessly and with minimal development

22   time.  Handheld devices, CD, DVD, Blue Ray players, home

23   theater receivers, TVs, especially the new 3-D enabled

24   TVs that have yet to find an audio technology to match

25   the 3-D visual component.  Car stereos and AV systems,

48

1   headphones, computers and several other CE devices.  We

2   have a multitude of product offerings whether currently

3   developed and ready for market or a future product

4   offering for many multi-billion dollar industries.  This

5   makes our technology a good candidate for worldwide

6   exclusivities to industry giants with particular fields

7   of use.  This type of technology is commonly referred to

8   as a platform technology.

9         How do we plan on marketing these product

10  offerings?  And how do we do this so we do not bite off

11  more than we can chew?  One of my job functions is to

12  balance human and financial resources and this is not an

13  easy task for a company like GenAudio.  In addition, we

14  have to get very clever with our product rollout

15  strategies so we don't end up spending an arm and a leg

16  on marketing costs that will most likely fizzle out

17  unless you have a multi-million dollar marketing budget

18  to begin with.

19        The computer product offerings are about to get

20  updated to revision 3 within the next few weeks and this

21  will fix compatibility issues with our PC version and

22  Windows 7 as well as some small software bugs for our Mac

23  version.  Promotional partnerships with music centric

24  web-based protals are for the most part in place for the

25  release of version 3.  Although with an exclusive license

49

1    to another large entity for integration into computers,

2    this would obviously be the death of this product

3    offering.  The goal is to share in revenue with these

4    web-based partners to promote the software.

5           For our professional audio products we are

6    targeting large film studios and several other

7    post-production and mixing facilities.  These deals will

8    be negotiated separately and we expect to be signing

9    license deals with studios within the next couple of

10   weeks and give out free 30-day trials.  This will enable

11   us to adequately test the software on different systems,

12   fix bugs and then after their free 30-day trial, if they

13   still want to use the software, they pay on a per-title

14   fee and this fee varies from one kind of project to the

15   next.  For example, we will not be charging a studio

16   mixing a TV commercial spot the same fees we would charge

17   for a full-blown theatrical film title release.

18          Also for film, we expect to receive a per-unit

19   royalty on the home theater distribution side as this is

20   where the biggest differentiation exists in the two

21   channel fold-down from the 5.1 mix, as you already heard

22   a demo earlier in this presentation.

23          For the consumer electronics industry I have

24   recently put together a licensing team which will be

25   headed by myself, given my extensive background in

TRANSCRIPTION_II_SEC_-_DRO_20150115

50

1    tech-based licensing negotiations.  The business team and

2    I will exert best efforts to maximize shareholder value.

3            As a direct result of dealing with the LCEC for

4    almost a year as of current, just before the New Year on

5    behalf of the company, I personally paid for an

6    independent evaluation analysis expert to create a

7    detailed technology valuation report.  This report

8    determined the fair market value of the technology across

9    all market applications.  The full report can be found in

10   the private placement memorandum as Exhibit B toward the

11   end of the PPM.  Here is a brief summary of the report.

12           Because we filed our patents internationally,

13   worldwide markets were taken into consideration, not just

14   the U.S.  Dr. Sam Corey who is the chairman of Anabasis,

15   Inc. is a world renowned technology valuation expert and

16   his background and bio can be found in the valuation

17   report.  Sam and I went through several full-day

18   whiteboard sessions for three months straight, and I also

19   hired on and paid for veteran market analysis experts to

20   find us accurate and reliable market data for each market

21   application so Sam and I could stay focused on getting

22   him up to speed with the products, our market

23   applications, suggested revenue models to be applied, of

24   which Sam determined his own as I simply provided him

25   with the background, among many other things.

51

1          All I can say is that working with Sam has been

2     a learning experience and I am amazed at how fast he was

3     able to put out a full-blown report so we could be fully

4     prepared for whenever the LCEC and GenAudio enter into

5     negotiations.  Sam and GenAudio have entered into a new

6     agreement just recently where Sam has joined GenAudio's

7     licensing team to defend his valuation analysis and

8     report and assist us with the negotiations.

9          All current and future market applications were

10    analyzed.  The valuation report determined the value of

11    the technology, not the company.  The reason we did it

12    this way is because the other board members and I felt

13    that if it goes down via acquisition it is more probable

14    to be an asset-based acquisition as opposed to a company

15    acquisition.  Also for licensing, we don't license the

16    company, rather the technology.  To be Frank, the LCEC

17    has so much cash in bank I don't think that they would

18    really care if we even had 100 million in the bank.  What

19    they are interested in is our technology, so hopefully

20    this helps you all to better understand why we had the

21    technology and intellectual property appraised as opposed

22    to the company.

23         There are two versions of the valuation report.

24    One is for the LCEC's eyes only where we spell out their

25    specific product offerings and the value on both a

52

non-exclusive and exclusive basis for each of their

fields of use.  Because we are under an MD&A with the

LCEC we could not disclose any of this information in the

PPM.

Sam created a second version of the report that

eliminated any specific references to the LCEC and this

is the version you will find in the private placement

memorandum.  Sam methodically determined that for our

technology the income valuation approach was best.  He

explains his reasoning quite clearly in the full report

and I recommend you read it in full.  The revenue model

he used for all market applications was a per-unit

royalty.  I am not just happy but ecstatic to let you

know the report methodically determined the total fair

market value of the Astoundsound technology across all

market applications to be just north of a billion.  Let

me repeat that because it sounds so good.  A billion U.S.

dollars; I'll take it.

Of course, as many of you know, just because

Sam's report says the total value is worth a billion does

not necessarily mean that's what we'll get in the event

of acquisition.  In other words, the value of the

technology is not necessarily the price we will negotiate

and agree upon.  We are almost done, I promise.

The company has raised eleven and a half

53

1    million to date and I myself have personally loaned the

2    company over two million of which, just in the past year

3    I have loaned the company one and a half million dollars

4    to continue operations, pay our people and fund further

5    business development and technology activities.  The

6    purpose of this new offering is to raise money to bridge

7    our gap between now and the expected licensing or

8    acquisition negotiations to commence with the LCEC.  What

9    I want you all to realize, and I believe I stated it

10   before, is that all of the billion dollar audio

11   technology companies like Sony, Dolby, DTS and others

12   that put huge dollars into R&D every year, we, with only

13   eleven and a half million paid in capital to date, not

14   including my loans to the company of over two million or

15   the foundational money I spent before even forming the

16   company, these larger entities can't even come close to

17   creating what we have created.

18           For new potential investors, please understand

19   that many of our shareholders have been repeat investors

20   over the past six years of raising money.  They are not

21   repeat investors because we don't have something worth

22   investing in.

23           Finally, the last part of the presentation has

24   arrived.  I just wanted to summarize the entire

25   presentation so you can all recap on everything we have

TRANSCRIPTION_II_SEC_-_DRO_20150115

54

1   discussed thus far, okay?  Let's jump right in and get

2   this over with.  Perhaps the biggest part of the entire

3   presentation is that we have attracted a very large

4   consumer electronics company of which, as of a couple of

5   days ago and after building a two-year relationship with

6   my management team contacts, in almost one year of

7   technology integration, software optimization and

8   marketing strategy planning, the CEO of the LCEC finally

9   met with senior marketing and technical management and we

10  have the green light to move forward.  That meeting could

11  have stopped us dead in our tracks.  This was not the

12  case and we are going to line up our chess pieces as best

13  as we can in preparation for negotiations.  We have

14  multiple U.S. and foreign patent filings.  This enabled

15  us to take into consideration worldwide markets as

16  opposed to just the U.S., a very big value to filing

17  internationally, I must add.

18          Various product offerings are now ready for

19  market, available either through business to consumer,

20  via digital internet distribution partners or via

21  business-to-business licensing.  Or of course,

22  acquisition.  Many future applications with large revenue

23  generating potential.  Please see the valuation report

24  and the business plan in the PPM for more details.

25          We have raised eleven and a half million as of

55

1    current and have created a technology that even the

2    multi-billion dollar companies can't come close to making

3    happen.  Founder and CEO, that being myself, loaned the

4    company one and a half million just in the past twelve

5    months to keep the company from raising too much capital

6    and diluting its existing shareholders beyond what was

7    needed.  We are currently raising up to 3 million, we

8    have 13.6 million shares outstanding or 21.4 million

9    shares on a fully diluted basis.  These numbers are

10   post-offering numbers and represent the outstanding

11   shares if our offering is fully subscribed.  Given the

12   traction with the LCEC and the current information that

13   we just received, it may not be necessary to fully

14   subscribe the current offering.  And how could you forget

15   the Anabasis valuation report just north of $1 billion.

16   We believe that with the positive forward direction of

17   the company, along with our current business and

18   technical strategy, we'll maximize shareholder return.

19          I hope you have enjoyed the presentation and

20   may the world never listen to audio the same way ever

21   again.

22               (End of audio.)

23               *  *  *  *  *

24

25

Page 56

1   I, CATHERINE PEPPER, hereby certify that the foregoing

2   transcript consisting of 55 pgs is a complete, true and

3   accurate transcription of all matters contained.

4

5   _____

6   Transcriber

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25