EXCERPTED

EXHIBIT 67

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLORADO
 3
 4   SECURITIES AND EXCHANGE      )
 5   COMMISSION,                  )
 6        Plaintiff,              )
 7                                )
 8   VS.                          )NO. 1:15-cv-02118-WJM-CBS
 9                                )
10   TAJ JERRY MAHABUB, GENAUDIO, )
11   INC., and ASTOUND HOLDINGS,  )
12   INC.,                        )
13        Defendants.             )
14
15   The Deposition of MICHAEL HAILEY
16   Taken at 1123 SW Yamhill Street,
17   Portland, Oregon
18   Commencing at 9:07 a.m.
19   Monday, January 23, 2017
20
21
22
23
24   Before Paula D. Tieger, RPR, Notary Public for Oregon
25   Pages 1 - 163
```

Page 2

```
 1   APPEARANCES:
 2   LESLIE J. HENDRICKSON HUGHES
     United States Securities and Exchange Commission
 3   1961 Stout Street, Suite 1700
     Denver, Colorado 80294-1961
 4   303-844-1000
     hugheslf@sec.gov
 5   Appearing on Behalf of the Plaintiff.
 6   DAVID J. AVENI
     Wilson Elser, LLP
 7   655 West Broadway, Suite 900
     San Diego, California 92101
 8   619-321-6200
     david.aveni@wilsonelser.com
 9    Appearing on Behalf of GenAudio.
10   ANDREW B. HOLMES
     Holmes, Taylor & Jones, LLP
11   The Oviatt Building
12   617 South Olive Street, Suite 1200
13   Los Angeles, California 90014
14   213-985-2200
15   abholmes@htjlaw.com
16    Appearing on Behalf of Taj Jerry Mahabub.
17
18   E. CLAY MARQUEZ
19   O'Melveny & Myers, LLP
20   Two Embarcadero Center, 28th Floor
21   San Francisco, California 94111-3823
22   415-984-8700
23   emarquez@omm.com
24    Appearing on Behalf of Michael Hailey.
25
```

Page 3

```
 1                  EXAMINATION INDEX
                                              Page
 2   Examination by Mr. Aveni                  6
     Examination by Mr. Holmes                 127
 3   Examination by Ms. Hughes                 131
     Further Examination by Mr. Holmes         158
 4                  EXHIBIT INDEX
     No.       Item                     Page
 5   Exhibit 23  10/19/09 email from
                 J. Mahabub to V. Tiscareno,
 6               SEC-TiscarenoV-E-0000635-636,
                 (previously marked)          72
 7   Exhibit 93  8/4/09 meeting invite,
                 Demo with MH,
 8               347APL-00000046,
                 (previously marked)          27
 9   Exhibit 95  8/12/09 meeting invite,
                 AstoundSound demo,
10               347APL-00000047,
                 (previously marked)          31
11   Exhibit 96  8/19/09 meeting invite,
                 GenAudio demo (astound),
12               347APL-00000051,
                 (previously marked)          32
13   Exhibit 98  8/20/09 email from
                 V. Tiscareno to M. Hailey,
14               SEC-TiscarenoV-E-0001639,
                 (previously marked)          38
15   Exhibit 101 9/16/09 email from J. Mahabub
                 to M. Hailey, et al,
16               SEC-TiscarenoV-E-0000534,
17               (previously marked)          47
18   Exhibit 104 10/8/09 email from V. Tiscareno
19               to J. Mahabub,
20               SEC-TiscarenoV-E-0000581,
21               (previously marked)          62
22   Exhibit 109 12/22/09 email from J. Mahabub
23               to M. Hailey, et al,
24               SEC-TiscarenoV-E-0000946-954,
25               (previously marked)          83
```

Page 4

```
 1   Exhibit 111 2/15/10 email from J. Mahabub
                 to M. Hailey, et al, and other
 2               email,
                 347APL-00000333-336,
 3               (previously marked)          103
     Exhibit 112 3/5/10 email to J. Mahabub,
 4               and other email,
                 SEC-TiscarenoV-E-0001560-1561,
 5               (previously marked)          105
     Exhibit 113 3/23/10 email from J. Mahabub
 6               to V. Tiscareno, and other email,
                 SEC-TiscarenoV-E-0001018-1020,
 7               (previously marked)          108
     Exhibit 161 10/23/09 email from J. Mahabub
 8               to V. Tiscareno, and other email,
                 SEC-TiscarenoV-E-0000649-650,
 9               (previously marked)          75
     Exhibit 162 10/30/09 email from J. Mahabub
10               to V. Tiscareno, et al, and
                 other email,
11               347APL-00000537-541,
                 (previously marked)          147
12   Exhibit 218 9/16/09 meeting invite,
                 Pre-meeting, GenAudio,
13               347-APL-00000048            44
     Exhibit 219 9/21/09 email from M. Hailey
14               to J. Mahabub, et al, and other
                 email,
15               SEC-TiscarenoV-E-0000537-538  50
     Exhibit 220 9/30/09 email from J. Mahabub
16               to V. Tiscareno,
17               SEC-TiscarenoV-E-0000549-550  56
18   Exhibit 221 10/1/09 meeting invite,
19               Jerry, GenAudio,
20               347APL-00000049             56
21   Exhibit 222 10/8/09 email from V. Tiscareno
22               to J. Mahabub,
23               SEC-TiscarenoV-E-0001676    64
24   Exhibit 223 10/11/09 email from J. Mahabub
                 to V. Tiscareno,
25               SEC-TiscarenoV-E-0000584-586  66
```

Page 5

```
 1  Exhibit 224  10/21/09 meeting invite,
                 AstoundSound,
 2               347APL-00000050           75
     Exhibit 225  11/2/09 email from J. Mahabub
 3               to V. Tiscareno, and other
 4               email,
 5               SEC-TiscarenoV-E-0000715-717   78
 6  Exhibit 226  11/19/09 email from J. Mahabub
 7               to V. Tiscareno,
 8               SEC-TiscarenoV-E-0000779    81
 9  Exhibit 227  1/5/10 email from M. Hailey
10               to J. Mahabub, et al, and
11               other email,
12               SEC-TiscarenoV-E-0000966-968   99
13  Exhibit 228  4/19/10 email from J. Mahabub
14               to V. Tiscareno, and other
15               email,
16               SEC-TiscarenoV-E-0001077-1080  110
17  Exhibit 229  9/16/09 meeting invite,
18               GenAudio, Jerry Mahabub,
19               347APL-00000044           136
20  Exhibit 230  1/5/10 email from M. Hailey
21               to J. Mahabub, et al, and other
22               email,
23               SEC-TiscarenoV-E-0000957-958  151
24  Exhibit 231  Nike badge photo of M. Hailey  158
25  (Attached hereto.)
```

Page 6

```
 1               MICHAEL HAILEY
 2  having first been sworn by the Notary Public to
 3  tell the truth, testified under oath as
 4  follows:
 5               EXAMINATION
 6  BY MR. AVENI:
 7  Q  Good morning, Mr. Hailey.  My name is David
 8     Aveni.  I am attorney for GenAudio, Inc., in
 9     this case, and I appreciate you taking the time
10     to be with us today.                  09:08:13
11        Have you ever had your deposition taken
12     before?  I know you gave some administrative
13     testimony in this case.  But putting that aside,
14     any other depositions you've ever participated
15     in?                                    09:08:24
16  A  No.
17  Q  All right.  I'm sure your counsel has walked
18     through with you how this process works, but let
19     me just set out some of the ground rules again
20     just -- for whatever reason, lawyers feel like  09:08:33
21     we have to do this every single time.  So, here
22     it is:  You understand you're under oath under
23     penalty of perjury.  So, you've got to testify
24     today just as if you were in a court of law
25     before a judge.  The only difference is, there  09:08:47
```

Page 7

```
 1     is no judge present today.
 2        Do you understand that?
 3  A  Yes.
 4  Q  A court reporter, as you know, is here taking
 5     down everything we say.  So, I understand in  09:08:59
 6     normal human interactions that we shake our
 7     heads a lot, we say uh-huh, huh-uh; it's just
 8     not helpful to a court reporter.  So, a few
 9     things we can do to make her day a lot easier;
10     one is, try as best you can to give verbal  09:09:13
11     responses to my questions.  To the extent that,
12     you know, if we see you shaking your head, I'll
13     remind you, or your counsel will.  But just try
14     to keep in mind a verbal response will help the
15     court reporter.                         09:09:30
16        Another thing that we do all the time in
17     day-to-day interactions is, we talk over each
18     other, and that makes it very hard for the court
19     reporter.  So, if you could try to wait until my
20     question is done, and I'll similarly try very  09:09:42
21     hard not to speak over you, interrupt you, and
22     make it much easier for her, okay?
23  A  Yep.
24  Q  If, at any time, you don't understand a question
25     I'm asking you, I want you to feel very free to  09:09:54
```

Page 8

```
 1     ask me to clarify, okay?  I'll try very hard to
 2     make my questions clear, but if you don't
 3     understand -- I want to make sure you understand
 4     the question.  So, if, at any time, you need to
 5     clarify, just ask.                      09:10:06
 6        And then I'll assume that, if you don't
 7     ask, that you understood my question; is that
 8     fair?
 9  A  That's fair.
10  Q  Okay.  At any time today, if you need a break,  09:10:12
11     please feel free to just let us know that.  If
12     you need to use the restroom, get a drink, just,
13     you know, let your head clear for a second --
14     hopefully, it won't be painful, but at any time,
15     if you need a break, please feel free to let us  09:10:27
16     know that.  The only thing I ask is that we
17     don't have any questions pending when we take a
18     break.
19        So, if you answer whatever question is
20     pending, then we can take a break, okay?  09:10:36
21  A  Yes.
22  Q  And any reason you can't give your best
23     testimony today?
24  A  No.
25  Q  Okay.  Oh, and one other thing which may be  09:10:42
```

Page 89

1  demonstration that we could show, you know, to
2  all the stakeholders, build some consensus
3  around buy-in, understand how this relates to
4  other competitive solutions we're looking at,
5  and then proceed from there.                    11:36:30
6  Q  Okay. So, just looking at the different
7     portions of this email that I pointed out to
8     you, and throughout the whole email, is it fair
9     to say that Mr. Mahabub's expressing his
10    optimism that a deal with Apple was fairly      11:37:07
11    imminent; right?
12         MS. HUGHES: Objection.
13 Q  BY MR. AVENI: He's talking about, you know,
14    having IP specialists conduct a valuation. He's
15    talking about looking at IP and legal rights    11:37:21
16    with regard to patents.
17    I mean, he seems to think that you're at
18    the stage where, you know, things are moving
19    very quickly toward a deal; is that fair?
20         MR. HOLMES: I'll object to the extent   11:37:34
21    he's asking the witness to speculate as to
22    Mr. Mahabub's intentions.
23 Q  BY MR. AVENI: I'm asking about your
24    understanding just based on the way you read the
25    email.                                           11:37:42

Page 90

1          MS. HUGHES: I think I'm going to join
2     in the objection, and I think it misstates
3     what's in the exhibit.
4          THE WITNESS: Can you repeat the
5     question?                                        11:37:54
6          THE REPORTER: Yes.
7     (The reporter reads the question)
8          THE WITNESS: What I understand in this
9     communication is that he is trying to accelerate
10    things faster than they're already going.       11:39:03
11         MR. AVENI: Okay.
12         THE WITNESS: That's what I understand.
13 Q  BY MR. AVENI: So, by that, you mean he wants
14    things to progress to the stage of talking about
15    the terms of the deal?                          11:39:16
16 A  That's what I would interpret this as.
17 Q  And so, do you view him as negotiating?
18 A  No.
19 Q  Trying to negotiate?
20 A  I don't see negotiation in this.                11:39:26
21 Q  Let me point you to a couple other things. Look
22    at -- let's see here. So, I think we're at 951.
23    If you look at the bottom of 951 and onto 952
24    through maybe about the middle of the page on
25    952, you will see that he's talking about what  11:39:50

Page 91

1     the potential price for a deal with GenAudio --
2     or a deal for GenAudio's technology might be.
3          Do you see that?
4  A  I see that.
5  Q  Okay. So, you're talking about different       11:40:04
6     pricing terms?
7  A  Yep.
8  Q  Okay. So, is it fair to say Jerry Mahabub's
9     trying to negotiate a potential transaction with
10    Apple?                                          11:40:16
11 A  I don't think this is -- he's negotiating -- if
12    he is, he's negotiating with the wrong people.
13    I think he's just trying to get us past the
14    stage of, okay, I've shown you some demos and
15    what's the next step, what's the next step;     11:40:28
16    whereas, from our perspective, we were
17    definitely smack in the middle of an evaluation
18    stage.
19 Q  If you -- so, look at page 949, the same
20    paragraph I pointed you to before about IP/legal 11:40:47
21    staff looking at the patents. If you look near
22    the bottom of that same paragraph, you will see
23    Mr. Mahabub writes --
24 A  Which page is this? Sorry.
25 Q  I'm sorry. It's on Bates label 949.            11:41:01

Page 92

1          Do you see the first full paragraph at the
2     top of the page, Speaking of which?
3  A  Yeah.
4  Q  Then look at the bottom of that paragraph, about
5     four lines up from the bottom of that paragraph. 11:41:13
6     Just waiting for the green light from the two of
7     you to move to the next level and who I talk to
8     about the business side. And then he writes in
9     a parenthetical, Perhaps it is both of you,
10    question mark, close parens.                    11:41:29
11         Do you see that?
12 A  I do see that.
13 Q  Do you recall any response from anybody at Apple
14    in response to that question?
15 A  I don't recall.                                 11:41:37
16 Q  And you understand he's asking the Apple team,
17    who is it that I'm supposed to be talking to
18    about a potential business side. Let me
19    rephrase that.
20         You understand he's writing there -- he's  11:41:48
21    asking, who is it I should be negotiating with
22    about a potential transaction with Apple; right?
23 A  After getting the green light to move to the
24    next level, yes.
25 Q  Yeah.                                           11:42:04

[1/23/2017 9:00 AM] Hailey, Michael 1-23-17                    Pages 89 - 92

Page 93

1  He's asking, who is the right person for me
2  to talk to on the business side; right?
3  A  Yes.
4  Q  Okay. Do you know whether anybody at Apple
5  responded to that question?          11:42:14
6  A  I don't know.
7  Q  You don't recall anybody ever saying to
8  Mr. Mahabub, we're not the right people to talk
9  to, you've got to negotiate with these other
10 people?                               11:42:26
11    You don't recall anything like that?
12 A  I'm sure that was communicated to him.
13 Q  Okay. What do you recall about that?
14 A  Just that we made it clear that we were not the
15 ones who were going to handle the business side   11:42:34
16 of that.
17 Q  Okay. So, when you say "we," who would have
18 communicated that to Mr. Mahabub?
19 A  Victor or I.
20 Q  Do you remember?                    11:42:42
21 A  I don't.
22 Q  Do you remember a conversation where that took
23 place?
24 A  I don't remember a specific conversation, but I
25 know that this was a topic of conversation.   11:42:49

Page 94

1  Q  Okay. So, who participated in the conversation?
2  A  I don't recall.
3  Q  Do you remember the timing of the conversation?
4  A  I don't recall.
5  Q  Okay. Do you remember what was said during the   11:42:58
6  conversation?
7  A  Just the same general effect that I just
8  mentioned to you, which was that this is not --
9  the phase that we're in is the evaluation phase.
10 After that, then we progress to the next step if   11:43:11
11 everybody gives a thumbs-up.
12 Q  Okay. If you take a look at 953, the top
13 paragraph, three lines from the bottom, see
14 where he says, Vic and I worked very hard.
15    Do you see that?                 11:44:25
16 A  953?
17 Q  Yep. Right here (ind), if you look at my page.
18 A  Yes. Okay.
19 Q  He says, Vic and I have worked very hard to get
20 the technology into a state that is, for the   11:44:38
21 most part, ready to integrate with minimal
22 code/dev efforts.
23    Do you see that?
24 A  I see that.
25 Q  Okay. Did you ever talk about that sentence   11:44:47

Page 95

1  with Mr. Mahabub?
2  A  I don't recall talking about that sentence.
3  Q  Okay. Did you ever talk about it with
4  Mr. Tiscareno?
5  A  No.                                 11:45:07
6  Q  Is that accurate, as far as you know?
7  A  Is what accurate?
8  Q  That -- I'm sorry, that phrase I read: Vic and
9  I have worked very hard to get the technology
10 into a state that is, for the most part, ready   11:45:19
11 to integrate with minimal code/dev efforts?
12    MS. HUGHES: Objection, lack of
13 foundation.
14    THE WITNESS: That's beyond my purview.
15    MR. AVENI: Okay.                 11:45:30
16 Q  BY MR. AVENI: So, you don't have a view one way
17 or the other on that?
18 A  Right.
19 Q  Okay. Fair enough.
20    Okay. If you look at the paragraph at the   11:45:34
21 bottom of 953, it starts, Although we were able
22 to get expander to work.
23    Do you see that?
24 A  I see that.
25 Q  Okay. If you look down five lines -- well,   11:46:07

Page 96

1  let's go four lines, the sentence that starts,
2  Then.
3    Do you see that?
4  A  I see that.
5  Q  Then we could have everything ready for   11:46:23
6  integration and testing concurrently, which
7  seems to be the direction Apple wants to go in
8  from a product rollout perspective, dot, dot,
9  dot, what are your thoughts on this.
10    Do you know if anybody at Apple responded   11:46:36
11 to Mr. Mahabub on that in regard to his
12 question?
13 A  I don't recall.
14 Q  Okay. Do you know why Mr. Mahabub had the
15 understanding he reflects there in terms of the   11:46:52
16 direction Apple wants to go in?
17    MS. HUGHES: Objection, lack of
18 foundation.
19    THE WITNESS: I would only be
20 speculating.                           11:47:11
21    MR. AVENI: Okay. That's fine.
22 Q  BY MR. AVENI: Then if you look on the second
23 page of this whole document, it looks like you
24 respond; is that right?
25 A  Yes.                               11:47:28

Page 97

1  Q  Okay. You say, Hi, Jerry. Thanks for the
2     dissertation. And apologies for the delay in
3     responding. And then you have a paragraph after
4     that.
5  A  Okay.                                    11:47:53
6  Q  So, then you say there at the bottom of that
7     paragraph, The business side of things would
8     come into play after we had the exec buy-in on
9     the product side.
10        Do you see that?                     11:48:01
11 A  That's right.
12 Q  So, earlier when I was asking you about what you
13    may have told Mr. Mahabub in response to these
14    kind of optimistic emails he was sending, you
15    mentioned that, at one point, I think you may   11:48:12
16    have said to him -- and I'm paraphrasing, but
17    tell me if I get this wrong. Effectively, you
18    told Mr. Mahabub, we're in the evaluation stage,
19    and then there is going to be the -- I think you
20    phrased it as the business stage.        11:48:26
21        Is this email the response that you were
22    thinking of?
23 A  It's not the response I was thinking of because
24    I didn't have a specific recollection, but it's
25    consistent with, you know, my thought process or   11:48:44

Page 98

1     my recollection.
2         And I also believe that I had a similar --
3     said a similar thing to him in person.
4  Q  Okay. Do you recall any specifics of that
5     conversation, though?                    11:49:02
6  A  No.
7  Q  And do you recall the timing of it?
8  A  No.
9  Q  Okay. Do you recall how Mr. Mahabub responded?
10 A  I don't.                                 11:49:11
11 Q  Okay. If you look at page 1 of this email, you
12    see that Mr. Mahabub then responded to your
13    comment.
14        Do you recall his email response on page 1?
15 A  Not specifically.                        11:49:31
16 Q  Okay. That's fine. If you look about halfway
17    down the page, Mr. Mahabub writes, If you have
18    any idea.
19        Do you see that paragraph?
20 A  I see that.                              11:49:41
21 Q  It says, If you have any idea as to when the
22    exec buy-in might take place, that would help me
23    out (a ballpark figure such as within 90 days,
24    within 180 days, within the year, et cetera).
25        Do you see that?                     11:49:56

Page 99

1  A  I do see that.
2  Q  Do you recall if you responded to that question
3     from Mr. Mahabub?
4  A  I don't recall.
5  Q  Do you know if anybody else responded?    11:50:10
6  A  I don't know.
7  Q  Okay. You can put that aside.
8         MR. AVENI: Are we on 227?
9         THE REPORTER: We are, yes.
10        (Exhibit No. 227 was marked)         11:50:53
11 Q  BY MR. AVENI: So, Exhibit 227 is an email chain
12    among yourself, Mr. Mahabub, and Mr. Tiscareno
13    from January 2010. Take as much time as you
14    need to look through it.
15        My question is whether you recognize this   11:51:19
16    document.
17        (The witness reviews the document)
18        THE WITNESS: It does look like an
19    email that I could have sent.
20 Q  BY MR. AVENI: Do you recall the email?    11:51:26
21 A  Not specifically.
22 Q  Okay. If you look at page 2, you will see an
23    email that Mr. Mahabub writes to you and then to
24    Ron.
25        Is that Ron Isaac, as best as you can tell?  11:51:51

Page 100

1  A  As best I can tell.
2  Q  Okay. And then, Vic Tiscareno; right?
3  A  Yes.
4  Q  Okay. And then he writes, right below that,
5     With MacWorld coming up -- I am going to skip   11:52:07
6     over the parenthetical; you're welcome to read
7     it. With MacWorld coming up, will this cause
8     more of a delay moving forward.
9         Do you see that?
10 A  I see that.                              11:52:16
11 Q  Then he writes, I don't mind. So, please do not
12    think I am frustrated with delays; rather,
13    trying to figure out if, in the next month, we
14    will be cooling our heels until after MacWorld
15    with Apple so I can enable my senior management   11:52:31
16    staff to move forward in the right direction and
17    direct our software development efforts with
18    more specific near-term tasks.
19        And then, if you look at the next
20    paragraph, about halfway down, there is another  11:52:52
21    sentence, he starts, Essentially.
22        Do you see that?
23 A  Yes.
24 Q  He says, Essentially, if you need us to be
25    working on anything during the month of January  11:53:01

### Page 149

1   Q   So, at the bottom of the first full paragraph
2       that starts with, Speaking of which, I'm reading
3       the last -- or the second-to-the-last sentence.
4       Just waiting for the green light from the two of
5       you to move to the next level and who I talk to      02:04:20
6       about the business side.  Perhaps it's both of
7       you.
8           So, Mr. Aveni asked if you responded to
9       that question, and I'm wondering if your
10      response isn't on the second page of this           02:04:36
11      Exhibit 109.
12  A   I believe it is, with the sentence starting, The
13      business side of things would come into play
14      after we have exec buy-in on the product side.
15  Q   Did you understand in this letter that              02:05:00
16      Mr. Mahabub was wanting to negotiate with you as
17      an individual for Apple to acquire either a
18      license or GenAudio's business?
19  A   No, I did not understand that.
20  Q   Did you ever receive from Mr. Mahabub a term        02:05:25
21      sheet for Apple to acquire GenAudio?
22  A   No.
23  Q   Did you ever receive a draft of a letter of
24      intent what the terms might be?
25  A   No.                                                 02:05:38

### Page 150

1   Q   Did you ever receive a draft contract between
2       GenAudio and Apple?
3   A   No.
4   Q   Did you ever talk to him about what the
5       potential price for a license per unit per         02:05:49
6       product would be?
7   A   Not specifically, no.
8   Q   Did you ever ask to review GenAudio's patents?
9   A   I never did.
10  Q   Did you ever refer GenAudio to Apple's legal       02:06:19
11      team to prepare a term sheet letter of intent or
12      draft contract?
13  A   No.
14  Q   And when you responded to Mr. Mahabub, which
15      we -- you saw that email on the second page of    02:06:54
16      Exhibit 109, he then wrote back to you; correct?
17          Is that on the first page?
18  A   Correct.
19  Q   And in the second paragraph, does he say, quote,
20      "Nothing frustrating on the timing.  I            02:07:12
21      completely understand the big company approach
22      and have been a senior manager for a couple of
23      large companies in my past, been on both sides
24      of the fence.  I'm shocked things have moved as
25      fast as they have with Apple, to be honest."      02:07:28

### Page 151

1       Did I read that correctly?
2   A   Yes.
3   Q   Did you take it from this response that he
4       understood what you had said in your email on
5       December 16th, 2009?                              02:07:38
6           MR. AVENI:  Objection, calls for
7       speculation.
8           MR. HOLMES:  Join.
9           THE WITNESS:  The way I read that was
10      that he understood the process that we were on   02:07:54
11      and the steps we needed to go through and the
12      duration that it would take.
13          MR. HOLMES:  Can we take a two-minute
14      break?
15          MS. HUGHES:  Sure.  We'll go off the         02:08:11
16      record.
17      (Recess held from 2:08-2:13)
18          MS. HUGHES:  All right.  I'll ask the
19      court reporter to mark Exhibit 230.
20      (Exhibit No. 230 was marked)                     02:14:14
21  Q   BY MS. HUGHES:  Mr. Hailey, do you recognize
22      what Exhibit 230 is?
23  A   I do.
24  Q   What is it?
25  A   It looks like an email that I replied to Jerry  02:14:23

### Page 152

1       and copied Victor on it.
2   Q   All right.  So, in this email, did you advise
3       Mr. Mahabub that Apple was not going to
4       participate in MacWorld in 2010?
5   A   Yes.                                             02:14:42
6   Q   And then, did you advise him that the time frame
7       for you to evaluate audio quality across the
8       board will definitely take more than a couple of
9       months?
10  A   Yes.                                             02:14:57
11  Q   Did you talk with Mr. Mahabub in this time
12      frame, January of 2010, about Apple acquiring
13      GenAudio's technology so it would be ready to
14      use in products at the WWDC?
15  A   I did not.                                       02:15:15
16  Q   Did you ever talk with him about acquiring
17      GenAudio's products to use in the WWDC?
18  A   No.
19  Q   Did you ever talk with him about acquiring
20      GenAudio's products so they would be available  02:15:29
21      for a Christmas rollout?
22  A   I did not.
23  Q   Now, I'd have you look back at Exhibit 227.
24      This is an email dated January 5th, 2010 from
25      you to Mr. Mahabub, copying Mr. Tiscareno.      02:15:52

Page 153

1    In this email, you're responding to
2    Mr. Mahabub's email; correct?
3  A  Yes.
4  Q  Mr. Mahabub states something -- Yes, I remember
5    the announcement. I figured since the big man          02:16:14
6    was back in action, perhaps that might change
7    the verdict.
8        Do you know what he was referring to there?
9  A  I can only guess what he was referring to there.
10 Q  Okay. Had Mr. Jobs had health problems?               02:16:29
11 A  Yes.
12 Q  Were you aware, while you worked at Apple, that
13   Mr. Jobs had pancreatic cancer?
14 A  Yes.
15 Q  And that he had been missing for some time            02:16:39
16   because of having a liver transplant?
17 A  Yes.
18 Q  Do you know if, around this time, early January
19   of 2010, Mr. Jobs had returned to working at
20   Apple?                                                 02:16:54
21 A  I don't remember the exact timeline.
22 Q  Okay. Now I'd ask you to look at Exhibit 111.
23   This is a February 15th, 2010 email. On the
24   second page of this email, Mr. Mahabub writes to
25   you and Victor Tiscareno and says, quote, "Great       02:18:02

Page 154

1    to see you both yesterday again and much
2    appreciated you disclosing to me the more
3    realistic timeline. This will help me to
4    determine the forward direction of GenAudio over
5    the next three to six months."                         02:18:17
6        Do you recall whether -- at that meeting
7    with Mr. Mahabub on or about February 11th,
8    2010, did Mr. Schiller participate in that
9    meeting?
10 A  He did not.                                           02:18:33
11 Q  Did you or Mr. Tiscareno say during that meeting
12   that it looks like a Christmas rollout is the
13   new target for the Astound release in Apple's
14   products?
15 A  I don't remember that.                                02:18:56
16 Q  Did you ever say that to Mr. Mahabub?
17 A  No.
18 Q  Were you ever in a meeting when Phil Schiller
19   said to Mr. Mahabub, quote, "As I told you in
20   the beginning, Jerry, all or nothing," end of          02:19:10
21   quote? And then Mr. Mahabub replied, quote,
22   "Great. The more products you integrate into,
23   the more money my company makes. So, we have no
24   issues with being patient while you figure
25   things out with your team," end of quote.              02:19:25

Page 155

1  A  What was the question?
2  Q  Do you remember Mr. Mahabub responding to
3    that --
4  A  No.
5  Q  -- that way?                                          02:19:33
6        During this meeting in February of 2010,
7    did you request a copy of Mr. -- the -- strike
8    that.
9        During this meeting in February of 2010,
10   did you request a copy of a valuation report          02:19:48
11   from GenAudio?
12 A  I did not.
13 Q  Did you ever state to Mr. Mahabub, in February
14   of 2010, that the licensing route is the way
15   that Apple will go?                                    02:20:05
16 A  I did not.
17 Q  So, in February of 2010, had your
18   responsibilities in evaluating GenAudio's
19   technology changed at all?
20 A  No.                                                   02:20:32
21 Q  Had you acquired more responsibility to
22   negotiate deals to acquire software technology
23   for Apple?
24 A  No.
25 Q  As of February of 2010, had Mr. Mahabub produced     02:20:41

Page 156

1    to you a good, concise demonstration for you to
2    use in a presentation to people at Apple?
3        MR. HOLMES: Objection, vague as to
4    good and concise.
5        MR. AVENI: Join.                                   02:21:00
6        THE WITNESS: Not quite yet, since we
7    continued to have him provide us with updated
8    files.
9  Q  BY MS. HUGHES: In February of 2010, did you
10   advise Mr. Mahabub that the executives had            02:21:10
11   bought in on the concept of using GenAudio's
12   technology?
13 A  I did not.
14 Q  Leading up to the meeting with Greg Joswiak in
15   May of 2010, did you tell Mr. Mahabub that you        02:21:4
16   were going to make that presentation to an
17   executive at Apple?
18 A  I don't recall specifically saying that, but
19   I -- that would be consistent with helping get
20   prepared for it.                                       02:21:59
21 Q  Did you ever tell Mr. Mahabub that the executive
22   was Mr. Joswiak?
23 A  I don't recall specifically.
24 Q  In your correspondence with Mr. Mahabub, did you
25   ever receive copies of emails that he also sent       02:22:26

Page 161

```
 1   further questions either.  Thank you very much.
 2          MR. AVENI:  I have no further
 3   questions.  Thank you again for your time.
 4          THE WITNESS:  All right.
 5          MR. MARQUEZ:  We would just request, on      02:34:33
 6   the record on behalf of the witness, that we get
 7   a chance to review the final transcript once
 8   ready and provide errata as appropriate.
 9          MR. HOLMES:  This was your depo.  So,
10   you --                                              02:34:45
11          MR. AVENI:  Yeah.  Let's go off the
12   record for a second.
13       (A discussion was held off the record)
14          MR. AVENI:  Back on the record.
15       So, we've agreed to use the same             02:35:06
16   stipulation we used with regard to the Ron Isaac
17   deposition, which is that the transcript will
18   come to me.  I will then forward it to the
19   witness' counsel, and he'll have 30 days to
20   review the transcript and provide any errata    02:35:23
21   back.
22       So stipulated?
23          MS. HUGHES:  Yes.
24          MR. HOLMES:  So stipulated.
25          MR. AVENI:  We're off the record.      02:35:30
```

Page 162

```
 1       (DEPOSITION ADJOURNED AT 2:35 P.M.)
 2       (Signature reserved)
 3
 4
 5
 6
 7
 8       I, Michael Hailey, do hereby declare under
 9   penalty of perjury under the laws that the forgoing
10   transcript is true and correct.
11       EXECUTED this ____ day of_____ 2016,
12   at_____.
13       (City)         (State)
14
15
16       _____
17         Michael Hailey
18
19
20
21
22
23
24   ///
25   ///
```

Page 163

```
 1              CERTIFICATE
 2       I, Paula D. Tieger, a Registered Professional Reporter
 3   and Notary Public for the State of Oregon, hereby certify
 4   that said witness personally appeared before me at the
 5   time and place set forth in the caption hereof; that at
 6   said time and place I reported in stenotype all testimony
 7   adduced and other oral proceedings had in the foregoing
 8   matter; that thereafter my notes were transcribed through
 9   computer-aided transcription, under my direction; and
10   that the foregoing pages constitute a full, true and
11   accurate record of all such testimony adduced and oral
12   proceedings had, and of the whole thereof.
13       Witness my hand at Portland, Oregon, this 7th day of
14   February, 2017.
15
16
17              <%signature%>
18              Paula D. Tieger, RPR 49286
19              Expires 9/30/19
20              Notary Public 957195
21              Expires 12/8/20
22
23
24
25
```