REDACTED

# EXHIBIT 68

**From:** "Michael Hailey" <█████████>
**To:** "Jerry Mahabub" <jerry@genaudioinc.com>
**Cc:** "Victor Tiscareno" █████████
**Bcc:**
**Date:** 01/05/2010 07:24:01 pm
**Subject:** Re: Checking in...
**Attachments:**

---

Hi Jerry

I get in early on Thursday and go back Friday afternoon. Bummer, because the 3D event sounds cool.

Michael

On Jan 5, 2010, at 3:14 PM, Jerry Mahabub wrote:

> Hi Michael,
>
> Yes, I remember that announcement, I figured since the big man was back in action, perhaps that might change the verdict! :)
>
> ==That is great to hear that Apple is taking their time with audio quality. I expected it would take a while to put this all together.== Have some ideas from a big picture that may help out, although, that is most likely left for Sr. Management "buy-in", right?
>
> I will be at CES from the 8th to the 10th. Perhaps we can meet there for a drink? Staying at the Venetian.
>
> It's pretty easy to justify a trip to Sundance...here's one approach: "Mr. Jobs, I really think it would be great if I were to attend Sundance this year and show off how sweet motion pictures look on the new iPod Touch and iPhone devices, and I could even do this while riding the Gondola or Chairlift to the top of the Mountain". Or, you could take this approach for iPod Nano, "Mr. Jobs, I really should attend Sundance to show everyone on the Mountain how cool it is to take videos while skiing or boarding, especially high intensity action such as hucking big cliffs and/or schralping through the trees"! :)
>
> Just my thoughts on justification for ya!
>
> Let me know if we can meet up at CES on the 9th during the daytime or early evening. I can also add you to my VIP list for a cool 3D event I am attending...Just let me know!
>
> Best Wishes,
>
> -Jerry
>
>> On 1/5/10 11:49 AM, "Michael Hailey" <█████████> wrote:
>>
>> Hi Jerry

Unfortunately, we announced last year that the 2009 MacWorld would be the last one that Apple attended in an official capacity. I'll be at CES towards the end of this week.

==With respect to== timeframe, ==we are== pretty ==serious about looking at audio quality across the board== and ==this will take time - definitely== more than a couple of months.

Sundance sounds awesome and I'd love to hit the bumps; wish I could justify a trip out there!

Talk soon,

Michael

On Jan 3, 2010, at 10:00 PM, Jerry Mahabub wrote:

> Hi Michael, Ron and Vic:
>
> Hope you all had a relaxing and very happy holidays! :)
>
> With MacWorld coming up (which I will be attending, so perhaps we can all get together for lunch and/or dinner in San Francisco), will this cause more of a delay for moving forward? I don't mind, so please do not think I am frustrated with delays, rather, trying to figure out if in the next month we will be cooling our heels until after MacWorld with Apple, so I can enable my Sr. Management staff to move forward in the right direction and direct our software development efforts with more specific near term tasks.
>
> Of course, as I am sure the three of you know, you say jump I say how high, and Apple certainly takes priority as ALL of my employees have been for many years will always be very passionate about Apple (and that includes me), your product offerings, and how AstoundSound can perhaps add value to your product offerings. Essentially, if you need us to be working on anything during the month of January, pre-MacWorld, please let me know and we will do whatever you ask us to do such that we can have this integration project wrapped up (hopefully by the time WWDC comes around with multiple products from Apple incorporating AstoundSound.)
>
> My travel schedule for the month of January up until MacWorld is pretty intensive, however, I can always be reached by email or mobile phone should any of you need me for anything, and I can interrupt my travel schedule at the drop of a dime to be anywhere you need me to be at anytime (only for the three of you and of course, my wife!).
>
> Are any of you going to Sundance Film Festival this year? I will be going again this year, and if you are, let me know and I can add you to my VIP list at Harry Oh's, ChefDance, among other cool things going on in Park City from the 21st to the 31st of January! :) Also, the skiing that time of season is fantastic — nobody on the slopes and fresh powder to be found everywhere (and my house is literally slope-side just above Town chairlift, and walking distance to main street). Not so sure if being from Cupertino you are into skiing as much as us Colorado folk (Believe it or not, I used to compete moguls and was on the US Freestyle Ski Team WAYYYY back in the day)! LOL I

usually have quite a few high profile actors, directors and producers come and hang out over at my house, so just let me know...

Best wishes,

-Jerry

SEC-TiscarenoV-E-0000968