REDACTED

# EXHIBIT 70

| | |
|---|---|
| **From:** | Jim Mattos < ▇ |
| **Sent:** | Friday, November 13, 2009 2:18 PM |
| **To:** | ▇ Iverson |
| **Subject:** | Fwd: GenAudio Update & Business Summary |
| **Attachments:** | GenAudioBusinessPlan_110109_email.pdf; Untitled attachment 00151.htm; Cap Table as of 102209.pdf; Untitled attachment 00154.htm |

Jim Mattos
Support Services Manager

▇

Begin forwarded message:

**From:** Jim Mattos ▇ >
**Date:** November 9, 2009 9:44:36 PM MST
**To:** Jerry Mahabub <jerry@genaudioinc.com>, Paul Powers
▇
**Cc:** Jim Devine ▇
**Subject: GenAudio Update & Business Summary**

EXHIBIT _____24_____     (PLTF) DEFT.
WITNESS _Mattos_
CONSISTING OF _41_ PAGES
DATE _7-22-16_
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Dear GenAudio Shareholders:

In an effort to keep our shareholders apprised of the continuing developments and business plan of our Company, please find attached a Business Summary we recently prepared for you.

The Business Summary outlines our current business plans and corporate objectives. In particular, it should be noted that we have successfully optimized the Astound technology so it can be integrated into hand held devices without undue battery life expenditure such that large scale consumer product offering integration is now our principal focus, and we are optimistic that we will have an integration with a large consumer electronics company in the near future.

Our secondary business objective is to continue to develop our Pro Tools plug-ins and to utilize them in large budget theatrical films during 2010. We have made progress towards this objective by meeting with several prominent film companies, and additional meetings are scheduled. We think this is a natural progression from our success in smaller budget movies and film trailers.

Finally, we have made our AstoundSound Expander computer product compatible with the new Apple Snow Leopard operating system and commenced discussions with two high traffic music-centric web based portals for a promotional campaign we think will create a resurgence in downloads beyond the point our previous Apple.com website exposure created. By placing the

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.

GA006774

product offering on high traffic music-centric portals, this should give us the exposure we have been missing, and specifically for the demographic that are music lovers and would really enjoy our ASE product.

Due to capital constraints we have elected to stay focused on these 3 business objectives so our video game SDK imitative is currently on hold, although we will resume this project as soon as funds permit. Also, we elected to not renew the Denver office lease since most of the consumer electronic integration work and theatrical work is being performed at our Los Angeles facilities. Accordingly, the Denver address is now 8200 South Quebec Street, Suite A3250, Centennial, CO. 80112. Our fax and telephone numbers remain the same.

It should be kept very confidential and nothing is assured yet, but as shareholders you should be aware that there is a strong possibility that the Company may be acquired within the next 6 months in light of our extensive discussions with a global industry leader in consumer electronics. In anticipation of this possibility, I have personally interviewed several independent valuation specialists and firms. As of November 6, 2009, I selected a firm and engaged this firm to immediately begin working on this assignment. Today, the Board of Directors of our Company approved this measure.

This will not only help us with determining a fair market value for the Company, it will also provide us a breakdown of world-wide exclusivities by market segment and by field of use. Although we are not sure what the actual fair market value will be until the report is completed in the next 6 to 8 weeks, the IP valuation methodology will examine each potential market segment and assign a value to each segment, thereby enabling us to maximize the valuation based on revenues from future licensing efforts across each of these market segments. Even if we are not currently licensing the technology in some of the fields of use that the report will identify, the identification of such potential revenue should enhance the valuation, even if the acquirer chooses not to pursue them and "shelf" the technology instead.

I hope this helps you all to better understand the current state of the Company and how far we have come since the last shareholder update. I thank you for your continued support of our Company and I will keep you apprised of significant developments as they occur. Please continue to tell people about our Company and directing them to our website at www.genaudioinc.com.

Please feel free to email me with any questions you may have.


Thank you,
Jerry Mahabub
Chairman, President & CEO

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006775

# GenAudio, Inc.

## Business Overview



**The Information Contained Herein is confidential and Intended Only for the Entity or Person to Whom it is Delivered.**

November 1, 2009

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.

## TABLE OF CONTENTS

GENAUDIO OVERVIEW.................................................................................2
THE TECHNOLOGY .................................................................................6
ASTOUNDSOUND PRODUCT DEVELOPMENT....................................7
BUSINESS DEVELOPMENT .................................................................12
INDUSTRY ANALYSIS.............................................................................22
MARKETING...............................................................................................24
BOARD OF DIRECTORS, MANAGEMENT AND ENGINEERING.........................29

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006777

## GenAudio Overview
### *"The Best Way to Predict the Future is to Invent It"*

Formed in May 2003 as a Colorado corporation, GenAudio intends to revolutionize the way audio is heard throughout multiple industries by offering an enhanced listening experience through the use of its 4D technology that immerses the listener in the center of a 360 degree spherical soundscape. The Company's principal address is 8200 South Quebec Street, Suite A3250, Centennial, CO  80112 and its two audio engineering studio facilities are located in the Los Angeles, California area. The Company has developed a sound solution called AstoundSound[TM] ("AstoundSound") that enables the creation of four-dimensional ("4D") audio with a high degree of positional accuracy due to mathematical modeling of the manner in which the human hearing process perceives sound. The term 4D is defined as a sound source that at any instant in time appears to have a precise location in space (azimuth, depth and elevation) and the sound source can move throughout the space (i.e. movement over time; time being the 4th dimension, hence 4D audio). AstoundSound has two key elements that differentiate it from traditional surround sound systems: the ability to elevate a sound above or below the listener, and the ability to localize sounds with only two-channel (stereo) audio and no specialized hardware equipment.



**Audio technology progression through the years**

Over the past two decades of digital audio technology, there have been two very disruptive technologies/product offerings that truly changed the game with a global dominant impact. First, was the introduction in 1982 of the compact disk or "CD" which provided for unprecedented audio fidelity for consumers to enjoy their music, and led to the development of the digital video disk or "DVD" and the current state of the art BluRay disk with its capacity to store and playback multichannel audio using high definition video. The second disruptive technology breakthrough came from Apple Computers with the introduction of the iPod with its capability to store thousands of CD's on one digital media player alongside Apple's iTunes digital content organization scheme and its easy accessibility to content. Apple has further

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006778

expanded its iPhone and iPod Touch handheld devices to provide for all media content including video games, music, and movies/television.

We believe that AstoundSound is the next truly disruptive technology comparable to the advent of the CD/DVD/BluRay and the iPod/iPhone and is the next dimension in the evolution of audio history with the potential to dramatically impact every industry that has an audio component, including all verticals of the entertainment industry, medical hearing aids, increased intelligibility for telecommunications, advanced situational awareness for fighter aircraft, among many other applications.

*AstoundSound, like it's predecessors, the CD and iPod, will once again change the game.*

There have been numerous attempts to create what AstoundSound does; however, all of these attempts are either prohibitively expensive or simply do not provide what is claimed. Moreover, most of these other audio technologies are hardware driven and therefore are not a mobile sound solution and require complicated setup or configuration that the majority of consumers in the world simply do not have, as evidenced by the fact that even though 30% of US households have some form of Surround Sound hardware setup, only a small percentage of them are actually setup correctly, and thus the listening experience is often times degraded as opposed to enhanced. In fact, recently, a company in this space, Iosono (http://www.iosono-sound.com/technology/), has been pushing a 600+ speaker system for theatrical mixing. Many theater auditoriums (e.g. AMC, United Artists, etc.) have not even upgraded to discrete Dolby Digital (and this technology has been out since 1991 with the first Dolby Digital release of "*Batman*"), and often times use the older Dolby Pro Logic for audio presentation. This 600+ speaker system also has a significant increase in the audio post-production budget so it is not attractive to film studios as they do everything they can to slash costs, especially in this economy, not increase them.

Although the Iosono sound solution is certainly an incredible audio experience, AstoundSound creates the same experience for theaters and households, without having to replace or install any new or additional equipment, and it simply works with all existing current equipment, requiring only two speakers or headphones. It is completely compatible with all surround sound delivery formats too, and we provide professional audio product offerings that are used during mixing, so it can be encoded with Dolby, DTS or SDDS yielding complete workflow integration during post production work. AstoundSound does not compete with these encode/decode delivery formats, rather, AstoundSound significantly enhances them, especially for two channel (LTRT fold-down) or stereo audio listening for movies. Therefore, AstoundSound has the advantages of being completely transparent for the consumer, integrating into current post-production schedules/budgets, and working at any theater auditorium or in any home theater with their existing setup. Many major film studios are interested in using the technology for 2010 film title releases. (See "Theatrical Implementation of AstoundSound" for more information).

AstoundSound creates a unique listening experience which enables listeners to feel and perceive sound not only in the single left/right dimension (stereo), or left/right and front/back (as current Surround Sound systems enable), but also in the top/bottom dimension (true "surround sound") thereby moving the listener beyond the linear plane and into the center of a spherical soundscape. Moreover, AstoundSound creates this true 4D listening experience through software rather than hardware and using only two channels (stereo) due to the technology's ability to virtually localize sound in a particular location without the need for a speaker in multiple locations. This provides a listening experience that the sound is occurring in the physical

---

GENAUDIO INC.    3    CONFIDENTIAL
BUSINESS SUMMARY        DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.    GA006779

reality of 4D (3 dimensions of space over time) and provides for a mobile surround sound "on the go" audio solution with only 2 speakers or headphones. Also, the audio solution offered by the Company does not require any specialized decoding or playback hardware, allowing users to experience AstoundSound on their existing equipment. GenAudio believes that the technology's cost-effectiveness gives it a much wider appeal than other current technologies in the market, which require specialized software and hardware (multiple speakers) to effectuate a "surround sound" listening experience (e.g. Bose 3-2-1 system, Sound Bars, Surround Sound systems, etc.).

In general, the Company's business plan is to focus first on the entertainment industry by offering an audio product solution that meets everyone's audio needs across the entire spectrum of the entertainment industry ranging from consumers to video game developers to professional audio engineers. The Company believes such initial product offerings for use across all verticals of the entertainment industry will accelerate the Company's transition into self-sustaining revenues while contemporaneously achieving a "household name" corporate identity, especially with blockbuster theatrical film title releases and home theater distribution (physical and digital) of such films Where the audience generally will experience the film outside a hardware driven surround sound environment.

The Company believes that its technology is far superior to competing technologies due to its unique technology core based on over a decade of R&D with how the human brain actually processes audio information. Unlike all competing technologies that exist today, its ability to stay "in phase" with no compromise to center channel audio information, and yield a louder audio experience without actually increasing volume (a must have for audio mastering engineers today), AstoundSound creates a 4D listening experience that may be utilized at the professional level, and enable integration into consumer electronics with an audio solution that truly changes the game.



AstoundSound enables a multitude of products ranging from **Consumer to Professional**

The Company believes that AstoundSound is extremely versatile, as it can be integrated into just about anything and everything that has an audio component. It requires no special equipment, and it can be played back on any type of media (both digital and analog) using consumers' existing hardware and equipment. The technology can be experienced while driving in your car, relaxing in your home theater, listening to music with your iPod or portable CD player, playing a video game, watching TV, attending live concert events, going to the movie theater, and in many other settings.

GENAUDIO INC.                                    4                    CONFIDENTIAL
BUSINESS SUMMARY                                                     DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006780

AstoundSound integrates seamlessly with all surround sound presentation formats, called "AstoundSurround", considerably enhancing the effect of traditional surround sound mixes. In addition AstoundSound dramatically enhances the stereo listening experience by widening and deepening the sound. Therefore, while CES reports that 30% of US households have some sort of surround sound setup, the Company's technology covers both that market as well as the rest of the audio market, which is stereo based (a negligible percentage of the market is listening in mono, and the majority is listening in stereo.)

Our consumer software products for Mac and PC are currently being offered with a retail price of $39.95 USD and consumers can "try before they buy" with a 30-day free trial period, and the software can be downloaded at http://www.astoundsound.net. Our current promotion allows for a sliding scale discount depending on what time throughout the 30-day trial period the consumer decides to purchase the software. This incentivizes the consumer to purchase our product sooner rather than later.

In March, 2009, Apple placed our consumer product offering, AstoundSound Expander, on the front page of their downloads section as well as under the more specific "audio downloads" section as the "featured download" for being the "top" audio download of all other audio software downloads world-wide. We maintained the position as "Top Audio Download" and "Featured Product" from March 2009 to the end of May 2009 – ranked #1 of all audio downloads on Apple's world wide web based portals, and such visibility came at no cost to the Company. Apple's decision to do this was completely independent.



GENAUDIO INC.                                    5                        CONFIDENTIAL
BUSINESS SUMMARY                                                         DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                GA006781

After completing the AstoundSound Expander and making it compatible for both Apple and Microsoft operating systems, including the recent Snow Leopard operating system software recently released by Apple, the Company has shifted its principal focus to compressing and optimizing the technology to enable the AstoundSound technology to be embedded into popular handheld devices such as smartphones and mp3 players without a material drain on their battery life. To achieve this objective, the Company has signed an non-disclosure agreement ("NDA") with a leader in the consumer electronics industry (the "CE Company") and provided the CE Company with several of its own handheld devices with the AstoundSound technology incorporated into the devices to explicitly show the CE Company the viability and enhanced audio experience for music, movies, and videogames played on such handheld devices. Although the Company is prohibited from disclosing any further information about the identity and current negotiations with the CE Company at this time, the Company is optimistic about a successful collaboration with such CE Company. It is unclear what structure any transaction with the CE Company would take, but the Company expects any such collaboration would have a very strong potential for substantial revenue and the ability of the Company to integrate the AstoundSound technology into other consumer electronic devices assuming the collaboration does not entail a complete acquisition of the AstoundSound technology by the CE Company.

### THE TECHNOLOGY

AstoundSound differs significantly from currently offered three-dimensional ("3D") spatial and surround sound solutions in the market.  While other technologies at best provide 3D surround sound on a **linear** plane (unless you incorporate 600+ speakers), the AstoundSound technology applied to audio playback provides an impression of being immersed in a 360-degree spherical sound field with enhanced depth and elevation auditory cues -- essentially putting the listener in the center of a globe where sound can emanate from both above and below the listener's position, as well as in front and behind the listener through just 2 channels (speakers or headphones).  The audio experience is "four-dimensional" as the underlying physics associated with AstoundSound are mathematically defined as "space-time" coordinates because sounds move from one point in 3D space to another in a certain amount of time.  This is mathematically defined as a 4-dimensional, where the spatial 3D part can be represented in either rectangular or spherical coordinate systems. For example, the spherical coordinate system associated with the accurate placement of sound sources can be depicted as follows:


Azimuth (Horizontal Panning)


**Elevation (Vertical Panning)**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006782



**AstoundSound 4D Pro Audio User Interface - 3D spatial movement over time**

### AstoundSound – An immersive and innovative 4D audio experience

- AstoundSound produces robust 4D sound which can distinguish multiple sound sources simultaneously.
- The so-called '"sweet spot" is all around–not in a central location. Users can experience AstoundSound, irrespective of listening position, as long as there are two speakers and they are within the speaker boundaries.
- No special equipment or decoding devices are needed to enjoy the AstoundSound experience.
- CDs and DVDs processed with AstoundSound can be played on all consumer electronic equipment and speakers.
- AstoundSound is compatible with all existing multi-channel audio presentation formats such as Dolby Digital, DTS, and SDDS, making it easy to use for motion picture releases.
- Four-dimensional sound spatialization is applied during the mixing process. It is not decoded to send various sound elements to specific speakers like 3D surround-sound presentation formats.

Over the past 6+ years of software development (2003 to 2009), there have been numerous technological breakthroughs, including intensive audio DSP algorithm creations, software design/development, and breakthrough processor performance optimizations embodied in the "AstoundCore" depicted in the diagram on the next page. Our current product offerings are the direct result of over two decades of extraordinary, unique and innovative research and development by our Company's founder and CEO, Jerry Mahabub. Mr. Mahabub actually modeled how the brain processes audio information using a 10 Tesla magnet by performing fMRI scans for over two years while working at a state of the art Superconducting Magnetic Research laboratory in Troy, NY from 1988 to 1991. This raw fMRI imaging data, coupled with advanced numerical analysis and computational physics based modeling enabled the creation of 7,337 points in space (for the left and right side each) on the unit sphere by the year 2002 (i.e. - 14 years to create the extremely accurate filter set). These 7,337 digital filters produce the AstoundCore, exactly emulate how our brains process spatial audio information all around our head with accurate depth perception, and are at the heart of all of the Company's product offerings.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006783



After forming the Company in 2003, Mr. Mahabub filed the first utility patent application in 2004. In 2005, Mr. Mahabub hired a team of carefully selected top ranked software engineers with very diverse backgrounds ranging from audio DSP to applied mathematics. Their primary purpose – to wrap various software applications around the AstoundCore, in accordance with the business direction at that time, to enable licensing and/or distribution of such product offerings in multiple industries, starting with entertainment. The Company since then has modularized the AstoundCore into specific applications that target the entire spectrum of end-users from consumers, to amateur audio enthusiasts, prosumers, and "audiophiles", to audio industry professionals within the entertainment industry. The AstoundCore provides and enables consumer level products with professional level technology and this distinguishes the

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006784

Company's products from its competition that can not be used at the professional level due to the extreme "out of phase" issues they cause, among many other problems. All of these issues do not exist with AstoundSound, because AstoundSound is based on the mathematically modeling of how the human brain responds to spatial audio cues, and no one else to date has ever approached audio from this perspective.

Back in 1988, when Mr. Mahabub first started the R&D, the American Medical Association was just being introduced to Magnetic Resonance Imaging ("MRI") (formerly known as Nuclear Magnetic Resonance or NMR) for medical applications, and no audio engineer would have thought to use MRI to model how the brain responds to auditory stimuli, let alone have access to a 10T, cryogenically cooled, superconducting magnet for such human hearing process research. Due to heightened testing safety standards and the extensive mathematical mapping of the raw data to create the mathematical head related transfer filters, replication of the core algorithm research would be extremely difficult today. The Company believes that it would take at least 5 years for a team of highly advanced and specialized scientists and engineers to model how the human brain responds to auditory stimuli, with the same degree of accuracy and then another 5 years to develop the software around the core in such a highly modularized and optimized state for licensing.

In conclusion, the Company believes that it will take a minimum of 10 years before anyone could even potentially come up with an audio solution that would be analogous to AstoundSound, and because of this, AstoundSound truly is unique and innovative and likely to maintain its superiority over competing audio technologies for years to come.

The Company's software development strategy is based on a modularized approach to technology segmentation. This methodology allows the Company to create separate product offerings on three levels – consumers, prosumers and professional audio engineers – all based on the AstoundCore which is at the heart of all of the products at each of the three technical levels and represents the core technology where new features and the most advanced digital signal processing algorithms are utilized. The three technology tiers enable the Company to access multiple revenue streams from a wide range of end users. GenAudio plans to develop different products around the AstoundCore to license and distribute to various targeted vertical markets within the entertainment industry, such as the broadcast, video game, music, film, and consumer electronics markets.

The technology is compatible with existing hardware and provides a cost-effective solution with applications across a broad array of industries and vertical markets. The Company has elected to focus on the following vertical markets and has prioritized its product offerings accordingly:

| Primary Targets: | Music | Film | Video Games |
|---|---|---|---|
| Secondary Targets: | Broadcast | Live Concerts | Theme Parks |
| Future Targets: | Telecommunication | Medical | Aviation |

Target markets across an array of industries and verticals

9
CONFIDENTIAL
DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006785

In addition to what is listed in the table above, just recently, the technology was optimized to work with consumer electronic devices (including handheld), so this has opened up the ability to generate significant revenue streams within the consumer electronic space.  We have already successfully integrated the technology into a hand held device over the past several months of working with the CE Company mentioned earlier.  As of today, the technology has a negligible impact on portable electronics processors, and a negligible impact on a device's battery life - the two most important factors for such integration. During the course of development from the computer version of the technology where CPU usage is a far less concern, the processor usage for a portable product offering from a leading consumer electronics company went from over 70% to under 5% with breakthrough backend DSP processing optimizations, and absolutely no compromise to the AstoundSound experience.

*As of 3 weeks ago, the technology is now in an "integration ready" state and can be embedded into just about any consumer electronics product offering with no change to the hardware with minimal development cost/time.*

The Company is pursuing business development in both a vertical market manner as well as across horizontal markets that employ a common operating system. The vertical integration strategy for the AstoundCore for both current and future product offerings is depicted in the following diagram:



CONFIDENTIAL
DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006786

## Testimonials

The Company believes that AstoundSound is the next logical step in the evolution of audio. World-class, "high-profile" sound engineers and artists, such as Neil Dorfsman, Steve Lillywhite, Robin Thicke, Gus Skinas, and many others, share this vision. Here are a few of many testimonials:

> Neil Dorfsman, a four-time Grammy award winner for both Best Producer and Best Engineer (Sting, Dire Straits, Paul McCartney, etc.), stated in his endorsement letter to Mr. Jerry Mahabub, the Company's CEO, *"You have begun an audio revolution, and started what I believe will be a new era in professional audio production—truly coherent, multi-dimensional audio reproduction for Music Recordings, Film, Television, and Video Games." He also stated, "I am sure it will become the industry's gold standard."*

> Steve Lillywhite, a Grammy award winning Producer for U2's "Beautiful Day" and "How to Dismantle an Atomic Bomb", and Producer for Matchbox Twenty, Peter Gabriel, The Rolling Stones and others, stated, *"I was amazed by the first audio demo I heard. AstoundSound significantly extends the sound field beyond the traditional stereo mix. The audio recording was so true-to-life that it actually sounds 'real'."*

> Robin Thicke, an award winning multiplatinum R&B and Pop star not only remixed several tracks on his 2008 album release of "Something Else, but also stated, *"As an artist having this technology is a dream come true. My goal is to always have my audience hear my music on a deeper level, so I am thrilled about AstoundSound."*

> Gus Skinas, the President of Super Audio Center LLC, co-developer of the Super Audio CD Sonoma System and engineer for 30th Anniversary re-master Pink Floyd Dark Side of the Moon stated, *"AstoundSound is the most effective, natural sounding four-dimensional audio positioning processor. its ability to process audio at very high sample rates produces stunning results especially when coupled with the very high quality DSD program here at the Super Audio Center."*

## Recent Articles and Reviews

> Applelinks "GenAudio's AstoundStereo Expander Software takes Position as Top Audio Download on Apple Site"
> http://www.applelinks.com/index.php/more/genaudios_astoundstereo_expander_software_takes_position_as_top_audio_downl/

> Stage Select's "GenAudio debuts 'Deprived' at E3 2009"
> http://www.stageselect.com/N4093-press-release-genaudio-debuts-deprived-at-e3-2009.aspx

> Electronic Musician "Soundfield Simulators Tech" By Scott Wilkinson
> http://emusician.com/futuretech/soundfield-simulators-tech-page/

> About.com: Digital Music, "AstoundStereo Expander Review: Add Another Dimension to Your Computer's Sound" By Mark Harris
> http://mp3.about.com/od/audiotools/fr/Astound2_Review.htm

---

11

CONFIDENTIAL
DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006787

# BUSINESS DEVELOPMENT

The Company intends to continue its audio engineering services for musical artists and theatrical and DVD films while follow the following roadmap for development of AstoundSound products:

**AstoundSound Product Roadmap**



The Company plans to roll its product development forward as depicted in the diagram above with an initial emphasis on hardware integration into handheld media devices such as mp3 players and smartphones.

## AstoundSound™ Pro – Professional Sound Engineer Application

The Company's AstoundSound Pro application encompasses all of our most advanced digital signal processing capability, and is intended for use solely by the world's top professional audio engineers, producers, and mixers, and it currently enables audio engineers to process any input "mono" audio file and construct any 4D path (3 dimensions of space over time), with a variety of different path drawing and audio processing modes. AstoundSound Pro enables an audio engineer to create pinpoint sound localization anywhere within a 360 degree sphere, and if desired, move such sound along any defined path over any time continuation. The Company has developed an Audio Unit ("AU") plug-in for Apple's "Logic" audio engineering software, and is developing a "beta" RTAS plug-in for use with DigiDesign's "ProTools" which it will release to selected third-party audio studios to test and ultimately utilize for commercial exploitation through a shared royalty licensing structure. These "plug-ins" enable professional engineers to give their original content mix stereo expansion and pin-point sound localization, including elevation +/- 90 degrees through the virtual panning of AstoundSound. The specialized, commercial off-the-shelf "Space

---

**GENAUDIO INC.**
**BUSINESS SUMMARY**

12

**CONFIDENTIAL**
**DO NOT COPY**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.

GA006788

Navigator Mouse" pictured below, allows engineers to move the input source audio file on any path in all directions, including the construction of multiple paths with multiple input audio files simultaneously, as demonstrated in the screen shot of the application depicted below.

**AstoundSound™ Pro – Professional Sound Engineer Application**

The Company's AstoundSound Pro application encompasses all of our most advanced digital signal processing capability, and is intended for use solely by the world's top professional audio engineers, producers, and mixers, and it currently enables audio engineers to process any input "mono" audio file and construct any 4D path (3 dimensions of space over time), with a variety of different path drawing and audio processing modes. AstoundSound Pro enables an audio engineer to create pinpoint sound localization anywhere within a 360 degree sphere, and if desired, move such sound along any defined path over any time continuation. The Company has developed an Audio Unit ("AU") plug-in for Apple's "Logic" audio engineering software, and is developing a "beta" RTAS plug-in for use with DigiDesign's "ProTools" which it will release to selected third-party audio studios to test and ultimately utilize for commercial exploitation through a shared royalty licensing structure. These "plug-ins" enable professional engineers to give their original content mix stereo expansion and pin-point sound localization, including elevation +/- 90 degrees through the virtual panning of AstoundSound. The specialized, commercial off-the-shelf "Space Navigator Mouse" pictured below, allows engineers to move the input source audio file on any path in all directions, including the construction of multiple paths with multiple input audio files simultaneously, as demonstrated in the screen shot of the application depicted below.



**AstoundSound Professional RTAS Plug-in with Space Navigator mouse**

The Space Navigator is currently being marketed to CAD engineers for fast manipulation and maneuvering of their 3D drawings among many other uses. In tandem with AstoundSound Pro, it will be used by audio engineers to position sound in 4 dimensions and in real-time. This is a vast improvement to the traditional method of moving one slider (and therefore only manipulating one dimension) at a time. The ability to move in all three spatial dimensions simultaneously over time facilitates production workflow integration, and reduces the production time and costs to construct complex 4D audio paths. Our AstoundSound Pro

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.     GA006789

technology has been used by our internal audio engineers in several major film and audio studios and for artist CDs (Robin Thicke *Somewhere Else*), DVDs (*The Orphanage, Hellboy II, Bangkok Dangerous*), and smaller motion pictures ("*Viko*").



The Company demonstrated its AstoundSound Pro product at the Mix Nashville Audio Engineers conference May 19-20, 2009, and was informed it was "the talk of the show" by several audio engineers interested in using the Company's Pro Tools RTAS plug-ins once they are finalized for third party use. In addition, the Company met with the Chief Executive Officer of FairLight Audio while at Mix Nashville and discussions concerning the integration of AstoundSound Pro into FairLight's professional mixing console product offerings ensued. Fairlight designs and manufactures media creation tools including digital audio recording, editing and mixing systems for standard and high definition audio post, broadcast and music production applications. www.fairlightau.com.

### Theatrical Implementation of AstoundSound - AstoundSurround™ and AstoundStereo™

Recently, the Company hired on Brent Kaviar as our Sr. VP Post Production. Brent is a film industry executive veteran and the former Sr. VP of Post Production New Line Cinema for over 17 years. Brent became interested in the technology after meeting our CEO during the E3 Expo in June 2009, and our CEO decided to make Brent a member of the Sr. Management team within months after their meeting. Within one week, Mr. Kaviar was instrumental in the Company's AstoundSound processing of the new Real D 3D trailer that released weeks afterward in theatres internationally. Mr. Kaviar has proved to be an incredible value-add to the Company's Sr. Management team, and Brent and our CEO have been forming the strategic path from a licensing perspective for how to monetize and intensively brand the technology within the film industry. Brent has also introduced our CEO to many top executives in all of the major film studios. Given Brent's contacts with film industry executives from every major motion picture studio, Mr. Mahabub has been able to successfully penetrate this market and has given presentations to Walden Media, Fox Studios, Warner Brothers, and Walt Disney, of which Brent has a 20 year relationship with the Sr. VP Post Production for Walt Disney, Sr. VP Post Production for Walden Media, and relationships with top brass at all other major motion picture studios.

The Company is uniquely positioned to provide the needed sound solution for the recent 3D impact in the film industry. AstoundSound brings forth the 4D audio component that is much needed to match the 3D video and it seamlessly integrates into 5.1 mixes during audio post-production. We have created a new theatrical demonstration using 3D content mixed in AstoundSurround which enables us to walk into any Real D 3D screening room at any of the big studios, and demonstrate how much better AstoundSurround is

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006790

when compared to a standard 5.1 Surround Sound mix. We have received standing ovations at the end of our CEO's recent presentations and the new GenAudio Theatrical 3D Video AstoundSound demonstration.

Mr. Kaviar, Greg Morgenstein, our Sr. VP Audio Engineering, and our CEO have been making tremendous progress with the film industry, and we expect AstoundSound to be used in 5 to 10 big budget film title releases in 2010 by several different major studios. We hope that once the world goes to the theater and hears AstoundSurround, or listens to the DVD in their home, on their computer or on their portable media device, that the technology will be widely accepted and will become the next "standard" to be utilized by audio engineers and incorporated as part of the print masters at the dub stage for all film title releases.

Much like when Dolby introduced "surround sound or 5.1" in 1991 in direct response to the advances in video graphics within the film industry, the new 3D films require a similar audio sound solution that can provide pin point sound placement beyond the linear plane. Iosono approached this need for the ability to push audio into the audience by coming up with a 600+ speaker system, however, after a recent presentation at one of the major film studios, the Sr. VP Post Production stood up and stated, "I just came back from a demo at Todd AO with the new Iosono system. AstoundSound does the same thing, and in my opinion, is better in some ways because no matter where I sit in the theater it worked, and although Iosono was claiming this would be the same for their system, I found it hard to get the experience when I moved around the room, and we don't need to spend money on mixing for a 600+ speaker system, especially when the return would be negligible because only a handful of theatres exist with the system in place". This told us that film studios are hungry for a significantly improved audio experience, just like they were back in 1991, and not just for 3D films, but also for non-3D film title releases.

It is important to note that AstoundSound is very different from THX, Dolby, DTS, etc. THX is a standardization certification format that was created to ensure a room is setup correctly in terms of acoustics and speaker placement. Dolby, DTS, and SDDS are all considered "delivery" formats because these represent the audio formats that are delivered to theaters with a new film title release. In a nutshell, these delivery formats do nothing but encode audio after mixing (during creation of the "print master" at the dub stage for theatrical release), and this encoded audio is then decoded on the other side (either for theatrical release in a cinema or for a home theater DVD). Neither THX or any of the delivery formats have anything to do with how the audio was mixed – this has been a big misconception for consumers for a long time. THX, Dolby, DTS, and SDDS are not mixing technologies and have nothing to do with making the audio sound better or provide for a new listening experience.

AstoundSound, however, is applied **during the mixing process**. AstoundSound enables a completely new audio experience unlike anything ever heard before with intensive elevation (height information) and depth perception filling the entire room with sound above, below, and beyond the physical placement of the speakers. Since we enhance the sound during the mixing process rather than at the end user stage through a multiple speaker configuration, we are not a direct competitor of Dolby, DTS, THX, etc. Instead, we significantly enhance the audio experience and our technology is fully compatible with all surround sound encode/decode delivery formats (Dolby, DTS, SDDS). All three surround sound delivery formats are still being used today, and will continue to be used in the future.

The Company is currently using or has recently used its AstoundSound Pro technology to process the following:

---

GENAUDIO INC.                                    15                        CONFIDENTIAL
BUSINESS SUMMARY                                                          DO NOT COPY

- RealD trailer shown before RealD 3D movies, which commenced world-wide with the 20th Century Fox 3D movie "Ice Age 3: Dawn of the Dinosaurs" in theaters on July 1, 2009.
- Walden Media's new logo that will appear before all future Walden Media film title releases.
- "Playing for Change" and "Ghetto Physics" movies.
- Currently working on several other projects.

The Company expects to use its AstoundSound Pro technology for processing many upcoming theatrical film title releases and is currently in discussions with film studios, post production supervisors, and mix engineers with respect to the following potential movies concerning the integration of AstoundSound into a surround sound multi-channel audio mix:

- Warner Brothers – "Cats and Dogs 2: The revenge of Kitty Galore (in 3D)" July, 2010
- New Line Cinema – "Nightmare on Elm Street" April, 2010
- Walden Media - "The Chronicles of Narnia: The Voyage of the Down Treader" December, 2010
- Dundee Entertainment - movie "The Irishman" 2010



When AstoundSound is integrated into a standard surround sound mix prior to encoding in all of the various delivery formats, it turns surround sound into an enhanced "super surround sound" – we call this implementation of the technology "AstoundSurround". The Company's first AstoundSurround mix was encoded with Dolby Digital for the DVD and BluRay High-Definition release of "Hell Boy II: The Golden Army" in 2008 with Universal Pictures. You will notice our logo placement at the bottom right corner of the official Hell Boy II website at http://www.hellboymovie.com/. See screenshot on the next page of the official Hell Boy II website.

Jerry Mahabub, the inventor of AstoundSound and our Company's Chairman, President and CEO, recently presented to the top technical executives at Warner Brothers Studios in Burbank, CA. They have expressed an interest to sign a 15 film title license deal for incorporation of AstoundSound into upcoming big budget

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006792

film title releases, both 3D and non-3D. The branding associated with having AstoundSound on the big screens in theaters world-wide, with a 30 second to 1 minute trailer at the beginning of the film, coupled with integration of the consumer based AstoundSound technology into consumer electronics, all releasing contemporaneously, have been the vision and overall business and technical direction of the Company since its inception.



Perhaps the most incredible aspect of "AstoundSurround" integration into theatrical film title releases is that the technology survives the fold-down process to two channel (stereo) encoded audio mix, commonly referred to in the professional audio realm as the LTRT, which stands for Left Total, Right Total. The

---

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006793

LTRT fold-down is a Dolby encoding process for playback in theaters or home theaters that do not have discrete Dolby Digital home receivers, or only have two speakers (e.g. speakers inside of the TV, or external speakers on the side of the TV). Two channel audio encompasses well over 80% of the world due to expense and footprint limitations in a household to have a 6 speaker setup, among other reasons. This is where AstoundSound does something that no other technology has ever been able to accomplish, and it has the film industry very interested.

In a nutshell, the LTRT or stereo mix that is standard for all print masters coming off the dub stage, can create a listening experience akin to a hardware based 6 channel audio experience. AstoundSound enables the complete and accurate re-creation of the original discrete Dolby Digital mix to be experienced with any two speakers or headphones, and it does not impact workflow in a negative way because it is integrated during mixing using our professional audio plug-ins, thereby creating a Surround Sound mix with elevation and depth perception that could not be achieved using any other technology. The two-channel version of the mix when using the standard Dolby LTRT fold-down process for all film title mixes coming off the dub stage, is referred to as "AstoundStereo". So, the end user simply selects Stereo from the menu, and the audio experience our customer gets is virtually indistinguishable from the hardware driven discrete 6 speaker surround sound mix without the need for any hardware or decoding device. We believe this will provide an incredible market differentiator for film title releases in the beginning, and slowly create a new audio standard as people become aware and consumer demand is created.

Due to the intensive international branding this will create, our revenue model for theatrical releases is to recoup our expenses for having a certified AstoundSound Audio Engineer present (just like the Dolby does) during mixing to assist and train the mix engineers working on a specific film title project, and to receive distribution royalties on the digital and physical (DVD and BluRay) distribution of the film.

Our revenue model to generate revenues from the licensing of AstoundSurround and AstoundStereo are realized upon release of the physical (DVD and BluRay) and Digital (Internet Download, Hotel Movie Rental, etc.) distribution for home/computer listening, as this is where the technology impact factor and market differentiation are maximized since the Astound technology essentially enables "Surround Sound on the Go" due to the need for only 2 speakers or headphones. We expect to generate revenues with a per DVD/BluRay disk fee as the new and innovative technology enables the studio's home theater distribution arm (e.g. Warner Home Theater Distribution, Buena Vista Home Theater Distribution, etc.). We believe the Astound technology will be a "value add" which will enable the film studios to increase their margins and share this increased margin with the Company.

Within the next 30 days, Jerry Mahabub will present to the top business brass at Warner (including many of the division CEO's), making this the third presentation at Warner, and at this point the Company expects to complete a mix engineering test and thereafter enter into negotiations.

After 20+ years of our founders core R&D into how the brain processes audio information, 6+ years of software and business development, the hiring of a highly experienced and fully accomplished management team and the CEO selecting and appointing 4 additional highly accomplished board members, the Company is within months of achieving several of its initial strategic goals.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.

GA006794

**AstoundSound™ - Prosumer Application for independent studios, garage bands, etc.**

The "prosumer" version of AstoundSound was created by removing many of the pro audio mixing and engineering features and constructing a user interface specifically for audio expansion that requires a stereo input (rather than a mono input like AstoundSound Pro). This application is targeted at independent studios, "prosumers", and people who want to create expansive stereo mixes for their final product offerings. The Company anticipates worldwide release of the prosumer version of the plug-in via various distribution channels such as Guitar Center and Sweetwater. The Company has elected to delay this release in order to enable its "early adopter" strategic partners and licensees the right to use the software to differentiate their product offerings and to create branding and product awareness of the AstoundSound technology at the highest professional levels before offering it at the prosumer level.

Following is a snapshot of the Company's audio unit plug-in for Apple's Logic Pro and Logic Express audio production software. The prosumer plug-in also works with other audio software programs that use audio unit plug-ins, such as Garage Band and Final Cut Studio.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006795

AstoundSound Expander for Consumers and consumer electronic integration

GenAudio unveiled its AstoundSound technology during the month of January 2009 at the Consumer Electronics Show ("CES"), MacWorld, and Sundance Film Festival. The consumer version of the Company's technology, known as the AstoundStereo Expander or AstoundSound Expander ("ASE"), delivers an application that any consumer can use with extreme ease of use with the simple push of a button. All one has to do is turn the processing on and the stereo audio becomes surround sound "on-the-go". This is our initial consumer product offering and is available at www.astoundsound.net. The AstoundSound Expander enables consumers to create their own expanded and enhanced listening experience on their desktop and laptop computers with any stereo audio file. Version 2.1 of the ASE computer product for both Apple Macintosh computers and Microsoft Windows computers launched June 1, 2009. Consumers can download a free trial of the ASE product and then purchase the software through our digital distribution partner, Digital River. The Company also plans to sell this software via physical distribution directly to consumers through consumer electronics stores (e.g. Fry's Electronics, Ultimate Electronics, Best Buy, etc.). Currently, the software is available only via digital download distribution channels.

The user interface of the recently launched version 2.1 of the AstoundSound Expander is set forth below. There are three distinct listening modes for music, movies, and games. A simple slider is all that is required to achieve an expansive and significantly better listening experience!



AstoundSound Expander version 2.1 (PC version screenshot)

*Our processing works very well, is very simple to use, and is very unique. We believe AstoundSound is a superior product and unlike any of the competitor technologies, the Company has the support of the professional audio industry.*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                          GA006796

AstoundSound Real-Time Interface: "Deprived" Video Game Environment Demo



**Screen shot of the actual Deprived Game Environment Demo while walking around.**

In addition to the AstoundSound Expander consumer product for computers, the Company has developed a "first level" video game demonstration game entitled "*Deprived*" which premiered at the E3 (Entertainment Electronics Expo) in Los Angeles in June, 2009. The "*Deprived*" game environment demo is designed to demonstrate the real time pinpoint sound placement of the AstoundSound RTI (real time interface) technology in a video game environment. In addition, we have commenced work on an audio engine videogame tool kit for third party game developers ("AstoundTools") to use the AstoundSound RTI technology during development of upcoming video game title releases. The Company anticipates a per-title use royalty plus a back end distribution royalty for each game title in accordance with industry standards for game audio engine licensing.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006797

AstoundTools will enable game developers worldwide to simply use our toolset during development of a video game (for any video game console) in the hope that the AstoundSound technology will become the dominant audio engine toolkit over competing audio engines such as WWISE and FMOD (both do not provide any sound localization or spatial audio processing whatsoever).

From a revenue potential standpoint, DCF Intelligence and Nielsen data indicates that:

- There are over 260 million PC based video gamers worldwide, and estimated to grow to 350 million by 2012.

- The PC gaming market is the largest single game segment on a revenue basis and it is expected to grow 80% over the next 5 years.

- Of the 10 million World of WarCraft subscribers, 2 million were added just in 2007, many coming from emerging markets such as Asia.

- When segmenting by video game genre, we can see the amount of time, dedication and loyalty to not only the game, but also the gaming accessories, gaming community and gaming experience.

- Gamers are also watching movies and streaming music, treating the PC as their home theater system

## INDUSTRY ANALYSIS

### Entertainment industry—Need for definitive sound quality enhancement

Sound recording and mixing technology form an integral part of the entertainment industry. From the latest in first-person shooter video games to Hollywood's current blockbusters, audio plays a critically important role.

The need for a superior audio listening experience exists in all aspects of the media and entertainment industry. The continuously improving visual component of motion pictures and video games is currently not sufficiently complemented by a superior audio experience. George Lucas summed it up when he stated that "Sound is 50% of the motion picture experience".

We believe that there is a marked need across the entire entertainment industry spectrum for providing a superlative and immersive 4D audio experience, particularly in light of the new wave of 3D movies. This is clearly highlighted by the growing demand for such technology from professionals, amateur enthusiasts, and consumers. Companies like Dolby, DTS, THX and Sony have provided product offerings that are commonly referred to as "surround sound" technologies. AstoundSound expects to provide the industry with the next dimension in the evolution of audio with its 360° degree sound field which is not limited to a linear plane like existing surround sound technologies. We believe that the listening public is demanding it, large companies are actively seeking how they can differentiate their product offerings with new and

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006798

innovative technologies, and producers and engineers are constantly battling to create the best listening experience possible.

Current 3D product offerings from competitors can be classified into 3 separate categories. Of the three categories in the diagram below (from left to right), the first category is the trend of the industry (surround sound), the second is by far the easiest to use for the consumer, however, the product offerings offer no significant "WOW" quality factor, and the third has the highest "WOW" quality factor, however, the products are enormously expensive and do not allow for seamless production workflow integration due to the highly specialized software and scientific training that is required for their use – such technology is simply not a viable commercial or consumer product offering for widespread use within the entertainment industry.



AstoundSound encompasses the best characteristics of all three categories and none of the bad. AstoundSound can be integrated into all formats in the first category, it has the ease of use associated with the second category, and it surpasses the "WOW" quality factor of the third category.

*AstoundSound is not just a new product offering, it enables a complete paradigm shift for audio in everything – everywhere.*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                GA006799

# MARKETING

## Marketing approach

The marketing strategy component of the integrated business/technical/marketing strategy has been constantly evolving. With recent technology developments enabling new business opportunities in the Consumer Electronics space, the Company has been able to develop a new marketing strategy that significantly reduces marketing costs. With the ability to license the technology to industry leaders with many different fields of use, we enable these larger corporations to use the technology in their product offerings and they are responsible for their product marketing rollout strategies and determining how they would like to launch the technology into the world for their field of use. This has enabled us to keep shareholder dilution to a minimum by not having to go out and seek large investments to launch expensive marketing programs with outsource marketing firms, press agencies, ad agencies, etc. To some degree we will continue to incur marketing expenses for promotions with our ASE distribution partners among other things. These marketing costs are minimal compared to that of a full-blown product launch/rollout that the larger companies will spend and use our technology to differentiate their product offerings, thus enabling our current or future licensees with a significant competitive advantage.

Our marketing approach is primarily based on branding and exposure to generate consumer awareness, which we believe will then give the Company much stronger leverage to negotiate for revenue in accordance with our projected revenue models. Initially, we are targeting dominant market leaders in each of the vertical markets to be our early adopter customers. This approach in this industry is best served with a business-to-business ("B2B") licensing model. The market leaders we target as our first customers are not simply customers, but are also strategic partners that can assist us in navigating their respective industries. Over the past several years the Company has conducted extensive market analysis to determine:

1) Who will be our key early adopters and strategic partners
2) What types of products to develop for said partners enabling differentiation for our customers/licensees and setup revenue models specific to a particular market segment.
3) How to structure field of use limitations for niche specific market segments and distribution channels so we can negotiate world-wide exclusivity based licenses without losing rights to license to other large companies seeking a competitive advantage for their product offerings, that are not in direct competition with other licensees of the Company.
4) Conduct product market analysis with blind focus group studies to determine if we should continue to develop or release the product in its state at that time.

In accordance with the foregoing marketing strategy, we worked with Universal Pictures and MiCasa Multimedia on DVD movie titles "*The Orphanage*", "*Hellboy II: The Golden Army*," and "*Bangkok Dangerous*" with a specific field of use for DVD releases. We coordinated the release of the AstoundSound computer product with the release of the *Hellboy II* DVD by entering into a marketing and promotion agreement with Universal Studios to place the following ASE insert cards in the standard definition (widescreen) DVD cases of *Hellboy II*, including a home theater giveaway sponsored and award items provided by Philips and Universal Pictures. Please see on the next page an image of the front and back of the insert cards that went into the *Hellboy II* DVD cases:

GENAUDIO INC.                                    24                    CONFIDENTIAL
BUSINESS SUMMARY                                                      DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006800

The Company believed that following the Hellboy II and Bangkok Dangerous DVD releases that other companies with home theater DVD distribution channels (e.g. Walt Disney - Buena Vista Home Entertainment, Warner Brothers Home Entertainment, etc.) will have an interest in licensing the technology as well, including use of AstoundSound technology for theatrical release as discussed above. We were correct with our thoughts.



## Overview of Marketing Strategy

ASE, the Company's consumer software product, officially launched on January 8, 2009 with deployment at CES, MacWorld and Sundance throughout the month of January, 2009. During this kick-off phase, the marketing approach was primarily focused on brand building and awareness to generate consumer and enterprise adoption. In an effort to generate greater revenue through the ASE product, the strategic approach shifted to consumer marketing opportunities that drive immediate or near-term sales revenue. During this time, the Company will continue supporting efforts in the development and growth of targeted longer-term enterprise opportunities. This short-term and long-term strategic approach will result in an

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006801

integrated plan that will achieve the ultimate goal of adoption and sales/licensing of the Company's Astound technology as the new industry standard for 4D technology.

The Company expects its print, digital and grassroots marketing efforts, and upcoming experiential marketing, to drive consumers to our www.astoundsound.net website to facilitate revenue generation and to create branding and awareness. Once a consumer listens to the demos and tries the software for free for 30 days (number of "trial days" subject to change in the near future), we expect most of them will want to purchase the ASE product, currently priced with a MSRP of $39.95 USD. The Company is currently in discussions with various high traffic music centric web based portals and will be offering special promotional price discounts for the purchase of the Company's AstoundSound Expander personal computer products in addition to a revenue share based on the extent these companies expose and market the ASE product. We have made the following demographic determinations based on our market research for the ASE product:

**AstoundSound Expander Demographics**



- Male, 18-39 years old
- Early adopters of technology, first to have the newest electronic equipment/devices
- Friends ask advice before they buy new technology
- Plays videos games, listens to music and watches movies

**Videogamer Demographics**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006802

- Gamers are fanatical about games they play spending over 20 hours a month in game play

- Gamers share that passion with other gamers via online communication tools such as Twitter, YouTube, Face Book, blogs and forum

- 83% of Gamers site sound as an important quality for their gaming experience

- Gamers desire the ultimate audio and visual experience, not only in gaming but also in premium video content

- Gamers have a "code", a language, a culture that one successfully infiltrated is a lucrative audience with vast spending power on high tech items

### Market analysis—Targeting segments across the entertainment industry

The market for 3D surround systems includes the broadcast, video game, music and film industries. These markets are significant in size and have a constant need for sound enhancement. Such necessity provides excellent opportunities for AstoundSound.

Each of the vertical markets in the entertainment industry are multi-billion dollar markets. The following is a list of our target markets and their estimated sizes in 2008[1]:

- *Video Games* - $41.5 billion global, $11 billion U.S.
- *Film* - $94 billion global, $40 billion U.S.
- *Broadcast* - $200 billion global, $73 billion U.S.
- *Music* - $43.28 billion global, 20.5 billion U.S.
- *Advertising* - $654 billion global, $295 billion U.S[2].

**Total Global Entertainment and Media Industry – $1.3 trillion in 2005, rising to $1.8 trillion by 2010.[3]**

The global entertainment and media market is expected to grow further as developing technologies facilitate ease of distribution. With the immense wave of internet digital content distribution, and new digital media formats being invented on a daily basis, the digital era has arrived, and the Company believes AstoundSound is at the right place at the right time.

In 2005, over 228 million games were sold in the US alone, an average of two games per household. The video game sector is expected to remain one of the above-average growth segments in the U.S. and global entertainment industries through 2011, with global games spending set to exceed music spending[4].

---

[1] Derived from PriceWaterhouseCoopers LLP projections (all estimates except advertising)
[2] Universal McCann (data includes print advertising)
[3] PriceWaterhouseCoopers LLP & Wilkofsky Gruen Associates
[4] PriceWaterhouseCoopers

---

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006803

Although the film and music industries have witnessed a decline in conventional sales such as box office and record sales respectively, alternate streams such as DVDs and digital music have sufficiently boosted this decline to give the film and music industries a new avenue for generating revenues. According to Nielsen Research (http://www.tomshardware.com/news/dvd-vcrs,3989.html), 81.2% of households in the US have a DVD player, while 33% of US households have purchased home theater systems in another report.

*Sound quality enhancement can only further accentuate the growth[5].*

We intend to target all vertical markets thirsting for differentiation in the entertainment industry. These extensive target markets with a need for sound enhancement provide a significant opportunity for competing entertainment industry companies to exploit the AstoundSound technology as a strong market differentiator.

**Marketing Summary**

Traditional public relations, social media and partnerships are keys to the success in reaching and establishing relationships with the gaming and technology audience. The Company intends to implement traditional public relations and marketing, both online and through traditional channels, with a principal focus to Apple Mac and PC Windows based platforms. In addition, the Company has begun to implement a social media plan in the following places in an effort to increase Web site traffic, free trial downloads, direct purchase downloads, create brand visibility and increase organic search rankings yielding a strong potential for a viral effect:

- Blogger Relations: Connect and influence leading blogger communities. Establish brand credibility and authority.

- Twitter: Connect with individual gamers, influencing individual actions and those they influence directly. Utilize as a customer service tool for current and future products.

- Facebook: Connect to individual gamers, influencing individual actions and those they influence directly.

- YouTube: Cross online video content with passionate gamers who are content generators. Connect and demonstrate product on variety of video experiences including the vast array of music videos, movie clips and games.

---

[5]Consumer Electronics Association ("CEA")

GENAUDIO INC.
BUSINESS SUMMARY

28

CONFIDENTIAL
DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006804

## MANAGEMENT ORGANIZATIONAL CHART

Jerry Mahabub, the Company's founder and CEO, oversees all business and technical development activity, audio engineering and post production services, technology development and patenting, and is responsible for the overall integrated business and technology strategy and keeping the Company moving forward in the positive forward direction. Our Patent and Trademark firm is Dorsey and Whitney, LLP. Paul Powers, the Company's COO, oversees all financial, corporate legal, and non-technology based operations. Our corporate and securities law firm is Greenberg and Traurig, LLP. The organizational chart of the Company is set forth below:



Because the Company's past, current, and near term future primary purpose is software based engineering and development, the necessity to further break down the hierarchy and organizational structure of our development and engineering team is shown below. Basically, it is an extension of the above diagram specific to software development and engineering only.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.      GA006805

# SOFTWARE ENGINEERING ORGANIZATIONAL CHART



FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006806

# BOARD OF DIRECTORS AND SENIOR MANAGEMENT

The Company's Board of Directors and management team are comprised of a team of dedicated professionals with extensive experience in technology, software development, marketing, the entertainment industry, finance, licensing and business development.  Management is augmented by an advisory committee, consisting of honorary members extensively involved in the field of acoustics, professionals in the audio industry, marketing experts, and seasoned individuals with experience in the commercialization and sale of digital audio technology.  The executive officers, directors, and senior management of the Company and the positions held by each are as follows:

| Name | Position |
| --- | --- |
| Jerry Mahabub | Founder, Chairman, CEO, President, CTO |
| Paul Powers | Board Member, COO |
| Ted Cohen | Board Member |
| Elliot Mazer | Board Member |
| Mark Bobak | Board Member |
| James Devine | Secretary and Sr. Vice President - Finance |
| Gary Smith | Sr. Vice President - Software Engineering |
| Brent Kaviar | Sr. Vice President – Post Production |
| Steve Bagwell | Sr. Vice President - Marketing |
| Greg Morgenstein | Sr. Vice President Audio Engineering |

BIOGRAPHIES

### Jerry Mahabub: Founder, Chairman, Chief Executive Officer, and Chief Technical Officer

Mr. Mahabub founded GenAudio in 2003 and is the inventor of the core technology, AstoundSound™ with over 20 years of continuous R&D as of present.  His activities include strategic planning with respect to the overall integrated business and technical strategy, patent filing, capital formation, negotiating licenses, forming strategic alliances, and works directly with the software development team when necessary.  Prior to founding GenAudio, he was owner and Executive Manager of Rapid Prototype Technologies, LLC from 1998 to 2003, where he designed and developed new and innovative technologies for a large variety of government contracts and mainstream commercial markets.  His responsibilities there included design engineering, business development, technology commercialization, licensing and often times he was asked to validate technologies for large investment firms and assist with IP based independent valuation analysis. He negotiated world-wide exclusive and non-exclusive licensing deals, channel partnerships, strategic alliances, with multiple divisions of Hewlett Packard and many other companies in an effort to create marketable, state of the art, disruptive and cost-effective products, and acted as a consultant for both hardware and software engineering projects.  Mr. Mahabub started attending Rensselaer Polytechnic Institute ("RPI") in Troy, NY doing coursework and lab work from the age of 13 and entering as a full time student at the age of 16.  In 1988, at 16, he was hired to work part-time at a Superconducting Research Laboratory while attending RPI full-time, and also worked, from the age of 13, in Dr. Charles P. Bean and Ivar Gaiver's lab (both Nobel Prize winners for the discovery of Superconducting Tunneling in 1971).  He double-majored in Physics (B.S) and Electrical and Computer Systems Engineering – ECSE (B.E.) with a Minor in Philosophy/Symbolic Logic.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006807

Prior to his position at Rapid Prototype Technologies, Mr. Mahabub was Director of Engineering at Ines Inc. / SPYR Technologies Inc. from 1995 to 1998, where he established the Company as a GSA/8A provider for government contracts. The work involved research and analysis of market trends for commercialization efforts, competition and sales forecasts, working directly with marketing consultants to determine an aggressive product marketing strategy, work with agencies on press releases, and various ad agencies for print and digital advertisements, successfully achieved ISO 9001 compliance certification, and worked on several deals in accordance with the Federal Acquisition Regulations and Government Procurement Policies. A cursory list of technology licensees for tech developed and/or managed by Mr. Mahabub include Hewlett Packard, Intel, Motorola, Siemens, Philips, Boeing, the Jet Propulsion Laboratory, the US Naval Warfare Center and the US Army Missile Research and Development Engineering Center. To date, Mr. Mahabub has successfully negotiated over 270 license deals and helped to commercialize said technologies (those that were not government contracts).

### Paul Powers: Board Member and Chief Operating Officer

Paul Powers joined the Company's Board of Directors in November, 2008. Mr. Powers spent the previous 17 years as the Associate General Counsel for Anheuser-Busch Companies, Inc., a subsidiary of Anheuser-Busch., where he specializes in mergers, acquisitions, real estate, aviation, and entertainment law. Mr. Powers has served as lead counsel for numerous acquisitions and divestitures aggregating billions of dollars. Mr. Powers was one of the lead attorneys for the recent merger between Anheuser-Busch Companies, Inc. and a subsidiary of InBev N.V./S.A which represented the largest all cash merger in the history of the United States. Prior to joining the Company, Mr. Powers was also a member of the Board of Directors of Grupo Modelo S.A.B. de C.V., the largest beer manufacturer in Mexico which makes Corona, Negra Modelo, Especial, and many other brands. Before joining Anheuser-Busch Companies, Inc. in 1992, Mr. Powers practiced law with Armstrong Teasdale and Thompson Coburn, two of the largest law firms in St. Louis, Missouri, where his practice focused on institutional lending, corporate finance, and real estate. Mr. Powers graduated cum laude from Marquette University, and received his juris doctorate cum laude from St. Louis University Law School where he received the Order of the Woolsack for top academic honors.

*Mr. Powers reports directly to the CEO.*

### Ted Cohen: Board Member

Ted Cohen joined the Company's Board of Directors in 2007, and brings his widespread digital expertise in music, mobile, IPTV and product & service development. He is also the Managing Partner of TAG Strategic, a digital media and entertainment advisory company.

In his previous role as Senior Vice President of Digital Development & Distribution for EMI Music, Mr. Cohen led next-generation digital business development worldwide for this "big four" record Company, which includes labels such as Capitol, Virgin, Angel/Blue Note, Parlophone and Chrysalis. During that time, EMI embraced and exploited new technologies and business models such as digital downloads and online music subscriptions, custom compilations, wireless services, high-definition audio and Internet radio, and anti-piracy efforts, for which Mr. Cohen was a key strategist. He was also instrumental in crafting the licensing agreements under which the Rhapsody subscription service and the iTunes Music Store were built. Prior to his role at EMI, Mr. Cohen served as Executive Vice President of Digital Music Network Inc., which he co-founded and served as Chairman of the groundbreaking Webnoize conferences. He also led

---

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                GA006808

two new media consulting operations, DMN Consulting and Consulting Adults, attracting clients such as Amazon.com, Microsoft, Universal Studios and DreamWorks Records. Mr. Cohen has previously held senior management positions at both Warner Bros. Records and Philips Media.

A 30-year industry veteran, Mr. Cohen is Chairman of the Mobile Entertainment Forum Americas board, and of MidemNet, an international music/technology conference. He also serves on the NARAS (Grammy) Los Angeles Chapter Board of Governors as well as the national Trustee Board, the Board of Directors for the Neil Bogart Memorial Fund, co-chairs the new media arm of the T.J. Martell Foundation, and lends his time to music & technology education efforts such as Grammy In The Schools.

### Elliot Mazer: Board Member

Elliot Mazer joined the Company's Board of Directors in 2007, and brings his experience as a world-renowned record producer, studio owner, engineer, entertainment technology executive and audio consultant. Primarily known for his 30-year association with Neil Young, Mazer has produced multi-platinum albums for Linda Ronstadt and Janis Joplin. He worked on The Band - The Last Waltz film and album. Mr. Mazer has produced DVD-Audio and SA-CD projects with sound recordings by Neil Young, Janis Joplin, Frank Sinatra, The Who, P!NK, Switchfoot and Santana. He also designed, built, owned and operated audio recording facilities, and developed the AirCheck monitoring system, which automates the recovery of publishers' royalties from radio stations.

Mr. Mazer is a member of the following organizations: Audio Board Consumer Electronics Association (CEA) 2005, TAG (Technical Advisory Group) ANSI, British Academy of Film and Television Artists, Audio Engineering Society, National Academy Recording Arts & Sciences (former Governor) Country Music Association. He received a Bachelor's degree from New York University and Fairleigh Dickinson University, NJ.

### Mark Bobak: Board Member

Mark Bobak joined the Company's Board of Directors in November, 2008. Mark Bobak is of counsel to the St. Louis law firm of Williams Venker & Sanders, L.L.C. He specializes in a number of areas including legal strategy development, political affairs, crisis management, communications and labor issues.

From July of 2004 until December 31, 2007 Mark Bobak served as Group Vice President and Chief Legal Officer of Anheuser-Busch Companies, Inc. In that role, Bobak was responsible for all Labor, Legal and Industry and Government Affairs matters for Anheuser-Busch Companies and all of its subsidiaries. He served on the Company's strategy committee, which was comprised of the senior-most executives in the Company and determined the strategic direction and policies for the Company. He served on the Board of Directors for Mexican brewer Grupo Modelo, Anheuser-Busch Inc., Busch Entertainment Corp. and the Anheuser-Busch Packaging Group. Mark also served on the Board of Directors for the U. S. Chamber of Commerce and was the Regional Vice Chair for the South Central area. He is also a member of the Board of Directors for the Missouri Historical Society.

Previously, Bobak served as Vice President, Corporate Human Resources for Anheuser-Busch, beginning in 2000. At that time, he was named a member of the Company's Strategy Committee. His responsibilities included labor relations and negotiating the Company's contracts with its union workforce. From 1996 to 2000 Bobak served as Vice President and Deputy General Counsel and was responsible for the Company's

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.
GA006809

legal affairs in Litigation, Intellectual Property, International and Employment Law.   He joined Anheuser-Busch's Legal Department in 1992 as Associate General Counsel responsible for the Litigation Section.

Prior to joining Anheuser-Busch, Bobak was a partner with the St. Louis-based law firm Armstrong, Teasdale, Schafly & Davis where he was engaged in trial work.   He graduated with a bachelor's degree in marketing from Marquette University and graduated cum laude with a law degree from St. Louis University Law School.   He and his wife, Paula, reside in St. Louis County, Missouri with their three children.

### James Devine: Corporate Secretary and Sr. VP Finance

Mr. Devine joined the Company first as a consultant in early 2006 and became Vice President of Finance in late 2006, responsible for accounting, reporting and general Company administration. From 2003 to 2006, he worked for Quinella Corp., a Certified Public Accounting firm whose practice includes tax, accounting and consulting services to public and private companies in various industries. From 2000 to 2003, he worked for US Escrow & Financial Services, where his duties included credit, due diligence and analysis of finance clients. Mr. Devine received a B.A. degree in Accounting, Business Administration from Concordia College, Morehead, MN. He is a Certified Public Accountant, Minnesota 1982.

Mr. Devine started his career with Automatic Data Processing as a systems analyst in accounting and reporting systems for major accounts. After 3 years he entered the field of public accounting, where he gained exposure to a number of industries. Mr. Devine left public accounting in 1983 and formed a high-tech company for the production of high-end liquid crystal displays. Subsequent to the sale of this business, from 1985 to 1989 he joined an investment-banking firm where he became a securities principal and worked in the underwriting of debt and equity. Mr. Devine subsequently took a position as CFO for a national real estate management firm.   He then accepted a political appointment in 1991 from the Governor of North Dakota as Deputy Director of Finance for the state's Department of Economic Development.   In addition, he was appointed President of the North Dakota Future Fund, a venture capital fund funded by the state's legislature to provide capital to businesses and high-tech ventures within the state. After serving his term, Mr. Devine worked from 1995 to 1998 for an investment firm where he specialized in locating financing for companies based upon economic incentives from taxing authorities among other criteria. Mr. Devine works directly with the Company's CPA firm, Quinella Corporation, located in Denver, CO.

*Mr. Devine reports directly to the COO.*

### Gary Smith: Sr. VP Software Engineering

Mr. Smith has been Sr. Vice President of Engineering since 2005, primarily responsible for intellectual property management, software architecture and product/technology development management. Mr. Smith brings to the Company over 18 years of software engineering leadership, management, and development experience. He is also responsible for all of the Company's software engineering activities, including systems engineering, software design and development, quality assurance, system administration, and project management. From 2001 to 2006, he was lead systems engineer and development manager for an enterprise mission control research and development team for Raytheon Company – Space Systems. Mr. Smith has a Bachelor of Science degree in Computer Science and a Master of Science degree in Applied Mathematics from the University of Colorado. Mr. Smith spent over 15 years in the aerospace industry as an Integrated Product Team Manager, Software Architect, Principal Software Engineer, Systems Engineering Lead, and Principal Investigator for research and development. He spent an additional 4 years

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006810

in the supply chain management and telecommunications industries, as a Senior Software Engineer and Technical Manager, respectively. He has extensive experience in ISO 9001 and CMMI Level 3 processes and procedures, as well as project management practices. His areas of expertise include software team leadership, large-scale software architecture and development, and mathematical optimization algorithms. Mr. Smith has a deep knowledge of, and experience with, the Company's technology, and was instrumental in the management and development of the original AstoundSound prototype – the basis for all AstoundSound products.

*Mr. Smith reports directly to the CEO.*

### Brent Kaviar: Sr. VP Post Production

Mr. Kaviar was the Senior Vice President of Post Production for New Line Cinema and Picturehouse with over 22 years of experience in all aspects of theatrical post production. He had a key role in the domestic and international releases of hundreds of New Line, Fine Line and Picturehouse films including The Lord of The Rings trilogy, Austin Powers, and Rush Hour films. Mr. Kaviar was the technical studio liaison with all of the filmmakers (directors and producers) ensuring their creative vision and high quality standards, while meeting all the studio requirements and supervising all post production facilities and vendors. In addition, Mr. Kaviar was the New Line post production executive on Journey to the Center of the Earth 3D, launched digital cinema and the film preservation departments, and helped negotiate major post production contracts while at New Line.

Brent Kaviar graduated from SUNY at Binghamton. He is a member of the Inter Society for the Enhancement of Cinema Presentations, Inc. and SMPTE (Society of Motion Picture and Television Engineering). He has participated in two studio audio committees recognized and awarded by the Motion Picture Academy with an Academy Award for Science and Technical Merit (Theatrical Audio Standards Association committee and Cyan Track committee).

Mr. Kaviar has veteran experience as a film post-production executive and has extensive knowledge of audio technology. This combination, coupled with his prior experience, gives him unique insight and opportunities into audio licensing specific to theatrical film releases and theatrical marketing. Mr. Kaviar's passion to incorporate the AstoundSound technology into upcoming 3D film titles and trailers (as well as conventional non 3D film titles) is an incredible value to the Company.

*Mr. Kaviar reports directly to the CEO.*

### Steve Bagwell: Sr. VP Marketing

Steve Bagwell joined the Company Inc. in 2009 from Anheuser-Busch Companies Inc., where he held many diverse roles within the selling, marketing and distribution divisions of the Company over a 23 year period. Mr. Bagwell was product manager for Budweiser, one of the top 50 valued trademark brands in the world. Additionally, he was Group Director for the Company's sub-premium and value brands, Vice President New Product Development, Vice President Marketing Operations and Consumer Research, Vice President Finance and Business Planning Wholesaler Operations and most recently, Vice President Marketing Anheuser-Busch International. In his last role, he was responsible for marketing and sales functions for all territories and partnerships outside the United States.

---

GENAUDIO INC.
BUSINESS SUMMARY

35

CONFIDENTIAL
DO NOT COPY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006811

Mr. Bagwell brings to the Company a strong background in consumer based, image marketing across all mediums including the digital space, for both large and small brands. Throughout his career, he has developed and launched numerous new products. Prior to joining Anheuser-Busch, Mr. Bagwell worked at the Hewlett-Packard Company. Mr. Bagwell resides in St. Louis Missouri with his wife Michelle and their two sons.

*Mr. Bagwell reports directly to the COO.*

### Greg Morgenstein: Sr. VP Audio Engineering

Greg Morgenstein is a multi-talented engineer, producer, composer, sound designer and editor. He's built an all star client roster by being reliable, innovative and always ready to jump into any audio project thrown his way. Determined not to silo himself, Mr. Morgenstein has worked with hip hop's best and brightest stars such as Ludacris and Missy Elliot, teamed up with pop star greats Jennifer Lopez and Janet Jackson and partnered with several legends along the way like Guns & Roses and Aretha Franklin. Outside of the music realm, Mr. Morgenstein was the sound designer for four of the DVD re-mastered James Bond films. Additionally, Mr. Morgenstein has composed music for "Moulin Rouge" and "The Break Up" movies.

Mr. Morgenstein is responsible for mixing, and managing all professional audio engineering services for the Company. Mr. Morgenstein's solid track record and extensive entertainment industry contacts provide business opportunities, including new film titles for theatrical release, new album projects from multi-platinum artists, and television broadcasts and advertisements. Mr. Morgenstein received his Bachelor of Science in Music from Berklee College of Music in 1997.

*Mr. Morgenstein reports directly to the CEO.*

### MANAGEMENT ADVISORY COMMITTEE

The Company has established an advisory committee comprised of professionals with extensive expertise in many professional areas.

### Sean Richardson

Mr. Richardson has over 10 years of experience as an audio-engineering professional for broadcast. Mr. Richardson works part-time for the Company, and full-time for Starz! / Encore as its Audio Production Manager. His extensive experience in broadcast will be invaluable for the integration of AstoundSound into the broadcast vertical markets. He speaks on a regular basis at the National Association of Broadcasters (NAB) and has several high-profile connections with audio professionals in various entertainment spaces.

### Russell Berger

Mr. Berger is President of the Russ Berger Design Group (RBDG), a world-renowned design and consulting firm that combines expertise in architecture, acoustics, and interiors to create technical environments and buildings for recording studios, broadcast facilities, creative production spaces, and home theaters. An eight-time recipient of the TEC Award for Design Excellence, RBDG has more than 2,500 recording, production, and broadcast studio projects to its credit. The firm has been nominated for a 2004 Technical Excellence & Creativity Award in the category of Outstanding Creative Achievement, Studio Design

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006812

Project for BiCoastal Music in Ossining, NY (www.rbdg.com – *This web page is not a part of this Memorandum*).

### Neil Dorfsman

Mr. Dorfsman is a world-renowned music producer and sound engineer. He has produced, mixed, and recorded music for many top music artists, including Sting, Dire Straits, Eric Clapton, Paul McCartney, Bruce Springsteen and Bob Dylan (www.neildorfsman.com – *This web page is not a part of this Memorandum*).

### Hal Winer

Hal Winer is the owner of "Russ Berger-designed" Bicoastal Music Ltd. BiCoastal is a world-class music-recording studio located just north of New York City that caters to artists, producers, and engineers. Hal is a producer, engineer and musician in his own right who works with a variety of local singer-songwriters and independent artists. His digital audio experience has been extremely helpful during discussions over the past 2 years (www.bicoastalmusic.com – *Website not a part of this Memorandum*).

### Dr. Kirk Morey, MD

Dr. Morey is an ophthalmologist from St. Louis. Aside from being an investor in the Company, he helps with identifying medical applications and connections in the medical industry that may be appropriate for the Company.

### Kenny Bergle

Kenny Bergle is a musician and professional audio engineer. Kenny has over 30 years of experience with pro audio gear, software plug-ins and just about every product on the market that deals with the pro-audio engineering community. He is the Senior Sales Engineer for Sweetwater, the premier pro-audio retailer. (www.sweetwater.com – *This web page is not a part of this Memorandum*).

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.            GA006813

## GenAudio, Inc.

### Capitalization Table
(As of October 22, 2009)

| Shareholder Name | Common Stock | Non-Fully Diluted Ownership | Paid in Capital | Warrant Shares | Fully Diluted Shares | Fully Diluted Ownership |
|---|---|---|---|---|---|---|
| Founder Shares - Jerry Mahabub(1) | 7,001,000 | 55.58% | $700 | 0 | 7,001,000 | 39.03% |
| Friends and Family Round - $0.25 per share | 160,000 | 1.27% | $40,000 | 0 | 160,000 | 0.89% |
| Friends and Family Rounds - $0.50 per share | 1,917,000 | 15.22% | $958,500 | 0 | 1,917,000 | 10.69% |
| Convertible Debenture Round - $1.00 per share | 480,000 | 3.81% | $480,000 | 0 | 480,000 | 2.68% |
| Spencer Edwards Round - $3.00 per share(2) | 771,000 | 6.12% | $2,313,000 | 77,100 | 848,100 | 4.73% |
| Bridge Financing Round - $3.00 per share(3) | 202,000 | 1.60% | $706,000 | 0 | 202,000 | 1.13% |
| Westminster Securities Round - $3.00 per share(4) | 1,585,000 | 12.58% | $4,755,000 | 1,256,000 | 2,841,000 | 15.84% |
| Series D Round - $5.00 per share(5) | 434,000 | 3.45% | $2,170,000 | 0 | 434,000 | 2.42% |
| Outstanding Compensatory Warrants (directors, officers, employees, and consultants) | 0 | 0.00% | $0 | 3,970,800 | 3,970,800 | 22.14% |
| Equity Compensation Pool | 0 | 0.00% | $0 | 29,200 | 29,200 | 0.16% |
| Shares from Warrants Converted | 17,000 | 0.13% | $85,000 | | 17,000 | 0.09% |
| Current $4.00 Offering | 19,000 | 0.15% | $76,000 | 6,300 | 25,300 | 0.14% |
| Shareholder Correction | 10,000 | 0.08% | $5,000 | | 10,000 | 0.06% |
| Incremental dilutive Preferred D | 0 | 0.00% | | | 0 | 0.00% |
| | | | | | | |
| **Totals** | 12,596,000 | 100.00% | $11,589,200 | 5,339,400 | 17,935,400 | 100.00% |

(1) 1,000 of these shares are Series C Preferred Shares which are identical to common in all respects except that they carry the right to elect two board positions with a 5 member board.  Partial consideration for these C Preferred Shares was the founder's transfer of IP.

(2) The Warrants Shares include represent 77,100 of the Warrant Shares outstanding in this round were issued to Spencer Edwards as the placement agent and are not subject to call.  385,500 warrants in this round are in the process of being redeemed at $0.05 per share.

(3) 81,000 warrants from this round have been removed from this table as they are in the process of being redeemed at $0.05 per share.

(4) The Warrant Shares include 792,500 Warrant Shares issued to investors in this round, an additional 305,000 Warrant Shares issued to investors in the offering who were entitled to additional warrant coverage based on higher levels of aggregate investment pursuant to that certain supplement dated August 20, 2008. and 158,500 Warrant Shares issued to Westminster Securities as the Placement Agent.

(5) Reflects the total number of shares of Common Stock into which the outstanding Series D Preferred Shares can be converted (on a 1-for-1 basis), subject to weighted average anti-dilution rights with standard carve outs, and excluding the 10% annual dividend which may be paid in cash or stock at the Company's election.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006814