# EXHIBIT 72



August 28, 2010

Dear Shareholder,

==As of today we have raised approximately 2.7MM of the 3MM with the vast majority of investments coming from existing shareholders. We would like to complete the offering and raise the full 3MM USD. If any of you are considering the prospect of increasing your stake, you only have a few days left to make that decision.== The offering must close on August 31, 2010. Please note that the remaining units will only be available on a first come first serve basis.

Below is an update with respect to our latest business developments as of today.

**Computer Product Offering:**

As many of you know from the previous update, we have achieved liftoff with our new computer product offering, AstoundSound Expander v.3.0. As a result, we are currently being displayed as a banner ad on Wolgang's Vault homepage (http://www.wolfgangsvault.com). Please note that the banner is on a rotation with other WV only banner ads. If you do not see the banner ad when you land on the homepage, simply refresh the homepage a number of times, and it will appear. What is notable is the fact that we are the only outside company being promoted on Wolfgang's Vault to sell audio software. WV sits in our sweet spot and the people that primarily visit this website are live music lovers.

The WV marketing promotion will provide GenAudio with 1MM impressions. We anticipate that this promotional partnership should re-establish revenue generation for GenAudio's consumer product line. In addition, we have recently hired a digital media/marketing expert to assist us with product marketing, online viral marketing and buzz awareness. We are currently working on a Facebook widget to be launched in the near future with an updated Facebook fan page. These digital marketing efforts are designed specifically to increase awareness and sales of Expander.

**Film/Theatrical:**

Andy Hay (one of our re-recording mix engineering consultants) and I have just returned from our second trip to London where we were working with the entire Chronicles of Narnia 3 audio engineering team. I am happy to inform you all that we passed ALL tests at the dub stage facility in London where this film is being mixed.

One notable attendee was the internationally renowned mix engineer Michael Hedges. Michael is considered by many to be one of the top 5 mix engineers in the world. He loved the technology and is recommending it to the audio engineering team that is working on the upcoming remake of "Tron" in 3D (A Disney Film also releasing in December of 2010. Although we may be too late to get on this film, we are waiting to hearing back from Tron's lead mix engineer). He invited us to meet with him at Peter Jackson's Park Road studio in New Zealand where he is the head mix engineer (Michael is from New Zealand). He wants us to install the plug-ins and train some of his staff. Park Road is




SEC0000006

the Skywalker Ranch of New Zealand, and many of the world's blockbuster film title releases are mixed at this facility.

The SVP Post Production for Walden Media gave the full blown green light to the entire audio engineering staff working on Narnia 3, in writing, as of Friday, August 27, 2010 enabling them to start using the plug-ins "full force" for the upcoming Narnia 3 release. What does this mean? It means that on December 10, 2010, the world of audio for 3D film title releases is about to change. This technological advancement is not coming from Sony, Dolby or DTS. It is coming from GenAudio since we are the new game in town. The world is about to find out just exactly who we are and why we are superior to anything else in existence.

We will be inking our marketing and promotion agreement with 20th Century Fox in the near future. Because Walden Media gave the full blown green light to the Narnia 3 audio team to use our professional audio software, there is no turning back, and this actually gives us some leverage when we go to negotiate with 20th Century Fox for our Marketing and Promotion items we are asking for.

Remember, we have already been approved to appear in the end-credits of Narnia 3, which was one of the first marketing items Fox and Walden agreed to. As a result, our logo will appear at the end-credits of the film next to the three multi-billion dollar giants, which include Dolby, Sony, and DTS. **This will be the first time in 17 years that a new technology emerges on the big screens around the globe.** We could not ask for a better time with just about every theatrical film title coming out in 3D, and the 3D Blu-Ray disks are starting to make their appearance for home theater.

Our tech will carry all the way from theatrical through the entire chain down to DVD. This means that there are essentially two differentiators we provide for the film industry. First is the "AstoundSurround" difference for the theaters. This creates a "surround sound on steroids" experience. Second is the two-channel mix down for home theater release. This benefits those with only two speakers (no home theater setup) and will allow users to enjoy the Astound technology experience with no special hardware required.

20th Century Fox and Walden Media love this double differentiator. As a result, the marketing of Astound with a film title will come in two pulses. First will be for the release in theaters. Second will occur through the home theater distribution release of the DVD and Blu-Ray disks.

Narnia 3's release date in December, 2010 is a moment that we have all been anxiously waiting. I hope that these recent developments help to demonstrate the impact that AstoundSound will have in the world. I believe by now you all are beginning to understand the nature of the technology and the company you have invested in, and the fact that what we have is truly a game changer. This could only be developed by GenAudio using the AstoundSound core and is based on numerous years of R&D into how the brain actually processes audio information well before the company was even formed. That is why the film industry is using our new technology and why we are in pole position to become the next audio industry "gold" standard for theatrical film title releases, especially those in 3D. With our technology being a perfect match for 3D films, the world is in for a big surprise come December 2010!

**Consumer Electronics:**

When ocean conditions are good and you put the right bait in the water, sometimes you get a big fish on the line. Just recently, a big fish went for the bait and bit the hook. I am very pleased to report that the big fish is Panasonic. Panasonic is a market leader for many different consumer electronics devices.

Recently, I have been in numerous discussions and email exchanges with the heads of various divisions of Panasonic. I have a firm meeting setup with the head of R&D for Panasonic automotive

division (Panasonic has 30% world-wide market share in this space) as well as the head of R&D for Panasonic's aviation division (80% market share of world-wide flight entertainment systems) next week at their R&D lab in San Jose. Joining me will be our main point of contact at Panasonic, and in addition, the entire R&D team for Panasonic in San Jose. As a result, there is an immediate business opportunity for GenAudio and Panasonic to start integration level testing of our embedded level software implementation of the tech "AstoundExpander" within fields of use that are not competitive with the LCEC's product offerings.

Our main point of contact recently pitched the technology and its applications to Panasonic in Japan. There is strong interest to integrate a real-time fold-down of recorded 5.1 audio from their brand new consumer grade Panasonic 3D video cameras, which record video in 3D and audio surround sound. The two channel fold-down to stereo is normal Left Right stereo as of current.

Our technology has the capability of re-creating the 5.1 experience with a real-time fold-down process-such that the two channel fold-down from the camera will be in AstoundSound. This is created directly from the recorded audio in real-time. These new cameras are scheduled to release in Japan in October 2010, and in the USA in late 2010 or early 2011. A simple online software update will immediately put AstoundSound into their new 3D cameras for Panasonic's customers. This is a really cool way to use the technology, and is one of the many benefits we expect to see as a direct result of our recent success and acceptance in the film industry.

Please keep in mind that we did not include this new 3D video camera market in the valuation analysis. This is yet another market to add to the valuation analysis report that was included within the current PPM and will increase the total net present value of the technology with respect to the valuation report. Interestingly enough, when thinking about value, now that we have two large multi-billion dollar industry giants interested in the technology, this could potentially start a bidding war. This is where we could potentially see full value or greater than full value for the company (see the independent valuation report in the current PPM from Inavisis, Inc).

It is also important for you all to realize that the consumer electronics industry follows the theatrical side of technology, and always has. If you look back in history, anytime a new technology released in the theaters, it quickly became integrated into home theater devices. Realizing this trend was the baseline for my vision for moving this company forward along it's current path and direction, especially with the understanding that the largest revenue streams will come from licensing the technology in the CE space.

You have to go through A to get to B, and getting to A has been no tenderfoot trail. To actually build a real set of professional audio product offerings and have it accepted by the film industry, and the professional audio engineering community is certainly quite the tall order, let alone getting a 200MM USD budget film to actually license the use of the new technology and its corresponding software. With non-stop software and professional audio engineering and continued R&D, and business development in this space, I am proud to let you all know that we did it!

This is a remarkable achievement for the company and its shareholders, and I can only hope that you all realize just how difficult this has been since I started the R&D for this project back in 1988. We have created a new market with new technology. A market that not even Dolby, Sony, or DTS could penetrate because their technology was inferior and could not accomplish what was necessary for a technology like this to be adopted in the first place. And we have done this from raising around 15MM USD to date (and, of course, 12 years of hard core R&D prior to the formation of the company). These other companies are multi-billion dollar giants, and can't touch us with a 10-foot pole.

**Now that is something to be proud of and should help you all to realize that your investment in GenAudio was an excellent decision.**

SEC0000008

It just goes to show you that when you have a vision for the future, if you know what you are doing, and have the right team standing behind you, you can accomplish anything you want in life. This is my largest technical accomplishment, even when compared to the other 270+ technology and license deals I have been involved with in my past experience, nothing even comes close. I wanted you all to know that I would not have led this company down this pathway had I thought the technology would not be capable of getting to this point.

A very deep understanding of the technology was necessary to make the right business decisions or we would have fallen short of the true potential of this company. This is the primary reason I have steered this company away from Venture Capital funding (with their limited mentality) and funded the company through all of you. A much longer process to fund a company indeed, however, to be frank, the VC's would have never got it and I could not take that risk of not seeing this company achieve its full potential. It is not an exaggeration to say, "Thank goodness for ALL of you."

For those of you who have been investors for a while, I can say that part A of this process is coming up in December of 2010, and Part B is rapidly approaching (the consumer electronics licensing revenue generation side). Although the initial revenues within the Theatrical/Film space may not be substantial, the true value from such business efforts in this space will come from the explosive branding we receive on an international scale, and practically overnight. We anticipate that this chain reaction could drive yet another explosion of consumer electronic devices incorporating the Astound technology. The result of which would lead us to per unit royalties that enable very significant revenue generation. *From A to B is the key!*

**The LCEC:**

We are moving forward with confidence with the LCEC. However, due to the NDA we have signed with them, we cannot provide specific details at this time. Based on the aforementioned factors, we hope you understand that our position grows stronger with each passing day. I can say that our anticipation of a buyout would be the most probable case when and if we ink a deal and come to terms with the LCEC.

The Company is on a positive pathway moving forward. We have weathered the economic downturn and are gearing up for continued success in the future, both from a marketing and branding perspective on an international scale, as well as increasing revenue generation. With the new computer software going live, our first international theatrical release, and two multi-billion dollar consumer electronics companies vying to incorporate the technology into their various product offerings, the company is well on a road to success.

**All of these efforts with one primary goal in mind – To maximize shareholder value.**

I hope that after reading this you all have a better perspective on the current state of the Company and the fact that we are really starting to see results from all of our hard work. In the event that any of you wish to make an additional investment in GenAudio, you all have until Tuesday, August 31, 2010 at midnight to make a commitment, and then up to 48 hours after that for the investment amount to be deposited into our account. The train is leaving the station and it's time to determine whether or not you want to increase your upside potential by re-investing under the current common stock offering. Please let us know if any of you have any questions and thank you all for your continued support.

Best Wishes,
Jerry Mahabub
Founder, Chairman, President & CEO GenAudio, Inc.

SEC0000009