# EXHIBIT 73

# (Clean Copy and Dep. Ex. 266)

**[SEC-CREATED CLEAN COPY OF EXCERPTS OF DEP. EX. 266]**

To: Paul Powers; MARK BOBAK [EMAIL ADDRESSES OMITTED]
From: Jerry Mahabub
Sent: Tue 9/7/2010 7:02:57 AM
Subject: FW: new test app …

FW:  new test app …

Hi Mark and
Paul

Mark, you have to be more careful when playing chess at the farm!  I heard you had an accident.
I hope you get better soon! ;)

Thought this might cheer you up, ==my latest cattle prod to Vic at Apple.==

Best Wishes,

- Jerry



---- Forwarded Message
From:   Jerry Mahabub
Date:   Mon, 06 Sep 2010 15:55:37 -0600<BR>
To:     Victor Tiscareno
Conversation:  new test app...
Subject: re: new test app...

Hi Vic,

Just checking in and hope you are enjoying the holiday weekend! :)

We should have the port from our Quartz composer patch over to OpenGL by the 14th completed and all
parameter settings exposed for Expander on the iPad.

Basically, this is the test harness app to determine the parameter settings for Ron, except on the iPad!
So, it should take you and your team no time to dial in the settings you like, and then hopefully we
can finally move forward with a deployment level integration and get on with the business side/license
deal.

1

I have to inform you that we just entered into license negotiations with another large consumer electronics company of which we are now under NDA with just as we are with Apple. Although I cannot disclose the nature of the licensing deal, I can say that the products are not in the competitive landscape of Apple's product offerings, and I am still holding off on licensing to other companies in this space, but I cannot hold off for very long, especially with Narnia 3 coming out internationally in December of this year in Astound.

Not to sound harsh, however, you would think that after 14 months of working with you night and day practically, that Apple would get the lead out and ink a deal with GenAudio for the portable handheld CE devices before somebody else comes in and takes that away.  With Steve Job's knowledge of the film industry, how could he not get this?  Perhaps he does and is waiting or figuring things out in his head, perhaps he was busy gearing up for the fall product announcement that we should have been a part of, perhaps he just does not care about the technology.  I am going to hold off from licensing in this space for another month or two, and then I am sorry, I will be compelled to enter into license deals with other large companies, and Apple will miss the boat.  I know in my gut that this is not the way things should be going down with Apple, so let's try and get the tech side completed so Apple can too negotiate a license deal (or acquisition deal) with my company before somebody else does and I will not have a choice but to say yes as my shareholders will crucify me if I do not.

Lastly, you might find it most interesting what the Sr. lead Mix engineer for Narnia 3 said to my pro-audio team last week at his studio up in Ojai while he was starting pre-dub for dialog on the Narnia 3 gearing up for final mixing at the stage in London on October 15, 2010, We have decided to not use the new Dolby 7 .1 format that Disney is mandating for all of their films, we all felt that Jerry's software approach to this was the right way to go, and it actually worked light years better than the Dolby 7.1 when integrated into a standard 5.1 surround sound mix, which in turn requires theaters to make no new upgrades as is with this new gimmick 7.1 from Dolby.

You can only imagine how happy I was to hear that, although, for now, we will keep that one quiet and not pull the "hi I'm a Mac and I'm a PC" maneuver on them just yet.. .That comes later! : )

Have a great day!

Best Wishes,

-Jerry

------ End of Forwarded Message

**[DUPLICATE EMAILS OMMITTED]**

REDACTED

# EXHIBIT 73

```
To:       Paul Powers                        ; MARK BOBAK[
From:     Jerry Mahabub
Sent:     Tue 9/7/2010 7:02:57 AM
Subject:  FW: new test app...
```

>This message is in MIME format. Since your mail reader does not understand
this format, some or all of this message may not be legible.


--B_3363326825_117679
Content-type: multipart/alternative;
        boundary\="B_3363326825_103213"


--B_3363326825_103213
Content-type: text/plain;
        charset\="US-ASCII"
Content-transfer-encoding: 7bit



```
<HTML>
<HEAD>
<TITLE>FW: new test app...</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Hi Mark and Paul:<BR>
<BR>
Mark, you have to be more careful when playing chess at the farm!  I heard you had an accident.  I hope you get better soon! ;)<BR>
<BR>
Thought this might cheer you up &#8211; my latest cattle prod to Vic at Apple.<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry<BR>
<BR>
------ Forwarded Message<BR>
<B>From: </B>Jerry Mahabub<BR>
<B>Date: </B>Mon, 06 Sep 2010 15:55:37 -0600<BR>
<B>To: </B>Victor Tiscareno<BR>
<B>Conversation: </B>new test app...<BR>
<B>Subject: </B>re: new test app...<BR>
<BR>
Hi Vic,<BR>
<BR>
Just checking in and hope you are enjoying the holiday weekend! :)<BR>
<BR>
We should have the port from our Quartz composer patch over to OpenGL by the 14th completed and all parameter settings exposed for Expander on the iPad.<BR>
<BR>
Basically, this is the test harness app to determine the parameter settings for Ron, except on the iPad!  So, it should take you and your team no time to dial in the settings you like, and then hopefully we can finally move forward with a deployment level integration and get on with the business side/license deal.<BR>
```



EXHIBIT
Mahabub
2-8-17
SEC-MahabubJ-E-0005677

```
<BR>
```
I have to inform you that we just entered into license negotiations with another large consumer electronics company of which we are<B> now</B> under NDA with just as we are with Apple.  Although I cannot disclose the nature of the licensing deal, I can say that the products are not in the competitive landscape of Apple&#8217;s product offerings, and I am still holding off on licensing to other companies in this space, but I cannot hold off for very long, especially with Narnia 3 coming out internationally in December of this year in Astound.<BR>
```
<BR>
```
Not to sound harsh, however, you would think that after 14 months of working with you night and day practically, that Apple would get the lead out and ink a deal with GenAudio for the portable handheld CE devices before somebody else comes in and takes that away.  With Steve Job&#8217;s knowledge of the film industry, how could he not get this?  Perhaps he does and is waiting or figuring things out in his head, perhaps he was busy gearing up for the fall product announcement that we should have been  a part of, perhaps he just does not care about the technology.  I am going to hold off from licensing in this space for another month or two, and then I am sorry, I will be compelled to enter into license deals with other large companies, and Apple will miss the boat.  I know in my gut that this is not the way things should be going down with Apple, so let&#8217;s try and get the tech side completed so Apple can too negotiate a license deal (or acquisition deal) with my company before somebody else does and I will not have a choice but to say yes as my shareholders will crucify me if I do not.<BR>
```
<BR>
```
Lastly, you might find it most interesting what the Sr. lead Mix engineer for Narnia 3 said to my pro-audio team last week at his studio up in Ojai while he was starting pre-dub for dialog on the Narnia 3 gearing up for final mixing at the stage in London on October 15, 2010, &#8220;&#8220;We have decided to not use the new Dolby 7.1 format that Disney is mandating for all of their films, we all felt that Jerry&#8217;s software approach to this was the right way to go, and it actually worked light years better than the Dolby 7.1 when integrated into a standard 5.1 surround sound mix, which  in turn requires theaters to make no new upgrades as is with this new gimmick 7.1 from Dolby&#8221;.<BR>
```
<BR>
```
You can only imagine how happy I was to hear that, although, for now, we will keep that one quiet and not pull the &#8220;hi I&#8217;m a Mac and I&#8217;m a PC&#8221; maneuver on them just yet...That comes later! :) <BR>
```
<BR>
```
Have a great day!<BR>
```
<BR>
```
Best Wishes,<BR>
```
<BR>
```
-Jerry<BR>
------ End of Forwarded Message<BR>
</SPAN></FONT>
</BODY>
</HTML>


--B_3363326825_103213
Content-type: text/html;
        charset\="US-ASCII"
Content-transfer-encoding: quoted-printable

<HTML>
<HEAD>
<TITLE>FW: new test app...</TITLE>
</HEAD>

SEC-MahabubJ-E-0005678

```
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Hi Mark and Paul:<BR>
<BR>
```
Mark, you have to be more careful when playing chess at the farm!  I heard you had an accident.  I hope you get better soon! ;)`<BR>`
`<BR>`
Thought this might cheer you up &#8211; my latest cattle prod to Vic at Apple.`<BR>`
`<BR>`
Best Wishes,`<BR>`
`<BR>`
-Jerry`<BR>`
`<BR>`
------ Forwarded Message`<BR>`
`<B>`From: `</B>`Jerry Mahabub`<BR>`
`<B>`Date: `</B>`Mon, 06 Sep 2010 15:55:37 -0600`<BR>`
`<B>`To: `</B>`Victor Tiscareno`<BR>`
`<B>`Conversation: `</B>`new test app...`<BR>`
`<B>`Subject: `</B>`re: new test app...`<BR>`
`<BR>`
Hi Vic,`<BR>`
`<BR>`
Just checking in and hope you are enjoying the holiday weekend! :)`<BR>`
`<BR>`
We should have the port from our Quartz composer patch over to OpenGL by the 14th completed and all parameter settings exposed for Expander on the iPad.`<BR>`
`<BR>`
Basically, this is the test harness app to determine the parameter settings for Ron, except on the iPad!  So, it should take you and your team no time to dial in the settings you like, and then hopefully we can finally move forward with a deployment level integration and get on with the business side/license deal.`<BR>`
`<BR>`
I have to inform you that we just entered into license negotiations with another large consumer electronics company of which we are`<B>` now</B>` under NDA with just as we are with Apple.  Although I cannot disclose the nature of the licensing deal, I can say that the products are not in the competitive landscape of Apple&#8217;s product offerings, and I am still holding off on licensing to other companies in this space, but I cannot hold off for very long, especially with Narnia 3 coming out internationally in December of this year in Astound.`<BR>`
`<BR>`
Not to sound harsh, however, you would think that after 14 months of working with you night and day practically, that Apple would get the lead out and ink a deal with GenAudio for the portable handheld CE devices before somebody else comes in and takes that away.  With Steve Job&#8217;s knowledge of the film industry, how could he not get this?  Perhaps he does and is waiting or figuring things out in his head, perhaps he was busy gearing up for the fall product announcement that we should have been  a part of, perhaps he just does not care about the technology.  I am going to hold off from licensing in this space for another month or two, and then I am sorry, I will be compelled to enter into license deals with other large companies, and Apple will miss the boat.  I know in my gut that this is not the way things should be going down with Apple, so let&#8217;s try and get the tech side completed so Apple can too negotiate a license deal (or acquisition deal) with my company before somebody else does and I will not have a choice but to say yes as my shareholders will crucify me if I do not.`<BR>`
`<BR>`
Lastly, you might find it most interesting what the Sr. lead Mix engineer for Narnia 3 said to my pro-audio team last week at his studio up in Ojai while he was starting pre-dub for dialog on the Narnia 3 gearing up for final mixing at the stage in London on October 15, 2010,

SEC-MahabubJ-E-0005679

&#8220;&#8220;We have decided to not use the new Dolby 7.1 format that Disney is mandating for all of their films, we all felt that Jerry&#8217;s software approach to this was the right way to go, and it actually worked light years better than the Dolby 7.1 when integrated into a standard 5.1 surround sound mix, which  in turn requires theaters to make no new upgrades as is with this new gimmick 7.1 from Dolby&#8221;.<BR>
<BR>
You can only imagine how happy I was to hear that, although, for now, we will keep that one quiet and not pull the &#8220;hi I&#8217;m a Mac and I&#8217;m a PC&#8221; maneuver on them just yet...That comes later! :) <BR>
<BR>
Have a great day!<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry<BR>
------ End of Forwarded Message<BR>
</SPAN></FONT>
</BODY>
</HTML>


--B_3363326825_103213--

--B_3363326825_117679--