REDACTED

# EXHIBIT 74

**From:** "Jerry Mahabub" <jerry@genaudioinc.com>
**To:** "Victor Tiscareno" <​█████​>
**Cc:**
**Bcc:**
**Date:** 09/06/2010 04:55:37 pm
**Subject:** re: new test app...
**Attachments:**

---

Hi Vic,

Just checking in and hope you are enjoying the holiday weekend! :)

We should have the port from our Quartz composer patch over to OpenGL by the 14th completed and all parameter settings exposed for Expander on the iPad.

Basically, this is the test harness app to determine the parameter settings for Ron, except on the iPad! So, it should take you and your team no time to dial in the settings you like, and then hopefully we can finally move forward with a deployment level integration and get on with the business side/license deal.

I have to inform you that we just entered into license negotiations with another large consumer electronics company of which we are **now** under NDA with just as we are with Apple. Although I cannot disclose the nature of the licensing deal, I can say that the products are not in the competitive landscape of Apple's product offerings, and I am still holding off on licensing to other companies in this space, but I cannot hold off for very long, especially with Narnia 3 coming out internationally in December of this year in Astound.

Lastly, you might find it most interesting what the Sr. lead Mix engineer for Narnia 3 said to my pro-audio team last week at his studio up in Ojai while he was starting pre-dub for dialog on the Narnia 3 gearing up for final mixing at the stage in London on October 15, 2010, ""We have decided to not use the new Dolby 7.1 format that Disney is mandating for all of their films, we all felt that Jerry's software approach to this was the right way to go, and it actually worked light years better than the Dolby 7.1 when integrated into a standard 5.1 surround sound mix, which in turn requires theaters to make no new upgrades as is with this new gimmick 7.1 from Dolby".

You can only imagine how happy I was to hear that, although, for now, we will keep that one quiet and not pull the "hi I'm a Mac and I'm a PC" maneuver on them just yet...That comes later! :)

Have a great day!

Best Wishes,

-Jerry



SEC-TiscarenoV-E-0001264