REDACTED

# EXHIBIT 82



Shareholder Progress Report February 26, 2011

GOVERNMENT
EXHIBIT
36
D-03450

Dear Shareholder:

The month of January was filled with a lot of business development. We had a demo suite for the Consumer Electronics Show (CES 2011) in Las Vegas, NV. Rogers and Cowan, our current PR firm, did a fantastic job lining up demos, interviews, potential CE licensing meetings with executives, and working the demo suite with members of the GenAudio team.



We were not an official part of the CES 2011 show this year. Therefore, the cost for us to be there was significantly reduced when compared to our presence at CES 2009 with a trade show exhibit/booth on the showroom floor.

Because our exposure at CES 2011 was primarily for B2B business development (and to generate general awareness), having a demo suite enabled us to focus on actual meetings with specific companies and individuals. From that perspective, CES 2011 was a tremendous success for us, which resulted in a significant increase in business development.

We are proud to inform you that we have completed our first full length feature film, "Discover the Gift" by award winning director, Demian Lichtenstein, in AstoundSurround®. The film debuted and had several screenings throughout the Sundance Film Festival in Park City, Utah from January 20th to January 30th, 2011. (http://discoverthegift.com/the-movie/)

Demian and I have become good friends since our first meeting during the 2009 Sundance Film Festival. As a result of my efforts and providing the post facility for for mixing the film, I have been listed as one of the Executive Producers for the film. The entire film was sound designed and mixed in AstoundSurround® at Astound Studios.



In Late December, Demian called to ask if we would like to mix his new film using our "incredible 3D spatial audio technology." Although not as big as some of the upcoming film title releases we are working on, the documentary style film had amazing graphic based interstitials (graphically animated cut-scenes) throughout the entire film and was a great match for mixing using our AstoundSound® technology. Greg Morgenstein, SVP Audio Engineering, and Andy Hay, Sr. Film Re-Recording Mix Engineer, did a fantastic job and were credited for both Sound Design and Mixing. Brent Kaviar, SVP Post Production supervised the schedule, worked directly with Demian and was given a Senior VP Post Production credit:



Our theatrical 12-second trailer was actually embedded into the first reel at the beginning of the film, and our "logo bug" appears in the end-credits.



Here is a hyperlink to our 12-second trailer that appears at the very beginning of "Discover the Gift":

http://rcpt.yousendit.com/1042977947/c160970ec81ed08a647bee9205e66aa9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA005318

Now, let's take a more detailed look at what has transpired since the new-year.

I.      Board of Directors

From January 13, 2011 to February 18, 2011, I served as the sole board member of GenAudio. In mid-January, two of our former board members tendered their resignations, citing certain hardships and conflicts with other commitments as the motivating factors. The other two board members resigned at my request. We thank all of them for their service to GenAudio and wish them all the best in their future endeavors. It is my firm belief that given GenAudio's current trajectory, a new board of directors is necessary in order to bring a fresh strategic perspective to the table, provide a more active role in business development, and provide necessary skill sets that better match GenAudio's current needs.

To that end, two of our substantial shareholders, Phil Rodriguez and Jay Rifkin, joined GenAudio's board of directors on February 18, 2011, upon our obtaining a $5MM USD Directors and Officers liability insurance policy. The policy became effective on February 17, 2011.

I am excited about the opportunity to work with Phil and Jay as they are very familiar with GenAudio's markets, have excellent industry contacts for business development and future investment purposes, and will bring complimentary vision and leadership to the company.

The following is a short summary of each of their backgrounds:

Jay Rifkin (http://en.wikipedia.org/wiki/Jay_Rifkin) brings more than 25 years of building entertainment, technology and interactive marketing companies that have successfully envisioned and capitalized on media and consumer trends. He was a principal founder and CEO of Media Ventures, a creative entertainment cooperative that has produced more than two hundred major motion picture and television soundtracks. Mr. Rifkin was CEO of the company from its inception in 1989 until 2005 and built Media Ventures into an industry-leading source for original film and television music. His work on Disney's "The Lion King" drove soundtrack sales to more than 18 million copies worldwide and earned him a Grammy Award, two American Music Awards and a Tony nomination. In 1998, Mr. Rifkin co-founded Media Revolution, a cutting edge developer of advanced online marketing solutions. As Chairman, his clients included Sony, Warner Bros., Universal and 20th Century Fox. In 1995, Mr. Rifkin founded Mojo Records, a joint venture with Universal that was sold to Zomba/BMG in 2001. As CEO, he effectively targeted a niche youth demographic, generating multiple Gold and Platinum selling records. Mr. Rifkin is currently the CEO of China Youth Media, Inc., a youth marketing and media company that delivers content and advertising in the People's Republic of China. Mr. Rifkin is also a member of the Board of Directors for The Blacksquare Capital Fund.

Phil Rodriguez (http://dimirak.com/dimirakSecuritiesHome.php) is the President and Chief Executive Officer of The Dimirak Companies. Mr. Rodriguez started his career in the insurance and investment business in 1980. He founded Dimirak Financial Corporation in 1981, a financial planning and insurance services company. Dimirak Securities Corporation, established 2007, is located in North County San Diego. Dimirak Securities is registered with the U.S. Securities and Exchange Commission (SEC), the Financial Industry Regulatory Authority (FINRA), a Self-Regulatory Organization (SRO), and is a member of the Securities Investor Protection Corporation (SIPC). Dimirak Securities provides Placement Agent and Investment Banking services, consulting, marketing and distribution for their clients in the areas of Oil & Gas, Real Estate, Notes, and Entertainment. Mr. Rodriguez is a licensed General and Municipal Securities Principal, a General Securities Representative, and an Investment Advisor. He is also licensed with the California Department of Insurance for Life, Accident & Health, Variable Contracts, and as a Fire & Casualty Broker-Agent. His expertise is in the area of insurance planning, employee benefits and retirement plans. He has personally recruited and trained hundreds of representatives in the field of insurance and securities. As a placement agent, his team has raised over one billion dollars for their clients.

*DEN 97432582*
**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**                    **GA005319**

3

The board of directors Is currently set at three members consisting of Phil, Jay and myself. As we roll forward, depending on how things pan out, it may be necessary to expand to a five-member board again. At present, I am confident that Jay, Phil and myself can make the right decisions to keep GenAudio moving on its current positive forward direction. The integration of the three of our backgrounds brings the right combination of knowledge, experience, connections and leadership. I also expect that Jay and Phil will actively assist the company with bringing in revenue generating deals as well as potential future investments.

II.    **Number of Shareholders**

Currently, we have approximately 467 common shareholders. This has the potential to create a significant problem for the Company. Under the applicable securities laws and regulations, if GenAudio ever has total assets exceeding 10MM USD (which we hope occurs soon given our current momentum) and 500 or more common shareholders (which, as noted above, we are very close to), then we will become obligated to register our shares of common stock, comply with the SEC's rules applicable to public companies and begin reporting as a public company.

Between retaining auditors, instituting internal procedures and policies, and preparing numerous filings with the assistance of accountants and legal counsel on an on-going basis, the cost will be enormous. Management and GenAudio's current human resources would be severely distracted from the core business of the Company and we will lose all strategic advantages we currently enjoy as a private company with little or none of the benefit of being a public company (i.e., just because we become a public reporting company does not mean there will be a market for our stock or that we will have access to the public markets for funding).

Since the cost alone could potentially cause irreparable damage to our Company at this stage, I am requesting (even pleading) that each and every shareholder of GenAudio refrain from any further sales or transfers of their GenAudio common stock. While we have accommodated sales and transfers in the past and legally cannot prohibit you from engaging in such transactions (so long as they are exempt from the registration requirements under applicable securities laws), given the current size of our shareholder base, if such sales and transfers continue, we will be compelled to seek to enforce existing limitations and restrictions and, potentially, to also seek to implement new, more stringent ones. We sincerely hope it does not come to that but, for the survival of the company and the benefit of all shareholders, we will do so if necessary.

Thank you very much in advance for all of your cooperation in this matter

III.    **Current Financial Status**

The Company believes that it has enough cash to fund day-to-day operations through the end of April and potentially into mid-May given our current burn rate. We have revenue generating license deals that are signed and expect one or two more in the near future, however, the Company believes it will take until sometime around the 4th quarter of 2011, at the earliest, to achieve self-sustaining revenues. In the interim, we believe that to be safe in the current economic climate we will need to raise a minimum of 1.5MM USD to make it to the end of the year and into self-sustaining revenues. In doing so, I will continue to exert best efforts to minimize shareholder dilution.

Because it will be difficult to raise money through another private placement offering to several potential investors due to our need to keep the number of GenAudio common shareholders below 500 (as discussed above), I anticipate seeking one or a few large investors (potentially institutional) to fund our current financing needs in an isolated, negotiated investment deal structure. If necessary and to the extent there is interest, we can also reach out to our existing base of accredited shareholders as any additional investments by existing shareholders would not increase our number of shareholders. Our goal is to close a 1.5MM USD investment by no later than the end of April 2011 with one to three additional shareholders added to our current number of shareholders. Of course, there is always the option to have another common stock offering and simply limit the offering to our existing accredited investors as in the past the vast majority of investments through our stock offerings have been from our existing shareholders.

IV.     CES 2011

Every January, the largest consumer electronics event in the world is held in Las Vegas, Nevada – The International Consumer Electronics Show (CES). This year we attended the event "back door style", meaning we did not purchase a show-room floor booth like we did back in 2009 but instead set up a suite in one of the local hotels to show demos and schmooze executives, engineers and the press. This resulted in significant savings to the company without comprising our primary objectives, which were two fold. First, we wanted to continue to expose, and enhance awareness of, our technology to members of the media and press to generate publicity. Second, we wanted to bring in top-level executives and senior engineering staff of selected consumer electronics companies to whom we hope to license our technology for incorporation into their product offerings. We accomplished both goals.

Rather than write about it, you can read about it for yourselves. Links to some of what the top reporters at the event had to say about our technology, including an interview by Scott Wilkinson (one of the most respected names reporting on new technology), appear below. The first hyperlink is our own press release announcing our presence at CES and willingness to license our now ready consumer electronics software development kit (SDK), the second and third hyperlinks are two articles by renowned independent film community writer, Patty Fantasia, and the fourth is a hyperlink to my video interview with Scott Wilkinson:

http://www.prnewswire.com/news-releases/genaudio-hosting-3d-sound-demonstration-briefings-in-las-vegas-113048684.html



http://www.examiner.com/film-industry-in-las-vegas/genaudio-surrounds-you-with-sound-3d
http://www.lasvegasroundtheclock.com/index.php/patty-fantasia/756-patty-fantasia-01-23-11.html

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA005321



http://www.ultimateavmag.com/content/audio-can-be-3d-too

V.    Sundance Film Festival 2011

One of the most difficult industries to "crack open" is the film industry for a myriad of reasons. Some of the barriers are meeting with numerous decision makers from many different departments, fear of new technology in case it doesn't work out (jobs are often on the line), and a lot of politics. With all these barriers to entry (this is just a cursory list) one wonders why we would even bother pursuing this industry, having our patience tested, and never knowing for sure if the deals we enter into will be honored. The answer is simple. The film industry is the primary industry that sets that stage for big time integration of our technology into consumer electronics. What I have learned is that building relationships with key decision makers and director's in this industry is one of a few fundamental keys to making it happen.

Sundance is an event like no other which takes place annually in Park City, Utah. The film festival draws some of the world's largest and most successful directors, new independent film makers, and musicians like 50 cent, Bob Weir (who played an acoustic set for the first time in years at one of my friend's galleries on Main street), Snoop Dog, ZZ Top, Rush.  You name it, they are ALL there and  are all socializing, mingling and interacting with anyone who wants to talk to them. I believe it is one of the best places to meet people and build relationships within the film and entertainment industry. Most importantly, however, are the films that debut and have multiple screenings throughout the 10-day event.  Scouts and investors from Paramount, Lionsgate, Universal, among many others are evaluating for purposes of deciding whether to buy distribution rights.

This was my third year at Sundance.  The first year, we gained some exposure.  GenAudio sponsored some events and gave demos and provided initial exposure of our technology to several directors.  The second year we held back from any public awareness marketing effort and focused on nurturing existing relationships with many of the directors and producers I had met the previous year.  This year those efforts paid off!

As a direct result of building strong relationships throughout the previous two Sundance Film Festivals we have cemented a working relationship with Demian Lichtenstein.  Demian is a noteworthy director for "3000 Miles to Graceland" with Kevin Costner among many other projects.  The relationship has helped GenAudio

DEN 97432592
FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA005322

to land our first full-length feature film, "Discover the Gift" and a whole lot more. Below is a hyperlink to Demain Lichtenstein's bio on his Equillibrium Entertainment website:

http://www.eq-ent.com/ (note: Click on "The Company" → "Meet the Team" → Demian's Picture and his bio will pop-up).

Demian became a huge fan of AstoundSound when we met the first year. By the second year, we had kept in touch periodically and weeks before Sundance 2011 he called me to ask if I would be willing to mix his new film in AstoundSurround®. Of course I said yes. Consequently, Demian gave us everything we asked for-including integration of our 12 second AstoundSurround® Trailer in the very beginning of the film and end credits. I can't begin to explain to you how happy we are to finally mix a full-length feature film using our technology.

The film debuted on several evenings throughout Sundance, starting with three showings right on Main Street. The theater room was packed every night. The debut of our first full-length feature film was a huge success. At the end of each showing, the director, Demain Lichtenstein, would bring up his crew. He talked extensively about AstoundSurround®, how the technology worked and why he chose to use the technology for his film. As noted above, our entire pro audio post-production team, i.e., Greg Morgenstein, Brent Kaviar and Andy Hay as well as GenAudio and Astound Studios (discussed in more detail below), all received credits for the audio side of the film.

Below is a hyperlink to the press release regarding our role in the project that we put on the wire and Demian immediately posted this on his official "Discover the Gift" website:

http://discoverthegift.com/2011/01/22/genaudio-and-equilibrium-entertainment-enter-into-pact-to-process-all-future-feature-films-in-AstoundSurround®-3d-audio/

As a direct result of the work that we did mixing Discover the Gift, Demian and I have entered into a verbal understanding that **ALL** of Equilibrium Entertainment's future feature films will be processed in AstoundSurround® at Astound Studios. GenAudio and Astound Studios will also share in the revenues generated from theatrical ticket sales as we are considered "vendors" for the film to recoup any out of pocket expenses. GenAudio will be paid a licensing fee of 5K per film title release for use of the AstoundSurround® technology on any full-length feature films. We are currently in negotiations over how to share revenues from the sale of DVDs on a per unit basis as well as from video on demand purchases.

The Company believes this will set a precedent for how we do business in this space with a focus on the following:

- Big branding and exposure with our 12 second AstoundSurround® trailer and logo bug in the end-credits;
- Press releases;
- Publicity and praise from the director;
- Recoupment on expenses and ever increasing revenue generation.

This is exactly what we needed to overcome the Narnia 3 "let down" in December of last year and start a chain reaction among the independent film making community. The result is that we now have several filmmakers wanting to use our technology on their upcoming films.

We further believe that this will lead the big studios right back to us and we will no longer have to bang on their doors, they will knock on ours. They all know who we are and have had professional demonstrations

through meetings that Brent Kaviar has setup for us over the past year. We are playing our cards right, and as a direct result we are now gearing up for a big screen 3D film title release that we are going to mix in AstoundSurround® at Astound Studios starting in April 2011. One of the executive producers and investors for this upcoming 3D film title release is *Jay Rifkin – that's right, the same person that has just been appointed to our board of directors!*

The fruits of our labor in the film industry are finally starting to pay off in a visible way. It has been an extremely complicated strategy. Integrating and coordinating both technical and business considerations with a lot of moving parts to get to this point has been extraordinarily difficult. Although we still have a lot of work to do, we are certainly moving in the right direction and getting even closer to achieving our ultimate goal within the film space – AstoundSurround® on the big screens worldwide.

I believe my vision and strategy to "crack" the film industry through extensive networking in Los Angeles, attending events such as Sundance, building a high end audio post production studio facility to process and mix movies in AstoundSurround®, is finally paying dividends for the company. While I anticipate that we may be completely overwhelmed in just one of several industries we are targeting, we have been working hard to develop a growth strategy to manage it. As I see it currently, this is a good problem to have.

## VI.    GenAudio and Astound Studios Arrangement

Although the relationship between GenAudio and Astound Studios, including my sole ownership of the latter, has been described in prior shareholder communications as well as securities offering memorandums, the Company believes it makes sense to further clarify and explain the history and current status of that relationship, especially given the increasingly important role that Astound Studios is now playing in GenAudio's business and growth.

In mid-2008, GenAudio realized that it needed to lease studio space so that it could mix and produce its own projects for purposes of building brand recognition and eventually generating revenue through both theatrical and DVD distribution channels, with the ultimate goal of driving the CE industry our way. Given the nature of our technology and the need to produce the best possible results for branding purposes, the Company also realized that to do these projects properly it needed high quality space in the Los Angeles area. As a result, GenAudio followed a dual path. At approximately the same time it began leasing space from Chalice Studios, a state-of-the-art facility, on a temporary basis to complete some pressing projects, it also entered into a month-to-month lease for the purpose of building out and operating its own studio facility. Once that was completed, the company could manage its projects more efficiently from both a timing and a cost perspective and have even more control over the end product.

Under its lease arrangement for the new studio, GenAudio was responsible for the build-out of the space, which the Company diligently undertook. In the summer of 2009, however, the landlord demanded that GenAudio enter into a lease with a minimum three-year term. Given the Company's financial situation at the time, it was not in a position to responsibly make such a commitment. As a result of these circumstances but being convinced that a studio was needed to successfully bid on projects and showcase the power of AstoundSurround®, on July 1, 2009, I personally agreed to lease the studio from the landlord instead.

Although the Company continued to pay for the build out, it became increasingly evident that the build out was costing GenAudio more money than originally anticipated and it did not have the cash to continue funding it. Accordingly, still convinced of the importance of the studio, I began to personally pay for the build out. In March 2010, four of the members of GenAudio's Board of Directors unanimously decided to sell and transfer the existing improvements to the studio space as well as all of the audio and related studio equipment the company had previously acquired from the company's inception to me for an amount equal

to GenAudio's cost basis in the improvements and studio equipment. I was compelled to abstain from the vote due to the obvious conflict of interest. As part of this transaction:

(i)   I assigned the 3-year lease I had personally entered into with the landlord (as well as the studio improvements and equipment) to Astound Studios, a company I formed to own and operate the studio;

(ii)  GenAudio was given the right to use the studio space on a first priority and rent-free basis;

(iii) GenAudio became entitled to no less than the fair market value for any use by Astound Studios of GenAudio's technology and personnel (consistent with transactions between the Company and independent third parties); and

(iv)  GenAudio granted Astound Studios the perpetual, non-exclusive right to use the name "Astound" as part of its name (since the principal purpose of Astound Studios is to use the studio to mix projects that promote GenAudio and its technology).

(v)   GenAudio significantly reduced the debt owed to me from several loans totaling well over 1.5MM USD which kept the company moving forward and paid off all of the Company's debt. As of current, I will not be paid back any of the remainder amount the Company still owes to me, which is close to 500K USD, until the Company achieves net revenues of 1MM USD or more. To date, I am both the largest and only creditor of the Company.

After investing a substantial amount of my personal funds (approximately $2.3MM USD obtained partially through private discounted sales of my stock in the Company) into completing the build out and equipping the new studio facility with state of the art digital audio gear combined with the most sought after (and rare) vintage gear, the studio was finally completed and ready for use in June, 2010.

Currently, the vast majority of the time is used for GenAudio projects, testing our software product offerings and creating new features. This was not the original expectation as both GenAudio's Board of Directors and I thought that the studio would be leased to outside third parties so that I could recoup some of my expenses and hopefully earn a small return on my investment and risk. Due to GenAudio's needs, however, Astound Studios has not been able to book the studio to other clients for any meaningful projects or periods of time.

As a result, Astound Studios and GenAudio recently amended their original agreement to require GenAudio to pay Astound Studios a relatively low rental cost of $1K USD per day (capped at an aggregate $10K USD per month maximum studio rental charge) though GenAudio still has priority access and can use it for as little or as much time as it wishes in any given month. This is significantly less than the $50K USD per month that GenAudio was charged by Chalice Studios, an inferior studio, to use its facilities from late 2008 to the end of the first quarter 2009.

Astound Studios is currently focused on mixing film audio projects for GenAudio in AstoundSurround as well as new album releases and the re-mixing of soundtracks for commercialization, including the "Tron" soundtrack under its most recent license agreement with Monster. In addition, Astound Studios has established its own record label - Astound Records – currently, a wholly owned subsidiary that will focus on recording, producing, mixing, and promoting musical artists albums in AstoundSound. We will focus both on re-mixing catalog content from other labels, as well as new content from artists that sign a record deal with Astound Records.

VI.   Mix Magazine Front Cover and Full Feature Article about AstoundSound and GenAudio

Mix Magazine is the leading trade magazine for professional audio, which I have been reading since well before I formed GenAudio. It has been a major goal of mine to get a feature article written about us in Mix for several years. Mix's Sr. Technical Editor, Kevin Becca, was recently given a tour and demo of Astound

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.
GA005325

Studios.  The meeting resulted in Kevin offering to write a full feature article about Astound Studios, GenAudio's audio technology and GenAudio. Furthermore, Astound Studios has also been selected to be on the front cover of the special edition National Association of Broadcasters (NAB) April 2011 issue – one of the most prestigious spots any studio could achieve. Who says dreams don't come true!

How did all this come about?  Well, first I completed the studio build-out and equipped it with the most sought after vintage gear combined with the most state of the art digital audio gear. Additionally, it is the only studio built specifically for the purpose of mixing and mastering in AstoundSound®. Next, I extensively promoted the technology for several months to every top industry professional we could bring to the facility. Then we won an award with AEG Live for mixing the new "We are the world 25 for Haiti" at the studio in AstoundSurround®.  Most recently we inked a modest revenue generating deal to re-mix the "Tron" Soundtrack at Astound Studios with Monster and Disney in AstoundSound® under a co-brand "Monster HD Headphone Surround – Powered by AstoundSound®" which was first demonstrated to the public at the Monster booth during CES:



http://www.monstercable.com/press/viewpress.asp?article=247

We joined forces on this project with David Rideau (Monster's main mix engineer), who has been one of the top freelance music professional audio engineers for many years and has a very impressive discography, which includes the likes of Janet Jackson, Lionel Ritchie, Mariah Carey, etc. (http://www.discogs.com/artist/Dave+Rideau#p=1&t=Credits_All&s=year_desc)

One day David decided to bring Kevin Becca over to my studio. Little did David know that Kevin and I had actually met 6 years ago through one of our video game development consultants, Michel Henein, when Michel wrote all the video game audio articles for Mix. In any event, Kevin walked into the studio and was completely blown away at the facility (which I believe to be one of the top mixing rooms in Los Angeles). It didn't hurt that based on our prior relationship he was also familiar with the Astound technology.

The impact of this is significant. It means the entire professional audio community around the world is about to realize exactly who the new game in town is, and with the credibility of having Astound Studios on the front cover, we expect a lot of new opportunities to arise quickly. Among other things, the majority of people at NAB will pick up the free copy of Mix, creating incredible exposure for GenAudio and our technology as

well as Astound Studios.  After seeing us front and center, we think they will start clambering to negotiate licensing rights for worldwide TV and radio broadcasting.  This could be as good as it gets on the professional audio side in terms of massive overnight branding and technology utilization.  Here is one front cover possibility:



**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          **GA005327**

VII.    Consumer Electronics Business Development

With CES and Sundance occurring back to back, the month of January was very intense, providing little time for sleep. Coming into February, we are back on track to ink some near and mid-term projected licensing deals with companies across the consumer electronics spectrum. We have established certain criteria and expectations depending on the size of the licensee, the market in question and the pricing model. In particular, we are looking at transactions where we can embed our technology in consumer products, such as headphones, home theater receivers, TVs, AVRs, car stereo and navigational systems, in-flight entertainment, etc.

On the business development side, it has become necessary to bring on additional experts in their respective fields to tackle various vertical markets as I am fast becoming completely overwhelmed. We have identified a few of these professionals who have the contacts and know-how to help us achieve our business development goals.

- On the professional audio side, we have Brent Kaviar, SVP Post Production, Jay Rifkin, one of our new board members, and Chris Fisher, an executive with National Cinemedia. Chris's efforts have already resulted in excellent introductions that led us into winning an award with AEG Live for mixing the new "We are the World 25 for Haiti". The project was mixed in AstoundSurround at Astound Studios.
- On the consumer electronics side, Sam Khoury, our independent valuation analysis expert, will be assisting me directly with licensing and introducing the company to various potential licensees within this space. Sam already has a large company lined up and hopefully we will move forward to the next step on the fast track.
- On the video game side, Michel Henein, a leading expert in game audio technology who has connections to just about everyone in charge of audio at all of the top video game development houses, will lead the charge. Here is our most recent press release announcing the addition of Michael Henein as our newest member of the team:

  http://www.breitbart.com/article.php?id=xprnw.20110225.SF55285&show_article=1

All of these people stand behind the technology. They believe in our current direction and most importantly are willing to bring potential license deals to the table through their contacts either free of charge if they are a salary based GenAudio team member or for a small commission only if they do not currently have a salary based compensation.

We have hit the point where it is necessary for me to delegate tasks (I would usually handle myself) to members of the management team more so than I have done in the past. This is a very good sign that we are really gearing up to do a lot of business deals for intensive branding/exposure in addition to revenue generating license deals. The company is growing at a rapid rate, and we are shifting gears to enable this transformation to happen.

The following summarizes where our business development efforts currently stand.



We have successfully inked our first revenue generating license deal with Monster for the "Tron" Soundtrack (see Monster's press release here -  http://www.monstercable.com/press/viewpress.asp?article=247). Although not significant in terms of the projected revenue generation, this has led us to a second licensing opportunity with Monster to integrate our technology into their headphones; which we believe will generate

more substantial revenues. We are in the final stages of negotiations and drafting and expect to sign a final agreement within the next few weeks.

This new license could potentially put us into self-sustaining revenues by the end of 2011. This is our first consumer electronics integration license and has involved intensive negotiations with Noel Lee, Monster's CEO, and Elbert Lee, Monster's SVP Product Marketing, including several changes in deal structure.

We believe that by having actual product offerings incorporating our technology, especially from such a well known brand as Monster under a co-branding arrangement, will begin a chain reaction in the market place and generate increasing interest in our technology among CE companies, including those with huge market applications. The company believes that this, in conjunction with a strong theatrical presence, will enable us to close larger and larger revenue generating license deals, thereby significantly increasing the value of the company. As just one example, the home theater market applications are enormous in terms of their size, and tend to closely follow trends that are happing on the theatrical side.

Monster has also expressed an interest in having Astound Studios continue to re-mix various albums such as Miles Davis in "Monster HD Headphone Surround – Powered by AstoundSound®". The Company believes that by co-branding with Monster this will accelerate awareness of our technology on a global scale and entice other companies to use our logo mark, "Powered by AstoundSound®".

We have been patiently waiting for a solid early adopter to bring our technology to market through licensing for consumer electronics integration and believe we have found one in Monster.

# Panasonic

Two executives from Panasonic and one Sr. Engineer visited us at our demo suite during CES in Las Vegas to receive our demos and to find out more about our relationship with Panasonic (e.g. where we are with Panasonic San Jose Labs and in what type of Panasonic products GenAudio believes would benefit from the AstoundSound technology). I was told by one of the executives that Panasonic would like to see how successful we are for theatrical releases before they make a move to license our technology for their consumer electronics products. This is what I have been preaching to the Company for a few years and is the primary reason for the creation of Astound Studios and our continued efforts in Los Angeles. We are now following the pathway to success for AstoundSound to be an industry standard for integration within the consumer electronics market applications.

Panasonic is interested in licensing our technology for integration into many of their product offerings. In addition to the theatrical side impact, they are concurrently working with Panasonic Japan to find a "champion" for the technology – someone that will actually do the embedded level integration for one or more of their product offerings. I am hoping that with our recent advancements on the theatrical side, bringing Jay Rifkin on to our board, developing a relationship with Panasonic Corporation North America (which has a more direct link into Panasonic Japan) and signing a couple of smaller CE licensing deals such as the Monster Headphone integration license, Panasonic would have contemporaneously found such a champion and will move to the licensing side of the fence shortly thereafter.

This experience with Panasonic is why we have been so focused and invested on the professional audio side of the business these past few years. This is a well-known process and we are simply following that process which has been proven time and time again. Our methodical determination of the value of our technology in various vertical markets, which was generated by an independent valuation analysis expert, has shown that the CE space is where the largest revenue generation for GenAudio exists. However, to entrench ourselves in that market we first need to become recognized by the professionals and have a presence theatrically to

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**   **GA005329**

drive these enormous CE companies to want to license our technology for their product offerings in the first place. We simply can't go around what has been considered "the recipe" for how technology is adopted in the consumer electronics space.



I have been waiting patiently for some time now to have a meeting with Sonos. Sonos is a wireless multi-room music system unlike any other (http://www.sonos.com/default.aspx?rdr=true&LangType=1033). Greg Morgenstein, SVP Audio Engineering, and Matt Marrin, Sr. Music Re-Recording Mixer, pitched me over a year ago on the potential to integrate the technology into Sonos systems. We did not discuss it much at that time since the technology was not quite ready for CE integration. It is now. Accordingly, I asked our PR reps with Rogers and Cowan to reach out to Sonos and have them attend a demo presentation at our demo suite during CES 2011. Sure enough, two of their Sr. Level engineers showed up and loved the technology.

Coincidentally, one of Sonos' Sr. Engineers recognized one of our software development team managers, Walter Horat, because they used to work together at Lexicon on the East Coast. Given their mutual respect for one another, this was a fortuitous event. Walter has followed up with Sonos but we are not quite sure what they want to do, if anything, just yet. However, their SVP Software Engineering did ask me some business side questions about potential licensing structures and seemed to understand and accept the revenue model I pitched him. Although Sonos would be another small market application like the one we have with Monster for headphones, a few small licensing deals will still result in revenues, increase our traction and visibility in the CE marketplace and continue to propel us to becoming an industry standard, just like Dolby and DTS.



As noted earlier, we won an award with AEG Live for mixing "We are the World 25 for Haiti" in AstoundSurround® for 3D theatrical presentation. Here is a hyperlink to the press release announcing the award:

http://www.prnewswire.com/news-releases/genaudios-AstoundSurround®-plays-supporting-role-in-win-for-aeg-network-lives-we-are-the-world-25-for-haiti-3d-short-film-at-the-3-d-film-and-interactive-festival-105352713.html

Introduced to me by Chris Fisher, who works for National Cinemedia (NCM), John Rubey, President of AEG Live, and I have built a strong professional relationship. John and I are currently working on a deal structure for ALL AEG Live concerts to be "webcasted" in AstoundSound as well as the live concert venue pushing out the audio in AstoundSound to the audience. We call this implementation AstoundLive®. He has indicated that he is willing to let GenAudio share in revenues. While the details have yet to be hammered out, this could mean that we would take a percentage of ticket sales.

In order to make this happen, we have completed initial software development and it is currently being tested. In a nutshell, we need to enable the "front of the house" mixer to process any of the audio coming into the mixing board through an off-board processor, with negligible latency, and then push the resulting audio out to both the audience at the venue and the viewers watching on webcasts. John has advised that he

would like to see this done ASAP so we can finalize the business relationship. We refer to the AstoundLive software implementation of our technology as RTOP, which stands for "Real-Time Off Board Processing".



Pictured to the left is what the current user interface looks like for internal testing purposes of the RTOP and this is subject to change.

Once we have the software fully tested and ready to go, John and I will turn to consummating a deal so that we can all see the first AstoundLive® concert. AEG Live typically has millions of viewers for their webcasts worldwide as they are streamed live on YouTube.

This is about the biggest level of what is commonly referred to as "experiential marketing" that we could have asked for.



Another meeting setup by Rogers and Cowan at our demo suite during CES 2011 was with key decision makers at EMI Music. As we anticipated, they were very impressed with our demos, and wanted to start discussions about processing some of their top selling artists, namely in the techno music genre (at least to start off with).

We are awaiting a follow up meeting with them at Astound Studios in the near future. Based on their level of interest, I hope to enter into negotiations for the use of our technology sometime within the next 2 to 3 months. I will keep you apprised in upcoming shareholder reports as to what kind of a relationship we form. In particular, we discussed entering into more of a strategic partnership relationship analogous to the partnership we are currently negotiating with Monster.

**Large Consumer Electronics Company (the "LCEC")**

Our discussions with the confidential LCEC that I have previously advised you about in prior communications are on going. Although my primary point of contact has recently retired from the LCEC, he has assured me that his replacement is up to speed on where we are and what we are doing. He also advised me that his replacement would continue to promote and push the technology in an effort to consummate a significant transaction. I have met his replacement and we have established a solid working relationship. Based on our discussions, I have concluded he is "on our side."

We have been working with the LCEC for over 2 years now and while progress has been slower than we would like, they have not cut us loose and continue to be very interested in integrating our technology across

their entire line-up of product offerings. Although my main point of contact has recently retired, he is still helping out from the sidelines and has advised me that he will continue to champion our technology.

While I wish I had more news to share on this front, I am relieved that they continue to take us seriously and evaluate our technology. If they were not interested, they would have terminated the discussions by now. We will continue to support the development efforts with the LCEC with the hope that it will lead to a major transaction for GenAudio and its shareholders in the not so distant future.

VIII.    Technology and Software Development

As discussed previously, our main technology focus has been in Consumer Electronics (CE) Integration.  To that end we recently filed our fourth utility patent.  This latest patent covered two areas. The first updated areas of our core AstoundSound digital signal processing technology, resulting in a stronger position with respect to our unique and foundational technology.  The second covered a variety of design implementations that allow our technology to be integrated into numerous types of CE products.  But of course we see continued growth of the AstoundSound technology and its use.  We have plans in place to file an additional patent application as soon as possible that will emphasize groundbreaking use of our technology for the Pro-Audio market applications as well as new, unique and advanced digital signal processing features that complement the core sound localization cue processing.

Coming into 2011 the software development and pro-audio team identified 60 different development projects.  Because of all of this new work we felt it appropriate to hire an additional digital signal processing software engineer.  This was not only an opportunistic hire, but also a strategic one.  The new engineer spent several years working for Avid, makers of Pro Tools.  Pro Tools is the primary professional audio engineering software to which we target our Pro-Audio products.  To date, the team has completed over one quarter of the 2011 task list.  The new studio facility has enabled us to rapidly test our professional audio tools and our professional audio engineering team works practically in real-time with our software development team as a direct result of completing the studio build-out.

The primary development efforts for 2011 can be broken down into three main categories:

a) Pro-Audio - As was discussed previously, we have recently completed initial development of the real time, off-board processor (RTOP).  This is the tool that we expect will enable us to have success with AEG Live, Skywalker Ranch, and other top ranked studio facilities around the world.  As a direct result of our positive forward direction in the film industry, several new features will be added to our ProTools plug-in suite that better support our professional audio engineering team and carefully selected licensees of our professional audio toolset.

There are many new algorithms to explore and develop in this space, as well as methods and mechanisms to streamline professional audio engineering workflow.  With Astound Studios being completed, we can not only accurately test all of our software products in a high end studio facility on a daily basis, it has enabled us the ability to bring new film title releases and artists producing new albums "in-house" to ensure the technology is being applied correctly and we have complete control over the final result that the world will experience.

This is a critical part of the process, as we do not want to put our name on something that does not enable people to experience the next dimension in the evolution of audio, especially for just coming out of the gate in this space.  If people can't hear the difference because a studio applied the technology in a way that is minimal, and we have our name all over it, this could be a very bad thing for obvious reasons.

As mentioned before, the pro-audio side of the coin is the key to bringing us into large revenue generating licensing deals with industry leading consumer electronics companies.

**b) Consumer Electronics Software Development Kit (SDK)** - We have only scratched the surface of the multitude of applications we can penetrate with the AstoundSound technology. We will continue to invest resources into the development of operating system based and chip based embedded software. From automobiles to in-flight entertainment, portable video game devices to home theater gaming consoles, computers to handheld or mobile devices, and home theater receivers to the latest in 3D TVs, we expect our largest revenue generation will come from integrating into a multitude of consumer electronics devices. This is in accordance with our independent valuation analysis report prepared by our valuation expert, Dr. Sam Khoury.

**c) Consumer Product Offering: AstoundSound Expander (ASE)** - ASE is our consumer stereo expansion product for PC and Macintosh computers. Over the next several weeks we will be employing a new copy protection mechanism that doubles as a direct-to-user marketing tool: embedded commercials. Rather than manage a trial period, we will instead periodically overlay a voice-over commercial that encourages the user to purchase the product. Done in several voice styles, we believe this method will reach many more prospective buyers.

In addition, this new copy protection method puts us in a perfect position to transition from our current e-commerce provider, RegNow, to a new provider, Avangate. Using Avangate's affiliate network the company expects to be able to realize far more sales than we believe is possible with RegNow. We have always believed that this product offering has the capability to generate substantial revenue generation for the company. While results to date have been somewhat disappointing, we believe that is largely a function of not having the brand recognition in the broader entertainment and audio industries and not having had sufficient resources to devote to a substantial marketing campaign.

It has been a non-stop intensive technical uphill battle. We are doing things we believe no other audio technology company could accomplish under similar circumstances. Given the timelines of most established audio technology companies to bring new technologies to market in the past, we believe we are way ahead of the curve thanks to our incredibly talented software and pro-audio teams.

### IX.    The Game Industry

The Game industry has always been one of our primary target markets. Due to financial constraints on the Company, however, we have largely had to put this industry and the products we were developing for it on the back burner. Although this disappointed us, tough choices had to be made. We simply could not afford to continue to develop our product offerings for this space given our other priorities and limited resources.

Times have changed. Given the size of the market and its need for better audio solutions, we are eager to get back into this industry. Especially given our successful demonstration of the application of our technology to the gaming industry at the E3 Expo back in 2009 via our real-time video game environment demo entitled, "Deprived". Accordingly, we have developed a new strategy to attack this industry, which leads to the best news - we now have product offerings ready to go to execute on this strategy!

We will re-enter this market by establishing a presence at the Game Developer Conference in San Francisco from February 28th to March 4th, 2011. We will take the "back door" approach just like we did for the recent AES show in October 2010, and CES 2011 last month, and simply have a demo suite near the main event. We

will be inviting potential B2B partners as well as members of the press to our suite for demos of what we have to offer the game industry today. Rogers & Cowan will provide assistance in establishing our meeting schedule and keeping us as busy as we were at both AES 2010 and CES 2011. As of current, we already have two very big meetings setup by our new business development manager, Michel Henein. The first is with the person who is in charge of ALL audio technology for Microsoft XBOX360 division. The second is with the CTO of Activision.

After extensive discussions among Michel Henein (our new game business development manager), Walter Horat (one of our development team managers), and myself, we established and targeted three distinct business development opportunities as follows:

a) **Game Console Manufacturers (GCM)** – Our consumer electronics integration SDK has three software implementations that can enable GCMs, also known in the industry as "1st party distributors," to embed our software directly into desktop consoles (Microsoft XBOX 360, Sony PS 3, Nintendo Wii, etc.), as well as handheld gaming devices (Sony PSP, Nintendo DS, iPod, etc.). Below is a list and explanation of the three implementations that are "market ready":

   i) **Stereo Input → Stereo Output:** This is exactly the same as our current AstoundSound Expander implementation and has been heavily optimized to fit on the smallest digital signal processors.

   ii) **LTRT Input → Stereo Output:** LTRT stands for "left total right total" and is a real-time Dolby encode for everything that has been mixed in 5.1 Surround Sound; however, most consumers only have a two channel audio setup. Most Blu-Ray and DVD players perform a LTRT "fold-down" in real-time from the 5.1 audio that comes on the disk so that consumers with 2 channel audio or stereo speakers only here a stereo mix.

   If a consumer has a Dolby Pro Logic decoder, the LTRT encoded two channel audio (stereo) signal will decode to LCRS, which stands for Left, Center, Right, Mono Surround and the consumer can hear the mix in Dolby Pro-Logic AstoundSurround® assuming they have an appropriate multi-speaker system set up.

   We have a real-time AstoundSound process that can take any LTRT audio, without a Dolby Pro Logic Decoder, and output a virtual or faux surround sound image to the listener very accurately. We simply process the mono surround signal by extracting it using our own software process and push the audio behind the listener.

   The result is that anyone playing a game or watching a movie on their gaming console will get a surround sound experience as opposed to a standard stereo audio experience if they only have two speakers. Whether it is their built-in TV speakers, external speakers, or headphones, it simply works, and it works as a real-time process. This process is ready for integration now.

   iii) **5.1 Discrete Input → Stereo Output:** This is the pinnacle of our embedded level consumer electronics integration implementation. It takes discrete

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          **GA005334**

5.1 (6 channel audio) and processes the channels through our AstoundSound real-time process, and outputs the precise 5.1 audio experience from any two speakers or headphones.

This is the same process we did for the "Tron" Soundtrack. Only now we can embed it into any consumer electronics device that can pass discrete 5.1 audio into our software process. As far as we know, only the Sony PS3 has the capability to pass discrete 5.1 audio. The other consoles are Dolby ac3 encoded and a decoder is needed to break apart the audio channels. For this reason, Sony is one of our targets.

b)  **Game Engine Companies (GEC):**  Every game on the market today uses what is commonly referred to as a game engine which Game Development Houses (see below) license from companies engaged in the business of making such engines, i.e., GECs.

Examples of GECs you may have heard of are "Unreal", "Crytek", and "Unity". Some of these GECs include their own audio engines and related development tools for building the audio environment as part of their game engine, while others do not. For those that do not, there are two primary audio engine companies that license their audio engines, which include a full set of development tools, to them - FMOD and WWISE.

Our initial strategy for entering the gaming market a few years ago was to build our own audio engine, called the AstoundSoundRTI (Real-Time Interface), which provided access to our AstoundSound technology and a related library within the gaming environment, though did not include a full set of audio development tools such as FMOD and WWISE provide.

Although we successfully developed the AstoundSoundRTI, it used too much processor power for practical usage. Because "optimizing" it at that time was going to be too time consuming and expensive, we temporarily abandoned the gaming market.

Since then, we have had several breakthroughs in our technology which have resulted in advanced optimization of the AstoundSound RTI. As a result, we now intend to partner with one or more of the GECs that do not have their own audio engine for integration of our AstoundSoundRTI directly into their game engine and licensed audio engine (since ours does not come with the requisite development kit).

We anticipate that as part of any licensing arrangement with these GECs, we will require that they display our game logo trailer at the beginning of each game or while the game is loading. In sum, our product offering for this category is the complete AstoundSound gaming experience with selected object, blasts, voices, etc during game play being processed in AstoundSound in real-time as they are being driven by game players' movements.

c)  **Game Development Houses (GDH):**  A GDH is a business that actually creates and produces video games. In addition to building our AstoundSoundRTI, our initial business strategy also contemplated marketing it directly to GDHs.

*DEN 97432582*

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          **GA005335**

We eventually realized that meeting with all of the GDHs was a very time consuming process and that licensing our AstoundSoundRTI to them was not an easy sale-especially when they had already licensed a game engine or separate audio engine from one of the industry leaders. This is one of the major reasons we are now targeting the GECs with our AstoundSoundRTI.

Nonetheless, our technology can still provide a significant value add for the GDHs. We can process their cut scenes and trailers in AstoundSound, just as we would any film. More importantly, we believe this will, in turn, draw attention to our partnership efforts with GECs, causing the GDHs to pressure the GECs into integrating our AstoundSoundRTI into their game engines that are licensed by the GDHs.

We can offer a service and license fee oriented revenue model for processing trailers and cut scenes for video games in AstoundSound, with the potential of more significant business based on the relationships we establish in doing so. Although we do not consider this to be a primary business focus or revenue generator, there is no reason to overlook it unless we discover that we simply don't have the resources to devote to mixing the cut scenes and trailers.

We expect to leverage Michel Henein's extensive contacts in this industry with numerous console manufacturers. He is a well-respected and known expert in the field of game audio. I am very encouraged by the current state of our technology, which permits us to quickly create multiple product offerings from our current development source code base of which, thankfully, we took the time to modularize.

X.    Conclusion

Despite the disappointment of Narnia 3 and the sluggish pace with which our discussions with the LCEC have proceeded, there are numerous positive developments, including the recent film title "Discover the Gift" mixed in AstoundSurround, some additional 3-D film releases we anticipate mixing in AstoundSurround, the Mix Magazine article on our technology and our new partnership with Monster which we expect will really "crack open" the consumer electronics market for us and drive us into self-sustaining revenue by year end. We are also optimistic about several other opportunities currently before us, several of which are discussed in this report, including our re-entry into the gaming industry.

We believe we are not like other software companies. Indeed, we are different in that we have a very unique and disruptive product in that there are simply no other audio technologies that can move sound efficiently and precisely the way ours can without special hardware or equipment. Moreover, as has been discussed in prior reports, the technology has now been optimized so it takes up a minimum of space and power, making it both feasible and attractive for integration into consumer electronics including mobile devices, and the source code has been modularized so we can easily "slice and dice" it to create new product offerings for any industry.

Finally, unlike most other software products, ours is protected by both patents and trade secret law, making it both illegal to copy it and virtually incapable of being reverse engineered without access to (and understanding how to use) the 7,337 discrete digital audio filters which are maintained under total "lock and key." Indeed, we believe we are to audio today what color was to film in the 1930s and 40s, and we are finally starting to receive recognition we deserve.

In just over 8 years, with an aggregate of approximately $15MM USD in equity capital raised since the company's inception, we have accomplished tremendous things. Notwithstanding our limited human and

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA005336

financial resources, we have overcome substantial hurdles and continued to advance the company thanks to the selfless contributions of an extraordinary team.  Any technology company worth its salt would be envious.

In my view, our only major hurdle as of right now is to raise $1.5MM USD as soon as possible so that we can continue paying our team and funding our current business development efforts through to the achievement of self-sustaining revenues.  While we could have raised additional capital in our last round of financing, making the current raise unnecessary, we did not do so in anticipation of the Narnia 3 release and a potential follow-on licensing deal with Panasonic.  We did not want to over capitalize the company and unnecessarily dilute the existing shareholder base, something we have endeavored to avoid throughout the Company's history.

As you all know, however, Narnia 3 fell through and, as a result, the Panasonic licensing deal negotiations have been delayed as they want to see our success in the film space first as stated by one of the members of Panasonic Japan's board of directors (also my primary point of contact).  As you can tell by reading this report, we are well on our way to recapturing that "lost" ground with our new film among other upcoming 3D theatrical film title releases and consumer electronics licensing efforts.

If you are one of our accredited investors and would like to discuss a follow-on investment in the company, please feel free to contact me directly jerry@genaudioinc.com.  While we cannot make any guarantees, we are very confident this will be the last money raised before achieving self-sustaining revenues given our inked revenue generating license deals, near-term licensing potential deals, and upcoming massive global branding.

Thank you all for your continued support.  For your review, please see the corrected and most up to date capitalization table and 2010 year-end financial statements in the appendices on the following two pages.

Sincerely,


Jerry Mahabub, **Founder, Chairman**, CEO & President
Colorado Office: ▇▇▇▇▇▇▇
LA Office: ▇▇▇▇▇
Mobile: ▇▇▇▇▇▇
Fax: ▇▇▇▇
email: jerry@genaudioinc.com
URL1: http://www.genaudioinc.com
URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA005337

### Appendix A: Updated Capitalization Table

We made a small error in the capitalization table that was included in the previous shareholder progress report from back in December. Here is the corrected and most up to date capitalization table for your review. The blue column represents where we stand as of current. The red column would be if all outstanding shares as a warrant were to actually be executed – this is what we mean by "Fully Diluted".

**GenAudio, Inc.**

**Capitalization Table**
**30-Sep-10**

| Shareholder Name | Common Stock | % of Common Stock | Paid in Capital | Warrant Shares | Fully Diluted Shares | Fully Diluted Ownership |
|---|---|---|---|---|---|---|
| Founder Shares - Jerry Mahabub(1) | 7,001,000 | 50.82% | $700 | 0 | 7,001,000 | 32.40% |
| Friends and Family Round - $0.25 per share | 160,000 | 1.16% | $40,000 | 0 | 160,000 | 0.74% |
| Friends and Family Rounds - $0.50 per share | 1,917,000 | 13.92% | $958,500 | 0 | 1,917,000 | 8.87% |
| Convertible Debenture Round - $1.00 per share | 480,000 | 3.48% | $480,000 | 0 | 480,000 | 2.22% |
| Spencer Edwards Round - $3.00 per share(2) | 771,000 | 5.60% | $2,313,000 | 77,100 | 848,100 | 3.92% |
| Bridge Financing Round - $3.00 per share(3) | 202,000 | 1.47% | $606,000 | 0 | 202,000 | 0.93% |
| Westminster Securities Round - $3.00 per share(4) | 1,585,000 | 11.51% | $4,755,000 | 1,256,000 | 2,841,000 | 13.15% |
| Series D Round - $5.00 per share(5) | 434,000 | 3.15% | $2,170,000 | 0 | 434,000 | 2.01% |
| Outstanding Compensatory Warrants (directors, officers, employees, and consultants) | 0 | 0.00% | $0 | 4,320,800 | 4,320,800 | 19.99% |
| Equity Compensation Pool | 0 | 0.00% | $0 | 0 | 0 | 0.00% |
| Maximum Number of Common Stock in this round(6) | 0 | 0.00% | $0 | | 0 | 0.00% |
| Shares from Warrants Converted | 17,000 | 0.12% | $85,000 | | 17,000 | 0.08% |
| Offering at $4.00 per share | 19,000 | 0.14% | $76,000 | 6,300 | 25,300 | 0.12% |
| Shareholder Correction | 10,000 | 0.07% | $5,000 | | 10,000 | 0.05% |
| CEO Warrants reserved 11/9/09 | | | | 1,000,000 | 1,000,000 | 4.63% |
| Warrants issued for Employee Loans | | | | 122,000 | 122,000 | 0.56% |
| Additional CEO Equipment Warrants | | | | 516,063 | 516,063 | 2.39% |
| Additional CEO Warrants | | | | 536,622 | 536,622 | 2.48% |
| March 2010 Offering | 1,171,100 | 8.50% | 3,513,300 | | 1,171,100 | 5.42% |
| Additional Series D Anti-Dilution | 9,222 | 0.07% | | | 9,222 | 0.04% |
| Totals | 13,776,322 | 100.00% | 15,002,500 | 7,834,885 | 21,611,207 | 100.00% |

(1) 1,000 of these shares are Series C Preferred Shares which are identical to common in all respects except that they carry the right to elect one board position.
(2) The Warrants Shares include represent 77,100 of the Warrant Shares outstanding in this round were issued to Spencer Edwards as the placement agent and are not subject to call. 385,500 warrants in this round are in the process of being redeemed at $0.05 per share.
(3) 81,000 warrants from this round have been removed from this table as they have been redeemed at $0.05 per share.
(4) The Warrant Shares include 782,500 Warrant Shares issued to investors in this round, an additional 305,000 Warrant Shares issued to investors in the offering who were entitled to additional warrant coverage based on higher levels of aggregate investment pursuant to that certain supplement dated August 20, 2008, and 158,500 Warrant Shares issued to Westminster Securities as the Placement Agent.
(5) Reflects the total number of shares of Common Stock into which the outstanding Series D Preferred Shares can be converted (on a 1-for-1 basis), subject to weighted average anti-dilution rights with standard carve outs, and excluding the 10% annual dividend which may be paid in cash or stock at the Company's election.
(6) Assumes maximum 75% warrant coverage.

## Appendix B: 2010 Year-End Financial Statements

**GenAudio, Inc.**
**Balance Sheet**
As of December 31, 2010

| | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 100000 Wells Fargo 0276 | 108,803.08 |
| 108500 Wells Fargo Temporary | 348,349.86 |
| **Total Bank Accounts** | 868,952.89 |
| **Other Current Assets** | |
| 122000 Employee Advances | 12,182.45 |
| 123000 Suspense - Other | 525.00 |
| 135000 Attorney Retainer | 20,000.00 |
| 137000 Prepaid Expenses | 13,614.08 |
| **Total Other Current Assets** | 46,361.83 |
| **Total Current Assets** | 703,253.82 |
| **Fixed Assets** | |
| 130000 Computers & Sound Equip. | 17,187.12 |
| 154000 Furniture & Fixtures Office | 1,746.43 |
| 155000 Tenant Finish AIK Studio | 25,800.00 |
| 130000 AIX Studio Equipment | 27,423.95 |
| **Total Fixed Assets** | 71,357.89 |
| **Other Assets** | |
| 130000 Advances to Shareholder | 301,392.36 |
| 135000 Deposits | 17,380.00 |
| 160000 Offering Costs | 312,837.54 |
| 190000 License & Technology Transfer | 323,436.86 |
| **Total Other Assets** | 968,164.86 |
| **TOTAL ASSETS** | 1,829,778.97 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200000 Accounts Payable | 103,213.26 |
| **Total Accounts Payable** | 103,213.36 |
| **Other Current Liabilities** | |
| 213000 Accrued Payroll | 18,423.98 |
| 215000 Payable Stock Subscri | 400.00 |
| **Total Other Current Liabilities** | 18,823.98 |
| **Total Current Liabilities** | 118,736.36 |
| **Long Term Liabilities** | |
| 271000 Preferred Dividend Payable | 220,000.00 |
| 255000 N/P J Mahabub | 474,461.45 |
| **Total Long Term Liabilities** | 694,461.45 |
| **Total Liabilities** | 814,197.84 |
| **Equity** | |
| 301000 Preferred Stock Series C | 0.10 |
| 302000 Preferred Stock Series D | 43.40 |
| 305000 Common Stock | 1,333.21 |
| 310000 Additional Paid-in-Capital | 15,601,123.36 |
| 313000 Purchased Warrants | (23,800.00) |
| 313000 Accrued Preferred Dividend | (220,000.00) |
| 330000 Retained Earnings | (12,317,856.17) |
| **Net Income** | (1,725,171.60) |
| **Total Equity** | 815,579.13 |
| **TOTAL LIABILITIES AND EQUITY** | 1,829,778.97 |

Statement is not final. Subject to adjustment.

**GenAudio, Inc.**
**Profit & Loss**
January - December 2010

| | Total |
|---|---|
| **Income** | |
| 41000C Sales of A&E | 10,516.28 |
| **Total Income** | 18,516.28 |
| **Cost of Goods Sold** | |
| 510000 Server Bandwidth | 124.11 |
| 521000 Cost Movie Editing | 17,475.00 |
| 530000 Production Costs | 332,079.45 |
| **Total Cost of Goods Sold** | 349,678.98 |
| **Gross Profit** | (339,162.28) |
| **Expenses** | |
| 610000 Auto | 8,308.80 |
| 615000 Bank Charges | 1,300.83 |
| 618000 Colocation Expense | 15,470.00 |
| 624000 Communication | 4,928.79 |
| 629000 Conferences & Trade Shows | 38,830.01 |
| 527000 Consultants Outside | 82,200.00 |
| 627000 Development Costs | 422,601.80 |
| 629000 Marketing & Sales | 19,412.50 |
| 630000 Dues & Subscriptions | 1,398.08 |
| 630000 Equipment & Tools | 11,321.41 |
| 630000 Insurance | 44,472.42 |
| 640000 Interest | 2,728.98 |
| 643000 Legal & Professional | 171,301.38 |
| 648000 Meals and Entertainment | 9,744.84 |
| 647000 Meetings Expense | 667.65 |
| 648000 Miscellaneous | 9,019.67 |
| 661000 Office Expense | 2,718.95 |
| 653000 Payroll Tax Expense | 75,409.88 |
| 6C430 Payroll Fees | 9,883.32 |
| 654000 Printing & Replacing | 3,226.11 |
| 654500 Postage & Shipping | 6,740.88 |
| 656200 Public Relations | 21,171.38 |
| 660000 Rent or Lease | 49,388.84 |
| 666000 Salaries & Wages | 722,077.78 |
| 664000 Software | 3,308.71 |
| 670000 Travel | 104,576.92 |
| **Total Expenses** | 1,728,017.81 |
| **Net Operating Income** | (2,068,700.09) |
| **Other Expenses** | |
| 720000 Interest Expense (Income) | 20,087.23 |
| 730000 Loss (Gain) on Sale of Assets | (479,444.57) |
| 810000 Depreciation & Amort. | 116,739.60 |
| **Total Other Expenses** | (343,808.36) |
| **Net Other Income** | 343,808.36 |
| **Net Income** | (1,725,171.60) |

Statement is not final. Subject to adjustment.

*DEN 97432582*
23
**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          **GA005339**