# EXHIBIT 83

# DEMONSTRATIVE 1

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: 08/09/2009 03:47:15 pm<br>Subject: Re: rev. 3 updated UI… | From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: Sun, 09 Aug 2009 13:45:02<br>Subject: re: rev. 3 updated UI… |

### The actual email

~~Correction to the below email…" Five Major Things" not four! :)~~

~~-Jerry~~

On 8/9/09 1:45 PM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

Hi Vic,

Attached are screenshots of the new UI.

~~Four~~ major things:

1. We have added ….

…We are still working on making fine tune adjustments to the "more" setting, however, we have kept our focus on the ~~"Victor Setting"~~ in accordance with the spec we have discussed.

See you in a couple of days. I would like to spend at least 30 minutes to an hour with you if possible going over the new app. ~~If~~ I deliver the new device to you by 10:30am in Cupertino is this too late? I can show up at anytime, however, I will be coming in from San Francisco, so trying to avoid the ~~morning~~ madness.

I hope you are enjoying the rest of your weekend and look forward to moving on to the next steps with you.

Best Wishes,

-Jerry

### The email Mahabub forwarded

Hi Vic,

Attached are screenshots of the new UI.

**Five** new major things:

1. We have added …

…We are still working on making fine tune adjustments to the "more" setting, however, we have kept our focus on the "Less-Setting" in accordance with the spec we have discussed **and testing and analysis strategy we have both determined to be the right pathway for alleviating any "smoke and mirror" concerns with our demo.**

See you in a couple of days. I would like to spend at least 30 minutes to an hour with you if possible going over the new app **prior to meeting with the Sr. VP Marketing, Philip Schiller, and other Sr. VP staff (please let me know).** Can I deliver the new device to you by 10:30am in Cupertino, or is this too late? **I believe the preliminary meeting with Sr. VP staff is at noon (from our discussion), however, you were going to verify the time. Just let me know -** I can show up at anytime, however, I will be coming in from San Francisco **on Tuesday morning**, so trying to avoid the **traffic** madness.

I hope you are enjoying the rest of your weekend and look forward to moving on to the next steps with you.

Best Wishes,

-Jerry

1

| The actual email | The email Mahabub forwarded |
|---|---|
| On 9/13/09 11 :00 AM, Ron Isaac wrote: | On 9/13/09 11:00 AM, Ron Isaac wrote: |
| Jerry, | Jerry, |
| Here are some responses but first I would like to present reasoning behind the framework we have and the way we have gone about it. The workload to customize per vendor starts to grow indefinitely and the fact that you start relying on resources from us is never a good model, actually it gets frustrating after a while for both us and you the vendor. As such, since these are demos of technologies, please dont be concerned with optimizing code placement, library linking etc. We have made the conscious decision to disable our EQ while the vendor gets a first hand chance at showing us what they can do with our products. We certainly can help with driver specs etc. to make your job easier. With this premise set, please read my responses below. | Here are some responses but first I would like to present reasoning behind the framework we have and the way we have gone about it. The workload to customize per vendor starts to grow indefinitely and the fact that you start relying on resources from us is never a good model, actually it gets frustrating after a while for both us and you the vendor. As such, since these are demos of technologies, please dont be concerned with optimizing code placement, library linking etc. We have made the conscious decision to disable our EQ while the vendor gets a first hand chance at showing us what they can do with our products. We certainly can help with driver specs etc. to make your job easier. With this premise set, please read my responses below.  |
| | I will be able to meet with you and Vic (and I believe Phil Schiller and other marketing staff are meeting with you and Vic as well) on the 16th and I am excited to listen to the OpenAL demo.  This sounds like it might be the best way to get this going from the licensing side here at Apple.  Vic and I have discussed this already. |

2

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Ron Isaac<br>Cc: Victor Tiscareno<br>Date: Sun, 13 Sep 2009 12:00:26<br>Subject: Re: Software/Hardware dev tools... | From: Jerry Mahabub<br>To: Ron Isaac<br>Cc: Victor Tiscareno<br>Date: Sun, 13 Sep 2009 12:00:26<br>Subject: Re: Software/Hardware dev tools... |

Hi Ron,

OK, I believe I understand your point of view. One could also listen through headphones or using a firewire interface playback with an external set of active studio monitors for accurate listening tests, as the laptop speakers certainly should not be used for any critical listening tests. So, even though we know that the laptop speakers are not necessarily the best way to show our sound localization technology especially with non-EQ'd internal speakers, you and our team can read between the lines knowing that we did not have your EQ curve to begin with, and as a direct result, you are left with our technology in the raw. After that, and you like what you hear, then we can move onto step 2, and work together to get the right pre-Spatial processing EQ curve and set the parameters. Please note that I was simply trying to expedite this process, however, I am down for the slowly but surely way as well. I am Just so used to moving at the speed of light with development and running the company that it can sometimes be hard to actually slow the pace down ... Good call on the slowly but surely. That way we do not miss anything and in the long run, if we move forward, testing will be streamlined going in the direction you are requesting in your response below.

I need Vic's feedback on the iPhone/iPod OpenAL gaming side of the coin as well (the second part of the last email).

~~Will you be able to meet with Vic and myself sometime on the 16th (this coming week) so I can demo to you the OpenAL example app using our Astound based processing as opposed to the 3D Mac mixer? If not, now worries, I plan on using this for the "big presentation" meeting that I hope you are able to attend sometime in the near future (still do not know when this will actually happen).~~

Best Wishes,
-Jerry

Hi Ron,

OK, I believe I understand your point of view.  One could also listen through headphones or using a firewire interface playback with an external set of active studio monitors for accurate listening tests, as the laptop speakers certainly should not be used for any critical listening tests. So, even though we know that the laptop speakers are not necessarily the best way to show our sound localization technology especially with non-EQ'd internal speakers, you and our team can read between the lines knowing that we did not have your EQ curve to begin with, and as a direct result, you are left with our technology in the raw.  After that, and you like what you hear, then we can move onto step 2, and work together to get the right pre-Spatial processing EQ curve and set the parameters.  Please note that I was simply trying to expedite this process, however, I am down for the slowly but surely way as well.  I am Just so used to moving at the speed of light with development and running the company that it can sometimes be hard to actually slow the pace down...Good call on the slowly but surely.  That way we do not miss anything and in the long run, if we move forward, testing will be streamlined going in the direction you are requesting in your response below.

I need Vic's feedback on the iPhone/iPod OpenAL gaming side of the coin as well (the second part of the last email).

It looks like the big meeting is going to happen sometime within the next 30 days. I hope that you will be able to attend, although, Vic has stated to me that the meeting is primarily for the Sr. VP staff and potentially the big man! I will also be showing off a new 3D demo for Theatrical in AstoundSound. Steve should be able to sink his teeth into that given the fact he sold Pixar for 7 Billion USD to Disney! :)

Best Wishes,
-Jerry

3

## The actual email

From: Jerry Mahabub
To: Victor Tiscareno, Michael Hailey, Ronald Isaac

Date: October 19, 2009 1:47 AM
Subject: re: Supplemental OpenAL AB demo attached…

Hi Michael, Ron and Vic,

Michael - Hope you had a good time on the other side of the ocean! :)

Vic - Will call you tomorrow

Ron - We have been slammed with some other things, however, I should have something you can play around with in the very near future with respect to the kext.

Attached you will find a new AB demo comparing OpenAL pointing to the Mac3D Mixer, versus our OpenAL Framework replacement pointing to our AstoundNode mixer for games.

\*\*\*

-Jerry

## The email Mahabub forwarded

From: Jerry Mahabub
To: Victor Tiscareno, Michael Hailey, Ronald Isaac, Timothy Cook, Phillip Schiller
Date: October 18, 2009 11:47 PM
Subject: re: Supplemental OpenAL AB demo attached…

Hi Michael, Phil, Ron, Tim, and Vic,

Tim - Great to meet you on the phone the other day. Glad you enjoyed the demo and we are anxious to move forward to the next step.

Michael - Hope you had a good time on the other side of the ocean! :)

Vic/Phil/Michael -Will call you tomorrow morning at 9am PST for the conference call with the three of you. Hopefully rev. 6 will get the big man to want to move forward and firm up a time for our one on one in the near future. Phil, I have not cc'd the other product marketing division managers you introduced me to as I have primarily been working with Michael Hailey on the iPod/iPhone side. I am happy that you and Michael like my ideas on how to bring the technology to market. In my past, I have done this with several other technology based products I invented and licensed, and have learned new things about international product marketing for CE from both of you.

Ron - We have been slammed with some other things, however, I should have something you can play around with in the very near future with respect to the kext.

Attached you will find a new AB demo comparing OpenAL pointing to the Mac3D Mixer, versus our OpenAL Framework replacement pointing to our AstoundNode mixer for games. Vic asked me to provide him something other then Deprived, with more "action" and actual game play...Warsow an on-line game that I found after searching, downloading, playing and testing a variety of games, and it worked great!

\*\*\*

-Jerry

| The actual email | The email Mahabub forwarded |
|---|---|
| On Nov 28, 2009, at 12:09 PM, Jerry Mahabub wrote: | **From:** Jerry Mahabub<br>**To:** PhilSchiller<br>**Cc:** Michael Hailey, Victor Tiscareno, Tim Cook<br>**Date:** Sat, 28 Nov 2009 13:09:19<br>**Subject :** Checking in, moving forward, etc... |
| Hi Vic ~~and~~ Michael: (Its a rather long "thesis" style email ... lots of things to cover and a few questions throughout the email. This is basically my mind download for both of your to review as of today, so please take your time to read through it and I will not expect to see any answers to my questions for at least a week or two!) | Hi Vic, Michael, Phil and Tim: (Its a rather long "thesis" style email...lots of things to cover and a few questions throughout the email.  This is basically my mind download for both of your to review as of today, so please take your time to read through it and I will not expect to see any answers to my questions for at least a week or two!) |
| | This long winded email is being sent to all of you at the request of Phil. We had a great phone call earlier this morning, and he wanted me to share my thoughts with all of you. |
| Hope you ~~both~~ had a Happy Turkey Day! Vic, we are still working on the ASE for Snow Leopard update ... something in the 10.6.2 update that broke us for our ASE product offering (see the most recent email I cc'd you on to Ron), and it is all pointing to that same issue we have always had with previous versions, except only worse with the 10.6.2 update! We should have a solution very soon, and hopefully Ron can help out with this issue. | Hope you all had a Happy Turkey Day!  Vic, we are still working on the ASE for Snow Leopard update...something in the 10.6.2 update that broke us for our ASE product offering (see the most recent email I cc'd you on to Ron), and it is all pointing to that same issue we have always had with previous versions, except only worse with the 10.6.2 update!  We should have a solution very soon, and hopefully Ron can help out with this issue. |
| It has been a pleasure to work with ~~the two~~ of you and Ron thus far, and I want you to know how much I very much so appreciate everything you have all done for me and helping my company to get to this point! :) This past week we have been cooling our heels just a bit, and that enabled me to dig in a bit deeper into what the world is up to in terms of offering products with "alleged" enhanced audio listening experience technologies and start to prepare on our end for the business side of the deal between Apple and GenAudio (please read below). | It has been a pleasure to work with all of you thus far, and I want you to know how much I very much so appreciate everything you have all done for me and helping my company to get to this point! :)  This past week we have been cooling our heels just a bit, and that enabled me to dig in a bit deeper into what the world is up to in terms of offering products with "alleged" enhanced audio listening experience technologies and start to prepare on our end for the business side of the deal between Apple and GenAudio (please read below). |

## The actual email

On Nov 28, 2009, at 12:09 PM, Jerry Mahabub wrote:

## The email Mahabub forwarded

**From:** Jerry Mahabub
**To:** PhilSchiller
**Cc:** Michael Hailey, Victor Tiscareno, Tim Cook
**Date:** Sat, 28 Nov 2009 13:09:19
**Subject:** Checking in, moving forward, etc...

***

| The actual email | The email Mahabub forwarded |
|---|---|
| I just saw a commercial on TV with the new LG phone featuring "Dolby Mobile" (perhaps you have seen the commercial as well). I then checked out the Dolby Mobile demo online, and it sounded pretty bad, especially when compared to AstoundSound. Without bashing them too heavily, too much EQ, very comb filtering sounding, smeared center channel imaging that messes with the artists vocals in a negative way, goes out of phase on my phase meter (a big BAD in my books and I am sure yours as well), among quite a few other things. This is what we have spent the past two decades of non-stop hard-core R&D to figure out, while these other companies were commercializing inferior tech making money, we were putting in the blood sweat and tears (and lots of money) to bring a real 3D audio technology to the world that actually works - and this is why many professional audio engineers mixing films are going with AstoundSound over everyone else's 3D audio solutions to be used during mixing. Already for 2010 we have ~~5 (expected to go to between 10 and 15)~~ theatrical and home theater film title releases (all with 50MM+ budgets), ~~3~~ future AAA video game title releases (the real-time implementation of AstoundSound, e.g. OpenAL/AstoundNode), 10 ~~(expected to be between 20 and 30)~~ new upcoming albums from platinum artists in various genres, 2 very popular TV shows, and hopefully the super bowl spots for Anheuser Busch (yet to be determined) among other ad agencies looking to make their commercials pop and stand out from the rest, without having to crank the volume as many TV ads do today! Indeed, AstoundSound has finally taken root, and the world is about to find out rather quickly who we are and what we do.<br><br>You can check out the Dolby Mobile demo online by going to the following: | I just saw a commercial on TV with the new LG phone featuring "Dolby Mobile" (perhaps you have seen the commercial as well).  I then checked out the Dolby Mobile demo online, and it sounded pretty bad, especially when compared to AstoundSound .  Without bashing them too heavily, too much EQ, very comb filtering sounding, smeared center channel imaging that messes with the artists vocals in a negative way, goes out of phase on my phase meter (a big BAD in my books and I am sure yours as well), among quite a few other things.  This is what we have spent the past two decades of non-stop hard-core R&D to figure out, while these other companies were commercializing inferior tech making money, we were putting in the blood sweat and tears (and lots of money) to bring a real 3D audio technology to the world that actually works - and this is why many professional audio engineers mixing films are going with AstoundSound over everyone else's 3D audio solutions to be used during mixing.  Already for 2010 we have an expected 4 to 6 theatrical and home theater film title releases (all with 50MM+ budgets), a few future AAA video game title releases (the real-time implementation of AstoundSound, e.g. OpenAL/AstoundNode), between 10 to 15 new upcoming albums from platinum artists in various genres, 2 very popular TV shows, and hopefully the super bowl spots for Anheuser Busch (yet to be determined) among other ad agencies looking to make their commercials pop and stand out from the rest, without having to crank the volume as many TV ads do today!   Indeed, AstoundSound has finally taken root, and the world is about to find out rather quickly who we are and what we do.<br><br>You can check out the Dolby Mobile demo online by going to the following: |

***

6

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: February 12, 2010 02:50 PM<br>Subject: Re: Swap Michael's device reminder… | From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: February 12, 2010 11:50 AM<br>Subject: Re: Swap Michael's device reminder… |

**Actual email:**

Hi Jerry,

Thanks for the heads up.

Have you given any thought to the new iPad?

The SDK is available, it would REALLY be interest on this platform for gaming.

No units are available to anyone until we release it, however, the SDK has a built in console so you should be able to check out that way

Vic

**Email Mahabub forwarded:**

Hi Jerry,

Thanks for the heads up and good to see you too. I know it is frustrating playing the hurry up and wait game. Believe me, it frustrates us too.

Michael and I want to make sure that we have no hang-ups when we push this to the top, and we are both confident that we can get this ok'd by the big man if we play our cards right.

Have you given any thought to the new iPad from our discussion yesterday? The SDK is available, it would **REALLY** be interesting on this platform for gaming with the OpenAL implementation, including the project Phil discussed for Christmas product rollout with you. There are no units are available to anyone until we release it, however, the SDK has a built in console so you should be able to check out that way.

I may be able to get you and Sina together tomorrow during MacWorld so you can update him as well.

Will you be around SF still?

Call me anytime.

Vic

7

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno, Michael Hailey, Ronald Isaac<br>Date: March 21, 2010 02:02:24<br>Subject: Re: Embedded Software SDK/test suite… | From: Jerry Mahabub<br>To: Victor Tiscareno, Michael Hailey, Ronald Isaac, <mark>Phil Schiller, Barry Corlett, Jim Tenneboe</mark><br>Date: March 21, 2010 02:02:24<br>Subject: Re: Embedded Software SDK/test suite… |
| <mark>Hi Michael, Ron, and Vic:</mark> | |
| I will be sending the new demo C library/SDK by tomorrow evening or sometime on Monday. | I will be sending the new demo C library/SDK by tomorrow evening or sometime on Monday. |
| | This will be right in time for you to start the embedded level integration process as we discussed on our last conference call and will keep everything on schedule with what Phil is hoping for - a fall product rollout. I will be available anytime on Tuesday for a conference call to go over the SDK, and I believe Phil and Michael wanted to follow up and go over a few things with us on the marketing side in terms of the actual application integrations for Quicktime, iTunes, DVD Player among others ... Just let me know when you are all available. |
| This will enable your dev team, for any product division, to actually complete an embedded level integration of our DSP backend. | This <mark>Software Suite SDK</mark> will enable your dev team, for any product division, to actually complete an embedded level integration of our DSP backend. |
| \*\*\* | \*\*\* |
| Best Wishes,<br>-Jerry | Best Wishes,<br>-Jerry |

8

| The actual email | The email Mahabub forwarded |
|---|---|
| On Apr 7, 2010, at 5:15 AM, Jerry Mahabub wrote: | On Apr 7, 2010, at 5:15 AM, Jerry Mahabub wrote: |

Hi Vic,

We have the iPad app fully functional and tested. Here is a screenshot of the final UI.

Please send the 3 devices to me at my Colorado home address, as I will not be ~~at my office~~ for the next couple of days~~, and have postponed my flight to LA to spend a couple of days with my family (don't want to get put out in the dog house)! ;)~~

\*\*\*

Please send them with no signature required. I live in a gated community, and pretty far up here in the foothills ... we don't see many visitors, except for Mountain Lions, Bear and lots of Deer and Fox.

I should receive the devices on Thursday morning, and will update the provisioning profiles, then send them back to you for Friday morning delivery. ~~Should I~~ send all the devices, including the iPad~~, to you in Washington for Friday morning delivery?~~

Best Wishes,

-Jerry

---

Hi Vic,

We have the iPad app fully functional and tested. Here is a screenshot of the final UI.

Please send the 3 devices to me at my Colorado home address, as I will not be in LA for the next couple of days.

\*\*\*

Please send them with no signature required. I live in a gated community, and pretty far up here in the foothills...we don't see many visitors, except for Mountain Lions, Bear and lots of Deer and Fox.

I should receive the devices on Thursday morning, and will update the provisioning profiles, then send them back to you for Friday morning delivery. I will send all the devices, including the iPad.

Best Wishes,

-Jerry

9

| The actual email | The email Mahabub forwarded |
|---|---|
| On 4/7/10 8:39 AM, "Victor Tiscareno" wrote: | On 4/7 /10 8:39 AM, "Victor Tiscareno" <vmt@apple.com> wrote: |
| Hi Jerry, | Hi Jerry, |
| OK, I will confirm that I sent them to you today. | OK, I will confirm that I sent them to you today. |
| | Phil let us know earlier that this might be postponed until early next week. Apparently Steve is planning on going out of town with his family for the weekend. |
| I was hoping to get an update on the song list but I've not received a response yet. | I was hoping to get an update on the song list but I've not received a response yet and this is not mission critical for the demo. |
| The postponing of the meeting could be in our favor. | The postponing of the meeting could be in our favor. |
| The iPad is a ~~waay~~ nicer looking display and you did a very nice job on the design. | The iPad is a way nicer looking display and you did a very nice job on the design. |
| I can't wait to demo with it. | I can't wait to demo with it. |
| Vic | Vic |

10

## The actual email

From: Jerry Mahabub
To: Victor Tiscareno
Date: Wed, 07 Apr 2010 16:52:46
Subject: Re: And yet another all nighter! :/

Hi Vic,

Great! I will update the provisioning profiles ~~ont~~ the devices and get them to you by Friday morning. If I do not see a new list for the songs from you by tomorrow morning, I will send the devices without the new song list. It sounds like this is not an "urgent" issue before the meeting. Please send me the tracking information if you get a chance. I will stay at home tomorrow until I receive the devices.

Best Wishes,

-Jerry

## The email Mahabub forwarded

From: Jerry Mahabub
To: Victor Tiscareno
Date: Wed, 07 Apr 2010 16:52:46
Subject: Re: And yet another all nighter! :/

Hi Vic,

Great! I will update the provisioning profiles on the three iPod Touch devices and get them to you by this Friday first morning delivery. If I do not see a new list for the songs from you by tomorrow morning, I will send the devices without the new song list. It sounds like this is not an "urgent" issue before the meeting. Please send me the tracking information if you get a chance. I will stay at home tomorrow until I receive the devices. Too bad it may have to be postponed until next week, although, that might be better given that Steve will be relaxed from having a weekend getaway with his family. Perhaps this is why Phil is rescheduling for next week. He did say this was a very important factor, and he would know being Steve's top exec for Marketing. Perhaps this has been a very stressful week for the Apple executive management team. After a little over 9 months of working together, what's another few days. Besides, this will give you a chance to test and play with the new iPad demo app.

Best Wishes,

-Jerry

11

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: May 23, 2010 10:59 PM | From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: May 23, 2010 at 10:59 PM |
| Hi Vic, (Good airplane reading)<br>\* \* \*<br>Perhaps you should ~~let Steve Jobs know about our professional audio tools, and that~~ the Pixar/Dolby gig is simply not the right way to go. And we would love to prove it. We here at GenAudio would be delighted to mix one of the 3D Pixar films at my studio here in LA. We would absolutely crush any mix that anyone else or any other studio could produce – And that I am very confident about! Even better - Perhaps a little mix engineering face off would be the right way to go and Steve could easily approve for a segment of a theatrical mix session to be released to us so we can prove that we are superior to anything else that anyone else is doing to provide the audio solution for 3D films. If we could get a 3 minute segment of the theatrical mix session (Protools or Logic as our tools are both RTAS and AU) of any Pixar 3D film with a lot of gag effects and 3D action, I would be happy to show Pixar/Steve Jobs just what we are capable of doing ... The point – Take the Dolby 7.1 mix and we will show Pixar/Jobs both an integrated AstoundSurround 7.1 mix as well as a 2 channel mix that will blow their 7.1 and two channel fold-downs to shame. They will not be able to tell the difference between the 7.1 mix and our two channel mix, and the difference between their Dolby 7.1 mix and the AstoundSurround 7.1 mix will be like night and day. Let me know if that can be arranged, we would love to do that!!! :) In the words of our Company slogan - "Hear it...Believe it!".<br>\*\*\* | Hi Vic, (Good airplane reading)<br>\* \* \*<br>Perhaps you should **forward this email to directly to Steve. and that our thoughts on** the Pixar/Dolby gig is simply not the right way to go. And we would love to prove it. We here at GenAudio would be delighted to mix one of the 3D Pixar films at my studio here in LA. We would absolutely crush any mix that anyone else or any other studio could produce And that l am very confident about! Even better - Perhaps a little mix engineering face off would be the right way to go and Steve could easily approve for a segment of a theatrical mix session to be released to us so we can prove that we are superior to anything else that anyone else is doing to provide the audio solution for 3D films. If we could get a 3 minute segment of the theatrical mix session (Protools or Logic as our tools are both RTAS and AU) of any Pixar 3D film with a lot of gag effects and 3D action, I would be happy to show Pixar/Steve Jobs just what we are capable of doing ... The point Take the Dolby 7.1 mix and we will show Pixar/Jobs both an integrated AstoundSurround 7.1 mix as well as a 2 channel mix that will blow their 7.1 and two channel fold-downs to shame. They will not be able to tell the difference between the 7.1 mix and our two channel mix, and the difference between their Dolby 7.1 mix and the AstoundSurround 7.1 mix will be like night and day. Let me know if that can be arranged, we would love to do that!!! :) In the words of our Company slogan – "Hear it...Believe it!".<br>\*\*\* |

12

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: May 24, 2010 11:39 AM | From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: May 24, 2010 11:39 AM |

**The actual email:**

Hi Jerry,

Thank you for your ~~thoughtful~~ email.

~~I've~~ listened to the Kitaro demo, it provides a near seamless listening experience thru my 2ch earphones. ~~I did not have a chance to listen to this on a large system.~~

~~We'll just keep working on this, but have you thought of practical demos,~~ such as Astound vs Dolby's technology, much the same way you you provided the video-audio portiion of SRS vs JoeSoft vs ASE?? If you do it, make sure you level match the outputs even though they cheat and add gain and copius amount of EQ.

Vic

**The email Mahabub forwarded:**

Hi Jerry,

Thank you for your thorough email. We always enjoy reading your periodic long emails so no worries.

And yes. I agree with everything you said. We listened to the Kitaro demo, it provides a seamless listening experience thru my 2ch earphones and have forwarded this to the rest of the Sr. team. We listened to this on a large system. and you are correct. it sounded better than surround sound with the elevation cues and depth perception.

Can you create an AB demo, such as Astound vs Dolby's technology, much the same way you provided the video-audio portiion of SRS vs Joe Soft vs ASE?? If you do it, make sure you level match the outputs even though they cheat and add copius amount of EQ.

Steve has us looking very deep into other audio technology so he can better understand why yours is so much better.

We already did all this work with you, so I know, it may seem redundant. We simply do what he tells us to do.

I have forward your email on to Steve. He said he will give it a listen in his home theater.

This just might be what you need to get him to support this from the Pixar angle.

How are your meetings going with Disney?

Vic

13

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: May 25, 2010 12:12:22 AM<br>Subject: Re: This is interesting…and a long email | From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: May 24, 2010 23:12:22<br>Subject: Re: This is interesting…and a long email |
| Hi Vic,<br><br>Attached is a demo taken right off of Dolby's website ... You do not need an AB comparison to determine how BAD their "Dolby Mobile" technology is!<br><br>The big multi-billion dollar audio tech giant should be ashamed of themselves for promoting such garbage, and LG and Dolby locked up with their mobile phone/media player devices. I mean, if someone does not get that Dolby sucks and Astound rocks, they should seriously get their hearing checked ... It is that obvious!<br><br>~~Just give it a listen.~~ The center channel imaging is completely blown out and colorized (no artist would ever accept this for obvious reasons), on a phase meter it is WAY out of phase, and most important, it sounds terrible ... Not to mention around 4.5 db hotter when turned on. Yeah, let's make the technology and how bad it sounds really stand out! LOL<br><br>***<br><br>As much as I really do not like SRS and other falsely advertised "spatial audio technology" companies, they are certainly a step above the big Dolby, however, ALL of them are "parsecs" behind GenAudio. True innovation and new technologies come from years of real work, not a bunch of marketing hype ... Once a real technology is discovered and/or created and ready for market, then you can REALLY hype it up and win the game!<br><br>This, in my opinion, is the reason why Apple has been and will continue to be very successful by settling for nothing less than the best of the best and finding ways to bring such incredible technologies together to create amazing new product offerings for ANY consumer to enjoy with incredible ease of use! GenAudio follows in Apple's footsteps with that vision. Dolby and Microsoft, among many others, do not follow in that vision.<br><br>Best Wishes,<br>-Jerry | Hi Vic,<br><br>Attached is a demo taken right off of Dolby's website ... You do not need an AB comparison ==per your request== to determine how BAD their "Dolby Mobile" technology is ==compared to AstoundSound ... just listen to their own AB demo I captured right off their website today==! The center channel imaging is completely blown out and colorized (no artist would ever accept this for obvious reasons). on a phase meter it is WAY out of phase, and most important. it sounds terrible ... Not to mention around 4.5 db hotter when turned on. Yeah, let's make the technology and how bad it sounds really stand out! LOL<br><br>The big multi-billion dollar audio tech giant should be ashamed of themselves for promoting such garbage ==just to try and block real audio technology that works like AstoundSound,== and LG and Dolby locked up with their mobile phone/media player devices. I mean. if someone does not get that Dolby sucks and Astound rocks, they should seriously get their hearing checked .. .It is that obvious! ==I am hip to their antics over the years, and have no fear of their bogus hype!==<br><br>***<br><br>As much as I really do not like SRS and other falsely advertised "spatial audio technology" companies, they are certainly a step above the big Dolby, however, ALL of them are "parsecs" behind GenAudio. True innovation and new technologies come from years of real work. not a bunch of marketing hype ... Once a real technology is discovered and/or created and ready for market, then you can REALLY hype it up and win the game!<br><br>This, in my opinion, is the reason why Apple has been and will continue to be very successful by settling for nothing less than the best of the best and finding ways to bring such incredible technologies together to create amazing new product offerings for ANY consumer to enjoy with incredible ease of use! GenAudio follows in Apple's footsteps with that vision. Dolby and Microsoft, among many others, do not follow in that vision.<br><br>==For Disney - I am talking to one of the audio directors on the phone tomorrow afternoon. It looks like we will be in there for our mix engineering training test session at the end of this month. I will let you know how everything goes.==<br><br>Best Wishes,<br>-Jerry |

14

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: June 30, 2010 12:10 PM | From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: June 30, 2010 12:10 PM |

Hi Jerry,

I have a meeting tomorrow.

Is the ~~the~~ latest and greatest prezo to date.

I think it is ...

Vic

---

Hi Jerry,

I have a meeting with Steve and our internal Acoustics R&D expert tomorrow.

Is the latest and greatest prezo that I have to date? I think it is ...

How did the Disney meeting go?

Vic

15

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: July 2, 2010 11:29 AM | From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: July 2, 2010 11:29 AM |

| | |
|---|---|
| Hi Jerry | Hi Jerry |
| I have to meet on Wed July 7, 11:00am | I have to meet on Wed July 7, 11:00am. Is that a good time for you? |
| Is that a good time for you? | I added Ron to the meeting. Will you have the new Kext with the additional EQ for us to play with by then? Ron wants to do some adjustments with you and Jim Tenneboe in real-time while you are here. I would plan on staying here for at least a couple of hours. Ron may request that we go under a heavier NDA as we already discussed for the purpose of development where we would be giving you and your team access that is not included in any of our SDK's. This may be necessary to get things put together from a deployment perspective as we want to keep the momentum we have. |
| I added Ron to the meeting, ~~but not confirmed he's coming.~~ | |
| Also, I would like to arrange a meeting with a couple of guys on the team, one you know, Barry Corlett. | Also, I would like to arrange a meeting with a couple of guys on the team, one you know and have met with several times, Barry Corlett. |
| The other person is Andrew Bright (phd in acoustics). | The other person is Andrew Bright (phd in acoustics) as requested by Steve himself. Steve has really taken an ineterst in your technology and wants to understand it better. Also, Steve would like to have an initial introduction to you during this meeting, just a simple handshake meeting with him, so no need to get out the steel underwear just yet! He is anxious to meet you in person and ask you a few questions. I let him know yesterday that your meeting with Disney was a success, and that perked his ears up!!! |
| No date yet, and Barry will be out next week or I'd somehow I'd combine your trips into one. :)<br>Vic | No date yet, and Barry will be out next week or I'd somehow find a way to combine your upcoming trips to Cupertino into one. :)<br>Vic |

16

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: July 2, 2010 12:47 PM<br>Subject: Re: Technical Presentation… | From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: July 2, 2010 11:47 AM<br>Subject: Re: Technical Presentation… |
| Hi Vic,<br><br>Green on my screen! :) See you at 11am on Wednesday, July 7th. ~~Hopefully Ron can attend, and as we discussed,~~ I am having ~~our dev team~~ add 5 bands of parametric EQ for the Center Channel (mid-processing), and 5 bands of EQ for the side signal processing. We will leave in the 4 bands of HRTF Notch Filters/EQ and 4 bands of post processing parametric.<br><br>Actually, this is the exact setup we have for our professional audio plug-in, so this should do the trick as far as enabling the ability to significantly reduce any intensive reverb perception when our processing is turned on, in particular, for 90's style mixes that have a strong reverb tail mixed to the side signal ~~for the mid signal vocal track in the mix session.~~ Then, when we adjust the % center bypass, we should be golden.<br><br><br><br><br><br>You say jump I say how high!!! Whenever and wherever you need me I will be there. Just let me know when Barry and the Andrew are available for a meeting.<br><br>Have a great day! :)<br>Best Wishes,<br>-Jerry | Hi Vic,<br><br>Green on my screen! :) See you at 11am on Wednesday, July 7th. I am having **one of my software team members** add 5 bands of parametric EQ for the Center Channel (mid-processing), and 5 bands of EQ for the side signal processing. We will leave in the 4 bands of HRTF Notch Filters/EQ and 4 bands of post processing parametric. **He should have this done within 3 days in accordance with our discussion last night.**<br><br>Actually, this is **close to** the exact setup we have for our professional audio plug-in **(with the exception of we have no specific EQ for side signal processing),** so this should do the trick as far as enabling the ability to significantly reduce any intensive reverb perception when our processing is turned on, in particular, for 90's style mixes that have a strong reverb tail mixed to the side signal **and is harmonically connected to the mid signal vocal track. After making these EQ adjustments,** we adjust the % center bypass **alongside the center channel and side signal EQ matching, and** we should be golden **and create a deployment ready set of presets for Mac division. This may take a few weeks to nail down, however, it is not a brick wall by any means and with the additional horsepower of the Mac computers over the portable CE devices given the more powerful processors, I am sure the slight increase in processor expense will be close to negligible and not affect deployment of embedding AstoundExpander via the kext for Mac based product offerings. As we discussed, I believe the iPod, iPhone, and iPad do not require these additional EQ parameter settings, only for Mac side …**<br><br>You say jump I say how high!!! Whenever and wherever you need me I will be there. Just let me know when Barry and Andrew are available for a meeting. **I too am anxious to finally meet the big man, and I am happy that it will be a very informal handshake first meeting so we can feel each other out before we put our business teams into negotiations. I am sure he has given a lot of thought to this, and with you letting him know that the Disney meeting was a success the other day, I am sure he will see upside from an investment in our tech from both the film and CE spaces.**<br><br>Have a great day! :)<br>Best Wishes,<br>-Jerry |

17

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: 09/06/2010 15:55:37<br>Subject: re: new test app ... | From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: 09/06/2010 15:55:37<br>Subject: re: new test app ... |
| Hi Vic, | Hi Vic, |
| Just checking in and hope you are enjoying the holiday weekend! :) | Just checking in and hope you are enjoying the holiday weekend! :) |
| We should have the port from our Quartz composer patch over to OpenGL by the 14th completed and all parameter settings exposed for Expander on the iPad. | We should have the port from our Quartz composer patch over to OpenGL by the 14th completed and all parameter settings exposed for Expander on the iPad. |
| Basically, this is the test harness app to determine the parameter settings for Ron, except on the iPad!  So, it should take you and your team no time to dial in the settings you like, and then hopefully we can finally move forward with a deployment level integration and get on with the business side/license deal. | Basically, this is the test harness app to determine the parameter settings for Ron, except on the iPad!  So, it should take you and your team no time to dial in the settings you like, and then hopefully we can finally move forward with a deployment level integration and get on with the business side/license deal. |
| I have to inform you that we just entered into license negotiations with another large consumer electronics company of which we are now under NDA with just as we are with Apple.  Although I cannot disclose the nature of the licensing deal, I can say that the products are not in the competitive landscape of Apple's product offerings, and I am still holding off on licensing to other companies in this space, but I cannot hold off for very long, especially with Narnia 3 coming out internationally in December of this year in Astound. | I have to inform you that we just entered into license negotiations with another large consumer electronics company of which we are now under NDA with just as we are with Apple.  Although I cannot disclose the nature of the licensing deal, I can say that the products are not in the competitive landscape of Apple's product offerings, and I am still holding off on licensing to other companies in this space, but I cannot hold off for very long, especially with Narnia 3 coming out internationally in December of this year in Astound. |

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: 09/06/2010 15:55:37<br>Subject: re: new test app … | From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: 09/06/2010 15:55:37<br>Subject: re: new test app … |
| | Not to sound harsh, however, you would think that after 14 months of working with you night and day practically, that Apple would get the lead out and ink a deal with GenAudio for the portable handheld CE devices before somebody else comes in and takes that away. With Steve Job's knowledge of the film industry, how could he not get this? Perhaps he does and is waiting or figuring things out in his head, perhaps he was busy gearing up for the fall product announcement that we should have been a part of, perhaps he just does not care about the technology. I am going to hold off from licensing in this space for another month or two, and then I am sorry, I will be compelled to enter into license deals with other large companies, and Apple will miss the boat. I know in my gut that this is not the way things should be going down with Apple, so let's try and get the tech side completed so Apple can too negotiate a license deal (or acquisition deal) with my company before somebody else does and I will not have a choice but to say yes as my shareholders will crucify me if I do not. |
| Lastly, you might find it most interesting what the Sr. lead Mix engineer for Narnia 3 said to my pro-audio team last week at his studio up in Ojai while he was starting pre-dub for dialog on the Narnia 3 gearing up for final mixing at the stage in London on October 15, 2010, ""We have decided to not use the new Dolby 7.1 format that Disney is mandating for all of their films, we all felt that Jerry's software approach to this was the right way to go, and it actually worked light years better than the Dolby 7.1 when integrated into a standard 5.1 surround sound mix, which in turn requires theaters to make no new upgrades as is with this new gimmick 7.1 from Dolby". | Lastly, you might find it most interesting what the Sr. lead Mix engineer for Narnia 3 said to my pro-audio team last week at his studio up in Ojai while he was starting pre-dub for dialog on the Narnia 3 gearing up for final mixing at the stage in London on October 15, 2010, ""We have decided to not use the new Dolby 7.1 format that Disney is mandating for all of their films, we all felt that Jerry's software approach to this was the right way to go, and it actually worked light years better than the Dolby 7.1 when integrated into a standard 5.1 surround sound mix, which in turn requires theaters to make no new upgrades as is with this new gimmick 7.1 from Dolby". |
| You can only imagine how happy I was to hear that, although, for now, we will keep that one quiet and not pull the "hi I'm a Mac and I'm a PC" maneuver on them just yet…That comes later! :) | You can only imagine how happy I was to hear that, although, for now, we will keep that one quiet and not pull the "hi I'm a Mac and I'm a PC" maneuver on them just yet…That comes later! :) |
| Have a great day!<br>Best Wishes,<br>-Jerry | Have a great day!<br>Best Wishes,<br>-Jerry |