# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

---

## DECLARATION OF DANIELLE R. VOORHEES

---

I, Danielle R. Voorhees, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am a Trial Attorney in the Securities and Exchange Commission's ("SEC") Denver Regional Office, and I am one of the attorneys representing the SEC in this matter.

2. The attached Table of Exhibits ("Table") sets forth the Exhibits cited in the concurrently filed Plaintiff Securities and Exchange Commission's Motion for Summary Judgment Against Defendants Taj Jerry Mahabub And GenAudio, Inc.

3. The documents listed in the Table are true and correct copies of investigative testimony transcripts and exhibits, deposition transcripts and exhibits, other documents produced during the SEC's investigation that preceded this matter and in this litigation, and documents created by the SEC staff.

4. As indicated on the Table, the SEC staff has included excerpts of testimony, depositions, and large documents.

5. As indicated on the Table, the SEC has redacted Exhibits to exclude phone numbers, non-party email addresses, home addresses, account numbers, social security numbers, and the first names and contact information for non-testifying GenAudio investors.

6. The SEC staff has highlighted in yellow the cited and relevant portions of various Exhibits.

7. Exhibits 8, 29, 42, 44, 49, 57, and 73 consist of both "Clean Copies" and original deposition exhibits. The "Clean Copies" were created by the SEC staff, who deleted "code" from emails that contain a significant amount of "code" and are therefore difficult to read. As indicated within the "Clean Copies," the SEC staff also omitted information that it redacted from the corresponding deposition exhibits, and omitted some duplicative and non-cited information.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on March 24, 2017 in Denver Colorado.

*/s Danielle R. Voorhees*  
Danielle R. Voorhees  
Trial Attorney, Division of Enforcement

2