**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

        v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

**TABLE OF EXHIBITS TO PLAINTIFF SECURITIES AND EXCHANGE
COMMISSION'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS
TAJ JERRY MAHABUB AND GENAUDIO, INC.**

| MSJ Exhibit Number | Description |
|---|---|
| 1 | Excerpts of Investigative Testimony of Defendant Jerry Mahabub (Feb. 5 and 12, 2015) |
| 2 | Excerpts of Deposition of Defendant Jerry Mahabub (Jan. 19 and Feb. 8, 2017) |
| 3 | Excerpts of GenAudio Private Placement Memoranda (Mar. 15, 2010) (Dep. Ex. 2) (redacted) |
| 4 | Excerpts of GenAudio Private Placement Memoranda (Apr. 22, 2011) (Dep. Ex. 10) (redacted) |
| 5 | Excerpts of Investigative Testimony of Jim Wei-Kung Mattos (Feb. 9, 2015) |
| 6 | Excerpts of Deposition of Jim Wei-Kung Mattos (July 22, 2016) |

| MSJ Exhibit Number | Description |
|---|---|
| 7 | Excerpts of Deposition of James T. Devine (July 19, 2016) |
| 8 | Emails from Mahabub (July 7, 2009) (Clean Copy and Dep. Ex. 202) (redacted) |
| 9 | Emails from Mahabub (Mar. 18-19, 2010) (Dep. Ex. 28) (redacted) |
| 10 | Emails from Mahabub (Mar. 21, 2010) (Dep. Ex. 29) (redacted) |
| 11 | Summary of Mahabub's Personal Stock Sales |
| 12 | Affidavit of Jerry Mahabub and Exhibit D to Affidavit (Feb. 17, 2014) (Dep. Ex. 271) (redacted) |
| 13 | GenAudio Inc. Schedule of Financing (Dep. Ex. 6) (redacted) |
| 14 | 2010 Offering Materials "Dear Shareholders" Letter (Mar. 15, 2010) (Dep. Ex. 76) |
| 15 | 2011-2012 Offering Materials "Dear Shareholders" Letter (Apr. 22, 2011) (Inv. Ex. 17) (redacted) |
| 16 | Excerpts of GenAudio's Supplemental Response to SEC's First Requests for Production of Documents (Sept. 9, 2016) |
| 17 | Email from Mattos to Shareholders (June 2, 2010) (Inv. Ex. 29) (redacted) |
| 18 | Email from Mahabub (May 2, 2010) (Inv. Ex. 62) (redacted) |
| 19 | Emails from Mahabub, Mattos, and an investor (June 15, 16, 2010 (JM002375 - JM002380) (redacted) |
| 20 | Emails between Mattos and an investor (Apr. 23, 2012 and May 7, 2012) (Inv. Ex. 84) |
| 21 | Investor File Documents (GA001199–1203) (dated Aug. 31, 2010) (redacted) |
| 22 | Investor File Documents (GA001094-98) (dated Aug. 25. 2010) (redacted) |
| 23 | Investor File Documents (GA001144-48) (dated July 28, 2010) (redacted) |

| MSJ Exhibit Number | Description |
|---|---|
| 24 | Investor File Documents (GA001422-26) (dated Aug. 31, 2010) (redacted) |
| 25 | Investor File Documents (GA001519-23) (dated July 28, 2010) (redacted) |
| 26 | Investor File Documents (GA000742-61) (dated Apr. 29, 2011, June 7, 2011, March 16, 2012) (redacted) |
| 27 | Emails between Mattos and an investor (June 20, 25 and 28, 2010) (Dep. Ex. 45) (redacted) |
| 28 | Emails between Mattos and an investor (Aug. 2 and 30, 2010) (Dep. Ex. 47) (redacted) |
| 29 | Emails from Mahabub (July 2 and 3, 2009) (Clean Copy and Dep. Ex. 242) (redacted) |
| 30 | Excerpts of Deposition of Dell Skluzak (Feb. 7, 2017) |
| 31 | Excerpts of Investigative Testimony of Paul Powers (Feb. 27, 2015) |
| 32 | Excerpts of Investigative Testimony of Dell Skluzak (Dec. 15, 2014) |
| 33 | Excerpts of Investigative Testimony of Michael Elliott (Apr. 8, 2015) |
| 34 | Email from Mahabub regarding "Embedded Software SDK/test suite …" (Mar. 21, 2010) (Dep. Ex. 30) (redacted) |
| 35 | Excerpts of Investigative Testimony of Victor Tiscareno (Dec. 3, 2014 and Apr. 29, 2015) |
| 36 | Investigative Testimony of Michael Hailey (Apr. 21, 2015) |
| 37 | Excerpts of Investigative Testimony of Ronald Isaac (Apr. 15, 2015) |
| 38 | Excerpts of Deposition of Ronald Isaac (Jan. 13, 2017) |
| 39 | Excerpts of Deposition of Victor Tiscareno (Dec. 16, 2016) |
| 40 | Emails from Mahabub on May 6, 2010 and from Skluzak and Tiscareno regarding on Oct. 30, 2013 (Dep. Ex. 16) (redacted) |
| 41 | Emails from Mahabub and Tiscareno (Sept. 30, 2011) (Dep. Ex. 268) |

| MSJ Exhibit Number | Description |
|---|---|
| 42 | Emails from Mahabub (Aug. 9-10, 2009) (Clean Copy and Dep. Ex. 204) (redacted) |
| 43 | Emails from Mahabub (Aug. 9, 2009) (Dep. Ex. 203) (redacted) |
| 44 | Emails from Mahabub (Sept. 13-14, 2009) (Clean Copy and Dep. Ex. 206) (redacted) |
| 45 | Emails from Mahabub and Isaac (Sept. 1-4, 8, and 13, 2009) (Dep. Ex. 205) (redacted) |
| 46 | Emails from Mahabub (Oct. 2, 2009) (Dep. Ex. 21) (redacted) |
| 47 | Emails from Mattos and Mahabub (Oct. 18 and 19, 2009) (Dep. Ex. 22) (redacted) |
| 48 | Email from Mahabub (Oct. 19, 2009) (Dep. Ex. 23) (redacted) |
| 49 | Emails from Mahabub (Nov. 28 and 30, 2009) (Clean Copy and Dep. Ex. 209) (redacted) |
| 50 | Emails from Mahabub (Nov. 28 and 30, 2009) (Dep. Ex. 208) (redacted) |
| 51 | Emails from Mahabub and (allegedly) Tiscareno (Feb. 12, 2010) (Dep. Ex. 26) (redacted) |
| 52 | Emails from Tiscareno and Mahabub (Feb. 12, 2010) (Dep. Ex. 27) (redacted) |
| 53 | Emails from Mahabub and Tiscareno (SEC-TiscarenoV-E-0001040-41) (Apr. 4-5, 2010) (redacted) |
| 54 | Email from Mahabub and Tiscareno (SEC-TiscarenoV-E-0001109) (Apr. 27, 2010) (redacted) |
| 55 | Email from Mahabub to Tiscareno (SEC-TiscarenoV-E-0001115) (May 5, 2010) (attachment omitted) (redacted) |
| 56 | Emails from Mahabub and Tiscareno (SEC-TiscarenoV-E-0001119-20) (May 5, 2010) (redacted) |

| MSJ Exhibit Number | Description |
|---|---|
| 57 | Emails from Mahabub and Tiscareno (Apr. 7-8, 2010) (Clean Copy and Dep. Ex. 213) (redacted) |
| 58 | Emails from Mahabub and Tiscareno (Apr. 7, 2010) (Dep. Ex. 212) (redacted) |
| 59 | Emails from Mahabub and investor Cohen (Apr. 30 to May 4, 2010) (Dep. Ex. 214) (redacted) |
| 60 | Emails from Mahabub and E. Mazer (May 6, 2010) (Dep. Ex. 216) (redacted) |
| 61 | Emails from G. Smith, P. Savio, Mahabub and (allegedly) Tiscareno (May 24-25, 2010) (Dep. Ex. 31) (redacted) |
| 62 | Emails from Mahabub and Tiscareno regarding (May 24-25, 2010) (Dep. Ex. 32 (redacted) |
| 63 | Transcript of Investor Audio Presentation (produced as "Inverstor_Audio_Printmaster _051410") (Dep. Ex. 263) |
| 64 | Emails from Mattos (Oct. 27, 2014), Mahabub and (allegedly) Tiscareno (June 30 – July 2, 2010) (Dep. Ex. 34) (redacted) |
| 65 | Emails from Mahabub and Tiscareno regarding (May 5, June 30, July 1-2, 2010) (Dep. Ex. 35) (redacted) |
| 66 | GenAudio Shareholder Letter (Aug. 1, 2010) (Dep. Ex. 196) (redacted) |
| 67 | Excerpts of Deposition of Michael Hailey (Jan. 23, 2017) |
| 68 | Emails from Mahabub to Michael Hailey (SEC-TiscarenoV-E-0000966) (Jan. 5, 2010) (redacted) |
| 69 | Telephonic Meeting Minutes (Sept. 25, 2009) (Dep. Ex. 72) |
| 70 | Emails from Jim Mattos (Nov. 9 and Nov. 13, 2009) (Dep. Ex. 24) (redacted) |
| 71 | Emails from Mahabub, P. Savio, and Mattos (Nov. 25, 2009) (Dep. Ex. 73) |
| 72 | GenAudio Shareholder Letter (Aug. 28, 2010) (Dep. Ex. 264) (redacted) |

| MSJ Exhibit Number | Description |
|---|---|
| 73 | Emails from Mahabub regarding "new test app …" (Sept. 6-7, 2010) (Clean Copy and Dep. Ex. 266) (redacted) |
| 74 | Email from Mahabub regarding "new test app …" (Sept. 6, 2010) (Dep. Ex. 265) (redacted) |
| 75 | Email from Mahabub (Sept. 24, 2010) (Dep. Ex. 130) (redacted) |
| 76 | Email chain involving Mattos, Mahabub and investors (Mar. 29 and 30, 2011) (Dep. Ex. 40) (redacted) |
| 77 | Excerpts of Deposition of Michael Elliott (Jan. 18, 2017) |
| 78 | Excerpts of Investigative Testimony of Dean Eldridge (Apr. 6, 2015) |
| 79 | Excerpts of Investigative Testimony of Mark Bobak (Mar. 3, 2015) |
| 80 | Excerpts of Investigative Testimony of Tim Herdt (Apr. 10, 2015) |
| 81 | Email from Mahabub (Sept. 14-15, 2010) (Depo. Ex. 131) (redacted) |
| 82 | Shareholder Progress Report February 26, 2011 (Depo. Ex. 267) (redacted) |
| 83 | Demonstrative 1 |