## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

      Defendants.

---

## UNOPPOSED MOTION OF JEFFREY G. BENZ TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ASTOUND HOLDINGS, INC.

---

I, Jeffrey G. Benz, a member of the bar of this Court and counsel appearing herein for Defendant Astound Holdings, Inc. ("Astound"), pursuant to D.C.COLO.LAttyR 5(b), do hereby submit my motion to withdraw as counsel in this proceeding on behalf of Astound on the bases set forth below:

1.      Jerry Mahabub, principal, Chairman, Director, and CEO of Astound, has failed to respond to my emails regarding the case for months.  In addition, he has not responded to telephone calls or text messages.  I do not have a current address for Astound or Mr. Mahabub. By his own actions, or inaction, Mr.Mahabub has made my continued representation of Astound impossible; I simply cannot represent a corporate client that has no effective business person providing direction.

2.      In addition, Astound has not paid the agreed upon amounts for my representation of Astound in this case since January 2016.  Mr. Mahabub has repeatedly promised payments

that have never materialized.  The total amount owed is substantial, and to required me to continue in this representation would work a hardship on me and my firm.  I understand that Mr. Mahabub has had similar payment issues with other firms that have represented him in connection with other proceedings and transactions.

3.     Mr. Mahabub has been advised by me by email at his last known, and commonly used, email address (jerry@astoundholdings.com) of the following as required by the local rules:

a.     That Astound is responsible for complying with all court orders and time limitations established by applicable statutes and rules.

b.     That Astound may not appear in the case without counsel admitted to the bar of this Court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against Astound.  I emphasized that Astound would not be able to continue to function in this litigation absent Astound finding new counsel.

c.     That if substitute counsel does not enter an appearance on behalf of Astound within two weeks of an Order granting this motion to withdraw, the SEC may seek default judgment or other sanctions against Astound which could have negative effects on Astound and the other defendants.

d.     I never received a response to this emailed notice from Mr. Mahabub.

4.     Pursuant to the requirements of the Local Rules, I have conferred with the Securities and Exchange Commission ("SEC") and their counsel has said the SEC does not oppose this request.  At various times throughout this case I have communicated my intention to seek to withdraw to the other defense counsel and they have expressed no objection.

5.     No trial date has been set yet in this case.

6.      Mr. Mahabub will be sent a copy of this motion to withdraw at his last known email address.

7.      It would serve the interests of justice for the Court to grant permission to Jeffrey G. Benz to withdraw from further representation of Astound in this case.

8.      Accordingly, I respectfully request that this Court grant my motion to withdraw as counsel for Astound forthwith.

Dated:  April 24, 2017                    /s/ JEFFREY G. BENZ
                                          _____
                                          Jeffrey G. Benz
                                          BENZ LAW GROUP
                                          12021 Wilshire Blvd., Ste. 256
                                          Los Angeles, CA 90025
                                          Telephone:  (310)570-2774
                                          Facsimile:  (310)975-1214
                                          Email:  jeffreybenz@gmail.com
                                          *Attorneys for Defendant*
                                          *Astound Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, a true and correct copy of the foregoing was served

via E-mail to the following parties:

> Leslie J. Hughes, Trial Counsel
> Danielle R. Voorhees, Trial Counsel
> SECURITIES AND EXCHANGE COMMISSION
> 1961 Stout Street, Suite 1700
> Denver, CO 80294-1961
> Ph: (303) 844-1000
> Email: HughesLJ@sec.gov
> Email: VoorheesD@sec.gov
> *Attorneys for Plaintiff Securities and Exchange Commission*
>
> Michael P. McCloskey, Esq.
> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
> 655 West Broadway, Suite 900
> San Diego, CA 92101
> Email: michael.mccloskey@wilsonelser.com
> *Attorney for Defendant GenAudio, Inc.*
>
> _____
>
> Andrew B. Holmes
> HOLMES, TAYLOR & JONES LLP
> The Oviatt Building
> 617 South Olive Street, Suite 1200
> Los Angeles, CA 90014
> Email: abholmes@htjlaw.com
> *Attorneys for Defendant Taj Jerry Mahabub*
>
> *JEFFREY G. BENZ//S//*
> Jeffrey G. Benz, Esq.
> BENZ LAW
> 12021 Wilshire Blvd., Suite 256
> Los Angeles, CA  90025
> Email: jeffreybenz@gmail.com
> *Attorney for Astound Holdings, Inc.*