# EXHIBIT 151

From: "Tony Fadell" <tfadell@apple.com>
To: Jerry <jerry@genaudioinc.com>
Cc: "Jesse Dorogusker" <jesse@apple.com>, "Victor Tiscareno" <vmt@apple.com>
Bcc:
Date: 12/27/2006 10:45:16 am
Subject: Re: New emerging Audio Technology...
Attachments:

---

Hello Jerry,

Thanks for your email. The best persons in my team to evaluate your technology are cc'ed above. They will take it from here.

Happy New Year,
Tony Fadell
SVP, iPod Division, Apple

On Dec 27, 2006, at 5:34 AM, Jerry wrote:

> Hi Tony, (Sorry about the introductory thesis!)
>
> My patent attorney, Craig Hemenway, also does some Patent work for Apple iPod division and we went to RPI together back in the late 80's. I think you might enjoy checking out our latest sound localization technology, AstoundSound™. I am the inventor. Over 14 years of R&D and the past 4 years of biz development...I, much like you, have led several state of the art technology development teams with a background in Physics and ECSE. I have switched gears for the past 7 years and morphed to the business side. We are a rare breed -- To have the competence to truly understand the technology side and simultaneously be a business leader. I guess we must of all learned a lot by watching Steve back in the day with our Apple IIe (my first Computer)...and Beagle Bros.)
>
> If you get a few minutes, please check out our website at www.genaudioinc.com and download the first demo (click on the Demos section)...Transfer it over to your iPod (or play it with iTunes), put your headphones on, sit back and relax, close your eyes, and press play...It is pretty self explanatory and I recommend you listen to the entire 5 minutes of the demo. Indeed, we have a stub application to do this kind of unique digital signal processing on the fly and the technology can be embedded onto a very small surface mount integrated circuit and can also be applied via online processing (e.g. - iTunes aac encoded downloads), although we would have to work together to make the software compliant with aac. It would take less than a month for such compatibility and integration with the current state of the stub application.
>
> Let me know what you think and perhaps we can chat sometime if you are interested in taking a look under the hood. I hope we can do business together and partner to turn the world onto a true technology differentiator that blows discrete multi-channel audio away and only requires two speakers (stereo) with no special decoding or encoding...Simply process and voile!
>
> Oh yeah, we develop everything under Mac OS X using XCODE 2.4. Our entire office is Mac based and our Protools HD studio is powered by the dual 3.0 duo-core...What a "SICK" machine for intensive audio DSP. My hats off to the chefs.
>
> Last, I liked your website!
>
> Best Wishes and Happy Holidays,
>
> Jerry Mahabub, *Chairman & CEO*
> GenAudio, Inc.
> 12999 E. Adam Aircraft Circle, Ste. 200
> Englewood, CO.
> 80112


EXHIBIT 79
V. Tiscareno

E-mail: jerry@genaudioinc.com

(LL)-(303)-865-8830 x100
(F)-(303)-865-8834
(M)-(720)-938-1780



<image.jpg>

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

SEC-TiscarenoV-E-0001884