# EXHIBIT 153

GenAudio In Person Meetings

1. 2-14-2007
2. 2-15-2007
3. 3-1-2007
4. 6-18-2009
5. 7-30-2009
6. 8-11-2009
7. ~ 8-26-2009
8. 9-16-2009
9. 10-1-2009
10. 11-5-2009
11. 2-11-2010
12. 7-7-2010
13. 9-16-2010
14. 9-23-2010
15. 12-1-2010