# EXHIBIT 154

From: Jerry <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 02/14/2007 07:16:11 pm
Subject: re: Thank you...
Attachments: image.jpg



Hi Victor,

I just wanted to thank you very much for having lunch and meeting with me earlier today. That was cool seeing Tony Fadell as he was walking in after lunch! I very much so enjoyed the time we spent and I hope that the little "teaser" demo helped you to start to get a feel for what our Company has that no other Company has on the face of this planet.

Let me know if Tony Fadell or Eddie Cues (or anyone else that may have an interest in seeing the presentation) will be able to attend. That would be great!

I was most impressed with your ability to follow everything that I was saying...I usually lose people within the first 5 minutes when it comes to tech talk. On the business side, I have learned over the years to adopt the KISS method (keep it simple stupid - which helped out considerably when I was presenting to Investment Bankers over the past couple of months).

I was particularly delighted that you brought up iPhone (without me even bringing it up), and that you saw the vision for how AstoundSound™ fits in for a potential conference call feature. This would certainly add to the various revolutionary technologies that are being integrated into iPhone...And best of all, it is nothing more than a software application that runs on OS X (which, in my view happens to be the best operating system on the face of this planet, especially with lightning fast Objective C Cocoa application development using XCODE/Interface builder tools...).

Last, I would like to sincerely thank you for helping me with what the presentation materials should be, showing me the conference room where Ted Cohen and I will be presenting to get a feel for the setup, giving me your discount at the Apple store, and your enthusiasm for this to work out for both of our Companies.

After 15 years of waiting, I am finally ready to initiate commercialization of "my baby" (as my Sr. Management team likes to call it). Of course, I had no choice in my mind but to come to Apple first! You have really helped me to accelerate the process and I have not even presented yet.

Everything will come into focus at the upcoming presentation on March 1, 2007.

May the world never listen to audio the same way, ever again...

Best Wishes,

**Jerry Mahabub** — Chairman, President & CEO

GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

Phone: (303)-865-8830
Fax:   (303)-865-8834
Mobile: (720)-938-1780

SEC-TiscarenoV-E-0001842

email: jerry@genaudioinc.com
URL: www.genaudioinc.com



SEC-TiscarenoV-E-0001843