# EXHIBIT 155

From: Jerry <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 02/15/2007 10:43:38 pm
Subject: re: Thanks again...
Attachments:

Hi Victor,

Just a quick note to extend my appreciation for helping to put this together.  I was very happy to meet with your associate (forgot his name??) at Apple today.  He is very knowledgeable and I enjoyed both of your feedback with respect to how the presentation should flow...

We actually figured out what the glitchy audio output was from - I had way too many things running in the background when we took a peak using Activity Monitor, and when I stopped a few of the processes it immediately played back without error...OOPS!

Having said that, this will certainly not happen at the presentation!

Also, the person who runs the Lab told us that sometimes people give their presentations in the Lab...Do you think this might be a better place to give the presentation as opposed to the conference room?  Either way is fine by me, however, it may bet good to present in the Lab...Just let me know what you think.

Last, I am very happy that you and your associate want to do this as a "hardware" integration as opposed to a software implementation...I suppose that both ways (depending on what features and functionality a user may be looking for) would be good to present such that most of the options can be laid out on the table.

We will see each other on March 1, 2007!

Best Wishes,

-Jerry



SEC-TiscarenoV-E-0001840