# EXHIBIT 156

EXHIBIT 84
V. Tiscareno

From: Jerry <jerry@genaudioinc.com>
To: "DJ Novotney" <dj@apple.com>
Cc: "Victor Tiscareno" <vmt@apple.com>, <ccooke@apple.com>, <natej@apple.com>, "Ted Cohen" <ted@tagstrategic.com>, "Gary Smith" <gary@genaudioinc.com>, "Stephan M. Bernsee" <smb@dspdimension.com>, "Jerry Bentley" <djakillez@yahoo.com>
Bcc:
Date: 03/02/2007 07:06:56 pm
Subject: Re: Moving forward...
Attachments:

---

Hi DJ,

Good to hear back from you. We will immediately start working on the demo segments.

I will be taking a day or two to go skiing of course (I used to compete -- Bumps, bumps and more bumps, although, these days my knees have not been in the best shape (and the gut has got to go) so I tend to go for the fresh pow steep and deep tree chutes or wide open bowls!)....It makes for a good combination -- Entrepreneur/Physicist/Skier!
   Perhaps sometime in the future you can visit "our house" and check out our office/studio and if you like skiing, perhaps we can spend a little time on the Mountain (A-Basin stays open until July usually)...

To make sure we are all on the same wavelength (in the gamma ray part of the electromagnetic spectrum):

1. Extract (sample) the stereo mix from a DVD and process using our AstoundStereo™ technology.
2. Extract (sample) the 5.1 splits from a DVD and process using our AstoundSurround™ technology and output via 2-channel audio (stereo).
3. For the purpose of demonstration, we will sync the audio and video using Final Cut, however, the goal is to process both the stereo and 5.1 splits in real-time and provide Apple with a back-end solution that can be integrated into Apple's iPod, iPhone, and perhaps Apple TV.

Once I get back to Colorado the development team and I will discuss your concerns about processing and I will get back to you ASAP with information with respect to latency and instructions per second...As I said before, latency should not be an issue once we either create an analogous filter set with a reduced number of coefficients on both the left and right side for every filter on the unit sphere, and/or tranform the FIRs to IIRs (which would be the optimal solution).

Please email or call me anytime.

See you in the near future.

Best Wishes,

Jerry

On 3/2/07 4:25 PM, "DJ Novotney" <dj@apple.com> wrote:

> Jerry,
>
> What ever solution works the best, I'm not particularly picky. As I said here's what I'd like to see:
>
> DVD with the following audio solutions:
>
> - 2.0 stereo direct off the DVD
>
> - 5.1 surround sound direct off the DVD
>
> - 5.1 surround sound optimized by AstoundStereo to sound most realistic back to the 5.1 surround

SEC-TiscarenoV-E-0001812

sound out of 2 front L&R speakers. (this should be the optimal setting for a standard living room and you guys pick the x,y,z location of where you think the speakers would be in virtual space).

Video Clips:

- pick 3-5 good sections that have back to front, left to right, top to bottom style sounds (cars, pirates of the caribbean, king kong, etc. (pick selections from new releases and top box office draws)

Processing:

- want to understand latency of something we could do on the fly in a DSP and how many mips

- the samples all need to be something that can be done on the fly

- let's focus on taking audio from dvds and proving out the AstoundStereo, we understand this audio will be pre-processed and put back with the video tracks, we do not want this long term, but is the best/simplest way to do the demo.

Burn us a couple copies and get them off as soon as possible.

Thanks
DJ


On Mar 1, 2007, at 10:39 PM, Jerry wrote:

> Hi Victor, DJ, Nathan and Conrad:
>
> Gary, Stephan, Bentley, Ted and I would like to thank you very much for inviting us into your house. Again, I have patiently waited for 15 years to present to Apple and what a good feeling it is to finally do so.
>
> Although we approached the presentation from a "front-end" product solution standpoint, we will start to work on your request to process movies in AstoundStereo™ in real-time and provide you with a "back-end" solution for demonstration to your co-workers (I believe that this is direction you were moving in?). This makes much sense to me as the iPod and upcoming iPhone output both Audio and Audio/Video files so both should be able to be processed in AstoundStereo™. Initially, my understanding is that you would like for us to process in AstoundStereo™ a couple of Movie segments from more recent films. One of the films brought up during the presentation by DJ was King Kong.
>
> Do you have any other requests for specific titles you would like for us to process in AstoundStereo™ as a part of your technology due diligence?
>
> For "proof" purposes, perhaps we should simply process one of the films (e.g. King Kong) in AstoundStereo™ as a non-real time demo first? Then, we can start to write the code to make sure that latency is a negligible factor for real time processing of the audio component for Movies such that when the Audio and Video are "re-synchronized", it does not look like Kung Fu Theater! (Although, when I was in grade school, I was a big fan of Kung Fu Theater)...
>
> Realistically, this should not be a problem at all. For moving sound sources in "4D" space (3 spatial dimensions over time), the current filters are necessary to minimize tonal colorization characteristics and phase distortions. It also allows for exceptionally smooth transitions/paths. It would not be the case to have to use such High Definition filters for static AstoundStereo™ expansion processing as the localizations would be "static" and any movements that are experienced would simply be from the inherent

SEO-TisoarenoV-E-0001813

panning from the mix as opposed to a forced pan from cross-fading between two spatial coordinates over time and all interpolated filters in-between. By "scaling back" the filters length, among other cool DSP tricks (e.g, If the filter length is 2^n then we get two FFTs for the price of one), we can provide for the same integrity of localization cue applied to both the left and right side of an input stereo waveform. This, of course, would drastically reduce the "virtually" unnoticeable latency and provide for an incrdible AstoundStereo™ expansion experience that would be no different from the AstoundStereo™ expansion currently which uses the full-blown filter set.

After digesting our meeting today, we have already started to think about decreasing the length of the filters and creating analogous FIRs with no deterioration from the accuracy of the localization cues (Stephan will nail this!). In addition, our development team and I will be looking into converting the FIRs to IIRs which would make the entire HD filter set (currently as as a 360 MB cache file) reduced in size by an enormous amount yielding virtually a zero latency factor! This would be an optimal solution.

Having said that, I am confident GenAudio can provide a "back-end" solution that will work in accordance with your wants and needs, although, it will take just a bit to truly pin the tail on the donkey! There is really no black magic associated with performing such analogous filter computations, however, we have 7,337 localization points on the unit sphere alone which directly relates to how much time it may take to convert the entire filter set such that you can choose which "pre-select" you like best for the AstoundStereo™ on/off setting. The 7,337 filter sets (left and right), that are the heart of the AstoundSound™ core, are due to the intensely accurate resolution of the increments in both azimuth and elevation cues. If you would like a broken down table of the increments associated with both elevation and azimuth let me know and I will send it to you.

Last, are the movie downloads encoded in any specific format like aac encoded music files? If so, could you provide me with details on how to "decode" whatever encoding you may be using for iTunes movie downloads so we can run tests on Apple's specific file formats to include aac for music? Perhaps we would need to sign an NDA to move forward along these lines? We are Premiere ADC members and perhaps the NDA from this developer program covers us anyway? Just let me know...

We are looking forward to hammering down and developing a solution that not only works in accordance with your specs, but is commercially viable for licensing downstream and just as important, to provide Apple with a very strong technology and market differentiator (as Apple has always been well-known for having incredible differentiation across the board!).

Again, thank you very much for your time earlier today. I hope that you enjoyed the presentation. Please consider the free headphones as a house warming gift from all of us at GenAudio!

Please feel free to email or call me anytime with any questions you may have, specs you would like to share, etc....

Best Wishes,

**Jerry Mahabub** – Chairman, President & CEO


< image.jpg>

GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

SEC-TiscarenoV-E-0001814

Phone: (303)-865-8830
Fax:   (303)-865-8834
Mobile: (720)-938-1780
email:  jerry@genaudioinc.com
URL:   www.genaudioinc.com

DJ Novotney
Sr. Manager iPod Accessories
Apple Computer
1 Infinite Loop
MS: 81-2PT
Cupertino, CA 95014
Phone: (408) 974-2601
Fax: (408) 974-6611
dj@apple.com

SEC-TiscarenoV-E-0001815