# EXHIBIT 157

From: "Victor Tiscareno" <vmt@apple.com>
To: Jerry@genaudioinc.com
Cc:
Bcc:
Date: 06/19/2009 11:41:12 am
Subject: Re: additional people...
Attachments:

HI Jerry,

I'm setting up meetings around this device, so may I keep this demo for a week?
If there is any problem, call or write me asap.

Thanks!!

Vic
Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell


On Jun 18, 2009, at 10:58 AM, Jerry@genaudioinc.com wrote:

> No worries. I will have my professional driver in San Francisco
> take me
> to the Apple campus, and your thoughts are correct, Matthew is not a
> GenAudio employee nor is he a member of the business team. He was
> just
> very excited to come to the Apple campus and be a fly on the wall. I
> already let him know that it needs to be limited to essential people
> only
> and he completely understands.
>
> Did Doug Werner get in touch with you? I met him through a friend
> of his
> while mixing the Real D 3D trailer at the dub stage yesterday. You
> will
> be happy to know that we used our AU plug-ins with Apple's Logic to
> do the
> processing - unheard of at a dub stage as they are all protools based.
>
> See you in a couple of hours. It will only be myself. Just to make
> sure,
> could you provide me with the building number or name so I can let my
> driver know?
>
> Best Wishes,



SEC-TiscarenoV-E-0000095

```
>
> -Jerry
>
>
> Jerry,
> Even though this is an informal meeting, i.e no NDAs, I prefer to keep
> all Apple meetings to only to the most essential to conduct the
> meeting.
> Otherwise, we can't meet.
> It doesn't sound like Matthew is really on your business team.
>
> I'm sorry, thesee are rules we have to live with around here.
>
> Best
>
> Vic
>

<
```

SEC-TiscarenoV-E-0000096