# EXHIBIT 158

**From:** "Victor Tiscareno" <vmt@apple.com>
**To:** "Jerry Mahabub" <jerry@genaudioinc.com>
**Cc:**
**Bcc:**
**Date:** 07/30/2009 06:37:22 pm
**Subject:** Re: Song list...
**Attachments:**

Hi I'm on the plane so I need to keep this short. I call you tomorrow to confirm.

The tilt should work whether on stock mode or in astoundsound I'll call AS.

Vic

Sent from my iPhone 3G
---------------//////--------------

Victor Tiscareno
Apple, Inc
1 Infinite Loop
MS: 81-2TP
Cupertino, CA 95014

On Jul 30, 2009, at 4:06 PM, Jerry Mahabub <jerry@genaudioinc.com> wrote:

Hi Vic,

Great meeting with you again today and I am very happy that you liked the new demo. :)

Thank you very much for everything. I do hope that we will end up working on many projects together in the future!

I have my marching orders, and will correct the Tilt EQ function to stay on when Astound processing is bypassed.

Do you have any suggestions for songs you would like to have on the next revision of the demo?

Travel safe my friend and hope to see you within the next few weeks (anytime – just let me know).

Lastly, if possible, please ask Barry to let me know if there is an optimizing C compiler for ARM11...This will enable us to bring the processor expense WAYYYY down from it's currrent 12% utilization. We are hoping to get it within the 6 to 8% range, and then Apple should be able to take it from there to bring it down to 3 to 5% which is in the right ballpark for an embedded level solution.

See you in 2 to 3 weeks, and call or email me anytime for anything.

Best Wishes,

-Jerry



SEC-TiscarenoV-E-0000284