# EXHIBIT 159

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 08/11/2009 05:12:16 pm
Subject: Re: White noise tests...
Attachments:

Hi Vic,

Likewise, it was nice seeing you again as well.
We tested the EQ Palette and they all worked, however, that was on one of the three devices that we installed the demo app on, and it is very possible that something may have happened during the install, although I find this very unlikely, it is possible. I have tested both of the other devices, and one of them is also broken in the same place. Very strange indeed, as one of them is fully functional with no problems at all...

If necessary, I can always have my driver bring me back down tomorrow before I leave for LA, and deliver to you the fully functional device?

Let me know if this is necessary, and I will make sure you get a fully functional app running on the device. (LOL – I do not think I will ever call it the iPod again, it is now "THE DEVICE"...not just a device bu THE DEVICE!)!

I am very happy you like the demo. It was no easy task with the level matching and getting the parameters to interact as well as they are right now, however, I think indeed we nailed it on the nose with the settings and their corresponding gain stages/structures.

Call me anytime and any day if you have any questions.

-Jerry


On 8/11/09 2:43 PM, "Victor Tiscareno" <vmt@apple.com> wrote:


   Hi Jerry,

   Nice to see you today!!
   One quick note; under the Apple EQ settings, the DANCE button is broken, it simply cuts everything off from approx 250 Hz up.
   Don't panic!! I just wanted to let you know that you should review that whole EQ palette to make sure it working as Apple intended.
   I don't need that EQ button right now. I'll wring out the demo unit and look for any cracks in the system,.
   Give me a day to check it out.
   BTW, this is a great demo device, congratulations!!

   Vic


   Victor Tiscareno
   vmt@apple.com
   iPod Audio/Acoustics



SEC-TiscarenoV-E-0000336

(425) 417-1720 cell

On Aug 11, 2009, at 8:42 AM, Jerry Mahabub wrote:

> Hi Vic,
>
> Getting ready to head your way. Attached is a screenshot showing the output levels of each of the settings compared to "bypass" levels for L & R.
>
> The levels are shown in the "Headroom" part of the 5 plug-ins side by side. You will notice that both the "less" settings for Speaker and Headphone are level matched, and actually, the Headphone Less setting is 0.1db lower than the bypassed signal. Both the More settings for Headphone and Speaker are about 1db over the bypassed signal.
>
> 1) The White Noise was generated in Logic Pro at –12db.
> 2) The level measurements were taken using an AU metering plug-in in Logic (each of the settings including bypass had the white noise run through it and I recorded it into Logic).
>
> See you at 10:30am.
>
> Best Wishes,
>
> -Jerry
> <White Noise Metering.png>

SEC-TiscarenoV-E-0000337