# EXHIBIT 160

**From:** "Jerry Mahabub" <jerry@genaudioinc.com>
**To:** <mhailey@apple.com>, "Victor Tiscareno" <vmt@apple.com>
**Cc:**
**Bcc:**
**Date:** 09/16/2009 05:53:06 pm
**Subject:** re: Moving forward!
**Attachments:**

Hi Michael and Vic,

It was great to meet with you both today. I am confident my team and I can create the set of demos you requested on the fast track.

Two things:

1. Heard from my contact at Disney today about some deal between Apple and Disney regarding a 3D Beatles film title release. Sr. VP Post believes there is a good chance this will in AstoundSurround!!! Now that would be sweet, especially for songs like strawberry fields and Lucy in the Sky with Diamonds! :) We are also going to be working on several other 3D Disney film title releases, as in the next 2 years, they have 17 (as I know of right now) planned for theatrical and home theater release (DVD/Physical and digital distribution). Remember, Astound 2 channel requires no special hardware, so the entire world is coming very close to really enjoying the next upcoming standard for audio presentation in the near-term!

2. I might be able to get Activision to re-compile one of their FMOD or WWISE based audio engine implementations with OpenAL/AstoundNode. Then we can swap back and forth between currently used 3D game engines, and show just how much we kick their ass (like Mt. Vesuvius wiping out Pompeii) - And for Apple to offer such a real-time 3D game audio engine would truly be a revolution to the game industry. If I can't get my contacts at Activision to move fast enough on this, there is another alternative, and that would be Stereo Expander applied during gameplay. Actually to do both would be the best way to do the demo on the gaming side. Your thoughts?

Looks like I am not leaving tomorrow to go back to my house on Venice Beach. Sticking around this weekend for Further Fest in Oakland (Phil Lesh and Bob Wier jamming together)...You guys should come if you have some time! I am going on Friday and Saturday night, however, there is also a Sunday show that I will not be going to.

Have a great day! :)

Best Wishes,

-Jerry



EXHIBIT
101
V. Tiscareno

SEC-TiscarenoV-E-0000534