# EXHIBIT 161

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 09/30/2009 03:27:16 pm
Subject: Re: iCal event: Jerry, GenAudio
Attachments:

Hi Vic,

Green on my screen!

-Jerry

On 9/30/09 1:24 PM, "Victor Tiscareno" <vmt@apple.com> wrote:

> Hi Jerry,
>
> Let me know if this time slot works.
>
> Vic
>
> Victor Tiscareno informs you of the event: Jerry, GenAudio, scheduled for October 1, 2009 at 2:30 PM. To add it to your calendar, click the link below.



SEC-TiscarenoV-E-0000556