# EXHIBIT 162

**From:** "Jerry Mahabub" <jerry@genaudioinc.com>
**To:** "Victor Tiscareno" <vmt@apple.com>
**Cc:**
**Bcc:**
**Date:** 10/01/2009 02:22:13 pm
**Subject:** re: Matlab response graphs...
**Attachments:** generated-speaker.jpg; generated-headphone.jpg

Hi Vic,

First, what building should I go to (Main or Marianni)?

Attached are the Matlab generated response graphs we have used to tailor the settings in accordance with the following (remember, these graphs are on a logarithmic scale):

1. Less (Headphone and Speaker) - An exact level match and response matches bypass mode
2. More (Headphone and Speaker) - 1db hotter when compared to the bypass mode
3. Less ActiveBass: +3db on the low end
4. More ActiveBass: +3db on the low end

I am anxious to see your test results to compare them against ours...We are looking at the entire system with our graphs, and using our own (very similar to yours) sine sweep.

See you in about 2 hours! :)

Best Wishes,

-Jerry



SEC-TiscarenoV-E-0000557