# EXHIBIT 163



**Received(Date):** Thu, 05 Nov 2009 23:11:38 -0700

   **Subject:** Re: see you soon...

    **From:** Jerry Mahabub <jerry@genaudioinc.com>

     **To:** Ronald Isaac <risaac@apple.com>

     **Cc:** Victor Tiscareno <vmt@apple.com>

    **Date:** Thu, 05 Nov 2009 23:11:38 -0700

Hi Ron/Vic:

Great seeing you both again earlier today.

**Vic** – Will call you on Saturday.

**Ron** – Anxious to play with the pre and post "Apple EQ/Crossovers" kexts. We should have these compiled within minutes after you send them and I will send them both back to you. I could not remember, should we change the UI to incorporate 16 para EQ bands, or leave it as is with 4 pre and 4 post (pre and post our processing)?

Please let Jim know it was a pleasure to meet him today.

Have a good evening! :)

Best Wishes,

-Jerry

On 11/5/09 12:22 PM, "Ronald Isaac" <risaac@apple.com> wrote:

Jerry,

I am aware of this issue, Here is a workaround:

- Please do not use the system volume keys for changing the gain, instead set it to the loudest gain and then use the application volume gain.

Best Regards,

Ron

On Nov 5, 2009, at 1:09 AM, Jerry Mahabub wrote:

Hi Ron/Vic:

Just letting you both know that I am in SF at St. Regis and will see you both today (technically).

CONFIDENTIAL

347APL-00000526

Ron, there is an interesting issue with volume/gain that is happening.

With possible regard to the systemVolume parameter, which is implemented in the AudioDeviceNotify and KernelDSPPlugin samples. We are seeing an odd issue where changing the system volume behaves differently on either side of issuing the dspBypass command to turn our processing on and off. This manifests as a sudden volume jump when toggling dspBypass.

The attached KernelDSPPlugin exhibits the same problem. Since it does not actually use the systemVolume parameter during processing, we assumed this was an oversight and simply attempted to turn this value from dB into a gain factor and applied during our processing. This, however, did not fix the issue.

Any idea what might be going on here?

I am here with four of my DSP dev team members, so if you happen to still be awake, please let us know.  This will not affect the demo for tomorrow, however, for future utilization, I would like to deliver this to you without this happening.  Perhaps we can solve it this evening.

-Jerry

CONFIDENTIAL

347APL-00000527