# EXHIBIT 164

**Received(Date):** Mon, 15 Feb 2010 20:17:15 -0800
  **Subject:**  Re: Swap Michael's device reminder...
     **From:**  Jerry Mahabub <jerry@genaudioinc.com>
       **To:**  Michael Hailey <mhailey@apple.com>
       **Cc:**  Victor Tiscareno <vmt@apple.com>, Ronald Isaac <risaac@apple.com>
     **Date:**  Mon, 15 Feb 2010 20:17:15 -0800

Got it...Thanks! :)

Best Wishes,

-Jerry

On 2/15/10 1:29 PM, "Michael Hailey" <mhailey@apple.com> wrote:

Hi Jerry

Close; please send to:

3 Infinite Loop, MS 303-4GJ

Cupertino, CA  95014    USA

Thanks,

Michael

On Feb 15, 2010, at 12:31 PM, Jerry Mahabub wrote:

Hi Michael,

I think I have the correct Mailstop (it helps to simply look at the label on the box, eh?)...

It is MS 301SHP – Is this correct?

-Jerry

On 2/15/10 12:20 PM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

Hi Michael,



CONFIDENTIAL

347APL-00000333

I received the device this morning and have loaded the music and video demos.

Please provide me with the correct address/mailstop to return the device. I will send it via FedEx (most likely tomorrow or Wednesday at the latest) so you should receive it by Wednesday or Thursday at the latest.

Have a great day!

Best Wishes,

-Jerry

On 2/12/10 11:59 AM, "Michael Hailey" <mhailey@apple.com> wrote:

Hi Jerry

I have the iPod touch and will have it sent back to you; tracking number to follow...

Thanks,

Michael

On Feb 12, 2010, at 11:15 AM, Jerry Mahabub wrote:

Hi Michael and Vic,

Great to see you both yesterday again, and much appreciated you disclosing to me the more realistic timeline. This will help me to determine the forward direction of GenAudio over the next 3 to 6 months. Of course, if anything changes, and the timeline is compressed/shortened, please inform me ASAP about this as Apple takes priority over everything else we are doing, including our business dealings with Warner Brothers among many others. We truly love Apple and will be there for you at the drop of a dime anytime any day.

Just a quick reminder to Vic to swap the device Michael has with one of the two devices that Vic has.

**Michael** – I forgot to load all the other demos (sync with iTunes) on your device yesterday that Vic delivered to you.

The other two devices are loaded with all the demos and the app.

**Vic** – If possible, send me the device Michael currently has (the one without all the

347APL-00000334

current demos loaded), and I will load them on the device, and send it back to you.

Please send it to the following address for a Tuesday delivery (no signature required):

Jerry Mahabub
43 Ozone Ave., #A
Venice, CA
90291
(310)-314-7200

**Ron** - On another topic, we noticed the performance of our processing went slightly down when we compiled the same exact code under the new 3.1.3 update for the deivce, however, when we rolled back and compiled in release mode using the 3.1.2 target, it still exhibited the same performance loss (and it is rather minimal, although, it would be nice to know what happened.). My guesstimate is that it has something to do with the new version of XCODE with the new GCC compiler. Perhaps there is some setting within the new version of XCODE that we are missing to get us back to the performance that we were running the app on the device at? Essentially, the app was running just below 5% on the iPod Touch 2G. Now, it is running just above 8%...This is very VERY strange. Again, our code has not changed. Only the revision of the OS installed on the device and the version of XCODE and GCC have changed. So, it is one or some combination of both that is causing the processor expenditure increase. Let me know if you have any clues.

Have a great weekend! :)

Best Wishes,

-Jerry

**Michael B. Hailey**

iPod & iPhone Product Marketing

Apple, Inc.

3 Infinite Loop, MS 303-4GJ

CONFIDENTIAL

347APL-00000335

Cupertino, CA  95014    USA

Phone:  +1(408) 974-3811

Mobile: +1(408) 219-4592

Fax:  +1(408) 974-3270

CONFIDENTIAL

347APL-00000336