# EXHIBIT 165

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 07/02/2010 12:47:02 pm
Subject: Re: Technical Presentation...
Attachments:

---

Hi Vic,

Green on my screen! :) See you at 11am on Wednesday, July 7th. Hopefully Ron can attend, and as we discussed, I am having our dev team add 5 bands of parametric EQ for the Center Channel (mid-processing), and 5 bands of EQ for the side signal processing. We will leave in the 4 bands of HRTF Notch Filters/EQ and 4 bands of post processing parametric.

Actually, this is the exact setup we have for our professional audio plug-in, so this should do the trick as far as enabling the ability to significantly reduce any intensive reverb perception when our processing is turned on, in particular, for 90's style mixes that have a strong reverb tail mixed to the side signal for the mid signal vocal track in the mix session. Then, when we adjust the % center bypass, we should be golden.

You say jump I say how high!!! Whenever and wherever you need me I will be there. Just let me know when Barry and the Andrew are available for a meeting.

Have a great day! :)

Best Wishes,

-Jerry


On 7/2/10 11:29 AM, "Victor Tiscareno" <vmt@apple.com> wrote:

> Hi Jerry
>
> I have to meet on Wed July 7, 11:00am
> Is that a good time for you?
> I added Ron to the meeting, but not confirmed he's coming.
>
>
> Also, I would like to arrange a meeting with a couple of guys on the team, one you know, Barry Corlett.
> The other person is Andrew Bright (phd in acoustics).
> No date yet, and Barry will be out next week or I'd somehow I'd combine your trips into one. :)
>
> Vic
>
>
>
> Victor Tiscareno
> vmt@apple.com
> iPod Audio/Acoustics
> (425) 417-1720 cell



SEC-TiscarenoV-E-0001218

Daniel R. von Recklinghausen, —H.H. Scott Co.

On Jul 1, 2010, at 11:23 PM, Jerry Mahabub wrote:

> Hi Vic,
>
> Back in Colorado now...Been doing the cha-cha-cha with the airlines lately!
>
> What time and date (between the 6th and the 9th) do you want me to meet you in Cupertino?
>
> Hope the meeting went well for you today! :)
>
> -Jerry
>
> On 7/1/10 10:38 AM, "Victor Tiscareno" <vmt@apple.com <x-msg://30/vmt@apple.com> > wrote:
>
>> Thanks, and good luck
>>
>> Vic
>>
>> Victor Tiscareno
>> vmt@apple.com <x-msg://30/vmt@apple.com>
>> iPod Audio/Acoustics
>> (425) 417-1720 cell
>>
>> "If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad,
>> -- you've measured the wrong thing."
>> Daniel R. von Recklinghausen, —H.H. Scott Co.
>>
>>
>>
>> On Jun 30, 2010, at 8:09 PM, Jerry Mahabub wrote:
>>
>>> Hi Vic,
>>>
>>> Yes it is. Meeting with Disney went very well! They want us to sign an NDA before we move forward with them using it for

theatrical and home theater releases.,,

What date time between the 6th and the 9th do you want me to come and update the provisioning profiles?

Best Wishes,

-Jerry

On 6/30/10 12:10 PM, "Victor Tiscareno" <vmt@apple.com <x-msg://30/vmt@apple.com> <x-msg://86/vmt@apple.com <x-msg://86/vmt@apple.com> > wrote:

> Hi Jerry,
>
> I have a meeting tomorrow.
> Is the the latest and greatest prezo to date.
> I think it is...
>
> Vic
>
> <image.png>
>
> Victor Tiscareno
> vmt@apple.com <x-msg://30/vmt@apple.com>
>  <x-msg://86/vmt@apple.com
> <x-msg://86/vmt@apple.com> >
> iPod Audio/Acoustics
> (425) 417-1720 cell
>
> "If it measures good and sounds bad, -- it is bad. If it
> sounds good and measures bad, -- you've measured the
> wrong thing."
> Daniel R. von Recklinghausen, —H.H. Scott Co.
>
>
>
>
> On May 5, 2010, at 7:20 AM, Jerry Mahabub
> wrote:
>
>> Hi Vic,
>>
>> I was up pacing the floors going over
>> everything and verifying all the
>> demos are working the way they
>> should, and they are.

If possible, please send the attached technical presentation to the exec you are meeting with this coming Thursday. I think I sent this to you before, however, it would be good if he at least understands the magnitude or the R&D that went into this, what our current product offerings are and how they fit so nicely into the product lineup for Apple, and better understand what he will have as a listening experience prior to the demos. Will put more time on you and Michael's hands to actually give demos, and less time for having to explain the tech, as this is where we are experts at explaining our technology (me being the inventor and my team the developers of the software).

Let me know your thoughts on this..,we can talk about it later today if you would like...

Have a great day! :)

-Jerry
< AstoundSound Technical Presentation for Apple.pdf>

SEO-TiscarenoV-E-0001221