# EXHIBIT 166

Case 1:15-cv-02118-WJM-SKC Document 58-17 Filed 04/28/17 USDC Colorado Page 2 of 2



From: "Jerry Mahabub" <jerry@genaudioinc.com>  
To: "Ronald Isaac" <risaac@apple.com>  
Cc: "Victor Tiscareno" <vmt@apple.com>  
Bcc:  
Date: 07/11/2010 04:22:38 am  
Subject: re: new kext reminder...  
Attachments:

Hi Ron and Vic,

Great seeing you both again the other day! :)

Just a quick reminder for Ron to send me the new kext compatible with 10.6.4 so I can start working on some presets for you and Jim to use as a starting point that will work better than the previous presets.

Vic -- Received the devices...Thanks! We are working on the revised demo app with the settings in accordance with the spec we discussed. Hope I can get these completed before I head to London on the 13th, and if not, I will send you the devices when I return sometime shortly after the 17th.

Hope to see you both again soon...

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0001230