# EXHIBIT 168

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 12/01/2010 05:28:50 pm
Subject: Re: 4.2 Astound apps fixed!
Attachments:

---

Hi Vic,

I am heading your way in about 30 minutes! One of my developers had an emergency and I was at the hospital with him, he is ok.

Sorry for the delay in getting back to you. I should be there by around 4:30pm and will zap your devices – it will only take about 20 minutes total depending how many devices you have.

Never a dull moment!

Best Wishes,

-Jerry

On 12/1/10 7:48 AM, "Victor Tiscareno" <vmt@apple.com> wrote:

> Hi Jerry,
>
> Thanks for updating the software. BTW, I discovered a small bug in the iPod SW. Not sure if this is adjustable, but something in the chain is clipping depending on the music. I haven't chased down the cause, i.e.. moved gains to see which stage is over driving. I'll show you later.
>
> I've invited Ron to join us at lunch. Let's meet at the main IL1 lobby and we'll go from there.
>
> Vic
>
>
> Victor Tiscareno
> vmt@apple.com
> iPod Audio/Acoustics
> (425) 417-1720 cell
>
> "If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
> Daniel R. von Recklinghausen, —H.H. Scott Co.
>
>
>
>
> On Dec 1, 2010, at 1:27 AM, Jerry Mahabub wrote:

SEC-TiscarenoV-E-0001752

Hi Vic,

We just wrapped up with debugging and have fixes for both iPad and iPod apps for 4.2. Please get all the devices you have (the iPad and iPod(s)) so I can zap them all and you will have fully functional devices with the most current apps running on each.

See if Ron can join us for a bit so I can go over the 6 to 3 test harness with him...I also have a 6 to 2 test harness I would like to demo for him...

See you at 12:30pm! Which building should I go to?

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0001753