EXCERPTED

EXHIBIT 169

1          UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF COLORADO

3                ---o0o---

4

5   SECURITIES AND EXCHANGE          )

6   COMMISSION,                      )

7            Plaintiff,              )

8    vs.                             )    No. 1:15-CV-2118

9                                    )        WJM-CBS

10  TAJ JERRY MAHABUB, GENAUDIO,     )

11  INC. and ASTOUND HOLDINGS,       )

12  INC.,                            )

13          Defendants.              )

14  _____)

15

16

17           DEPOSITION OF RONALD ISAAC

18            FRIDAY, JANUARY 13, 2017

19

20

21

22

23

24  PAGES 1 - 214

25

                                              Page 1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9    Deposition of RONALD ISAAC, taken on behalf of | |
| 10 Defendants, at 2765 Sand Hill Road, Menlo Park, | |
| 11 California, commencing at 10:25 a.m., Friday, | |
| 12 January 13, 2017, before Kelli Combs, CSR 7705. | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 2

1  APPEARANCES OF COUNSEL CONTINUED:
2       WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
3       BY: DAVID AVENI, ESQ.
4       655 West Broadway, Suite 900
5       San Diego, California 92101
6       619.321.6200
7       david.aveni@wilsonelser.com
8
9
10 FOR THE WITNESS:
11      O'MELVENY & MYERS
12      BY: CLAY MARQUEZ, ESQ.
13      Two Embarcadero Center, 28th Floor
14      San Francisco, California 94111
15      415.984.8700
16      cmarquez@omm.com
17
18
19
20
21
22
23
24
25

Page 4

1  APPEARANCE OF COUNSEL:
2  FOR PLAINTIFF:
3       SECURITIES AND EXCHANGE COMMISSION
4       BY: LESLIE J. HUGHES, ESQ.
5       1961 Stout Street, Suite 1700
6       Denver, Colorado 80294-1961
7       303.844.1000
8       hughes.j@sec.gov
9
10 FOR DEFENDANT ASTOUND HOLDINGS:
11      BENZ LAW
12      BY: JEFFREY G. BENZ, ESQ.
13      12021 Wilshire Blvd., Suite 256
14      Los Angeles, California 90025
15      310.570.2774
16      jeffreybenz@gmail.com
17
18 FOR DEFENDANT TAJ JERRY MAHABUB:
19      HOLMES TAYLOR & JONES, LLP
20      BY: ANDREW B. HOLMES, ESQ.
21      617 South Olive Street, Suite 1200
22      Los Angeles, California 90014
23      abholmes@htjlaw.com
24
25

Page 3

1                    I N D E X
2  January 13, 2017
3
4  RONALD ISAAC
5  EXAMINATION                        PAGE
6
7        (BY MR. AVENI)          9, 207
8        (BY MR. HOLMES)         178, 208
9        (BY MS. HUGHES)            184
10
11                   I N D E X
12          EXHIBITS FOR IDENTIFICATION
13 EXHIBIT NO.                      PAGE
14 Exhibit 157  Email chain Bates stamped      59
             347APL-00000608 through
15           -621
16 Exhibit 158  Email from Mr. Mahabub to      78
             Ronald Isaac and Vic
17           Tiscareno dated
             September 15, 2009, Bates
18           stamped
             SEC-Tiscareno-V-E-0000526
19
   Exhibit 159  Email from Jerry Mahabub to    81
20           Victor Tiscareno and others
             dated October 19, 2009,
21           Bates stamped
             SEC-TiscarenoV-E-0000635
22           and -636
23 Exhibit 160  E-mail exchange between        82
             Mr. Tiscareno and Jerry
24           Mahabub dated October 22,
             2009, Bates stamped
25           SEC-TiscarenoV-E-0000645

Page 5

2 (Pages 2 - 5)

1 BY MR. AVENI:
2    Q   Okay.
3        So where we left it was we were talking about
4 the Golden Ear. You said that Golden Ears culturally
5 don't like spatialized audio, and then you told us that
6 Jim Tennebue was the Golden Ear for the Mac division.
7        Sometimes, by the way, I may say "Mac" -- the
8 "Mac side" rather than the "Mac division." If I say the
9 "Mac side" accidentally, will you understand I mean the
10 Mac division?
11   A   I understand.
12   Q   Okay. Thank you.
13       So what we had been talking about before the
14 break, leading up to the issues I just mentioned,
15 were -- we were talking about the different steps that
16 you would follow in evaluating the vendor's technology.
17       And so we talked about the different steps you
18 mentioned about your chain, and then you talked about
19 having a listening demo with the Golden Ear.
20       So what would happen after the Golden Ear
21 chimes in, for lack of a better way to put it, about the
22 technology? What would happen next after the listening
23 demo with the Golden Ear?
24   A   Usually the manager of the division will
25 consult with obviously other -- potentially other

Page 42

1 managers in other divisions. But as I -- as I said in
2 the previous question, there wasn't a specific process
3 for -- for this at all.
4        It was on a case-by-case basis based on the
5 technology that was evaluated where its reach was the --
6 the responsible project and program managers that this
7 technology would eventually fit, and it would
8 potentially circle amongst project-level personnel and
9 not necessarily higher rank, quite honestly.
10   Q   So beyond the stage where the Golden Ear would
11 hear the technology and then the managing director of
12 the division would consult with other divisions, there's
13 no way to say what steps would need to be followed --
14   A   No.
15   Q   -- after that to evaluate a vendor's
16 technology or to make further business decisions; is
17 that right?
18   A   Not that I'm aware of.
19   Q   Okay.
20       And what role did you specifically play
21 throughout this process that we just described?
22   A   I was strictly helping Jerry Mahabub and his
23 team at GenAudio to integrate their -- their technology
24 into the Macintosh platforms.
25   Q   Okay.

Page 43

1        And I think we'll go through in a lot more
2 specifics, but just at a high level since you've just
3 described those steps, at the end of the day with
4 GenAudio, where was it in the process you just
5 described?
6    A   Well, we did integrate the technology. It
7 worked. We were able to listen to the effects of the --
8 of the experience and -- yeah. So the whole process
9 that I mentioned earlier, we did go through that.
10   Q   The whole process?
11   A   Yeah. We integrated the technology and we did
12 get -- obviously when I say "it worked," it worked from
13 a software point of view. It didn't crash the system,
14 so it -- it worked. The audio was sent through the --
15 the pipeline through the speakers, and we were able to
16 hear the effects of the algorithm.
17   Q   Did you have a listening demo?
18   A   On some occasions, yes, we did.
19   Q   So to the extent --
20       I know you said at some point, there really
21 wasn't a particular process that Apple followed, but
22 before that, there were a number of steps that would be
23 followed for evaluating a vendor's technology.
24       Is it fair to say that GenAudio went through
25 that whole process?

Page 44

1    A   It did. From a technical point of view, it
2 has to. There was no other way -- like I mentioned
3 before, it required deep integration with our -- with
4 out software in the kernel, and so they had to go
5 through that, and I was the one that was helping and the
6 one who wrote actually that -- that integration package.
7    Q   So let's move and talk a little more
8 specifically about GenAudio.
9        During the entire time that you were an
10 employee at Apple, do you have a sense of how many times
11 you met in person with Jerry Mahabub? I know it's a
12 long time ago.
13   A   I would have to guess there, but I could
14 probably highlight the meetings that I recall with
15 Jerry. I'll walk quickly through them, and then we can
16 count as I'm doing that, if that -- if that works with
17 you.
18   Q   And I will -- we're going to run through a
19 number of emails that will show individual --
20   A   Yeah.
21   Q   -- meetings as well. I really was just
22 looking for your best recollection of how many,
23 approximately.
24       MR. MARQUEZ: Do you have a general sense?
25       THE WITNESS: I would say less than five,

Page 45

12 (Pages 42 - 45)

1 face-to-face. There were many phone calls, technical
2 phone calls, to -- to help debug the integration of the
3 technology.
4 BY MR. AVENI:
5    Q   How often would you say you talked to Jerry on
6 the phone?
7    A   On the phone?
8    Q   Yeah.
9    A   During the process when we were integrating, I
10 would say maybe no more than once a week in a specific
11 time period, and then there will be a big gap, and then
12 we would change something in the integration, and then I
13 would send it over, or Jerry or one of his engineers
14 would reach out and say something is not working, and
15 then I would help them. It wasn't a core intense period
16 where we were back and forth doing that.
17       And one other thing to mention here; this was
18 a peripheral function for me and many of my colleagues.
19 This was not the core functionality of what we were
20 hired for. So we -- all engineers at Apple were
21 expected to keep an eye out on what others were doing while
22 we did our core function. It was -- it was what made an
23 Apple engineer an Apple engineer.
24    Q   Sounds like it was an intense place to work.
25    A   It was a very intense place and a lovely

Page 46

1 place. Do it any time again.
2    Q   So we talked about in-person meetings, we
3 talked about phone calls, and you exchanged a lot of
4 emails with Mr. Mahabub as well, right?
5    A   That's true.
6    Q   Did you ever meet with Mr. Mahabub without
7 Vic Tiscareno being present?
8    A   I do not recall of a meeting where
9 Mr. Tiscareno was not present. I would be guessing if
10 I -- if I said otherwise, but I do not recall. Most of
11 the meetings, technical ones on the phone line -- you
12 were asking about a face-to-face, right?
13    Q   Yeah. That was the face-to-face, correct?
14    A   That the face-to-face; most of the times
15 Vic -- Mr. Vic Tiscareno would be present.
16    Q   Okay.
17       How about phone calls?
18    A   Well, obviously, during the phone calls, they
19 would have been of a technical nature, and Victor was
20 not a software person to say so -- and -- and if it was
21 a Mac-specific issue that we were debugging or helping
22 integrate, that it would have been necessary, quite
23 honestly, for Victor to be on the line.
24    Q   What was Vic --
25       What was your understanding of Vic Tiscareno's

Page 47

1 role with regard to an evaluation of GenAudio?
2    A   So I'll share with you what I know of Vic at
3 the time. Victor was a consulting engineer, to the best
4 was my knowledge, in the iPod division. He helped
5 develop some of the earpieces, the headphones that the
6 iPods were shipped with, and that's about it that I knew
7 about Victor.
8       I knew we had shared, on a personal note, some
9 of his history with some of the amplifier, old
10 technology, some of the big names like Rose Audio, I
11 believe he mentioned to me, and -- and stuff like that,
12 but that's about it.
13    Q   But I guess what I meant was, did you see that
14 he was playing a primary point of contact role with
15 GenAudio?
16    A   I wouldn't call it a primary point, but I
17 would say he probably was a champion, if we call --
18 that's the name we'd use. He was the introducer. He
19 definitely was the one who introduced Jerry, if I -- if
20 I recall correctly, to -- to us.
21    Q   And you mentioned he was in the iPod division?
22    A   He was.
23    Q   Did he do any work on the Mac side with regard
24 to --
25    A   Not that I recall.

Page 48

1    Q   -- with regard to GenAudio?
2    A   Not that --
3    Q   Let's clean up the record.
4       Do you recall --
5       Do you know whether Vic Tiscareno played any
6 role with regard to the work being done with respect to
7 GenAudio in the Mac division?
8    A   Can we clarify? Was that a -- was that from a
9 technical point of view?
10    Q   Well, let's start there, from a technical
11 point.
12    A   No, he was not involved at all.
13    Q   Was he involved in any other manner with the
14 Mac -- the work being done in the Mac division?
15    A   Not that I recall. And I wouldn't think he
16 could have, quite honestly.
17    Q   Do you recall who else was involved on the Mac
18 side with regard to evaluating GenAudio's technology?
19    A   Beyond that first meeting that we had with
20 Jerry where he pitched the technology and his
21 background, which had a lot of engineers, and I believe
22 my manager was in the room, the technology, the -- the
23 relationship, if I would say, or the investigation or
24 the exploration was handed to me so we can share with --
25 with Jerry and his team the way we would further explore

Page 49

Veritext Legal Solutions
866 299-5127

1      well organized and modularized, as
2   ours is, we can pop it in anywhere
3   with minimal dev time" --
4   I assume that means development time.
5      (Reading):
6      "... given the current state
7   of our source code.  Of course, for
8   testing to get it into a
9   production-level grade state, we
10   can work with Apple on this."
11   Do you see that?
12   A   Yes.
13   Q   And, again, did you think that was a fair
14   statement from Mr. Mahabub?
15   A   I think that's jumping way too fast and way
16   too ahead.  I remember reading this, and I'm -- I'm
17   shaking my head.  I'm going to -- let's get married kind
18   of thing, right?  Jerry comes across as a marketer, and
19   you would see that from the first day.
20      So when I would receive an email like this,
21   like I said before, I would have typically stopped
22   reading because it didn't involve a technological piece
23   that's been asked of me.  If that makes sense.
24   Q   Would you have responded to Mr. Mahabub on the
25   point that I just read?

Page 70

1   A   As you and I had read it, I wouldn't have
2   responded to it, because that would entail me, you know,
3   describing something that has not even gone to step zero
4   yet, quite honestly.
5      If you take a look at our email responses, and
6   I'm a fairly good chatter, okay.  We don't have the time
7   at Apple for that kind of stuff.  Really do not.  So
8   that's -- I'm looking at my state of responding to
9   emails and looking at how succinct and -- and very
10   straightforward I was with that response.  I'm like,
11   Wow, I have really changed over time.  In a bad way, you
12   know, I wish I was the kind of guy I was then.
13   Q   Let me -- let me point you also to the last
14   phrase of the same email at the bottom there.
15      Mr. Mahabub writes:
16      "I hope we can get this done
17   on the fast track, potentially for
18   inclusion in Apple's X-mas" --
19   That means Christmas, right, as you understand
20   it?
21   A   I would think so, yeah.  I don't know.  I
22   mean, this is the first time I'm reading this.
23   Q   Okay.
24      "I hope we can get this done
25   on the fast track, potentially for

Page 71

1      inclusion in Apple's X-mas" --
2   which is a common way to write
3   Christmas -- "X-mas product rollout
4   strategy."
5   Do you see that?
6   A   I do see it.
7   Q   Do you recall reading that?
8   A   I do not recall.  This is the first time, and
9   I'm also realizing it had a question mark next to it.
10   Q   Do you think you responded to that?
11   A   No.
12   Q   Is it fair to say this is Mr. Mahabub asking
13   you if you think that the integration can be done in
14   sufficient speed to have a contract signed and to have
15   GenAudio's technology into Apple products by Christmas?
16      Is that a fair reading of that?
17   A   I would -- I would not know what his intention
18   is there.  I would -- I would be -- it's supposition of
19   what his intentions are.  I'm not even sure, reading it
20   now, why one paragraph would involve what's the process
21   for exploring the technology, and the two paragraphs
22   down, would involve moving forward to a business
23   decision.
24      Quite honestly, I'll be very honest with you,
25   I think the part where he started with, "That is what I

Page 72

1   LOVE about Apple," is where I would have stopped in
2   reading the email.
3   Q   Okay.
4      Fair to say that Jerry Mahabub is a pretty
5   enthusiastic guy?
6   A   He is.
7   Q   Seems to be a big believer in GenAudio's
8   technology?
9   A   He sounded that way, yeah.
10   Q   Okay.
11      And is it fair to say he seemed to really
12   believe that a deal with Apple could be completed on
13   what he describes here as a fast track to be completed
14   quickly?
15      MS. HUGHES:  Objection; calls for speculation.
16   BY MR. AVENI:
17   Q   You can answer.
18   A   Yeah.  And -- and, again, I would be
19   speculating on Mr. Mahabub's part, but...
20   Q   Is that what it seemed to you, given your
21   interactions with Mr. Mahabub?
22   A   I -- again, you know, it really would be
23   speculation, right?  I mean, if -- if you're asking
24   me -- I mean, I could read that in a million ways.  I
25   mean, I could -- I could read -- one of the ways I could

Page 73

19 (Pages 70 - 73)

1 the demo of the work that we were prepping up to where
2 we -- where he went through what the work that the
3 integration of the work was, and I think I might have
4 explained to him that we've improved the package, the
5 firmware package, a little bit further to allow us to
6 basically keep the speaker equalization for -- that
7 Apple did in the -- in the chain while allowing the
8 GenAudio technology to coexist with the Apple chain.
9      Q   Okay.
10         So, in other words, at this stage, as best you
11 can recall, GenAudio was integrated into the chain?
12     A   I would -- I would say so, yeah.
13     Q   Okay.
14         And so as best as you can recall, the
15 November 5th, 2009, meeting was to demo that integration
16 of GenAudio's technology?
17     A   I would believe so. I don't have a very good
18 recollection of it, I would say, though. But I do -- I
19 do remember seeing the -- the user interface of the work
20 and how it controlled the Kext. What I'm not very aware
21 of is when that happened.
22     Q   Okay.
23         Well, we're going to continue to go through
24 additional e-mails, including in-person meetings, so if
25 any of those change your recollection of what happened

Page 114

1 in this meeting and the timing of the demo that you're
2 discussing, please let me know.
3     A   Okay.
4     Q   So if you look back at Exhibit 106, staying
5 with the top email from Mr. Mahabub, you see a line
6 there where Mr. Mahabub writes:
7         "Please let him know it was a
8         pleasure to meet him today."
9         Do you see that?
10    A   Yes.
11    Q   And I'll represent to you that there's -- I'm
12 happy to show it to you if you want to see it -- there's
13 a separate calendar entry for this meeting where Jim
14 Tenneboe is listed as attendee.
15    A   Yes.
16    Q   Do you recall this meeting that --
17        Do you recall that Tim Tenneboe attended this
18 meeting?
19    A   I don't have a very good recollection of Jim
20 being there, but it would be -- it would be my intention
21 to have had Jim there, to basically have Jim take a
22 quick listen to the integration. And Jim would be the
23 Golden Ear that I refer to.
24    Q   So Jim Tenneboe would have attended this
25 meeting to serve in his Golden Ear function?

Page 115

1     A   I would have brought him in to help me, yes.
2     Q   Okay.
3         Do you recall what Mr. Tenneboe said during
4 this meeting about GenAudio technology?
5     A   It is within Jim's style that he's a very
6 quiet person, not a very vocal person. So I am very
7 confident that he would have acknowledged that he is
8 hearing what I have asked him to come help with, but
9 definitely not something he would have shared publicly
10 with anyone.
11    Q   Okay.
12        Do you recall how many meetings regarding
13 GenAudio that Jim Tenneboe would have attended?
14    A   Not very many. Perhaps this and -- and
15 maybe -- maybe another one that involved some of the
16 other vendors at play, but I'm not very -- I'm not too
17 sure about that.
18    Q   Okay.
19        And would he have attended some internal
20 meetings as well, or would he only be at demos where
21 Mr. Mahabub would have been there?
22    A   Please clarify that question. You mean
23 regarding our own technical meetings or as specific to
24 GenAudio?
25    Q   Specific to GenAudio.

Page 116

1     A   I don't believe we might have called like a --
2 like a data gathering meeting that involved GenAudio
3 that we would have not included Jim in. It would have
4 just been an informal kind of, you know, hallway
5 conversations, perhaps.
6     Q   Okay.
7         So other than the meetings with Mr. Mahabub,
8 Jim Tenneboe probably wouldn't have participated in
9 internal meetings, just among Apple people; is that what
10 you're saying?
11    A   Yeah.
12        MR. AVENI:  Okay. You can put that aside.
13        (Defendants' Exhibit 164 marked
14         for identification.)
15 BY MR. AVENI:
16    Q   I'm handing you what's been marked
17 Exhibit 164, which is another email in the chronology.
18 And just to be clear, I'm not showing you every document
19 just for time purposes, every email in the chronology,
20 but obviously showing you various documents in rough
21 chronological order --
22    A   Okay.
23    Q   -- to the extent that helps your recollection
24 of events.
25    A   Yes. Thank you.

Page 117

30 (Pages 114 - 117)

1　Q　Do you recognize Exhibit 164?
2　A　I do.
3　Q　Okay.
4　　　What's being discussed in this email chain?
5　A　Allow me just a little bit to glance through
6　it.
7　Q　Of course.
8　A　Yes. This is the final evolution of the
9　framework where we are providing maximum flexibility for
10　any technology to be placed anywhere in the Kext chain
11　that I described.
12　　　So in the first iteration of the package, it
13　was you by yourself, the vendor's module by itself
14　without any of the Apple IP.
15　　　In the second iteration of the thing, we
16　allowed the vendor's module to sit right in the front of
17　the chain or right at the end of the chain.
18　　　And in this final iteration of the technology,
19　we're allowing the vendor to place the module wherever
20　required in the chain. And then basically allowing
21　maximum flexibility of placing it anywhere in the chain.
22　Q　So is it fair to call this "embedded
23　integration" at this point?
24　A　Yeah. And this -- this -- just to be -- just
25　to highlight a little bit more why for specifically this

Page 118

1　technology, this matter, if I were to simplify it, some
2　technologies are linear and some of them are nonlinear.
3　　　If I were to simplify it even further, if you
4　place a module in a linear chain, because it is linear,
5　it doesn't matter where you placed it. But as soon as a
6　nonlinear block is hit, it starts to matter heavily
7　where your block is placed pre or post that nonlinear
8　block.
9　　　And so the kind of technology that GenAudio
10　was employing was heavily nonlinear, and so it mattered
11　quite a bit as to where it was placed.
12　　　And so with this evolution of the package, it
13　allowed maximum flexibility to basically, you know,
14　present the technology in its best form.
15　　　And so we were excited to make sure that -- we
16　always do this. We -- we want to make sure that the
17　vendor is represented in the best possible manner for
18　the exploration phase.
19　Q　Okay.
20　　　If you look at Mr. Mahabub's email at the
21　bottom of page 1, if you look in the middle of that
22　email, he says:
23　　　"We are pacing the floors
24　　　waiting to compile the two new Kext
25　　　with Astound to send over to you

Page 119

1　　　and Jim for review."
2　　　Do you see that?
3　A　Yes.
4　Q　And then at the top, he says:
5　　　"Thanks for getting back to
6　　　me. We were pacing the floors this
7　　　weekend anxiously awaiting to hear
8　　　from you."
9　　　Do you see that?
10　A　Yes.
11　Q　So, I mean, Mr. Mahabub's writing about pacing
12　the floors. He seems to be acting as though this step
13　is a significant milestone in the development.
14　　　Is that fair?
15　A　From my point of view, when I would read
16　"pacing the floors," I -- I am thinking preparation for
17　the next level of presenting the technology in the best
18　form. Not "pacing the floors" in terms of moving it
19　into a second level of interaction with the company.
20　　　So, again, from my mindset and -- and reading
21　a statement like that, it would be the first iteration
22　of the integration involved forcing or -- or putting the
23　restriction on GenAudio's module in a specific point,
24　and in the next iteration, as in "pacing the floors," we
25　now are allowing GenAudio to best and most optimally

Page 120

1　represent its technology to the exploration phase.
2　Q　Really, to an advanced stage of integration
3　and development with Apple's technology?
4　A　That is correct.
5　Q　Okay.
6　　　And in your interactions with Mr. Mahabub
7　throughout this process, did he seem to understand that
8　that's where the stage of development was?
9　A　I believe so. If I -- If I were to take away
10　many of the -- of the wordings that he would send me, I
11　would -- I would only go after the sentences that matter
12　into moving it to really present it.
13　　　One of the -- one of the main things that I
14　was reviewed upon, from a performance review point of
15　view, was to make sure that Apple was represented as a
16　company that wanted to work with and explore others'
17　technologies, right?
18　　　We wanted friends. We didn't want enemies.
19　We didn't want anyone in the audio community thinking of
20　us as being hard to work with.
21　　　So if I were to get excited in an email like
22　this, it would have been because I had done my job in
23　making sure GenAudio's technology is in a prime position
24　for review.
25　　　MR. AVENI: Okay. Let's mark this one as

Page 121

31 (Pages 118 - 121)

1 Exhibit 165, which I'm handing you.
2          (Defendants' Exhibit 165 marked
3          for identification.)
4 BY MR. AVENI:
5    Q   Do you recognize this email chain dated
6 January 4th, 2010?
7    A   I might have, but I will -- I will be honest,
8 I did not read this email.
9    Q   Why do you say that?
10    A   Because I notice that it's one of Vic's -- I'm
11 sorry, Jerry's classic e-mails where he's not asking a
12 question and he's telling a story, so especially with a
13 starting line with "Macworld" coming up, that's what
14 would have basically shut me down. I would have
15 appreciated him extending me wishes, and I would have
16 continued reading, but bringing up an event which, by
17 the way, I've never been at so --
18    Q   Macworld?
19    A   Yeah. So these are -- first of all, this
20 is -- again, this is not an Apple event. This is
21 conducted by a -- by an outside company, and -- and even
22 WWDC, not all engineers get to visit. You would have to
23 be part of the exhibition to be -- to be at WWDC.
24    Q   Okay.
25          Well, let's look at the first full paragraph

Page 122

1 there where he says, and I quote:
2          "With Macworld coming up,
3          which I will be attending, so
4          perhaps we can all get together for
5          lunch and/or dinner in
6          San Francisco. Will this cause
7          more of a delay for moving
8          forward?"
9          So are you saying when you saw "Macworld," you
10 just stopped reading?
11    A   Yeah, I've -- I've never read this email.
12 And -- but I -- I do -- it's classic Jerry; will be,
13 like, hope you had a very relaxing, happy holiday. And
14 the fact that this is the New Year, I'm probably slower
15 than -- than I am right now.
16    Q   Let's just stay on this for a minute --
17    A   Sure.
18    Q   -- because, I mean, he's saying to you here,
19 you know, with Macworld coming up, for some reason, he
20 thinks that might cause some delay in terms of the work
21 you're doing with him.
22          Doesn't that seem like that's what that's
23 saying?
24    A   I -- I am trying to -- I'm trying to
25 understand and try to speculate on his behalf. I'm not

Page 123

1 sure why he believes that Macworld is something that
2 Apple is represented at. I mean, I would have to go
3 check the archives, but, quite honestly, this is not an
4 event that any Apple delegation goes to. It is -- it is
5 not an Apple event. There is a lot of third parties
6 there, like GenAudio. If they are -- they are
7 developing AstoundSound for the Mac, but it certainly is
8 not something that I've seen people at Apple prepare
9 for. So I wouldn't be able to tell.
10          MR. MARQUEZ: And I would just remind you that
11 counsel has asked you not to speculate as to what
12 Mr. Mahabub might have meant. If you don't have a basis
13 for that --
14 BY MR. AVENI:
15    Q   Yeah. And I want to be clear. I mean, I'm
16 asking you based on your interactions with Mr. Mahabub
17 what, you know, you understood. He seemed to be -- you
18 know, his intent was at various times because he's
19 communicating with you, and so what was your
20 understanding, is really what I'm asking.
21          MR. MARQUEZ: You can provide that
22 understanding to the extent you have one.
23          THE WITNESS: Uh-huh.
24 BY MR. AVENI:
25    Q   So I will represent to you there are other

Page 124

1 e-mails that we've looked at as part of this case as
2 well as what's reflected online, is that Apple appeared
3 to have been going to Macworld through 2009, and it
4 announced that was the last time that it was going to go
5 to Macworld.
6    A   Yeah. And -- and that makes sense because I
7 joined Apple in 2008, so most of my vivid memories are
8 towards the last four or five years, right? Any --
9 any -- any of these kind of preparations would not have
10 been something that I -- that I recall.
11    Q   But as of this time, you know, for the prior
12 Macworlds prior to this email, it seems like Apple was
13 attending. So maybe that's why Mr. Mahabub was asking
14 you.
15          But in any event, you don't recall responding
16 to the question he asks that I just read?
17    A   No.
18          MS. HUGHES: Objection; asked and answered.
19          MR. MARQUEZ: You can respond.
20          THE WITNESS: No.
21 BY MR. AVENI:
22    Q   Okay.
23          And then if you look at the next paragraph, if
24 you skip to the middle of the paragraph, he writes:
25          "Essentially if you need us to

Page 125

32 (Pages 122 - 125)

1  be working on anything during the
2  month of January, pre-Macworld,
3  please let me know and we will do
4  whatever you ask us to do such that
5  we can have this integration
6  project wrapped up hopefully by the
7  time WWDC comes around with
8  multiple products from Apple
9  incorporating AstoundSound."
10  Do you see that?
11  A  Yes.
12  Q  So Mr. Mahabub seemed to think in this time
13  frame that the deal with Apple could be wrapped up with
14  multiple projects -- products using his technology
15  sometime in the next four to six months, right?
16      MS. HUGHES:  Objection.  You're asking for
17  what Mr. Mahabub thinks about.  That's speculation.
18  BY MR. AVENI:
19  Q  I'm just asking for your understanding, not
20  for his.
21  A  Again, I would be speculating if I answered
22  that.  Quite honestly, there's nothing in here that --
23  and, again, I'm reading this for the first time, trying
24  to comprehend and, if anything, I would be speculating
25  on his behalf what the intent there is.
                                              Page 126

1  Q  Would you have any reason to think that was
2  not Mr. Mahabub's intent or not Mr. Mahabub's
3  understanding?  Do you have any reason to think
4  otherwise -- let me try that again.
5  A  There's a lot of "ifs" in there.
6  Q  May not have been my best question ever.
7      Do you have any reason to think Mr. Mahabub
8  did not genuinely believe, whether he was right or
9  wrong, that a deal with Apple could be wrapped up with
10  Apple products using his technology by WWDC in 2010?
11  Any reason to think otherwise?
12      MS. HUGHES:  Objection; lack of foundation.
13      THE WITNESS:  Please repeat that question in
14  a -- in a simplified manner.
15  BY MR. AVENI:
16  Q  Yeah, I'm trying.
17      So I read you a sentence that seems to suggest
18  Mr. Mahabub had a certain belief about when a deal with
19  Apple could be wrapped up.
20      Do you have any reason to think he thought
21  otherwise than what's reflected in that sentence?
22  A  I -- I would be highly surprised had -- had an
23  email of this sort had reached me directly asking me
24  about wrapping up deals, that I would have responded
25  immediately to and -- and questioned what the intent of
                                              Page 127

1  these things are.
2  A  I -- I will say that even though I am
3  listed -- listed as a -- as a -- it was sent to me,
4  there is -- there is clearly -- if you take a look at
5  some of the functions that are listed in that headline,
6  I don't know what Mr. Hailey's position at Apple was.
7  but you can clearly see that these are questions that
8  Ron will not entertain, as myself, very well, because I
9  wouldn't have any knowledge about them --
10  Q  Okay.
11  A  -- or any guidance.
12  Q  But do you have any reason to believe --
13      Did you ever tell Mr. Mahabub that that's not
14  something that you deal with?
15  A  I have never mentioned the reply to this to
16  say that this is not something -- and, again, it's --
17  it's -- for me to write something in an email about, you
18  know, wrapping up stuff and stuff would just not have
19  been the kind of ethics that I would have entertained,
20  because that would have meant that I might have brought
21  it up with him to some extent if I had responded
22  directly to something like that.
23      So -- so this would be a typical thing from
24  Jerry where I'm like, okay --
25  Q  Is it fair to say when you got these kinds of
                                              Page 128

1  e-mails from Jerry, you just ignored them?
2  A  I just ignored them.
3  Q  Okay.
4  A  Like I'm reading this for the first time.
5  Q  Okay.  You can put that aside.
6      Handing you what's been previously marked as
7  Exhibit 112.
8      Marching forward in the chronology, we're now
9  up to March of 2010.
10      Why don't you take a minute to just look
11  through this email.  And I will represent that you do
12  not appear to be copied.
13  A  Yeah, this email doesn't sound -- doesn't seem
14  familiar.
15  Q  It's one of those e-mails where it's not clear
16  who received it, but your name isn't on it, in any
17  event.
18  A  Yeah.
19  Q  I think you may have said, but do you
20  recognize this email chain?
21  A  No.  This is the first time I'm reading it.
22  Q  Okay.
23      But are you familiar with Mr. Mahabub's idea
24  for a Test C Library that's described in this email?
25  A  This is contrary to all of the development
                                              Page 129

33 (Pages 126 - 129)

1 you know, when -- when seeing technical information like
2 that, continuing to read.
3    Q   Did you do any work with Mr. Mahabub on the
4 expander?
5    A   No.
6    Q   Okay.
7        So did you understand why he was sending this
8 email to you?
9    A   Not really.
10   Q   If you look at the page Bates labeled -- well,
11 it's the second page, Bates labeled -1019, the email
12 that begins in the middle of that page.
13       He says:
14       "Hi, Michael, Ron and Vic."
15       Then he says he's going to send you the demo
16 C Library by tomorrow evening or Monday.
17       Then he says:
18       "This will enable your dev
19       team for any product division to
20       actually complete an embedded level
21       integration of our DSP back end."
22       Do you see that?
23   A   Yeah. I think point number two clarifies
24 exactly my -- my -- the reason why I probably was not
25 paying attention to many of his e-mails.

Page 134

1        Point number two, exactly the same as audio
2 device, notify app for Ron, however, in user space, not
3 kernel space.
4    Q   Gotcha.
5    A   So he's clarifying -- I might have read
6 something like that and, like, I'm out. Signing off.
7    Q   So given that it sounds like maybe you didn't
8 focus on it that much, do you know --
9        So the sentence I just read to you:
10       "This will enable your dev
11       team for any product division to
12       actually complete an embedded level
13       integration of our DSP back end."
14       Do you know, one way or the other, whether
15 that statement is fair? Do you know?
16   A   It is not an accurate statement.
17   Q   Why?
18   A   Because of exactly what the work is that I had
19 described about the kernel. The kernel architecture for
20 the Mac division was something specific to the Mac
21 division, and we had gone through hoops with GenAudio
22 and others to allow them to, you know, provide their
23 technology so we can explore and evaluate it in that
24 context.
25       So for Jerry -- for Mr. Mahabub to be coming

Page 135

1 back with a blanket statement like that, that's not an
2 accurate statement.
3    Q   So if I understand --
4        Let me just see if I understand you right.
5        GenAudio already embedded -- did a full-level
6 integration of embedding its technology in -- on the Mac
7 side, just not with regard to the expander.
8        Is that what you're saying?
9    A   That's -- that's correct.
10   Q   Okay.
11   A   And I do believe that if you take a look
12 through this, I don't think this is the expander
13 anymore. These are two -- they look like responses to
14 two different things. But if you take a look at the
15 subject, it says: "Response to the embedded software
16 SDK or test suite," but the attachments are now -- he's
17 jumping into -- into a plug-in, which is the expanders.
18       So -- so the first email was in reference to
19 an SDK, a library or SDK, which is the one on the 21st
20 of March at 2:02 a.m. That is not the expander. That
21 is a general purpose -- seems to me, general purpose
22 everything, but I could be wrong.
23   Q   Okay.
24       Well, to the extent that it's not talking
25 about the expander, though, then it's accurate, right?

Page 136

1    A   Not for the Mac division, because we had --
2 this -- this one SDK or this package that he has
3 provided to fit in everything will not work on the Mac
4 side because that's why we had done all of that work
5 with his team.
6    Q   I see.
7        So it was already integrated --
8    A   It was.
9    Q   -- on the Mac side?
10   A   It was.
11   Q   Okay.
12       So do you recall ever responding to
13 Mr. Mahabub about this email?
14   A   I -- I do not recall that. But that's just
15 memory. I do not recall that.
16   Q   I mean, it sounds like you had some questions
17 as to what he meant by sending you this -- both of these
18 e-mails in this email chain. You never called him up to
19 say --
20   A   No. I would have -- I would basically --
21 sorry.
22   Q   Let me finish.
23       You never called him up to say, Why are you
24 sending me this? It doesn't make sense for the work
25 we're doing. Anything like that?

Page 137

35 (Pages 134 - 137)

1　　　　MR. MARQUEZ: Objection to the extent it
2　misc:haracterizes prior testimony.
3　　　　But you can answer, if you understand the
4　question.
5　　　　THE WITNESS: No, I wouldn't have because I
6　think we had -- we had -- we had finished. We had
7　completed the -- the task that I was involved in. And
8　now I'm just being a remnant in the -- in the
9　communications sphere of things, quite honestly.
10　　　　MR. AVENI: Okay. Let's go off the record for
11　a second.
12　　　　(Recess taken at 2:17 p.m.
13　　　　resumed at 2:27 p.m.)
14　　　　MR. AVENI: I'm going to mark this next one as
15　Exhibit 166.
16　　　　(Defendants' Exhibit 166 marked
17　　　　for identification.)
18　BY MR. AVENI:
19　Q　Take a look at that one. Just let me know
20　when you're ready.
21　A　Okay.
22　Q　Do you recognize this email?
23　A　Not quite -- not really, but it might have
24　come through, but not something that -- that I recall
25　very vividly.

Page 138

1　Q　I'm sorry?
2　A　I do not recall this very vividly, but it
3　might have hit my mailbox.
4　Q　Okay.
5　　　　So here he's asking you, in particular, about
6　the expander on the Mac side, right?
7　A　Yes, that's what I read. I do not recall any
8　of this work in terms of -- I do not recall any of the
9　work for something called an expander and a Kext for
10　that expander that I might have created.
11　Q　Okay.
12　　　　Well, let's look at the last two paragraphs
13　here. He says:
14　　　　"I wanted to check in and see
15　　　　if there is anything I can do to
16　　　　help you with the Mac side of
17　　　　Astound expander, in particular,
18　　　　the Kext or any presets that you
19　　　　would like to have created."
20　　　　So you don't recall asking Mr. Mahabub to
21　create or to work on a Kext or to create any presets for
22　the expander?
23　A　Absolutely not.
24　Q　You say "absolutely not."
25　A　I do not recall any of that -- any work on

Page 139

1　something called an "Astound expander."
2　Q　Is it that you don't remember, you think, or
3　are you saying you're --
4　A　My memory -- my memory is -- is -- is that we
5　never worked on something called an "Astound expander"
6　for a Kext. It just -- it just does not add up
7　accurately for something I would have even thought of at
8　the time.
9　Q　All right.
10　　　　I'm sorry, what was that last sentence?
11　A　Well, in terms of a Kext, like an expander,
12　the way -- the way it -- it sits would have been
13　something that would have been integrated into -- into
14　the same way that previous technology would have been
15　integrated, so there wasn't anything that I would have
16　wanted to do separately for that.
17　Q　Okay.
18　　　　He says at the end of that paragraph:
19　　　　"Hopefully now is a good time
20　　　　for us to get back at it."
21　　　　So he seems to be writing from a perspective
22　that it's something you guys were working on.
23　　　　You're just saying you don't recall that?
24　A　I don't recall that.
25　Q　Okay.

Page 140

1　　　　And then he says in the last paragraph, he
2　mentions getting green-lighted on the Mac side.
3　　　　Do you have any understanding what he meant by
4　that?
5　A　No, I do not.
6　Q　And just so the record is clear, as a result,
7　you don't remember responding to that email, do you?
8　A　I don't remember, no.
9　Q　Okay.
10　　　　I'm going to hand you what's been previously
11　marked as Exhibit 119, and you are not copied -- at
12　least it does not appear that you're copied on this
13　email chain. Again, it's one of those e-mails where
14　it's unclear who was on the chain, but it does not
15　appear that you were copied.
16　　　　Do you recognize this email, though?
17　A　No, I haven't seen this. I'm reading it for
18　the first time.
19　Q　Okay.
20　　　　The text appears to be between Mr. Mahabub and
21　Mr. Tiscareno.
22　　　　If you look at the email at the top of page 1,
23　Mr. Tiscareno writes:
24　　　　"I have a meeting tomorrow.
25　　　　Is the latest the greatest preso to

Page 141

36 (Pages 138 - 141)

1     date."
2          Given the attachment and the subject line, it
3     appears he's saying "is the latest and greatest
4     presentation to date." He says, "I think it is."
5     A    Yeah, I'm seeing that.
6     Q    Do you have any understanding of the meeting
7     that Mr. Tiscareno is referencing in this top email?
8     A    No, I do not.
9     Q    Do you know whether anything he was doing
10    there as reflected in this email had anything to do with
11    the Mac division?
12    A    I do not believe so.
13    Q    And if Mr. Tiscareno was doing any work in
14    connection with the Mac side, you'd beware of that,
15    right?
16    A    Not necessarily.
17    Q    Why not?
18    A    Potentially he might have been working it
19    through with my Manager, and my Manager might have
20    decided that this is not something that Ron should be
21    concerned about.
22    Q    Okay.
23         But you were principally the person on the Mac
24    side working with Mr. Mahabub, right?
25    A    I was on the technical side. So once we had

Page 142

1     integrated and stuff, then my role sort of fades into
2     the background.
3     Q    Okay. You can put that aside.
4          I'm going to hand you what's been marked as
5     Exhibit 20 [sic].
6          MS. HUGHES: David, did you say 120?
7          MR. AVENI: 120, yes. It should be
8     Exhibit 120.
9     BY MR. AVENI:
10    Q    This is Exhibit 120.
11         And it does not appear that you were copied on
12    this email chain, but do you recognize it?
13    A    I -- I -- I'm not quite sure what -- I haven't
14    seen this email before, to start, but I am not sure what
15    they're referring to, but it potentially could be the
16    meeting that I recall very vividly, because I'm looking
17    down and I'm seeing Andrew Bright, and that is a meeting
18    I recall quite well.
19    Q    Well, if you turn to page -- so I think
20    this -- we can go through it. I think this email
21    actually talks about -- well, I take that back; it
22    doesn't. But you will see other e-mails that talks about
23    a separate meeting with Andrew Bright and Barry Corlett.
24    A    And that's probably the one that I was in
25    that -- that demo cased the iPad and the Mac in one

Page 143

1     meeting.
2     Q    I will represent to you that that meeting
3     appears to have taken place in September --
4     A    Okay. Thank you.
5     Q    -- and we'll get to that and you'll see that.
6          So you see at the bottom of page 1 that
7     Mr. Tiscareno refers to a meeting on July 7th.
8          Do you see that?
9     A    Yes, I see that.
10    Q    And then he says:
11         "I added Ron to the meeting
12         but not confirmed he's coming."
13         Do you see that?
14    A    Yes, I do.
15    Q    Okay.
16         I'm going to hand you what's been marked as
17    Exhibit 121, which I believe talks about that meeting.
18         Do you recall Exhibit 121?
19    A    I'm reading it through. Perhaps, but, you
20    know, it's -- it's one of those e-mails that is not
21    asking me for a specific thing, except compatibility
22    with 1064, and it would have been my typical habit to
23    respond to something like that if I had -- if I had --
24    if he's asking me for something, quite honestly. So --
25    Q    So are you saying you probably didn't focus on

Page 144

1     this email?
2     A    Yeah.
3     Q    Either email?
4     A    It's just -- it doesn't ring a bell, right, in
5     my memory. It doesn't ring a bell that there was a
6     compatibility issue, and he was waiting on something.
7     And if I -- if, indeed, I had received something like
8     this, I usually would have responded very -- and I might
9     have responded, but I have no -- my memory is not very
10    good there.
11    Q    If you look at Exhibit 121, Mr. Mahabub
12    writes:
13         "Hi Ron and Vic, Great seeing
14         you both again the other day."
15         Do you recall a meeting with Mr. Mahabub on or
16    around July 11th, 2010?
17    A    Very hard to tell from the dates if I had met
18    with -- with Vic, quite honestly.
19    Q    Any reason to think you didn't meet them
20    around that date?
21    A    My memory is not very good there, quite
22    honestly. I don't know. I mean --
23    Q    You just don't know, one way or the other?
24    A    Yeah. I don't know.
25    Q    Okay.

Page 145

37 (Pages 142 - 145)

1    So then we looked at Exhibit 120, and you
2  mentioned the meeting with Barry Corlett and
3  Andrew Bright.
4    What was the purpose of that meeting?
5    A  If this is the one with everyone in, which I
6  don't know -- I don't recall if Barry -- Barry was part
7  of that meeting, you're referring to the one where I
8  have very good memories of the -- the -- there was an
9  exchange in that meeting, and that's why I remember
10  it --
11    Q  Yes.
12    A  -- where Andrew Bright accused Mr. Mahabub
13  that this technology was -- was not what he was making
14  it sound; that he was describing it as an MRI-based, you
15  know, brain scan technology and that this was nothing
16  more than an HRTF, which stands for head-related
17  transfer function.
18    And there was an exchange there where
19  Mr. Mahabub countered that he would send Mr. Bright some
20  books to read about this, which was, quite honestly, a
21  little bit offensive, because Mr. Bright was a -- was a
22  Ph.D. in acoustics from one of the most prestigious
23  schools in London.
24    So it was -- it was a very, very not usual
25  exchange between a third-party vendor or -- or an

Page 146

1  outsider with a very high-ranking Apple person who, by
2  the way, had a Senior Manager title at the time.
3    Q  Andrew Bright had the Senior Manager title?
4    A  Yeah.
5    Q  How senior is that?
6    A  Very senior at Apple. Especially the fact
7  that in the audio division at the time, if I'm not
8  mistaken, in the iPod, he was the highest ranking
9  person.
10    Q  Okay.
11    So my question, though, originally was: What
12  was the purpose of that meeting; do you remember?
13    A  It was to demo case -- to showcase in one
14  setting the -- the AstoundSound virtualization algorithm
15  on the iPad and on the Mac in one setting with -- with
16  various people from various divisions.
17    Q  Okay.
18    And were you involved in any way in that demo
19  on the iPad side?
20    A  No.
21    Q  That was Mr. Tiscareno's responsibility?
22    A  I believe so, but I would be speculating if I
23  said yes.
24    Q  And who was that demo for? Was it for
25  Andrew Bright and Barry Corlett?

Page 147

1    A  Considering the -- the seniority of the people
2  in the room, perhaps it was meant at them, because we
3  had that meeting in the Mariani building, which is the
4  iPod building.
5    Q  How senior is Barry Corlett?
6    A  I've only met Barry one time, but he -- he was
7  a fairly senior member of the team, potentially working
8  on audio architecture in the iPod division.
9    Q  Okay. You can put those aside.
10    I'm handing you what's been previously marked
11  as Exhibit 123, and you're not copied on this email.
12    Have you ever seen Exhibit 123 before?
13    A  No, I have not.
14    Q  Okay.
15    Near the end of that email, Mr. Mahabub
16  writes:
17    "I need that a new NDA to
18    review as well that we discussed."
19    Do you see that?
20    A  I do.
21    Q  Do you know anything about discussions in this
22  time period regarding a new NDA?
23    A  No, I do not.
24    Q  Did any discussions in this time period about
25  a new NDA have anything to do with the Mac side, as far

Page 148

1  as you know?
2    A  Not that I'm aware of.
3    MR. AVENI: You can put that aside.
4  BY MR. AVENI:
5    Q  Handing you what I just marked as Exhibit 167.
6    You don't appear to be copied on this email.
7    Do you recognize it?
8    A  I haven't seen it, but I'm reading it now.
9    Q  Okay.
10    So I appear to have a copy of this email that
11  doesn't have the sticker on it. It's actually already
12  been marked. This has already been marked as
13  Exhibit 125. So if it's okay, I'm going to take off the
14  sticker. My copy appears not to have the exhibit tab,
15  but this has been previously marked as Exhibit 125.
16  Apologize for the confusion.
17    So as I said, you are not copied on
18  Exhibit 125, but do you recognize the email chain?
19    A  No, I haven't seen this before.
20    Q  Okay.
21    And there's another reference on the top email
22  on the first page to an NDA. It's in the same time
23  period as the previous exhibit we looked at.
24    Do you recall any discussion in connection
25  with this email about a further NDA?

Page 149

38 (Pages 146 - 149)

1   A   No, I do not.
2   Q   Then if you look at the paragraph right below
3   it that's numbered 2, Mr. Mahabub writes:
4       "Let me know the scoop with
5   Ron and the new Kext. We are still
6   awaiting from him. We are anxious
7   to create the presets in accordance
8   with what we discussed for the Mac
9   side of things."
10      Do you see that?
11  A   I do.
12  Q   Okay.
13      Do you have an understanding of what he's
14  referring to?
15  A   No, I do not.
16  Q   Okay.
17      Do you recall any work being done on a new
18  Kext in this time period?
19  A   No, I do not.
20  Q   Okay. You can put that aside.
21      This document has already been previously
22  marked as Exhibit 126, same thing, it doesn't have a
23  stamp so I'm just going to mark it for you.
24      So if you look at Mr. Tiscareno's email at the
25  top of page 1, near the bottom of that email, he says:

Page 150

1       "Second meeting to discuss an
2   idea we have, but this one will
3   require a signed NDA on this
4   alone."
5       Do you see that?
6   A   I do.
7   Q   Do you have any understanding of the idea
8   Mr. Tiscareno references?
9   A   No, I do not.
10  Q   Do you know anything about the signed NDA that
11  he refers to in that sentence?
12  A   No, I do not.
13  Q   Okay.
14      And then if you look at the bottom of page 1,
15  Mr. Mahabub discusses a new build for the app for the
16  iPad.
17      Do you see that?
18  A   The one that starts with "Now we can simply
19  load..."?
20  Q   Right above that. That same discussion.
21  A   Okay.
22  Q   Do you see that?
23  A   Uh-huh.
24  Q   Do you know anything about the work that's
25  being discussed there regarding an app for the iPad?

Page 151

1   A   No, I do not.
2   Q   To your knowledge, does that have anything to
3   do with the Mac side?
4   A   No.
5   Q   Okay. You can put that aside.
6       Handing you what's been previously marked as
7   130 with the sticker this time.
8       Do you recognize this email?
9   A   No.
10  Q   You're not copied on this one either, it looks
11  like.
12      And, by the way, if you look on the second
13  page at the bottom, you'll see a reference to a meeting
14  for Thursday, September 23rd.
15      Do you see that?
16  A   Yeah, I do see that.
17  Q   I just point that out because I'll represent
18  to you that our understanding is that's the date of the
19  Andrew Bright meeting. I mentioned that date to you. I
20  wanted to show you where it says that.
21  A   Okay. Thank you.
22  Q   If you look at the top of page 1, Mr. Mahabub
23  writes:
24      "I'm coming down there
25  tomorrow hopefully to deliver your

Page 152

1   know iPad with the new app unless
2   we run into any more snags."
3       And then right after that, he mentions -- he
4   says:
5       "See if Ron can meet with us
6   in the cafeteria for about 15
7   minutes tomorrow."
8       Do you see that?
9   A   I do see that.
10  Q   Do you know if you met with Mr. Mahabub around
11  September 16th?
12  A   I do not recall.
13  Q   You just don't know, one way or the other?
14  A   I don't know. Yeah.
15  Q   Okay.
16      So, again, in the sentence I just read,
17  Mr. Mahabub is referring to an iPad with the new app.
18      As far as you know, does that have anything to
19  do with the Mac side?
20  A   No.
21  Q   All right. You can put that aside.
22      I'm handing you what's been previously marked
23  as Exhibit 131, which is an email. The subject line is
24  "Suggested reading for Andrew."
25      So I think that relates to --

Page 153

39 (Pages 150 - 153)

1  A  I do not know who that is.

2  Q  Okay. That's fine.

3  So after this email chain, do you know if
4  there was any further discussions about the heavier NDA
5  that Mr. Mahabub proposes --

6  A  No, I'm not aware.

7  Q  -- in the paragraph I just read?

8  A  I'm not aware of any NDA that's referenced.

9  Q  Okay.

10  Do you recall having any discussions with
11  Mr. Mahabub after the Andrew Bright meeting about what
12  the next steps would be on the Mac side?

13  A  I do not recall discussions after that meeting
14  with -- with Jerry, quite frankly.

15  Q  You just don't remember?

16  A  I don't remember.

17  Q  Okay.

18  A  I would say -- I would say the following:
19  Coming out of that meeting and watching the exchange was
20  a huge red flag that Jerry, Mr. Mahabub, had gone
21  head-on with a very senior member of the technical team,
22  and it's not something I would have been proud of and
23  would have retreated me quite a bit, quite honestly, to
24  the point even that I wouldn't have wanted Andrew seeing
25  me exchange or mention Jerry.

Page 158

1  Q  Did you ever express any of that to
2  Mr. Mahabub?

3  A  Not really. This is internal -- this is
4  seniority and my respect to Mr. Bright. I wouldn't have
5  expressed any of that to anyone that's external to
6  Apple.

7  Q  Okay.

8  You never said to Mr. Mahabub, Boy, that
9  meeting didn't go well, anything like that?

10  A  I'm not sure if I had seen Jerry after that,
11  but -- but it wouldn't have been unusual for me to
12  comment if I had -- if I had seen Jerry since -- since
13  he was there and I was there and it wasn't anything
14  private. I might have -- if I had seen him, I might
15  have said, That was not a very good exchange to be had
16  with a senior Apple engineer.

17  Q  You just don't remember, one way or the other?

18  A  I don't remember, no.

19  Q  Okay.

20  Do you remember, though, any discussion with
21  him about what's going to happen next with regard to the
22  work you had been doing in regard to GenAudio on the Mac
23  side; do you remember --

24  A  No, I do not recall any of that.

25  Q  Okay.

Page 159

1  Do you recall doing some additional work with
2  Mr. Mahabub on the Mac side following the Andrew Bright
3  meeting?

4  A  I don't recall, but there's one thing that is
5  vaguely in my -- in my memory, which is Jerry reaching
6  out and then me forwarding him to another group that was
7  conducting a broad evaluation across vendors, and that's
8  the -- that's one of the things I do remember trying
9  to -- trying to basically present Jerry with other
10  options at Apple, which was this broad demo that was
11  going on from within -- outside of the Mac division.

12  Q  Is that the interaction with Sasha Ponce?

13  A  That is correct.

14  Q  So you mentioned during your administrative
15  testimony that any decision making about going forward
16  with GenAudio after the Andrew Bright meeting was above
17  your pay grade.

18  Do you remember that testimony?

19  A  Yes.

20  Q  Do you know who would have to make that
21  decision?

22  A  Like I mentioned before, it's not clear-cut at
23  Apple how this process happens. It's -- it's very --
24  very different for different cases, and -- and there
25  isn't a clear pathway; intentionally done so, to allow,

Page 160

1  quite honestly, the checks and balances to take effect,
2  so -- so one person or a division does not influence a
3  decision all by themselves.

4  So there isn't -- what I -- what I would have
5  meant by that is -- is making business decisions was way
6  above my pay grade, and that remains a very accurate
7  statement.

8  Q  Do you recall ever telling that to
9  Mr. Mahabub?

10  A  No, I do not.

11  MR. AVENI:  You can put that aside. We may
12  come back to that, but you can put it aside for now.

13  (Defendants' Exhibit 167 marked
14  for identification.)

15  BY MR. AVENI:

16  Q  I'm going to mark this one as Exhibit 167.

17  I don't believe you're copied on this email.

18  Do you recognize it?

19  A  No, I do not.

20  Q  If you see at the top, the subject line is

21  "Re: iPad."

22  Do you see that?

23  A  Uh-huh. Yes, I do.

24  Q  I just want to know if you are familiar with
25  any of the work regarding the iPad that's reflected in

Page 161

41 (Pages 158 - 161)

1 this email?

2    A   I am not.

3    Q   Okay.

4        Does any of this, as far as you know, relate

5 to the Mac division?

6    A   I don't think it is.

7        MR. AVENI:  Okay.  You can put that aside.

8        MR. MARQUEZ:  Are you doing okay?  Do you need

9 a break or anything?

10       THE WITNESS:  Yeah, I'm fine.

11       MR. AVENI:  Let's go off the record for one

12 second.

13       (Discussion held off record.)

14       (Defendants' Exhibit 168 marked

15       for identification.)

16 BY MR. AVENI:

17   Q   I'm handing you what's been marked as

18 Exhibit 168.

19       Do you recognize this email chain?

20   A   I'm looking through -- I recognize Walter

21 because that's his V.P. of Engineering.

22   Q   You say "his," you mean Mr. Mahabub?

23   A   Yes.  As -- as -- as introduced to me.  I do

24 recall the issue where me and Walter were trying to work

25 through some issues.

Page 162

1    Q   What do you remember --

2        What was the issue or issues that you were

3 working on?

4    A   Oh, we were trying to expose -- the Mac

5 plays -- when you play a multi-channel track, let's say

6 a movie, with six channels, due to licensing issues with

7 the decoder, the Mac does the decoding internally and

8 exposes two channels to be played on the Mac.

9        One of the -- one of the things here that we

10 were exploring is pulling out all the raw six channels

11 out so we can feed them into the AstoundSound

12 virtualization algorithm.

13       So Walter and I were trying to -- we found a

14 way to basically have the VLC Player, which is the name

15 of a software package, expose these six channels and

16 send them down to the kernel extension, and so that's

17 the work that was referenced here.

18   Q   Okay.

19       Why were you doing this work in November of

20 2010?  How did that relate to the work you'd already

21 completed?

22   A   This was in prep to that demo with everyone in

23 the room that I mentioned with Andrew Bright and

24 everyone.

25   Q   This work here?

Page 163

1    A   Yeah.  This would have been that part or in

2 following up to that, this could have been in prep to

3 the Sasha Pance demo that's -- that was about to happen.

4    Q   Okay.

5        So if you look at the date of this email, it's

6 November 1st, 2010, so it would have been after the

7 Andrew Bright meeting?

8    A   Potentially.  But I do -- I do not know the

9 dates, but I do remember working with Walter on some of

10 these issues.  Whether they happened before that meeting

11 or after that meeting, I'm not too -- I'm not too -- my

12 memory -- my memory is not very good about that.

13   Q   But in any event, this was further work being

14 done on the Mac side, right?

15   A   This was -- yes.  This was exposing six

16 channels into -- into the Mac.  Yeah.

17   Q   Okay.

18   A   Still within the same context of the

19 algorithm, but instead of two channels, it's now six

20 channels.

21   Q   Okay.

22       What's the -- just for us nonexperts in the

23 room, what's the difference between two channels and six

24 channels?  Is that just a sound quality improvement?

25   A   It's depth.  So it's more information.  You're

Page 164

1 feeding in the -- if I remember correctly, you have the

2 center channel, left, the right, that's three, left to

3 round, right to round, that's five, and then the base

4 channel, which is the sixth.  And that's -- that's how

5 any home entertainment package at home will take six

6 channels from a movie and render it so it sounds as if

7 sounds are coming from behind your head where, in fact,

8 they're actually coming from that speaker.

9    Q   So you're effectively improving the work you'd

10 already done with respect to GenAudio?

11   A   Yes, that is correct.

12   Q   Okay.

13       And that work you just described, that's

14 referred to as the "six-to-three test harness"?

15   A   Yes.

16   Q   Handing you what's previously been marked as

17 Exhibit 132.  You don't appear to be copied on this

18 email chain.

19       Have you ever seen this email chain before?

20   A   No, I have not.

21   Q   Okay.

22       If you look at the second page, Mr. Mahabub

23 appears to refer to two things:  Number one is iPad --

24 iPod apps for 4.2.

25       Do you see that?

Page 165

42 (Pages 162 - 165)

```
1      A    I do see that.
2      Q    Do you know what work that was?
3      A    No, I'm not aware of what that work is.
4      Q    As far as you know, was that work related to
5   the Mac side?
6      A    I doubt. I doubt that.
7      Q    You doubt it?
8      A    Yeah.
9      Q    Okay.
10         And then below that, there's another paragraph
11  that says -- that refers to the "six-to-three test
12  harness."
13         So as I understand it, that's different from
14  the work being described in the paragraph above it,
15  right?
16     A    That -- that would be different, yes.
17     Q    And so the six-to-three test harness is what
18  we just discussed; that's the improving on the work that
19  had been done on the Mac side, right?
20     A    That's correct.
21     Q    Okay.
22         And then if you look at the --
23         If you look at the first page, you'll see a
24  reference to inviting Ron to lunch to join Mr. Tiscareno
25  and Mr. Mahabub for lunch.
```
Page 166

```
1         Do you see that?
2      A    Yes.
3      Q    Do you recall that scheduled lunch meeting?
4      A    Not really. If Jerry was inviting me to
5   lunch, there are two approaches to being the Jerry
6   style, which means a voice mail on my phone, on my
7   office phone. So it's quite possible that when he
8   mentions "I've invited Ron to join us for lunch," that
9   means most likely a voice mail. But I do not recall --
10     Q    Well, I think that was written by
11  Mr. Tiscareno, just to clarify.
12     A    Okay. Yeah. So there are -- there is two --
13  there are two lunch invites that I remember with
14  Mr. Mahabub and Vic. One of them -- actually one of
15  them was -- ended miserably on my part because I forgot
16  to show up in the lobby due to car and phone issues.
17  They called me and they couldn't find me.
18         And the other one was us waiting in the -- in
19  the front building of IL 1, and Jerry never showed up.
20  These were the two lunch things that I -- lunch -- lunch
21  meetings that I remember with Jerry.
22     Q    So I believe the email we're looking at refers
23  to the latter of those episodes.
24     A    Okay.
25     Q    And if this refreshes your recollection, did
```
Page 167

```
1   Mr. Mahabub show up, it was just late because there was
2   an emergency with one of his workers?
3         Does that ring a bell?
4      A    No. The emergency was, according to what
5   Victor told me later, was that Jerry had fell in the
6   hotel bathroom or toilet. So -- but anyways, we all
7   went back. I remember that date. I -- I even skipped
8   lunch, and we went back to our offices, so these are the
9   two lunch encounters I remember.
10     Q    In any event, do you remember what the purpose
11  of that lunch meeting was around December 1st?
12     A    Not really. I don't think it had a purpose.
13  I really -- I really think it was Jerry is in town.
14  Hello, how is it going, guys? You know, I really want
15  to eat at the Apple cafeteria kind of thing. They had
16  very good food there.
17     Q    Okay.
18         I'm handing you what's previously been marked
19  as Exhibit 133. And in the chronology, we appear to be
20  up to December 13th, 2010.
21         Do you recognize this email?
22     A    No, I do not.
23     Q    Do you see in the top of that email,
24  Mr. Mahabub refers to some further work being done on
25  the Mac side app?
```
Page 168

```
1         Do you see that?
2      A    Is it point Number 2?
3      Q    Well, above that, right above that, do you
4   see, there's a paragraph, he says:
5              "I can now update the
6           iPad/iPod and Mac side apps with
7           the new processing that solves many
8           issues," and so forth.
9      A    Okay. I read that.
10     Q    Do you remember any work you were doing with
11  Mr. Mahabub on the Mac side app?
12     A    No, I do not recall any -- any other work
13  beyond the down mix from three -- six to three channels
14  and two channels.
15     Q    Okay.
16         Then if you look in the middle of that page,
17  Mr. Mahabub writes:
18              "I was hoping to have Apple
19           products with our tech inside by
20           now. Perhaps with these updates we
21           will be working on for you, we can
22           finally cross the bridge and ink an
23           actual license deal."
24         Do you see that?
25     A    Which part is this?
```
Page 169

43 (Pages 166 - 169)

1  Q  Show you my highlighting.
2  A  Okay.
3  Q  Do you see that?
4  A  Yeah.
5  Q  Do you recall reading that?
6  A  No, I do not.
7  Q  Do you recall responding to that language?
8  A  No, I do not recall responding or reading
9  this. As a matter of fact, the word "CES" there would
10  have actually filtered my reading capacity to stop right
11  there, where he mentions "CES."
12  Q  In that same paragraph?
13  A  Yeah, in the first of that paragraph. Even if
14  I -- if I had read some of the symbols and some of the
15  technical terms and then reading on, I would have hit
16  "CES," I would have probably stopped reading.
17  Q  So as far as you know, you didn't respond to
18  this email, right?
19  A  I don't recall responding to this.
20  MR. AVENI: Okay,
21  (Defendants' Exhibit 169 marked
22  for identification.)
23 BY MR. AVENI:
24  Q  Handing you what I've marked as Exhibit 169,
25  which I think you'll see relates to the Sasha Pance

Page 170

1  issue we mentioned before.
2  Do you recall this email chain?
3  A  Yes, I do remember this where I was basically
4  trying and -- and -- and pleading with -- with Jerry to
5  move onto Sasha's group, which would really
6  handle the official evaluation of many of these
7  technologies.
8  Q  Okay.
9  So what group was Sasha Pance in?
10  A  It -- I'm trying to -- the reason I'm
11  hesitating is I'm trying to find the exact name of that
12  group. But Advanced Technology perhaps is -- Advanced
13  Technology Group perhaps was the name of it.
14  Q  And do you know what work Mr. Pance's -- is it
15  Pance or Pance (pronounced differently)?
16  A  Pance.
17  Q  Do you know what work Mr. Pance's group was
18  doing in connection with GenAudio?
19  A  They were conducting a across the board demo
20  and evaluation of 3D audio spatialization technologies,
21  It was prompted by interest in how a Macintosh platform
22  will sound with such technologies.
23  Q  So if you see the -- on page APL96, halfway
24  through the page, you say:
25  "Jerry, please work through

Page 171

1  Sasha Pance."
2  You then write:
3  "He can help you get set up to
4  demo audio to us as well as get you
5  to sign all of the necessary
6  evaluation agreements."
7  Do you see that?
8  A  That is correct, yep.
9  Q  Okay.
10  During your administrative testimony, you
11  testified you weren't sure if Sasha Pance wanted
12  GenAudio to sign one of those agreements, and that's why
13  you wrote that?
14  A  That is correct.
15  Q  Okay.
16  So what was the purpose of the evaluation
17  agreements that you referenced there?
18  A  I had spoken to Sasha, and -- and he had
19  mentioned that for many of the vendors that were going
20  through this evaluation purpose, that they were going to
21  sign evaluation agreements.
22  If I recall, an evaluation agreement was sort
23  of highlighting Apple's commitment to these vendors to
24  not reverse engineer or tamper with any of the IP and
25  stuff like that.

Page 172

1  So it was more of a protective agreement, but
2  very vaguely I remember some of the elements; typical of
3  an evaluation agreement, quite honestly, would entail
4  for protection and comfort of the vendor that's
5  presenting its technology.
6  Q  So here, GenAudio hadn't asked for that,
7  right? That was something --
8  A  No.
9  Q  -- you thought --
10  A  No. That was something I was --
11  Q  Let me finish the question.
12  So here, that evaluation agreement or
13  agreements was not something GenAudio asked for; it's
14  something that you thought Apple might want; is that
15  right?
16  A  That is correct.
17  Q  And you don't recall any discussions with
18  Mr. Mahabub by phone regarding that -- the evaluation
19  agreements referenced here, right?
20  A  I do not recall that.
21  Q  The only discussion you had with Mr. Mahabub
22  about the evaluation agreements you reference here was
23  through this email chain?
24  A  That's what I remember.
25  Q  Okay,

Page 173

44 (Pages 170 - 173)

| | |
|---|---|
| 1    Do you know if Mr. Pance ever talked with | 1   how? |
| 2   Mr. Mahabub about the purpose of the evaluation | 2      Q   In terms of the integration work that was |
| 3   agreements referenced in this email?  Do you know, one | 3   done. |
| 4   way or the other? | 4       You know, is it fair to say that GenAudio's |
| 5      A   I do not remember now if -- if they connected. | 5   technology was fully embedded in the Mac line? |
| 6   I do recall that the evaluation did occur, but my memory | 6      A   It wouldn't -- it would have mattered based on |
| 7   is not serving me very well if GenAudio was part of the | 7   the fact that the way it was integrated on a specific |
| 8   evaluation. | 8   Mac.  Every Mac has a different number of channels, so |
| 9       MR. AVENI:  Okay.  You can put that aside. | 9   some Macs have four speakers, others have three |
| 10       (Defendants' Exhibit 170 marked | 10   speakers, some of them have two speakers.  So from that |
| 11       for identification.) | 11   point of view, yes, it does matter. |
| 12       MR. AVENI:  Mark this as Exhibit 170. | 12       So we had chosen a specific platform, which |
| 13   BY MR. AVENI: | 13   was difficult to enhance the audio experience on, and we |
| 14      Q   Do you recognize Exhibit 170? | 14   often did that so we can see the best that a vendor had |
| 15      A   I do. | 15   to offer on the most complicated system that we did. |
| 16      Q   Sorry? | 16      Q   I see. |
| 17      A   I do. | 17       And then if it was going to be integrated |
| 18      Q   Okay. | 18   elsewhere, there would just be a little more work to do |
| 19       This appears to discuss the same topic, right? | 19   the same integration on the other lines of Macs; is that |
| 20      A   Yes, it does. | 20   fair? |
| 21      Q   The email at the top, Mr. Mahabub writes: | 21      A   That is correct. |
| 22       "I am not sure what the | 22      Q   In your view, why did discussions with |
| 23       evaluation agreements are that Ron | 23   GenAudio come to an end? |
| 24       referenced" -- I'm sorry -- "that | 24      A   Should I answer that from the Mac side of |
| 25   Ron referred to in his email below. | 25   things, our interest from the Mac point of view? |
| Page 174 | Page 176 |
| 1       These are what I would like to | 1      Q   Yes. |
| 2       review and get signed so we can | 2      A   The technology that GenAudio -- that was |
| 3       move forward." | 3   evaluated has a very polarized base camp in the audio |
| 4       And then the sentence continues. | 4   world.  There are some folks in the audio, you know, |
| 5       Do you see that? | 5   hemisphere, if you like, that love what that kind of |
| 6      A   Yes, I do see that statement. | 6   technology sounds like, which is really not realistic. |
| 7      Q   Okay. | 7       And there are other people that like the -- |
| 8       Do you recall responding to this email? | 8   the sort of magical fantasy experience that the -- that |
| 9      A   No, I do not recall responding. | 9   the demo might offer.  An example could be someone is |
| 10      Q   Okay.  You can put that aside. | 10   beating a drum and the person is in a screen in front of |
| 11       Now, during your administrative testimony, you | 11   you where, in fact, the sound makes it -- it makes it |
| 12   mentioned that the integration that was done with | 12   feel as if the sound is coming from somewhere far in the |
| 13   GenAudio's technology was on a specific line of Macs. | 13   distance on the right-hand side. |
| 14       Do you remember that? | 14       So there was a split camp on -- in -- in Apple |
| 15      A   Uh-huh.  That's correct. | 15   from our team's point of view as to some people liked |
| 16      Q   You don't recall which line it was? | 16   it, some people did not like it.  It didn't garner |
| 17      A   It was iMacs. | 17   enough magical support for it to basically bubble |
| 18      Q   iMac.  Okay. | 18   through the -- you know, the kind of different technical |
| 19       Does it -- does it make any difference in | 19   groups involved in the evaluation process. |
| 20   terms of -- I mean, you made that distinction. | 20      Q   Is it fair to say that because it just didn't |
| 21       Does it make any difference in terms of how | 21   generate enough support within Apple, that eventually it |
| 22   far along GenAudio was in the process with Apple, that | 22   just slowly fizzled out; is that fair? |
| 23   it was on a specific line of Macs that it was | 23      A   That is a fair assessment, yeah. |
| 24   integrated? | 24      Q   Did you ever explain that to Mr. Mahabub? |
| 25      A   If you could clarify difference in terms of | 25      A   We generally do not do that.  That is |
| Page 175 | Page 177 |

45 (Pages 174 - 177)

1 considered confidential assessments. We -- we -- we do
2 not owe vendors or third parties our decisions or our --
3 our, you know, opinions. Usually when communications
4 like that are to happen, usually they would probably
5 happen through my Manager where, you know, they are
6 probably communicated in a -- in a very
7 business-friendly manner.
8    Q   You don't recall ever telling Mr. Mahabub when
9 that fizzling out had occurred, right? You don't recall
10 telling him, We're done, it's not going forward any
11 further?
12    A   That would be confidential information. I --
13 I -- I -- I don't recall I mentioned something like
14 that.
15    Q   To Mr. Mahabub?
16    A   To Mr. Mahabub.
17       MR. AVENI: Okay. Let's go off the record.
18          (Discussion held off record.)
19       MR. AVENI: Okay. I have no further questions
20 at this time. Thank you very much for your time,
21 Mr. Isaac.
22       THE WITNESS: Thank you very much.
23          EXAMINATION
24 BY MR. HOLMES:
25    Q   Mr. Isaac, my name is Andrew Holmes. I

Page 178

1 represent Mr. Mahabub in this litigation, and I have
2 just a couple of questions based on what your testimony
3 has been so far.
4       This morning you gave some testimony about why
5 or whether you had an opinion of why Mr. Mahabub and
6 GenAudio were talking to you, whether they wanted to do
7 a license agreement or things of that nature.
8       Do you recall that portion of the testimony?
9    A   I do.
10    Q   We looked at a bunch of documents this
11 afternoon and later this morning. And I know that your
12 testimony was that much of it you either received it,
13 but at some point you stopped reading because it didn't
14 seem to pertain to your job description. But as we
15 looked at other parts of it, it was clear that there
16 were statements from Mr. Mahabub about, Can we do a
17 deal? Can we ink a deal? Can we roll it out in time
18 for Christmas, by whatever, Macworld or whatever it
19 might be.
20       Do you recall those various emails today?
21    A   I do recall reading them, yes.
22    Q   Okay.
23       Now, does any of that refresh your
24 recollection about why Mahabub or GenAudio were
25 coming to Apple?

Page 179

1    A   No. I -- I wouldn't know why he would be --
2 why Mr. Mahabub would be mentioning these items because
3 not through my recollection of any -- in any way that we
4 would discuss any items like that.
5       Based on just speculation and knowing --
6 knowing Mr. Mahabub over that period of time, he was --
7 he is a very enthusiastic person, and -- and perhaps
8 from statements that he would say verbally to me and
9 sometimes in his emails, I will jump, you tell me how
10 high and I will jump, for example.
11       So that's -- that's just speculative on my
12 part when I would have read some of those things that I
13 would have thought that he's very enthusiastic about
14 proceeding forward.
15    Q   Well, okay.
16       And I get that and building on that,
17 proceeding forward to what?
18    A   Just to whatever, you know, moves the
19 technology, the excitement about the technology within
20 Apple. Its acceptance within -- amongst engineers and
21 seeing where the technology might -- might fit within --
22 within Apple or if there is interest garnered.
23    Q   Okay.
24       And so I guess I'm trying to understand, is
25 there a disconnect between that path that you're

Page 180

1 describing and the desire by GenAudio or Mr. Mahabub to
2 do business with Apple?
3    A   Rephrase that. I'm not -- I'm not too quite
4 sure I understand what you meant by that.
5    Q   Well, this morning, it seemed that you were
6 giving testimony -- and if I'm getting this wrong,
7 please tell me so --
8    A   Sure.
9    Q   -- that it didn't seem -- you couldn't
10 speculate on what Mr. Mahabub's intentions were about
11 coming to Apple; whether he was there to get a licensing
12 deal or a buy-out or anything of that nature.
13       But what you just described seems to be a path
14 headed toward, Hey, can I put my product into Apple
15 product -- into Apple's products?
16       Is there a disconnect between these two
17 concepts doing business with Apple and integrating his
18 products into the Apple lineup?
19    A   I was just trying to speculate. We -- we both
20 neither verbally or in communications had we discussed
21 what -- what Mr. Mahabub's intentions and GenAudio's
22 plans or intentions.
23       But just, you know, reflecting back on
24 Mr. Mahabub's personality and -- and enthusiasm, that I
25 was just speculating that perhaps he's always ahead of

Page 181

46 (Pages 178 - 181)

1    A    That's correct.
2    Q    And that might be a process that takes a
3  number of years?
4    A    Most likely, yes.
5    Q    And that in the time you worked at Apple, you
6  never saw a product that you had reviewed integrated
7  into the actual Apple product?
8    A    I had seen one that I worked on that took
9  about five years.
10   Q    Did Mr. Mahabub ever provide to you a draft
11  agreement for Apple to acquire GenAudio software?
12   A    No, he did not.
13   Q    Did he ever provide to you a draft agreement
14  for Apple to acquire the company, GenAudio?
15   A    No, he did not.
16   Q    Are you aware of him giving that kind of draft
17  agreement to anyone else at Apple?
18   A    No, I am not aware.
19   Q    Based on your reviewing the various
20  demonstrations that Mahabub made to Apple, to you,
21  was GenAudio software ready to be integrated and shipped
22  in Apple's products in 2009?
23   A    No, it wasn't.
24   Q    Was it ready to be shipped in 2010?
25   A    No, it wasn't.

Page 206

1    Q    Was it ready to be shipped in 2011?
2    A    No, it wasn't.
3         MS. HUGHES:  I have no further questions.
4         MR. MARQUEZ:  Go off the record.
5         (Recess taken at 4:25 p.m.
6         resumed at 4:28 p.m.)
7         FURTHER EXAMINATION
8  BY MR. AVENI:
9    Q    Just a couple of quick follow-up questions.
10        So a few minutes ago, Ms. Hughes was asking
11  you some questions about the time frame that it takes or
12  could take to take a product and get it integrated into
13  Apple products.
14        Do you remember that testimony?
15   A    Yes.
16   Q    Did you ever talk to Mr. Mahabub about how
17  long it might take to get GenAudio's software technology
18  into an Apple product?
19   A    Not that I recall, no.
20   Q    Did you ever share with --
21        So you also testified about an example you
22  said you had one product that took, as I recall, five
23  years to get into an Apple product?
24   A    That's correct.
25   Q    Did you ever tell Mr. Mahabub about that

Page 207

1  instance?
2    A    No, I would not have.
3    Q    Did you ever tell him, Hey, it will take five
4  years to get GenAudio's technology into an Apple
5  product?
6    A    No, I would not have.
7         MR. AVENI:  Thank you, I have no more
8  questions.
9         MR. HOLMES:  I have a couple of questions.
10        FURTHER EXAMINATION
11  BY MR. HOLMES:
12   Q    We were looking at Exhibit 171, which was the
13  sheet that had a bunch of security badges on it.
14        And said you did not recognize the code
15  for the building that you were in on the badges.
16        Do you recognize what these other codes are
17  with MA01 and AC01?
18   A    Yeah.  MA is Mariani, which is the iPod
19  building that Victor Tiscareno was in.  AC, I'm trying
20  to remember; it's -- it's their cross streets, so the
21  building that it's on, I'm trying to remember what the
22  name of that street is, which is what the building would
23  have referred to.  But I seem to have forgotten what
24  building that was.  It's definitely not IL, which is the
25  Infinite Loop building, which is the main campus.  So

Page 208

1  this must have been one of those accessory buildings on
2  the -- on the side of the -- the main IL campus.
3    Q    And did you need a security badge like this to
4  go to the cafeteria?
5    A    Absolutely, yes.
6    Q    Which building was the cafeteria in?
7    A    IL, Infinite Loop 1.
8    Q    Okay.
9         And in response to some of Ms. Hughes'
10  questions about whether the GenAudio product was ready
11  to be shipped in Apple products, you had said, no, it
12  wasn't.
13        Did you ever tell Jerry Mahabub that it wasn't
14  ready to be shipped in the Apple products?
15   A    Usually these would not be -- no, I did not
16  tell him that, and these would not be discussions to be
17  had until we have decided in the company from a business
18  point of view that this is a partner to proceed with.
19        There are -- there are various things that
20  take close to the next level of work, including
21  optimization of the software to fit into Apple's
22  products.
23        So during an evaluation, a piece of software
24  might take 20 to 25 percent of the CP -- of the
25  processing power of the machine.

Page 209

53 (Pages 206 - 209)

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby certify:
3        That the foregoing proceedings were taken
4   before me at the time and place herein set forth; that
5   any witnesses in the foregoing proceedings, prior to
6   testifying, were administered an oath; that a record of
7   the proceedings was made by me using machine shorthand
8   which was thereafter transcribed under my direction;
9   that the foregoing transcript is a true record of the
10  testimony given.
11       Further, that the foregoing pertains to the
12  original transcript of a deposition in a Federal Case,
13  before completion of the proceedings, a review of the
14  transcript [X] was [ ] was not requested.
15       I further certify I am neither financially
16  interested in the action nor a relative or employee of
17  any attorney or any party to this action.
18       IN WITNESS WHEREOF, I have this date
19  subscribed my name.
20
21  Dated: 1/19/2017
22
23
24       *Kelli Combs*
         KELLI COMBS
25       CSR No. 7705

Page 214

55 (Page 214)