EXCERPTED

# EXHIBIT 170

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:           )
                            )  File No. D-03450-A
GENAUDIO, INC.              )

WITNESS:   Ronald Isaac

PAGES:     1 through 60

PLACE:     O'Melveny & Myers, LLP

           Two Embarcadero, 28th Floor

           San Francisco, CA   94111

DATE:      Wednesday, April 15, 2015

    The above entitled matter came on for hearing, via telephone, pursuant to notice, at 10:35 a.m.

Diversified Reporting Services, Inc.

(202) 467 9200

Page 2

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4    JENNIFER OSTROM, ESQ. (Via Telephone)
5    Securities and Exchange Commission
6    1801 California Street
7    Suite 4800
8    Denver, Colorado
9
10 On behalf of the Witness:
11   DAVID EBERHART, ESQ.
12   O'Melveny & Myers, LLP
13   2 Embarcadero, 28th Floor
14   San Francisco, CA 94111
15   (415) 984-8808
16
17   JENNIFER BROWN, ESQ.
18   Apple, Inc.
19   1 Infinite Loop
20   Cupertino, CA 95014
21   (408) 783-9759
22
23
24
25

Page 3

    CONTENTS

WITNESS:                      EXAMINATION
Ronald Isaac                       4

EXHIBITS:  DESCRIPTION            IDENTIFIED
117   Subpoena to Mr. Isaac dated 4/6/15
                                      6
118   E-mail chain Bates-stamped APL608-   16
      APL621
119   E-mail chain Bates-stamped           26
      SEC-TiscarenoV-E635 to 636
120   E-mail chain Bates-stamped           27
      GA6846-GA6850
121   E-mail chain Bates-stamped APL315-   32
      APL316
122   E-mail chain Bates-stamped APL155-   43
      APL158
123   E-mail chain Bates-stamped APL111-   49
      APL112

Page 4

1              PROCEEDINGS
2       MS. OSTROM: Let's go on the record at
3  10:35 a.m. on April 15th of 2015.
4       Would you please swear in the witness?
5  Whereupon,
6              RONALD ISAAC
7  was called as a witness and, having been first duly
8  sworn, was examined and testified as follows:
9              EXAMINATION
10    BY MS. OSTROM:
11    Q   Could you please state and spell your full
12 name for the record?
13    A   Ronald Nadim Isaac.
14    Q   Can you spell your middle name, please?
15    A   N-a-d-i-m.
16    Q   And how do you spell your last name?
17    A   I-s-a-a-c.
18    Q   Thank you. My name is Jennifer Ostrom. I'm
19 and officer of the Commission for the purposes of this
20 proceeding, and this is an investigation by the United
21 States Securities and Exchange Commission in the matter
22 of GenAudio, Inc. to determine whether there have been
23 violations of certain provisions of the federal
24 securities laws. However, the facts developed in this
25 investigation might constitute violation of other

Page 5

1  federal or state, civil or criminal laws, and prior to
2  the opening of the record you were provided with a copy
3  of the formal order of investigation in this matter,
4  and it will be available for your examination during
5  the course of this proceeding. And, Mr. Isaac, have
6  you had an opportunity to review the formal order?
7     A   Yes, I have.
8     Q   And also prior to the opening of the record
9  you were provided with a copy of the Commission's
10 supplemental information form, and a copy of that
11 notice has been marked as Exhibit No. 1.
12      And, Mr. Isaac, have you had the opportunity
13 to read Exhibit No. 1?
14    A   Yes, I have.
15    Q   And do you have any questions concerning
16 Exhibit No. 1?
17    A   No, I don't.
18    Q   Mr. Isaac, are you represented by counsel
19 today?
20    A   Yes, I am.
21      MS. OSTROM: Would counsel please identify
22 themselves for the record?
23      MR. EBERHART: David Eberhart of O'Melveny &
24 Myers representing the witness.
25      MS. BROWN: We also have Jennifer Brown from

Page 10

1  Boston, but I can't remember that. I do remember the
2  home phone number, though.
3      Q   You can give me that, that's fine.
4      A   508-842-0485.
5      Q   Okay. And what carriers have you had for
6  your cell service?
7      A   T-Mobile and AT&T.
8      Q   Okay. And what e-mail accounts have you had
9  in your name or under your control during the last five
10 years?
11     A   I have had a Gmail account. Would you like
12 me to spell that out?
13     Q   Yes, please.
14     A   So it's r-o-n-i-s-a-a-c @gmail.com. There is
15 an alias that I use from the IEEE which is the
16 Institute of Electronic and Electrical Engineers, and
17 that is Isaac, i-s-a-a-c, @ieee.org, and most recently
18 my work e-mail r-i-s-a-a-c @rise, r-i-s-e, devices.com.
19     Q   Okay. And did you have an e-mail address at
20 Apple?
21     A   Of course, so it's --
22     Q   Can you recall it?
23     A   Uh-huh, it's r-i-s-a-a-c @Apple.com.
24     Q   And at the time when you were with Apple, did
25 you have any other e-mail addresses that you received

Page 11

1  work e-mails on or sent from?
2      A   Not that I recall.
3      Q   Okay. And have you had any court proceeding
4  or action brought against you by any regulatory
5  authority?
6      A   No.
7      Q   Have you been a defendant in any criminal
8  proceeding?
9      A   No.
10     Q   Have you been a defendant in any civil
11 proceeding?
12     A   No.
13     Q   Do you hold any professional licenses?
14     A   No.
15     Q   Okay. And what was your position when you
16 were with Apple?
17     A   There were two positions generally that I
18 held. One of them was a DSB engineer which ran from
19 2008 to about 2011, and from 2011 to 2013 I was still
20 doing DSB engineering, but I had added on some skills
21 with acoustics and acoustics measurements.
22     Q   Okay. And in terms of the reporting chain,
23 who was above you, and was there anyone below you?
24     A   When I started my immediate manager was Neil
25 Warren. I never had any direct reports. I reported to

Page 12

1  Arem Lendal eventually, and then my last manager was
2  Guy Nicholson.
3      Q   Okay. And have you heard of GenAudio?
4      A   Yes, I have.
5      Q   And how did you first hear of GenAudio?
6      A   I believe I was invited to a demo with
7  GenAudio, and I attended it.
8      Q   Okay. And who were you invited by?
9      A   Most probably my boss at the time, Neil
10 Warren.
11     Q   Okay. Can you spell his last name?
12     A   W-a-r-r-e-n.
13     Q   Okay. And do you recall who else was at the
14 demo?
15     A   I can't recall, but most likely my manager
16 was there.
17     Q   Okay. Was Mr. Jerry Mahabub there from
18 GenAudio?
19     A   Yes, he was.
20     Q   Was there anyone else from GenAudio
21 present?
22     A   I can't recall that, ma'am.
23     Q   Okay. Do you know what year it was when you
24 first heard the demo?
25     A   I can't recall but -- no.

Page 13

1      Q   Okay. And did GenAudio approach Apple, is
2  that the way it worked, to get the demo?
3      A   I believe so, yes.
4      Q   Okay. And what was your understanding of
5  what GenAudio wanted to provide to Apple?
6      A   As we did with many vendors, it was a
7  demonstration of their algorithms and evaluation of
8  their --
9      Q   Do you recall what the product was?
10     A   It definitely wasn't hardware. It was a
11 piece of software algorithm that goes into devices that
12 involved with 3D rendering of audio and HRTFs.
13     Q   Okay. And what was the last thing that you
14 said after the 3D rendering?
15     A   HRTF, stands for head-related transfer
16 functions.
17     Q   Got you. And over the time period that you
18 had any dealings with GenAudio at all, who from Apple
19 was involved? It doesn't have to be specific in terms
20 of a specific meeting or anything, but in terms of
21 overall time period, can you recall who from Apple was
22 ever involved with the GenAudio person?
23     A   The person I recall is Victor Tiscareno.
24     Q   Okay.
25     A   And Vic was generally mostly on the iPod side

Page 14

1  of the business and I was on the Macintosh side of the
2  business.
3      Q   Okay. And did you ever meet anyone from
4  GenAudio other than Mr. Jerry Mahabub?
5      A   Mostly over e-mails as we figured out
6  technical issues, but I can't recall of anyone else
7  that I might have met.
8      Q   Okay. And were you aware of an NDA that
9  Apple had with GenAudio?
10     A   We would generally start any meeting at Apple
11 by asking to make sure that all NDAs were executed
12 before we would engage.
13     Q   Do you know of any other agreements between
14 Apple and GenAudio other than the NDA?
15     A   I'm not aware of that, no.
16     Q   And do you know how many meetings you had,
17 and I realize this is an approximate number, with Mr.
18 Mahabub?
19     A   Might have been face to face, maybe three or
20 four.
21     Q   Okay. And do you remember the time period in
22 which that ended, because you left at the end of '13,
23 correct?
24     A   Yes. I'm definitely positively sure that
25 between 2011 when I had changed roles into the

Page 15

1  acoustics division that I was -- I had never met in
2  that period with Mr. Mahabub.
3      Q   Okay.
4      A   On the Apple campus. There was one meeting
5  where we had at CES, an informal non Apple visit that I
6  had to the show where I visited the booth of Mr.
7  Mahabub and just shared their news and what they were
8  up to, and he had given me a demo of an EA Games
9  endeavor they were doing at the time, but it was
10 very --
11     Q   Go ahead.
12     A   This was in the start of 2013.
13     Q   Okay.
14     A   But it wasn't anything to do with Apple
15 business at the time.
16     Q   And could it have been 2012 even?
17     A   It's -- you know, this is where -- I'm not
18 quite sure when I visited the show, but --
19     Q   That's okay. Whenever it was, it was after
20 the dealings with Apple were done; is that correct?
21     A   Absolutely.
22         MS. OSTROM: Okay. Could you please hand the
23 court reporter the e-mail chain that's got the Bates
24 number Apple 608 through 621, and that would be Exhibit
25 No. 118 then.

Page 16

1          (SEC Exhibit No. 118 was marked for
2          identification.)
3  BY MS. OSTROM:
4      Q   And, Mr. Isaac, this is extremely lengthy,
5  and I am actually going to go through this with you,
6  but for the most part, not like line by line or
7  anything, but ask you some questions in general. Could
8  you please look through these e-mails, and my question
9  basically is going to be, did you receive and send
10 these e-mails from September 1st of 2009 through
11 September 13th of 2009?
12     A   I am reviewing them now.
13     Q   And when you're done just tell me, because I
14 won't interrupt you until I know you're ready, okay?
15     A   Sure. Yes, I do recall these e-mails.
16     Q   Okay. And is it correct that you received
17 and sent these e-mails?
18     A   Yes.
19     Q   Okay. If you could look at starting on the
20 one that has the number 619 in the bottom right-hand
21 corner, so it should be at the end. It should be the
22 first e-mail in the chain, and this one is dated
23 September 1st of 2009, and Mr. Mahabub is sending an
24 e-mail that at least went to you. I believe it must
25 have also gone to Mr. Tiscareno it appears, and the

Page 17

1  first paragraph says, "I hope you both remember me. We
2  recently met with Victor at Apple regarding a astound
3  sound localization Q-base technology." Do you see
4  that?
5      A   Yes, I do.
6      Q   Okay. And does that seem about right that
7  you first met with Mr. Mahabub with Mr. Tiscareno
8  sometime right before September 1st of 2009?
9      A   I believe --
10     Q   Or before that?
11     A   I believe so, because that's almost a year
12 after I started at Apple, yeah.
13     Q   Okay. And was it your understanding that Mr.
14 Mahabub was attempting to create a demo for the
15 Macintosh?
16     A   Yes, so basically when we -- when we listened
17 to Mr. Mahabub's demo, we had a sort of technical
18 package where we would basically integrate a vendor's
19 demo onto the Mac for further evaluations, and so the
20 answer is yes.
21     Q   Okay. And is that why you were involved then
22 because you were on the Mac side of things?
23     A   Yes.
24     Q   And what is a kernel extension?
25     A   So on a typical computer there are

Page 58

1  A  No.
2  Q  **Do you know anyone else who has been**
3  **subpoenaed or testified in this investigation?**
4  A  No.
5     MS. OSTROM: Mr. Isaac, I have no further
6  questions at this time. We may, however, call you
7  again to testify in this investigation and should this
8  be necessary, we will contact you through your counsel.
9     And we will go off the record at 11:50 a.m.
10 on April 15th, 2015.
11    (Whereupon, at 11:50 a.m., the examination
12 was concluded.)
13            * * * * *

Page 59

1           PROOFREADER'S CERTIFICATE
2
3  In the Matter of:   GENAUDIO, INC.
4  Witness:       Ronald Isaac
5  File Number:   D-03450-A
6  Date:          Wednesday, April 15, 2015
7  Location:      San Francisco, CA  94111
8
9      This is to certify that I, Donna S. Raya,
10 (the undersigned), do hereby swear and affirm that the
11 attached proceedings before the U.S. Securities and
12 Exchange Commission were held according to the record
13 and that this is the original, complete, true and
14 accurate transcript that has been compared to the
15 reporting or recording accomplished at the hearing.
16
17 _____  _____
18 (Proofreader's Name)       (Date)

16 (Pages 58 to 59)