# EXHIBIT 172



From: Jerry <jerry@genaudioinc.com>
To: vmt@apple.com
Cc:
Bcc:
Date: 01/21/2007 09:59:24 am
Subject: re: Presentation date/time...
Attachments: image.jpg

Hi Victor,

Anytime after Feb. 20, 2007 looks good for me. Let me know what date/time/location works best for you and/or Tony Fadell.

Hopefully the previous email was what you were looking for with respect to your request from our phone conversation.

The following is a punch list of what we will be presenting:

1) An A-B-C comparison of AstoundStereo™ to 2 other competitor products that process already mixed stereo (as you requested). In particular, the two I have chosen (for now) are SRS iWow, and OSS 3D. Both of these are far from a true stereo 3D experience like AstoundSound™ and AstoundStereo™, however, for the consumer, this is what they have available to them as far as real-time software processing of 2-channel audio (stereo). After listening to AstoundStereo™, you may wonder exactly why these other Company's even call themselves a 3D enhancement or whatever buzz term they are using. This demo would be for the integration into iTunes for 0.99 cent music downloads among other iTunes download products like movies.

2) A 3 minute segment of the movie, "The Right Stuff", in normal stereo compared to AstoundSound™ (two channel audio) and 5.1 compared to an integration of AstoundSound and 5.1. It's best to compare Apples with Apples (no pun intended) and oranges with oranges. This should allow us to be able to really show off our "Right Stuff" by demonstrating our elevation cues (one of the strong differentiating factors of AstoundSound™ over other localization cue technologies), minimal tone colorization, an incredible audio experience, as well as how well we can enhance multi-channel audio mixes. This is why we only tenuously link discrete multi-channel audio presentation format companies as competitors (e.g. Dolby, DTS, SDDS), rather, we are an incredible enhancement and the ultimate audio experience would of course be an integrated AstoundSound™/Surround Sound mix. It is simply not required to have multi-channel audio to experience AstoundSound™ - Two Channel audio works great.

3) Three different applications for three different product offerings and integration. First, the Consumer UI. This is how I would like to initiate our potential future partnership to initiate and keep the license specific to a well defined niche, in particular, 0.99 cent downloads. Next, the Prosumer Application. This will be an application for GarageBand users looking for more features to play with - perhaps an iLife integration. Last, I will demonstrate the Pro-Audio version (our current test and/or stub application) and draw 4D (space-time) paths and blow your mind away with the most accurate and easy to use sound localization software ever. This would be for integration into Logic for Pro-Audio (we are also starting to port the code to both an RTAS and TDM plug-in for ProTools users).

4) Briefly discuss the special version of our software for exporting keyframes as an XML file out of Maya (via Collada Schema) and effortlessly localizing any mono input audio source completely synchronized with the motion of the animation instantaneously. We believe that animation studios would love such capability...

5) A potential marketing strategy (buzz/viral via email, chat rooms, blogs, PR, etc...) that enables Apple to have a differentiator unlike any other technology being offered today and drive iPod (and soon to come iPhone) sales through the roof. Use the iTunes software to brand the technology for about a year (at no cost to the consumer), then burn the filters onto a super-small surface mount IC (perhaps an FPGA) and present a new iPod and/or iPhone with the technology built into the hardware...Perhaps the current hardware for such devices would support such digital audio filter processing and no additional IC would be required – Only Apple knows this kind of

information, let alone potential real estate issues with respect to the footprints on your hardware's PCBs! We believe that everyone will want to buy the new hardware, including current iPod owners (like myself). How many people could go back to watching B&W TV after Color TVs were commercially available? Just some food for thought...

6) Licensing and/or Partnership Agreement to present to the World the only true audio technology differentiator since stereo progressed to discrete multi-channel audio in 1992, and it requires no special recording, encoding/decoding, or any other hardware/equipment. It is simply an elegant digital signal processing software for the entire world to enjoy and a smart 4 year old could use it and comprehend the experience.

I have patiently waited for almost 15 years of R&D and staying "under the radar" to commercialize my invention and get the technology into a state that is ready for market and commercially viable for licensing downstream. The time is now.

Please let me know if there is anything else you would like to add/delete as far as a punch list in concerned for the upcoming mid to late February presentation. I am not going to bore you, Tony and/or Steve(???) with a Keynote or Powerpoint presentation (you most likely see those 100 times a day). The technology and our software speak for itself and this is what I would like for our initial meeting to focus on – The technology wow factor and differentiation strategy (what Apple has always been good at and lives for!) – The rest is business strategy to drive branding hard and fast (we will discuss at the presentation), and license negotiation(s) if you like what our Company has to offer and want both technology and market differentiation over everyone else for years to come.

The entire team at GenAudio and I are happy to have the opportunity to present to Apple.

Best Wishes,

**Jerry Mahabub** – Chairman, President & CEO

GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

Phone: (303)-865-8830
Fax: (303)-865-8834
Mobile: (720)-938-1780
email: jerry@genaudioinc.com
URL: www.genaudioinc.com

SEC-TiscarenoV-E-0001876