# EXHIBIT 174

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Ronald Isaac" <risaac@apple.com>
Cc: "Victor Tiscareno" <vmt@apple.com>
Bcc:
Date: 11/09/2009 03:25:55 pm
Subject: Re: two new kexts
Attachments:

Hi Ron,

Thanks for getting back to me...We were pacing the floors this weekend anxiously awaiting to hear from you! :)

We will compile against the new design this evening and test, then send it to you/Jim for review.

Have a great day.

-Jerry

On 11/9/09 1:19 PM, "Ronald Isaac" <risaac@apple.com> wrote:

> Jerry,
>
> I am changing the architecture a bit. Please hold on, I am trying to get it out to you by end of today. Basically, I will not provide the ability for pre/post but instead the new design will call for 2 APIs - A single standing call and a "place me anywhere" call. If your module is comfortable sitting anywhere in our chain, then you can implement the API for "place me anywhere". If your module is I wanna be alone thing, you will implement the one you have now. The details will be sent soon.
>
> Best Regards,
> Ron
>
>
> On Nov 7, 2009, at 11:09 PM, Jerry Mahabub wrote:
>
>> Hi Ron,
>>
>> Just checking in on the status of the two new kexts (pre and post Apple EQ/Crossover processing)?
>>
>> We are pacing the floors waiting to compile the two new kexts with Astound and send over to you and Jim for review.
>>
>> As we discussed, if you need anything put into the kext app on our end, any kind of filter, additional EQ bands, etc., just let me know and it will be done.
>>
>> Together, I am sure we will arrive at a solution that will make your Mac product offerings sound better! :)

EXHIBIT
1-13-17
164
Isaac

SEC-TiscarenoV-E-0000750

Best Wishes,

-Jerry