# EXHIBIT 175

Received(Date): Fri, 30 Oct 2009 01:07:40 -0600
Subject: Re: UI screenshot...
From: Jerry Mahabub <jerry@genaudioinc.com>
To: Ronald Isaac <risaac@apple.com>
Cc: Victor Tiscareno <vmt@apple.com>
Date: Fri, 30 Oct 2009 01:07:40 -0600

OK...Thanks for letting me know!

Please don't forget to let me know what building to meet you and/or Vic at on Thursday at 2pm!

-Jerry

On 10/30/09 12:53 AM, "Ronald Isaac" <risaac@apple.com> wrote:

The NDA is ok, no need for another one.

Ron

On Oct 29, 2009, at 8:02 PM, Jerry Mahabub wrote:

> Hi Ron and Vic,
>
> Great! See you on Thursday at 2pm.
>
> What building should I come to (Marianni, Main, etc.???)
>
> My team and I will be putting the app/kext through the ringer until we meet!
>
> Vic – Any possibility of us having a meeting as well?
>
> Best Wishes,
>
> -Jerry
>
> On 10/29/09 5:15 PM, "Ronald Isaac" <risaac@apple.com <x-msg://6/risaac@apple.com> > wrote:
>
> Jerry,
>
> Answers below:
>
> Best Regards,
> Ron



CONFIDENTIAL                                                                                      347APL-00000573

On Oct 29, 2009, at 4:04 PM, Jerry Mahabub wrote:

Hi Ron,

Excellent! :)

We are within a few days of having something ready. I am planning on being in San Francisco next week on Wednesday morning, so if possible, either Wednesday afternoon or Thursday anytime we could meet, and I can walk you through the app and then give you the files to put on your machine...let me know if you will be available.

Lets shoot for thursday 11/5 at 2pm.

**Two Questions:**

1) If possible, how can we access Accelerate.framework from our kext module. Specifically we need the functions vDSP_dotpr and vDSP_dotprD in order to really make this thing fly with optimal performance...I realize this is for demo purposes, however, we are very conscious about keeping our code as optimized as possible and when we really get this moving in the right direction, we want to hand over source code that is super streamlined and highly optimized which in turn will make Apple's life much easier!



Unfortunately Accelerate is a user space framework and is not ported for use in the kernel.

2) Although we have an NDA with Apple signed already, do we need to sign another NDA with your division, or does the NDA we already have signed carry throughout all divisions at Apple? (I have attached the NDA we have already signed for your review). The language in the NDA is pretty general "integration of AstoundSound into various Apple product offerings", however, perhaps Apple prefers to have separate NDA's signed with each division we work with...just let me know.

I will send you the answer to this one in a short while.

Vic – If possible, can you, Michael and I can meet either before, during, or after the meeting with Ron (pending Ron's schedule of course)?

Have a great day.

Best Wishes,

-Jerry

On 10/29/09 3:15 PM, "Ronald Isaac" <risaac@apple.com <x-msg://6/risaac@apple.com> <x-msg://25/risaac@apple.com> <x-

> msg:[//25/risaac@apple.com](//25/risaac@apple.com)> > > wrote:
> Jerry,
>
> Looking really good ! Carry on, when you are done, we should expect this app along with the kext. Looking forward to hearing it.
>
> Best Regards,
> Ron
>
> On Oct 27, 2009, at 5:16 PM, Jerry Mahabub wrote:
>
> Hi Ron,
>
> Hope all is well with you! Attached is a screenshot of the Kext UI.
>
> This will enable you and your team to customize settings.
>
> The "Enable AstoundStereo Processing" check box will also manage the "./dspBypass" command in the background toggling between the two.
>
> When it is turned on, we are processing. When it is turned off, you are listening to system processing.
>
> There is a check box for each DSP module that can be turned on/off.
>
> You will also have the ability to load and save presets.
>
> In a nutshell, it is analogous to the stereo in stereo out AU plug-in.
>
> Let me know if we are on the right path.
>
> Have a great day!
>
> -Jerry
>
> <Picture 1.png>
>
> <GenAudio NDA 7.22.09.pdf>

CONFIDENTIAL

347APL-00000575