# EXHIBIT 176

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 07/28/2010 06:59:24 pm
Subject: re: iPad and iPod devices...
Attachments:



Hi Vic,

I still have the devices. Have been traveling. We should be seeing each other on the 5th of August at 11am with Andrew and Barry?

I will get the devices to you before then with the new settings I would imagine. I need the new NDA to review as well that we discussed.

I will try and call you tomorrow.

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0001237