# EXHIBIT 177

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 08/02/2010 02:39:18 am
Subject: Re: got your messages...
Attachments:

Hi Vic,

OK...I will be in SF on Wednesday night and await your instructions to come down. If Wednesday works better, I can come in on Tuesday night this week...just let me know. If the following week works better, then so be it. You say jump, I say how high! :) I must let you know, I hold the record for holding my breath for scuba diving (just kidding) LOL

Two things:

1. What about the NDA? Can you get that sent to me ASAP so we can review it on our end? I would like to get that signed and in place before the meeting if possible.
2. Let me know the scoop with Ron and the new kext we are still awaiting from him. We are anxious to create the presets in accordance with what we discussed for the Mac side of things.

Hope you enjoyed the weekend and I will try and call you tomorrow (well, technically today)

Best Wishes,

-Jerry


On 8/1/10 9:32 AM, "Victor Tiscareno" <vmt@apple.com> wrote:

> Hi Jerry,
>
> That's great news!
>
> RE: Meeting- literally, when I look at Andrew's and Barry's schedule, it's almost blocked out for weeks on end with 1/2 hr here and there.
> This time slot was the only where the two would be in the same room, but even I have a conflict with the current set time slot.
>
> Anyway, I wouldn't hold your breath too long. I'll keep you posted.
> Oh, neither one of them has responded to the invite.
>
> Vic
>
> Victor Tiscareno
> vmt@apple.com



iPod Audio/Acoustics
(425) 417-1720 cell

"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
Daniel R. von Recklinghausen, —H.H. Scott Co.

On Aug 1, 2010, at 1:09 AM, Jerry Mahabub wrote:

> Hi Vic,
> Sorry I missed your calls – I must of been in the air or at the airport and my phone was turned off...
> I am in Colorado now. Spent some time with the family today (and of course the routine trip to the Apple store) ! ;)
> I will be in SF on Wednesday evening and on standby for the call to come to Cupertino. With at least 2 hours notice, I can be there anytime on the 5th, so just let me know...
> I am anxious to meet Andrew and Barry and peel the onion shell layers back. We can also do this via a conference call for an initial Q&A session, then setup a face to face meeting the following week if that makes more sense.
> The only time I will be unavailable will be from August 16th to August 25th – going back to London to work on the reel 2 temp mix at the dub stage for Narnia 3.
> I have attached the logo lineup for the end-credits for Narnia 3 (already approved by Fox and Walden Media), although the actual ordering of the logos is not set in stone just yet...Either way I am very happy just to have the AstoundSurround logo next to Dolby, Sony and DTS!!! :) The world of 3D film is in for a big surprise come December, 2010...
>
> < image.png>
>
> Wouldn't that be phenomenal if iPod/iPad came out of the gate with AstoundExpander integrated concurrently or contemporaneously...Is that even a possibility? From a technical perspective I believe it is, however, not sure if it would fit into Apple's rollout for that timeframe...
> Let's try and talk on Monday. Any news from Ron just yet on the new kext we are waiting for?
>
> Best wishes,
>
> -Jerry

SEO-TiscarenoV-E-0001243