# EXHIBIT 181

**Received(Date):** Thu, 24 Mar 2011 22:34:08 -0600
**Subject:** Re: Spare iMac 27"???
**From:** Jerry Mahabub <jerry@genaudioinc.com>
**To:** Ron Isaac <risaac@apple.com>
**Date:** Thu, 24 Mar 2011 22:34:08 -0600

---

Gr8! Looks like that little bit worked for you -- not sure what you need it for, however, I am sure you have your reasons! ;) I will get in touch with Sasha when I come up for air early next week to get the ball rolling on the evaluation agreements. Remember, we have an NDA that Apple and GenAudio signed while I was working with Victor, however, we can sign whatever we need to so we can re-sync and get some forward momentum again my friend! ;)

Hope your new tires are working well! LOL

Best Wishes,

-Jerry

On 3/24/11 4:19 PM, "Ron Isaac" <risaac@apple.com> wrote:

thanks.

Ron

On Mar 24, 2011, at 2:44 PM, Jerry Mahabub wrote:

> Hi Ron,
>
> Here it is:
>
> Based on over 23 years of R&D into how the human brain processes spatial audio information from over 7000 functional magnetic resonance imaging (fMRI) brain scans coupled with EEG/MEG data in response to spatial auditory stimuli, AstoundSound® is a unique 3D localization cue software technology that produces the most natural and immersive audio experience with no tone colorization, no center *channel information or low-end compromise, and processed audio remains in phase.
>
> * - Center channel here is the "phantom" center channel information in a stereo or two-channel mix, not a discrete center channel in a multi-channel mix.
>
> This should do it my friend! ;) I could make it one line using a 6pt. font! LOL
>
> Best Wishes,

PENGAD 800-631-6989
EXHIBIT
1-13-17
169
Isaac

-Jerry

On 3/24/11 3:22 PM, "Ron Isaac" <risaac@apple.com <x-msg://238/risaac@apple.com> > wrote:

Jerry,

Please send me a 2 liner of how you would describe the technology in AstoundSound (2 lines of technical terms). Thanks !

Ron

On Mar 23, 2011, at 1:41 PM, Jerry Mahabub wrote:

Thanks Ron. I take it Alex Pance is Sasha?

Best Wishes,

-Jerry

On 3/23/11 1:34 PM, "Ron Isaac" <ri saac@apple.com <x-msg://238/risaac@apple.com> <x-msg://153/risaac@apple.com <x-msg://153/risaac@apple.com> > > wrote:

Jerry,

Please work through Sasha Pance (CCed). He can help you get set up to demo audio to us as well as get you to sign all the necessary evaluation agreements.

Sasha, we have worked with Jerry in the past, and he has a virtualization experience for iPads and touches and he is wanting to show us how it sounds on iMacs.

Ron

On Mar 23, 2011, at 1:16 PM, Jerry Mahabub wrote:

Hi Ron,

Would you send me two chassis with your speakers for iMac 27"? Actually, I really need an iMac 27" with a bad screen or some form of prototype that has bad parts in it so I can gut it and provide a real LCR demo for you next time I come and visit using your speakers and modify the iMac shell with the iMac speakers to have a center channel...I will need more than a couple of days to put this together! LOL

Here is my address:

Jerry Mahabub

43 Ozone Ave., #A
Venice, CA
90291

Best Wishes,

-Jerry

CONFIDENTIAL 347APL-00000097