# EXHIBIT 182

From: "Victor Tiscareno" <vmt@apple.com>
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc:
Bcc:
Date: 07/28/2009 01:29:15 pm
Subject: Re: Document almost done...
Attachments:

---

I haven't heard back from Barry yet.

Anyway, save all the good stuff for your demo, it'll have greater impact.
Between us, I do want to hear your demo ahead of the Big Meeting, let's make sure that the music and demo will impress.

Vic

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell


On Jul 28, 2009, at 10:57 AM, Jerry Mahabub wrote:

> Hi Vic,
>
> No problem...Doing it right now.
>
> Glad you told me to do this as I was just about to hit the send button for the doc!
>
> Let me know what Barry says for the meeting on Wednesday or Thurday.
>
> Best Wishes,
>
> -Jerry
>
> On 7/28/09 11:17 AM, "Victor Tiscareno" <vmt@apple.com> wrote:
>
>> Can you graph the white noise in some matter for "show and tell"
>> This is not requirement, but It would be nice to say that folks will perceive the sound to be louder but it is not.
>>
>> Vic
>>
>> Victor Tiscareno
>> vmt@apple.com
>> iPod Audio/Acoustics



SEC-TiscarenoV-E-0000249

(425) 417-1720.cell

On Jul 28, 2009, at 6:53 AM, Jerry Mahabub wrote:

> Hi Vic,
>
> Good to talk to you yesterday...We have been up all night hammering down on getting the ActiveBass discrete on/off LF part modeled correctly, and we just nailed it! Adding energy to the waveform using low end processing techniques is an art in and of itself as the energy is very low, so you have to be very careful as level meters will not necessarily show you the information we want to see -- That is why we have ears!
>
> So, now we are taking new metrics for the tables in the document, and I should have the final document completely matching the performance characteristic of the actual device I will bring to you and Barry on Wednesday or Thursday.
>
> I should have the doc to him within the next few hours. The new settings sound great, and although the audio sounds a bit louder when the "less" mode processing is turned on, we ran white noise through the process and compared the peak gain of the processed waveform versus the bypassed waveform, and they level matched, so there is no "smoke and mirrors" about the demo you are about to receive! :)
>
> See you soon and have a great day.
>
> -Jerry

SEC-TisoarenoV-E-0000250