# EXHIBIT 183



From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 08/02/2009 07:54:58 am
Subject: re: rev 3. Demo...
Attachments:

Hi Victor,

Just wanted to make sure I am moving in the right direction. We are constructing rev. 3 of the demo in accordance with the following specs:

1) Processor expenditure <10% (currently at 16%, a reduction from the first rev. 1 demo they were given on June 18th which was at 70% in three weeks!). Coming in at around 10% should enable for further assembler optimizations to be made to bring it down to the 3 to 5% range threshold enabling an embedded level solution making the battery life tax minimal.

2) A streamlined UI allowing for playback controls and 4 songs for 10 different genres (a total of 40 songs). I will be sending them the preliminary list, and they will modify it if necessary with other songs of their choice. In addition, "test audio" files will be added in: 1) White Noise, 2) Pink Noise, and 3) Sine Wave for helping to eliminate any "smoke and mirror" concerns. I will also perform a series of white noise re-recordings across all functions in rev.2 and provide new updated illustrations for rev 3.

3) Tilt EQ function as a slider (the current implementation), and with a discrete on/off, where when turned on, it will continue to function if Astound processing is bypassed, and if Current EQ is selected, then the tilt function will ONLY work when Current EQ is in "Flat" mode. If a Current EQ other than Flat is selected (e.g. Rock, Jazz, etc.), then it will grey out and be bypassed. We are looking into creating a custom slider for the Tilt EQ that will allow the user to "double tap" the Tilt EQ slider and it will snap to center, which is the equivalent of being bypassed.

4) Possible an additional demo on the device called "AstoundElevation" that will take a mono saxaphone and allow the user to interact with the spatial height placement of the input audio sound source with a slider ranging from 0 deg. To 90 deg (directly over the head)

5) Possible an additional demo to playback a segment of an action film title release using Quicktime, and playback audio independent of the video playback via Quciktime, and sync both processed and un-processed audio to the video for demo of a film showing how the filters react to heavy special effect paning information (analogous to a video game).

6) Should I put together a 5 to 10 minute Power Point for meeting 3? If so, what do you recommend for the content?

We are constructing a new UI with enhanced Use Case Scenarios to allow for a more intuitive flow when comparing Current EQ to Spatial EQ, selection of multiple songs in multiple Genre's, etc. Screen shots of the new UI layout will follow in the next day or two.

We anticipate completion of the above tasks within 2 weeks (4 & 5 may or not be completed within this

SEC-TiscarenoV-E-0000300

timeframe). This will be the version of the app I will demo at the "Big Meeting"?

Do you believe that the current rev. 2 version will enable you the ability to accomplish your demo objectives? I can send you an interim revision 2.1 in the meantime with the additional songs and new UI potentialls, however, the optimizations with new metrics (both processor and memory expense and footprint respectively) will not be included in the interim version.

If possible, it would be great to get a "special API" that will enable us to access the audio from Quicktime (for the movie demo), and also access the iTunes Music Library (this will be the only way to truly eliminate any "smoke and mirror" allegations that we are doing something different for each song and prove that our process is the same process being applied across the board).

Please let me know how I may be able to add any additional features or any additional requested modifications.

Hope to see you again in about two weeks with rev. 3. Any word back from Barry just yet? Has he had a chance to review the answers to his technical questions and the proposal?

I am available anytime any day. If you ned to aske me any questions during your meetings, please call me either on my mobile (720)-938-2648, at my Venice Beach house (310)-314-7200, or at my house in Colorado (will be there this coming Friday to Tuesday of the following week, then back to Venice on Tuesday evening with my dev team to hammer down the remainder week to get rev. 3 completed and ready for me to deliver to you and present).

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0000301