# EXHIBIT 184

| | Demo with MH | |
|---|---|---|
| organizer: | Victor Tiscareno <vmt@apple.com> | |
| from: | Tue, 04 Aug 2009 11:00:00 -0700 | |
| to: | Tue, 04 Aug 2009 12:00:00 -0700 | |
| attendees: | Victor Tiscareno <vmt@apple.com> | accepted |
| | mhailey@apple.com <mhailey@apple.com> | accepted |
| uid: | 2D88115F-1373-40C9-98FA-3D1F0957476F | |
| note: | Demo of Astoundsound | |



CONFIDENTIAL

347APL-00000046