# EXHIBIT 185

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 08/19/2009 02:50:15 am
Subject: re: You the man!!! :)
Attachments:

Hi Vic,

Those graphs really helped. I think I have it nailed keeping the response tight in to the headphone response with minimal deviation...

I will not know until I see you on Tuesday and swap devices with you.

We believe that we may have a battery hit that practically exactly matches the hit of the current EQ from our first tests...This would be PHENOMENAL! :)

I have to go back over the tests, and redo the tests for at least 10 times on each setting over the next 4 to 5 days, and should have the graphs for you to review by Tuesday next week in Cupertino. I will need for you to perform the same set of tests with the same graphs again on the new device so I can see if my new settings are close enough for government work, or still require further tweaking. I think with one or two more iterations with you, we will nail it!

Much appreciated your help. Although I am happy that you are my POC at Apple, and feel that we have become friends, I do wish I had you or someone like you working on my team!!!

Again, thanks for everything you have done thus far. I will not let you down.

Best Wishes,

-Jerry



SEC-TiscarenoV-E-0000376