# EXHIBIT 186

**From:**
**To:** "Jerry Mahabub" <jerry@genaudioinc.com>
**Cc:**
**Bcc:**
**Date:** 03/05/2010 01:44:25 pm
**Subject:** Re: test library...
**Attachments:**

---

Hi Jerry,

This brilliant, and will definitely help us with development.
You guys are so far ahead of the curve that we need to catch up.
Thanks for letting me know about it.

Vic


Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell


On Mar 4, 2010, at 11:10 PM, Jerry Mahabub wrote:

> Hi Vic,
>
> This evening, on a conference call with a few of my dev team members, I came up with a cool idea, and after a couple of hours of discussing it with them, we came up with this...
>
> We are going to create a "test" C library which will exactly emulate the real AstoundAPI/library, only it will have a series of 4 presets that are not sound localization based filters (which of course is our IP).
>
> What this will enable is for your team, in any respect, whether it is iPod, Mac, iPad, AppleTV, etc. to truly embed all of our processing via the demo library, and once they have it working, and the decision is made to move forward with the full blown integration and we figure out the business side (I would imagine before Apple would ever move forward with marketing Astound integrated across their product offerings, they will want to have the license deal figured out – in other words, how much money will it cost), we simply supply Apple with the real Astound library, and it literally is as simple as swapping in the new library, and voile, all the products are integrated, fully tested, and ready to ship within minutes.
>
> We will also supply a stand alone version of the "Kext" for the stereo in stereo out implementation (same exact application that Ron has, only in user space, not kernel space). This way, Apple can use the stand alone version on multiple different devices to determine the best settings, and actually input them in to the demo library such that when the demo library is replaced with the actual Astound library, it is for the most part ready to ship.
>
> How do we accomplish this? We will generate 4 presets that are all 8 tap filters, such that when a preset is selected it will do the following:

SEC-TiscarenoV-E-0001560

Preset 1: Low Pass Filter to 500 Hz.

Preset 2: Band Pass Filter from 2K to 4K

Preset 3: Band Pass Filter from 8K to 10K

Preset 4: High Pass Filter from 14K and up

Because all of these "replacement" filters will be 8 tap, and all the rest of the processing will use the same exact dsp core in the stand alone app that is currently on the iPod device for our Astound app, the battery life and processor performance will be exactly the same, just the audio will not localize until the actual Astound library replaces the demo library and our localization cue filters are in, not the test filters with the demo library.

This will prove to your folks at Apple that we truly are in an integration level state, do not affect battery life, and have minimal processor expenditure, and nobody has to take our "word" for it anymore. Also, it enables whoever in whatever division to customize the settings for a particular device, up to 4 presets.

I should have the stand alone app (which you simply import any audio file type, mp3, aiff, wav, etc. and you have all the DSP parameters that we used for the current iPod device settings) to you along with the demo C library by mid to late next week.

I will also include all the "presets" that are currently being used on the iPod device so you and your team can actually see what parameters are set to what to create the experience you are hearing, and you can tweak and adjust them, and save new presets or delete presets. Ron currently has these presets as well, only for his app, it resides in Kernel space so processing occurs beneath the OS, not on top.

This is a full product integration suite for you and the rest of your team at Apple to use and when we are all ready to push the go button, it literally will take less than 5 minutes to have all the devices in a state that is ready to ship as you and everyone else using the suite would have already determined the parameter settings and performed all integration level and product testing using the demo library, including wrapping various UIs around the demo library for various OS X based applications (Quicktime, DVD Player, iTunes, etc.) I would imagine that each application may want to have it's own way of interacting with the AstoundSound tech, although, that is a product marketing decision for Apple to make...

I think this may help to show your entire team at Apple that we are serious about doing business with Apple, we stand by our product as being the best of the best, and we are here to make your lives as easy as we can by streamlining the integration and testing process for Apple.

Please let me know what you think about this...the cool thing is that even if everyone is slammed doing something else, such as gearing up for the iPad launch, it will be there for your team to work on whenever they are ready, as our backend DSP core is as optimized as it is going to get, and it works incredibly well.

Will call you tomorrow to dicuss in more detail...

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0001561