# EXHIBIT 187

**Received(Date):** Fri, 30 Oct 2009 12:49:59 -0600
**Subject:** Re: UI screenshot...
**From:** Jerry Mahabub <jerry@genaudioinc.com>
**To:** Victor Tiscareno <vmt@apple.com>
**Cc:** Ronald Isaac <risaac@apple.com>
**Date:** Fri, 30 Oct 2009 12:49:59 -0600

---

Thanks Vic. See you both next week!

-Jerry

On 10/30/09 12:45 PM, "Victor Tiscareno" <vmt@apple.com> wrote:

In Apple geek speak

Infinite Loop, engineering building #6

The main lobby is IL 1

As you walk in, in rotation to the left, it is IL2,IL3----IL6 is the last building.

Just park in the visitor parking near the company store and meet me in the lobby.

Vic

Victor Tiscareno

vmt@apple.com

iPod Audio/Acoustics

(425) 417-1720 cell

On Oct 30, 2009, at 11:40 AM, Jerry Mahabub wrote:

> See you there – Sorry for having to ask this...what is IL6 (Intergalactic Level 6 perhaps???) LOL
>
> Best Wishes,
>
> -Jerry
>
> On 10/30/09 12:29 PM, "Ronald Isaac" <risaac@apple.com <x-msg://65/risaac@apple.com> > wrote:

Thursday 10:15am - 11am in IL6. Jerry, I will see you in the lobby of IL6 @ 10:15 am, otherwise, I am sure Victor can escort and check you in before my arrival.

Best Regards,
Ron

On Oct 30, 2009, at 11:27 AM, Jerry Mahabub wrote:

Green on my screen! :)

-Jerry

On 10/30/09 12:17 PM, "Ronald Isaac" <risaac@apple.com <x-msg://65/risaac@apple.com> <x-msg://42/risaac@apple.com <x-msg://42/risaac@apple.com> > > wrote:

I am not available until 10:15am on Thursday .. Is 10:15 - 11am good ?

Best Regards,
Ron

On Oct 30, 2009, at 11:13 AM, Victor Tiscareno wrote:

Hi Ron,

I should begin blocking out my calendar from 3:30p on, because that's the time I have to leave to make it to the airport back to Seattle.
Jerry and I have tentative plans for lunch around noonish and were to meet about the iPod stuff in general. BTW, @ Jerry, Michael Hailey will be out all next week on the west coast so we won't be able to meet with Michael as planned.
That opens up my schedule a bit.
So, I'm available on Thursday from Noon to 2:30pm. I actually have a meeting at 1:30 to 2:30, but I probably can miss part or all of it.

My Thursday afternoons are crowded with meetings, It would be better for me to meet in the morning. I'm available from 8:00 to 11am.
Breakfast anyone?
Does that work for either one of you?

Vic

Victor Tiscareno

vmt@apple.com <x-msg://65/vmt@apple.com> <x-msg://42/vmt@apple.com <x-msg://42/vmt@apple.com> >
iPod Audio/Acoustics
(425) 417-1720 cell

On Oct 30, 2009, at 11:03 AM, Ronald Isaac wrote:

Jerry,

I changed the time to make sure Victor is available , thursday 3-4pm.
I am not inviting anyone from our side as this is a first meeting to check on what you have done Jerry and provide any feedback for yet another visit that will include folks on our side here.
I just like to make sure everything is in proper order before inviting people to demos.

Best Regards,
Ron

On Oct 29, 2009, at 8:02 PM, Jerry Mahabub wrote:

Hi Ron and Vic,

Great! See you on Thursday at 2pm.

What building should I come to (Marianni, Main, etc.???)

My team and I will be putting the app/kext through the ringer until we meet!

Vic – Any possibility of us having a meeting as well?

Best Wishes,

-Jerry

On 10/29/09 5:15 PM, "Ronald Isaac" <risaac@apple.com <x-msg://65/risaac@apple.com> <x-msg://42/risaac@apple.com <x-msg://42/risaac@apple.com> > <x-msg://29/risaac@apple.com <x-msg://29/risaac@apple.com> <x-msg://29/risaac@apple.com <x-msg://29/risaac@apple.com> > > > wrote:

Jerry,

Answers below:

Best Regards,

Ron

On Oct 29, 2009, at 4:04 PM, Jerry Mahabub wrote:

Hi Ron,

Excellent! :)

We are within a few days of having something ready. I am planning on being in San Francisco next week on Wednesday morning, so if possible, either Wednesday afternoon or Thursday anytime we could meet, and I can walk you through the app and then give you the files to put on your machine...let me know if you will be available.

Lets shoot for thursday 11/5 at 2pm.

**Two Questions:**

1) If possible, how can we access Accelerate.framework from our kext module. Specifically we need the functions vDSP_dotpr and vDSP_dotprD in order to really make this thing fly with optimal performance...I realize this is for demo purposes, however, we are very conscious about keeping our code as optimized as possible and when we really get this moving in the right direction, we want to hand over source code that is super streamlined and highly optimized which in turn will make Apple's life much easier!

Unfortunately Accelerate is a user space framework and is not ported for use in the kernel.

2) Although we have an NDA with Apple signed already, do we need to sign another NDA with your division, or does the NDA we already have signed carry throughout all divisions at Apple? (I have attached the NDA we have already signed for your review). The language in the NDA is pretty general "integration of AstoundSound into various Apple product offerings", however, perhaps Apple prefers to have separate NDA's signed with each division we work with...just let me know.

I will send you the answer to this one in a short while.

Vic – If possible, can you, Michael and I can meet either before, during, or after the meeting with Ron (pending Ron's schedule of course)?

Have a great day.

Best Wishes,

-Jerry

On 10/29/09 3:15 PM, "Ronald Isaac" <risaac@apple.com <x-

msg://65/risaac@apple.com> <x-msg://42/risaac@apple.com <x-msg://42/risaac@apple.com> > <x-msg://29/risaac@apple.com <x-msg://29/risaac@apple.com> <x-msg://29/risaac@apple.com <x-msg://29/risaac@apple.com> > > <x-msg://25/risaac@apple.com <x-msg://25/risaac@apple.com> <x-msg://25/risaac@apple.com <x-msg://25/risaac@apple.com> > <x-msg://25/risaac@apple.com <x-msg://25/risaac@apple.com> <x-msg://25/risaac@apple.com <x-msg://25/risaac@apple.com> > > > > wrote:

Jerry,

Looking really good ! Carry on, when you are done, we should expect this app along with the kext. Looking forward to hearing it.

Best Regards,
Ron

On Oct 27, 2009, at 5:16 PM, Jerry Mahabub wrote:

Hi Ron,

Hope all is well with you! Attached is a screenshot of the Kext UI.

This will enable you and your team to customize settings.

The "Enable AstoundStereo Processing" check box will also manage the "./dspBypass" command in the background toggling between the two.

When it is turned on, we are processing. When it is turned off, you are listening to system processing.

There is a check box for each DSP module that can be turned on/off.

You will also have the ability to load and save presets.

In a nutshell, it is analogous to the stereo in stereo out AU plug-in.

Let me know if we are on the right path.

Have a great day!

-Jerry

<Picture 1.png>

<GenAudio NDA 7.22.09.pdf>