EXCERPTED

# EXHIBIT 188

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF COLORADO
 3
 4      SECURITIES AND EXCHANGE          )
 5      COMMISSION,                      )
 6             Plaintiff,                )
 7                                       )
 8      VS.                              )NO. 1:15-cv-02118-WJM-CBS
 9                                       )
10      TAJ JERRY MAHABUB, GENAUDIO,     )
11      INC., and ASTOUND HOLDINGS,      )
12      INC.,                            )
13             Defendants.               )
14
15      The Deposition of MICHAEL HAILEY
16      Taken at 1123 SW Yamhill Street,
17      Portland, Oregon
18      Commencing at 9:07 a.m.
19      Monday, January 23, 2017
20
21
22
23
24      Before Paula D. Tieger, RPR, Notary Public for Oregon
25      Pages 1 - 163
```

Page 1

```
 1  APPEARANCES:
 2  LESLIE J. HENDRICKSON HUGHES
    United States Securities and Exchange Commission
 3  1961 Stout Street, Suite 1700
    Denver, Colorado 80294-1961
 4  303-844-1000
    hugheslf@sec.gov
 5  Appearing on Behalf of the Plaintiff.
 6  DAVID J. AVENI
    Wilson Elser, LLP
 7  655 West Broadway, Suite 900
    San Diego, California 92101
 8  619-321-6200
    david.aveni@wilsonelser.com
 9    Appearing on Behalf of GenAudio.
10  ANDREW B. HOLMES
    Holmes, Taylor & Jones, LLP
11  The Oviatt Building
12  617 South Olive Street, Suite 1200
13  Los Angeles, California 90014
14  213-985-2200
15  abholmes@htjlaw.com
16    Appearing on Behalf of Taj Jerry Mahabub.
17
18  E. CLAY MARQUEZ
19  O'Melveny & Myers, LLP
20  Two Embarcadero Center, 28th Floor
21  San Francisco, California 94111-3823
22  415-984-8700
23  emarquez@omm.com
24    Appearing on Behalf of Michael Hailey.
25
                                            Page 2
```

```
 1  Exhibit 111  2/15/10 email from J. Mahabub
              to M. Hailey, et al, and other
 2            email,
              347APL-00000333-336,
 3            (previously marked)        103
    Exhibit 112  3/5/10 email to J. Mahabub,
 4            and other email,
              SEC-TiscarenoV-E-0001560-1561,
 5            (previously marked)        105
    Exhibit 113  3/23/10 email from J. Mahabub
 6            to V. Tiscareno, and other email,
              SEC-TiscarenoV-E-0001018-1020,
 7            (previously marked)        108
    Exhibit 161  10/23/09 email from J. Mahabub
 8            to V. Tiscareno, and other email,
              SEC-TiscarenoV-E-0000649-650,
 9            (previously marked)         75
    Exhibit 162  10/30/09 email from J. Mahabub
10            to V. Tiscareno, et al, and
              other email,
11            347APL-00000537-541,
              (previously marked)        147
12  Exhibit 218  9/16/09 meeting invite,
              Pre-meeting, GenAudio,
13            347-APL-00000048           44
    Exhibit 219  9/21/09 email from M. Hailey
14            to J. Mahabub, et al, and other
              email,
15            SEC-TiscarenoV-E-0000537-538  50
    Exhibit 220  9/30/09 email from J. Mahabub
16            to V. Tiscareno,
17            SEC-TiscarenoV-E-0000549-550  56
18  Exhibit 221  10/1/09 meeting invite,
19            Jerry, GenAudio,
20            347APL-00000049           56
21  Exhibit 222  10/8/09 email from V. Tiscareno
22            to J. Mahabub,
23            SEC-TiscarenoV-E-0001676    64
24  Exhibit 223  10/11/09 email from J. Mahabub
              to V. Tiscareno,
25            SEC-TiscarenoV-E-0000584-586  66
                                            Page 4
```

```
 1            EXAMINATION INDEX
                                       Page
 2  Examination by Mr. Aveni            6
    Examination by Mr. Holmes          127
 3  Examination by Ms. Hughes          131
    Further Examination by Mr. Holmes  158
 4            EXHIBIT INDEX
    No.       Item                     Page
 5  Exhibit 23  10/19/09 email from
              J. Mahabub to V. Tiscareno,
 6            SEC-TiscarenoV-E-0000635-636,
              (previously marked)         72
 7  Exhibit 93  8/4/09 meeting invite,
              Demo with MH,
 8            347APL-00000046,
              (previously marked)         27
 9  Exhibit 95  8/12/09 meeting invite,
              AstoundSound demo,
10            347APL-00000047,
              (previously marked)         31
11  Exhibit 96  8/19/09 meeting invite,
              GenAudio demo (astound),
12            347APL-00000051,
              (previously marked)         32
13  Exhibit 98  8/20/09 email from
              V. Tiscareno to M. Hailey,
14            SEC-TiscarenoV-E-0001639,
              (previously marked)         38
15  Exhibit 101  9/16/09 email from J. Mahabub
              to M. Hailey, et al,
16            SEC-TiscarenoV-E-0000534,
17            (previously marked)         47
18  Exhibit 104  10/8/09 email from V. Tiscareno
19            to J. Mahabub,
20            SEC-TiscarenoV-E-0000581,
21            (previously marked)         62
22  Exhibit 109  12/22/09 email from J. Mahabub
23            to M. Hailey, et al,
24            SEC-TiscarenoV-E-0000946-954,
25            (previously marked)         83
                                            Page 3
```

```
 1  Exhibit 224  10/21/09 meeting invite,
              AstoundSound,
 2            347APL-00000050           75
    Exhibit 225  11/2/09 email from J. Mahabub
 3            to V. Tiscareno, and other
 4            email,
 5            SEC-TiscarenoV-E-0000715-717  78
 6  Exhibit 226  11/19/09 email from J. Mahabub
 7            to V. Tiscareno,
 8            SEC-TiscarenoV-E-0000779    81
 9  Exhibit 227  1/5/10 email from M. Hailey
10            to J. Mahabub, et al, and
11            other email,
12            SEC-TiscarenoV-E-0000966-968  99
13  Exhibit 228  4/19/10 email from J. Mahabub
14            to V. Tiscareno, and other
15            email,
16            SEC-TiscarenoV-E-0001077-1080  110
17  Exhibit 229  9/16/09 meeting invite,
18            GenAudio, Jerry Mahabub,
19            347APL-00000044           136
20  Exhibit 230  1/5/10 email from M. Hailey
21            to J. Mahabub, et al, and other
22            email,
23            SEC-TiscarenoV-E-0000957-958  151
24  Exhibit 231  Nike badge photo of M. Hailey  158
25  (Attached hereto.)
                                            Page 5
```

### Page 14

1  A  I wouldn't say it's widely used, but I have
2     heard it on the Apple campus.
3  Q  If I say i device, you know what I mean?
4  A  I do.
5  Q  Okay. It might be easier than repeating each         09:15:34
6     product.
7  A  Sure.
8  Q  Okay. How does the -- so, you were in the
9     marketing department, you said; right?
10 A  Product marketing.                                   09:15:41
11 Q  Product marketing.
12    Okay. So, is that different from the
13    marketing department?
14 A  It is. So, typical marketing is doing more
15    outbound, right. So, you're doing your              09:15:51
16    advertisements; you're doing your digital
17    marketing; you're doing communications to
18    consumers; whereas, product marketing is more
19    focused on the full product development life
20    cycle, which means understanding what products      09:16:05
21    you're going to build, what their specifications
22    should be, working thorough the product
23    development process with design, engineering.
24    And then, at the time of launch, then also
25    working with your communications team, working     09:16:16

### Page 15

1     on the product messaging. And then you're
2     responsible for the P&L for those particular
3     products as well.
4        So, you're basically managing the product
5     as opposed to marketing the product.               09:16:28
6  Q  But I heard you say there is also an aspect of
7     the product marketing where you're working on
8     the -- I'm not sure what word you used, but the
9     messaging for the products to consumers; is that
10    fair?                                              09:16:43
11 A  Yeah. That's right.
12 Q  Isn't that more of a typical marketing role?
13 A  That is. So, at Apple, the product marketing
14    manager is a blend of product management,
15    typical kind of hardware product management, and   09:16:53
16    product marketing -- or sorry, marketing.
17 Q  Okay. Could you tell me, during the 2009 to
18    2010 time frame, what your reporting chain was
19    up to Steve Jobs?
20 A  So, I directly reported to Stan Ng. He reported    09:17:10
21    to Greg Joswiak; we called him Joz, J-O-Z. Joz
22    reported to Phil Schiller. And Phil reported to
23    Steve.
24 Q  Okay. And then you've already talked a little
25    bit about what your department did.                09:17:45

### Page 16

1     But could you tell me then what your
2     specific responsibilities were from 2009 to
3     2010?
4  A  Sure. So, I was responsible for all of the
5     Apple-branded accessories for what we call the    09:17:54
6     i devices, which meant that, in that time frame,
7     the biggest thing I was working on was, we were
8     developing the first iPad. So, my
9     responsibility was to work with our design, our
10    engineering, and our product teams to figure out  09:18:09
11    what accessories should go with the original
12    iPad. So, we ended up with a case, a dock
13    that had a keyboard with chargers, with cables,
14    like, all of those kinds of things that either
15    were going to be sold separately that Apple was   09:18:30
16    going to make or that were going to be included
17    in the box with the iPad.
18 Q  And what are the kinds of things that you did in
19    your job specifically with regard to those kinds
20    of tasks for the things that you did?             09:18:40
21 A  Sure. I mean, it's typical product management,
22    right. So, you're, first of all, understanding
23    the technology and product landscape. You're
24    identifying opportunities of distinction and
25    differentiation. You're working with your        09:18:52

### Page 17

1     designers and your engineers to come up with,
2     all right, what are the consumers' needs for the
3     new main product that we're developing; what are
4     the accessories that would go along with it;
5     which ones do we think are going to be included  09:19:03
6     inside the box; which ones should we sell
7     separately.
8        You're doing business cases, forecasting,
9     coming up with what are the product
10    specifications for each of those things; is it a 09:19:15
11    one-meter cable; is it a one-and-a-half-meter
12    cable; how quickly should it charge; how small
13    do the earphones need to be; do we need a full
14    size keyboard or a smaller sized keyboard;
15    what's the maximum weight that we think we       09:19:27
16    should -- all those kinds of product components,
17    right.
18       So, then you're mapping out the roadmap for
19    those. You're working through the development
20    process. If there is a trade-off that has to     09:19:35
21    happen, you weigh in representing the consumer.
22    And then, as the product starts to mature and
23    get ready for market, then you start engaging in
24    what are more typically the marketing
25    activities. So, understanding, okay, what are    09:19:49

5 (Pages 14 - 17)

```
 1    my recollection.
 2         And I also believe that I had a similar --
 3    said a similar thing to him in person.
 4  Q  Okay. Do you recall any specifics of that
 5    conversation, though?                          11:49:02
 6  A  No.
 7  Q  And do you recall the timing of it?
 8  A  No.
 9  Q  Okay. Do you recall how Mr. Mahabub responded?
10  A  I don't.                                      11:49:11
11  Q  Okay. If you look at page 1 of this email, you
12    see that Mr. Mahabub then responded to your
13    comment.
14         Do you recall his email response on page 1?
15  A  Not specifically.                             11:49:31
16  Q  Okay. That's fine. If you look about halfway
17    down the page, Mr. Mahabub writes, If you have
18    any idea.
19         Do you see that paragraph?
20  A  I see that.                                   11:49:41
21  Q  It says, If you have any idea as to when the
22    exec buy-in might take place, that would help me
23    out (a ballpark figure such as within 90 days,
24    within 180 days, within the year, et cetera).
25         Do you see that?                          11:49:56
                                                     Page 98

 1  A  I do see that.
 2  Q  Do you recall if you responded to that question
 3    from Mr. Mahabub?
 4  A  I don't recall.
 5  Q  Do you know if anybody else responded?        11:50:10
 6  A  I don't know.
 7  Q  Okay. You can put that aside.
 8       MR. AVENI: Are we on 227?
 9       THE REPORTER: We are, yes.
10       (Exhibit No. 227 was marked)                11:50:53
11  Q  BY MR. AVENI: So, Exhibit 227 is an email chain
12    among yourself, Mr. Mahabub, and Mr. Tiscareno
13    from January 2010. Take as much time as you
14    need to look through it.
15       My question is whether you recognize this   11:51:19
16    document.
17       (The witness reviews the document)
18       THE WITNESS: It does look like an
19    email that I could have sent.
20  Q  BY MR. AVENI: Do you recall the email?        11:51:26
21  A  Not specifically.
22  Q  Okay. If you look at page 2, you will see an
23    email that Mr. Mahabub writes to you and then to
24    Ron.
25    Is that Ron Isaac, as best as you can tell?    11:51:51
                                                     Page 99

 1  A  As best I can tell.
 2  Q  Okay. And then, Vic Tiscareno; right?
 3  A  Yes.
 4  Q  Okay. And then he writes, right below that,
 5    With MacWorld coming up -- I am going to skip   11:52:07
 6    over the parenthetical; you're welcome to read
 7    it. With MacWorld coming up, will this cause
 8    more of a delay moving forward.
 9         Do you see that?
10  A  I see that.                                   11:52:16
11  Q  Then he writes, I don't mind. So, please do not
12    think I am frustrated with delays; rather,
13    trying to figure out if, in the next month, we
14    will be cooling our heels until after MacWorld
15    with Apple so I can enable my senior management 11:52:31
16    staff to move forward in the right direction and
17    direct our software development efforts with
18    more specific near-term tasks.
19         And then, if you look at the next
20    paragraph, about halfway down, there is another 11:52:52
21    sentence, he starts, Essentially.
22         Do you see that?
23  A  Yes.
24  Q  He says, Essentially, if you need us to be
25    working on anything during the month of January 11:53:01
                                                     Page 100

 1    pre-MacWorld, please let me know and we will do
 2    whatever you ask us to do such that we can have
 3    this integration project wrapped up hopefully by
 4    the time WWDC comes around with multiple
 5    products from Apple incorporating AstoundSound. 11:53:19
 6         So, you then -- if you look at the top of
 7    the page -- if you look at the bottom of page 1
 8    and then going on to the top of page 2, you
 9    respond.
10         Do you see that?                          11:53:50
11  A  I see that.
12  Q  In the second paragraph, you write, With respect
13    to time frame, we are pretty serious about
14    looking at audio quality across the board and
15    this will take time, definitely more than a     11:54:00
16    couple of months.
17         Do you see that?
18  A  I do.
19  Q  And you wrote that because it seems Mr. Mahabub
20    thought the time frame would be faster than a   11:54:08
21    couple of months; right?
22  A  Correct.
23  Q  Okay. Then if you look at page 1, Mr. Mahabub
24    responds again. And if you look at the second
25    paragraph, he says, That is great to hear that  11:54:37
                                                     Page 101
```

**Page 114**

1   to you that the emails seem to reflect that
2   meeting happened on or about May 6th, 2010.
3       Does that date generally seem about right
4   to you?
5  A  Generally.                          12:14:32
6  Q  Okay. Do you recall any discussions you had
7   with Mr. Mahabub about that presentation,
8   leading up to the presentation?
9  A  I don't recall any specifics about that, no.
10 Q  So, who is Greg Joswiak? You mentioned him a   12:14:51
11  few times.
12      This presentation that we're talking about
13  was for him?
14 A  It was.
15 Q  Okay. Who was Greg Joswiak?           12:14:56
16 A  He was the vice-president of the iPod/iPhone
17  division at the time --
18 Q  Okay.
19 A  -- in worldwide product marketing.
20 Q  And what was Mr. Joswiak's response to your   12:15:10
21  presentation, if you recall?
22      How did he respond to the presentation you
23  made?
24 A  So, I think he agreed that -- he agreed that
25  there was value in exploring ways to enhance the   12:15:34

**Page 115**

1   listening experience for people using iPods and
2   iPhones.
3       That was his general response, as far as I
4   recall.
5       MR. AVENI: Could you read back that
6   portion?
7       THE REPORTER: The question or the
8   answer?
9       MR. AVENI: The answer.
10      THE REPORTER: Okay.                  12:16:09
11      (The reporter reads the answer)
12      MR. AVENI: Okay.
13 Q  BY MR. AVENI: Do you recall anything else about
14  his response?
15 A  Nothing specific.                      12:16:12
16 Q  Did you ever talk to Mr. Mahabub again after
17  that presentation?
18 A  I don't remember.
19 Q  You don't remember.
20      Do you recall the date you left Apple?   12:16:25
21 A  I don't. I don't remember the specific date.
22 Q  And I'll represent to you there is an email
23  where Mr. Tiscareno says that the presentation
24  was on -- I believe he said it was on May 6th
25  and that you left the next day.           12:16:43

**Page 116**

1  Q  Does that comport with your recollection or
2   not?
3  A  It sounds about right.
4  Q  Okay. Do you know anything about the work that
5   was conducted at Apple with respect to GenAudio   12:17:00
6   after that meeting?
7  A  I do not.
8  Q  Did you stay in touch with Mr. Tiscareno after
9   you left Apple?
10 A  On a personal basis, yes.             12:17:09
11 Q  How about work?
12      Did you ever talk about work products?
13 A  No.
14 Q  Okay.
15 A  That wasn't the Apple culture.         12:17:13
16 Q  That's my understanding.
17      How about anybody else at Apple that worked
18  on GenAudio? Did you ever talk to anybody else
19  at Apple after that date with regard to what
20  other work Apple continued to do with respect to   12:17:26
21  GenAudio after that Greg Joswiak presentation?
22 A  No.
23      MR. AVENI: Can we go off the record?
24      THE REPORTER: Sure.
25      (A discussion was held off the record)   12:18:08

**Page 117**

1       (Lunch recess)
2       MR. AVENI: Let's go back on the
3   record.
4  Q  BY MR. AVENI: So, when we went off the record
5   before lunch, we were talking about this meeting   01:10:42
6   that you -- this presentation that you gave to
7   Greg Joswiak. And I don't remember exactly the
8   way you phrased it, but you said something like
9   that Greg Joswiak saw value in the technology
10  you were presenting to him.              01:10:56
11      Is that about right?
12 A  That's not quite right.
13 Q  I don't remember how you phrased it. I'm not
14  trying to put words in your mouth.
15 A  My recollection was that he saw value in the   01:11:03
16  consumer problem we were trying to solve.
17 Q  Okay.
18 A  So, he thought it was worthwhile to continue the
19  exploration.
20 Q  Okay. Did he give you any instructions on what   01:11:19
21  to do next or what not to do next?
22 A  No, because I was leaving the next day.
23 Q  Did he say anything in that regard during the
24  meeting?
25 A  I don't recall anything specific.         01:11:31

30 (Pages 114 - 117)

Page 142

1   A   I did not.
2   Q   Did you offer to set up a meeting with Steve
3       Jobs and Mr. Mahabub in the next two to three
4       weeks?
5   A   I did not.                                01:49:33
6   Q   Did you say to Mr. Mahabub during this meeting
7       that, when he met Steve Jobs, sparks will be
8       flying?
9   A   I did not say that.
10  Q   Mr. Mahabub, at this time, was working with a    01:49:52
11      legal team made up of Paul Powers, Mark Bobak,
12      Ben Huber, and Craig Hemmenway.
13          Did you ever have any meetings with
14      GenAudio's legal team that I just identified?
15  A   No, I did not.                            01:50:12
16  Q   Did you ever have any telephone conversations
17      with any of those individuals?
18  A   No, I did not.
19  Q   In this time frame, October of 2009, did you
20      talk with Mr. Mahabub about problems GenAudio   01:50:27
21      was having with Snow Leopard operating system
22      compatibility?
23  A   I did not.
24  Q   Are you aware of anyone else at Apple talking
25      with Mr. Mahabub about the problems they were   01:50:43

Page 143

1       having with compatibility with the Snow Leopard
2       operating system?
3   A   I recall seeing reference to it in some of the
4       emails we've covered here.
5   Q   Do you remember seeing a Grateful Dead video    01:51:06
6       that was a demonstration from GenAudio?
7   A   I don't recall seeing that.
8   Q   Is the Grateful Dead one of your musical
9       preferences?
10  A   It is not.                                01:51:19
11  Q   So, now if you would look at Exhibit 222, this
12      is an October 8th, 2009 email. When we were
13      talking about this email this morning, I believe
14      you said something like your responsibility was
15      to give feedback on GenAudio's demos and you    01:52:06
16      were responsible to say yes, this demo is
17      suitable for demonstration.
18          Is that a fair -- do you recall saying
19      something along those lines?
20  A   I recall something like that, yes.        01:52:22
21  Q   Okay. When you said it's your responsibility to
22      say yes, this is a suitable demonstration, what
23      did that mean?
24          You were evaluating it for what purpose?
25  A   So, my job was to evaluate it from kind of the  01:52:34

Page 144

1       consumer purpose, right. So, is it something
2       that's going to be valuable to our consumers; is
3       it something that we want to -- that we could
4       see having application in our product lines.
5       So, that was kind of the strategic reason why I   01:52:52
6       was doing the evaluation.
7           The other thing that I was doing was making
8       sure that we had a demo that could be put in
9       front of our executive team or even to my -- in
10      front of my boss that made sense, right. So, it   01:53:06
11      was coherent, crisp, easy to digest; like, when
12      that technology is on, when it's off, it has
13      something that's showing off the technology in
14      the way that makes sense.
15          And so, what I was requesting was different   01:53:24
16      pieces of content that would do that, but also
17      have it be presented in a way where I could
18      literally just hand the device to my boss or to
19      any of the other stakeholders and have them
20      listen to it and have it be very clear what was   01:53:40
21      happening and, you know, understand when
22      technology was on, when it was off, what the
23      differences were so that it would be an
24      effective demonstration.
25  Q   So, throughout this period of time from when you  01:53:54

Page 145

1       first learned about GenAudio in about August of
2       2009 until your presentation to Mr. Joswiak in
3       May of 2010, you were continually evaluating
4       GenAudio's demos to determine whether they were
5       suitable to make that kind of a presentation?    01:54:13
6   A   That's right, in terms of a formal presentation.
7       I may have shown prior versions of that before
8       the meeting with Joz to Stan, who was my direct
9       boss, but they were more informal sharing of the
10      demo.                                     01:54:31
11  Q   If you could look at Exhibit 23, this is an
12      October 19th, 2009 email, and it should be in
13      the pile.
14  A   223?
15  Q   No, just 23. It's written at the top.     01:55:50
16  A   When was it?
17  Q   It's October 19th, 2009.
18  A   Okay. I got it.
19  Q   This is an email from Mr. Mahabub addressed to
20      you, Mr. Tiscareno, and Ron Isaac.        01:56:16
21          Did you ever participate in any meetings
22      with Ron Isaac related to GenAudio?
23  A   Not that I recall specifically.
24  Q   Then I'd have you focus on the first page, the
25      last sentence, which is actually quite long. It   01:56:36

37 (Pages 142 - 145)

```
 1        (DEPOSITION ADJOURNED AT 2:35 P.M.)
 2        (Signature reserved)
 3
 4
 5
 6
 7
 8        I, Michael Hailey, do hereby declare under
 9   penalty of perjury under the laws that the forgoing
10   transcript is true and correct.
11        EXECUTED this ____ day of _____ 2016,
12   at_____,_____.
13        (City)         (State)
14
15
16        _____
17        Michael Hailey
18
19
20
21
22
23
24   ///
25   ///
                                                  Page 162
```

```
 1             CERTIFICATE
 2        I, Paula D. Tieger, a Registered Professional Reporter
 3   and Notary Public for the State of Oregon, hereby certify
 4   that said witness personally appeared before me at the
 5   time and place set forth in the caption hereof; that at
 6   said time and place I reported in stenotype all testimony
 7   adduced and other oral proceedings had in the foregoing
 8   matter; that thereafter my notes were transcribed through
 9   computer-aided transcription, under my direction; and
10   that the foregoing pages constitute a full, true and
11   accurate record of all such testimony adduced and oral
12   proceedings had, and of the whole thereof.
13        Witness my hand at Portland, Oregon, this 7th day of
14   February, 2017.
15
16
17             <%signature%>
18             Paula D. Tieger, RPR 49286
19             Expires 9/30/19
20             Notary Public 957195
21             Expires 12/8/20
22
23
24
25
                                                  Page 163
```