# EXHIBIT 189



From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 09/01/2009 03:48:04 am
Subject: Re: Apple
Attachments:

Hi Vic,

You da man! :)

First, I would take everything above 2K and chop it off...we know this area is ok, so if we can get better resolution on the x-axis (frequency), this would certainly be beneficial.

Second, I would take the following measurements:

1) Headphone

   a) Less
   b) more
   c) Less + ActivBass
   d) More + ActivBass

Bypass, a) and b) on one graph
Bypass, c) and d) on another.

2) Speaker

   a) Less
   b) more
   c) less + activbass
   d) more + activbass

Bypass, a) and b) on one graph
Bypass c) and d) on another

After reviewing the parametric graph, I do not believe the issue exists there. It must be in the LPF settings for the actual Astound processing block...the good news is we have narrowed it down and I know what part of the parameter settings to adjust and test.

Most likely this will take one or two more iterations, however, I believe we are pretty close to resolving the issue, thanks to your help my friend! :)

If you need me to be in SF for any reason this coming Thursday, please let me know. For now, I am planning on heading back to Colorado on Thursday night.

Lastly, I am making one more demo for you and the Mac Team. Much like the last demo I sent to you, I am going to record a video of the Apple OpenAL test application (from Apple) replacing the current implementation of 3D processing, with our "AstoundNode", and play the standard sound sources (mono) that come with the test app, running through our AstoundNode mixer (the AstoundNode is an AU). This should get the point across very nicely for

the gamer side of things how what we discussed earlier can use such an implementation to create a differentiator that will SMOKE any console on the market today.

The problem with the competitive nature of gaming consoles is that to gain one differentiator, means having an issue or a reduction in quality of something else. For example, the XBOX 360 and PS3 have killer graphics, however, the Nintendo Wii has AWEFUL graphics, but it does have the real-time 3D hand-held interactive controller.

The problem - The audio on all of them suck big time.

==The solution for Apple== - Kill the market, by having killer graphics (a given), a unique controller (obvious), and the one thing that the other consoles don't have and will never have - ==AstoundSound in real-time during game play, and it is already for the most part done.==

As far as actual hard-core games, Apple would need to create a new SDK for the new "Apple Console" with Astound based processing, and this is a cakewalk, as all Apple Console based games would use OpenAL, and OpenAL would point to the Astound mixer, so all sound sources processing in real-time during game play.

This is a complete revolution to the entire game industry. We have to find a way to make this happen.

Like you said - Think big!!! :)

I will fix the response issue as fast as possible. The fleet of demos we will have for multiple Astound based product offering integrations on various levels of processing extends across the majority of Apple product offerings. This is the BANG that will create the BUZZ, and lead to the next dimension in the evolution of audio being accepted on an international scale, and Apple will once again create a trend that everyone will want to follow. (sorry, that almost sounds like a value proposition/sales pitch – however ==it is in fact a very real and attainable goal for X-Mas product rollout if we work hard and fast==)!

Safe travels.

Best Wishes,

-Jerry

On 8/31/09 9:39 PM, "Victor Tiscareno" <vmt@apple.com> wrote:

> Hi Jerry,
>
> When you have a chance, pls spell out what data you want me to collect
> and the best way to display it.
> I can do what I did before and simply export the data files as text so
> that you manipulate the data anyway you want to.
> I'm going to be quite busy this week in Cupertino, but if you can tell
> me what you need I can work into my schedule.
>
> Vic
>
>
> Victor Tiscareno
> vmt@apple.com
> iPod Audio/Acoustics
> (425) 417-1720 cell
>

SEC-TiscarenoV-E-0000413

```
>
>
> On Aug 31, 2009, at 5:35 PM, Jerry Mahabub wrote:
>
>> Hi Vic,
>>
>> Thanks for sending...Mix engineering team and I are at the dub stage
>> mixing
>> the 3D demo right now.  Can I call you later (in a couple of
>> hours?)...
>>
>> Interesting graphs.  I thought that my changes would have made a
>> better
>> match...I must have screwed something up in the parameter settings
>> in the
>> source code.  I will check and see later on tonight when I get back
>> to my
>> house studio in Venice.
>>
>> Dub stage mixing is coming along fantastic!  Everything is staying
>> in phase,
>> and we just tested the first LTRT fold-down, and the two channel
>> actually
>> sounded better then the Surround mix!!! :)
>>
>> Have a great day :)
>>
>> -Jerry
>>
>>
>> On 8/31/09 4:54 PM, "vmt@apple.com" <vmt@apple.com> wrote:
>>
>>> Hi Jerry,
>>>
>>> Here is the graph containing three bits of data;
>>> I used the Apple in-ear headphone into my special microphone coupler.
>>> The graph at the top will look slight different, but no matter, it's
>>> relative to the original graphs.
>>>
>>> iTouch w/o AS
>>> itouch w/ less mode
>>> iTounch w/more
>>>
>>> I'll call in a few to discuss what exactly you need for your work
>>> to begin.
>>>
>>> Vic
>>
>>
>
```

SEO-TiscarenoV-E-0000414