# EXHIBIT 193

**From:**
**To:** "Jerry Mahabub" <jerry@genaudioinc.com>
**Cc:**
**Bcc:**
**Date:** 11/03/2009 11:56:21 pm
**Subject:** Re: Flight from SF not SJ
**Attachments:**

Hi Jerry,

Confirming our lunch meeting at Apple Nov 5 Thu/≈12 noon
I've also invited a friend of mine, Jim Tenneboe —the engineer—who is the DRI for tuning the DSP system on all Apple Mac hdwe.
This is the guy that will be using the tools, so a very good person to get to know.
Vic

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

On Nov 3, 2009, at 3:18 PM, Jerry Mahabub wrote:

> Hi Vic,
>
> Much appreciated you not minding me catching a ride to the airport with you. I will, however, by flying out of SF as I have to be back in SF by 5pm for a meeting on Thursday, then taking a late flight to San Diego.
>
> Anxious to show off the kext app on Thursday. Hopefully Mac division signs off on this and we can get moving on to the next step, especially if there is any hope of having this done by MacWorld from the Marketing side, it would only make sense that we start to figure out the deal structure between Apple and GenAudio sooner rather then later.
>
> Have a great day! :)
>
> --Jerry



EXHIBIT
105
V. Tiscareno

SEC-TiscarenoV-E-0001731