# EXHIBIT 194

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 07/18/2010 12:35:34 pm
Subject: re: Good news!!!
Attachments:

Hi Vic,

Just returned from England...We inked the deal for the first international release in AstoundSurround – Chronicles of Narnia 3 (in 3D)...The entire mix engineering staff were blown away with our professional audio software tools for applying Astound throughout the next 4 months of them mixing and editing (during post).

This will be HUGE in terms of getting the rest of the film industry on board! :)

Also, I am still working on the presets. I should have them wrapped up by Tuesday and will either hand deliver the devices to you (if we can setup the meeting with Andrew and Barry for sometime between the 20th and 22nd), or ship them to you via FedEx overnight if we have to wait until the following week pending their schedules.

==This would be a phenomenal time for Apple to consider putting out an Astound integrated set of product offerings for their Christmas product rollout== where both Apple and 20th Century Fox could leverage off of each other the impact of a new audio tech – AstoundSound (Apple with the AstoundExpander 2 channel implementation and The Film industry with AstoundSurround – the integration of Astound into a multi-channel audio mix session). Because for theatrical we are a mixing based technology (not an encode/decode technology) the great thing about Astound is unlike the Dolby with their new 7.1, we actually significantly enhance ALL presentation delivery formats, and a stage can create a 1000.1 experience simply using the standard theatrical 5.1, and with Dolby's new theatrical 7.1 (adding two channels to the rear of the theater discretely), it will be the most intense audio experience when Astound is integrated because Astound enables the positioning of sound sources and fills in the gaps where 7.1 in incapable of accomplishing. Astound has a significant advantage over the new Dolby 7.1 because not too may theaters have 7.1 (and many theaters still do not have 5.1 discrete and use the Dolby Pro Logic Processor still), so Astound, being compatible with ALL surround delivery presentation formats wins the game in terms of the number of theaters that can create the best listening experience for theatrical and we will be first to market with big branding with a one minute trailer before Chronicles of Narnia to be shown in theaters world-wide. I really think that if Apple strikes while the iron is hot with the two channel version of Astound for it's CE products, it will go viral with two deep meteor impacts into the face of the planet – one for CE and the other in Theatrical and home theater DVD and Blu-Ray and Digital Distribution of movies to follow shortly thereafter.

Just some food for thought for your marketing folks to ponder my friend! :)

I will try and call you tomorrow.

Hope you are enjoying the weekend...

Best Wishes,

-Jerry