# EXHIBIT 197



From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>, "Ron Isaac" <risaac@apple.com>
Cc:
Bcc:
Date: 12/13/2010 11:43:55 pm
Subject: re: new process...
Attachments:

Hi Vic and Ron:

We just finished up with the filing of a new patent application and as a direct result, I can now update the iPad/iPod and Mac side apps with the new processing that solves many issues we had with the current implementations you have:

1. No more cymbals moving to the center of the head when processing is turned on.
2. Will process accurately both LTRT encoded and stereo audio, both 2 channel of course, (as a direct result of some new mathematics I came up with a couple of months ago at my studio — works fantastic)! For the LTRT, we have added in a monoSurround extraction signal processing chain that very accurately re-creates the surround sound imaging for film and games — it really is a remarkable improvement.
3. Tonal colorization reduced even further and better center channel imaging when localized in front of the listener — really works!

Also, here is a new article on the technology via an interview at my demo suite during CES. We are currently mixing at my studio the new 3 minute sizzle reel for Real D that will be shown every day at CES 2011 in Vegas among many other things. I was hoping to have Apple products with our tech inside by now...perhaps with these updates we will be working on for you, we can finally cross the bridge and ink an actual license deal. Maybe with our dealings with Panasonic among others, with their products releasing, it will help the business people at Apple to better realize the advantage of Astound over other competitor product offerings. However it turns out, you know I am always a huge fan of Apple, have been since my first computer when I was 12 years old, and will do everything I can to help to make a deal happen between our two companies.

http://broadcastengineering.com/audio/genaudio-takes-surround-to-another-dimension-astoundsound-20101212/

If you will be at CES this year, bring the devices and I will update them there. We can meet at my demo suite at the Venetian, and feel free to bring your colleagues at Apple to the suite for demos, including our process running on the entire lineup of Analog Devices Sigma Studios DSPs – Will have the eval board in the demo suite for everyone to check out.

2011 is looking like a great year for us! I hope we can celebrate together!! ;)

Warmest wishes for the Holidays to you and your families...

-Jerry

SEC-TiscarenoV-E-0001767