# EXHIBIT 200

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Ronald Isaac" <risaac@apple.com>
Cc: "Victor Tiscareno" <vmt@apple.com>
Bcc:
Date: 06/08/2010 01:09:12 am
Subject: re: kext
Attachments:

Hi Ron,

Wish I could be at WWDC this year. I have a few of my developers out there, however, I am stuck in the humidity of Florida visiting my Grandmother (she is 94) and have been traveling on business for the past couple of weeks...

I wanted to check in and see if there is anything I can do to help you with the Mac side of AstoundExpander, in particular, the kext or any presets that you would like to have created. I thought it would be a good idea to wait until post the big presentation from Apple at WWDC – which by the way was awesome as usual! :) Hopefully now is a good time for us to get back at it...

I am here for you in any way you need me to be, so please, if you have any questions or need anything from my end to help you to get things green lighted on the Mac side, email or call me anytime.

Have a good evening!

Best Wishes,

-Jerry



SEC-TiscarenoV-E-0001184