# EXHIBIT 203

**From:** "Victor Tiscareno" <vmt@apple.com>
**To:** "Jerry Mahabub" <jerry@genaudioinc.com>
**Cc:**
**Bcc:**
**Date:** 10/08/2009 07:40:49 am
**Subject:** Re: Bonus Demo!
**Attachments:**

Awesome!
At least for me, this is the best demo. As an aside, anymore Dead videos available? I believe the man loves the Dead :) --For later--
I demoed a movie yesterday, and the person who was watching GOT IT, but there is so much going one that the A/B is more difficult to follow for the uninitiated. I'm glad you sent us the Astoundsound demo, 1 min version on the touch. That one also provides a good A/B.
The video of the Dead has a lot of consistent ambient crowd noise and sound cues that are consistently there in the sonic picture, so when you A/B it's for most part the same sound track played again and again, but obviously it isn't. It helps with the aural memory aspect of the demo.

BTW, I've had no problem downloading the movies here in the hotel. It takes a few minutes, but that's all.

Vic

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

On Oct 7, 2009, at 11:00 PM, Jerry Mahabub wrote:

Hi Vic,

Here is a cool AB demo of ASE. A Grateful Dead Concert from the late 80's at Alpine Valley! ;)

Thought you might enjoy this and how it works with music videos...

Have a good evening.

-Jerry
<GD_AlpineValley_ASE_AB_Demo.m4v>



SEC-TiscarenoV-E-0000581