# EXHIBIT 204

From: "Victor Tiscareno" <vmt@apple.com>
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc:
Bcc:
Date: 04/20/2010 07:40:14 am
Subject: Re: New ASE demo...
Attachments:

---

Ok- tnx
At airport so catch up later

Vic

Sent from my iPhone 3G
----------------//////----------------
Victor Tiscareno
Apple, Inc
1 Infinite Loop
MS: 81-2TP
Cupertino, CA 95014

On Apr 20, 2010, at 4:45 AM, Jerry Mahabub <jerry@genaudioinc.com> wrote:

> Hi Vic,
>
> For the demo attached to the email below, remember to turn ASE off as to avoid double processing. The audio in this particular demo does not have any watermarking to identify it as an already processed file.
>
> Best Wishes,
>
> -Jerry
>
> On 4/20/10 1:28 AM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:
>
>> Hi Vic,
>>
>> Use this one to replace the Grateful Dead ASE demo for the exec. Since he likes Dave Mathews, I figured he would like John Mayer as well...I love this song through the expander.
>>
>> Also, remember that the popping you are hearing is an issue with Apple's CAAudioPlaythru code and we are rewriting it to resolve this issue once and for all.
>>
>> For the case of a kext (for Mac hardware) and iPod/iPhone/iPad, this is not an issue at all. Only for an application sitting on top of OS X on Macs does this periodic poppin issue exist, so no worries about this happening if Apple embeds the technology (although I am sure you already knew that, I wanted to point it out).

Best Wishes,

-Jerry

SEO-TiscarenoV-E-0001084