# EXHIBIT 206

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 04/18/2010 01:09:33 pm
Subject: re: new installer
Attachments: noname.dat

Hi Vic,

Attached please find the new installer for ASE for Mac that is compatible with Snow Leopard. In case you lost your old ASE license code, here is a new one for you to use:

02DC-6C70-7165-9C8F

Let me know if you have any issues with the new version. We have tested it on over 100 systems with Snow Leopard, and every one worked fine, so I would imagine yours will as well...

Hope to see you soon. It's been a while, and I am coming to San Francisco in a few weeks, so perhaps we can get together then. More importantly, I hope that the meeting with the big exec at Apple goes well!!! :)

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0001090