# EXHIBIT 207

# INTENTIONALLY LEFT BLANK