# EXHIBIT 213

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 04/19/2010 11:15:24 am
Subject: Re: Pro-Audio plug-in demo for iPod and iPad...
Attachments:

---

Got it. From a IP protection standpoint, as well as keeping things transparent to the consumer, I think scenario #2 works best. We can discuss this in more detail when we talk on the phone.

Of course, it will be up to Apple to decide their technical implementation strategy which I believe will be directed by marketing from our past discussions.

"We know what you want, even when you don't"!!! LOL LOL LOL :) That is funny...

Talk to you later!

-Jerry

On 4/19/10 9:35 AM, "Victor Tiscareno" <vmt@apple.com> wrote:

> I can only imagine two scenarios when we implement this app:
>
> 1) On/OFF, selectable depending on media
> or
> 2) ON with carefully, artfully, tactfully applied effect.
>
> Apple simplifies things down so folks don't have to work to use the device.
> We know what you want, even when you don't...
>
> Vic
>
> Victor Tiscareno
> vmt@apple.com
> iPod Audio/Acoustics
> (425) 417-1720 cell
>
>
> On Apr 19, 2010, at 8:26 AM, Jerry Mahabub wrote:
>
>> Yes, I am working on that right now as I am typing to you and hence my email regarding
>> not using the Grateful Dead AB demo I sent to you. Once I get the right input and output
>> gain settings, I send them to my dev team, they pound them in to the source code, and will
>> shoot me out another build I can send to you.
>>
>> Of course, with the Test Harness App, you have complete control over ALL the parameter
>> settings (this is actually the same app I use to create the settings for ASE), and as such, can

SEC-TiscarenoV-E-0001077

tweak it any way you like it. This is part of the evaluation SDK I sent you a few weeks ago for embedding and testing our backend DSP processing.

Best Wishes,

-Jerry

On 4/19/10 9:10 AM, "Victor Tiscareno" <vmt@apple.com <x-msg://24/vmt@apple.com>> wrote:

> My only criticism is that the settings really raise the gain of the system. That works well for the first 10 seconds, but then it has me running for the volume control because the volume is set for head banging, rocking loud already. I would carefully adjust the master gain to compensate for apparent gain from the settings so that you just hear the effect.
>
> Vic
>
>
>
> Victor Tiscareno
> vmt@apple.com <x-msg://24/vmt@apple.com>
> iPod Audio/Acoustics
> (425) 417-1720 cell
>
>
>
> On Apr 19, 2010, at 7:47 AM, Jerry Mahabub wrote:
>
>> Hi Vic,
>>
>> Yes, I had to go in and modify the impulse response for the room simulation (by hand practically). This affects the localization cue integrity, as they are all for the most part linear digital signal processes, and although you can stack them like bricks in just about any order, I had to really watch what was happening to the meshed HRTF and room simulation, alongside the HRTF notch filters. They all interact together, and getting it right on the nose is like finding a needle in a haystack! :/
>>
>> I concur with your thoughts. I found the localization for the pro-audio side to be much better with the new environment filters interacting with the localization cue filters, and the new ASE is using updated setting I worked on over the weekend.
>>
>> Try to get us that song list if you can my friend. I am here in Colorado for another night and can work throughout the evening with the dev team here in Colorado and wrap these up so I can send them to you.
>>
>> Have a great day! :)

SEC-TiscarenoV-E-0001078

-Jerry

On 4/19/10 8:41 AM, "Victor Tiscareno" <vmt@apple.com
<x-msg://24/vmt@apple.com>  <x-msg://21/vmt@apple.com
<x-msg://21/vmt@apple.com> > > wrote:

Hi Jerry,

Thanks for the demo. This sounds like an
improvement over the original demo.
I also loaded the new APP. Did you modify its
settings? To my ears, the settings are waay better,
the performance doesn't hit you ove the head that
it is on, which I like, but it also works quite well.

Vic


Victor Tiscareno
vmt@apple.com <x-msg://24/vmt@apple.com>
 <x-msg://21/vmt@apple.com
<x-msg://21/vmt@apple.com>.>
iPod Audio/Acoustics
(425) 417-1720 cell


On Apr 18, 2010, at 10:32 PM, Jerry Mahabub
wrote:

Hi Vic,

Here is another demo for you to
check out.. After listening to the
demo I sent you in a previous email
(Touch of Grey – Grateful Dead), I am
redoing that one. Thought that the
new settings were a bit intense on
the side signal, and it caused the
volume of the center channel to be
reduced a bit too much, however, no
tone colorization or phase issues,
even with it being that intense! :)

Pop your headphone on and give this
demo a spin. It is using the latest
greatest build of our Professional
Audio AstoundSoundPRO mono-in
stereo-out plug-in for ProTools. I am
also creating one for the stereo in

SEC-TiscarenoV-E-0001079

stereo out protools plug-in and will send that to you as well...

There are a couple of pops and clicks, however, those are artifacts from the original audio tracks. (I actually have the recording session when Queen recorded this in the studio – It is phenomenal). Sometime down the road when my pro-audio team has some time, we will use the Sadie system to clean the audio tracks. It's a software program called "Cedar" and/or "Re-touch". What sucks is this runs on a PC, and you know how much I despise PCs, so we rarely use it, however, the Sadie system works really good for doing this kind of "clean-up" work to audio files.

I am sure the executive will very much so enjoy hearing the attached demo as well!!! Trying to line you up with as much fire power as possible so we get a green light to continue to move forward! :)

Hope you had a great weekend! :)

Best Wishes,

-Jerry
<.
AstoundSoundPRO_MonoP1720p.mov>

SEC-TiscarenoV-E-0001080