# EXHIBIT 214

From:
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc: "Jesse Dorogusker" <jdorogusker@apple.com>
Bcc:
Date: 02/01/2011 02:01:38 pm
Subject: Introduction to GenAudio
Attachments:

Hi Jerry,

I'd like to introduce you to my manager, Jesse Dorogusker
—Jesse, meet Jerry Mahabub, CEO of GenAudio, and developer of Astoundsound DSP software.

Jesse is a director here at Apple and is solely responsible for the iPod/iPhone accessories technology group. Jesse is fully aware and engaged with the project that you and I worked on for so long, together using your GenAudio DSP software and team.
BTW, I've left the three demo units, iPad and iPod touch with Jesse.

Here is Jesse's contact info
Jesse@apple.com

It was great working with you, Jerry!

Best regards,

Vic



Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
Daniel R. von Recklinghausen. —H.H. Scott Co.



SEC-TiscarenoV-E-0001778