# EXHIBIT 215

**Subject:** Re: here in waiting area...
**From:** Jerry GenAudio Account <jerry@genaudioinc.com>
**Received(Date):** Tue, 15 Mar 2011 14:54:30 -0700
**To:** Ronald Isaac <risaac@apple.com>
**Date:** Tue, 15 Mar 2011 14:54:30 -0700

---

What does your schedule look like for a phone call in the next few days? I am heading to Singapore on Friday for business and want to catch up with you before I blaze! ;)

Sent from my iPad

On Mar 15, 2011, at 10:49 AM, Ronald Isaac <risaac@apple.com> wrote:

> Indeed .
>
> Ron
>
> On Mar 14, 2011, at 5:35 PM, Jerry wrote:
>
>> No worries my friend! Just glad you and your family are ok! I told the front desk that you recently had a new addition to the family and being a father of two myself I have been in some pretty crazy situations. Let's chat on the phone sometime soon and catch up and hopefully next time I come to sf we can cash in on the rain check! ;).
>>
>> Sent from my iPhone
>>
>> On Mar 14, 2011, at 3:28 PM, Ron Isaac <risaac@apple.com> wrote:
>>
>>> Jerry,
>>>
>>> My sincere apologies, I owe you big time. I had a flat tire and was stuck at the shop for 3 hours, didnt even get a chance to hit work. Even better, I zapped my phone yesterday and was off the grid.
>>> Again, I really apologize, please let me know when you are back here.
>>>
>>> Ron
>>>
>>> On Mar 14, 2011, at 2:37 PM, Jerry wrote:
>>>
>>>> Yo Ron! I am here since 2pm...if you are slammed and can't see me I will blaze back to san Francisco and we can try for next time I am in the bay area! Perhaps you are already on your way down to see me?
>>>>
>>>> Sent from my iPhone
>>>
>

```
<?xml version*.0" encodingTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple//DTD PLIST 1.0//EN"
"http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version*.0">
<dict>
    <key>date-last-viewed</key>
    <integer>0</integer>
    <key>date-received</key>
    <integer>1300226077</integer>
    <key>date-sent</key>
    <integer>1300226070</integer>
    <key>flags</key>
    <integer>8623750145</integer>
    <key>original-mailbox</key>
    <string>imap://risaac@mail.apple.com/AstoundAudio</string>
    <key>remote-id</key>
    <string>133</string>
    <key>subject</key>
    <string>Re: here in waiting area...</string>
</dict>
</plist>
```

---