EXCERPTED

# EXHIBIT 218

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
        Civil Action No. 1:15-cv-02118-WJM-CBS
 3      _____

 4            DEPOSITION OF:   DELL FRANK SKLUZAK
                        February 7, 2017
 5      _____

 6      SECURITIES AND EXCHANGE COMMISSION,

 7      Plaintiff,

 8      v.

 9      TAJ JERRY MAHABUB; GENAUDIO, INC., et al.,

10      Defendants.

11
                  PURSUANT TO NOTICE, the deposition of
12      DELL FRANK SKLUZAK was taken on behalf of the
        Defendant Taj Jerry Mahabub at 1225 17th Street,
13      27th Floor, Denver, Colorado 80202, on February 7,
        2017, at 9:02 a.m., before Kimberly Smith, Registered
14      Professional Reporter and Notary Public within
        Colorado.
15
16
17
18
19
20
21
22
23
24
25

                                                    Page 1
```

Page 2

```
 1           A P P E A R A N C E S
 2  For the Plaintiff:
 3      LESLIE HENDRICKSON HUGHES, ESQ.
        DANIELLE R. VOORHEES, ESQ.
 4      U.S. Securities and Exchange Commission
        1961 Stout Street, Suite 1700
 5      Denver, Colorado 80294
 6
    For the Defendant Taj Jerry Mahabub:
 7
        ANDREW B. HOLMES, ESQ.
 8      Holmes, Taylor & Jones, LLP
        617 South Olive Street, Suite 1200
 9      Los Angeles, California 90014
10
    For the Defendant GenAudio, Inc.:
11
        MICHAEL P. McCLOSKEY, ESQ.
12      Wilson Elser Moskowitz Edelman & Dicker, LLP
        655 West Broadway, Suite 900
13      San Diego, California 92101
14
    For the Deponent Dell Frank Skluzak:
15
        H. PAUL COHEN, ESQ.
16      H. Paul Cohen, P.C.
        5440 East 6th Avenue Parkway
17      Denver, Colorado 80220
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2  EXAMINATION OF DELL FRANK SKLUZAK:     PAGE
    February 7, 2017
 3
    By Mr. Holmes             6, 110, 165
 4
    By Mr. McCloskey          83, 168, 184
 5
    By Ms. Hughes             115, 183
 6
                    INITIAL
 7  DEPOSITION EXHIBITS:           REFERENCE
 8  Exhibit 247  Background Questionnaire    11
 9  Exhibit 248  Stock Certificate for 400,000    34
                 Shares of Common Stock in GenAudio,
10               5/3/10
11  Exhibit 249  Stock Certificate for 30,000     35
                 Shares of Common Stock in GenAudio,
12               4/2/10, with attachments
13  Exhibit 250  TD Ameritrade Statement          39
14  Exhibit 251  Stock Certificate for 40,000     40
                 Shares of Common Stock in GenAudio,
15               5/21/10
16  Exhibit 252  Report to the Chairman of the Board  60
                 of Directors of GenAudio, 1/30/14
17
    Exhibit 253  Apple Logo                      130
18
    Exhibit 254  The list of Proxy Sales and Gifted  141
19               Shares by Mr. Mahabub starting in
                 December 2008 A Total of Approx 7
20               Million Shares Disposed of and
                 Receipt of over $5 Million Dollar
21               [sic]
22  Exhibit 255  E-mail to Bobak and others from  144
                 Skluzak, Subject: Personal Loan
23               Demand Letter Entire Sequence,
                 5/29/14, with attached e-mails,
24               with attachment
25
```

Page 4

```
 1  Exhibit 256  Letter to GenAudio, Inc.,       146
                 Shareholder from The Board of
 2               Directors, 9/19/14
 3  Exhibit 257  E-mail to Skluzak from Mahabub,  151
                 Subject: Charges on credit card,
 4               7/6/12, with attached e-mail
 5  Exhibit 258  E-mail to Skluzak from Mahabub,  153
                 Subject: Monster Press Release
 6               going live on the 7th for the press
                 event in Las Vegas!!!, 1/5/13
 7
    Exhibit 259  Letter to Shareholder from      154
 8               Mahabub, 8/28/10
 9  Exhibit 260  List of Quotes                  158
10  Exhibit 261  Letter to Client from Yorba,    180
                 7/28/16, with attached documents
11
    DEPOSITION EXHIBITS:  (Previously marked)
12
    Exhibit 1    E-mail to Ostrom from Skluzak,  140
13               Subject: Shareholder List
                 Master.xls, 8/8/14, with
14               attachments
15  Exhibit 7    Shareholder Letter, 8/1/10      112
16  Exhibit 13   Letter to GenAudio Shareholder  147
                 from The Board of Directors,
17               11/4/14
18  Exhibit 14   Letter to GenAudio Shareholder  148
                 from The Board of Directors,
19               2/25/15, with attachment
20  Exhibit 16   E-mail to Skluzak from Tiscareno,  58
                 Subject: Look forward to your
21               review, 10/30/13, with attached
                 e-mails
22
    Exhibit 24   E-mail to Mahabub and others    125
23               from Mattos, Subject: GenAudio
                 Update & Business Summary,
24               11/9/09, with attachment
25
```

Page 5

```
 1  Exhibit 69   GenAudio, Inc., Confidential    122
                 Private Placement Memorandum,
 2               12/11/08
 3  Exhibit 70   GenAudio, Inc., Confidential    123
                 Private Placement Memorandum,
 4               3/25/09
 5  Exhibit 198  GenAudio, Inc., Common Stock    117
                 Transfer Ledgers
 6
    Exhibit 201  Shareholder Letter from Mahabub, 124
 7               3/30/09
 8  Exhibit 233  GenAudio Confidential Private    49
                 Placement Memorandum, 3/15/10
 9
```

```
 1  part of your understanding as well?
 2     A.  That's not part of my understanding.
 3     Q.  Okay.  So let me show you another exhibit.
 4  This one is also previously marked.  This was -- I
 5  don't have the previously marked copy, but I'll
 6  represent this was previously marked as 16.  So this
 7  was previously marked as 16.  It also has sticker on
 8  it saying "Government Exhibit 4" at the bottom right.
 9         And the top-most -- I'll represent it's an
10  e-mail string.  And the top-most e-mail says it's from
11  Victor Tiscareno dated October 30, 2013, to Dell
12  Skluzak.
13         Do you recognize this e-mail string?
14     A.  I do.
15     Q.  Is this something that you received -- the
16  top-most e-mail, that you received from Mr. Tiscareno?
17     A.  Yes.
18     Q.  Okay.  And if you look at the second
19  page --
20     A.  The one marked 02?
21     Q.  Yes.  Sorry.  On the bottom right, there
22  are page numbers: SEC, a bunch of zeros, and then 1
23  through 5.
24     A.  Yes.
25     Q.  So looking at page 2 of that, there's an
                                                  Page 58
```

```
 1  e-mail that says, among other things, in large, it
 2  looks like, bold letters, "Success," with a bunch of
 3  exclamation points.  Do you see that?
 4     A.  Uh-huh.
 5     Q.  Okay.
 6     A.  Excuse me.  Yes.
 7     Q.  Earlier today you were referencing an
 8  e-mail exchange that you had with Mr. Tiscareno.  Is
 9  this what you were talking about?
10     A.  Yes.
11     Q.  The e-mail on this page 2 says it's from
12  Jerry Mahabub, and it's dated May 6, 2010.  Do you see
13  that?
14     A.  I do.
15     Q.  Looking at the "To" line, I don't see that
16  it was addressed to you.  Did you receive this e-mail
17  on or about May 6 of 2010?
18     A.  If you look at the bottom of the first
19  page, where it says, "From: Jerry Mahabub," sent
20  Thursday, May 6, 2010, 7:46, to Dell Skluzak --
21     Q.  So the answer would be yes?
22     A.  The answer would be yes.
23     Q.  Okay.  And what did you make of this when
24  you received it?
25     A.  Number one, I had already made my
                                                  Page 59
```

```
 1  determination based on my meeting at 240 Union with
 2  Mr. Mahabub prior to this date, sometime in April,
 3  that I was going to invest.  This served as
 4  confirmation that things were moving forward with the
 5  company.
 6     Q.  Okay.
 7     A.  It was -- in other words, it was validation
 8  of what Mr. Mahabub had verbally stated to me at the
 9  240 Union meeting.
10         MR. HOLMES:  Had we previously marked what
11  was Exhibit 45, or is this new?
12         MS. HUGHES:  Let me see.
13         (Mr. Holmes tendered the document to
14  Ms. Hughes.)
15         MS. HUGHES:  I don't know.
16         MR. HOLMES:  You think it's new?  So we'll
17  do it as our next in order.
18         MS. HUGHES:  Okay.
19         (Deposition Exhibit 252 was marked.)
20     Q.  (BY MR. HOLMES)  All right.  So I've marked
21  Exhibit 252, which is a double-sided exhibit.  Bottom
22  right, it's got a government exhibit sticker, 45.  It
23  also has a Bates number on the bottom right.  It says,
24  SEC-Skluzak-E-0000434 and 435.
25         Is this two-page exhibit something you
                                                  Page 60
```

```
 1  recognize?
 2     A.  It is.
 3     Q.  What are we looking at here?
 4     A.  You're looking at a summary report that I
 5  prepared to present to the board of directors of
 6  GenAudio, as we were proceeding with finding cause to
 7  dismiss Mr. Mahabub as CEO of GenAudio.
 8     Q.  Okay.  And at the top, on the second line
 9  on the first page, it says, "January 30, 2014."  Is
10  that about when this was prepared?
11     A.  Yes.
12     Q.  On the second page, there's some -- there's
13  a section called "Conclusions," and it says,
14  "Mr. Mahabub lied about a phone conversation he had
15  with an executive at Apple leaving the impression
16  Apple was interested in purchasing the Company.  I
17  purchased 40,000 shares of stock based on Mr.
18  Mahabub's representations about the interest from
19  Apple."  Do you see that?
20     A.  I do.
21     Q.  So based on your testimony now, are you
22  saying that you bought the 40,000 shares because of
23  the conversation; or are you saying something
24  different?
25     A.  I'm saying that through the conversations I
                                                  Page 61
```

```
 1  Mr. Cohen.
 2          THE DEPONENT:  Yes.
 3          MS. HUGHES:  All right.
 4          WHEREUPON, the within proceedings were
 5  concluded at the approximate hour of 2:26 p.m. on the
 6  7th day of February, 2017.
 7              *   *   *   *   *
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                  Page 186
```

```
 1          REPORTER'S CERTIFICATE
 2  STATE OF COLORADO      )
 3                         ) ss.
 4  CITY AND COUNTY OF DENVER  )
 5          I, KIMBERLY SMITH, Registered Professional
 6  Reporter and Notary Public ID 20054024603, State of
 7  Colorado, do hereby certify that previous to the
 8  commencement of the examination, the said DELL FRANK
    SKLUZAK was duly sworn by me to testify to the truth
 9  in relation to the matters in controversy between the
10  parties hereto; that the said deposition was taken in
11  machine shorthand by me at the time and place
12  aforesaid and was thereafter reduced to typewritten
13  form; that the foregoing is a true transcript of the
14  questions asked, testimony given, and proceedings had.
15          I further certify that I am not employed by,
    related to, nor of counsel for any of the parties
16  herein, nor otherwise interested in the outcome of
17  this litigation.
18          IN WITNESS WHEREOF, I have affixed my
19  signature this 17th day of February, 2017.
20
21
22
23
24      KIMBERLY SMITH
25
                                                  Page 188
```

```
 1          I, DELL FRANK SKLUZAK, do hereby certify
 2  that I have read the above and foregoing deposition
 3  and that the same is a true and accurate transcription
 4  of my testimony, except for attached amendments, if
 5  any.
 6
 7
 8      _____
        DELL FRANK SKLUZAK
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                  Page 187
```