# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,


TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## TABLE OF EXHIBITS TO DEFENDANT GENAUDIO, INC.'S OPPOSITION TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT

| OPPOSITION EXHIBIT NUMBER | Description |
|---|---|
| 150. | Excerpts of Deposition of Taj Jerry Mahabub, Vol. 1 dated January 19, 2017 |
| 151. | Email from Tony Fadell regarding New emerging Audio Technology dated December 27, 2006 (Dep. Ex. 79) |
| 152. | Excerpts of Deposition of Victor Tiscareno dated December 16, 2016 |
| 153. | GenAudio's In Person Meetings with Apple prepared during testimony of Victor Tiscareno (Dep. Ex. 82) |
| 154. | Email from Jerry Mahabub to Victor Tiscareno dated February 14, 2007 regarding Thank you...(Dep. Ex. 81) |
| 155. | Email from Jerry Mahabub to Victor Tiscareno dated February 15, 2007 regarding Thanks again...(Dep. Ex. 83) |

1851355v.1

| **156.** | Email from Jerry Mahabub to DJ Novotney dated March 2, 2007 regarding Moving forward...(Dep. Ex. 84) |
|---|---|
| **157.** | Email from Victor Tiscareno to Jerry Mahabub dated June 19, 2009 regarding additional people...(Dep. Ex. 86) |
| **158.** | Email from Victor Tiscareno to Jerry Mahabub dated July 30, 2009 regarding Song list...(Dep. Ex. 90) |
| **159.** | Email from Jerry Mahabub to Victor Tiscareno dated August 11, 2009 regarding White noise tests...(Dep. Ex. 94) |
| **160.** | Email from Jerry Mahabub to Michael Hailey dated September 16, 2009 regarding Moving forward! (Dep. Ex. 101) |
| **161.** | Email from Jerry Mahabub to Victor Tiscareno dated September 30, 2009 regarding iCal event; Jerry GenAudio (Dep. Ex. 102) |
| **162.** | Email from Jerry Mahabub to Victor Tiscareno dated October 1, 2009 regarding Matlab response graphs...(Dep. Ex. 103) |
| **163.** | Email from Jerry Mahabub to Ronald Isaac dated November 5, 2009 regarding see you soon...(Dep. Ex. 106) |
| **164.** | Email from Jerry Mahabub to Michael Hailey dated February 15, 2010 regarding Swap Michael's device reminder...(Dep. Ex. 111) |
| **165.** | Email from Jerry Mahabub to Victor Tiscareno dated July 2, 2010 regarding Technical Presentation...(Dep. Ex. 120) |
| **166.** | Email from Jerry Mahabub to Ronald Isaac dated July 11, 2010 regarding new kext reminder...(Dep. Ex. 121) |
| **167.** | Email from Jerry Mahabub to Victor Tiscareno dated September 15, 2010 regarding getting there...(Dep. Ex. 130) |
| **168.** | Email from Jerry Mahabub to Victor Tiscareno dated December 1, 2010 regarding 4 2 Astound apps fixed!  (Dep. Ex. 132) |
| **169.** | Excerpts of Deposition of Ronald Isaac dated January 13, 2017 |
| **170.** | Excerpts of Investigative Testimony of Ronald Isaac dated April 15, 2015 |
| **171.** | Excerpts of Investigative Testimony of Michael Hailey dated April 21, 2015 |

| **172.** | Email from Jerry Mahabub to Victor Tiscareno dated January 21, 2007 regarding Presentation date/time...(Dep. Ex. 80) |
|---|---|
| **173.** | Email from Victor Tiscareno to Jerry Mahabub dated May 8, 2009 regarding AstoundStereo...(Dep. Ex. 85) |
| **174.** | Email from Jerry Mahabub to Victor Tiscareno dated November 11, 2009 regarding two new kexts...(Dep. Ex. 164) |
| **175.** | Email from Jerry Mahabub to Ronald Isaac dated October 30, 2009 regarding UI screenshot...(Dep. Ex. 163) |
| **176.** | Email from Jerry Mahabub to Victor Tiscareno dated July 28, 2010 regarding iPad and iPod devices...(Dep. Ex. 123) |
| **177.** | Email from Jerry Mahabub to Victor Tiscareno dated August 2, 2010 regarding got your messages...(Dep. Ex. 125) |
| **178.** | Email from Victor Tiscareno to Jerry Mahabub dated August 4, 2010 regarding Checking in...(Dep. Ex. 126) |
| **179.** | Email from Jerry Mahabub to Victor Tiscareno dated August 26, 2010 regarding NDA?  (Dep. Ex. 127) |
| **180.** | Email from Jerry Mahabub to Victor Tiscareno dated September 24, 2010 regarding suggested reading for Andrew...(Dep. Ex. 131) |
| **181.** | Email from Jerry Mahabub to Ron Isaac dated March 24, 2011 regarding Spare iMac 27"???  (Dep. Ex. 169) |
| **182.** | Email from Victor Tiscareno to Jerry Mahabub dated July 28, 2009 regarding Document almost done...(Dep. Ex. 89) |
| **183.** | Email from Jerry Mahabub to Victor Tiscareno dated August 2, 2009 regarding Rev 3 Demo...(Dep. Ex. 91) |
| **184.** | Calendar Event Printout of Victor Tiscareno; attendees: Victor Tiscareno and Michael Hailey dated August 4, 2009 regarding Demo of Astoundsound |
| **185.** | Email from Jerry Mahabub to Victor Tiscareno dated August 19, 2009 regarding You the man!!! :)  (Dep. Ex. 97) |
| **186.** | Email from Victor Tiscareno to Jerry Mahabub dated March 5, 2010 regarding test library...(Dep. Ex. 112) |

| **187.** | Email from Jerry Mahabub to Victor Tiscareno dated October 30, 2009 regarding UI screenshot...(Dep. Ex. 162) |
|---|---|
| **188.** | Excerpts of Deposition of Michael Hailey dated January 23, 2017 |
| **189.** | Email from Jerry Mahabub to Victor Tiscareno dated September 1, 2009 regarding Apple  (Dep. Ex. 100) |
| **190.** | Email from Jerry Mahabub to Michael Hailey dated December 22, 2009 regarding Checking in, moving forward, etc...(Dep. Ex. 109) |
| **191.** | Email from Jerry Mahabub to Victor Tiscareo dated March 23, 2010 regarding Embedded Software SDK/test suite...(Dep. Ex. 113) |
| **192.** | Email from Jerry Mahabub to Ronald Isaac dated September 13, 2009 regarding  Software/Hardware dev tools...(Dep. Ex. 157) |
| **193.** | Email Victor Tiscareno to Jerry Mahabub dated November 3, 2009 regarding Flight from SF not SJ  (Dep. Ex. 105) |
| **194.** | Email from Jerry Mahabub to Victor Tiscareno dated July 18, 2010 regarding Good news!!!  (Dep. Ex. 122) |
| **195.** | Email from Jerry Mahabub to Victor Tiscareno dated September 6, 2010 regarding new test app...(Dep. Ex. 128) |
| **196.** | Email from Victor Tiscareno to Jerry Mahabub dated September 8, 2010 regarding working away here...(Dep. Ex. 129) |
| **197.** | Email from Jerry Mahabub to Victor Tiscareno dated December 13, 2010 regarding new process...(Dep. Ex. 133) |
| **198.** | Confidential Private Placement Memorandum dated March 15, 2010 (Dep. Ex. 2) |
| **199.** | Email from Jerry Mahabub to Victor Tiscareno dated January 4, 2010 regarding Checking in...(Dep. Ex. 165) |
| **200.** | Email from Jerry Mahabub to Ronald Isaac dated June 8, 2010 regarding kext   (Dep. Ex. 166) |
| **201.** | Email from Jerry Mahabub to Victor Tiscareno dated February 3, 2010 regarding Anthony.. (Dep. Ex. 110) |
| **202.** | Email from Victor Tiscareno to Jerry Mahabub dated April 19, 2010 regarding Pro-Audio plug-in demo for iPod and iPad...(Dep. Ex. 115) |

1851355v.1

| | |
|---|---|
| **203.** | Email from Victor Tiscareno to Jerry Mahabub dated October 8, 2009 regarding Bonus Demo!  (Dep. Ex. 104) |
| **204.** | Email Victor Tiscareno to Jerry Mahabub dated April 20, 2010 regarding New ASE demo...(Bates No.: SEC-TiscarenoV-E-0001083) |
| **205.** | Email from Jerry Mahbub to Victor Tiscareno dated April 18, 2010 regarding Snow Leopard fixed...FINALLY!   (Bates No.: SEC-TiscarenoV-E-0001088) |
| **206.** | Email from Jerry Mahabub to Victor Tiscareno dated April 18, 2010 regarding new installer (Bates No.: SEC-TiscarenoV-E-0001090) |
| **207.** | **INTENTIONALLY LEFT BLANK** |
| **208.** | Email from Victor Tiscareno to Jerry Mahabub dated June 30, 2010 regarding Technical Presentation  (Dep. Ex. 119) |
| **209.** | Email from Victor Tiscareno to Jerry Mahabub dated August 1, 2010 regarding got your messages...(Dep. Ex. 124) |
| **210.** | Email from Victor Tiscareno to Jerry Mahabub dated January 26, 2011 regarding package  (Dep. Ex. 134) |
| **211.** | Email from Victor Tiscareno to Jerry Mahabub dated September 24, 2010 regarding Ipad (Dep. Ex. 167) |
| **212.** | Email from Victor Tiscareno to Jerry Mahabub dated November 1, 2010 regarding work on iPhone/iPod/iPad  (Dep. Ex. 168) |
| **213.** | Email from Jerry Mahabub to Victor Tiscareno dated April 19, 2010 regarding Pro-Audio plug-in demo for iPod and iPad... <br>(Bates No.: SEC-TiscarenoV-E-0001077-1080) |
| **214.** | Email from Victor Tiscareno to Jerry Mahabub dated February 1, 2011 regarding Introduction to GenAudio |
| **215.** | Email from Jerry Mahabub to Ronald Isaac dated March 15, 2011 regarding here in waiting area...(Bate No.: 347APL-00000111) |
| **216.** | Printout of 08/2011 Apple Org Chart from fortune.com (Dep. Ex. 116) |
| **217.** | Excerpts of Deposition of Jim Wei-Kung Mattos dated July 22, 2016 |
| **218.** | Excerpts of Deposition of Dell Skluzak dated February 7, 2017 |
| **219.** | Excerpts of Deposition of Jerry Mahabub, Vol. 2 dated February 8, 2017 |

1851355v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017 a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Andrew B. Holmes<br>Holmes, Taylor & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Ph: (213) 985-2265<br>Email: abholmes@htjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |
| Jeffrey G. Benz, Esq.<br>Benz Law<br>12021 Wilshire Blvd., Suite 256<br>Los Angeles, CA  90025<br>Ph.: (310) 570-2774<br>Email: jeffreybenz@gmail.com<br>*Attorney for Astound Holdings, Inc.* |

By:  s/ Michael P. McCloskey
Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman
& Dicker, LLP
655 W. Broadway, Suite 900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
michael.mccloskey@wilsonelser.com
david.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

1851355v.1