IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

     Defendants.

## DECLARATION OF GEORGE MARVIN

I, George Marvin, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements states are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1.     In 2010 and 2011 I made multiple purchases of GenAudio stock.

2.     In March 2012, I made an additional purchase of GenAudio shares.

3.     Long before I purchased shares in March 2012, I understood the possibility of GenAudio entering into a transaction with the entity GenAudio described to investors as the Large Consumer Electronics Company (or "LCEC"), which I understand to be Apple, had ended. I understood that if a deal had been reached with that entity, that fact would have been communicated to investors.  Because there had been no such news regarding such a deal, I understood after some time passed without further news that GenAudio's effort to reach a deal with that entity had been unsuccessful.  When I made the decision to purchase shares in March

2012, that decision thus was not influenced by the possibility of GenAudio reaching a deal with that entity or by any of GenAudio's prior statements about discussions with that entity.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on April 27, 2017 in Maryland Heights, St. Louis County, Missouri.

>  /s George Marvin          _____
>  George Marvin

1851344v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017 a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Andrew B. Holmes<br>Holmes, Taylor & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Ph: (213) 985-2265<br>Email: abholmes@htjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |
| Jeffrey G. Benz, Esq.<br>Benz Law<br>12021 Wilshire Blvd., Suite 256<br>Los Angeles, CA  90025<br>Ph.: (310) 570-2774<br>Email: jeffreybenz@gmail.com<br>*Attorney for Astound Holdings, Inc.* |

By:  s/ Michael P. McCloskey
Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman
& Dicker, LLP
655 W. Broadway, Suite 900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
michael.mccloskey@wilsonelser.com
david.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*