# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

     Defendants.

---

## DEFENDANT MAHABUB'S JOINDER TO GENAUDIO INC.'S EVIDENTIARY OBJECTIONS IN SUPPORT OF OPPOSITION TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT

---

Defendant Taj Jerry Mahabub hereby joins and adopts Defendant GenAudio, Inc.'s concurrently filed Evidentiary Objections in Support of Opposition to Plaintiff Securities and Exchange Commission's Motion for Summary Judgment (Dkt No. 58-71).


Dated:  April 28, 2017        By:  /s/  Andrew B. Holmes
                                   Andrew B. Holmes
                                   HOLMES, TAYLOR & JONES LLP
                                   The Oviatt Building
                                   617 South Olive Street, Suite 1200
                                   Los Angeles, CA 90014
                                   Telephone:  (213) 985-2200
                                   Facsimile:  (213) 973-6282
                                   Email:  abholmes@htjlaw.com
                                   Attorneys for Defendant
                                   Taj Jerry Mahabub