**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

      Defendants.

---

**DECLARATION OF ANDREW B. HOLMES**

---

I, Andrew B. Holmes, declare under penalty of perjury, in accordance with 28 U.S.C. §
1746, that the following statements are true and correct, that this declaration is made on my
personal knowledge, and that I am competent to testify as to the matters stated herein:

1.   I am a partner in the law firm of Holmes, Taylor & Jones LLP, counsel for defendant Taj
Jerry Mahabub.

2.   Attached hereto as **Exhibit 85** is a true and correct copy of excerpts from the reporter's
transcript of the February 7, 2017 deposition of Dell Frank Skluzak.

3.   Attached hereto as **Exhibit 86** is a true and correct copy of excerpts from the reporter's
transcript of the July 22, 2016 deposition of Jim Wei-Kung Mattos.

4.   Attached hereto as **Exhibit 87** is a true and correct copy of excerpts from the reporter's
transcript of the January 19, 2017 and February 8, 2017 deposition testimony of Taj Jerry
Mahabub, volumes 1 and 2 respectively.


I declare under penalty of perjury of the Laws of the United States of America that the
foregoing is true and correct.

Executed this 28th day of April at Los Angeles, California.


_____

Andrew B. Holmes

1