IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

          v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

          Defendants.

---

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO CONSOLIDATE REPLY BRIEFS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court permit it to submit one, consolidated reply brief, not to exceed forty (40) pages, in support of its motion for summary judgment. In support of this Motion, the SEC states:

1. The SEC has conferred with counsel for Defendants GenAudio and Mahabub, and neither Defendant opposes this request.

2. On March 24, 2017, the SEC filed its Motion for Summary Judgment Against Defendants GenAudio and Mahabub ("Motion"). (ECF No. 53.) Pursuant to the Court's practice standards, the Motion was forty (40) pages.

3. On April 28, 2017, Defendant GenAudio filed its Opposition to the Motion (ECF No. 58) and Defendant Mahabub filed a joinder to GenAudio's Opposition and filed an Opposition brief. (ECF Nos. 59 and 60.) Pursuant to the Court's practice standards, GenAudio's Opposition was forty (40) pages, and Mahabub's Opposition was thirty-five (35) pages.

4. The SEC believes that it will be most efficient for the SEC to draft, and for the Court and all parties to review, a single reply brief that consolidates the SEC's response to both Defendants' additional statements of fact and both Defendants' arguments in opposition to the SEC's Motion. The Court's practice standards provide that summary judgment reply briefs shall not exceed twenty (20) pages.

The SEC therefore respectfully requests that the Court permit it to submit one reply brief, not to exceed forty (40) pages, in support of its motion for summary judgment. Pursuant to the Court's briefing schedule (ECF No. 51), the SEC's Reply will be submitted by May 12, 2017.

DATED:  May 3, 2017

           Respectfully Submitted,

           s/ *Danielle R. Voorhees*
           Leslie J. Hughes (Colo. Bar No. 15043)
           Danielle R. Voorhees (Colo. Bar No. 35929)
           Securities and Exchange Commission
           1961 Stout Street, Suite 1700
           Denver, CO  80294-1961
           Telephone: (303) 844-1000
           Fax: (303) 297-3529
           Email: HughesLJ@sec.gov
           Email: VoorheesD@sec.gov
           Attorneys for Plaintiff
           Securities and Exchange Commission

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2017, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
Wilson Elser Moskowitz Edelman & Dicker LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
*Attorney for Defendant GenAudio, Inc.*

Jeffrey G. Benz
Benz Law
12021 Wilshire Boulevard, Suite 256
Los Angeles, CA 90025
Telephone: 310-570-2774
Email: JeffreyBenz@gmail.com
*Attorney for Defendant Astound Holdings, Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren

4