# EXHIBIT 221



## GARTENBERG GELFAND HAYTON LLP

December 16, 2014

Please reply to:
Los Angeles Office
Direct Tel: (213) 542-2121
egelfand@gghslaw.com

Our File No. 4447.01

**VIA FEDERAL EXPRESS**

Jennifer A. Ostrom, Esq.
Senior Counsel
Denver Regional Office
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294

RE:   **In the Matter of GenAudio, Inc.(D-3450)**

Dear Ms. Ostrom:

In connection with the subpoena issued to Jim Mattos in the above-referenced matter, dated November 26, 2014, enclosed herewith is a password protected disc, containing documents bates-stamped JM000001 through JM018811, representing Mr. Mattos's production under the subpoena for the years 2010 through 2013. The password is being sent under separate cover via e-mail.

Given the substantial volume of e-mails called for in the subpoena, we have not yet completed our review of several thousand more pages for the year 2014, which we hope to produce on behalf of Mr. Mattos by Thursday or Friday of this week. Additionally, numerous e-mails are being withheld at this time pending completion of our review and analysis of the applicability thereto of the attorney-client and work product privileges.

Please let me know if you have any questions or need any additional information. Thank you.

Very truly yours,

Edward S. Gelfand

ESG/bnm
Encls.



801 South Figueroa St | Suite 2170
Los Angeles, CA 90017

213.542.2100

www.gghslaw.com



**GARTENBERG GELFAND HAYTON** LLP

December 18, 2014

Please reply to:
Los Angeles Office
Direct Tel: (213) 542-2121
egelfand@gghslaw.com

Our File No. 4447.01

**VIA FEDERAL EXPRESS**

Jennifer A. Ostrom, Esq.
Senior Counsel
Denver Regional Office
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294

      RE:    <u>In the Matter of GenAudio, Inc.(D-3450)</u>

Dear Ms. Ostrom:

      In connection with the subpoena issued to Jim Mattos in the above-referenced matter, dated November 26, 2014, enclosed herewith is a **second** password protected disc, containing documents bates-stamped JM018812 through JM020270, representing Mr. Mattos's production of e-mails for a portion of the year 2014. With your concurrence, the balance of year 2014 e-mails will be produced by Mr. Mattos no later than Monday or Tuesday of next week. The password for the disc is being sent under separate cover via e-mail.

      Additionally, as the case with Mr. Mattos's first production, numerous e-mails are being withheld at this time pending completion of our review and analysis of the applicability thereto of the attorney-client and work product privileges.

Very truly yours,

Edward S. Gelfand

ESG/bnm
Encls.



SECURITIES AND EXCHANGE COMMISSION
RECEIVED
DEC 19 2014
DENVER REGIONAL OFFICE

Los Angeles, CA 90017
213.542.2100
www.gghslaw.com



**GARTENBERG GELFAND HAYTON** LLP

December 22, 2014

Please reply to:
Los Angeles Office
Direct Tel: (213) 542-2121
egelfand@gghslaw.com

Our File No. 4447.01

**VIA FEDERAL EXPRESS**

Jennifer A. Ostrom, Esq.
Senior Counsel
Denver Regional Office
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, Colorado 80294

    RE:    **In the Matter of GenAudio, Inc.(D-3450)**

Dear Ms. Ostrom:

    In connection with the subpoena issued to Jim Mattos in the above-referenced matter, dated November 26, 2014, enclosed herewith is Mr. Mattos's **third** password protected disc, containing documents bates-stamped JM020271 through JM021585, representing Mr. Mattos's production of e-mails for the year 2014, not already produced by him in his second production on December 18, 2014. The password for the disc is being sent under separate cover via e-mail.

    Additionally, as the case with Mr. Mattos's first and second productions, numerous e-mails are being withheld at this time pending completion of our review and analysis of the applicability thereto of the attorney-client and work product privileges.

Very truly yours,

Edward S. Gelfand

ESG/bnm
Encls.

*[Stamp: SECURITIES AND EXCHANGE COMMISSION RECEIVED DEC 23 2014 DENVER REGIONAL OFFICE]*

801 South Figueroa St | Suite 2170
Los Angeles, CA 90017
213.542.2100
www.gghslaw.com