# EXHIBIT 222

## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH

Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823

TELEPHONE (415) 984-8700
FACSIMILE (415) 984-8701
www.omm.com

NEW YORK
SEOUL
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

March 27, 2015

OUR FILE NUMBER
0027559-00347

**VIA E-MAIL AND FEDERAL EXPRESS**

Jennifer A. Ostrom, Esq.
United States Securities & Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294

WRITER'S DIRECT DIAL
(415) 984-8808

WRITER'S E-MAIL ADDRESS
deberhart@omm.com

Re:   *In the Matter of GenAudio, Inc. (D-3450)*

Dear Ms. Ostrom:

As you know, O'Melveny & Myers LLP represents Apple, Inc. ("Apple") in the above referenced matter. As part of Apple's cooperation with your investigation and in response to the Commission's February 6, 2015 subpoena ("Subpoena"), we are enclosing a CD containing non-privileged documents that are responsive to the Subpoena. The documents bear production numbers 347APL-00000002-347APL-00000659. Apple has met its obligations under the Subpoena by searching carefully and thoroughly for everything called for by the Subpoena, and producing herewith any documents responsive to the Subpoena.

The documents produced are responsive to Subpoena Request 1. The documents produced contain the following custodian information:

Custodians:   Barry Corlett, Michael Hailey, Ronald Isaac, Jim Tenneboe, Victor Tiscareno, AGES

Records:   229   Images:   658   Natives: 229

The CD containing this production has been encrypted, and the password will be emailed separately to ostromj@sec.gov. To the extent possible, Apple requests confidential treatment for the contents of this production.

This letter is not intended to, and does not, waive any applicable privilege. Our production of any material or information subject to any applicable privilege is inadvertent.

If you have any questions, please do not hesitate to contact me.

Sincerely,

David R. Eberhart
of O'MELVENY & MYERS LLP

Enclosures