# EXHIBIT 223

# Martin Davis PLLC

John R. Eltringham
jeltringham@martindavislaw.com

January 27, 2015



Jennifer A. Ostrom
Securities Exchange Commission
Denver Regional Office
1961 Stout Street
Suite 1700
Denver, CO 80294-1961

Re:   Copies of emails: Victor Tiscaerno - GenAudio

Dear Jennifer,

Enclosed please find a USB which contains copies of emails in Mr. Tiscareno's possession between himself and GenAudio, Inc. The email files appear to be in .emlx and may be viewed easiest on a Mac or Apple device. I was unable to view them on my Windows PC without having to download a new software program.

It is Mr. Tiscareno's understanding that production of these emails and related files and attachments will be kept confidential as set out in Form 1662. If you have any questions, or if I may of further assistance, please do not hesitate to contact me via phone or email.

Very truly yours,

John R. Eltringham
Of Counsel
Martin Davis, PLLC