E<span>XCERPTED</span>

# EXHIBIT 226

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3

4    SECURITIES AND EXCHANGE          )

5    COMMISSION,                      )

6           Plaintiff,                )

7                                     )

8    VS.                              )NO. 1:15-cv-02118-WJM-CBS

9                                     )

10   TAJ JERRY MAHABUB, GENAUDIO,     )

11   INC., and ASTOUND HOLDINGS,      )

12   INC.,                            )

13          Defendants.               )

14

15   The Deposition of MICHAEL HAILEY

16   Taken at 1123 SW Yamhill Street,

17   Portland, Oregon

18   Commencing at 9:07 a.m.

19   Monday, January 23, 2017

20

21

22

23

24   Before Paula D. Tieger, RPR, Notary Public for Oregon

25   Pages 1 - 163

                                          Page 1

```
 1      APPEARANCES:
 2      LESLIE J. HENDRICKSON HUGHES
        United States Securities and Exchange Commission
 3      1961 Stout Street, Suite 1700
        Denver, Colorado 80294-1961
 4      303-844-1000
        hugheslf@sec.gov
 5      Appearing on Behalf of the Plaintiff.
 6      DAVID J. AVENI
        Wilson Elser, LLP
 7      655 West Broadway, Suite 900
        San Diego, California 92101
 8      619-321-6200
        david.aveni@wilsonelser.com
 9        Appearing on Behalf of GenAudio.
10      ANDREW B. HOLMES
        Holmes, Taylor & Jones, LLP
11      The Oviatt Building
12      617 South Olive Street, Suite 1200
13      Los Angeles, California 90014
14      213-985-2200
15      abholmes@htjlaw.com
16       Appearing on Behalf of Taj Jerry Mahabub.
17
18      E. CLAY MARQUEZ
19      O'Melveny & Myers, LLP
20      Two Embarcadero Center, 28th Floor
21      San Francisco, California 94111-3823
22      415-984-8700
23      emarquez@omm.com
24       Appearing on Behalf of Michael Hailey.
25
```

Page 2

```
 1                    EXAMINATION INDEX
                                                    Page
 2      Examination by Mr. Aveni                  6
        Examination by Mr. Holmes               127
 3      Examination by Ms. Hughes               131
        Further Examination by Mr. Holmes       158
 4                    EXHIBIT INDEX
        No.            Item                    Page
 5   Exhibit 23   10/19/09 email from
                  J. Mahabub to V. Tiscareno,
 6                SEC-TiscarenoV-E-0000635-636,
                  (previously marked)           72
 7   Exhibit 93   8/4/09 meeting invite,
                  Demo with MH,
 8                347APL-00000046,
                  (previously marked)           27
 9   Exhibit 95   8/12/09 meeting invite,
                  AstoundSound demo,
10                347APL-00000047,
                  (previously marked)           31
11   Exhibit 96   8/19/09 meeting invite,
                  GenAudio demo (astound),
12                347APL-00000051,
                  (previously marked)           32
13   Exhibit 98   8/20/09 email from
                  V. Tiscareno to M. Hailey,
14                SEC-TiscarenoV-E-0001639,
                  (previously marked)           38
15   Exhibit 101  9/16/09 email from J. Mahabub
                  to M. Hailey, et al,
16                SEC-TiscarenoV-E-0000534,
17                (previously marked)           47
18   Exhibit 104  10/8/09 email from V. Tiscareno
19                to J. Mahabub,
20                SEC-TiscarenoV-E-0000581,
21                (previously marked)           62
22   Exhibit 109  12/22/09 email from J. Mahabub
23                to M. Hailey, et al,
24                SEC-TiscarenoV-E-0000946-954,
25                (previously marked)           83

                                          Page 3
```

```
 1    Exhibit 111   2/15/10 email from J. Mahabub
                     to M. Hailey, et al, and other
 2                   email,
                     347APL-00000333-336,
 3                   (previously marked)          103
      Exhibit 112   3/5/10 email to J. Mahabub,
 4                   and other email,
                     SEC-TiscarenoV-E-0001560-1561,
 5                   (previously marked)          105
      Exhibit 113   3/23/10 email from J. Mahabub
 6                   to V. Tiscareno, and other email,
                     SEC-TiscarenoV-E-0001018-1020,
 7                   (previously marked)          108
      Exhibit 161   10/23/09 email from J. Mahabub
 8                   to V. Tiscareno, and other email,
                     SEC-TiscarenoV-E-0000649-650,
 9                   (previously marked)           75
      Exhibit 162   10/30/09 email from J. Mahabub
10                   to V. Tiscareno, et al, and
                     other email,
11                   347APL-00000537-541,
                     (previously marked)          147
12    Exhibit 218   9/16/09 meeting invite,
                     Pre-meeting, GenAudio,
13                   347-APL-00000048              44
      Exhibit 219   9/21/09 email from M. Hailey
14                   to J. Mahabub, et al, and other
                     email,
15                   SEC-TiscarenoV-E-0000537-538   50
      Exhibit 220   9/30/09 email from J. Mahabub
16                   to V. Tiscareno,
17                   SEC-TiscarenoV-E-0000549-550   56
18    Exhibit 221   10/1/09 meeting invite,
19                   Jerry, GenAudio,
20                   347APL-00000049               56
21    Exhibit 222   10/8/09 email from V. Tiscareno
22                   to J. Mahabub,
23                   SEC-TiscarenoV-E-0001676       64
24    Exhibit 223   10/11/09 email from J. Mahabub
                     to V. Tiscareno,
25                    SEC-TiscarenoV-E-0000584-586   66

                                        Page  4
```

| | | |
|---|---|---|
| 1 | Exhibit 224  10/21/09 meeting invite, AstoundSound, | |
| 2 | 347APL-00000050 | 75 |
| | Exhibit 225  11/2/09 email from J. Mahabub to V. Tiscareno, and other email, | |
| 5 | SEC-TiscarenoV-E-0000715-717 | 78 |
| 6 | Exhibit 226  11/19/09 email from J. Mahabub to V. Tiscareno, | |
| 8 | SEC-TiscarenoV-E-0000779 | 81 |
| 9 | Exhibit 227  1/5/10 email from M. Hailey to J. Mahabub, et al, and other email, | |
| 12 | SEC-TiscarenoV-E-0000966-968 | 99 |
| 13 | Exhibit 228  4/19/10 email from J. Mahabub to V. Tiscareno, and other email, | |
| 16 | SEC-TiscarenoV-E-0001077-1080 | 110 |
| 17 | Exhibit 229  9/16/09 meeting invite, GenAudio, Jerry Mahabub, 347APL-00000044 | 136 |
| 20 | Exhibit 230  1/5/10 email from M. Hailey to J. Mahabub, et al, and other email, | |
| 23 | SEC-TiscarenoV-E-0000957-958 | 151 |
| 24 | Exhibit 231  Nike badge photo of M. Hailey | 158 |
| 25 | (Attached hereto.) | |

Page 5

```
 1                        MICHAEL HAILEY

 2          having first been sworn by the Notary Public to

 3          tell the truth, testified under oath as

 4          follows:

 5                        EXAMINATION

 6          BY MR. AVENI:

 7     Q    Good morning, Mr. Hailey.  My name is David

 8          Aveni.  I am attorney for GenAudio, Inc., in

 9          this case, and I appreciate you taking the time

10          to be with us today.                       09:08:13

11               Have you ever had your deposition taken

12          before?  I know you gave some administrative

13          testimony in this case.  But putting that aside,

14          any other depositions you've ever participated

15          in?                                        09:08:24

16     A    No.

17     Q    All right.  I'm sure your counsel has walked

18          through with you how this process works, but let

19          me just set out some of the ground rules again

20          just -- for whatever reason, lawyers feel like  09:08:33

21          we have to do this every single time.  So, here

22          it is:  You understand you're under oath under

23          penalty of perjury.  So, you've got to testify

24          today just as if you were in a court of law

25          before a judge.  The only difference is, there  09:08:47
```

Page 6

```
 1          makes sense for the customer from a value

 2          standpoint.

 3              Are you also evaluating it from Apple's

 4          standpoint as to whether it has value?

 5     A    Sure.                                    11:28:10

 6     Q    Okay.  I'll hand you what's been previously

 7          marked as Exhibit 109.  This one's a little

 8          longer.  Take your time to look through it as

 9          you need to.  And my question initially is going

10          to be whether you recognize this document.     11:28:46

11              (The witness reviews the document)

12              THE WITNESS:  Yes, I recognize this as

13          an email I could have gotten.

14              MR. AVENI:  I'm sorry.  I didn't hear

15          that.                                    11:29:07

16              THE WITNESS:  I recognize this as an

17          email I could have gotten.

18              MR. AVENI:  Okay.

19     Q    BY MR. AVENI:  You said you could have gotten?

20     A    Yeah.                                    11:29:11

21     Q    Do you recall if you -- do you recall the email

22          specifically?

23     A    Not specifically, no.

24     Q    Okay.  Do you recall any discussions internal at

25          Apple about this email?                  11:29:20
```

                                                    Page 83

```
 1      A   I do see that.

 2      Q   Do you recall if you responded to that question

 3          from Mr. Mahabub?

 4      A   I don't recall.

 5      Q   Do you know if anybody else responded?          11:50:10

 6      A   I don't know.

 7      Q   Okay.  You can put that aside.

 8              MR. AVENI:  Are we on 227?

 9              THE REPORTER:  We are, yes.

10              (Exhibit No. 227 was marked)                11:50:53

11      Q   BY MR. AVENI:  So, Exhibit 227 is an email chain

12          among yourself, Mr. Mahabub, and Mr. Tiscareno

13          from January 2010.  Take as much time as you

14          need to look through it.

15              My question is whether you recognize this    11:51:19

16          document.

17              (The witness reviews the document)

18              THE WITNESS:  It does look like an

19          email that I could have sent.

20      Q   BY MR. AVENI:  Do you recall the email?          11:51:26

21      A   Not specifically.

22      Q   Okay.  If you look at page 2, you will see an

23          email that Mr. Mahabub writes to you and then to

24          Ron.

25              Is that Ron Isaac, as best as you can tell?  11:51:51
```

Page 99

1    A    As best I can tell.

2    Q    Okay.  And then, Vic Tiscareno; right?

3    A    Yes.

4    Q    Okay.  And then he writes, right below that,
5         With MacWorld coming up -- I am going to skip        11:52:07
6         over the parenthetical; you're welcome to read
7         it.  With MacWorld coming up, will this cause
8         more of a delay moving forward.
9              Do you see that?

10   A    I see that.                                          11:52:16

11   Q    Then he writes, I don't mind.  So, please do not
12        think I am frustrated with delays; rather,
13        trying to figure out if, in the next month, we
14        will be cooling our heels until after MacWorld
15        with Apple so I can enable my senior management     11:52:31
16        staff to move forward in the right direction and
17        direct our software development efforts with
18        more specific near-term tasks.
19             And then, if you look at the next
20        paragraph, about halfway down, there is another     11:52:52
21        sentence, he starts, Essentially.
22             Do you see that?

23   A    Yes.

24   Q    He says, Essentially, if you need us to be
25        working on anything during the month of January     11:53:01

Page 100

```
 1        pre-MacWorld, please let me know and we will do
 2        whatever you ask us to do such that we can have
 3        this integration project wrapped up hopefully by
 4        the time WWDC comes around with multiple
 5        products from Apple incorporating AstoundSound.    11:53:19
 6            So, you then -- if you look at the top of
 7        the page -- if you look at the bottom of page 1
 8        and then going on to the top of page 2, you
 9        respond.
10            Do you see that?                               11:53:50
11     A  I see that.
12     Q  In the second paragraph, you write, With respect
13        to time frame, we are pretty serious about
14        looking at audio quality across the board and
15        this will take time, definitely more than a       11:54:00
16        couple of months.
17            Do you see that?
18     A  I do.
19     Q  And you wrote that because it seems Mr. Mahabub
20        thought the time frame would be faster than a     11:54:08
21        couple of months; right?
22     A  Correct.
23     Q  Okay.  Then if you look at page 1, Mr. Mahabub
24        responds again.  And if you look at the second
25        paragraph, he says, That is great to hear that    11:54:37
```

Page 101

```
 1            Apple is taking their time with audio quality.

 2            I expected it would take a while to put all this

 3            together.  Have some ideas from a big picture

 4            that may help out; although, that is most likely

 5            left to senior management buy-in; right.          11:54:52

 6                 Do you know if anybody responded to that

 7            question as posed?

 8       A    I don't know.

 9       Q    So, it seems like Mr. Mahabub's now focused on

10            what he calls senior management buy-in; right?    11:55:10

11       A    I don't know what he's focused on.

12       Q    Was that a phrase that you used with

13            Mr. Mahabub?

14       A    I don't recall using that phrase.

15       Q    Take a look at back at Exhibit 109 that we just   11:55:37

16            looked at.

17       A    Uh-huh.

18       Q    If you look on page 2, there is an email

19            response from you, and you write, in the last

20            sentence, The business side of things would come  11:55:52

21            into play after we have exec buy-in on the

22            product side.

23                 Do you see that?

24       A    I do.

25       Q    Okay.  So, you told him that there needs to be    11:55:58
```

Page 102

1          an exec buy-in; right?

2     A    I did, yeah.

3     Q    And so, after you wrote that, it seemed to you

4          that Mr. Mahabub was focused on that being the

5          next big milestone in the process with Apple?        11:56:11

6               MS. HUGHES:  Objection, calls for

7          speculation.

8               MR. HOLMES:  I'll join in that

9          objection.

10              THE WITNESS:  Could you repeat that         11:56:20

11         question?

12              (The reporter reads the question)

13              MR. AVENI:  Strike that.  I'll ask you

14         something different.

15    Q    BY MR. AVENI:  Do you know what you -- did you     11:56:33

16         tell him anything else about what you meant by

17         exec buy-in?  We've now seen a few emails where

18         that phrase is being used.

19              Do you know what you told him?  Do you

20         recall what you told him about the meaning of     11:56:48

21         exec buy-in?

22    A    I don't recall specifically what I told him.

23    Q    Okay.  You can put that aside.  I'm handing you

24         what's been previously marked as Exhibit 111.

25              Do you recognize this email?            11:57:45

                                                Page 103

```
1      A    I'm having trouble following these.  Okay.

2           So...

3                MR. HOLMES:  You should read the

4           document carefully.  If it independently

5           refreshes your recollection, you can explain     02:01:04

6           how; and if it doesn't, you should state so.

7                (The witness reviews the document)

8                THE WITNESS:  So, from this email

9           chain, I would understand that I did not attend

10          this meeting that's been planned, but I don't    02:02:20

11          have a specific recollection of attending it or

12          not attending it.

13     Q    BY MS. HUGHES:  Now, if you would look at

14          Exhibit 109, this is a December 22nd, 2009 email

15          from Mr. Mahabub addressed to you.  So, it's the  02:02:50

16          fairly long one.  109 is in the bottom corner.

17                MR. HOLMES:  It's right about 227.  So,

18          there you go.

19                THE WITNESS:  Perfect.  Okay.

20     Q    BY MS. HUGHES:  In this email, Mr. Mahabub asked  02:03:20

21          a number of questions that Mr. Aveni went over

22          with you before.

23               In particular, let me have you look at

24          page 949.

25     A    Okay.                                             02:04:01
```

Page 148

```
 1    Q    So, at the bottom of the first full paragraph

 2         that starts with, Speaking of which, I'm reading

 3         the last -- or the second-to-the-last sentence.

 4         Just waiting for the green light from the two of

 5         you to move to the next level and who I talk to       02:04:20

 6         about the business side.  Perhaps it's both of

 7         you.

 8              So, Mr. Aveni asked if you responded to

 9         that question, and I'm wondering if your

10         response isn't on the second page of this            02:04:36

11         Exhibit 109.

12    A    I believe it is, with the sentence starting, The

13         business side of things would come into play

14         after we have exec buy-in on the product side.

15    Q    Did you understand in this letter that             02:05:00

16         Mr. Mahabub was wanting to negotiate with you as

17         an individual for Apple to acquire either a

18         license or GenAudio's business?

19    A    No, I did not understand that.

20    Q    Did you ever receive from Mr. Mahabub a term        02:05:25

21         sheet for Apple to acquire GenAudio?

22    A    No.

23    Q    Did you ever receive a draft of a letter of

24         intent what the terms might be?

25    A    No.                                                 02:05:38
```

Page 149

1    Q   Did you ever receive a draft contract between

2        GenAudio and Apple?

3    A   No.

4    Q   Did you ever talk to him about what the

5        potential price for a license per unit per          02:05:49

6        product would be?

7    A   Not specifically, no.

8    Q   Did you ever ask to review GenAudio's patents?

9    A   I never did.

10   Q   Did you ever refer GenAudio to Apple's legal       02:06:19

11       team to prepare a term sheet letter of intent or

12       draft contract?

13   A   No.

14   Q   And when you responded to Mr. Mahabub, which

15       we -- you saw that email on the second page of    02:06:54

16       Exhibit 109, he then wrote back to you; correct?

17           Is that on the first page?

18   A   Correct.

19   Q   And in the second paragraph, does he say, quote,

20       "Nothing frustrating on the timing.  I            02:07:12

21       completely understand the big company approach

22       and have been a senior manager for a couple of

23       large companies in my past, been on both sides

24       of the fence.  I'm shocked things have moved as

25       fast as they have with Apple, to be honest."      02:07:28

                                                    Page 150

```
 1                 Did I read that correctly?

 2       A   Yes.

 3       Q   Did you take it from this response that he

 4           understood what you had said in your email on

 5           December 16th, 2009?                              02:07:38

 6                 MR. AVENI:  Objection, calls for

 7           speculation.

 8                 MR. HOLMES:  Join.

 9                 THE WITNESS:  The way I read that was

10           that he understood the process that we were on   02:07:54

11           and the steps we needed to go through and the

12           duration that it would take.

13                 MR. HOLMES:  Can we take a two-minute

14           break?

15                 MS. HUGHES:  Sure.  We'll go off the        02:08:11

16           record.

17              (Recess held from 2:08-2:13)

18                 MS. HUGHES:  All right.  I'll ask the

19           court reporter to mark Exhibit 230.

20              (Exhibit No. 230 was marked)                   02:14:14

21       Q   BY MS. HUGHES:  Mr. Hailey, do you recognize

22           what Exhibit 230 is?

23       A   I do.

24       Q   What is it?

25       A   It looks like an email that I replied to Jerry   02:14:23
```

Page 151

```
 1        and copied Victor on it.

 2     Q  All right.  So, in this email, did you advise

 3        Mr. Mahabub that Apple was not going to

 4        participate in MacWorld in 2010?

 5     A  Yes.                                    02:14:42

 6     Q  And then, did you advise him that the time frame

 7        for you to evaluate audio quality across the

 8        board will definitely take more than a couple of

 9        months?

10     A  Yes.                                    02:14:57

11     Q  Did you talk with Mr. Mahabub in this time

12        frame, January of 2010, about Apple acquiring

13        GenAudio's technology so it would be ready to

14        use in products at the WWDC?

15     A  I did not.                              02:15:15

16     Q  Did you ever talk with him about acquiring

17        GenAudio's products to use in the WWDC?

18     A  No.

19     Q  Did you ever talk with him about acquiring

20        GenAudio's products so they would be available  02:15:29

21        for a Christmas rollout?

22     A  I did not.

23     Q  Now, I'd have you look back at Exhibit 227.

24        This is an email dated January 5th, 2010 from

25        you to Mr. Mahabub, copying Mr. Tiscareno.      02:15:52
```

Page 152

```
 1              In this email, you're responding to

 2         Mr. Mahabub's email; correct?

 3    A    Yes.

 4    Q    Mr. Mahabub states something -- Yes, I remember

 5         the announcement.  I figured since the big man      02:16:14

 6         was back in action, perhaps that might change

 7         the verdict.

 8              Do you know what he was referring to there?

 9    A    I can only guess what he was referring to there.

10    Q    Okay.  Had Mr. Jobs had health problems?          02:16:29

11    A    Yes.

12    Q    Were you aware, while you worked at Apple, that

13         Mr. Jobs had pancreatic cancer?

14    A    Yes.

15    Q    And that he had been missing for some time         02:16:39

16         because of having a liver transplant?

17    A    Yes.

18    Q    Do you know if, around this time, early January

19         of 2010, Mr. Jobs had returned to working at

20         Apple?                                             02:16:54

21    A    I don't remember the exact timeline.

22    Q    Okay.  Now I'd ask you to look at Exhibit 111.

23         This is a February 15th, 2010 email.  On the

24         second page of this email, Mr. Mahabub writes to

25         you and Victor Tiscareno and says, quote, "Great   02:18:02
```

```
1          to Mr. Schiller and Mr. Cook along with
2          yourself?
3     A    No.
4     Q    So, as of May 2010, did you, on behalf of Apple,
5          ever offer to acquire GenAudio's license for its    02:22:50
6          technology?
7     A    No.
8     Q    Did you ever offer to purchase the company?
9     A    No.
10             MS. HUGHES:  I have no further              02:22:58
11        questions.
12             MR. HOLMES:  Could we take a quick
13        break?  I'm not sure that I do, but let's talk
14        for a second.
15             MR. AVENI:  Yeah.                           02:23:11
16             MR. HOLMES:  Let's go off the record.
17          (Recess held from 2:23-2:30)
18             MS. HUGHES:  Let's go back on the
19        record.
20    Q    BY MS. HUGHES:  Going back to the February 2010  02:30:22
21        meeting with Mr. Mahabub, did you ever tell him,
22        at that point in time, that you were starting
23        business discussions on the Apple side of it?
24    A    No.
25    Q    Okay.                                           02:30:38
```

Page 157

```
 1                          CERTIFICATE
 2          I, Paula D. Tieger, a Registered Professional Reporter
 3      and Notary Public for the State of Oregon, hereby certify
 4      that said witness personally appeared before me at the
 5      time and place set forth in the caption hereof; that at
 6      said time and place I reported in stenotype all testimony
 7      adduced and other oral proceedings had in the foregoing
 8      matter; that thereafter my notes were transcribed through
 9      computer-aided transcription, under my direction; and
10      that the foregoing pages constitute a full, true and
11      accurate record of all such testimony adduced and oral
12      proceedings had, and of the whole thereof.
13          Witness my hand at Portland, Oregon, this 7th day of
14      February, 2017.
15
16
17                            <%signature%>
18                            Paula D. Tieger, RPR 49286
19                            Expires 9/30/19
20                            Notary Public 957195
21                            Expires 12/8/20
22
23
24
25
                                                   Page 163
```