EXCERPTED

# EXHIBIT 229

# In The Matter Of:

*Securities and Exchange Commission v.*
*Taj Jerry Mahabub, et al.*

*James T. Devine*
*July 19, 2016*

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California  94105*
*(415) 597-5600*

Original File 29781Devine.txt
**Min-U-Script® with Word Index**

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

James T. Devine  
July 19, 2016

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLORADO
 3
 4  - - - - - - - - - - - - - - - -
 5  SECURITIES AND EXCHANGE        )
 6  COMMISSION,                    )
 7        Plaintiff,               )  CASE NO.
 8  v.                             )  1:15-cv-02118-CBS-WJM
 9  TAJ JERRY MAHABUB, GENAUDIO,   )
10  INC., and ASTOUND HOLDINGS,    )
11  INC.,                          )
12        Defendants.
13  - - - - - - - - - - - - - - - -
14
15
16      VIDEOTAPED DEPOSITION OF JAMES T. DEVINE
17               TUESDAY, JULY 19, 2016
18
19
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                          BY:  BARBARA J. CASTILLO
23                          160 SPEAR STREET, SUITE 300
24                      SAN FRANCISCO, CALIFORNIA 94105
25                                      (415) 597-5600
```

Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8      Videotaped Deposition of JAMES T. DEVINE,
 9   taken  on behalf of Plaintiff, at 869 Mercury
10   Circle, Lone Tree, Colorado, commencing at 10:04
11   A.M., TUESDAY, JULY 19, 2016, before Barara J.
12   Castillo, Registered Merit Reporter, Certified
13   Realtime Reporter and Notary Public within and
14   for the State of Colorado.
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFF:
 3      SECURITIES AND EXCHANGE COMMISSION
 4      BY: DANIELLE R. VOORHEES, ATTORNEY AT LAW
 5          LESLIE HENDRICKSON HUGHES, ATTORNEY AT LAW
 6      1961 Stout Street, Suite 1700
 7      Denver, Colorado 80294
 8      Telephone: (303)844-1000
 9      Email: voorheesd@sec.gov
10
11  FOR DEFENDANT, TAJ JERRY MAHABUB:
12      HOLMES, TAYLOR & JONES, LLP
13      BY: ANDREW B. HOLMES, ATTORNEY AT LAW
14      617 South Olive Street, Suite 1200
15      Los Angeles, California 90014
16      Telephone:  (213) 985-2200
17      Email:  abholmes@htjlaw.com
18
19  FOR DEFENDANT GENAUDIO, INC. AND JAMES T. DEVINE:
20      WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
21      BY: DAVID J. AVENI, ATTORNEY AT LAW
22      655 West Broadway, Suite 900
23      San Diego, California 92101
24      Telephone:  (619) 881-3326
25      Email: david.aveni@wilsonelser.com
```

Page 4

```
 1  APPEARANCES OF COUNSEL - (CONTINUED):
 2  FOR DEFENDANT ASTOUND HOLDINGS, INC.
 3  - (TELEPHONICALLY):
 4      BENZ LAW GROUP
 5      BY: JENNIFER YUEN, ATTORNEY AT LAW
 6      12021 Wilshire Boulevard, Suite 256
 7      Los Angeles, California 90025
 8      Telephone: (818) 371-8800
 9      Email:  jenniferk.yuen@gmail.com
10
11  ALSO PRESENT:
12      MARYVONNE TOMPKINS, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

James T. Devine  
July 19, 2016

Page 5

```
 1                        INDEX
 2   TUESDAY, JULY 19, 2016
 3   JAMES T. DEVINE                              PAGE
 4       Examination by MS. VOORHEES                12
 5   P.M. SESSION                                  153
 6       Examination resumed by MS. VOORHEES       153
 7       Examination by MR. HOLMES                 272
 8       Examination by MS. VOORHEES               280
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

```
 1                      EXHIBITS
 2                    JAMES T. DEVINE
 3   Number            Description             Page
 4   Exhibit 1   E-mail and attachment from Dell
 5               Skluzak to Jennifer Ostrom,
 6               8/8/14; Bates Nos. SEC-Skluzak-E
 7               0000001 through 0000002
 8               - 61 pages                        81
 9
10   Exhibit 2   Confidential Private Placement
11               Memorandum for GenAudio, Inc.,
12               3/15/10; Bates Nos. GA 000487
13               through 000634 - 148 pages        93
14
15   Exhibit 3   GenAudio stock certificate for
16               Sarah Bushong-Weeks, 7/28/10;
17               Bates Nos. GA 001144 through GA
18               001148 - 5 pages                 129
19
20   Exhibit 4   SEC Attestation and Form D for
21               GenAudio, Inc., 8/19/10; Bates
22               Nos. SEC 334 - 7 pages           131
23
24
25
```

Page 7

```
 1               EXHIBITS - (CONTINUED)
 2                    JAMES T. DEVINE
 3   Number            Description             Page
 4   Exhibit 5   SEC Attestation and Form D for
 5               GenAudio, Inc., 11/19/10; Bates
 6               Nos. SEC 334 - 7 pages           135
 7
 8   Exhibit 6   GenAudio, Inc. Schedule of
 9               Financing; Bates Nos., GA 000997
10               through GA 001002 - 6 pages      136
11
12   Exhibit 7   GenAudio, Inc. Common Stock
13               Transfer Ledger; Bates Nos.
14               001816 through GA 001852
15               - 35 pages                       142
16
17   Exhibit 8   GenAudio Board of Directors
18               Minutes July 29, 2010 Meeting;
19               Bates Nos. GA 002940 through GA
20               002946 - 11 pages                163
21
22
23
24
25
```

Page 8

```
 1               EXHIBITS - (CONTINUED)
 2                    JAMES T. DEVINE
 3   Number            Description             Page
 4   Exhibit 9   Unanimous Written Consent of The
 5               Board of Directors of GenAudio,
 6               Inc.; Bates Nos. GA 002932
 7               through GA 001939 - 8 pages      166
 8
 9   Exhibit 10  Confidential Private Placement
10               Memorandum for GenAudio, Inc.,
11               4/22/11; Bates Nos. GA 004731
12               through GA 004807 - 77 pages     172
13
14   Exhibit 11  SEC Attestation and Form D for
15               GenAudio, Inc., 5/16/11; Bates
16               Nos. SEC 334 - 7 pages           180
17
18   Exhibit 12  GenAudio, Inc. Board of
19               Directors Meeting Minutes,
20               5/15/12; Bates Nos. GA 002139
21               through GA 002174 - 36 pages     183
22
23
24
25
```

Case 1:15-cv-02118-WJM-SKC   Document 66-10   Filed 05/12/17   USDC Colorado   Page 5 of 9

Securities and Exchange Commission v. James T. Devine
Taj Jerry Mahabub, et al. July 19, 2016

Page 9

```
 1              EXHIBITS - (CONTINUED)
 2                  JAMES T. DEVINE
 3   Number          Description              Page
 4   Exhibit 13 Letter from the Board of
 5              Directors of Astround Holdings
 6              to GenAudio Shareholder,
 7              11/4/14; Bates Nos. AST 000030
 8              through 000034 - 5 pages           209
 9
10   Exhibit 14 Letter from the Board of
11              Directors of Astound Holdings to
12              GenAudio Shareholder, 2/25/15;
13              Bates Nos. AST 000025 through
14              000027 - 3 pages                   216
15
16   Exhibit 15 E-mail from Jerry Mahabub to
17              multiple people, 5/2/10; Bates
18              Nos. JM 002093 through 002095
19              - 3 pages                          227
20
21   Exhibit 16 E-mail string, top message from
22              Victor Tiscareno to Dell
23              Skluzak, 10/30/13; Bates Nos.
24              SEC 0000001 through 0000005
25              - 5 pages                          227
```

Page 10

```
 1              EXHIBITS - (CONTINUED)
 2                  JAMES T. DEVINE
 3   Number          Description              Page
 4   Exhibit 17 E-mail string, top message from
 5              Mark Bobak to multiple people,
 6              1/29/14; Bates Nos.
 7              SEC-ELLIOTT-E 0000565 through
 8              0000581 - 17 pages                 239
 9
10   Exhibit 18 E-mail string, top message from
11              Dell Skluzak to Mike Elliott,
12              1/26/14; Bates Nos.
13              SEC-ELLIOTT-E 0000034 through
14              0000102 - 79 pages                 253
15
16   Exhibit 19 Mahabub Exhibit D; Bates Nos.
17              SEC-ELLIOTT-E 0004073 through
18              0004078 - 6 pages                  268
19
20   Exhibit 20 Spreadsheet entitled Non-Cash;
21              - 1 page                           276
22
23
24
25
```

Page 11

 1      TUESDAY, JULY 19, 2016; 10:04 A.M.
 2          **THE VIDEOGRAPHER:** Here begins the Video
 3   Number 1 in the deposition of James T. Devine in the
 4   matter of Securities and Exchange Commission versus
 5   Taj Jerry Mahabub, et al., in the United States
 6   District Court for the District of Colorado, Case
 7   Number 1:15-CV-02118-CBS-WJM.
 8          Today's date is Tuesday, July 19, 2016.
 9   The time on the video is 10:04.  The video operator
10   today is Maryvonne Tompkins, contracted by Behmke
11   Reporting & Video Services, Inc., 160 Spear Street,
12   Suite 300 in San Francisco, California.  The video
13   deposition is taking place at 869 Mercury Circle in
14   Lone Tree, Colorado 80124, and was noticed by
15   Danielle Voorhees, Esquire, of the Securities and
16   Exchange Commission.
17          Counsel, please voice-identify yourself
18   and the party you represent, please.
19          **MS. VOORHEES:** Danielle Voorhees and
20   Leslie Hughes on behalf of the Securities and
21   Exchange Commission.
22          **MR. AVENI:** David Aveni on behalf of
23   GenAudio and also representing the deponent.
24          **MR. HOLMES:** Andrew Holmes on behalf of
25   Jerry Mahabub.

Page 12

 1          **THE VIDEOGRAPHER:** And on the phone,
 2   please.
 3          **MS. YUEN:** Jennifer Yuen on behalf of
 4   Astound Holdings, Inc.
 5          **THE VIDEOGRAPHER:** The court reporter
 6   today is Barbara Castillo, certified shorthand
 7   reporter, contracted by Behmke Reporting and Video
 8   Services, will identify and please swear in the
 9   witness.
10              JAMES T. DEVINE,
11   being first duly sworn in the above cause, was
12   examined and testified as follows:
13              EXAMINATION
14   BY MS. VOORHEES:
15      Q    Mr. Devine, can you please state and spell
16   your last name?
17      A    James T. Devine, D-e-v-i-n-e.
18      Q    Thank you, Mr. Devine.  Are you
19   represented by counsel in this matter?
20      A    Yes, I am.
21      Q    And who's your counsel?
22      A    David Aveni.
23      Q    Thank you, Mr. Devine.  Have you testified
24   under oath before?
25      A    Yes.

**Securities and Exchange Commission v.**  
**Taj Jerry Mahabub, et al.**

**James T. Devine**  
July 19, 2016

Page 133

1   Q   Did you authorize counsel to E-file it
2   with your signature?
3   A   Yes.
4   Q   And which attorney would that have been?
5   A   Ben Huber.
6   Q   Okay.  If you go to the second-to-last
7   page, which is in Box 14, where it says Investors, do
8   you see that?
9   A   Yes.
10  Q   And do you see there's two paragraphs.
11  The first says, Select if securities in the offering
12  have been or may be sold to persons who do not
13  qualify as accredited investors.  Number of such
14  nonaccredited investors who have invested in the
15  offering.
16  A   Yes.
17  Q   And do you see that there's no checkmark,
18  and there's nothing in that first box?
19  A   Correct.
20  Q   Do you know why?
21  A   I'm not aware --
22  Q   Okay.
23  A   -- why it's not there.
24  Q   Okay.  Did you do anything to check the
25  number of investors, that 41?

Page 134

1   A   Well, I would have had the information.
2   Q   You would have had those files?
3   A   Yeah.
4   Q   Okay.  And did you do anything to make
5   sure that number was right?
6   A   In what respect?
7   Q   Well, here, let me back up.  How was this
8   form actually prepared?
9   A   I would get the number of investors that
10  invested in that period, and I believe I also
11  submitted the state that they were from.
12  Q   Okay.
13  A   To -- to the law firm.  Then they would
14  prepare this.
15  Q   Okay.  And then did you see the Form D
16  before it was actually filed?
17  A   Yes.
18  Q   Okay.  And did you do anything to review
19  the Form D before it was filed?
20  A   I'd look at it, you know.  But it was
21  based on information that I gave, and that was 41 --
22  I believe at that point there must have been 41
23  investors that purchased shares.
24  Q   Okay.  So you don't have any reason to
25  doubt that number?

Page 135

1   A   Yeah.
2   Q   All right.
3       (Exhibit Number 5 was marked.)
4   Q   (BY MS. VOORHEES)  All right.  Mr. Devine,
5   I'm handing you what's been marked as Exhibit 5.
6   Deposition Exhibit 5 is a certified copy of another
7   Form D for GenAudio, Inc.
8   A   Okay.
9   Q   And, again, if you'll go to the last page
10  of Exhibit 5, that last line you were looking at, do
11  you see that this one is dated 2010-11-19?
12  A   Yes.
13  Q   And it has your name as the signature and
14  name of signer?
15  A   Yes.
16  Q   And was this prepared in the same manner
17  as what you just described with Exhibit 4?
18  A   Yes.
19  Q   Okay.  And did you authorize counsel to
20  file it with your name?
21  A   Yes.
22  Q   Okay.  Do you know why in Item 14 on the
23  second-to-last page there is no disclosure of
24  nonaccredited investors?
25  A   I see there is none.

Page 136

1   Q   Okay.  Do you know why there are none?
2   A   I'm not aware of why.
3       ==(Exhibit Number 6 was marked.)==
4   ==Q   (BY MS. VOORHEES)  All right.  Mr. Devine,==
5   ==I'm going to hand you what's been marked as==
6   ==Deposition Exhibit 6.  This is a document==
7   ==Bates-labeled GA-000997 through 1002.  Mr. Devine, do==
8   ==you recognize Exhibit 6?==
9   ==A   Yeah.==
10  ==Q   What is it?==
11  ==A   Schedule of financing.==
12  ==Q   All right.  Did you prepare Exhibit 6?==
13  ==A   I believe I did.==
14  ==Q   All right.  And why?==
15  ==A   Maybe it was at somebody's request.  I==
16  ==don't recall why I prepared this.==
17  ==Q   When did you prepare it?==
18  ==A   There is no date, is there?  Well, I'd say==
19  ==sometime in 2014.==
20  ==Q   Okay.  And that's because it seems to go==
21  ==up to then?==
22  ==A   Yeah.  Exactly.==
23  Q   All right.  Let's look at the first page
24  of Exhibit 6.  You see the little chart that says,
25  Year?

| Securities and Exchange Commission v.<br>Taj Jerry Mahabub, et al. | James T. Devine<br>July 19, 2016 |
|---|---|

Page 229

1  A    I don't recall on that, somebody told me
2  it didn't occur, but I don't believe it occurred.  We
3  would have heard more about it.  But maybe it did.
4     Q    Okay.  You're not sure one way or the
5  other?
6     A    Yeah.
7     Q    Did -- did Mr. Mahabub ever tell you that
8  he had met the CEO of Apple?
9     A    I think in passing he mentioned that he
10 had met Steve Jobs.
11    Q    Okay.
12    A    But it wasn't -- we didn't get in depth on
13 it.
14    Q    And when did he tell you that?
15    A    Sometime between 2008 and 2010.  You know,
16 it's just one of those things that we were having a
17 conversation, and he said he had met with -- he had
18 met Steve Jobs.
19    Q    Where were you when you were having that
20 conversation?
21    A    Oh, I don't recall.
22    Q    Okay.
23    A    Yeah.
24    Q    Were you with him?
25    A    Yeah.  I think he was -- it probably was

Page 230

1  in the office.
2     Q    Okay.  In GenAudio's office?
3     A    Yeah, because I never went to California.
4     Q    Was anybody else there when Mr. Mahabub
5  told you that he had met Steve Jobs?
6     A    Not that I'm aware of.
7     Q    Does -- do you recall anything else about
8  him telling you that?
9     A    No.
10    Q    Did he tell you what they discussed?
11    A    No, he did not.
12    Q    Did he tell you if anybody else was there?
13    A    No, he did not.
14    Q    Did you believe him?
15       MR. AVENI:  You can answer the question.
16    A    No.
17    Q    (BY MS. VOORHEES)  Why?
18    A    Because I just thought it was early on; it
19 just didn't seem realistic at the time.
20    Q    Did you ever provide any information to
21 anyone at Apple, Inc.?
22    A    No.
23    Q    Did you ever talk to any GenAudio
24 shareholders about Apple?
25    A    No.

Page 231

1     Q    Did you ever talk to any potential
2  GenAudio shareholders about Apple?
3     A    No.
4     Q    Did you ever hear anybody at GenAudio talk
5  to any shareholders about Apple?
6     A    Any what now?  Would you rephrase?
7     Q    Did you -- sure.  Let me repeat it.  Did
8  you ever hear anyone at GenAudio talk to any
9  shareholders about Apple?
10    A    No.
11    Q    Are you certain?  You're sort of pausing.
12    A    Well, I -- I'm -- you know, I imagine that
13 maybe -- I wasn't present --
14    Q    Okay.
15    A    -- when anybody might have talked to him
16 about Apple.
17    Q    Did -- were you ever present when somebody
18 was talking on the phone to somebody about Apple?
19    A    No.
20    Q    When Mr. Mahabub would send out these team
21 updates about what was happening with GenAudio, Inc.,
22 did you believe what he was saying in them?
23    A    I believed they were optimistic.
24    Q    Okay.  And did you ever tell him that?
25    A    No.

Page 232

1     Q    Why not?
2     A    Just -- it wasn't -- it wasn't in my
3  wheelhouse to be telling Jerry what to do or, you
4  know -- I mean, a lot of this stuff I wouldn't even
5  know about because he -- it was only Jerry that
6  communicated with these customers, these potential
7  customers.
8     Q    Okay.
9        (Exhibit Number 16 was marked.)
10       MS. VOORHEES:  Thank you.
11    Q    (BY MS. VOORHEES)  Mr. Devine, I'm going
12 to hand you what's been marked as Deposition
13 Exhibit 16.  Exhibit 16 was previously marked as
14 Testimony Exhibit 4.  It's Bates-labeled SEC-0000001
15 through 5.
16       All right.  Mr. Devine, if you look at the
17 first page of Exhibit 16, you see there's an e-mail
18 between Victor Tiscareno and Dell Skluzak on
19 October 30, 2013; do you see that?
20    A    Yes.
21    Q    And you're not on this e-mail.  Have you
22 ever seen this e-mail before?
23    A    No, I have not.
24    Q    Okay.  Now, if you --
25    A    Well, wait a minute.

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

James T. Devine  
July 19, 2016

Page 233

 1   Q   Oh, go ahead.  Go ahead and take a look at
 2   it.
 3   A   Yeah.  Let me get my cheaters on here.
 4   Q   Yep.
 5   A   I may have seen this e-mail before --
 6   Q   Okay.
 7   A   -- yes.
 8   Q   And when did you see it?
 9       MR. AVENI:  Objection, misstates his
10   testimony.  He didn't say he saw it.  He said he may
11   have seen it.  I think he's trying to tell you he
12   doesn't recall, but you can clarify.
13   A   They -- when there was a -- and I call it
14   a board coup, when they increased the number of board
15   members, one of the board members wanted to do an
16   investigation on our dealings with Apple.
17   Q   (BY MS. VOORHEES)  Okay.
18   A   And -- and so I believe this was -- was in
19   the investigation materials.
20   Q   All right.  Which board member wanted to
21   do an investigation?
22   A   I believe it was Dell.
23   Q   Mr. Skluzak?
24   A   Yeah.
25   Q   Okay.  And were you involved in that

Page 234

 1   investigation?
 2   A   No.  I was -- I was taking the minutes for
 3   those meetings at the time.
 4   Q   Okay.  You were taking the minutes for
 5   those board meetings?
 6   A   Yeah.
 7   Q   All right.
 8   A   I didn't participate in the board meetings
 9   but did take minutes.
10   Q   Was that investigation conducted?
11   A   I believe so.
12   Q   And who conducted it?
13   A   Dell.
14   Q   Okay.  Were you involved in the
15   investigation?
16   A   No.
17   Q   All right.  If you would, then, look
18   Mr. Devine, at the bottom of the first page of
19   Exhibit 16 and then onto the second page, do you see
20   there's an e-mail from Mr. Mahabub on May 6, 2010, to
21   several people, including yourself.  Do you see that?
22   A   Where now?
23   Q   If you go to the second page --
24   A   Oh, the second page?
25   Q   Yeah.  Sorry, I thought it started at the

Page 235

 1   bottom of the first, but it doesn't.
 2   A   Okay.
 3   Q   Do you recognize this e-mail?
 4   A   Yes.
 5   Q   And do you remember receiving this e-mail?
 6   A   Yes.
 7   Q   All right.  And did you read it when you
 8   received it?
 9   A   Yes.
10   Q   All right.  You see in the, I'll call it
11   the fourth paragraph, it says, Vic just called me
12   after I was practically about to burn a path in my
13   hardwood floors, and below is a verbatim reproduction
14   transcription of what we discussed, taken from a
15   recording I did on my laptop while he was on
16   speakerphone.
17       Were you present for any phone calls
18   between Mr. Mahabub and Mr. Tiscareno?
19   A   No.
20   Q   Okay.  Did you ever hear any recordings of
21   phone calls between Mr. Mahabub and Mr. Tiscareno?
22   A   No.
23   Q   Did Mr. Mahabub, apart from this e-mail,
24   ever tell you that he recorded conversations with
25   Mr. Tiscareno?

Page 236

 1   A   No.
 2   Q   Did he ever tell you that he did not
 3   record a conversation with Mr. Tiscareno?
 4   A   No.
 5   Q   Mr. Mahabub goes on to then provide a
 6   transcript of the call.
 7   A   Yeah.
 8   Q   Did you read the entire e-mail, the
 9   transcript?
10   A   Yes.
11   Q   Did you believe it when you read it?
12       MR. AVENI:  I'm going to object.  It's
13   really not relevant testimony.  It's really improper
14   opinion.  It calls for speculation.  And I don't
15   really know why it has any relevance to the case, but
16   you can answer.
17   Q   (BY MS. VOORHEES)  Go ahead.
18   A   I was skeptical.
19   Q   Okay.  And why is that?
20   A   Because Vic seems to talk like Jerry.
21   Q   In this rendition of the call?
22   A   Yeah.
23   Q   All right.
24   A   I mean, the nuances.  So I was a little
25   bit skeptical.

| Securities and Exchange Commission v.<br>Taj Jerry Mahabub, et al. | James T. Devine<br>July 19, 2016 |
|---|---|

Page 281

1     MR. HOLMES: I believe it was.  I'll go
2  back and look to see where it is.  I was looking at
3  an electronic version of it, but I believe there's a
4  PDF version that was produced.
5     MS. VOORHEES: Okay.  But you don't know
6  what the number is?
7     MR. HOLMES: Not offhand, I'm sorry.  I'll
8  look for it.
9     MS. VOORHEES: Okay.
10    Q    (BY MS. VOORHEES)  Mr. Devine, when did
11 you create Exhibit 20?
12    A    2013.
13    Q    Okay.  You think you created it in 2013?
14    A    You know, I'd have to go back and look at
15 the date stamp on the worksheet.
16    Q    Okay.  Do you still have this worksheet?
17    A    I believe I do.
18    Q    Okay.  Do -- why were you creating this
19 document?
20    A    I was asked to by somebody.
21    Q    Do you know who?
22    A    No.  I don't remember.
23    Q    What's the backup documentation for this
24 document?  What did you use to create it?
25    A    The accounts off of QuickBooks.

Page 282

1     Q    Okay.
2        MS. VOORHEES: We have no further
3  questions.
4        THE VIDEOGRAPHER: The time is 5:21.  We
5  are going off the record.  This will conclude the
6  deposition for today.
7        (Discussion off the record.)
8        MS. VOORHEES: Counsel, do you want an
9  opportunity to review the deposition -- for the
10 witness to review the deposition?
11       THE VIDEOGRAPHER: You guys don't need
12 this on video?
13       MS. VOORHEES: We don't need it --
14       MR. AVENI: We don't need it on video.
15       MS. VOORHEES: -- video.  Oh, I'm sorry.
16       THE VIDEOGRAPHER: If you're not on video,
17 you don't need your microphone.  Sorry to interrupt.
18       MS. VOORHEES: Counsel, do you and the
19 witness want an opportunity to review the deposition?
20       MR. AVENI: Yes, please.
21       MS. VOORHEES: Okay.  We'll do that within
22 30 days of receipt of the transcript by counsel.
23       MR. AVENI: The court reporter will send
24 it to me.  I will send it to Mr. Devine.  Mr. Devine
25 will make any changes, send it back to me.  And do

Page 283

1  you want me to hold on to the original?
2        MS. VOORHEES: We'll receive the original
3  transcript, I believe, correct?  You'll receive a
4  copy.
5        MR. AVENI: That's fine.
6        MS. VOORHEES: Yes.  So then send me any
7  addendum or changes.
8        MR. AVENI: Okay.
9        MS. VOORHEES: Thank you.
10       (Deposition concluded at 5:23 p.m. on July
11       19, 2016. )
12
13
14       _____
15          JAMES T. DEVINE

Page 284

1  STATE OF COLORADO)
2           ) ss.       REPORTER'S CERTIFICATE
3  COUNTY OF DENVER )
4        I hereby certify that the witness in the
5  foregoing deposition, JAMES DEVINE, was by me duly
6  sworn to testify to the truth, the whole truth, and
7  nothing but the truth, in the within-entitled cause;
8  that said deposition was taken at the time and place
9  herein named; that the deposition is a true record of
10 the witness's testimony as reported by me, a duly
11 certified shorthand reporter and a disinterested
12 person, and was thereafter transcribed into
13 typewriting by computer.
14       I further certify that I am not interested
15 in the outcome of the said action, nor connected
16 with, nor related to any of the parties in said
17 action, nor to their respective counsel.
18       IN WITNESS WHEREOF, I have hereunto set my
19 hand this 28th day of July, 2016.
20 Reading and Signing was:
21 Requested
22       *[signature: Barbara J. Castillo]*
23
24          BARBARA J. CASTILLO, RMR, CRR
25          STATE OF COLORADO