EXCERPTED

# EXHIBIT 230

Page 1

```
        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO


SECURITIES AND EXCHANGE        )
COMMISSION,                    )
                               )
          Plaintiff,           )
                               )
          vs.                  ) 1:16-CV-02118-WJM-CBS
                               )
TAJ JERRY MAHABUB, GENAUDIO,   )
INC., et al,                   )
                               )
          Defendants.          )
```

**CERTIFIED TRANSCRIPT**

DEPOSITION OF MARK THOMAS BOBAK

TAKEN ON BEHALF OF THE DEFENDANTS

FEBRUARY 2, 2017

Page 2

1    I N D E X   O F   E X A M I N A T I O N
2                                  Page
3       Questions by Mr. Holmes. . . . . . . 5
        Questions by Ms. Hughes. . . . . . . 90
4       Further Questions by Mr. Holmes. . . 139
5
        I N D E X   O F   E X H I B I T S
6
        Exhibit 233 (Private Placement memo) 50
7       Exhibit 234 (Board of Directors
            Written consent). . . . . . . . 97
8       Exhibit 235 (Board of Directors
            Minutes. . . . . . . . . . . . .101
9       Exhibit 236 (2-11-09 e-mail). . . . 102
        Exhibit 237 (2-11-09 e-mail). . . . 104
10      Exhibit 238 (Board of Directors
            Minutes. . . . . . . . . . . . .104
11      Exhibit 239 (Matos E-mail). . . . . 109
        Exhibit 240 (6-17-09 e-mail). . . . 113
12      Exhibit 241 (6-17-09 e-mail). . . . 115
        Exhibit 242 (7-3-09 e-mail). . . . .117
13      Exhibit 243 (7-1-09 e-mail). . . . .119
        Exhibit 244 (Board of Directors
14          Minutes). . . . . . . . . . . .128
        Exhibit 245 (5-25-10 e-mail). . . . 131
15      Exhibit 246 (12-8-10 e-mail). . . . 135
16
        Previously Marked Exhibits Attached
17
18
19
20
21
22
23
24
25

Page 3

1          UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
2
3

   SECURITIES AND EXCHANGE        )
4  COMMISSION,                    )
                                  )
5          Plaintiff,             )
                                  )
6              vs.                ) 1:16-CV-02118-WJM-CBS
                                  )
7  TAJ JERRY MAHABUB, GENAUDIO,)
   INC., et al,                   )
8                                 )
           Defendants.            )
9
10        DEPOSITION OF MARK THOMAS BOBAK, produced, sworn
11  and examined on FEBRUARY 2, 2017, between the hours of
12  nine o'clock in the forenoon and five o'clock in the
13  afternoon of that day, at the offices of Veritext
14  Legal Solutions, 515 Olive Street, St. Louis, Missouri
15  63101, before Jeanne M. Pedrotty, a Certified Court
16  Reporter (MO) and Certified Shorthand Reporter (IL),
17  in a certain cause now pending in the United States
18  District Court, District of Colorado, between
19  SECURITIES AND EXCHANGE COMMISSION, Plaintiff, vs. TAJ
20  JERRY MAHABUB, GENAUDIO, INC., et al, Defendants; on
21  behalf of the Defendants.
22
23
24
25

```
                                                              Page 4
 1                    A P P E A R A N C E S
 2
                For the Plaintiff:
 3
                     Leslie H. Hughes
 4                   Trial Counsel
                     United States Securities & Exchange
 5                   Commission
                     1961 Stout Street
 6                   Denver, CO   80294
 7
                For the Defendant Mahabub:
 8
                     Andrew B. Holmes
 9                   Holmes, Taylor & Jones
                     617 S. Olive Street
10                   Los Angeles, CA   90014
11
12              For the Defendant GenAudio:
13                   David J. Aveni
                     Wilson, Elser, Moskowitz, Edelman &
14                   Dicker
                     655 W. Broadway
15                   San Diego, CA   92101
16
                For the Witness:
17
                     Robert J. Bassett
18                   Williams, Venker & Sanders
                     100 S. Fourth Street
19                   St. Louis, MO   63102
20
21   Court Reporter:
     Jeanne M. Pedrotty, CCR/CSR
22   Missouri CCR #618
     Illinois CSR #084-003893
23   Veritext Legal Solutions
     515 Olive Street
24   St. Louis, Missouri 63101
     (314) 203-2987
25   Www.veritext.com
```

Page 5

```
 1        IT IS HEREBY STIPULATED AND AGREED by and between
 2   counsel for the Plaintiff and counsel for the
 3   Defendants that this deposition may be taken in
 4   shorthand by Jeanne M. Pedrotty, CCR/CSR, a Certified
 5   Court Reporter and Certified Shorthand Reporter, and
 6   afterwards transcribed into typewriting; and the
 7   signature of the witness is expressly waived.
 8                    *    *    *    *    *
 9                    MARK THOMAS BOBAK,
10   of lawful age, produced, sworn and examined on behalf
11   of the DEFENDANTS, deposes and says:
12         (Starting time of the deposition:  9:00)
13                          EXAMINATION
14   QUESTIONS BY MR. HOLMES:
15         Q.   Good morning, Mr. Bobak.  My name is Andrew
16   Holmes.  I'm counsel for Jerry Mahabub in this case.
17   And I know we have counsel on the phone, David Aveni
18   for GenAudio.  And then Ms. Hughes is here for the
19   SEC.  And you have counsel here today?
20         A.   I do.
21         Q.   Would you please identify yourself?
22              MR. BASSETT:  Sure.  Bob Bassett.
23         Q.   (By Mr. Holmes) So would you just state and
24   spell your full name for the record?
25         A.   Mark, M-a-r-k, B-o-b-a-k.
```

Page 117

1  Q. (By Ms. Hughes) Do you see the text has
2  been added to the e-mail that Mr. Mahabub forwarded to
3  you purportedly from Mr. Tiscareno?
4  A. Yes.
5  Q. And he is representing that there is going
6  to be three senior management team members from Apple
7  attending the meeting with Mr. Mahabub?
8  A. Yes.
9  MR. HOLMES: The document speaks for
10 itself.
11  Q. (By Ms. Hughes) At this point in time,
12 June of 2009, had you ever seen a term sheet between
13 GenAudio and Apple?
14  A. No.
15  Q. Had you ever seen a letter of intent?
16  A. No.
17  Q. Had you ever seen a draft contract?
18  A. No.
19  (Whereupon, a short break was taken.
20 Exhibit 242 marked for identification.)
21  Q. (By Ms. Hughes) Mr. Bobak, have you had an
22 opportunity to look at Exhibit 242?
23  A. Yes.
24  Q. The top of it is July 3rd, 2009 e-mail from
25 Mr. Mahabub, but the bottom third of that e-mail

Page 118

1  includes one that's purportedly forwarded from you on
2  July 2nd, 2009?
3        A.  Yes.
4        Q.  Did you write that e-mail to Mr. Mahabub
5  that talks about, "Glad your grandmother is doing
6  well."
7        A.  Yes, it appears I did.
8        Q.  It appears that you did?
9        A.  Yes.
10       Q.  And you were advising Mr. Mahabub to come
11 up with a term to use for Apple?
12       A.  Yes.
13       Q.  Then below your e-mail there is one dated
14 July 2nd, 2009, by Mr. Mahabub in which he is
15 purportedly writing to his team, which I believe means
16 his employees or consultants at GenAudio.  Do you
17 remember seeing this long e-mail that Mr. Mahabub
18 wrote to his team?
19       A.  Yes.
20       Q.  And then if we look at Page 23820, there is
21 an e-mail dated July 2nd, 2009, from Barry Cortlett --
22 or excuse me -- from Mr. Mahabub to Barry Cortlett
23 with a copy to Vic Tiscareno.  Do you recall that
24 being part of the e-mail string?
25       A.  I don't recall whether it was or was not.

Page 119

1  I don't know who Barry Cortlett is or was?
2       Q.   I'll represent to you that he is a person
3  at Apple who was sending Mr. Mahabub a copy of the
4  nondisclosure agreement.
5       A.   Okay.  And so question is, was this part of
6  the e-mail?
7       Q.   Yes.
8       A.   It may have been, but I can't recall
9  specifically as I sit here today.
10      Q.   Did Mr. Mahabub tell you he had altered the
11 e-mail from Mr. Cortlett?
12      A.   No.
13      Q.   Let's mark this as Exhibit 243.
14           (Whereupon, Exhibit 243 was marked for
15 identification.)
16      Q.   (By Ms. Hughes)  Exhibit 243 is a July 1st,
17 2009 e-mail from Barry Cortlett to Mr. Mahabub with a
18 copy to Victor Tiscareno.  Did you ever see this
19 e-mail from Barry Cortlett in its unaltered state?
20      A.   No.
21      Q.   Did Mr. Mahabub ever advice you that he was
22 altering e-mails from Mr. Cortlett?
23           MR. HOLMES:  Objection; assumes facts not
24 in evidence and lacks foundation.
25           MR. AVENI:  Join.

Page 120

1          THE WITNESS:  No.
2     Q.   (By Ms. Hughes)  In the summer of 2009, did
3  GenAudio have financial problems and inability to pay
4  its employees and consultants?
5     A.   Yes.
6     Q.   Did Mr. Mahabub ever tell you that he was
7  misrepresenting to GenAudio's employees his dealings
8  with Apple?
9     A.   No.
10    Q.   Did he tell you that he was sending e-mails
11 to the employees misrepresenting he was meeting with
12 Phil Schiller?
13    A.   No.
14    Q.   Let me show you what was previously marked
15 as Exhibit 72.  Do you recognize Exhibit 72 as Board
16 of Directors minutes for a meeting that occurred on
17 September 25th, 2009?
18    A.   Yes.
19    Q.   And you participated in that meeting by
20 telephone?
21    A.   Yes.
22    Q.   At that meeting, did Mr. Mahabub give an
23 update on the status of GenAudio's dealings with
24 Apple?
25    A.   Yes.

1            CERTIFICATE OF REPORTER

2    STATE OF MISSOURI   )
                         ) ss.
3    CITY OF ST. LOUIS   )

4    I, Jeanne M. Pedrotty, a Certified Court Reporter (MO)

5    and Certified Shorthand Reporter (IL), do hereby

6    certify that the witness whose testimony appears in

7    the foregoing deposition was duly sworn by me; that

8    the testimony of said witness was taken by me to the

9    best of my ability and thereafter reduced to

10   typewriting under my direction; that I am neither

11   counsel for, related to, nor employed by any of the

12   parties to the action in which this deposition was

13   taken, and further that I am not a relative or

14   employee of any attorney or counsel employed by the

15   parties thereto, nor financially or otherwise

16   interested in the outcome of the action.

17   DATED: 2/17/2017

*[signature: Jeanne M. Pedrotty]*

Jeanne M. Pedrotty