EXCERPTED

# EXHIBIT 231

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:     )
                      ) File No. D-03450-A
GENAUDIO, INC.        )

WITNESS:  Ronald Isaac
PAGES:    1 through 60
PLACE:    O'Melveny & Myers, LLP
          Two Embarcadero, 28th Floor
          San Francisco, CA  94111
DATE:     Wednesday, April 15, 2015

   The above entitled matter came on for hearing, via telephone, pursuant to notice, at 10:35 a.m.

Diversified Reporting Services, Inc.
(202) 467 9200

Page 2

APPEARANCES:

On behalf of the Securities and Exchange Commission:
    JENNIFER OSTROM, ESQ. (Via Telephone)
    Securities and Exchange Commission
    1801 California Street
    Suite 4800
    Denver, Colorado

On behalf of the Witness:
    DAVID EBERHART, ESQ.
    O'Melveny & Myers, LLP
    2 Embarcadero, 28th Floor
    San Francisco, CA  94111
    (415) 984-8808

    JENNIFER BROWN, ESQ.
    Apple, Inc.
    1 Infinite Loop
    Cupertino, CA  95014
    (408) 783-9759

Page 3

CONTENTS

| WITNESS: | EXAMINATION |
|---|---|
| Ronald Isaac | 4 |

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 117 | Subpoena to Mr. Isaac dated 4/6/15 | 6 |
| 118 | E-mail chain Bates-stamped APL608-APL621 | 16 |
| 119 | E-mail chain Bates-stamped SEC-TiscarenoV-E635 to 636 | 26 |
| 120 | E-mail chain Bates-stamped GA6846-GA6850 | 27 |
| 121 | E-mail chain Bates-stamped APL315-APL316 | 32 |
| 122 | E-mail chain Bates-stamped APL155-APL158 | 43 |
| 123 | E-mail chain Bates-stamped APL111-APL112 | 49 |

Page 4

PROCEEDINGS

    MS. OSTROM:  Let's go on the record at 10:35 a.m. on April 15th of 2015.
    Would you please swear in the witness?
Whereupon,
    RONALD ISAAC
was called as a witness and, having been first duly sworn, was examined and testified as follows:
    EXAMINATION
    BY MS. OSTROM:
    Q   Could you please state and spell your full name for the record?
    A   Ronald Nadim Isaac.
    Q   Can you spell your middle name, please?
    A   N-a-d-i-m.
    Q   And how do you spell your last name?
    A   I-s-a-a-c.
    Q   Thank you.  My name is Jennifer Ostrom.  I'm and officer of the Commission for the purposes of this proceeding, and this is an investigation by the United States Securities and Exchange Commission in the matter of GenAudio, Inc. to determine whether there have been violations of certain provisions of the federal securities laws.  However, the facts developed in this investigation might constitute violation of other

Page 5

federal or state, civil or criminal laws, and prior to the opening of the record you were provided with a copy of the formal order of investigation in this matter, and it will be available for your examination during the course of this proceeding.  And, Mr. Isaac, have you had an opportunity to review the formal order?
    A   Yes, I have.
    Q   And also prior to the opening of the record you were provided with a copy of the Commission's supplemental information form, and a copy of that notice has been marked as Exhibit No. 1.
    And, Mr. Isaac, have you had the opportunity to read Exhibit No. 1?
    A   Yes, I have.
    Q   And do you have any questions concerning Exhibit No. 1?
    A   No, I don't.
    Q   Mr. Isaac, are you represented by counsel today?
    A   Yes, I am.
    MS. OSTROM:  Would counsel please identify themselves for the record?
    MR. EBERHART:  David Eberhart of O'Melveny & Myers representing the witness.
    MS. BROWN:  We also have Jennifer Brown from

Page 26

1  please hand the court reporter the e-mail that's
2  Bates-stamped SEC Tiscareno to have her mark that as
3  Exhibit 119, please.
4      MR. EBERHART:  And that's the one that ends
5  in 635.
6      MS. OSTROM:  Yes.
7      MR. EBERHART:  I have handed that to the
8  court reporter.
9      MS. OSTROM:  Thank you.
10          (SEC Exhibit No. 119 was marked for
11          identification.)
12     BY MS. OSTROM:
13     Q   And, Mr. Isaac, if you could please look at
14  Exhibit No. 119, and let me identify this for the
15  record.  It's Bates numbered SEC-TiscarenoV-E635 and
16  636, and this is just an e-mail from Jerry Mahabub to
17  Victor Tiscareno, Michael Hailey, and Ronald Isaac
18  dated October 19th, 2009.  If you could go ahead and
19  review that, and then I'll ask you some questions when
20  you're ready, okay?
21     A   Okay.  Yes, I'm ready.
22     Q   Did you receive this e-mail from Mr. Mahabub
23  on or about October 19th of 2009?
24     A   Yes, I recall this e-mail.
25     Q   Who is Michael Hailey?

Page 27

1      A   I have never met Mr. Hailey, but I believe
2  that he might have had some marketing role at Apple.
3      Q   Okay.  So you did not ever meet with Mr.
4  Hailey and Mr. Mahabub in any meeting; is that correct?
5      A   I have never met with Mr. Hailey, period.
6      Q   Okay.  Then if you could hand -- actually if
7  you could just hold on that to that one, also keep it
8  in front of you, Mr. Isaac.
9      A   Sure.
10     MS. OSTROM:  And if you could please hand the
11  court reporter the e-mail chain that starts with GA6846
12  is the Bates number, so she can mark that as Exhibit
13  No. 120.
14     MR. EBERHART:  I have done so.
15     MS. OSTROM:  Thank you.
16          (SEC Exhibit No. 120 was marked for
17          identification.)
18     MS. OSTROM:  And I will go ahead and let me
19  identify this for the record.  These are a couple
20  e-mails.  The Bates numbers are GA6846 through 6850,
21  and the first in this chain of e-mails starts on page
22  GA6848, and it's an e-mail from Jerry Mahabub dated
23  October 18th of 2009 purportedly to Victor Tiscareno,
24  Michael Hailey, Ronald Isaac, Timothy Cook, and Phillip
25  Schiller, and then on the first page of Exhibit No. 120

Page 28

1  it's an e-mail from Jerry Mahabub to his team dated
2  October 19th of 2009, and then above that is an e-mail
3  from Jim Maddows to Jerry Mahabub on October 19th of
4  2009.
5      And, Mr. Isaac, if you could please look at
6  this, and obviously what I am interested in having you
7  look at is the e-mail that starts on GA6848 which
8  reportedly went to yourself and others.
9      A   Yes, ma'am.
10     Q   Did you ever receive this e-mail from Mr.
11  Mahabub?
12     A   No.
13     Q   And comparing that e-mail that begins on
14  GA6848 with the e-mail contained in Exhibit 119, am I
15  correct that you did receive 119 but did not receive
16  the version that is in Exhibit 120?
17     A   That is correct.
18     Q   Did you ever see an e-mail from Mr. Mahabub
19  to Tim Cook?
20     A   No.
21     Q   Did you ever see an e-mail from Mr. Mahabub
22  to Phil Schiller?
23     A   No.
24     Q   And who is Tim Cook?
25     A   Tim Cook went -- at that time or at this

Page 29

1  time?
2      Q   At that time.
3      A   Tim Cook was the --
4      Q   And then you can say who he is now.
5      A   He was the senior vice president of
6  operations at Apple -- well, chief operating officer, I
7  should say and I think he held the role of senior vice
8  president of that, and now he is the chief executive
9  officer of Apple, Inc.
10     Q   And Phil Schiller, what was his role at that
11  time and what does thee do now for Apple?
12     A   Phil was senior vice president of marketing
13  of Apple and he still is with that role.
14     Q   Okay.  To your knowledge, was Tim Cook or
15  Phil Schiller ever involved in discussions with Jerry
16  Mahabub or anyone else from GenAudio?
17     A   No.
18     Q   And was Tim Cook or Phil Schiller involved in
19  any internal discussions within Apple about GenAudio's
20  technology?
21     A   No.
22     Q   Was Mr. Cook or Mr. Schiller ever given a
23  demo of the technology to your knowledge?
24     A   Not that I'm aware of.
25     Q   Was Mr. Cook or Mr. Schiller ever on the

Page 58

1  A  No.
2  Q  Do you know anyone else who has been
3  subpoenaed or testified in this investigation?
4  A  No.
5      MS. OSTROM:  Mr. Isaac, I have no further
6  questions at this time.  We may, however, call you
7  again to testify in this investigation and should this
8  be necessary, we will contact you through your counsel.
9      And we will go off the record at 11:50 a.m.
10  on April 15th, 2015.
11      (Whereupon, at 11:50 a.m., the examination
12  was concluded.)
13          * * * * *

Page 59

1        PROOFREADER'S CERTIFICATE
2
3  In the Matter of:   GENAUDIO, INC.
4  Witness:       Ronald Isaac
5  File Number:   D-03450-A
6  Date:          Wednesday, April 15, 2015
7  Location:      San Francisco, CA  94111
8
9      This is to certify that I, Donna S. Raya,
10  (the undersigned), do hereby swear and affirm that the
11  attached proceedings before the U.S. Securities and
12  Exchange Commission were held according to the record
13  and that this is the original, complete, true and
14  accurate transcript that has been compared to the
15  reporting or recording accomplished at the hearing.
16
17  _____    _____
18  (Proofreader's Name)       (Date)
19
20
21
22
23
24
25

16 (Pages 58 to 59)

```
                                                    Page 59
 1                  PROOFREADER'S CERTIFICATE
 2
 3   In the Matter of:    GENAUDIO, INC.
 4   Witness:             Ronald Isaac
 5   File Number:         D-03450-A
 6   Date:                Wednesday, April 15, 2015
 7   Location:            San Francisco, CA  94111
 8
 9             This is to certify that I, Donna S. Raya,
10   (the undersigned), do hereby swear and affirm that the
11   attached proceedings before the U.S. Securities and
12   Exchange Commission were held according to the record
13   and that this is the original, complete, true and
14   accurate transcript that has been compared to the
15   reporting or recording accomplished at the hearing.
16
17   _____     ____4/28/15_____
18   (Proofreader's Name)                  (Date)
19
20
21
22
23
24
25
```

```
 1                    CERTIFICATION

 2                         OF

 3              CERTIFIED SHORTHAND REPORTER

 4

 5

 6           I, the undersigned, a Certified Shorthand

 7   Reporter for the State of California, do hereby certify:

 8           That the foregoing proceedings were taken before

 9   me at the time and place herein set forth; that any

10   witnesses in the foregoing proceedings, prior to

11   testifying, were place under oath; that a verbatim

12   record of the proceedings was made by me using machine

13   shorthand which was thereafter transcribed under my

14   direction; further, that the foregoing is an accurate

15   transcription thereof.

16           I further certify that I am neither financially

17   interested in the action nor a relative or employee of

18   any attorney of any of the parties.

19           IN WITNESS WHEREOF, I have this date

20

21      Subscribed my name  _____.

22                          Rhiannon Michelle Smith

23

24      Dated: 04/27/20115

25      Certificate Number 13265
```