EXCERPTED

# EXHIBIT 240

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:              )
                               )    File No. D-03450-A
GENAUDIO, INC.                 )

WITNESS: Mark Thomas Bobak
PAGES:   1 through 112
PLACE:   Securities and Exchange Commission
         1961 Stout Street
         Denver, CO 80294
DATE:    Tuesday, March 3, 2015

The above entitled matter came on for hearing, pursuant to notice, at 8:00 a.m.

Diversified Reporting Services, Inc.
(202) 467 9200

1    PROOFREADER'S CERTIFICATE

2

3  In the Matter of:   GENAUDIO, INC.
4  Witness:            Mark Thomas Bobak
5  File Number:        D-03450-A
6  Date:               Tuesday, March 3, 2015
7  Location:           Denver, CO  80294

8

9           This is to certify that I, Donna S. Raya,
10  (the undersigned), do hereby swear and affirm that
11  the attached proceedings before the U.S. Securities
12  and Exchange Commission were held according to the
13  record and that this is the original, complete,
14  true and accurate transcript that has been compared
15  to the reporting or recording accomplished at the
16  hearing.

17

18  _____                _3/10/15_____
19  (Proofreader's Name)                     (Date)

20

21

22

23

24

25

```
1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3
                      REPORTER'S CERTIFICATE
4
5
     I, Sharon R. Dobson, reporter, hereby certify that
6
     the foregoing transcript of  110  pages is a complete,
7
     true, and accurate transcript of the proceedings
8
     indicated, held on March 3, 2015, in the Matter
9
     of GenAudio, Inc.  I further certify that this
10
     proceeding was recorded by me and that the foregoing
11
     has been prepared under my direction.
12
13
     DATE:  March 10, 2015
14
15   Official Reporter:  [signature]
16                       Sharon R. Dobson
17
18
19
20
21
22
23
24
25
```

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     ) File No. D-03450-A
GENAUDIO, INC.                       )

WITNESS:   Dean Eldridge
PAGES:     1 through 61
PLACE:     635 All View Lane
           Corvallis, Montana 59828
DATE:      Monday, April 6, 2015

        The above entitled matter came on for hearing, pursuant to notice, at 1:00 p.m.

COPY

Diversified Reporting Services, Inc.
(202) 467-9200

Page 60

PROOFREADER'S CERTIFICATE

| | |
|---|---|
| In the Matter of: | GENAUDIO, INC. |
| Witness: | Dean Eldridge |
| File Number: | D-03450-A |
| Date: | April 6, 2015 |
| Location: | Corvallis, MT |

This is to certify that I, Nicholas Wagner, (the undersigned), do hereby swear and affirm that the attached proceedings before the U.S. Securities and Exchange Commission were held according to the record and that this is the original, complete, true and accurate transcript that has been compared to the reporting or recording accomplished at the hearing.

_____     _____

(Proofreader's Name)            (Date)

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF MONTANA    )
                         :  ss.
 4   County of Ravalli   )

 5              I, Terra Rohlfs, RPR, Freelance Court
     Reporter and Notary Public for the State of
 6   Montana, residing in Hamilton, Montana, do hereby
     certify:
 7
                That I was authorized to and did report
 8   the SEC interview of DEAN ELDRIDGE in this cause;

 9
                That the foregoing pages of this
10   Interview constitute a true and accurate
     transcription of my stenotype notes of the
11   testimony of said witness.

12              I further certify that I am not an
     attorney nor counsel of any of the parties; nor a
13   relative or employee of any attorney or counsel
     connected with the action, nor financially
14   interested in the action.

15              IN WITNESS WHEREOF, I have hereunto set
     my hand and seal on this the 14th day of April, 2015.
16
                         [signature: Terra Rohlfs]
17

18                       _____
                         Terra Rohlfs, RPR,
                         Freelance Court Reporter
19                       Notary Public, State of Montana
                         Residing in Hamilton, Montana
20                       My Commission expires: 11/4/15

21

22          [NOTARY SEAL:
             TERRA ROHLFS
23           NOTARY PUBLIC for the
             State of Montana
             Residing at Hamilton, Montana
24           My Commission Expires
             November 4, 2015]

25
```

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:         )
                          ) File No. D-03450-A
GENAUDIO, INC.            )

WITNESS:  Michael S. Elliott
PAGES:    1 through 70
PLACE:    Residence of Michael Elliott
          11806 123rd Ave., NE
          Lake Stevens, WA 98258
DATE:     Wednesday, April 8, 2015

    The above entitled matter came on for hearing, via telephone, pursuant to notice, at 12:05 p.m.

Diversified Reporting Services, Inc.

(202) 467 9200

Page 69

1  PROOFREADER'S CERTIFICATE
2
3  In the Matter of:   GENAUDIO, INC.
4  Witness:            Michael S. Elliott
5  File Number:        D-03450-A
6  Date:               Wednesday, April 8, 2015
7  Location:           Lake Stevens, WA  98258
8
9           This is to certify that I, Donna S. Raya,
10  (the undersigned), do hereby swear and affirm that the
11  attached proceedings before the U.S. Securities and
12  Exchange Commission were held according to the record
13  and that this is the original, complete, true and
14  accurate transcript that has been compared to the
15  reporting or recording accomplished at the hearing.
16
17  _____     ____4/21/15____
18  (Proofreader's Name)            (Date)
19
20
21
22
23
24
25

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | CERTIFICATE                                                     |
| 2  |                                                                 |
| 3  | I, J.P. , do hereby certify that                                |
| 4  | pursuant to the Rules of Civil Procedure, the witness           |
| 5  | named herein appeared before me at the time and place           |
| 6  | set forth in the caption herein; that at the said               |
| 7  | time and place, I reported all testimony adduced and            |
| 8  | other oral proceedings had in the foregoing matter;             |
| 9  | and that the foregoing transcript pages constitute a            |
| 10 | full, true and correct record of such testimony                 |
| 11 | adduced and oral proceeding had and of the whole                |
| 12 | thereof.                                                        |
| 13 |                                                                 |
| 14 | IN WITNESS HEREOF, I have hereunto set my hand                  |
| 15 | this   14th   day of      April      ,  2015 .                  |
| 16 |                                                                 |
| 17 |                                                                 |
| 18 |                                                                 |
| 19 | *JP*                                                            |
| 20 | _____                                        |
| 21 |         J.P                                                     |
| 22 |                                                                 |
| 23 |                                                                 |
| 24 |                                                                 |
| 25 |                                                                 |

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             )  File No. D-03450-A
GENAUDIO, INC.               )

WITNESS:  Michael Hailey
PAGES:    1 through 39
PLACE:    Klarquist Sparkman, LLP
          121 S.W. Salmon Street, Suite 1600
          Portland, OR 97204
DATE:     Tuesday, April 21, 2015

    The above entitled matter came on for hearing, pursuant to notice, at 2:15 p.m.

Diversified Reporting Services, Inc.
(202) 467 9200

```
                                                        Page 38
 1                   PROOFREADER'S CERTIFICATE
 2    In the Matter of:    GENAUDIO, INC.
 3    Witness:             Michael Hailey
 4    File Number:         D-03450-A
 5    Date:                Tuesday, April 21, 2015
 6    Location:            Portland, OR   97204
 7
 8             This is to certify that I, Donna S. Raya,
 9    (the undersigned), do hereby swear and affirm that
10    the attached proceedings before the U.S. Securities
11    and Exchange Commission were held according to the
12    record and that this is the original, complete,
13    true and accurate transcript that has been compared
14    to the reporting or recording accomplished at the
15    hearing.
16
17    _____       _____5/1/15_____
18    (Proofreader's Name)                (Date)
19
20
21
22
23
24
25
```

CERTIFICATE

I, R. A. , do hereby certify that pursuant to the Rules of Civil Procedure, the witness named herein appeared before me at the time and place set forth in the caption herein; that at the said time and place, I reported all testimony adduced and other oral proceedings had in the foregoing matter; and that the foregoing transcript pages constitute a full, true and correct record of such testimony adduced and oral proceeding had and of the whole thereof.

IN WITNESS HEREOF, I have hereunto set my hand this ___28th___ day of _____April_____ , _2015_ .

*R A*

_____
R. A.

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:       )
                        ) File No. D-03450-A
GENAUDIO, INC.          )

WITNESS:   Timothy Wayne Herdt
PAGES:     1 through 54
PLACE:     Residence of Timothy Herdt
           809 Port Susan Terrace Road
           Camano Island, WA  98282
DATE:      Friday, April 10, 2015

       The above entitled matter came on for hearing, via telephone, pursuant to notice, at 10:08 a.m.




                Diversified Reporting Services, Inc.
                       (202) 467 9200

Page 53

```
1                  PROOFREADER'S CERTIFICATE
2
3    In the Matter of:    GENAUDIO, INC.
4    Witness:             Timothy Wayne Herdt
5    File Number:         D-03450-A
6    Date:                Friday, April 10, 2015
7    Location:            Camano Island, WA   98282
8
9            This is to certify that I, Donna S. Raya,
10   (the undersigned), do hereby swear and affirm that the
11   attached proceedings before the U.S. Securities and
12   Exchange Commission were held according to the record
13   and that this is the original, complete, true and
14   accurate transcript that has been compared to the
15   reporting or recording accomplished at the hearing.
16
17   [signature]                              4/24/15
18   (Proofreader's Name)                     (Date)
```

```
                        CERTIFICATE


     I,      J.P.        , do hereby certify that
pursuant to the Rules of Civil Procedure, the witness
named herein appeared before me at the time and place
set forth in the caption herein; that at the said
time and place, I reported all testimony adduced and
other oral proceedings had in the foregoing matter;
and that the foregoing transcript pages constitute a
full, true and correct record of such testimony
adduced and oral proceeding had and of the whole
thereof.

     IN WITNESS HEREOF, I have hereunto set my hand
this   14th   day of        April        ,  2015 .




    _____
         J.P
```

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:         )
                          )   File No. D-03450-A
GENAUDIO, INC.            )

WITNESS:   Paul B. Powers
PAGES:     1 through 193
PLACE:     U.S. Attorney's Office
           400 West Washington Street, Suite 300
           Orlando, FL  32801
DATE:      Friday, February 27, 2015

   The above entitled matter came on for hearing, pursuant to notice, at 9:10 a.m.

Diversified Reporting Services, Inc.
(202) 467 9200

```
                                                    Page 192
 1                PROOFREADER'S CERTIFICATE
 2
 3   In the Matter of:    GENAUDIO, INC.
 4   Witness:             Paul B. Powers
 5   File Number:         D-03450-A
 6   Date:                Friday, February 27, 2015
 7   Location:            Orlando, FL  32801
 8
 9           This is to certify that I, Donna S. Raya,
10   (the undersigned), do hereby swear and affirm that
11   the attached proceedings before the U.S. Securities
12   and Exchange Commission were held according to the
13   record and that this is the original, complete,
14   true and accurate transcript that has been compared
15   to the reporting or recording accomplished at the
16   hearing.
17
18   _____            ____3/12/15____
19   (Proofreader's Name)              (Date)
20
21
22
23
24
25
```

```
 1   STATE OF FLORIDA    )
     COUNTY OF PASCO     )
 2

 3

 4        I, Dana L. Stockton, Registered Professional
     Reporter, certify that I was authorized to and did
 5   stenographically report the foregoing deposition of
     PAUL B. POWERS; that a review of the transcript is a
 6   true and complete record of my stenographic notes.

 7

 8        I FURTHER CERTIFY that I am not a relative,
     employee, attorney or counsel of any of the parties,
 9   nor am I a relative or employee of any of the
     parties' attorney or counsel connected with the
10   action, nor am I financially interested in this
     action.
11

12        Dated this 11th day of March, 2015.

13

14

15

16
     Dana L. Stockton, RPR
17

18

19
                                    DANA L STOCKTON
20                                  MY COMMISSION # FF 022427
                                    EXPIRES: July 15, 2017
                                    Bonded Thru Notary Public Underwriters
21

22

23

24

25
```