R‌EDACTED

# EXHIBIT 242

**From:** "Jerry Mahabub" <jerry@genaudioinc.com>
**To:** "Barry Corlett"
**Cc:** "Victor Tiscareno"
**Bcc:**
**Date:** 07/07/2009 12:49:41 am
**Subject:** Re: Wednesday @ 11:30am Pacific
**Attachments:**

Hi Barry,

I hope you had a relaxing and rejuvenating 4th of July weekend! :)

My dev team and I are putting together the answers to your questions and should have the technology disclosure document ready for you and Victor by Monday, July 13, 2009 upon your return form your trip. It will be a rather in-depth response to your initial set of questions.

We will be combining question 1 and 4 together and showing the "rough MIPS" with the full answer to question 1.

Of course, I will need to receive either from you or Victor the fully signed NDA as a pdf file attached to an email prior to sending Apple the level of detail we will be disclosing to you and your team. I will also send two original copies of the NDA with my signature as requested. Who should I send the two originals to (you or Victor) and what address? I can send these via FedEx this coming Monday to ensure you receive the originals.

My development team and I are anxious to get started. With your guidance after you and your team at Apple review the answers we provide, I believe we can make this happen.

Safe travels.

-Jerry

On 7/6/09 12:04 AM, "Barry Corlett" wrote:

> Hi Jerry,
>
> Thanks. I am out travelling this week. I will attend to this when I'm back on the 13th.
>
> thanks,
> -Barry
>
>
> On Jul 2, 2009, at 6:01 PM, Jerry Mahabub wrote:
>
>> Hi Barry,
>>
>> Thanks for sending this to me and it was a pleasure to talk with you on the phone yesterday (hopefully in the near future we can meet in person).
>>
>> Attached is the NDA you sent to me, with the "fill in the blanks" sections filled in, and my signature. Please countersign, scan, and send me an email with the fully executed

document attached.  This actually does constitute a legally binding agreement (faxing does as well, even if the signatures are on separate pages), and will expedite us being able to "peel the onion shell layers back some more" so we can better understand what Apple is looking for, and for Apple to better understand our technology on a more detailed level.

 I am sending you two originals of the attached NDA with my signature via FedEx for Monday morning delivery as you requested too.

 Please provide me with the address information for who and to what address I am supposed to send the NDA to (it will be Victor or you I would imagine), just need the address.

 Have a Happy 4th of July (both you and Victor)!

 Best Wishes,

 -Jerry

On 7/1/09 2:17 PM, "Barry Corlett"  wrote:

> Jerry,
>
> following up to our conversation here's what I'd like to see
>
> 1. Block diagram & functional description of solution.
> 2. Estimation of resource requirements (RAM requirements broken down into CODE and DATA segments).
> 3. Estimation of processing requirements (rough MIPs)
> 4. Detailed analysis of a processing a known audio file (or files) showing the number of MACs performed in each processing block.
> 5. Roadmap of currently proposed enhancements to code.
>
> thanks,
> -Barry
>
>
> On Jul 1, 2009, at 11:21 AM, Jerry Mahabub wrote:
>
>> Hi Barry,
>>
>>  I will be calling you in 10 minutes.  Just checking in to make sure you were at your desk.
>>
>>  Best Wishes,
>>
>>  -Jerry

On 6/30/09 12:01 PM, "Barry Corlett" <███████> wrote:

Yes. One original will be returned to you.

Thanks
Barry

Sent from my iPhone

On Jun 30, 2009, at 10:58 AM, Jerry Mahabub <jerry@genaudioinc.com> wrote:

Hi Barry,

Will do. No worries on the countersign before the call – It is your/Apple's NDA, so as long as our counsel does not want to make any changes to it (which it looked like a pretty solid bi-directional NDA to me), then we should be fine. I understand you will also need two signed originals. I can FedEx the originals to you by tomorrow as well – We will need an original for our files as well, or is that the reason why you are requesting two copies, one to be sent back to us?

Best Wishes,

-Jerry

On 6/30/09 11:49 AM, "Barry Corlett" ███████ <mailto:███████> wrote:

Jerry,

> You can call my desk just after 11:30.
>
> 
>
> You can scan and email the NDA, though we will unlikley to counter sign it before the call.
>
> Thanks
> Barry
>
> Sent from my iPhone
>
> On Jun 30, 2009, at 10:05 AM, Jerry Mahabub <jerry@genaudioinc.com <mailto:jerry@genaudioinc.com> > wrote:

Hi Barry,

Thanks for getting this to me. I will need approval from our counsel to sign the NDA, and should have this by the end of the day today and faxed to you by tomorrow before our meeting, or I can scan and email a pdf file as I do not have your fax number.

Since we are keeping the call to just you and I, there should be no need to setup a conference bridge? If this is the case, what number should I call tomorrow as I will most likely be in the hospital with my Grandmother (she went in for surgery yesterday – 94 years old!), or at my hotel.

Have a great day!

Best Wishes,

-Jerry


On 6/30/09 12:13 AM, "Barry Corlett" <...> > wrote:

Hi Jerry,

Yes we are still on for 11:30am on Wednesday. If you could provide a bridge, that would be great. At this stage it is

probably best we just keep it to a very small call between ourselves. Attached is the NDA, if you could fill that out with your company's legal address that would be great. I suggest we use "GenAudio AstoundSound" as the project name. We will two signed originals for countersignature.

thanks,
-Barry

On Jun 29, 2009, at 6:15 PM, Jerry Mahabub wrote:

Hi Barry,

Are we still on for 11:30am this coming Wednesday (perhaps you already replied to my last email or did not receive it...we have had some email issues lately and I believe our outgoing should be working fine right now)? I can have one or two of my dev team members join the call if you feel that would be a good idea.

Also, could you propagate a dial-in number and access code for the conference line? We can set one up on our end if you like...just let me know.

I am in Florida right now and I will be available for the phone call on Wednesday (should be 2:30pm Eastern).

Lastly, if possible, please send to me your NDA so we can get that ball rolling.

Let me know if you have any questions as well before the phone call via email.

Best Wishes,

Jerry Mahabub, Chairman & CEO

< image.png>

GenAudio, Inc.

Office:
Fax:

SEC-TiscarenoV-E-0000146

Mobile: ███████
email: jerry@genaudioinc.com <mailto:jerry@genaudioinc.com>
<mailto:jerry@genaudioinc.com <mailto:jerry@genaudioinc.com> >
URL: http://www.genaudioinc.com <http://www.genaudioinc.com>
<http://www.genaudioinc.com <http://www.genaudioinc.com> >

< AppleGenAudioNDA.pdf>