EXCERPTED

# EXHIBIT 244

EXHIBIT 10 PLTF. DEFT.
WITNESS Devine
CONSISTING OF 17 PAGES
DATE 7-19-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Memorandum No. _____    Name: _____

# Confidential Private Placement Memorandum

# GENAUDIO, INC.

UP TO 700,000 SHARES OF COMMON STOCK
$3.00 PER SHARE





GOVERNMENT EXHIBIT
34
D-03450

AGGREGATE OFFERING AMOUNT: $2,100,000

THESE SECURITIES HAVE NOT BEEN REGISTERED WITH OR APPROVED BY THE SECURITIES AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION, NOR HAS THE SECURITIES AND EXCHANGE COMMISSION OR ANY SUCH STATE SECURITIES COMMISSION PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PRIVATE PLACEMENT MEMORANDUM. THIS PRIVATE PLACEMENT MEMORANDUM DOES NOT CONSTITUTE AN OFFER IN ANY JURISDICTION IN WHICH AN OFFER IS NOT AUTHORIZED.

The Information Contained Herein is Confidential and Intended Only for the Entity or Person to Which or Whom It is Given to or Transmitted Electronically.

April 22, 2011

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.    GA004731
DEN 97470204

*We might be unable to employ a sufficient number of technical personnel.*

We believe that our success depends upon our ability to employ and retain technical personnel with the ability to design, utilize, enhance service and maintain our technology and products. In addition, our ability to expand our operations depends in part on our ability to increase our personnel having the expertise to expand the capabilities of our existing products and to develop new products. The demand for such personnel is high and the supply of qualified technical personnel is limited. A significant increase in the wages paid by competing employers could result in a reduction of our technical work force and increases in the wage rates that we must pay or both. If either of these events were to occur, our cost structure could increase and our growth potential could be impaired.

RISKS RELATED TO THE COMPANY

*We have a limited operating history and limited capital and should be considered a start-up company*

The Company was formed in 2003 and it has just recently established revenues, though they are immaterial at this point. Our current operations consist of developing our proprietary technology to provide audio processing products and services to consumers and the entertainment industry. As a result, we have limited historical financial and revenue information upon which you can judge our business. There can be no assurance that we can realize our plans on the timetables projected in this Memorandum in order to reach sustainable or profitable operations. There is no assurance that we will not seek additional capital or that such capital shall be available at reasonable cost, or that it would not materially dilute your investment in this Offering if it is obtained.

Investment in a start-up company such as the Company is inherently subject to many risks. The Company only has a limited operating history upon which you may base an evaluation of our performance; therefore, we are still subject to all of the risks incident to the creation and development of a new business including, among other items, competition from other companies, the lack of long-term operating history, and the need for additional working capital.

*Our existing shareholders will have controlling ownership*

Assuming the maximum amount of Shares offered hereunder are sold in this Offering, the directors, executive officers and existing principal shareholders of the Company will still control the right to vote a majority of the Company's voting capital stock. In fact, Mr. Mahabub, the Company's Chairman and CEO, will hold the right to vote over 48% of the Company's capital stock on his own effectively giving him voting control on all decisions given the large number of Company shareholders and disparate ownership. The voting rights represented by these share holdings provide our management and existing principal shareholders, namely Mr. Mahabub, with a sufficient number of voting rights for all practical purposes to effectively control the election of our directors, cause us to engage in transactions with affiliated entities, cause or restrict the sale or merger of the Company, and effect such other matters as may be presented for a vote of our shareholders. Such concentration of ownership and control could have the effect of delaying, deferring or preventing a change in control of the Company even when such a change of control would be in the best interests of the Company's other shareholders Accordingly, investors in this Offering will have little voice in our management decisions and will exercise very little control over us. In addition, the Colorado Business Corporation Act provides that certain actions must be approved by a specified percentage of shareholders. In the event that the requisite approval of shareholders is obtained, dissenting shareholders would be bound by such vote. Accordingly, no persons should purchase Shares unless they are willing to entrust all aspects of control to our management. In addition to the foregoing, the Company created a class of Series C Preferred Stock (the "Series C Preferred") which is virtually identical to the Common Stock, but entitles the holders thereof to appoint two members to the Company's Board of Directors. All of the authorized shares of Series C Preferred were issued to Mr. Mahabub, our founder, Chairman of the Board, and CEO, as partial consideration for the Company's proprietary technology. As a result, for as long as he owns such shares of Series C Preferred, he will be entitled to appoint at least two members to the Board. See "*BOARD OF DIRECTORS AND MANAGEMENT*," and "*DESCRIPTION OF SECURITIES.*"

*We may be subject to claims from previous offerings*

Although we are not a party to any pending legal actions or proceedings and are not aware that any such actions or proceedings are likely to be initiated in the near future, since we commenced operations in 2003, we conducted three securities offerings in the early years of the Company in which we sold securities to accredited and non-accredited

53

"friends and family" investors. Although we have not conducted an in-depth investigation of those offerings, we believe that we may not have fully complied with all applicable securities rules to qualify such offerings as exempt from registration. Accordingly, we may have sold unregistered securities in violation of the Securities Act, and any counterpart state securities laws in those states where such securities were sold. Until the various federal and state statutes of limitations have expired with respect to any such violations, some or all of the investors in such offerings may have a right to rescind their respective investments, entitling them to a return of their investment capital with statutory interest. In addition, the Securities and Exchange Commission and any state securities agencies with jurisdiction could potentially seek to enforce the securities laws and penalize us for any such violations. There is also a risk that the current Offering could be integrated with the prior offerings so that our failure to comply with applicable securities laws and regulations would be deemed a failure of this Offering to so comply. Notwithstanding the foregoing, given the likely scope of any potential securities violations, the context in which they may have occurred and the nature of the Company's investors, we do not believe that the risk of a rescission or enforcement action being threatened or brought against us is significant.

*GenAudio has not paid any dividends and have no current plans to pay any dividends on our Common Stock*

GenAudio has never paid cash dividends on our Common Stock and has no current plans to pay cash dividends with respect to our Common Stock in the foreseeable future. We intend to retain any earnings for use in the operation of our business. Our Board shall determine dividend policy in the future based upon, among other things, our results of operations, financial condition, contractual restrictions and other factors deemed relevant at the time. We intend to retain appropriate levels of our earnings, if any, to support the Company's business activities.

*The Company has engaged in various related party transactions with its management*

The Company and its founder, Chairman of the Board and CEO, Mr. Mahabub, have engaged in various related party transactions, including loans to one another, undocumented expense reimbursements, and the sale of the Company's former studio facility. See "*RELATED PARTY TRANSACTIONS.*"

RISKS RELATED TO THE OFFERING

*There is no minimum number of Shares which must be sold in the Offering; this is a best efforts Offering*

There is no minimum number of Shares that must be sold by us in this Offering prior to the initial closing, and we expect to accept subscriptions for Shares as they are received. As a result, there can be no assurance that we will raise sufficient funds in this Offering to carry out our business plan as currently proposed, or that the net proceeds from the initial subscriptions for the Shares will be in an amount sufficient to enable us to continue operations in any meaningful manner. In the event sufficient subscriptions for the Shares are not received and accepted by us, we may be forced to curtail or cease our activities, which would likely result in the loss to Investors of all or a substantial portion of their investment.

The Shares are being offered by the Company on a "best efforts" basis. No individual, firm or corporation has agreed in advance to purchase any of the offered Shares. No assurance can be given that any or all of the Shares will be sold.

*The Company is in jeopardy of becoming subject to the public reporting requirements of the Securities Exchange Act of 1934, as amended*

The Company currently has approximately 472 common shareholders. This has the potential to create a significant problem for the Company. Under the applicable securities laws and regulations, if the Company ever has total assets exceeding $10,000,000 (which the Company hopes occurs in the near future) and 500 or more common shareholders, then it will become obligated to register its shares of common stock and to comply with applicable reporting requirements of the Security and Exchange Commissions.

Between retaining auditors, instituting internal procedures and policies, and preparing numerous filings with the assistance of accountants and legal counsel on an on-going basis, the cost will be substantial. In addition, the Company's management would be distracted from the core business of the Company and the Company likely would lose all strategic advantages it currently enjoys as a private company with little or none of the benefit of being a public company. That is, just because the Company registers its common stock and becomes subject to various

54