IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,
               Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,
               Defendants.

## SECOND DECLARATION OF GEORGE MARVIN

I, George Marvin, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1.     I am 69 years old and have lived in Maryland Heights, Missouri since 1992. Between 2009 and 2012, I was not married.

2.     In or about November 2009, I learned about GenAudio Inc. through my step-son, Ricky McCoy.

3.     On November 15, 2009, I made my first purchase of 2,000 shares of GenAudio stock from Jerry Mahabub at $0.50 per share for $1,000. True and correct

1

copies of my Stock Sale and Purchase Agreement with Mr. Mahabub, the Irrevocable Proxy Agreement, and my stock certificate are contained in Exhibit 220 at pages GA008340-52.  I signed the two agreements and faxed the signature pages to Jim Mattos at GenAudio.  Exhibit 220 contains redactions of my social security number, my street address, driver's license, and bank account numbers.

4. In 2009, I did not have individual income of over $200,000 in each of the two most recent years, or joint income with my spouse of over $300,000 in each of those years, with a reasonable expectation of reaching the same income level in the current year.  I did not have income of over $200,000 in 2010, 2011 or 2012.

5. In 2009, I did not have an individual net worth that exceeded $1,000,000. My individual net worth did not exceed $1,000,000 in 2010, 2011, or 2012.

6. Mr. Mahabub did not ask about my individual income or net worth before I purchased the GenAudio shares from him during 2009.

7. On or about August 31, 2010, I purchased 1,700 shares from GenAudio for $5,100.  I signed and submitted the signature page of the subscription agreement and subscriber questionnaire to GenAudio. I left blank the questions about whether I was an accredited investor, because I did not qualify as an "accredited investor" under any of the definitions provided.  No one from GenAudio contacted me to obtain any additional information about whether I was an accredited investor or to dissuade me from investing. I received the shares from GenAudio in the mail.  Exhibit 220 at pages GA008336-39 contains a true and correct copy of the stock certificate, the signature page of August 31, 2010 subscription agreement and subscriber questionnaire that I signed.

8. On April 29, 2011, I purchased 4,300 shares from GenAudio for $12,900. I signed and submitted the signature page of the subscription agreement and subscriber questionnaire to GenAudio. I left blank the questions about whether I was an accredited investor, because I did not qualify as an "accredited investor" under any of the definitions provided. No one from GenAudio contacted me to obtain any additional information about whether I was an accredited investor or to dissuade me from investing. I received the shares from GenAudio in the mail. Exhibit 220 at pages GA008330-35 and Exhibit 26 contain true and correct copies of the stock certificate, and the signature page of April 29, 2011 subscription agreement and subscriber questionnaire that I signed.

9. On or about June 7, 2011, I purchased two blocks of stock from GenAudio: 1,300 shares for $3,900 and 1,000 shares for $3,000. I submitted signature pages for two subscription agreements and two subscriber questionnaires to GenAudio. I left blank the questions about whether I was an accredited investor, because I did not qualify as an "accredited investor" under any of the definitions provided. No one from GenAudio contacted me to obtain any additional information on whether I was an accredited investor or to dissuade me from investing. My subscriptions were accepted and I received the shares from GenAudio in the mail. Exhibit 220 at GA008322-29 and Exhibit 26 contain true and correct copies of the stock certificates, and the signature pages of June 6, 2011 subscription agreements and subscriber questionnaires that I signed.

10. On or about March 16, 2012, I purchased 7,000 shares from GenAudio for $21,000. I submitted the signature page of the subscription agreement and subscriber questionnaire to GenAudio. I left blank the questions about whether I was an accredited investor, because I did not qualify as an "accredited investor" under any of the definitions

3

provided. No one from GenAudio contacted me to obtain any additional information on whether I was an accredited investor or to dissuade me from purchasing. I received the shares from GenAudio in the mail.  Exhibit 220 at GA008317-21 and Exhibit 26 contain a true and correct copy of the stock certificate, and the signature page of March 16, 2012 subscription agreement and subscriber questionnaire that I signed.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on May 5, 2017 in Maryland Heights, Missouri.

*s/ George Marvin*
George Marvin