**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

**REQUEST FOR ORAL ARGUMENT ON SUMMARY JUDGMENT**

Consistent with this Court's Practice Standards Rule III.J., GenAudio, through its counsel, hereby requests oral argument on Plaintiff's Motion for Summary Judgment, Docket No. 53.

Dated:  May 19, 2017                        Respectfully submitted,

                                            Wilson Elser Moskowitz Edelman & Dicker, LLP

                                            By:  s/ Michael P. McCloskey
                                                  Michael P. McCloskey
                                                  David Aveni
                                                  Wilson Elser Moskowitz Edelman
                                                  & Dicker, LLP
                                                  655 W. Broadway, Suite 900
                                                  San Diego, CA 92101
                                                  (619) 321-6200
                                                  (619) 321-6201 (fax)
                                                  michael.mccloskey@wilsonelser.com
                                                  david.aveni@wilsonelser.com
                                                 *Attorneys for Defendant GenAudio, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017 a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Andrew B. Holmes<br>Holmes, Taylor & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Ph: (213) 985-2265<br>Email: abholmes@htjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |
| Jeffrey G. Benz, Esq.<br>Benz Law<br>12021 Wilshire Blvd., Suite 256<br>Los Angeles, CA  90025<br>Ph.: (310) 570-2774<br>Email: jeffreybenz@gmail.com<br>*Attorney for Astound Holdings, Inc.* |

By:  s/ Michael P. McCloskey
Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman
& Dicker, LLP
655 W. Broadway, Suite 900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
michael.mccloskey@wilsonelser.com
david.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

2

1854369v.1