## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

### JOINDER IN AND REQUEST FOR ORAL ARGUMENT ON SUMMARY JUDGMENT

    Defendant Taj Jerry Mahabub joins in Defendant GenAudio, Inc.'s request for oral argument on Plaintiff's Motion for Summary Judgment [Doc. No. 67]. Further, consistent with this Court's Practice Standards Rule III.J., Taj Jerry Mahabub, through his counsel, hereby also requests oral argument on Plaintiff's Motion for Summary Judgment [Doc. No. 53].

Dated:  May 18, 2017                    Respectfully submitted,

                                          **HOLMES, TAYLOR & JONES LLP**

                                          By:     /s/ Andrew B. Holmes
                                                 Andrew B. Holmes, Esq.
                                                 HOLMES, TAYLOR & JONES LLP
                                                 The Oviatt Building
                                                 617 South Olive Street, Suite 1200
                                                 Los Angeles, CA 90014
                                                 Telephone:  (213) 985-2200
                                                 Facsimile:  (213) 973-6282
                                                 Email:  abholmes@htsjlaw.com
                                                 *Attorneys for Defendant Taj Jerry Mahabub*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017 a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>SECURITIES AND EXCHANGE COMMISSION<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Michael P. McCloskey<br>David J. Aveni<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>655 W. Broadway, Suite 900<br>San Diego, CA 92101<br>(619) 321-6200<br>(619) 321-6201 (fax)<br>michael.mccloskey@wilsonelser.com<br>david.aveni@wilsonelser.com<br>*Attorneys for Defendant GenAudio, Inc.* |
| Jeffrey G. Benz, Esq.<br>BENZ LAW<br>12021 Wilshire Blvd., Suite 256<br>Los Angeles, CA 90025<br>Ph.: (310) 570-2774<br>Email: jeffreybenz@gmail.com<br>*Attorney for Astound Holdings, Inc.* |

By:  s/ Andrew B. Holmes
    Andrew B. Holmes, Esq.
    HOLMES, TAYLOR & JONES LLP
    The Oviatt Building
    617 South Olive Street, Suite 1200
    Los Angeles, CA 90014
    Telephone: (213) 985-2200
    Facsimile: (213) 973-6282
    Email:  abholmes@htsjlaw.com
    *Attorneys for Defendant Taj Jerry Mahabub*