IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT ASTOUND HOLDINGS, INC.

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Astound Holdings, Inc., GenAudio, Inc., and Taj "Jerry" Mahabub, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby stipulate to the dismissal of the claims in this action against Astound Holdings, Inc.

DATED:  May 19, 2017

        Respectfully Submitted,

        s/Leslie J. Hughes
        Leslie J. Hughes (Colo. Bar No. 15043)
        Danielle R. Voorhees (Colo. Bar No. 35929)
        Securities and Exchange Commission
        1961 Stout Street, Suite 1700
        Denver, CO  80294-1961
        Telephone: (303) 844-1000
        Fax: (303) 297-3529

Email: HughesLJ@sec.gov
Email: VoorheesD@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission


/s Jeffrey G. Benz
Jeffrey G. Benz
Benz Law
12021 Wilshire Boulevard, Suite 256
Los Angeles, CA 90025
Telephone: 310-570-2774
Email: JeffreyBenz@gmail.com
*Attorney for Defendant Astound Holdings, Inc.*


/s Andrew B. Holmes
Andrew B. Holmes
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*


/s David J. Aveni
Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2017, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

Jeffrey G. Benz
Benz Law
12021 Wilshire Boulevard, Suite 256
Los Angeles, CA 90025
Telephone: 310-570-2774
Email: JeffreyBenz@gmail.com
*Attorney for Defendant Astound Holdings, Inc.*

*s/ Leslie J. Hughes*
Leslie J. Hughes