# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

---

### NOTICE OF MOOTNESS OF UNOPPOSED MOTION OF JEFFREY G. BENZ TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ASTOUND HOLDINGS, INC.

---

1. The above-referenced motion to withdraw was rendered moot by the dismissal of Astound Holdings, Inc. from this action on this past Friday afternoon, May 19. 2017.

Accordingly, the hearing set for today on said motion should be vacated.

DATED:  May 22, 2017                          /s/ JEFFREY BENZ

                                                  Jeffrey G. Benz
                                                  BENZ LAW GROUP
                                                  12021 Wilshire Blvd., Ste. 256
                                                  Los Angeles, CA 90025
                                                  Telephone:  (310)570-2774
                                                  Facsimile:  (310)975-1214
                                                  Email:  jeffreybenz@gmail.com
                                                  *Attorneys for Defendant*
                                                  *Astound Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, a true and correct copy of the foregoing was served via E-mail to the following parties:

>Leslie J. Hughes, Trial Counsel
>Danielle R. Voorhees, Trial Counsel
>SECURITIES AND EXCHANGE COMMISSION
>1961 Stout Street, Suite 1700
>Denver, CO 80294-1961
>Ph: (303) 844-1000
>Email: HughesLJ@sec.gov
>Email: VoorheesD@sec.gov
>*Attorneys for Plaintiff Securities and Exchange Commission*
>
>Michael P. McCloskey, Esq.
>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
>655 West Broadway, Suite 900
>San Diego, CA 92101
>Email: michael.mccloskey@wilsonelser.com
>*Attorney for Defendant GenAudio, Inc.*

>Andrew B. Holmes
>HOLMES, TAYLOR & JONES LLP
>The Oviatt Building
>617 South Olive Street, Suite 1200
>Los Angeles, CA 90014
>Email: abholmes@htjlaw.com
>*Attorneys for Defendant Taj Jerry Mahabub*


>>*JEFFREY G. BENZ//S//*
>>Jeffrey G. Benz, Esq.
>>BENZ LAW
>>12021 Wilshire Blvd., Suite 256
>>Los Angeles, CA  90025
>>Email: jeffreybenz@gmail.com
>>*Attorney for Astound Holdings, Inc.*