IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,


TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, effective May 30, 2017 counsel for Defendant, GenAudio, Inc. will have changed their address for service of notices and documents in the above-captioned action. The new address for Michael P. McCloskey and David J. Aveni of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP will be as follows:

    **Wilson Elser Moskowitz Edelman & Dicker LLP**
    **401 West A Street, Suite 1900**
    **San Diego, CA 92101**

Our office telephone and facsimile number set forth below will remain the same as will our email addresses set forth in the signature block below.

Dated:  May 23, 2017                            Respectfully submitted,

                                                          Wilson Elser Moskowitz Edelman & Dicker, LLP

                                                          By:  <u>s/ Michael P. McCloskey</u>
                                                                   Michael P. McCloskey
                                                                   David Aveni

1

2

                          Wilson Elser Moskowitz Edelman
                          & Dicker, LLP
                          655 W. Broadway, Suite 900
                          San Diego, CA 92101
                          (619) 321-6200
                          (619) 321-6201 (fax)
                          michael.mccloskey@wilsonelser.com
                          david.aveni@wilsonelser.com
                 *Attorneys for Defendant GenAudio, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2017 a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Andrew B. Holmes<br>Holmes, Taylor & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Ph: (213) 985-2265<br>Email: abholmes@htjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |
| ~~Jeffrey G. Benz, Esq.~~<br>~~Benz Law~~<br>~~12021 Wilshire Blvd., Suite 256~~<br>~~Los Angeles, CA  90025~~<br>~~Ph.: (310) 570-2774~~<br>~~Email: jeffreybenz@gmail.com~~<br>~~*Attorney for Astound Holdings, Inc.*~~ |

By:  s/ Michael P. McCloskey
Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman
& Dicker, LLP
655 W. Broadway, Suite 900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
michael.mccloskey@wilsonelser.com
david.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

3

1852458v.1