## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

### NOTICE OF JOINDER IN DEFENDANT TAJ JERRY MAHABUB'S MOTION TO STRIKE EXHIBITS SUBMITTED WITH PLAINTIFF'S REPLY IN SUPPORT OF SUMMARY JUDGMENT

    PLEASE TAKE NOTICE that Defendant, GenAudio, Inc., by and through its legal counsel Wilson, Elser, Moskowitz, Edelman & Dicker, LLP hereby joins in, and incorporates by reference, Defendant Taj Jerry Mahabub's Motion to Strike Exhibits Submitted with Plaintiff's Reply in Support of Summary Judgment filed by Holmes, Taylor & Jones, LLP and all other papers filed in support thereof.

Dated: June 6, 2017

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker, LLP

By: s/ Michael P. McCloskey
    Michael P. McCloskey
    David Aveni
    Wilson Elser Moskowitz Edelman
    & Dicker, LLP
    401 West A Street, Suite 1900
    San Diego, CA 92101
    (619) 321-6200
    (619) 321-6201 (fax)
    michael.mccloskey@wilsonelser.com
    david.aveni@wilsonelser.com
    *Attorneys for Defendant GenAudio, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2017 a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Andrew B. Holmes<br>Holmes, Taylor & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Ph: (213) 985-2265<br>Email: abholmes@htjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |
| ~~Jeffrey G. Benz, Esq.~~<br>~~Benz Law~~<br>~~12021 Wilshire Blvd., Suite 256~~<br>~~Los Angeles, CA  90025~~<br>~~Ph.: (310) 570-2774~~<br>~~Email: jeffreybenz@gmail.com~~<br>~~*Attorney for Astound Holdings, Inc.*~~ |

          By:  s/ Michael P. McCloskey
                Michael P. McCloskey
                David J. Aveni
                Wilson Elser Moskowitz Edelman & Dicker, LLP
                401 West A Street, Suite 1900
                San Diego, CA 92101
                (619) 321-6200
                (619) 321-6201 (fax)
                michael.mccloskey@wilsonelser.com
                david.aveni@wilsonelser.com
                *Attorneys for Defendant GenAudio, Inc.*