IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-MLC

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

## JOINT MOTION FOR EXTENSION OF TIME
## IN CONNECTION WITH REVISED MOTION FOR SUMMARY JUDGMENT

    The Defendants Taj Jerry Mahabub and GenAudio Inc. ("Defendants") and the Plaintiff Securities and Exchange Commission ("SEC") jointly move to extend the dates set for the parties to submit briefs on a revised motion for summary judgment. In the Court's December 22, 2017 Order Denying Motion to Strike and Denying Motion fort Summary Judgment Without Prejudice (Dkt. No. 80), the Honorable Judge Martinez set the following deadlines:

- On or before January 19, 2018, the SEC may file a revised summary judgment motion of up to 60 pages;

- On or before February 9, 2018, Defendants may each file a response of up to 60 pages; and

- On or before February 23, 2018, the SEC may file a consolidated reply of up to 40 pages.

1884886v.1

The SEC and Defendants hereby stipulate and jointly move the Court to enter an order extending these deadlines to the following:

- On or before February 16, 2018, the SEC may file its revised summary judgment motion of up to 60 pages;

- On or before March 16, 2018, the Defendants may each file a response up to 60 pages; and

- On or before April 6, 2018, the SEC may file a consolidated reply up to 40 pages.

Good cause exists to extend the deadlines. During the original time period for preparation of its brief, attorneys for the SEC have been out of the office for more than ten days, and are also scheduled to be out of the office the week of March 26, 2018 during the period for preparation of its reply. In addition, counsel for GenAudio are in trial in another matter during the time period the Court originally provided for them to prepare their response to the SEC's motion. Specifically, counsel for GenAudio have trial call in another matter scheduled for January 19, and that trial is expected to continue until around February 7. As a result, counsel for GenAudio would not be able to prepare a response to the SEC's summary judgment motion during the originally-set time period for the preparation of their opposition.

For the reasons set out above, the SEC and Defendants respectfully request that the dates for briefing on the motion for summary judgment be reset.

Dated: January 9, 2018                    Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker, LLP

By: s/ Michael P. McCloskey
Michael P. McCloskey, Esq.
Wilson Elser Moskowitz Edelman
 & Dicker, LLP
401 West A Street, Suite 1900
San Diego, CA 92101
(619) 321-6200
michael.mccloskey@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

1884886v.1

| | |
|---|---|
| Dated:  January 9, 2018 | Holmes, Taylor, Scott & Jones, LLP |
| | By:  s/ Andrew B. Holmes |
| | Andrew B. Holmes, Esq.<br>Holmes, Taylor, Scott & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>(213) 985-2265<br>abholmes@htsjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |
| Dated:  January 8, 2018 | Securities and Exchange Commission |
| | By:  s/ Leslie J. Hughes |
| | Leslie J. Hughes<br>Danielle R. Voorhees<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>(303) 844-1000<br>HughesLJ@sec.gov<br>VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018 a true and correct copy of the foregoing was served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Andrew B. Holmes<br>Holmes, Taylor, Scott & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Ph: (213) 985-2265<br>Email: abholmes@htsjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |

By:  s/ Michael P. McCloskey
 Michael P. McCloskey
 Wilson Elser Moskowitz Edelman
 & Dicker, LLP
 401 West A Street, Suite 1900
 San Diego, CA 92101
 (619) 321-6200
 (619) 321-6201 (fax)
 michael.mccloskey@wilsonelser.com
 *Attorneys for Defendant GenAudio, Inc.*