**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No.:  1:15-cv-02118-WJM-MLC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,


TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

---

**ORDER GRANTING EXTENSION OF TIME
IN CONNECTION WITH REVISED MOTION FOR SUMMARY JUDGMENT**

---

The Court has received the joint motion of Defendants Taj Jerry Mahabub and GenAudio Inc. ("Defendants") and the Plaintiff Securities and Exchange Commission ("SEC") requesting that the Court extend the dates set for the parties to submit briefs on a revised motion for summary judgment set forth in the Court's December 22, 2017 Order Denying Motion to Strike and Denying Motion fort Summary Judgment Without Prejudice (Dkt. No. 80).

The Court finds there is good cause to extend the deadlines because of conflicts with the schedules of the parties.

IT IS HEREBY ORDERED that the Motion is granted and the schedule for briefing on the SEC's revised motion for summary judgment set out in the Court's prior order (Dkt. No. 80) is revised as follows:

- On or before February 16, 2018,  the SEC may file its revised summary judgment motion of up to 60 pages;

- On or before March 16, 2018, the Defendants may each file a response up to 60 pages; and
- On or before April 6, 2018, the SEC may file a consolidated reply up to 40 pages.

Dated this ___ day of January, 2018.

BY THE COURT:

_____
William J. Martinez
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018 a true and correct copy of the foregoing was served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Andrew B. Holmes<br>Holmes, Taylor & Jones, LLP<br>617 South Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Ph: (213) 985-2265<br>Email: abholmes@htjlaw.com<br>*Attorneys for Defendant Taj Jerry Mahabub* |
| ~~Jeffrey G. Benz, Esq.~~<br>~~Benz Law~~<br>~~12021 Wilshire Blvd., Suite 256~~<br>~~Los Angeles, CA 90025~~<br>~~Ph.: (310) 570-2774~~<br>~~Email:~~ ~~jeffreybenz@gmail.com~~<br>*~~Attorney for Astound Holdings, Inc~~*~~.~~ |

By: s/ Michael P. McCloskey
Michael P. McCloskey
Wilson Elser Moskowitz Edelman
& Dicker, LLP
401 West A Street, Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
michael.mccloskey@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*