## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

  v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

      Defendants.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, effective immediately, counsel for Defendant, Taj Jerry Mahabub, has changed their firm name and email address for service of notices and documents in the above-captioned action. The physical address remains the same.

The updated firm name and contact information for Andrew B. Holmes will be as follows:

>**Andrew B. Holmes**
>**H**OLMES, **T**AYLOR, **S**COTT & **J**ONES **LLP**
>**The Oviatt Building**
>**617 South Olive Street, Suite 1200**
>**Los Angeles, CA 90014**
>**abholmes@htsjlaw.com**

Our office telephone and facsimile number, and physical address as set forth below will remain the same.

Dated:  January 9, 2018    By: /s/  Andrew B. Holmes
                                                    Andrew B. Holmes
                                                    HOLMES, TAYLOR, SCOTT & JONES LLP
                                                    The Oviatt Building
                                                    617 South Olive Street, Suite 1200
                                                    Los Angeles, CA 90014
                                                    Telephone:  (213) 985-2200
                                                    Facsimile:  (213) 973-6282
                                                    Email:  abholmes@htsjlaw.com
                                                    *Attorneys for Defendant Taj Jerry Mahabub*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018 a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>SECURITIES AND EXCHANGE COMMISSION<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff Securities and Exchange Commission* |
| Michael P. McCloskey<br>David J. Aveni<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 321-6200<br>(619) 321-6201 (fax)<br>michael.mccloskey@wilsonelser.com<br>david.aveni@wilsonelser.com<br>*Attorneys for Defendant GenAudio, Inc.* |

By: s/ Andrew B. Holmes
Andrew B. Holmes, Esq.
HOLMES, TAYLOR, SCOTT & JONES LLP
The Oviatt Building
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: (213) 985-2200
Facsimile: (213) 973-6282
Email: abholmes@htsjlaw.com
*Attorneys for Defendant Taj Jerry Mahabub*