# EXHIBIT 1


Case 1:15-cv-02118-WJM-SKC   Document 84-1   Filed 02/16/18   USDC Colorado   Page 2 of 3

# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

*that:*

*A diligent search has this day been made of the records and files of this Commission and the records and files do not disclose that any registration statements have been received in this Commission, under the name of GenAudio Inc, pursuant to the provisions of any of the Acts administered by the Commission.*

on file in this Commission

02/29/2016

*Date*

Mills, Larry
Digitally signed by Mills, Larry
DN: dc=GOV, dc=SEC, dc=AD, ou=Common, ou=Metro DC, ou=OSO, ou=Employee, cn=Mills, Larry, email=MillsL@SEC.GOV
Date: 2016.02.29 14:44:54 -05'00'

Larry Mills, Records & Information Management Specialist



It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, Records and Information Management Specialist, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Secretary

SEC 334 (12/15)



# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

*A diligent search has this day been made of the records and files of this Commission and the records and files do not disclose that any registration statements have been received in this Commission, under the name of Taj Jerry Mahabub, pursuant to the provisions of any of the Acts administered by the Commission.*

on file in this Commission

03/16/2017
Date

**Mills, Larry**
Digitally signed by Mills, Larry
DN: dc=GOV, dc=SEC, dc=AD, ou=Common, ou=Metro DC, ou=OSO, ou=Employee, cn=Mills, Larry, email=MillsL@SEC.GOV
Date: 2017.03.16 10:30:48 -04'00'

Larry Mills, Records & Information Management Specialist

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, **Records and Information Management Specialist**, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Secretary

SEC 334 (12/15)