# REDACTED

# EXHIBIT 7

**From:** Jerry Mahabub jerry@genaudioinc.com
**Subject:** re: Moving forward...
**Date:** October 2, 2009 at 7:30 AM
**To:** Paul Powers, Walt GenAudio, Greg Morgenstein
brent kaviar, Steve Bagwell, Jim Mattos, Gary Smith
Jim Devine, Elliot Mazer, Ted Cohen
MARK BOBAK, Paul Savio, Ian Esten
Bob Coover, Melissa Gonzales

GOVERNMENT EXHIBIT 2/5/16 57 TM D-03450

Hi from San Francisco!

Had two great meetings back to back...Shocked I made it through the day with zero sleep last night preparing the final set of demos for Apple (2.5 hour meeting with Apple followed by a 2 hour meeting with Investment Bankers). ==The new demos were well received today at Apple, and Phil Schiller was very impressed,== and the meeting with both Apple and the investment bankers went phenomenally well. ==Phil has requested that I put together two additional film title releases as an AB demo in addition to the "Bridge to Teribithia" demo==, which ROCKED by the way!  Greg and I worked all night, while simultaneously I worked with Ian on the final iPod app settings, and simultaneously with Walt on the OpenAL demo (working like a chicken with my head cutoff is what it felt like...but we nailed it!!!).

Vic and I are working on some other technical details for the integration over the next week. ==My confidence level is at 80% as of now that we will be doing a $weet deal with Apple (pending the big man's approval, and he is the final say, as it should be – he is the CEO and founder of Apple). I am supposed to meet with the big man in two to three weeks (depending on his schedule) for a one on one meeting – will be interesting to see what happens when the two of us put our heads together – As Phil Schiller stated today, "Sparks will be flying".==

Please read below my follow up email to the investment bankers I met with earlier.  They believe they can come up with a creative financing solution for us in the form of a debenture, and have us 3 to 4MM within 4 weeks.  I believe they can too, after meeting with their team at their office today in Burlingame, CA (in-between SF and Cupertino), so it worked out well to stop in right after the Apple meeting on the way back to SF from Cupertino.

Let's see who is smart enough at this stage in the game to cut the check.  Whether it's the DC or the west coast investors, I personally do not care, just "SHOW ME THE MONEY" (and I let the west coast bankers know that this will be on a first come first serve basis. Nothing wrong with a little cattle prod to their ass to get them moving.

On the theatrical side, our new Sr. VP Post Production and Greg have been instrumental in helping out with scheduling meetings and setup for the demos we have been and will be continuing to do.  We have a follow up meeting with Warner Brothers in the near future, and through Brent's contacts at New Line, we have a good chance at having the new "Nightmare on Elm Street" releasing in April 2010 in AstoundSurround and of course the two channel fold down for DVD and digital home theater distribution, AstoundStereo, as it will hold through the fold-down process.  It is on the DVD and home theater distribution side that Brent and I believe we will make our money, and theatrical will be mainly for intensive branding on the big screens world-wide.  We also have future meetings with other major film studios, and either Brent or I

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS                    JM002096

EXHIBIT 21
WITNESS Mattos
CONSISTING OF 4 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

will keep everyone updated with the progress we are making on this side of the coin.

I am having Greg work on a special two channel (stereo) mix for the new 3D demo for Apple and enable us to post this up on YouTube among other places for demo using the Anaglyph version of the video or potentially just using the conventional 2D version (left eye only). Either way, Greg has reassured me that he it will kick serious ass, and I plan on wrapping this up with him in the next 5 to 7 days. This will be in addition to the LTRT demo to show what we can do in Astound if we mix a special two channel version. Of course, this would most likely never fly on the dub stage because their workflow requires them to supply an LTRT from the 5.1 discrete mix, however, for larger budget film title releases, and as Astound starts to really make a BIG BANG, the director's and producer's just might want to do a special two channel mix if they have the budget to do it, so it never hurts to demo to the film industry all the different options they have in terms of enabling them with a strong market differentiator.

Also, because Craig (our patent counsel) went to school with me and is a good friend, I was able to convince him to pay for the international patent filings in Japan, China, and all of Europe (certainly a good thing before doing a deal with Apple) 1 day before we lost our rights to file internationally, so I MUST pay 30K to Dorsey and Whitney as well as NGAGE in the next few days (thanks to Jim Mattos, he has been able to continue reach out and help me to sell a portion of my personal shares to make this happen). Craig and I are working out a deal where Dorsey will offset the remainder balance we owe to them in exchange for my personal shares. Of course, this will be money the Company will owe to me, and I am willing to do this for the Company, and to ensure we do not lose Craig at such a critical time where he will be an incredible value add for the Apple deal as he is one of Apple's outsource patent attorney's and knows the legal staff at Apple that we will be dealing with very well). Craig has stated that there will be no problem with him getting a conflict of interest agreement...this is very good! :) Of course, when the time comes, I will bring on the legal team, that being Paul, Mark, Ben and Craig, to assist me with finalizing the deal with Apple.

Lastly, I am meeting with Wolfgang's Vault's CEO in a few hours, so I am heading back to sleep for another hour or two (been tossing and turning all night, so I figured I would write this little update and make my awake time worthwhile). I should have the high level terms completely worked out at the conclusion of the meeting with WV so you/Ben can pound out the actual agreement, then we can nitpick at the bioler plate, and should have a deal within 1 to two weeks hopefully and have our computer software product offering for Mac and PC blinging all over their web based portal as banner ads. After talking to him earlier today on my way down to Cupertino, I called Gary and instructed him accordingly with how to proceed on the development side of things. In a nutshell, I convinced them to allow the transaction processing to happen through Digital River, thus alleviating pressure on the dev teams shoulders. Recy (and potentially) Walt will have to work hard to quickly figure out the Snow Leopard compatibility issue I updated Gary with the timeline action items so he can manage over the dev side of things.

Time to make some money and thanks to all for hanging in there during such a tough time for the company. Of course, I will reward everyone that has stuck by my side 100% in the end game – and that is really what we are all working so hard for in the first place!

Let me know if any of you have any questions and have a wonderful weekend!

Best Wishes,

-Jerry

------ Forwarded Message
**From:** Jerry Mahabub <jerry@genaudioinc.com>
**Date:** Fri, 02 Oct 2009 05:14:02 -0700
**To:** Matthew Venturi
**Cc:** Renee Shaening, Joshua Garver, Richard Delaney
**Conversation:** Moving forward...
**Subject:** re: Moving forward...

Hello Matthew,

Thank you very much for taking time yesterday late afternoon to meet.

I have attached our conservative financial forecast (proformas) for you and your team to review (conservative with respect to our discussion yesterday). They do not take into consideration many other various potential future sources of revenue, such as Telecom, Medical, etc., and focus on "the lowest hanging fruit" in accordance with the near term goals and the strategic direction of GenAudio (entertainment industry verticals to be specific), and even for entertainment based revenue models, there are several other ways to monetize the technology via licensing and distribution. I believe that I may have an updated version of the proformas for you in the near future as well (have to discuss this with my financial team including my COO and VP finance, however, the attached version should offer a glimpse into how we plan on making money (and how we plan on spending money as well).

When you get a chance to come up for air after dealing with your family matters (very sorry about your brothers condition), let's have a follow up telecon (hopefully soon in Astound)! :) Next time I come to SF let's go out for some cocktails as well (as you suggested)!!!

I hope to have a long lasting business relationship with you, your team, and Richard.

I am very happy that all of you liked the Astound demos. After 21+ years of doing this and running the ship for the past 6+ years, I would hope to have come up with something that everyone in this world will enjoy for years to come (and yield a healthy ROI for GenAudio's shareholders of course)...After thinking about your question regarding where I feel the Company may have a weak link, I can honestly say that with my management team that I have hired, the only weak link that we have is the delay in completing our financing, so let's get that done on the fast track.

Let me know if you have any questions about anything via email or phone.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**          **JM002098**

Safe travels and have as good of a weekend as possible under the circumstances.

Best Wishes,

Jerry Mahabub, Chairman & CEO



GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

Office: 
Fax: 
Mobile: 
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com

------ End of Forwarded Message

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS          JM002099