REDACTED

# EXHIBIT 12

**To:**      Mike Elliott[█████████████████]
**From:**    Rosalinda1
**Sent:**    Wed 1/29/2014 4:29:11 PM
**Importance:**   **Normal**
**Subject:**   FW: New Offering PDF Lo-Res file attached...
GenAudio Common Stock Offering March 2009 email version[3].pdf

**From:** Jerry Mahabub [mailto:█████████████████]
**Sent:** Monday, March 30, 2009 8:56 PM
**To:** Jerry Mahabub
**Subject:** re: New Offering PDF Lo-Res file attached...


Dear Investor (and potential investors),

Attached to this email is our new common stock offering as a lo-res (small file size) pdf. A hard copy "hi-res" version of the PPM with all supporting documents can also be sent to you. Send your requests for a hard copy to Ms. Gonzales, Manager Corporate Communications, at melissa@genaudioinc.com or call (303)-865-8830 and press 0 "Zero", and one of our staff members will transfer you to her extension (or you will get her directly). The financial projections at the end of the PPM are a bit hard to read due to the file being lo-res. This is not the case for the print version of the PPM, however, the font size is rather small.

In addition to the update that Mr. Mattos, Manager of Support Services, recently sent, we have many other download sites that have picked up on Apple making us their "Featured Product" a little over a week ago.

Out of the thousands of downloads available on Apple's international web based portals (USA, France, Germany, China, Sweden, etc.), we are among the top 14 downloads as of two days ago (currently #10 of 14 of the "top downloads" from Apple's web based portals world-wide), and this explosive activity has caused a tremendous spike in other download portals as well (versiontracker.com, CNET, ZDNet, among many others). Best of all, it was FREE. The selection to be the featured product came from internal Apple staff and has nothing to do with any of our paid marketing programs or advertising. We could not ask for better marketing of our AstoundStereo product for Mac OS X at this time, especially with no expenses associated with the promotion from Apple.

There are several reviews, some of them in print publications, such as the March issue of Electronic Musician on page 22 talking about our product offerings, the Company, and myself. Many of them can be found online, such as the current PC version for Windows Media Player only – check out the following hyperlinks for a PC review and the

SEC-ELLIOTT-E-0002589

article that was published in the print version of electronic musician:

http://emusician.com/futuretech/soundfield-simulators-tech-page/index.html

http://mp3.about.com/od/audiotools/fr/Astound_Review.htm

Also, in the March issue of Electronic Musician, is our new print advertisement for the AstoundStereo Expander.  As a shareholder, and included in the next shareholder report, you will receive a license code to unlock the software.  One code will be for Mac, and the other for PC (so you will receive two codes).  The license is one code per computer, however, without us letting the general public know, you can use one license code for up to three computers.  If you decide to d-load the software for your computer, please be sure to read the system requirements on our consumer web based portal astoundstereo.com to ensure compatibility with your computer.  For Macs, you will need to be running Leopard (no Tiger version available at this time).  For PC, remember, it is only a Windows Media Player plug-in for the moment, however, come April 24, it will be a system wide level audio processor and will process any audio from any application, including playing DVD's on your computer with negligible latency between the audio and the video.

On the technical side of things, we have increased our development staff (see inside the PPM for organizational charts breaking down management and software development in two separate charts), and our future product offerings are expanding daily.  From the business development side, we have several large companies working with us for product integration (all are currently in the integration testing phase), to include Dell, Blackberry, Apple, among others.

You can also view our new Video Game trailer at the following hyperlink:

http://www.youtube.com/watch?v=u2qzx4V5BAw

Although we wanted to launch the actual first level of the game at the recent GDC (a few days ago), we decided to wait until E3, and tie up the PC and Mac versions of the first level of the game with the download of the AstoundStereo Expander software, thus driving the entire PC, Mac and XBOX360 game market share to our website as we are developing cross-platform for all three.  Our game trailer had everyone that saw it at GDC in San Francisco literally drooling and wanting to use our AstoundTools SDK (for game developers) in their upcoming games.  As we have always thought, and still continue to think, the video game industry is by far one of the best uses of our technology with its intensive real-time 3D graphics, and soon, real-time 4D audio solely from GenAudio. Anticipated revenues are by way of a per title license fee around 100K USD per title and a percent of distribution as a royalty (this is typical for audio engine toolkits in the gaming industry).

We believe that the Company is well on its way to all of us being very happy with

SEC-ELLIOTT-E-0002590

the return on investment in the future. Right now, we need to bridge the gap between now and self sustaining revenues, which I believe given our current state will occur within 6 months as long as we complete financing and continue forward with our current overall technology and business direction.

Having said that, the positive forward direction of the Company is about as good as it gets.  Let's keep it that way and get this common stock offering completed ASAP so as not to distract us from continuing with 100% efforts in technology, marketing and business development.

We are 30 days from completion of our new state of the art studio in Santa Monica, CA – where our Audio post production and mix engineering team reside. After a site visit last week, it is going to be amazing.  Russ Berger himself did the design, and with very specific specs in mind such that the studio can be used for mixing music, films, ads, TV shows, video games, etc., while also serving as a testing facility for our new product offerings.  We have revenue generating opportunities the second the studio is ready to mix in (thanks to our new Sr. VP Post Production, Greg Morgenstein and his contacts in the industry), and most of the equipment, including a new C300 SSL console, is ready to go once we can move it in upon completion of the final stages of the build out.  Let's make this happen quickly with the fast completion of the current offering attached to this email.

Thank you all for believing in the Company (many of you during stages of the Companies growth where no products were on the market and it was all development stage at that time) and your continued support.  With Apple rolling out the red carpet for us by making us the featured product (by their staff only – no influence from GenAudio other then our incredible software and technology), the new "out of the box" thinking for past, current and future marketing efforts (CES, MacWorld, Sundance Film festival, College Campuses, Facebook/Myspace/Twitter/etc. Widgets (currently being developed – should be ready by the time we launch the new PC version of the AstoundStereo Expander), Best Buy Mobile Entertainment at all the NASCAR races, E3 Expo for our Video Game, etc.), and continued rapid software and technology development, we feel very confident the "viral" or "buzz" effect has started, and will continue to grow exponentially from this point moving forward.

The bottom line - All of this leading to one common goal we ALL have, that being, to get rich off of our investment(s).

Lastly, don't be shy, if any of you would like to introduce friends or family that may be interested in investing at this stage in the companies growth, then please make the introduction and feel free to forward this email to them.  They must be accredited to invest under the current offering that is attached, and as well, so do any previous round shareholders.

You can also find out much information about the Company, the technology,

SEC-ELLIOTT-E-0002591

news and events, product offerings, etc, by going to one of our web based portals:

www.genaudioinc.com (recently revised and updated)
www.astoundstereo.com (recently revised and updated – This is where you can d-load the 30 day free trial for Mac or PC)

Please feel free to ask any of our management team any questions, including myself by calling our office during standard business hours (mountain time).  The best way to get in touch with myself is via email, however, please understand that I receive approximately 750 to 1000 emails per day right now (not including junk mail and not kidding), and have been traveling extensively on the business dev side, so it may take a few days before you see a response from me.

Best Wishes,

Jerry Mahabub, Chairman & CEO



GenAudio, Inc.

Office:
Fax:
Mobile:
email:
URL:   http://www.genaudioinc.com