# EXCERPTED

# EXHIBIT 20

## Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLORADO
 3
 4   SECURITIES AND EXCHANGE     )
 5   COMMISSION,                 )
 6       Plaintiff,              )
 7                               )
 8   VS.                         )NO. 1:15-cv-02118-WJM-CBS
 9                               )
10   TAJ JERRY MAHABUB, GENAUDIO,)
11   INC., and ASTOUND HOLDINGS, )
12   INC.,                       )
13       Defendants.             )
14
15   The Deposition of MICHAEL HAILEY
16   Taken at 1123 SW Yamhill Street,
17   Portland, Oregon
18   Commencing at 9:07 a.m.
19   Monday, January 23, 2017
20
21
22
23
24   Before Paula D. Tieger, RPR, Notary Public for Oregon
25   Pages 1 - 163
```

## Page 2

```
 1   APPEARANCES:
 2   LESLIE J. HENDRICKSON HUGHES
     United States Securities and Exchange Commission
 3   1961 Stout Street, Suite 1700
     Denver, Colorado 80294-1961
 4   303-844-1000
     hugheslf@sec.gov
 5     Appearing on Behalf of the Plaintiff.
 6   DAVID J. AVENI
     Wilson Elser, LLP
 7   655 West Broadway, Suite 900
     San Diego, California 92101
 8   619-321-6200
     david.aveni@wilsonelser.com
 9     Appearing on Behalf of GenAudio.
10   ANDREW B. HOLMES
     Holmes, Taylor & Jones, LLP
11   The Oviatt Building
12   617 South Olive Street, Suite 1200
13   Los Angeles, California 90014
14   213-985-2200
15   abholmes@htjlaw.com
16     Appearing on Behalf of Taj Jerry Mahabub.
17
18   E. CLAY MARQUEZ
19   O'Melveny & Myers, LLP
20   Two Embarcadero Center, 28th Floor
21   San Francisco, California 94111-3823
22   415-984-8700
23   emarquez@omm.com
24     Appearing on Behalf of Michael Hailey.
25
```

## Page 3

```
                    EXAMINATION INDEX
                                          Page
 Examination by Mr. Aveni                    6
 Examination by Mr. Holmes                 127
 Examination by Ms. Hughes                 131
 Further Examination by Mr. Holmes         158
                      EXHIBIT INDEX
 No.         Item                          Page
 Exhibit 23   10/19/09 email from
              J. Mahabub to V. Tiscareno,
              SEC-TiscarenoV-E-0000635-636,
              (previously marked)           72
 Exhibit 93   8/4/09 meeting invite,
              Demo with MH,
              347APL-00000046,
              (previously marked)           27
 Exhibit 95   8/12/09 meeting invite,
              AstoundSound demo,
              347APL-00000047,
              (previously marked)           31
 Exhibit 96   8/19/09 meeting invite,
              GenAudio demo (astound),
              347APL-00000051,
              (previously marked)           32
 Exhibit 98   8/20/09 email from
              V. Tiscareno to M. Hailey,
              SEC-TiscarenoV-E-0001639,
              (previously marked)           38
 Exhibit 101  9/16/09 email from J. Mahabub
              to M. Hailey, et al,
              SEC-TiscarenoV-E-0000534,
              (previously marked)           47
 Exhibit 104  10/8/09 email from V. Tiscareno
              to J. Mahabub,
              SEC-TiscarenoV-E-0000581,
              (previously marked)           62
 Exhibit 109  12/22/09 email from J. Mahabub
              to M. Hailey, et al,
              SEC-TiscarenoV-E-0000946-954,
              (previously marked)           83
```

## Page 4

```
 Exhibit 111  2/15/10 email from J. Mahabub
              to M. Hailey, et al, and other
              email,
              347APL-00000333-336,
              (previously marked)          103
 Exhibit 112  3/5/10 email to J. Mahabub,
              and other email,
              SEC-TiscarenoV-E-0001560-1561,
              (previously marked)          105
 Exhibit 113  3/23/10 email from J. Mahabub
              to V. Tiscareno, and other email,
              SEC-TiscarenoV-E-0001018-1020,
              (previously marked)          108
 Exhibit 161  10/23/09 email from J. Mahabub
              to V. Tiscareno, and other email,
              SEC-TiscarenoV-E-0000649-650,
              (previously marked)           75
 Exhibit 162  10/30/09 email from J. Mahabub
              to V. Tiscareno, et al, and
              other email,
              347APL-00000537-541,
              (previously marked)          147
 Exhibit 218  9/16/09 meeting invite,
              Pre-meeting, GenAudio,
              347-APL-00000048              44
 Exhibit 219  9/21/09 email from M. Hailey
              to J. Mahabub, et al, and other
              email,
              SEC-TiscarenoV-E-0000537-538   50
 Exhibit 220  9/30/09 email from J. Mahabub
              to V. Tiscareno,
              SEC-TiscarenoV-E-0000549-550   56
 Exhibit 221  10/1/09 meeting invite,
              Jerry, GenAudio,
              347APL-00000049                56
 Exhibit 222  10/8/09 email from V. Tiscareno
              to J. Mahabub,
              SEC-TiscarenoV-E-0001676       64
 Exhibit 223  10/11/09 email from J. Mahabub
              to V. Tiscareno,
              SEC-TiscarenoV-E-0000584-586   66
```

Page 5

| | |
|---|---|
| Exhibit 224 | 10/21/09 meeting invite, AstoundSound, 347APL-00000050 ... 75 |
| Exhibit 225 | 11/2/09 email from J. Mahabub to V. Tiscareno, and other email, SEC-TiscarenoV-E-0000715-717 ... 78 |
| Exhibit 226 | 11/19/09 email from J. Mahabub to V. Tiscareno, SEC-TiscarenoV-E-0000779 ... 81 |
| Exhibit 227 | 1/5/10 email from M. Hailey to J. Mahabub, et al, and other email, SEC-TiscarenoV-E-0000966-968 ... 99 |
| Exhibit 228 | 4/19/10 email from J. Mahabub to V. Tiscareno, and other email, SEC-TiscarenoV-E-0001077-1080 ... 110 |
| Exhibit 229 | 9/16/09 meeting invite, GenAudio, Jerry Mahabub, 347APL-00000044 ... 136 |
| Exhibit 230 | 1/5/10 email from M. Hailey to J. Mahabub, et al, and other email, SEC-TiscarenoV-E-0000957-958 ... 151 |
| Exhibit 231 | Nike badge photo of M. Hailey ... 158 |

(Attached hereto.)

Page 6

MICHAEL HAILEY
having first been sworn by the Notary Public to tell the truth, testified under oath as follows:

EXAMINATION
BY MR. AVENI:

Q   Good morning, Mr. Hailey. My name is David Aveni. I am attorney for GenAudio, Inc., in this case, and I appreciate you taking the time to be with us today.   09:08:13
    Have you ever had your deposition taken before? I know you gave some administrative testimony in this case. But putting that aside, any other depositions you've ever participated in?   09:08:24

A   No.

Q   All right. I'm sure your counsel has walked through with you how this process works, but let me just set out some of the ground rules again just -- for whatever reason, lawyers feel like we have to do this every single time. So, here   09:08:33
it is: You understand you're under oath under penalty of perjury. So, you've got to testify today just as if you were in a court of law before a judge. The only difference is, there   09:08:47

Page 7

is no judge present today.
    Do you understand that?

A   Yes.

Q   A court reporter, as you know, is here taking down everything we say. So, I understand in   09:08:59 normal human interactions that we shake our heads a lot, we say uh-huh, huh-uh; it's just not helpful to a court reporter. So, a few things we can do to make her day a lot easier; one is, try as best you can to give verbal   09:09:13 responses to my questions. To the extent that, you know, if we see you shaking your head, I'll remind you, or your counsel will. But just try to keep in mind a verbal response will help the court reporter.   09:09:30
    Another thing that we do all the time in day-to-day interactions is, we talk over each other, and that makes it very hard for the court reporter. So, if you could try to wait until my question is done, and I'll similarly try very   09:09:42 hard not to speak over you, interrupt you, and make it much easier for her, okay?

A   Yep.

Q   If, at any time, you don't understand a question I'm asking you, I want you to feel very free to   09:09:54

Page 8

ask me to clarify, okay? I'll try very hard to make my questions clear, but if you don't understand -- I want to make sure you understand the question. So, if, at any time, you need to clarify, just ask.   09:10:06
    And then I'll assume that, if you don't ask, that you understood my question; is that fair?

A   That's fair.

Q   Okay. At any time today, if you need a break,   09:10:12 please feel free to just let us know that. If you need to use the restroom, get a drink, just, you know, let your head clear for a second -- hopefully, it won't be painful, but at any time, if you need a break, please feel free to let us   09:10:27 know that. The only thing I ask is that we don't have any questions pending when we take a break.
    So, if you answer whatever question is pending, then we can take a break, okay?   09:10:36

A   Yes.

Q   And any reason you can't give your best testimony today?

A   No.

Q   Okay. Oh, and one other thing which may be   09:10:42

Page 89

1  demonstration that we could show, you know, to
2  all the stakeholders, build some consensus
3  around buy-in, understand how this relates to
4  other competitive solutions we're looking at,
5  and then proceed from there.          11:36:30
6  Q  Okay.  So, just looking at the different
7  portions of this email that I pointed out to
8  you, and throughout the whole email, is it fair
9  to say that Mr. Mahabub's expressing his
10  optimism that a deal with Apple was fairly    11:37:07
11  imminent; right?
12       MS. HUGHES:  Objection.
13  Q  BY MR. AVENI:  He's talking about, you know,
14  having IP specialists conduct a valuation.  He's
15  talking about looking at IP and legal rights   11:37:21
16  with regard to patents.
17     I mean, he seems to think that you're at
18  the stage where, you know, things are moving
19  very quickly toward a deal; is that fair?
20       MR. HOLMES:  I'll object to the extent   11:37:34
21  he's asking the witness to speculate as to
22  Mr. Mahabub's intentions.
23  Q  BY MR. AVENI:  I'm asking about your
24  understanding just based on the way you read the
25  email.                                11:37:42

Page 90

1       MS. HUGHES:  I think I'm going to join
2  in the objection, and I think it misstates
3  what's in the exhibit.
4       THE WITNESS:  Can you repeat the
5  question?                             11:37:54
6       THE REPORTER:  Yes.
7       (The reporter reads the question)
8       THE WITNESS:  What I understand in this
9  communication is that he is trying to accelerate
10  things faster than they're already going.   11:39:03
11       MR. AVENI:  Okay.
12       THE WITNESS:  That's what I understand.
13  Q  BY MR. AVENI:  So, by that, you mean he wants
14  things to progress to the stage of talking about
15  the terms of the deal?                11:39:16
16  A  That's what I would interpret this as.
17  Q  And so, do you view him as negotiating?
18  A  No.
19  Q  Trying to negotiate?
20  A  I don't see negotiation in this.     11:39:26
21  Q  Let me point you to a couple other things.  Look
22  at -- let's see here.  So, I think we're at 951.
23  If you look at the bottom of 951 and onto 952
24  through maybe about the middle of the page on
25  952, you will see that he's talking about what  11:39:50

Page 91

1  the potential price for a deal with GenAudio --
2  or a deal for GenAudio's technology might be.
3     Do you see that?
4  A  I see that.
5  Q  Okay.  So, you're talking about different    11:40:04
6  pricing terms?
7  A  Yep.
8  Q  Okay.  So, is it fair to say Jerry Mahabub's
9  trying to negotiate a potential transaction with
10  Apple?                              11:40:16
11  A  I don't think this is -- he's negotiating -- if
12  he is, he's negotiating with the wrong people.
13  I think he's just trying to get us past the
14  stage of, okay, I've shown you some demos and
15  what's the next step, what's the next step;   11:40:28
16  whereas, from our perspective, we were
17  definitely smack in the middle of an evaluation
18  stage.
19  Q  If you -- so, look at page 949, the same
20  paragraph I pointed you to before about IP/legal   11:40:47
21  staff looking at the patents.  If you look near
22  the bottom of that same paragraph, you will see
23  Mr. Mahabub writes --
24  A  Which page is this?  Sorry.
25  Q  I'm sorry.  It's on Bates label 949.     11:41:01

Page 92

1     Do you see the first full paragraph at the
2  top of the page, Speaking of which?
3  A  Yeah.
4  Q  Then look at the bottom of that paragraph, about
5  four lines up from the bottom of that paragraph.   11:41:13
6  Just waiting for the green light from the two of
7  you to move to the next level and who I talk to
8  about the business side.  And then he writes in
9  a parenthetical, Perhaps it is both of you,
10  question mark, close parens.          11:41:29
11     Do you see that?
12  A  I do see that.
13  Q  Do you recall any response from anybody at Apple
14  in response to that question?
15  A  I don't recall.                    11:41:37
16  Q  And you understand he's asking the Apple team,
17  who is it that I'm supposed to be talking to
18  about a potential business side.  Let me
19  rephrase that.
20     You understand he's writing there -- he's   11:41:48
21  asking, who is it I should be negotiating with
22  about a potential transaction with Apple; right?
23  A  After getting the green light to move to the
24  next level, yes.
25  Q  Yeah.                              11:42:04

```
                                                    Page 93                                                         Page 95
 1       He's asking, who is the right person for me        1     with Mr. Mahabub?
 2    to talk to on the business side; right?               2   A  I don't recall talking about that sentence.
 3  A  Yes.                                                 3   Q  Okay.  Did you ever talk about it with
 4  Q  Okay.  Do you know whether anybody at Apple          4     Mr. Tiscareno?
 5    responded to that question?         11:42:14          5   A  No.                                 11:45:07
 6  A  I don't know.                                        6   Q  Is that accurate, as far as you know?
 7  Q  You don't recall anybody ever saying to              7   A  Is what accurate?
 8    Mr. Mahabub, we're not the right people to talk       8   Q  That -- I'm sorry, that phrase I read:  Vic and
 9    to, you've got to negotiate with these other          9     I have worked very hard to get the technology
10    people?                               11:42:26       10     into a state that is, for the most part, ready  11:45:19
11       You don't recall anything like that?              11     to integrate with minimal code/dev efforts?
12  A  I'm sure that was communicated to him.              12        MS. HUGHES:  Objection, lack of
13  Q  Okay.  What do you recall about that?               13     foundation.
14  A  Just that we made it clear that we were not the     14        THE WITNESS:  That's beyond my purview.
15    ones who were going to handle the business side 11:42:34  15    MR. AVENI:  Okay.                 11:45:30
16    of that.                                             16   Q  BY MR. AVENI:  So, you don't have a view one way
17  Q  Okay.  So, when you say "we," who would have        17     or the other on that?
18    communicated that to Mr. Mahabub?                    18   A  Right.
19  A  Victor or I.                                        19   Q  Okay.  Fair enough.
20  Q  Do you remember?                     11:42:42       20        Okay.  If you look at the paragraph at the  11:45:34
21  A  I don't.                                            21     bottom of 953, it starts, Although we were able
22  Q  Do you remember a conversation where that took      22     to get expander to work.
23    place?                                               23        Do you see that?
24  A  I don't remember a specific conversation, but I     24   A  I see that.
25    know that this was a topic of conversation. 11:42:49 25   Q  Okay.  If you look down five lines -- well, 11:46:07

                                                    Page 94                                                         Page 96
 1  Q  Okay.  So, who participated in the conversation?    1     let's go four lines, the sentence that starts,
 2  A  I don't recall.                                     2     Then.
 3  Q  Do you remember the timing of the conversation?     3        Do you see that?
 4  A  I don't recall.                                     4   A  I see that.
 5  Q  Okay.  Do you remember what was said during the 11:42:58 5 Q Then we could have everything ready for    11:46:23
 6    conversation?                                        6     integration and testing concurrently, which
 7  A  Just the same general effect that I just            7     seems to be the direction Apple wants to go in
 8    mentioned to you, which was that this is not --      8     from a product rollout perspective, dot, dot,
 9    the phase that we're in is the evaluation phase.     9     dot, what are your thoughts on this.
10    After that, then we progress to the next step if 11:43:11 10    Do you know if anybody at Apple responded  11:46:36
11    everybody gives a thumbs-up.                        11     to Mr. Mahabub on that in regard to his
12  Q  Okay.  If you take a look at 953, the top          12     question?
13    paragraph, three lines from the bottom, see         13   A  I don't recall.
14    where he says, Vic and I worked very hard.          14   Q  Okay.  Do you know why Mr. Mahabub had the
15       Do you see that?             11:44:25            15     understanding he reflects there in terms of the 11:46:52
16  A  953?                                               16     direction Apple wants to go in?
17  Q  Yep.  Right here (ind), if you look at my page.    17        MS. HUGHES:  Objection, lack of
18  A  Yes.  Okay.                                        18     foundation.
19  Q  He says, Vic and I have worked very hard to get    19        THE WITNESS:  I would only be
20    the technology into a state that is, for the  11:44:38 20    speculating.                          11:47:11
21    most part, ready to integrate with minimal          21        MR. AVENI:  Okay.  That's fine.
22    code/dev efforts.                                   22   Q  BY MR. AVENI:  Then if you look on the second
23       Do you see that?                                 23     page of this whole document, it looks like you
24  A  I see that.                                        24     respond; is that right?
25  Q  Okay.  Did you ever talk about that sentence 11:44:47 25 A  Yes.                               11:47:28
```

## Page 97

```
 1  Q  Okay. You say, Hi, Jerry. Thanks for the
 2     dissertation. And apologies for the delay in
 3     responding. And then you have a paragraph after
 4     that.
 5  A  Okay.                              11:47:53
 6  Q  So, then you say there at the bottom of that
 7     paragraph, The business side of things would
 8     come into play after we had the exec buy-in on
 9     the product side.
10        Do you see that?                11:48:01
11  A  That's right.
12  Q  So, earlier when I was asking you about what you
13     may have told Mr. Mahabub in response to these
14     kind of optimistic emails he was sending, you
15     mentioned that, at one point, I think you may   11:48:12
16     have said to him -- and I'm paraphrasing, but
17     tell me if I get this wrong. Effectively, you
18     told Mr. Mahabub, we're in the evaluation stage,
19     and then there is going to be the -- I think you
20     phrased it as the business stage.  11:48:26
21        Is this email the response that you were
22     thinking of?
23  A  It's not the response I was thinking of because
24     I didn't have a specific recollection, but it's
25     consistent with, you know, my thought process or  11:48:44
```

## Page 98

```
 1     my recollection.
 2        And I also believe that I had a similar --
 3     said a similar thing to him in person.
 4  Q  Okay. Do you recall any specifics of that
 5     conversation, though?               11:49:02
 6  A  No.
 7  Q  And do you recall the timing of it?
 8  A  No.
 9  Q  Okay. Do you recall how Mr. Mahabub responded?
10  A  I don't.                           11:49:11
11  Q  Okay. If you look at page 1 of this email, you
12     see that Mr. Mahabub then responded to your
13     comment.
14        Do you recall his email response on page 1?
15  A  Not specifically.                  11:49:31
16  Q  Okay. That's fine. If you look about halfway
17     down the page, Mr. Mahabub writes, If you have
18     any idea.
19        Do you see that paragraph?
20  A  I see that.                        11:49:41
21  Q  It says, If you have any idea as to when the
22     exec buy-in might take place, that would help me
23     out (a ballpark figure such as within 90 days,
24     within 180 days, within the year, et cetera).
25        Do you see that?                 11:49:56
```

## Page 99

```
 1  A  I do see that.
 2  Q  Do you recall if you responded to that question
 3     from Mr. Mahabub?
 4  A  I don't recall.
 5  Q  Do you know if anybody else responded?  11:50:10
 6  A  I don't know.
 7  Q  Okay. You can put that aside.
 8        MR. AVENI: Are we on 227?
 9        THE REPORTER: We are, yes.
10        (Exhibit No. 227 was marked)      11:50:53
11  Q  BY MR. AVENI: So, Exhibit 227 is an email chain
12     among yourself, Mr. Mahabub, and Mr. Tiscareno
13     from January 2010. Take as much time as you
14     need to look through it.
15        My question is whether you recognize this  11:51:19
16     document.
17        (The witness reviews the document)
18        THE WITNESS: It does look like an
19     email that I could have sent.
20  Q  BY MR. AVENI: Do you recall the email?  11:51:26
21  A  Not specifically.
22  Q  Okay. If you look at page 2, you will see an
23     email that Mr. Mahabub writes to you and then to
24     Ron.
25        Is that Ron Isaac, as best as you can tell?  11:51:51
```

## Page 100

```
 1  A  As best I can tell.
 2  Q  Okay. And then, Vic Tiscareno; right?
 3  A  Yes.
 4  Q  Okay. And then he writes, right below that,
 5     With MacWorld coming up -- I am going to skip  11:52:07
 6     over the parenthetical; you're welcome to read
 7     it. With MacWorld coming up, will this cause
 8     more of a delay moving forward.
 9        Do you see that?
10  A  I see that.                        11:52:16
11  Q  Then he writes, I don't mind. So, please do not
12     think I am frustrated with delays; rather,
13     trying to figure out if, in the next month, we
14     will be cooling our heels until after MacWorld
15     with Apple so I can enable my senior management  11:52:31
16     staff to move forward in the right direction and
17     direct our software development efforts with
18     more specific near-term tasks.
19        And then, if you look at the next
20     paragraph, about halfway down, there is another  11:52:52
21     sentence, he starts, Essentially.
22        Do you see that?
23  A  Yes.
24  Q  He says, Essentially, if you need us to be
25     working on anything during the month of January  11:53:01
```

Page 149

1  Q  So, at the bottom of the first full paragraph
2     that starts with, Speaking of which, I'm reading
3     the last -- or the second-to-the-last sentence.
4     Just waiting for the green light from the two of
5     you to move to the next level and who I talk to        02:04:20
6     about the business side. Perhaps it's both of
7     you.
8         So, Mr. Aveni asked if you responded to
9     that question, and I'm wondering if your
10    response isn't on the second page of this              02:04:36
11    Exhibit 109.
12 A  I believe it is, with the sentence starting, The
13    business side of things would come into play
14    after we have exec buy-in on the product side.
15 Q  Did you understand in this letter that              02:05:00
16    Mr. Mahabub was wanting to negotiate with you as
17    an individual for Apple to acquire either a
18    license or GenAudio's business?
19 A  No, I did not understand that.
20 Q  Did you ever receive from Mr. Mahabub a term       02:05:25
21    sheet for Apple to acquire GenAudio?
22 A  No.
23 Q  Did you ever receive a draft of a letter of
24    intent what the terms might be?
25 A  No.                                                 02:05:38

Page 150

1  Q  Did you ever receive a draft contract between
2     GenAudio and Apple?
3  A  No.
4  Q  Did you ever talk to him about what the
5     potential price for a license per unit per         02:05:49
6     product would be?
7  A  Not specifically, no.
8  Q  Did you ever ask to review GenAudio's patents?
9  A  I never did.
10 Q  Did you ever refer GenAudio to Apple's legal       02:06:19
11    team to prepare a term sheet letter of intent or
12    draft contract?
13 A  No.
14 Q  And when you responded to Mr. Mahabub, which
15    we -- you saw that email on the second page of    02:06:54
16    Exhibit 109, he then wrote back to you; correct?
17        Is that on the first page?
18 A  Correct.
19 Q  And in the second paragraph, does he say, quote,
20    "Nothing frustrating on the timing. I              02:07:12
21    completely understand the big company approach
22    and have been a senior manager for a couple of
23    large companies in my past, been on both sides
24    of the fence. I'm shocked things have moved as
25    fast as they have with Apple, to be honest."       02:07:28

Page 151

1     Did I read that correctly?
2  A  Yes.
3  Q  Did you take it from this response that he
4     understood what you had said in your email on
5     December 16th, 2009?                               02:07:38
6         MR. AVENI: Objection, calls for
7     speculation.
8         MR. HOLMES: Join.
9         THE WITNESS: The way I read that was
10    that he understood the process that we were on    02:07:54
11    and the steps we needed to go through and the
12    duration that it would take.
13        MR. HOLMES: Can we take a two-minute
14    break?
15        MS. HUGHES: Sure. We'll go off the            02:08:11
16    record.
17    (Recess held from 2:08-2:13)
18        MS. HUGHES: All right. I'll ask the
19    court reporter to mark Exhibit 230.
20        (Exhibit No. 230 was marked)                  02:14:14
21 Q  BY MS. HUGHES: Mr. Hailey, do you recognize
22    what Exhibit 230 is?
23 A  I do.
24 Q  What is it?
25 A  It looks like an email that I replied to Jerry    02:14:23

Page 152

1     and copied Victor on it.
2  Q  All right. So, in this email, did you advise
3     Mr. Mahabub that Apple was not going to
4     participate in MacWorld in 2010?
5  A  Yes.                                               02:14:42
6  Q  And then, did you advise him that the time frame
7     for you to evaluate audio quality across the
8     board will definitely take more than a couple of
9     months?
10 A  Yes.                                               02:14:57
11 Q  Did you talk with Mr. Mahabub in this time
12    frame, January of 2010, about Apple acquiring
13    GenAudio's technology so it would be ready to
14    use in products at the WWDC?
15 A  I did not.                                         02:15:15
16 Q  Did you ever talk with him about acquiring
17    GenAudio's products to use in the WWDC?
18 A  No.
19 Q  Did you ever talk with him about acquiring
20    GenAudio's products so they would be available    02:15:29
21    for a Christmas rollout?
22 A  I did not.
23 Q  Now, I'd have you look back at Exhibit 227.
24    This is an email dated January 5th, 2010 from
25    you to Mr. Mahabub, copying Mr. Tiscareno.         02:15:52

[1/23/2017 9:00 AM] Hailey, Michael 1-23-17                     Pages 149 - 152

Page 153

1  In this email, you're responding to
2  Mr. Mahabub's email; correct?
3  A  Yes.
4  Q  Mr. Mahabub states something -- Yes, I remember
5  the announcement. I figured since the big man         02:16:14
6  was back in action, perhaps that might change
7  the verdict.
8      Do you know what he was referring to there?
9  A  I can only guess what he was referring to there.
10 Q  Okay. Had Mr. Jobs had health problems?            02:16:29
11 A  Yes.
12 Q  Were you aware, while you worked at Apple, that
13 Mr. Jobs had pancreatic cancer?
14 A  Yes.
15 Q  And that he had been missing for some time         02:16:39
16 because of having a liver transplant?
17 A  Yes.
18 Q  Do you know if, around this time, early January
19 of 2010, Mr. Jobs had returned to working at
20 Apple?                                                02:16:54
21 A  I don't remember the exact timeline.
22 Q  Okay. Now I'd ask you to look at Exhibit 111.
23 This is a February 15th, 2010 email. On the
24 second page of this email, Mr. Mahabub writes to
25 you and Victor Tiscareno and says, quote, "Great      02:18:02

Page 154

1  to see you both yesterday again and much
2  appreciated you disclosing to me the more
3  realistic timeline. This will help me to
4  determine the forward direction of GenAudio over
5  the next three to six months."                       02:18:17
6      Do you recall whether -- at that meeting
7  with Mr. Mahabub on or about February 11th,
8  2010, did Mr. Schiller participate in that
9  meeting?
10 A  He did not.                                        02:18:33
11 Q  Did you or Mr. Tiscareno say during that meeting
12 that it looks like a Christmas rollout is the
13 new target for the Astound release in Apple's
14 products?
15 A  I don't remember that.                             02:18:56
16 Q  Did you ever say that to Mr. Mahabub?
17 A  No.
18 Q  Were you ever in a meeting when Phil Schiller
19 said to Mr. Mahabub, quote, "As I told you in
20 the beginning, Jerry, all or nothing," end of         02:19:10
21 quote? And then Mr. Mahabub replied, quote,
22 "Great. The more products you integrate into,
23 the more money my company makes. So, we have no
24 issues with being patient while you figure
25 things out with your team," end of quote.             02:19:25

Page 155

1  A  What was the question?
2  Q  Do you remember Mr. Mahabub responding to
3  that --
4  A  No.
5  Q  -- that way?                                       02:19:33
6      During this meeting in February of 2010,
7  did you request a copy of Mr. -- the -- strike
8  that.
9      During this meeting in February of 2010,
10 did you request a copy of a valuation report          02:19:48
11 from GenAudio?
12 A  I did not.
13 Q  Did you ever state to Mr. Mahabub, in February
14 of 2010, that the licensing route is the way
15 that Apple will go?                                   02:20:05
16 A  I did not.
17 Q  So, in February of 2010, had your
18 responsibilities in evaluating GenAudio's
19 technology changed at all?
20 A  No.                                                02:20:32
21 Q  Had you acquired more responsibility to
22 negotiate deals to acquire software technology
23 for Apple?
24 A  No.
25 Q  As of February of 2010, had Mr. Mahabub produced   02:20:41

Page 156

1  to you a good, concise demonstration for you to
2  use in a presentation to people at Apple?
3      MR. HOLMES: Objection, vague as to
4  good and concise.
5      MR. AVENI: Join.                                  02:21:00
6      THE WITNESS: Not quite yet, since we
7  continued to have him provide us with updated
8  files.
9  Q  BY MS. HUGHES: In February of 2010, did you
10 advise Mr. Mahabub that the executives had            02:21:10
11 bought in on the concept of using GenAudio's
12 technology?
13 A  I did not.
14 Q  Leading up to the meeting with Greg Joswiak in
15 May of 2010, did you tell Mr. Mahabub that you        02:21:41
16 were going to make that presentation to an
17 executive at Apple?
18 A  I don't recall specifically saying that, but
19 I -- that would be consistent with helping get
20 prepared for it.                                      02:21:59
21 Q  Did you ever tell Mr. Mahabub that the executive
22 was Mr. Joswiak?
23 A  I don't recall specifically.
24 Q  In your correspondence with Mr. Mahabub, did you
25 ever receive copies of emails that he also sent       02:22:26

Page 161

1  further questions either. Thank you very much.
2      MR. AVENI: I have no further
3  questions. Thank you again for your time.
4      THE WITNESS: All right.
5      MR. MARQUEZ: We would just request, on    02:34:33
6  the record on behalf of the witness, that we get
7  a chance to review the final transcript once
8  ready and provide errata as appropriate.
9      MR. HOLMES: This was your depo. So,
10 you --                      02:34:45
11     MR. AVENI: Yeah. Let's go off the
12 record for a second.
13    (A discussion was held off the record)
14     MR. AVENI: Back on the record.
15 So, we've agreed to use the same    02:35:06
16 stipulation we used with regard to the Ron Isaac
17 deposition, which is that the transcript will
18 come to me. I will then forward it to the
19 witness' counsel, and he'll have 30 days to
20 review the transcript and provide any errata    02:35:23
21 back.
22 So stipulated?
23     MS. HUGHES: Yes.
24     MR. HOLMES: So stipulated.
25     MR. AVENI: We're off the record.    02:35:30

Page 162

1      (DEPOSITION ADJOURNED AT 2:35 P.M.)
2      (Signature reserved)
3
4
5
6
7
8    I, Michael Hailey, do hereby declare under
9  penalty of perjury under the laws that the forgoing
10 transcript is true and correct.
11   EXECUTED this ____ day of _____ 2016,
12 at_____.
13     (City)      (State)
14
15
16   _____
17    Michael Hailey
18
19
20
21
22
23
24    ///
25    ///

Page 163

1              CERTIFICATE
2    I, Paula D. Tieger, a Registered Professional Reporter
3  and Notary Public for the State of Oregon, hereby certify
4  that said witness personally appeared before me at the
5  time and place set forth in the caption hereof; that at
6  said time and place I reported in stenotype all testimony
7  adduced and other oral proceedings had in the foregoing
8  matter; that thereafter my notes were transcribed through
9  computer-aided transcription, under my direction; and
10 that the foregoing pages constitute a full, true and
11 accurate record of all such testimony adduced and oral
12 proceedings had, and of the whole thereof.
13   Witness my hand at Portland, Oregon, this 7th day of
14 February, 2017.
15
16
17           <%signature%>
18           Paula D. Tieger, RPR 49286
19           Expires 9/30/19
20           Notary Public 957195
21           Expires 12/8/20

[1/23/2017 9:00 AM] Hailey, Michael 1-23-17                    Pages 161 - 163