**EXCERPTED**

**REDACTED**

# EXHIBIT 21

## (CLEAN COPY AND DEP. EX. 204)

**[SEC-CREATED CLEAN COPY OF EXCERPTS OF DEP. EX. 204]**

To:  Gary Smith; Paul Powers; Jim Devine; Jim Mattos; Steve Bagwell; Greg Morgenstein; Stephan Bernsee; Recy A Pilloud; Ian Esten; Bob Coover; psavio[]; Walt GenAudio [**EMAIL ADDRESSES OMITTED**]
From: Jerry Mahabub
Sent: Mon 8/10/2009 5:15:02 AM
Subject: FW: rev. 3 updated UI...

Hi,

As usual, Walt and I will be attached at the hip for the next few days as we finalize rev. 3 of the demo for Apple.

On the DSP side, if possible, these are the issues that need to be taken care of:

Victor and I have put together a testing spec.  I will work with Ian and Paul Savio on this
in SF Monday evening.  It is a very simplistic test spec and should take us no more then a few
hours to complete.

Stephan/Ian/Bob – Need to know if we will have the reduced filter set fully functional for
testing by Monday evening (yes, this coming Monday as in tomorrow)?

Potential to merge two DSP processing segments in to one (HRTF Notch Filtering and the
Filters themselves).  Where are we with this?  I would imagine this is the next natural step
upon resolution of the reduced filter set.  Ian has already taken a stab at this, however, I am not
sure if the filters he used are correct given my most recent settings as of early this morning.

Other optimizations we will discuss while I am in SF.

Walt will be coming back to SF with me to work with Ian, Bob and Stephan.  Our timeline is intense
(the way I like it).

This is the demo version that will undergo serious analysis by Apple and their DSP staff. Overall I am happy with my new settings for "less" both headphone and speaker, however, I need to work on the new settings for "more" headphone and speaker today and tonight to get these on the nose in accordance with the spec that Vic and I came up with. This is the final stretch before I enter into high level license negotiation with Apple – The part where I have a 100% track record for closing over 270 license deals in my past, so we just need to get there, and we are very VERY close to that happening.

Exciting times no doubt.

Email with any questions.

Best Wishes,

Jerry Mahabub, Chairman & CEO

GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

[CONTACT INFORMATION OMITTED]

------ Forwarded Message
From: Jerry Mahabub
Date: Sun, 09 Aug 2009 13:45:02 -0700
To: Victor Tiscareno
Conversation: rev. 3 updated UI...
Subject: re: rev. 3 updated UI...

Hi Vic,

Attached are screenshots of the new UI.

Five new major things:

We have added in most of the Current Apple EQ palette selections for a fair comparison of our bass boost versus Apple's current one, as well as most of the preselects currently on the device. It is interesting that they really do not do much at all for the most part when listening to music, however, when we splash white noise through it, the difference is quite audible...People do not listen to white noise (with the exception of people like you and I who have to for testing purposes). Indeed, the Current EQ method is definitely broken as far as doing anything constructive for music. SpatialEQ resolves this issue quite nicely.

We have implemented the new Tilt EQ slider, where you can simply double tap the slider and it will "snap to zero".

We have streamlined the UI with a large selection of songs from just about every Genre (new, old, top sellers on ITMS, etc.). All of the audio has been downloaded from the ITMS so there are no native 44.1/16 bit songs ripped from a CD.

New audio playback controls. We have added in the "shake" function for randomly selecting a song from the playlist. Shake the player, and it will select a different song from any of the songs loaded on the device and immediately begin playing back the randomly selected song.

New Presets for "less" and "more". Less has been made to be a level match by ear, and I will be providing you with white noise splash analysis results (test tones included in the playlist so you can verify our results) when I see you on Tuesday morning.

We are still working on making fine tune adjustments to the "more" setting, however, we have kept our focus on the "Less Setting" in accordance with the spec we have discussed and testing and analysis strategy we have both determined to be the right pathway for alleviating any "smoke and mirror" concerns with our demo.

See you in a couple of days. I would like to spend at least 30 minutes to an hour with you if possible going over the new app prior to meeting with the Sr. VP Marketing, Philip Schiller, and other Sr. VP staff (please let me know). Can I deliver the new device to you by 10:30am in Cupertino, or is this too late? I believe the preliminary meeting with Sr. VP staff is at noon (from our discussion), however, you were going to verify the time. Just let me know - I can show up at anytime, however, I will be coming in from San Francisco on Tuesday morning, so trying to avoid the traffic madness.

I hope you are enjoying the rest of your weekend and look forward to moving on to the next steps with you.

Best Wishes,

-Jerry
------ End of Forwarded Message

**[DUPLICATE EMAILS AND ADDITIONAL CODE OMITTED]**

**To:** Gary Smith[gary@genaudioinc.com]; Paul Powers[ppowers@genaudioinc.com]; Jim Devine[jdevine@genaudioinc.com]; Jim Mattos[jim@genaudioinc.com]; Steve Bagwell[sbagwell@genaudioinc.com]; Greg Morgenstein[gregjm@mac.com]; Stephan Bernsee[smb@dspdimension.com]; Recy A Pilloud[recy@genaudioinc.com]; Ian Esten[iesten@genaudioinc.com]; Bob Coover[bcoover@genaudioinc.com]; psavio@genaudioinc.com[psavio@genaudioinc.com]; Walt GenAudio[walt@genaudioinc.com]
**From:** Jerry Mahabub
**Sent:** Mon 8/10/2009 5:15:02 AM
**Subject:** FW: rev. 3 updated UI...

>This message is in MIME format. Since your mail reader does not understand this format, some or all of this message may not be legible.

--B_3363326825_117679
Content-type: multipart/alternative;
boundary\="B_3363326825_103213"

--B_3363326825_103213
Content-type: text/plain;
charset\="US-ASCII"
Content-transfer-encoding: 7bit

<HTML>
<HEAD>
<TITLE>FW: rev. 3 updated UI...</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Hi,<BR>
<BR>
As usual, Walt and I will be attached at the hip for the next few days as we finalize rev. 3 of the demo for Apple.<BR>
<BR>
On the DSP side, if possible, these are the issues that need to be taken care of:<BR>
<BR>
</SPAN></FONT><OL><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Victor and I have put together a testing spec.  I will work with Ian and Paul Savio on this in SF Monday evening.  It is a very simplistic test spec and should take us no more then a few hours to complete.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Stephan/Ian/Bob – Need to know if we will have the reduced filter set fully functional for testing by Monday evening (yes, this coming Monday as in tomorrow)?
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Potential to merge two DSP processing segments in to one (HRTF Notch Filtering and the Filters themselves).  Where are we with this?  I would imagine this is the next natural step upon resolution of the reduced filter set.  Ian has already taken a stab at this, however, I am not sure if the filters he used are correct given my most recent settings as of early this morning.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Other optimizations we will discuss while I am in SF.<BR>
</SPAN></FONT></OL><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'><BR>
Walt will be coming back to SF with me to work with Ian, Bob and Stephan.  Our timeline is intense (the way I like it).<BR>

EXHIBIT 204 PLTF. DEFT.
WITNESS Mahabub
CONSISTING OF 78 PAGES
DATE 1/19/17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

<BR>
This is the demo version that will undergo serious analysis by Apple and their DSP staff.  Overall I am happy with my new settings for “less” both headphone and speaker, however, I need to work on the new settings for “more” headphone and speaker today and tonight to get these on the nose in accordance with the spec that Vic and I came up with.  This is the final stretch before I enter into high level license negotiation with Apple – The part where I have a 100% track record for closing over 270 license deals in my past, so we just need to get there, and we are very VERY close to that happening.<BR>
<BR>
Exciting times no doubt.<BR>
<BR>
Email with any questions.<BR>
</SPAN><SPAN STYLE='font-size:11pt'><BR>
</SPAN><SPAN STYLE='font-size:12pt'>Best Wishes,<BR>
<BR>
Jerry Mahabub, Chairman & CEO<BR>
<BR>
<IMG src="cid:3332672102_31671515" ><BR>
<BR>
GenAudio, Inc.<BR>
12999 E. Adam Aircraft Circle, Ste. 200<BR>
Englewood, CO<BR>
80112<BR>
<BR>
Office:  303.865.8830<BR>
Fax:  303.865.8834<BR>
Mobile:  720.938.2648<BR>
email:  <a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a><BR>
URL:  <a href="http://www.genaudioinc.com">http://www.genaudioinc.com</a><BR>
</SPAN><SPAN STYLE='font-size:10.5pt'><BR>
  <BR>
<BR>
<BR>
------ Forwarded Message<BR>
<B>From: </B>Jerry Mahabub<BR>
<B>Date: </B>Sun, 09 Aug 2009 13:45:02 -0700<BR>
<B>To: </B>Victor Tiscareno<BR>
<B>Conversation: </B>rev. 3 updated UI...<BR>
<B>Subject: </B>re: rev. 3 updated UI...<BR>
<BR>
Hi Vic,<BR>
<BR>
Attached are screenshots of the new UI.<BR>
<BR>
Five new major things:<BR>
<BR>
</SPAN></FONT><OL><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:10.5pt'>We have added in most of the Current Apple EQ palette selections for a fair comparison of our bass boost versus Apple’s current one, as well as most of the preselects currently on the device.  It is interesting that they really do not do much at all for the most part when listening to music, however, when we splash white noise through it, the difference is quite audible...People do not listen to white noise (with the exception of people like you and I who have to for testing purposes).  Indeed, the Current EQ method is definitely broken as far as doing anything constructive for music.  SpatialEQ resolves this issue quite nicely.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-

size:10.5pt'>We have implemented the new Tilt EQ slider, where you can simply double tap the slider and it will “snap to zero”.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:10.5pt'>We have streamlined the UI with a large selection of songs from just about every Genre (new, old, top sellers on ITMS, etc.).  All of the audio has been downloaded from the ITMS so there are no native 44.1/16 bit songs ripped from a CD.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:10.5pt'>New audio playback controls.  We have added in the “shake” function for randomly selecting a song from the playlist.  Shake the player, and it will select a different song from any of the songs loaded on the device and immediately begin playing back the randomly selected song.
</SPAN></FONT><LI><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:10.5pt'>New Presets for “less” and “more”.  Less has been made to be a level match by ear, and I will be providing you with white noise splash analysis results (test tones included in the playlist so you can verify our results) when I see you on Tuesday morning.<BR>
</SPAN></FONT></OL><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:10.5pt'><BR>
We are still working on making fine tune adjustments to the “more” setting, however, we have kept our focus on the “Less Setting” in accordance with the spec we have discussed and testing and analysis strategy we have both determined to be the right pathway for alleviating any “smoke and mirror” concerns with our demo.<BR>
<BR>
See you in a couple of days.  I would like to spend at least 30 minutes to an hour with you if possible going over the new app prior to meeting with the Sr. VP Marketing, Philip Schiller, and other Sr. VP staff (please let me know).  Can I deliver the new device to you by 10:30am in Cupertino, or is this too late?  I believe the preliminary meeting with Sr. VP staff is at noon (from our discussion), however, you were going to verify the time.  Just let me know - I can show up at anytime, however, I will be coming in from San Francisco on Tuesday morning, so trying to avoid the traffic madness.<BR>
<BR>
I hope you are enjoying the rest of your weekend and look forward to moving on to the next steps with you.<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry<BR>
------ End of Forwarded Message<BR>
</SPAN></FONT>
</BODY>
</HTML>

--B_3363326825_103213
Content-type: text/html;
charset\="US-ASCII"
Content-transfer-encoding: quoted-printable

<HTML>
<HEAD>
<TITLE>FW: rev. 3 updated UI...</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Hi,<BR>
<BR>