**EXCERPTED**

**REDACTED**

# EXHIBIT 23

## (CLEAN COPY AND DEP. EX. 206)

**[SEC-CREATED CLEAN COPY OF EXCERPTS OF DEP. EX. 206]**

To: Powers; Paul B. (Legal); [**EMAIL ADDRESSES OMITTED**]
From: Jerry Mahabub
Sent: Mon 9/14/2009 3:44:19 AM
Subject: FW: Software/Hardware dev tools ...

Hi Paul/Jim,

Please put together a promissory note in accordance with the below email, and if you feel like diving in to the technical side, please read the email chain below this email. I will need this promissory note no later then the close of business tomorrow so I can get everything checked In a a full code review can initiate among the dev team members as a deal with Apple is getting close, and at any point in 1Irne, they may request a code review, and at this point in time, I have let them know that a stronger NOA with protections for GenAudio will be necessary, and they have agreed to that, if and when the code review commences.

I am compelling all developers to check in their code as this is critical to everyone getting paid.
You will see what I had to say about that in the email below.

Best Wishes,

- Jerry

----- Forwarded Message

From: Jerry Mahabub
jerry@genaudioinc.com
Date: Sun, 13 Sep 2009 12:32:48-0700
To: Walt GenAudio, Recy
Pilloud, Gary Smith
Ian Esten
Stephan M. Bernsee
Bob Coover
[**EMAIL ADDRESSES OMITTED**]
Conversation: Software/Hardware dev tools …
Subject: FW: Software/Hardware dev tools ...

Hello Team:

Well, unfortunately, I did not get the answers I was looking for to the latest set of questions I sent to Ron from Apple. Please read the email chain below, and see Ron's in-line response to the latest set of questions that went out to him last night.

It looks like it will be the gaming side of things that will drive our first license, and we are also very close to a big license deal with Apple. Unfortunately, I will not be able to extend my personal shares out to any of you with respect to exchanging personal shares in lieu of money the Company owes to everyone. What I have decided to do is gift 10K shares to each of you with my personal shares, and the Company will still owe the money to you. These are not shares as a warrant, rather actual shares of which you will receive a stock certificate for, and as from before, I will retain my voting rights.

I am doing this because I feel it is necessary that each of you get the chance to participate in the upside of the Company even more so then what your warrants will allow for you to do so.

Two important things need to happen within the next few days:

1) I need everyone to verify that all of their code has been checked in as we must get this ready for Apple. I understand from Gary that some of you might be holding on to source code due to the Company's failure to pay. You must all understand that we are all in this boat together, and failure to check in your code will only hurt the Company from getting a nice revenue generating deal from Apple and/or Warner. The entire team needs to be in sync, and everyone up to date with everyone, as we will be entering into some form of Code Review from Apple in the near future, and I can say that without having all current and updated code checked in, this will greatly inhibit my ability to cut a deal and get everyone paid, so by not checking in your code, you are only hurting yourselves and the Company. If anyone refuses to check in code, then I will have to hire on another person to re-write that portion of the code, which will then cost the company double the money, and not be good for any of us, and I do have two DSP engineers on standby that went to school with me at RPI and have been working for Sony for the past 20 years ready to come over if that is what it will take (I hope not). So, having said that, please realize that not checking in your code will only lead to you not being paid. Checking in your code will lead to you being paid. It is as plain and simple as that, and I hope this resolves this issue.

2) I believe Ian has created an AstoundSurround version of the plug-in that Greg has already begun testing with and sending Ian feedback. First, we need to get Bob's reverb processing in the new mono in 5.1 out plug-in ASAP. I have a HUGE meeting with Warner again week after next, and will be showing off the plug-in to many of their internal mix engineers, and entering into license negotiations (revenue generating of course). Second, Ian needs to be working with Greg, even though I know his parents are in town, because Bob is currently working full-time for another company, I believe this will reaquire some collaboration on the DSP team's part, including Stephan if necessary. Again, you all want to get paid, so please help me to help you all get paid by checking in all of your code so we can all be working together. The company can't pay anyone at this time, which is why I have been paying whoever I can from my personal account whenever I can, and that too is very thin right now, however, we are very close to HUGE revenue generating license deals. Don't be foolish and think that by holding-source code back it is going to get you paid faster, because all it will do is delay you getting paid even more.

I think we all know what needs to be done here. Gary will take the lead in verifying that everyone's code is checked in, and report directly to me. You will all be receiving your stock certificate for the additional 10K shares from my personal pool once Gary verifies to me in the next couple of days, that everyone has checked in. This is an all sink all swim

deal and is only being extended to the dev team. Your cooperation is critical as of this point in time.

Lastly, if necessary, I can sign over a promissory note from the company stating that the outstanding balance we owe to any of you will be paid in full when the Company can do so. For most of you, I do not think that this will be necessary as you all know I have never let any of you down before in the past. If anyone has any doubts in my intentions, which I completely understand, as some of you do not know me as well as the others, then a promissory note should do the trick and enable everyone to check in as of right now and then everyone gets their bonus I am generously offering from my own personal shares.

Best Wishes,

Jerry Mahabub, Chairman & CEO

GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

**[CONTACT INFORMATION OMITTED]**

---- Forwarded Message<BR>
From: Jerry Mahabub
jerry@genaudioinc.com Jerry@genaudloinc.com

Date: Sun, 13 Sep 2009 12:00:26 – 0700
To: **[EMAIL ADDRESES OMITTED]** [Isaac, Tiscareno]

Hi Ron,

OK, I believe I understand your point of view. ;One could also listen through headphones or using a firewire interface playback with an external se1 of active studio monitors for accurate listening tests, as the laptop speakers certainly should not be used for any critical listening tests. ;So, even though we know that the laptop speakers are not necessarily the best way to show our sound localization technology especially with non-EQ’d internal speakers, you and our team can read between the fines knowing U1at we did not have your EQ curve to begin with, and as a direct result, yoL1 are left with our technology in the raw. ;After that, and you like what you hear, then we can move onto step 2, and work together to get the right pre-Spatial processing EQ curve and sat the parameters. ;Please note that I was simply trying to expedite this process, however, lam down for the slowly but surely way as well. ;I am Just so used to moving at the speed of light with development and running the company that it can sometimes be hard to actually slow the pace down ... Good call on the slowly but surely. ;That way we do not miss anything and in the long run, if we *move* forward, testing will be streamlined going in the direction you are requesting in your response below.<BR>
<BR>

I need Vic's feedback on the iPhone/iPod OpenAL gaming side of the coin as well (the second part of the last email).

It looks like the big meeting Is going to happen sometime within the next 30 days. I hope that you will be able to attend, although, Vic has stated to me that the meeting Is primarily for the Sr. VP staff and potentially the big man!  I will also be showing off a new 3D demo for Theatrical in AstoundSound.  Steve should be able to sink his teeth into that given the fact he sold Pixar for 7 Billion USO to Disney! :)

Best Wishes,

-Jerry

On 9/13/09 11:00 AM **[EMAIL ADDRESS OMITTED]** [Isaac] wrote

Jerry,

Here are some responses but first I would like to present reasoning behind the framework we have and the way we have gone about it. The workload to customize per vendor starts to grow indefinitely and the fact that you start relying on resources from us is never a good model, actually it gets frustrating after a while for both us and you the vendor. As such, since these are demos of technologies, please don't be concerned with optimizing code placement, library linking etc. We have made the conscious decision to disable our EQ while the vendor gets a first hand chance al showing us what they can do with

our products. We certainly can help with driver specs etc. to make your job easier. With this premise set, please read my responses below. I will be able to meet with you and Vic (and I believe Phil Schiller and other marketing staff are meeting with you and Vic as well) on the 16th and I am excited to listen to the OpenAL demo.  This sounds like it might be the best way to get this going from the licensing side here at Apple. Vic and I have discussed this already.

Hi Ron and Vic,

Attached is a screen shot of our "user space tuning application" to adjust the DSP parameters to your liking for Mac (please read below). This email has two parts.
The first are some additional questions for Ron we have with respect to the kext from Ron.
The second is targeted at the video game side of AstoundSound which I believe will interest the both of you.

We have two remaining blocking issues on the KEXT:

1) In order to get access to several intrinsic functions from the standard "c" math libraries, we have too added math libraries to our project. However, It seems that the kext which loads us has already implemented its own copy of the standard 'C' math libraries. Which leads to the kext loader blowing our module out with a great many duplicated symbols...

Would it be possible for you to give us a header file and link instructions to pull a couple of symbols from your "DspFuncLib.kext"?  This would be much more straightforward than renaming all of the functions in the standard math library, just so we can link against another copy of the same. :-)


**[REMAINING EMAIL CORRESPONDENC OMMITTED]**

**To:** Powers[Powers]; Paul B. (Legal) [REDACTED]]; Powers[Powers]; Paul [REDACTED]]
**From:** Jerry Mahabub
**Sent:** Mon 9/14/2009 3:44:19 AM
**Subject:** FW: Software/Hardware dev tools...

>This message is in MIME format. Since your mail reader does not understand this format, some or all of this message may not be legible.

--B_3363326825_117679
Content-type: multipart/alternative;
boundary\="B_3363326825_103213"

--B_3363326825_103213
Content-type: text/plain;
charset\="US-ASCII"
Content-transfer-encoding: 7bit

<HTML>
<HEAD>
<TITLE>FW: Software/Hardware dev tools...</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Hi Paul/Jim,<BR>
<BR>
Please put together a promissory note in accordance with the below email, and if you feel like diving in to the technical side, please read the email chain below this email.  I will need this promissory note no later then the close of business tomorrow so I can get everything checked in a a full code review can initiate among the dev team members as a deal with Apple is getting close, and at any point in time, they may request a code review, and at this point in time, I have let them know that a stronger NDA with protections for GenAudio will be necessary, and they have agreed to that, if and when the code review commences.<BR>
<BR>
I am compelling all developers to check in their code as this is critical to everyone getting paid.  You will see what I had to say about that in the email below.<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry<BR>
<BR>
------ Forwarded Message<BR>
<B>From: </B>Jerry Mahabub <<a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a>><BR>
<B>Date: </B>Sun, 13 Sep 2009 12:32:48 -0700<BR>
<B>To: </B>Walt GenAudio <<a href=[REDACTED]">[REDACTED]</a>>, Recy Pilloud <<a href="[REDACTED] Gary Smith <<a href="[REDACTED]">[REDACTED]</a>>, Ian Esten <<a href="[REDACTED]">[REDACTED]</a>>, "Stephan M. Bernsee" <<a href="[REDACTED]">[REDACTED]</a>>, Bob Coover <<a href="[REDACTED]">[REDACTED]</a>><BR>
<B>Conversation: </B>Software/Hardware dev tools...<BR>
<B>Subject: </B>FW: Software/Hardware dev tools...<BR>

EXHIBIT 206 PLTF. DEFT.
WITNESS Mahabub
CONSISTING OF 14 PAGES
DATE 1/19/17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

<BR>
</SPAN><SPAN STYLE='font-size:12pt'>Hello Team:<BR>
<BR>
Well, unfortunately, I did not get the answers I was looking for to the latest set of questions I sent to Ron from Apple.  Please read the email chain below, and see Ron’s in-line response to the latest set of questions that went out to him last night.<BR>
<BR>
It looks like it will be the gaming side of things that will drive our first license, and we are also very close to a big license deal with Apple.  Unfortunately, I will not be able to extend my personal shares out to any of you with respect to exchanging personal shares in lieu of money the Company owes to everyone.  What I have decided to do is gift 10K shares to each of you with my personal shares, and the Company will still owe the money to you.  These are not shares as a warrant, rather actual shares of which you will receive a stock certificate for, and as from before, I will retain my voting rights.<BR>
<BR>
I am doing this because I feel it is necessary that each of you get the chance to participate in the upside of the Company even more so then what your warrants will allow for you to do so.<BR>
<BR>
Two important things need to happen within the next few days:<BR>
<BR>
1) I need everyone to verify that all of their code has been checked in as we must get this ready for Apple.  I understand from Gary that some of you might be holding on to source code due to the Company’s failure to pay.  You must all understand that we are all in this boat together, and failure to check in your code will only hurt the Company from getting a nice revenue generating deal from Apple and/or Warner.  The entire team needs to be in sync, and everyone up to date with everyone, as we will be entering into some form of Code Review from Apple in the near future, and I can say that without having all current and updated code checked in, this will greatly inhibit my ability to cut a deal and get everyone paid, so by not checking in your code, you are only hurting yourselves and the Company.  If anyone refuses to check in code, then I will have to hire on another person to re-write that portion of the code, which will then cost the company double the money, and not be good for any of us, and I do have two DSP engineers on standby that went to school with me at RPI and have been working for Sony for the past 20 years ready to come over if that is what it will take (I hope not).  So, having said that, please realize that not checking in your code will only lead to you not being paid.  Checking in your code will lead to you being paid.  It is as plain and simple as that, and I hope this resolves this issue.<BR>
<BR>
2) I believe Ian has created an AstoundSurround version of the plug-in that Greg has already begun testing with and sending Ian feedback.  First, we need to get Bob’s reverb processing in the new mono in 5.1 out plug-in ASAP.  I have a HUGE meeting with Warner again week after next, and will be showing off the plug-in to many of their internal mix engineers, and entering into license negotiations (revenue generating of course).  Second, Ian needs to be working with Greg, even though I know his parents are in town, because Bob is currently working full-time for another company, I believe this will reaquire some collaboration on the DSP team’s part, including Stephan if necessary.  Again, you all want to get paid, so please help me to help you all get paid by checking in all of your code so we can all be working together.  The company can’t pay anyone at this time, which is why I have been paying whoever I can from my personal account whenever I can, and that too is very thin right now, however, we are very close to HUGE revenue generating license deals.  Don’t be foolish and think that by holding source code back it is going to get you paid faster, because all it will do is delay you getting paid even more.<BR>
<BR>
I think we all know what needs to be done here.  Gary will take the lead in verifying that everyone’s code is checked in, and report directly to me.  You will all be receiving your stock certificate for the additional 10K shares from my personal pool once Gary verifies to me in the next couple of days, that everyone has checked in.  This is an all sink all swim

deal and is only being extended to the dev team.  Your cooperation is critical as of this point in time.<BR>
<BR>
Lastly, if necessary, I can sign over a promissory note from the company stating that the outstanding balance we owe to any of you will be paid in full when the Company can do so.  For most of you, I do not think that this will be necessary as you all know I have never let any of you down before in the past.  If anyone has any doubts in my intentions, which I completely understand, as some of you do not know me as well as the others, then a promissory note should do the trick and enable everyone to check in as of right now and then everyone gets their bonus I am generously offering from my own personal shares.<BR>
</SPAN><SPAN STYLE='font-size:11pt'><BR>
</SPAN><SPAN STYLE='font-size:12pt'>Best Wishes,<BR>
<BR>
Jerry Mahabub, Chairman & CEO<BR>
<BR>
<IMG src="cid:3335690659_2267737" ><BR>
<BR>
GenAudio, Inc.<BR>
12999 E. Adam Aircraft Circle, Ste. 200<BR>
Englewood, CO<BR>
80112<BR>
<BR>
Office:  [REDACTED]<BR>
Fax:  [REDACTED]<BR>
Mobile:  [REDACTED]<BR>
email:  <a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a><BR>
URL:  <a href="http://www.genaudioinc.com">http://www.genaudioinc.com</a><BR>
</SPAN><FONT SIZE="2"><SPAN STYLE='font-size:10pt'><BR>
  <BR>
------ Forwarded Message<BR>
<B>From: </B>Jerry Mahabub <<a href="jerry@genaudioinc.com">jerry@genaudioinc.com</a>><BR>
<B>Date: </B>Sun, 13 Sep 2009 12:00:26 -0700<BR>
<B>To: </B>"<a href="[REDACTED]">[REDACTED]</a>" <<a href="[REDACTED]">[REDACTED]</a>><BR>
<B>Cc: </B>Victor Tiscareno <<a href="[REDACTED]">[REDACTED]</a>><BR>
<B>Conversation: </B>Software/Hardware dev tools...<BR>
<B>Subject: </B>Re: Software/Hardware dev tools...<BR>
<BR>
Hi Ron,<BR>
<BR>
OK, I believe I understand your point of view.  One could also listen through headphones or using a firewire interface playback with an external set of active studio monitors for accurate listening tests, as the laptop speakers certainly should not be used for any critical listening tests.  So, even though we know that the laptop speakers are not necessarily the best way to show our sound localization technology especially with non-EQ’d internal speakers, you and our team can read between the lines knowing that we did not have your EQ curve to begin with, and as a direct result, you are left with our technology in the raw.  After that, and you like what you hear, then we can move onto step 2, and work together to get the right pre-Spatial processing EQ curve and set the parameters.  Please note that I was simply trying to expedite this process, however, I am down for the slowly but surely way as well.  I am Just so used to moving at the speed of light with development and running the company that it can sometimes be hard to actually slow the pace down...Good call on the slowly but surely.  That way we do not miss anything and in the long run, if we move forward, testing will be streamlined going in the direction you are requesting in your response below.<BR>
<BR>

I need Vic’s feedback on the iPhone/iPod OpenAL gaming side of the coin as well (the second part of the last email).<BR>
<BR>
It looks like the big meeting is going to happen sometime within the next 30 days.  I hope that you will be able to attend, although, Vic has stated to me that the meeting is primarily for the Sr. VP staff and potentially the big man!  I will also be showing off a new 3D demo for Theatrical in AstoundSound.  Steve should be able to sink his teeth into that given the fact he sold Pixar for 7 Billion USD to Disney! :)<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry<BR>
<BR>
<BR>
On 9/13/09 11:00 AM, "<a href="[redacted]">[redacted]</a>" <<a href="[redacted]">[redacted]</a>> wrote:<BR>
<BR>
</SPAN></FONT></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><FONT SIZE="2"><SPAN STYLE='font-size:10pt'>Jerry,<BR>
<BR>
 Here are some responses but first I would like to present reasoning behind the framework we have and the way we have gone about it. The workload to customize per vendor starts to grow indefinitely and the fact that you start relying on resources from us is never a good model, actually it gets frustrating after a while for both us and you the vendor. As such, since these are demos of technologies, please dont be concerned with optimizing code placement, library linking etc. We have made the conscious decision to disable our EQ while the vendor gets a first hand chance at showing us what they can do with<BR>
our products. We certainly can help with driver specs etc. to make your job easier.  With this premise set, please read my responses below. I will be able to meet with you and Vic (and I believe Phil Schiller and other marketing staff are meeting with you and Vic as well) on the 16th and I am excited to listen to the OpenAL demo.  This sounds like it might be the best way to get this going from the licensing side here at Apple.  Vic and I have discussed this already.<BR>
<BR>
</SPAN></FONT></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'>Hi Ron and Vic,<BR>
<BR>
Attached is a screen shot of our “user space tuning application” to adjust the DSP parameters to your liking for Mac (please read below).  This email has two parts.  The first are some additional questions for Ron we have with respect to the kext from Ron.  The second is targeted at the video game side of AstoundSound which I believe will interest the both of you.<BR>
<BR>
<FONT COLOR="#0000FF"><B><U>Questions:<BR>
</U></B></FONT><BR>
We have two remaining blocking issues on the KEXT:<BR>
<BR>
1) In order to get access to several intrinsic functions from the standard 'c' math libraries, we have too added math libraries to our project.  However, it seems that the kext which loads us has already implemented its own copy of the standard 'C' math libraries. Which leads to the kext loader blowing our module out with a great many duplicated symbols... <BR>
<BR>
Would it be possible for you to give us a header file and link instructions to pull a couple of symbols from your "DspFuncLib.kext"? This would be much more straightforward than renaming all of the functions in the standard math library, just so we can link against another copy of the same. :-)<BR>

<BR>
<B>Specifically, and quite simply, we require exports for sin, cos, pow and log. </B> Several examples of run-time link errors from the console are shown below...<BR>
</SPAN></FONT><FONT SIZE="1"><FONT FACE="Monaco, Courier New"><SPAN STYLE='font-size:7pt'><BR>
</SPAN></FONT></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>
<BR>
Jerry, please rename the 4 non-linear functions you mention in your code and proceed with your work. If we progress our relationship post your demo, we can come up with very creative solutions to minimize memory footprint.<BR>
<BR>
<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><BLOCKQUOTE><BLOCKQUOTE><FONT SIZE="1"><FONT FACE="Monaco, Courier New"><SPAN STYLE='font-size:7pt'>multiple definitions of symbol ___kernel_cos<BR>
/System/Library/Extensions/AppleHDA.kext/Contents/PlugIns/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of absolute ___kernel_cos (value 0x54e2009a)<BR>
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute ___kernel_cos (value 0x5b38d277)<BR>
/System/Library/Extensions/AppleHDA.kext/Contents/PlugIns/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of absolute ___kernel_cos (value 0x5b45909a)<BR>
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute ___kernel_cos (value 0x5c4a0277)<BR>
<BR>
multiple definitions of symbol ___ieee754_sqrt<BR>
/System/Library/Extensions/AppleHDA.kext/Contents/PlugIns/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of absolute ___ieee754_sqrt (value 0x54e1fe93)<BR>
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute ___ieee754_sqrt (value 0x5b38758a)<BR>
/System/Library/Extensions/AppleHDA.kext/Contents/PlugIns/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of absolute ___ieee754_sqrt (value 0x5b458e93)<BR>
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute ___ieee754_sqrt (value 0x5c49a58a)<BR>
<BR>
multiple definitions of symbol _cos<BR>
/System/Library/Extensions/AppleHDA.kext/Contents/PlugIns/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of absolute _cos (value 0x54e22655)<BR>
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute _cos (value 0x5b38d529)<BR>
/System/Library/Extensions/AppleHDA.kext/Contents/PlugIns/DspFuncLib.kext/Contents/MacOS/DspFuncLib definition of absolute _cos (value 0x5b45b655)<BR>
/System/Library/Extensions/KernelDSPPlugin.kext/Contents/MacOS/KernelDSPPlugin definition of absolute _cos (value 0x5c4a0529)<BR>
<BR>
<BR>
<many many console errors removed><BR>
</SPAN></FONT></FONT></BLOCKQUOTE></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'><BR>
2) Although you stated you can’t give us your current EQ curve, for purposes of this demo, could you add the EQ curve to the special KEXT which loads us?  Then we could build spatialEQ on top of your existing EQ settings, and we could work on the integration of the two if you like what we come up with...The other path, which is not as appealing, would be for us to reverse engineer your EQ curve by measuring the output from the speakers using some mics

and splashing white and pink noise, and various other test signals through the speakers.  We can do this, however, it seems like it would be a big waste of time.  By embedding your EQ curve to the special KEXT you sent to us, you are not actually giving us the curve or disclosing any secrets to us, however, this enables us to make a much better demo in a shorter timeframe, and potentially by this coming week on September 16, 2009, when I will be meeting with Vic at the Apple campus again for other reasons.  By having your EQ embedded into our KEXT, we can also then AB compare the difference between the current EQ setting and the proposed new EQ setting for Mac hardware.  You will notice in the attached screen shot, we have put in 4 additional parametric EQ bands for pre-processing (this is where Apple could potentially create an analogous EQ curve to the existing EQ curve).<BR>
</SPAN></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>
No Jerry, we cant do that either. We are working with multiple vendors and we have no capacity to be customizing the AppleHDA.kext per vendor. Please tune the system using the great UI you have done for this (I am impressed). The idea is to demonstrate <BR>
the virtualization sound of yours and not the EQ of the machine. No one will hold you accountable for that as long as you set the premise right before your demo.<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:12pt'><BR>
We have everything else written, including the attached UI screenshot that for the most part emulates the stereo in stereo out AU and RTAS plug-ins currently being used on dub stages today for theatrical film title releases and in studios for new album releases, however, because this will be used for tuning purposes, unlike the plug-ins, there is no automation (i.e. Can’t change the parameters in a mix session over time).  Once you are happy with the parameter settings, these can easily be “locked down” and hard-coded and voilá – A spatialEQ setting for your hardware, or a set of SpatialEQ settings that the consumer can interact with and change in system preferences much like our current AstoundSound Expander computer application for Mac.<BR>
<BR>
<FONT COLOR="#0000FF"><B><U>Games:<BR>
</U></B></FONT><BR>
We also have a great OpenAL gaming demo that was not shown during our last meeting (Vic, I briefly discussed this with you on the phone the other day while I was at Warner Brothers).  We basically took OpenAL and pointed to our new “AstoundNode” mixer (an AU).  Much like the mono in stereo out plug-in that you played around with at the end of our meeting, this is that and a whole lot more (64 sound sources can be processed simultaneously and in real-time during video game play).  Our game demo (using our modified OpenAL and AstoundNode mixer)  BLEW away everyone at E3 this year, and were perhaps the ONLY company that showed off video game technology running on a Mac... Screw PCs and the current desktop gaming consoles, the Mac is truly capable of so much more, especially with AstoundSound! :)  I would be happy to show this demo to you on the 16th when I am meeting with Vic, as it is literally a revolution to the entire gaming industry, and we believe it can also be applied to iPod and iPhone in a different way that is less processor intensive, given the fact that these portable devices are in fact handheld game consoles and it is obvious that Apple is positioning them this way currently and for future product rollout strategies.  In a nutshell, on the OpenAL side of things for Mac, it is for the most part done.<BR>
<BR>
There is an OpenAL framework for iPhone/iPod using a cut down version of the Apple 3D mixer for Mac.  I would imagine that the iPhone/iPod 3D mixer is also an AU like it is for Mac?  If so, I believe we could rapidly demonstrate real-time game processing in AstoundSound for iPod/iPhone video games with a slightly altered OpenAL framework for iPhone/iPod that points to our special AstoundMixer as opposed to the way it currently is pointing to the Apple 3D mixer.  THIS WOULD BE INCREDIBLE!  To have full blown AstoundSound on a handheld portable gaming console that would smoke the audio from the big gaming consoles from Sony, Nintendo and Wii.  My mouth is watering to start on this immediately...let me

know ASAP! :)  On the Mac, this literally was a one line of code change to the iPhone/iPod OpenAL framework, which we would need Apple to provide us with the modification for this demo, and this should work for any iPhone game that uses OpenAL currently.  Of course, we would want to do the same for Mac games, and for any other future product offerings where audio plays an important role.<BR>
<BR>
<FONT COLOR="#008000"><B>This would be a very VERY simple way to integrate Astound processing for video games into iPod and iPhone, and perhaps yield the largest market differentiator to hit the gaming industry in a very long time, crushing any audio experience that any other handheld or desktop gaming console can deliver by creating a radically new and compelling gaming experience.<BR>
</B></FONT><BR>
Since E3 this year, we have been approached by both Microsoft and Sony and have been very evasive with getting back to them.  Reps from both companies stopped by our booth and were blown away, and could not get over the fact that we were using Mac hardware at the world’s largest gaming convention.  Of course, without knowing at first that they were reps from both Sony and Microsoft, I stated, “PC’s suck.  Only Macs can do this.  We tried compiling the code on a PC and it choked horribly.”.  You would have been on the floor laughing if you saw the look on their faces, and then they admitted to me who they were, and we exchanged contact information, and they have been knocking on my door ever since.  Personally, I would prefer this implementation of the Astound technology come out of Cupertino rather then Redmond and/or Japan.<BR>
<BR>
I am now starting to realize exactly how well AstoundSound fits into nearly ALL of Apple’s product offerings, and I am working hard to create clever solutions enabling Apple to integrate our technology across the board.  Time after time Apple has brought all of us revolutionary technology.  AstoundSound is yet another revolution for Apple to unleash on the world, changing how people listen to audio for years to come.<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry<BR>
</SPAN></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>
</SPAN></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>
------ End of Forwarded Message<BR>
<BR>
------ End of Forwarded Message<BR>
</SPAN></FONT>
</BODY>
</HTML>

--B_3363326825_103213
Content-type: text/html;
charset\="US-ASCII"
Content-transfer-encoding: quoted-printable

<HTML>
<HEAD>
<TITLE>FW: Software/Hardware dev tools...</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Hi Paul/Jim,<BR>