# EXHIBIT 25

GENAUDIO, INC. BOARD OF DIRECTORS
September 25, 2009 Telephonic Meeting Minutes

Date: September 25, 2009
Present on Call: Ted Cohen, Mark Bobak, Elliott Mazer, Jerry Mahabub, and Paul Powers

At 1:00 central time, the meeting was called to order and the following matters were discussed:

1. Wolfgang's Vault Promotion - Terms of a promotional opportunity with Wolfgang's Vault were discussed. Promotion entails the AstoundSound processing of 2 songs initially as proof of concept and then processing some Grateful Dead live concert audio for a Christmas promotion on WV which would mention the Astound processing and be conducted in conjunction with a promotion on WV's website of the AstoundStereoExpander computer software. A promotional discount would be given and WV would receive 30% of the sales price and 6.9% as a transaction processing fee. A term sheet with additional details was circulated by Mr. Mahabub shortly after the meeting. WV is said to have 1MM new website visitors each month so this would be a low cost, high volume marketing opportunity.

2. Brent Kaviar – Mr. Mahabub explained the work being done by Mr. Kaviar in the theatrical field and noted that Mr. Kaviar has agreed to receive Mr. Mahabub's personal shares as compensation until GA is able to bring him on as a full time employee on a cash salary basis. The Warner Brother's movie "Nightmare on Elm Street" is expected to be processed by GA and mixing should begin in January, 2010. The Board approved an increase in the promissory note to Mr. Mahabub equal to one dollar for each personal share paid by Mr. Mahabub to Mr. Kaviar.

3. Ngage – Mr. Mahabub reported that he had personally paid several installments of funds due to Ngage and that such payments had been added to the promissory note from GA to Mr. Mahabub.

4. Hudson offering – Given Hudson's failure to attract investors, the Board voted to discontinue the Hudson offering in the near future and to pursue additional investment on a term sheet basis to be negotiated specifically with each investor.

5. Gary Smith - Mr. Mahabub informed the Board that Gary Smith would become an independent contractor rather than an employee, but would continue to assist GA on as needed basis. Mr. Mahabub noted that no disruption in the software development efforts was expected.

6. Denver Office Lease - Mr. Mahabub informed the Board that the Denver office lease had expired and that the decision was made to terminate the month to month tenancy in order to save expenses and due to the past due rent. Notice to the landlord and transition planning for changing the location of the server and addressing phone and mail are being addressed. The termination notice was sent to the Board prior to the meeting and is expected to be given on September 28, 2009.

7. Apple - Mr. Mahabub provided a summary of the discussions with Apple and noted that the next meeting was this upcoming Thursday. Version 5 of the iTouch demo unit will be sent early next week. Static demos for film and video game usage of the Astound processing are being prepared. Mr. Mahabub noted that a deal with Apple is highly probable based on the many meetings and Apple's responses to date.

8. Dell - A Dell submission was made for their audio competition but a response from Dell has not been received yet.

EXHIBIT ___72___
WITNESS _Huber_
CONSISTING OF ___1___
DATE _8-12-16_
BEHMKE REPORTING AND VIDEO SERVICES, INC.

PLTF.
DEFT.