REDACTED

# EXHIBIT 31

**From:** Jim Mattos [ ] >
**Sent:** Monday, October 19, 2009 3:14 AM
**To:** Jerry Mahabub
**Subject:** Re: Quick update...

Interesting demo Jerry. What was that, "Shoot Out at the Kangaroo Coral"?

;o)
Jim Mattos
Support Services Manager

On Oct 19, 2009, at 2:13 AM, Jerry Mahabub wrote:

EXHIBIT  22
WITNESS  Ma-Has
CONSISTING OF  5  PAGES
DATE  7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

Hello Team,

Below is my latest email to my contacts at Apple. For those who do not know, Tim Cook is the COO of Apple (second in the chain of command at Apple). Attached is a new demo for Apple. Please listen with headphones, as this is the way it will be presented with this same exact file on an iPod device running rev. 6 of the ASE or "SpatialEQ" app. Vic has given me the green light verbally on the technical "sign-off" side of the coin, however, he wanted to give it one more pass and has requested we both give it one more round of critical listening tests this evening. I am 99.9% confident that he will not come back with any additional parameter changes (thanks to Ian)!!! :)

I am happy to let you all know that it has been requested that I carbon copy Tim and Phil on some of my emails with Michael, Ron and Vic (depending on the content). I do hope that the big man likes the demos we have worked on very hard to create, and this will end up in a $uper $weet licensing deal for us.

I am heading back to LA tomorrow to work with Greg/Ian/Bob on fixing as many issues as we can with our plug-ins for theatrical mixing before Warner brings us in for the big mix test at their dub stage facility (TBD and awaiting their response – most likely in 2 to 4 weeks). Of course, this in no way will even put it into a "beta" state, as much work needs to be done still, however, it will certainly be better then it is right now (hopefully) and speed up the process to apply AstoundSound in a surround mix session. We could potentially stand to do 15 film titles per year if this demo goes well. What a way to get a BIG BANG on the film side. We have no choice. It MUST work to get the job done to get me in pole position to strike a deal...no exceptions.

After two in person meetings with a new investment banking group in the Silicon Valley area, I invited Paul Powers to chime in on a phone conference a couple days ago with this group. Paul and I are scheduled to have a follow up with them early this week. Also, Pat Taylor of Westminster Securities expects to see some form of initial term sheet from a group in the Washington DC area that we recently had a conference call with as well. I think that the closer we get to Apple, the more they can feel it, and if we get the Apple deal before they feel it strong enough to cut the check – They lose. Hopefully, they will feel strong enough about the Company and our direction and cut the check without trying to gouge our eyeballs out.

1



Δ π EXHIBIT 120
Deponent R. Isaac
Date 4/15/Rpd
WWW.DEPOBOOK.COM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, GA006846

Walt/Bob and I had a great conference call this evening, and some of the issues we have found with the AstoundNode that Kevin Wooten "somewhat" resolved prior to E3, however, did not check-in that version of the source code, are starting to be worked on in addition to many other things.

Gary has verified for me that the Snow Leopard version Recy worked on, although it changes Sys Prefs to 32 bit, is not a major issue, ad many of the sys prefs from 3rd party developers have not ported over to 64 bit either. We will not only need to get this resolved, and that will require some heavy lifting from the DSP team, we also have to get the wrapper code for Digital River to be 64 bit compatible as well. Due to the new Apple OS being so early in it's release, the current Snow Leopard fix should do the trick, and I have tested it on a computer I have running snow leopard, and it works great (and is available for download right now). This was necessary for the upcoming WV promotion, provided we sign the promotion agreement in the next 2 to 3 weeks. Not too sure where we stand with ASE for PCs, however, I do know that the folks at WV have PC's and they said it worked great under Vista 32 and 64 bit, so hopefully this will be the case for everyone else using a PC.

In a nutshell, with about another 2 to 3 weeks of development work, and this is a great time as I can work with all teams across the board to ensure this stuff gets tested (not commercial release testing, rather, functionality testing), I should have the necessary fire power to move to the next step with both Apple, Warner, and other film studios that Brent/Greg and myself will approach in the near future for theatrical and home theater based licensing and revenue generation. There is a lot of pressure on the dev teams shoulders right now, especially Walt, and money is extremely tight at the moment. I am confident that with this last big dev effort push over the next 2 to 3 weeks, I can go out and get us some deals, and hopefully bring on some investments. Again, this will NOT put the plug-ins, or the AstoundNode in a beta state, rather, get me what I need to get you all paid.

These next couple of weeks are going to be a very rough time for all of us, and I know that we will all be happy when our stock/warrants pay off, and I get everyone paid for their services to the Company. I have been doing the best I can do. As I stated in an email to the development team recently, that is up to all of us how fast we get paid. Not working and getting what I need to have completed in the next few weeks will only result in a delay for all of us getting paid. This will truly be a test of the strong, and I am confident that my entire team is strong, and believes that we are going to make it BIG (or you would not still be working for me as I have compensated all of you quite well with Warrants/options).

I will continue to try and get money through the sales of my personal shares, and then will divide up the money as best as I can to pay all of you. I should point out that I will be taking care of my FTE's and development staff first and foremost, as none of them are making any money elsewhere and I am sure you can understand why I must do it this way. Next will come consultants of the Company and non-FTE's (as you are all making money elsewhere or have the ability to do so). I of course, will remain broke and only take what I need to feed myself, travel for business, and try to keep my personal bills paid, of which, I am now so far behind because I have been personally paying everyone whatever I can to continue to work on behalf of the Company for several months, I feel like I am drowning – But I will not stop...EVER. I will have to be literally DEAD, and I don't plan on dying anytime soon. Apple had best get the lead out of their ass from this point moving forward and I will be pushing them as much as possible without blowing the deal.

I do not expect all of you to be as hard core as I am. I have been doing this for over 2 decades. I do expect you all to continue to support me and get done what I need to have completed to get this company into a much better state. Their are many companies folding these days, and a lot of people are having a very difficult time with money, not just GenAudio and us. But what I do know is that the Company that has not been affected by

2

the downturn and had their best quarter just recently is interested in licensing our technology...not Dolby, not SRS, not Qsound, not JoeSoft, not SAL, not Arkamys...but GenAudio. Keep that one in the back of your mind when you are thinking about who we are and where this company will go in the future and what your payout will be - the harder we work, the bigger that payout will be. I know you all know this already, however, I thought to remind you of this and let you all know that payout time could be much sooner rather then later. You make the call for yourselves just how much you want your payout to be, because it is up to all of you to make that happen, not me. I have done everything I can do to position this Company for explosive growth, and will continue to do my job and run this ship with confidence (just not much money at the moment, and that is soon to change with all of our hard work, and further away to change with less hard work).

I do hope that you all had a great weekend. Please email or call me with any questions.

Best Wishes,

Jerry Mahabub, Chairman & CEO

<image.png>

GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

Office:
Fax:
Mobile:
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com

——- Forwarded Message
From: Jerry Mahabub <jerry@genaudioinc.com>
Date: Sun, 18 Oct 2009 23:47:43 -0700
To: Victor Tiscareno, Michael Hailey, Ronald Isaac, Timothy Cook, Phillip Schiller
Conversation: Supplemental OpenAL AB demo attached...
Subject: re: Supplemental OpenAL AB demo attached...

Hi Michael, Phil, Ron, Tim, and Vic,

Tim – Great to meet you on the phone the other day. Glad you enjoyed the demo and we are anxious to move forward to the next step.

Michael – Hope you had a good time on the other side of the ocean! :)

Vic/Phil/Michael – Will call you tomorrow morning at 9am PST for the conference call with the three of you. Hopefully rev. 6 will get the big man to want to move forward and firm up a time for our one on one in the near future. Phil, I have not cc'd the other product marketing division managers you introduced me to as I have primarily been working with Michael Hailey on the iPod/iPhone side. I am happy that you and Michael like my ideas on how to bring the technology to market. In my past, I have done this with several other technology based products I invented and licensed, and have learned new things about international product marketing for CE from both of you.

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA006848

Ron – We have been slammed with some other things, however, I should have something you can play around with in the very near future with respect to the kext.

Attached you will find a new AB demo comparing OpenAL pointing to the Mac3D Mixer, versus our OpenAL Framework replacement pointing to our AstoundNode mixer for games. Vic asked me to provide him something other then Deprived, with more "action" and actual game play...Warsow an on-line game that I found after searching, downloading, playing and testing a variety of games, and it worked great!

Three things to point out:

1) The Mac 3D Mixer and AstoundNode are two completely different mixers, and we have no control over the side signal strength of the Mac3D mixer compared to the center channel information when being processed in Real-time. My listening of the Mac3D mixer tells me that there is really no "distance cue" algorithm, other then attenution with respect to the distance of the objects around the First Person Shooter. The Mac3D mixer heavily over-exemplifies the center channel (and it is not spatial in any way whatsoever), and the side signals are in fact not very "3D" in my opinion, and the way the mixer handles the mix down could be done a bit differently.

2) The AstoundNode mixer sounds louder, because it is, however, where the Mac3D mixer was causing clipping, and we actually had to drop the volume of the audio track down by 3db to keep it from clipping, you will notice that the "announcer" voices are in fact level matched when we reduced the Mac3D mixer audio file that was captured. So, this means that the (already) reduced side signal presence (the way the Mac3D mixer does it today) was reduced by an additional 7db to avoid clipping, and thus the Mac3D mixer will sound softer in volume then the AstoundNode. Our AstoundNode audio capture did not produce any clipping, so we left it alone with no volume adjustments.

3) The demo was created by capturing the audio and video using Snapx Pro. The game, Warsow, is a free online game that has many "servers" running various versions of the game as the code is Open Source and can be compiled with different graphics and different "game play" from different servers. In essence, this game dynamically links to OpenAL under OS X, and it worked quite well in Astound, so I decided to make it into a demo for the three of you to decide whether or not you wanted to move forward with the OpenAL side of things for both Mac laptops and desktops as well as iPhone and iPod, in addition to the stereo in stereo out processing or "SpatialEQ" as well. They are different animals all together, in that the AstoundNode incorporates all 7,337 filters for the left side, and the corresponding 7,337 filters for the right side and is a mono in stereo out digital signal process. ASE or "SpatialEQ" is a stereo in stereo out digital signal process, so it is quite a bit different and is intended for CE Integration for Film and Music (and can be applied to video games too), however, AstoundNode real-time processing for games is a revolution to the entire game industry, and as such, would most likely require a completely different type of license with respect to a different field of use. For now, although I know we are focusing on the stereo in stereo out side of the coin, since I believe Vic has green lighted the latest version of the device running the ASE app (as we for the most part matched the reference Apple graphs Vic sent to me), I thought it would be best to start to seriously consider what full blown Astound processing could do for Apple's product offerings specific for gaming.

Of course, we can configure the AstoundNode to mix with various attenuation and distance cue processing algorithms because we wrote the code, however, this is the way games could sound in real-time on an iPod or iPhone device provided we get some dev support from Apple to make this happen. There would be two distinguishing difference between the iPod/iPhone implementation and the Mac Hardware implementation: The first difference between what you are hearing in this demo versus what you would hear on a device would be the number of sound sources that we could process in real-time (and which sounds go through the processing would be either determined by the game developer, or some sort of algorithm to only process the 4 closest sound sources as you maneuver around in a game) because the ARM processors are certainly no Intel processor for Apple's desktops and laptops. The second would be that we would most likely eliminate any late reflection (reverb) processing due to processor expenditure on the iPod/iPhone, and only keep early reflection processing with our very unique and sophisticated DSP for this side of the coin. Basically, the ASE processes two mono sources (Left and Right) and uses a little under 5% of the ARM11 processor on the iPod Touch 2G device. We should be able to get away with 4 sound sources in real-time (and that should be plenty) and use under 10% of the ARM11 processor for the iPod Touch 2G, which is well under the typical FPS processor expense currently being used.

Question – Does anyone know just exactly how much tax is on the processor for the current Mac 3D mixer for iPod Touch

4 .

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                GA006849

2.0? I would imagine it would be much higher then the current EQ palette, as it serves a different purpose. If we can get AstoundSound real-time processing to replace the current implementation of the Mac 3D mixer on iPod/iPhone, this would most likely be the fastest way to get this done. Currently, the SDK gives us no access to this. We will need access to this, or the other way to skin the cat is to take the current Mac3D mixer source code on the iPhone/iPod device, and swap whatever 3D backend processing it is doing with our "human brain response" IIR set, and voile!

However we get this done, I am confident that Astound processing in real-time for games will blow away anything else that is out there and take years for anyone to leapfrog. Quite a few game companies, since our debut of our real-time Astound processing for Games at E3, are literally going crazy waiting for us to finish the SDK for various game consoles. As of today, nothing has been released to anyone, especially Microsoft XBOX360 game development houses, and I am awaiting to see if Apple wants to use this first for Mac and iPod/iPhone games, so please let me know ASAP. The entire world of gaming is about to change with an audio technology that is consumer friendly, transparent to the consumer, and best of all, it can be integrated into portable video game devices with minimal development efforts (however, there is still some work to be done before this is in a shipping state as we have no support from Apple on this just yet...)

Let me know what you think about the attached demo.

Have a great evening.

-Jerry


------ End of Forwarded Message
<Warsow_Game_OpenAL_AB.m4v>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006850