REDACTED

# EXHIBIT 32

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <█████████>, "Michael Hailey" <█████████>, "Ronald Isaac" <█████████>
Cc:
Bcc:
Date: 10/19/2009 01:47:43 am
Subject: re: Supplemental OpenAL AB demo attached...
Attachments: Warsow_Game_OpenAL_AB.m4v

Hi Michael, Ron and Vic,

Michael – Hope you had a good time on the other side of the ocean! :)

Vic – Will call you tomorrow.

Ron – We have been slammed with some other things, however, I should have something you can play around with in the very near future with respect to the kext.

Attached you will find a new AB demo comparing OpenAL pointing to the Mac3D Mixer, versus our OpenAL Framework replacement pointing to our AstoundNode mixer for games.

Three things to point out:

1) The Mac 3D Mixer and AstoundNode are two completely different mixers, and we have no control over the side signal strength of the Mac3D mixer compared to the center channel information when being processed in Real-time. My listening of the Mac3D mixer tells me that there is really no "distance cue" algorithm, other then attenution with respect to the distance of the objects around the First Person Shooter. The Mac3D mixer heavily over-exemplifies the center channel (and it is not spatial in any way whatsoever), and the side signals are in fact not very "3D" in my opinion, and the way the mixer handles the mix down could be done a bit differently.

2) The AstoundNode mixer sounds louder, because it is, however, where the Mac3D mixer was causing clipping, and we actually had to drop the volume of the audio track down by 3db to keep it from clipping, you will notice that the "announcer" voices are in fact level matched when we reduced the Mac3D mixer audio file that was captured. So, this means that the (already) reduced side signal presence (the way the Mac3D mixer does it today) was too reduced by 3db, and thus the Mac3D mixer will sound softer in volume then the AstoundNode. **Our AstoundNode audio capture did not produce any clipping, so we left it alone with no volume adjustments.**

3) The demo was created by capturing the audio and video using Snapx Pro. The game, Warsow, is a free online game that has many "servers" running various versions of the game as the code is OpenSource. In essence, this game dynamically links to OpenAL under OS X, and it worked quite well in Astound, so I decided to make it into a demo for the three of you to decide whether or not you wanted to move forward with the OpenAL side of things for both Mac laptops and desktops as well as iPhone and iPod, in addition to the stereo in stereo out processing or "SpatialEQ" as well. They are different animals all together, in that the AstoundNode incorporates all 7,337 filters for the left side, and the corresponding 7,337 filters for the right side and is a mono in stereo out digital signal process. ASE or "SpatialEQ" is a stereo in stereo out digital signal process, so it is quite a bit different and is intended for CE integration for Film and Music (and can be applied to video games too), however, AstoundNode real-time processing for games is a revolution to the entire game industry, and as such, would most likely require a completely different type of license with respect to a different field of use. For now, although I know we are focusing on the stereo in stereo out side of the coin, since I believe Vic has green lighted the latest version of the device running the ASE app (as we for the most part matched the reference Apple graphs Vic sent to me), I thought it would be best to start to seriously consider what full blown Astound processing could do for Apple's product offerings specific for gaming.



SEC-TiscarenoV-E-0000635

Of course, we can configure the AstoundNode to mix with various attenuation and distance cue processing algorithms because we wrote the code, however, this is the way games could sound in real-time on an iPod or iPhone device provided we get some dev support from Apple to make this happen. There would be two distinguishing difference between the iPod/iPhone implementation and the Mac Hardware implementation: The first difference between what you are hearing in this demo versus what you would hear on a device would be the number of sound sources that we could process in real-time (and which sounds go through the processing would be either determined by the game developer, or some sort of algorithm to only process the 4 closest sound sources as you maneuver around in a game) because the ARM processors are certainly no Intel processor for Apple's desktops and laptops. The second would be that we would most likely eliminate any late reflection (reverb) processing due to processor expenditure on the iPod/iPhone, and only keep early reflection processing with our very unique and sophisticated DSP for this side of the coin. Basically, the ASE processes two mono sources (Left and Right) and uses a little under 5% of the ARM11 processor on the iPod Touch 2G device. We should be able to get away with 4 sound sources in real-time (and that should be plenty) and use under 10% of the ARM11 processor for the iPod Touch 2G, which is well under the typical FPS processor expense currently being used.

Question – Does anyone know just exactly how much tax is on the processor for the current Mac 3D mixer for iPod Touch 2.0? I would imaging it would be much higher then the current EQ palette, as it serves a different purpose. If we can get AstoundSound real-time processing to replace the current implementation of the Mac 3D mixer on iPod/iPhone, this would most likely be the fastest way to get this done. Currently, the SDK gives us no access to this. We will need access to this, or the other way to skin the cat is to take the current Mac3D mixer source code on the iPhone/iPod device, and swap whatever 3D backend processing it is doing with our "human brain response" IIR set, and voile!

However we get this done, I am confident that Astound processing in real-time for games will blow away anything else that is out there and take years for anyone to leapfrog. Quite a few game companies, since our debut of our real-time Astound processing for Games at E3, are literally going crazy waiting for us to finish the SDK for various game consoles. As of today, nothing has been released to anyone, especially Microsoft XBOX360 game development houses, and I am awaiting to see if Apple wants to use this first for Mac and iPod/iPhone games, so please let me know ASAP. The entire world of gaming is about to change with an audio technology that is consumer friendly, transparent to the consumer, and best of all, it can be integrated into portable video game devices with minimal development efforts (however, there is still some work to be done before this is in a shipping state as we have no support from Apple on this just yet...)

Let me know what you think about the attached demo.

Have a great evening.

-Jerry

SEC-TiscarenoV-E-0000636