# EXCERPTED

# EXHIBIT 38

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           ) File No. D-03450-A
GENAUDIO, INC.             )

WITNESS:  Michael S. Elliott

PAGES:    1 through 70

PLACE:    Residence of Michael Elliott

          11806 123rd Ave., NE

          Lake Stevens, WA  98258

DATE:     Wednesday, April 8, 2015


     The above entitled matter came on for hearing, via telephone, pursuant to notice, at 12:05 p.m.




Diversified Reporting Services, Inc.

(202) 467 9200

Page 2

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4      JENNIFER OSTROM, ESQ. (Via Telephone)
5      Securities and Exchange Commission
6      1801 California Street
7      Suite 4800
8      Denver, Colorado
9
10 On behalf of the Witness:
11     MICHAEL S. ELLIOTT, PRO SE

Page 3

CONTENTS

WITNESS:                    EXAMINATION
Michael S. Elliott                4

EXHIBITS:   DESCRIPTION         IDENTIFIED
110   Subpoena                    9
111   Subpoena duces tecum       10
112   Background Questionnaire   13
113   Email string               51

Page 4

PROCEEDINGS

MS. OSTROM: Let's go on the record at 12:05 p.m. on April 8th of 2015.

And would you please swear in the witness.

COURT REPORTER: Do you want to raise your right hand.

MR. ELLIOTT: Yes.

COURT REPORTER: You do swear the testimony you are about to give shall be the truth, the whole truth, and nothing but the truth, so help you God?

MR. ELLIOTT: I do.

COURT REPORTER: Thank you.

Whereupon,

MICHAEL S. ELLIOTT

was called as a witness and, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. OSTROM:

Q  Would you please state and spell your full name for the record.

A  Michael Elliott, M-i-c-h-a-e-l, last name Elliott, E-l-l-i-o-t-t.

Q  And do you have a middle name or initial?

A  Middle name Steven, S-t-e-v-e-n.

Q  Gotcha. My name is Jennifer Ostrom. And I

Page 5

am an officer of the United States Securities and Exchange Commission for purposes of this proceeding. And this is an investigation by the Commission in the matter of GenAudio, Inc., to determine whether there have been violations of certain provisions of the Federal securities laws; however the facts developed in this investigation might constitute violations of other Federal or state civil or criminal laws.

And, Mr. Elliott, would you please review the copy of the formal order of investigation in this matter. It will be available for your examination during the course of this proceeding. And have you had an opportunity to review the formal order.

A  No -- is that the formal order that I just -- oh, an order directing private investigation. Yes.

Q  Right. That's it.

A  Right. I have reviewed it.

Q  Okay. And also, then, prior to the opening of the record, along with your subpoenas, you were provided with a copy of the Commission supplemental information form, and a copy of that Notice is what is marked Exhibit 1?

A  Okay.

Q  And if you could look at that. And, Mr. Elliott, have you had the opportunity to read Exhibit

Page 22

1  had been ongoing discussions since 2009, and that they
2  were coming to a conclusion, which would involve one of
3  two things; either a significant licensing deal or an
4  acquisition of -- of the company entirely. And -- and
5  that -- that either would be good from an investment
6  standpoint.
7      Q   Okay. And other than Mr. Eldridge, who do
8  you recall telling you anything along those lines?
9      A   Tim Herdt. Let me see. Mark Hoskins. Were
10 there any others? Let me see. I can't recall -- I'm
11 sure there were a couple others, but I -- those are the
12 only two that I spent most of my time speaking with.
13     Q   Okay. And was there a point in time when you
14 came to the understanding that Apple was not interested
15 in pursuing a transaction with GenAudio?
16     A   There wasn't a specific point in time. It
17 just sort of faded away. And later I was to find, when
18 on the Board, that that was a -- a pattern. And when
19 there was directed questions to Mr. Mahabub about
20 what's going on with Apple, they were either met with a
21 non answer or that there were some challenges, and that
22 additional documents and additional work that had to be
23 done, one or the other, and it just sort of faded away
24 over a two-year period.
25     Q   And what do you mean that when you were --

Page 23

1  when you found -- when you were on the Board that you
2  found that it had -- that it was a pattern?
3      A   Well -- well, there -- there were -- if you
4  review the record, which I'm sure you have, there was
5  opportunities that sprung up over and over and over
6  again with Intel, CSR, with Qualcomm, the list goes on
7  and on. And they would be hot and then they would be
8  not. And it -- it happened repeatedly. And it was
9  either somebody wasn't doing their job in terms of
10 delivering technology, or somebody failed to follow
11 through at -- at the company end, or a couple of times
12 it was admitted that the technology just didn't work on
13 a specific device as it was supposed to and required
14 more work. But this just happened over and over again.
15        Doremi was another company, a French company.
16 Panasonic was a big one. That one deserved a trip.
17 Jerry came up and actually tried to -- to obtain more
18 financing, because we were very close to inking a deal
19 with Panasonic. And he had been to Japan and had -- he
20 brought pictures to show him with some Japanese
21 Panasonic executives to this meeting. And -- and then
22 later, about four or five, six months later, when asked
23 he said, well, in the auto industry things have a two-
24 to -- to five-year lead-time, and it's just going to
25 take more time. But a lot of people had invested based

Page 24

1  on that.
2      Q   And do you recall any of Mr. Mahabub's
3  representations regarding GenAudio's status with Apple?
4      A   No. My experience was that he was very
5  careful to -- to label the Apple deal as an LCEC. It
6  was in all the documents that he -- that he sent us.
7  And in the conversation in these meetings that he would
8  have with -- with our investment group. And he said it
9  was -- he -- he repeatedly said that it was very
10 important that none of this get out, because of an
11 ongoing NDA, or nondisclosure agreement, that could
12 damage the negotiations. And, so -- so, to answer
13 your question, no, he never specifically said the word
14 Apple, but it was -- it -- if -- if -- if it was
15 mentioned he didn't deny it either.
16     Q   Okay. How did you know that the LCEC was
17 Apple?
18     A   You know, I've asked myself that so many
19 times and, as I said earlier, it was just common
20 knowledge. The seed was planted, and once it
21 flourished nobody doused it. It was just -- it came
22 from Dean Eldridge, Tim Herdt and Mark Hoskins for me,
23 but everybody just knew that it was Apple.
24     Q   And what do you mean when you said that Mr.
25 Mahabub didn't deny it when someone mentioned Apple?

Page 25

1      A   In one of the meetings I remember Apple being
2  mentioned in an informal conversation that -- that
3  Jerry was involved in, and there was -- I specifically
4  remember that. And there was no -- he was trying to
5  demonstrate a piece of equipment. And they said, well,
6  when Apple gets going with this we're -- we're going to
7  see some real improvements in this, and he just sort of
8  smiled. He didn't say anything. That, to me, was a
9  tacit agreement. But -- but he didn't say, yeah, Apple
10 or anything of that sort.
11     Q   And do you know when that was, when that
12 meeting was that you remember?
13     A   It was 2011, as I recall.
14     Q   Okay.
15     A   But I can't tell -- it seems like it was
16 summer. I -- I could look it up.
17     Q   No, that's fine.
18     A   Okay.
19     Q   That's -- that's perfectly good. Now, with
20 regard to the LCEC, do you recall any of Mahabub's
21 representations as to what the status was of the LCEC?
22     A   Well, yes. It was -- it was ongoing from the
23 time I invested until -- the end of 2011 to the first
24 part of 2012, it was just an ongoing thing that was
25 going to result in grand, wonderful things for

```
                                                    Page 26
 1   GenAudio.  And slowly, but surely, there was less and
 2   less excitement about it in the communiques that we all
 3   got.  But it -- it -- especially in 2010 it was real
 4   strong.
 5       Q   Now, were actual -- was there a mention of
 6   negotiations being held?
 7       A   Yes.  That -- that the company -- that --
 8   that he had met with the CEO.
 9       Q   Okay.
10       A   And that -- that he was asked by their
11   engineering team to provide more information, and more
12   documentation, patents and things like that, and that
13   he was following through with that, and that it's --
14   it's just taking some time.
15       Q   And was it your understanding that this CEO
16   he met  with was Steve Jobs?
17       A   Yes.  That was my understanding.
18       Q   Okay.  And who -- well, what were the
19   circumstances under which you heard that Mr. Mahabub
20   met with the CEO of the LCEC?
21       A   It was in -- it was in one of the shareholder
22   updates.
23       Q   Okay.
24       A   That he had met with the CEO of the LCEC.
25       Q   Okay.  And is that also the case with the
```

```
                                                    Page 27
 1   fact that there were ongoing negotiations?
 2       A   Yes.
 3       Q   Okay.  And did you have an understanding as
 4   to why Apple never wanted GenAudio's technology in the
 5   end?
 6       A   Well, as -- as part and parcel to being
 7   involved on the Board we -- we did some investigation
 8   into that whole Apple affair, as well as other breaches
 9   of -- of fiduciary duty, and what we -- what we
10   discovered from the inside -- the person who was
11   dealing with Jerry at Apple when -- is that there were
12   some mid level discussions with some mid level people,
13   and -- and it had never gone beyond that because it
14   just wouldn't work.  Apple wasn't interested. There was
15   mild interest that -- that faded.
16       Q   And how did you find this out?
17       A   With -- I found this out through a dinner I
18   had  with Vic Tiscareno and Dell Skluzak here in
19   Seattle.
20       Q   And was that when you were already on the
21   Board?
22       A   No.  It was when I was doing some more due
23   diligence on the company.  And, actually,
24   interestingly, I was asked by Jerry to help with
25   writing a shareholders letter because he was trying to
```

```
                                                    Page 28
 1   displace the president of the company.
 2           And I -- I called him and asked him about
 3   that, and he railed on about how this person was trying
 4   to ruin him and the company, and -- and that he needed
 5   to get him out. He asked if I would review a
 6   shareholders letter, because he liked my writing.  And
 7   I said I would.  My -- my interest was twofold; one it
 8   was just trying to get more information about what was
 9   going on politically within this company, and -- and
10   the -- the other was to -- to at least explore whether
11   he might be right, whether there might be this --
12   this -- this group that was trying to -- to destroy
13   and -- and take over the company through a bankruptcy.
14   That was Jerry's message.
15           So, I did help him for about a month.  His
16   writing was terrible, and I helped him with some of his
17   writing.  It never -- nothing ever went out, because
18   the shareholders meeting never occurred.  But I did
19   help him.
20           As part of that I contacted Dell Skluzak, who
21   I'd never spoken with, but who was then the president
22   of the  company, and told him of my concerns, and that
23   I was helping Jerry, but I -- I wanted to look at all
24   sides and understand more about -- about what was going
25   on.  And he jumped on an airplane that -- that day from
```

```
                                                    Page 29
 1   Denver, and -- and came out and met with Dean Eldridge,
 2   Tim Herdt and myself here in Seattle.  And he asked Vic
 3   Tiscareno, who lives here as well, and who had left
 4   Apple, to join us at that dinner. And at that dinner
 5   is -- is where Vic -- are you there?
 6       Q   Yes.
 7       A   Okay.  That -- that dinner is where Dick --
 8   Vic divulged that the meetings had never gone beyond a
 9   mid level at all.
10       Q   Okay.
11       A   And does that answer your question?
12       Q   Yes, it does.
13       A   Okay.
14       Q   And Mr. Eldridge and Mr. Herdt -- is that
15   right -- Herdt were both there, too?
16       A   Yes.
17       Q   Okay.  Can you look at Exhibit 58.
18       A   58. Yes, I have it.
19       Q   Okay.  And if you could look, because you may
20   not have seen this, because it's early, it's November
21   of 2009,  but you may have.  If you could look at the
22   next to last page.  It's a letter to shareholders dated
23   November 9th of 2009.  And I don't know if you've seen
24   that or not.  I wanted you to look at it and tell me if
25   you've seen that before.
```

Page 66

1  Q  And, Mr. Elliott, is there anything else that
2  you want to tell me about GenAudio or Jerry Mahabub
3  that we haven't covered?
4  A  Oh, I could go on and on, but no. Yeah.
5  Just it's regretful. And that he is, I would -- I
6  would say sort of -- I -- I would caution the SEC, and
7  you might already be very much aware of this, that
8  oftentimes Jerry would tell Dell that he had a place in
9  Costa Rica, and he does banking in Panama. And I
10 personally, and not just me, a lot of us feel that he's
11 a real flight risk. I -- I -- just the way he runs his
12 personal life, that that would be a real concern of
13 mine. The whole thing is regretful. And I -- I hope
14 there's some justice.
15  Q  And, Mr. Elliott, have you spoken with anyone
16 other than your attorney regarding this investigation?
17  A  My wife and my sister-in-law who's a
18 shareholder. Just shareholders, but nobody else.
19  Q  What, in general, have you discussed with
20 them?
21  A  That -- that -- in general, that I think we
22 were all taken, and that I think Jerry is a very slick
23 con man, very, very slick. And -- and that it's
24 regrettable, and I hope he's stopped. I mean he
25 just -- he just sent out another private placement

Page 67

1  through a broker for another few million dollars. And
2  Dell got a hold of it and sent it to me last week and
3  said can you believe this?
4   Q  That was -- he -- he received a -- was it --
5  was it just a one pager that was --
6   A  Yeah. It was one page --
7   Q  -- that was from --
8   A  -- pager from Freedom Brokers or something,
9  yes.
10  Q  Okay.
11  A  Yeah.
12  Q  Have you spoken with anyone regarding the
13 fact that you were having your testimony taken today?
14  A  Dean Eldridge. And -- no, I haven't spoken
15 with Tim. I spoke with Tim when we were setting these
16 up some weeks ago but, no, I haven't. Just Dean.
17  Q  And anything more than the fact you were just
18 testifying today?
19  A  No, that is was it. Just that.
20  Q  Okay. And do you know anyone else who has
21 been  subpoenaed or testified in this investigation?
22  A  Well, Dean and -- and Tim, I assume. I don't
23 even know that Tim was. I just assume that he would
24 be. And -- and Dell. Dell -- I know Dell was.
25  Q  Okay and how have you learned this other than

Page 68

1  through your attorney?
2   A  Just -- just through my attorney. And, you
3  know, I -- I don't -- I -- I talk to Dell quite a bit,
4  but I -- we haven't talked specifically about any
5  testimony he has given.
6   Q  Okay. And, so, Mr. Elliott, we have no
7  further questions at this time. We may, however, call
8  you again to testify in this investigation. And should
9  this be necessary we will contact you through your
10 attorney. And other than what you've already told us,
11 do you wish to clarify anything or add anything to the
12 statements you've made today.
13  A  No.
14  Q  Okay. And we are off the record at
15 1:29 p.m., on April 8th of 2015.
16       (Whereupon, at 1:29 p.m., the examination was
17 concluded.)
18             * * * * *

Page 69

1             PROOFREADER'S CERTIFICATE
2
3  In the Matter of:   GENAUDIO, INC.
4  Witness:        Michael S. Elliott
5  File Number:    D-03450-A
6  Date:           Wednesday, April 8, 2015
7  Location:       Lake Stevens, WA  98258
8
9       This is to certify that I, Donna S. Raya,
10 (the undersigned), do hereby swear and affirm that the
11 attached proceedings before the U.S. Securities and
12 Exchange Commission were held according to the record
13 and that this is the original, complete, true and
14 accurate transcript that has been compared to the
15 reporting or recording accomplished at the hearing.
16
17 _____    _____
18 (Proofreader's Name)      (Date)

18 (Pages 66 to 69)

Page 69

1              PROOFREADER'S CERTIFICATE

2

3   In the Matter of:   GENAUDIO, INC.
4   Witness:            Michael S. Elliott
5   File Number:        D-03450-A
6   Date:               Wednesday, April 8, 2015
7   Location:           Lake Stevens, WA   98258
8
9           This is to certify that I, Donna S. Raya,
10  (the undersigned), do hereby swear and affirm that the
11  attached proceedings before the U.S. Securities and
12  Exchange Commission were held according to the record
13  and that this is the original, complete, true and
14  accurate transcript that has been compared to the
15  reporting or recording accomplished at the hearing.
16
17  ___Donna A Raya___            ___4/21/15___
18  (Proofreader's Name)          (Date)
19
20
21
22
23
24
25

```
 1                        CERTIFICATE
 2
 3        I,         J.P.         , do hereby certify that
 4   pursuant to the Rules of Civil Procedure, the witness
 5   named herein appeared before me at the time and place
 6   set forth in the caption herein; that at the said
 7   time and place, I reported all testimony adduced and
 8   other oral proceedings had in the foregoing matter;
 9   and that the foregoing transcript pages constitute a
10   full, true and correct record of such testimony
11   adduced and oral proceeding had and of the whole
12   thereof.
13
14        IN WITNESS HEREOF, I have hereunto set my hand
15   this    14th    day of       April       ,  2015 .
16
17
18
19        JP
20   _____
             J.P
21
22
23
24
25
```