# REDACTED

# EXHIBIT 40

**From:** Jim Mattos <​███████████​>
**Sent:** Friday, November 13, 2009 1:21 PM
**To:** Jim Mattos
**Subject:** Re: stock purchase

Hi Linda,

I also need to know more information regarding Tim & Tracey Herdt.

1. Is that the official legal names they want on the stock certificate?
2. What is their email address? This is required so that they can be sent the purchase agreement and proxy voting documents.

Best wishes,
Jim Mattos

Jim W. Mattos
Support Services Manager



GenAudio, Inc.
███████████
Office ███████
Fax (███████
Url: www.astoundsound.net
email: ███████

This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited.

On Nov 13, 2009, at 2:14 PM, Jim Mattos wrote:

Hi Linda,

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA006819

Please call me as soon as possible to clarify. I'm unclear about what you are trying to do. This offer is not being offered as an IRA option and is a cash only option provided that the funds are wired in full by the close of business on Monday, Nov. 15th.

Cell ▮▮▮▮▮▮▮▮▮

Best regards,
Jim Mattos
Support Services Manager

▮▮▮▮▮▮▮▮▮

On Nov 13, 2009, at 2:06 PM, Dean & Linda Eldridge wrote:

Hi Jimmy,

Per our conversation with Derek, we want to purchase more of the Gen Audio stock. Also another friend wants in , Tim & Tracey Herdt want $40K worth.
We want $44K worth. I faxed paper work to Hudson Securities/ Ridge to get $14K rolled over to our Roth to buy stock and we will wire $30K cash on Mon.
Also Angelique from Hudson called me back and said that the Roth Rollover would take 3 to 5 days, so there is a bit of a problem there. Don't know why it takes so long. It's cash in the IRA, no stock to sell. She said she'd get back to me if it could be done any faster.
I'm working on it.
Linda

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.					GA006820