REDACTED

# EXHIBIT 41

**To:** Mike Elliott[
**From:** Rosalinda1
**Sent:** Wed 1/29/2014 4:38:05 PM
**Importance:** Normal
**Subject:** FW: Investment Docs...
Mahabub_DeanLindaEldridgePurchaseandirrevocableproxyagreements.pdf

**From:** Jerry Mahabub [mailto:
**Sent:** Sunday, November 15, 2009 8:35 PM
**To:**
**Cc:** 'Jim Mattos'
**Subject:** re: Investment Docs...

Hi Dean and Linda,

Thank you very much for deciding to invest in my special personal stock sale deal. Between Jim Mattos and myself, we have raised a little over 1MM USD! This should get us where we want to be with a nice revenue generating license deal with a large CE company, or potentially an acquisition of the entire Company (which if acquisition occurs, that may take a bit longer then 3 months, however, it will be easy for us to get any amount of money the Company requires with a letter of intent from the CE company if it goes in this direction).

Attached is one pdf file containing two separate agreements. The first is the actual stock sale agreement, and the second is the irrevocable proxy agreement giving me back my voting rights on the purchased shares.

Please fax the two signature pages (with your signature on them of course) to Jim Mattos at ▓▓▓▓▓▓ by no later then November 16, 2009 by 5pm.

Also, please be sure and initiate the wire for the entire amount you have decided to invest, before the cutoff time (usually 2pm in your time zone) on Monday, November 16, 2009, such that I can verify your wire transfer by the close of business tomorrow. If there is a delay, and for whatever reason you were not able to get the wire transfer completed on time to arrive in my account on Monday, November 15, 2009, please contact Jim Mattos

**Here is my account/wire information:**

**Name on the Account:** Jerry Mahabub

**Financial Institution:** US Bank

**Address:** ███

**Bank Phone Number:** ███

**Account #:** ███2755

**Routing #:** ███0021

Upon confirmation of receiving your investment in my account, I will immediately instruct Jim Devine, our VP Finance, to send out your new stock certificate. The name on the stock certificate will match the name on the agreements in the pdf file.

I am looking forward to getting as much as I can in the event of acquisition, and if it goes down via licensing, then a dividend program for the shareholders and entering the public markets will certainly get the shareholders liquid alongside the advantage of the PE multiple with an IPO.

No matter which way this deal goes down, I am confident it will be win win for the Company and its shareholders.

Have a good evening! :)

Best Wishes,

Jerry Mahabub, Chairman & CEO



GenAudio, Inc.

███

Office: ███
Fax: ███
Mobile: ███
email: ███

SEC-ELLIOTT-E-0002565

URL: http://www.genaudioinc.com

SEC-ELLIOTT-E-0002566