R**EDACTED**

# EXHIBIT 42

**From:** ███ Donaghue ███
**Subject:** FW: GenAudio Update & Business Summary
**Date:** November 13, 2009 at 4:08 PM
**To:** Jim Mattos ███, Margo Donaghue ███

---

**From:** ███ Donaghue
**Sent:** Friday, November 13, 2009 9:34 AM
**To:** ███ Donaghue
**Subject:** RE: GenAudio Update & Business Summary

==Hi Jimmy, thank you for meeting with me and my friends and family the other evening. We are all so very appreciative of your time with us and dedication to Gen Audio. Here is the list of investors. I have 7 brothers and sisters that are very excited about this opportunity.==



| Name | Amount |
|---|---|
| ███ Donaghue | $20,000 |
| ███ Donaghue | 1,000 |
| ███ Donaghue II | 1,000 |
| ███ Donaghue III | 1,500 |
| ███ Donaghue | 1,000 |
| ███ Douglas | 1,000 |
| ███ Marlatt | 2,000 |
| ███ Green | 2,000 |
| ███ Dumont | 2,000 |
| ███ and ███ Monical | 2,000 |
| ███ Burchfield IV | |
| ███ Burchfield | 1,000 |
| ███ and ███ Farrow | $5,000 |
| ███ and ███ Ruane | $5,000 |
| ███ Helvey | 5,000 |
| ███ Graham | 2,500 |
| ███ Mosher Jr. | 1,500 |
| ███ Marvin | 1,000 |
| ███ McCoy | 1,000 |
| ███ Ozoji | 1,000 |

---

**From:** Jim Mattos [mailto:███]
**Sent:** Monday, November 09, 2009 9:45 PM
**To:** Jerry Mahabub; Paul Powers
**Cc:** Jim Devine
**Subject:** GenAudio Update & Business Summary

Dear GenAudio Shareholders:

In an effort to keep our shareholders apprised of the continuing developments and business plan of our Company, please find attached a Business Summary we recently prepared for you.

The Business Summary outlines our current business plans and corporate objectives. In particular, it should be noted that we have successfully optimized the Astound technology so it can be integrated into hand held devices without undue battery life expenditure such that large scale consumer product offering integration is now our principal focus, and we are optimistic that we will have an integration with a large consumer electronics company in the near future.

Our secondary business objective is to continue to develop our Pro Tools plug-ins and to utilize them in large budget theatrical films during 2010.  We have made progress towards this objective by meeting with several prominent film companies, and additional meetings are scheduled. We think this is a natural progression from our success in smaller budget movies and film trailers.

==Finally, we have made our AstoundSound Expander computer product compatible with the new Apple Snow Leopard operating system== and commenced discussions with two high traffic music-centric web based portals for a promotional campaign we think will create a resurgence in downloads beyond the point our previous [Apple.com](Apple.com) website exposure created.  By placing the product offering on high traffic music-centric portals, this should give us the exposure we have been missing, and specifically for the demographic that are music lovers and would really enjoy our ASE product.

Due to capital constraints we have elected to stay focused on these 3 business objectives so our video game SDK imitative is currently on hold, although we will resume this project as soon as funds permit. Also, we elected to not renew the Denver office lease since most of the consumer electronic integration work and theatrical work is being performed at our Los Angeles facilities. Accordingly, the Denver address is now 8200 South Quebec Street, Suite A3250, Centennial, CO. 80112. Our fax and telephone numbers remain the same.

==It should be kept very confidential and nothing is assured yet, but as shareholders you should be aware that there is a strong possibility that the Company may be acquired within the next 6 months in light of our extensive discussions with a global industry leader in consumer electronics.  In anticipation of this possibility, I have personally interviewed several independent valuation specialists and firms.  As of November 6, 2009, I selected a firm and engaged this firm to immediately begin working on this assignment.  Today, the Board of Directors of our Company approved this measure.==

This will not only help us with determining a fair market value for the Company, it will also provide us a breakdown of world-wide exclusivities by market segment and by

field of use.  Although we are not sure what the actual fair market value will be until the report is completed in the next 6 to 8 weeks, the IP valuation methodology will examine each potential market segment and assign a value to each segment, thereby enabling us to maximize the valuation based on revenues from future licensing efforts across each of these market segments.  Even if we are not currently licensing the technology in some of the fields of use that the report will identify, the identification of such potential revenue should enhance the valuation, even if the acquirer chooses not to pursue them and "shelf" the technology instead.

I hope this helps you all to better understand the current state of the Company and how far we have come since the last shareholder update.   I thank you for your continued support of our Company and I will keep you apprised of significant developments as they occur. Please continue to tell people about our Company and directing them to our website at www.genaudioinc.com.

Please feel free to email me with any questions you may have.

Thank you,
Jerry Mahabub
Chairman, President & CEO