# REDACTED

# EXHIBIT 43

| | |
|---|---|
| From: | Jim Mattos |
| Sent: | Wednesday, November 25, 2009 4:00 PM |
| To: | Jim Devine |
| Cc: | Paul Savio |
| Subject: | Fwd: Successfully raised 1MM USD! :) |
| Attachments: | ConsultingRecords_Paul_Savio.xls; Untitled attachment 00118.htm |
| Importance: | High |

Hi Paul,

Please change your distribution list to include Jim Devine and exclude me (Jim Mattos). Jim is in charge of accounting and I'm in charge of tech support.

Regards,
Jim Mattos
Support Services Manager

Begin forwarded message:

**From:**
**Date:** November 25, 2009 1:32:27 PM MST
**To:** "Jerry Mahabub" <jerry@genaudioinc.com>, "Jim Mattos"
**Subject: re: Successfully raised 1MM USD! :)**

Hey Jerry, this is great news! I've attached my consulting records for you (or Jim, or whomever is sorting out money lately).

And I had received two payments from you, listed below:

8/11/2009: Wire Transfer for $3,000.00
9/20/2009: $500 Cash

Thanks again for this great news, I'll keep on pluggin' on the plug-in!
Lemme know if you have any questions.

Paul

I am currently testing the plug-in and have been emailing with Bob, Ian, and Greg to work things out. I found a whole bunch of bugs in the AstoundSoundStereo version, almost none in the mono version. What else can I be doing? I'm up for anything, if you think of anything at all let me know and I'll be glad to work on it.

EXHIBIT 73  PLTF. DEFT.
WITNESS Huber
CONSISTING OF 14 PAGES
DATE 8-12-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.    GA006678

Any idea when you're coming to SF again? Thanks for all your hard work, talk to you soon.

Paul

Hello Team: (I strongly recommend you all read this in full Yes Devine,
you too).

I have very good news for everyone!

1) For the past 5 days, I have successfully sold a rather large portion of
my personal shares, where I keep my voting rights on said shares and holding
my position as the majority shareholder of GenAudio. Jim Mattos brought in
225K, and I have brought in over 750K USD from previous round investors and
some new ones, including people I have recently met. I am figuring out the
actual total amount of money that I have raised on behalf of the Company to
get us to the finish line with what I believe will be the first significant
license deal for GenAudio. The Company is currently in debt over 1MM USD
so
I had to spread the money out very judiciously, and thanks to Paul's help
in
deciphering who gets what, we should have the red carpet to success. As a
direct result, I have gone through the list of creditors with Paul Powers,

2

including all the back-pay that the Company owes to its employees and/or consultants, and I am very happy to let you all know that I will now be once again loaning money to the Company to get all employees and consultants up to 1/2 of the money the Company owes to all of you (depending on many different factors, the most important one being that the dev team continue to pound away day and night on our product offerings and CE integrations), and in addition, I will be paying off over 90% of the creditors so we can avoid any potential legal issues that could arise from some of the creditors that have not been very nice to us lately and threatened legal action. I could not let that happen to the Company being so close to making this happen after pounding hard day and night for the past 20 years. The amount of money that I pay to the Company to pay its creditors, employees, consultants, will be added to the note for the money the company owes to me, and it will be over 1MM USD within the next week, however, being the largest creditor of them all, I will not sue my own Company to pay myself  That would be pretty dumb! :)

2) I will be able to FINALLY finish our very nice Russ Berger designed studio, and construction is expected to commence again in about 10 days. Because the Company did not want to take the risk of signing a lease with Mark Waldrep (owner of the property), I elected to sign the lease, and now officially own that room, will complete the build-out with my own money, and will sub-lease it back to GenAudio and continue to pay the rent for the space personally (have been doing this for the past several months to

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.　　　　GA006680

protect what the Company has put into the room, as the Company came very close to losing all the money we sunk into the build-out of the room, if I had not signed the lease in my name). The good news about this is if we do get acquired, I will most likely form a consulting company after having a ³clean break² from GenAudio, and then most likely enter into a consulting agreement with whoever acquires us, I will own the room to continue to mix with AstoundSound and test plug-ins, and will decide who I want to bring over from GenAudio at that time, of which, there will be NO SHAREHOLDERS in this new consulting company. In addition, I will be forming a post production company with Greg and Brent so I can recoup on expenses that I have personally paid to keep the studio, finish build-out, etc., and to not let GenAudio lose out on everything it has put into the room. This post production company will NOT in a ny way shape or form compete with GenAudio product offerings, rather, just enable me a way to wrap an entity around the studio that I basically own now, and cutting a deal with GenAudio for all the equipment purchases that have been made that will go into the room such that I will personally own everything in that room. Of course, this will be offset against the money the Company owes to me and I will need to take this up at the next board meeting. There is still a big ? With how to handle Sound Meets Vision, and I am personally working with Greg and his counsel to

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.      GA006681

come to amicable terms, and remove GenAudio from the ongoing issues between
Holger and Greg (that is not to be discussed with anyone, and if Holger
tries to call any of you, do not answer his phone calls, and if he calls
from a blocked number and you do answer his call, simply let him know that
you have all been instructed by Jerry to not talk with him about anything,
to call either Jerry's counsel or Greg's counsel). Be very careful of
Holger. He has lost his mind and has already tried to reach out to members
of the dev team, myself, and who knows who else he has tried to call to
gather information. This could get nasty, and I may have no choice but to
sue Holger if he does not comply with my most recent requests...much like
Kevin Wooten of Diesel Games lost his mind, and you all saw where that got
him terminated from working with GenAudio, and the same goes for Holger!
What the hell is wrong people in this world I can take a pretty good stab
at it, and its called ³Greed². I despise greedy people and have no patience
or tolerance to deal with people that suffer from this very bad
characteristic they should put all the greedy bloodsucking people in this
world on an island and nuke it as far as I am concerned (and I probably had
something to do with the tracking systems being used today from back in the
early 90s, so that would be cool).

3) I have recently put together a new strategy to gain leverage for
increasing the upside potential for GenAudio's shareholders. In a nutshell,
the SVP of Engineering for Google is an old friend of mine and we went

5

to school together at RPI (much like Craig Hemenway who is also patent counsel for GenAudio). This relationship has enabled us to be put in touch with the person that actually wrote the software for the media part of the Android OS, and now have Walt working on integrating the Astound version into the new ³Droid² phone. Here is the scoop. We have two HUGE companies, both with very deep pockets, and both very tech oriented companies, however, each of them have a different corporate philosophy. Google is looking to gain market share (as is obvious from their recent deepened relationship with Verizon), and Apple is looking to keep their market share. In order for me to truly have leverage when I talk to Apple in the near future, as we have already started in with some very preliminary discussions with respect to licensing (not acquiring) the technology (I am driving it this way for a good reason, and that is something that I will explain to all of you later.)

So, the big question is Who will pay more, the Company looking to gain market share, Google, or the company looking to maintain market share, Apple...Let¹s find out shall we! This is typically called a ³bidding war² and if I am successful with my strategy, we just might all walk away from this very VERY rich, and that is my #1 drive from waking my eyes to passing out on my keyboard 24 hours a day, 365 days a year I will drive this Company¹s forward direction like a machine and straight to success, and I will need all of you to stand behind me, especially in such a critical stage.

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.  GA006683

4) I have recently hired on a top ranked IP valuation specialist to help the Company better assess the valuation from the intangible assets of the Company (i.e. The technology). I may be calling on each of you to help me with little side projects as I will be working directly with this firm to get this done ASAP, and this will be used as my guide when entering into license negotiations for world-wide exclusivities and.or potential acquisition. To have an independent valuation specialist at this stage in the game is not a matter of want, rather need, and ALL 275 prior license deals that I have successfully negotiated in my past all had valuation reports alongside them as it helps the both the licensee and the licensor to better understand how much money gets paid for different types of deal structures. Although not necessary, as in my role as President and CEO, I can make these calls (especially when I am paying him with my own money that the Company did not have, including some backend pay with my personal shares), I was advised by Paul Powers to get board approval for this, and the board approved the firm I selected at the most recent telephonic board meeting the other day (even though this approval happened after I signed the engagement agreement with the firm's CEO and met with him for lunch in San Diego last week). Usually anything related to sale of Company securities, travel policies, employment manuals, etc is handled by the board. There are some things that only the CEO can REALLY do, and do it right, and selecting

7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.         GA006684

an IP valuation specialist, especially when the CEO is the inventor of the core of all our product offerings, would certainly be my call (just wanted to clarify this for everyone). Realistically, I can not see our valuation coming in anywhere south of 500MM USD, and may potentially come in north of 1B USD. The hard part is justifying the valuation and slicing and dicing the markets up as thinly as possible, but that is not up to us to do that, rather the firm (with my help of course), and the firm has a very strong track record and has an extensive list of clients. I was introduced to the firm from a good friend of mine, who also went to RPI, and since our reconnection, will become my personal investment advisor as he has been working for Merril Lynch for many years. My friend at Merril Lynch gave him the highest order recommendation to me, and after meeting with him, I can tell you that this guy knows his shit inside and out! You can check them out if you like by going to their website at www.inavisis.com  Sam Khoury, the CEO, is who I am dealing with directly and he will personally be doing this study and analysis report, not one of his employees, although, he will be using his entire team (which consist of several physicists, electrical engineers, computer systems engineers, etc.) We have already commenced with the IP disclosure and getting Sam and his team up to speed stage. I expect this report will be completed within the next 8 weeks (most likely around

8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.  GA006685

the second week in January), and should be just in time to enable me and the legal team to nail this deal with confidence, and get as much money as we can.

So, here is the catch. I will need for all of you to no longer bother me for any additional pay and continue to work hard for me, as it is I who will be enabling everyone to have a Christmas in the first place, everyone get caught up with their bills, etc.

The bottom line I am not looking for kudos or ³mad props² or whatever, what I am looking for is that each one of you to write back to me directly (no need to cc everyone else) and tell me that you will continue to work very hard for me if I do this for all of you straight to the finish line (I will need all of you totally focused for at least the next 2 to 3 months, and I will make sure you all get enough money to make it that long in one lump paymen/loan to the Company so Devine can cut checks to pay all of you in accordance with what I stated above and that is happening this coming week and into the following mi amigos/amigas!

As you all may very well be aware, I did not have to do this, nor do I have an obligation to the board of directors, the Company or its shareholders to do this. I did this because I could not stomach watching my employees and

9

consultants go into the Holidays without getting a substantial portion of
their pay knocked down, and the Company failed big time with it's fund
raising efforts (Hudson sucks), so I really had no choice from a moral and
ethical standpoint. Some of you still might not know me very well, and how
I
have run my ship and will continue to run this ship YOU DO NOW, and for
those that do know me and have been with me for a long time now, they will
happily tell you that we have all been here before, and every time, I have
found a way to pull us all above water, and I just did it again for all of
us I see this as one of my job functions as the CEO you all got lucky
because I am an honorable one! :) Let's hope that we never have to go
through this again and I can drive this technology straight into huge
license deals that generate significant revenue, and maximize shareholder
return in doing so and that includes all of you with the Warrants I have
given to all of you that is where you should all see the upside pretty
clearly!

Let's make this happen and thanks to everyone for sticking by my side in
such a rough time. I am here to alleviate some of that pain we have all been
going through, and the pain pills (i.e. $$$) are coming to everyone this
coming week or the following. Unfortunately for me, I will be the only one
that does not get paid any of the back money I am owed (as it is I who is
loaning the money to the Company), but at least all of you get paid, and I
will set aside enough money for myself (since it is my money) to make

10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.    GA006687

sure I can cover my own personal bills as well because I was literally drowning the past few months.

Please don't take this the wrong way, however, if anyone can't manage there money well enough to make it last for a minimum of the next two months, please do not come banging on my door in 30 days, as I will not be able to help. If we sold the Company for 30.00 per share, I just lost in excess of 60MM USD in my personal upside to get 1MM to get us to the finish line and pay all of you a substantial portion of the money the Company owes you right now (pretty obvious I do not suffer from Greed thank god, or I would probably not want to live in such a lame way). I must say that was like a knife going through my heart, but I could not stand it anymore - to see you all working so hard and suffering because the Company failed miserably to raise a single dime under the Hudson offering and me continuing to have to deal with all of you coming at me from every direction at the first sign of 1.00 USD was really stressing the shit out of me, and distracting me from moving this company forward. This does not mean any of you or your leader failed, and I will NEVER fail any of you that you can all count on especially at this stage in the game and being back in the territory I was trained from a very young age to be in Driving state of the art tech into

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.    GA006688

the world and negotiating the deals surrounding these technologies. I will
utilize everyone I need to get this deal done for us, in particular, Paul,
Ben and Craig Hemenway we are getting close to that stage...just have to
get the other contender on board so I can have some leverage, or else, this
deal will be VERY one sided, and I can't let that happen to us after all the
blood sweat and tears that have gone into this for so many years. There
will be no pool cue ramming and I plan on wearing my steel underwear and
providing a rock solid valuation analysis to potential licensees let's them
know we are playing fair ball! No doubt in my mind, they will try and
low-ball us (they actually already tried and my response shoved it right
back in their face), and that is where the valuation report protects us in
many more ways then one. They know they want the tech, or they would not
have wasted this much time with us, so they can posture all they want to,
in
the end, I will get what this tech is worth! Not to boast about myself,
however, Mr. Jobs has never been in the same room with someone like me I
can promise you that, and I am very VERY clever, lightning fast and razor
sharp at the table...This is going to be interesting.

It's nice to catch a big breath, but make sure you catch a really big
breath, because we are about to embark on what might be the most intensive
next three months this Company has ever experienced since I formed it back
in May 2003. Just knowing that my team is working hard and not bugging me

12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.　　　　　GA006689

every day for money will clear my pathway to fully focus on the positve forward direction of the Company, and when I am 100% focused on this, things
will happen mark my words!

I am 100% confident we WILL (I can see Ben Huber cringing right now) make
it
now and I have done everything I can to ensure our success. It is now up to
all of you to continue to stay focused on your tasks and work hard, and we
may ALL be in Costa Rica on my (hopeful) 120' yacht next year at this time
for a GenAudio Reunion Christmas Celebration, with "Jerry Style" as the main
theme with Devine's famous Margaritas! LOL ;)

Please let me know if any of you have any questions. Oh yes, "Get back to
work!" LOL

Best Wishes,

Jerry Mahabub, Chairman & CEO



GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

Office: ▇▇▇▇▇▇
Fax: ▇▇▇▇▇▇
Mobile: ▇▇▇▇▇▇
email: jerry@genaudioinc.com

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.      GA006690

URL: http://www.genaudioinc.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.    GA006691