REDACTED

# EXHIBIT 44

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Michael Hailey" <​███​>
Cc: "Victor Tiscareno" <​███​>
Bcc:
Date: 12/22/2009 11:30:52 pm
Subject: Re: Checking in, moving forward, etc...
Attachments:

---

Hi Michael,

Hope all is well and you are somewhere on a beach enjoying the Holidays (or perhaps skiing)! :)

Nothing frustrating on the timing. I completely understand the big company approach, and have been a Sr. Manager for a couple large companies in my past (been on both sides of the fence). I am shocked things have moved as fast as they have with Apple to be honest.

I would imagine that with the Holidays, then having to gear up for the product rollout for MacWorld, that most likely we may lose about 30 to 45 days on this project? Hopefully after things settle down just a bit post MacWorld, we can get back to it. I just don't want to see us lose our forward momentum, and it sounds like that is not going to happen given your email below.

Let me know if I can do anything during this "cooling our heels" stage. I am sure that once you get execs to green light the tech integration, that it will move a bit faster form that point.

If you have any idea as to when the exec buy-in might take place, that would help me out (a ball park figure, such as within 90 days, within 180 days, within the year, etc.). Perhaps you really have no idea as to when this will take place, and no worries if you do not, just let me know that you have no idea, so I can ease my staff's mind – they are very happy about the opportunity to work with Apple, and so am I. :) Much like Apple's Execs (although on a much smaller scale), I too have middle Sr. Management and middle management and I get asked at least once a day how things are progressing by my development staff. They just want to see that all of our hard work is going somewhere.

By the way, it is looking like the first world-wide theatrical release in AstoundSurround will be the new "Nightmare on Elm Street". We just went through a huge professional audio mix test at their dub stage facility in Burbank this past Friday (dub stage 5 to be particular), and the Sr. VP Post Production for Warner was blown away and wants to ink the deal. Of course, this should not affect any business for Apple and GenAudio inking a licensing deal in the future as we are talking about two completely separate segments, and I do not believe Apple is in the business of making films (although I do love the TV commercials)! LOL The good news is that the home theater distribution side of motion pictures mixed in AstoundSurround will carry through the LTRT fold-down process, thus the two channel on the DVD will exactly emulate the 5.1 discrete mix with added depth and elevation perception, however, only requiring any two speakers. This will include the digital download that Apple would sell on iTunes to their customers that d-load film titles from the iTunes store.

This will not affect the stereo in stereo out implementation. The sti/sto is meant for all content that has not been processed in Astound to yield a significantly better audio experience (as you already know we do that). However, the most accurate form of Astound is applied during mixing for new media content. For all new media content that iTunes is selling that has been mixed in Astound, it will let the "AstoundStereo Processor" know to turn off thus eliminating double processing (I am sure this was a concern of yours and Vic). Not to worry, we have that covered, and the way we do it is patented both US and Foreign, so no worries there either.

Let me know if you have any questions.

EXHIBIT 208
WITNESS Mahabub
CONSISTING OF 9 PAGES
DATE 1/19/17
BEHMKE REPORTING AND VIDEO SERVICES, INC.

PLTF.
DEFT.

SEC-TiscarenoV-E-0000946

We are here for you, Vic, and Apple in general 24/7 if you need anything (including Holidays). We never stop working.

Warmest wishes to you and your family for the Holidays!

-Jerry

On 12/16/09 1:54 PM, "Michael Hailey" <​███████████​> wrote:

> Hi Jerry
>
> Thanks for your dissertation! And apologies for the delay in responding.
>
> As you know, we are interested in your technology because we are looking for solutions that will provide our customers with the best sounding products across all of our lines of business. Needless to say, this is a big task and unfortunately, in a big company, takes lots of time and coordinated effort. ==We're making progress and building our story, but this is not something we can execute overnight.== ==The business side of things would come into play after we have exec buy-in on the product side.==
>
> I am sure we will continue to be in contact as things progress on our end. I just don't want you to get frustrated by the lack of apparent progress (or the pace thereof).
>
> Merry Christmas!
>
> Michael
>
> On Nov 28, 2009, at 12:09 PM, Jerry Mahabub wrote:
>
>> Hi Vic and Michael: *(Its a rather long "thesis" style email...lots of things to cover and a few questions throughout the email. This is basically my mind download for both of your to review as of today, so please take your time to read through it and I will not expect to see any answers to my questions for at least a week or two!)*
>>
>> Hope you both had a Happy Turkey Day! Vic, we are still working on the ASE for Snow Leopard update...something in the 10.6.2 update that broke us for our ASE product offering (see the most recent email I cc'd you on to Ron), and it is all pointing to that same issue we have always had with previous versions, except only worse with the 10.6.2 update! We should have a solution very soon, and hopefully Ron can help out with this issue.
>>
>> It has been a pleasure to work with the two of you and Ron thus far, and I want you to know how much I very much so appreciate everything you have all done for me and helping my company to get to this point! :) This past week we have been cooling our heels just a bit, and that enabled me to dig in a bit deeper into what the world is up to in terms of offering products with "alleged" enhanced audio listening experience technologies and start to prepare on our end for the business side of the deal between Apple and GenAudio (please read below).
>>
>> I have been thinking a lot about where we are right now, what needs to be done, and what some of the competitors to both Apple and GenAudio product offerings are doing out there, so we can slaughter them lightning fast and with ease.

Having said that, the following is not a sales pitch, rather meant for the purpose to inform you both that other Companies are licensing inferior tech to try and differentiate their products when it comes to audio playback on a handheld phone/portable media player device...

I just saw a commercial on TV with the new LG phone featuring "Dolby Mobile" (perhaps you have seen the commercial as well). I then checked out the Dolby Mobile demo online, **and it sounded pretty bad**, especially when compared to AstoundSound. Without bashing them too heavily, too much EQ, very comb filtering sounding, smeared center channel imaging that messes with the artists vocals in a negative way, goes out of phase on my phase meter (a big BAD in my books and I am sure yours as well), among quite a few other things. This is what we have spent the past two decades of non-stop hard-core R&D to figure out, while these other companies were commercializing inferior tech making money, we were putting in the blood sweat and tears (and lots of money) to bring a real 3D audio technology to the world that actually works - and this is why many professional audio engineers mixing films are going with AstoundSound over everyone else's 3D audio solutions to be used during mixing. Already for 2010 we have 5 (expected to go to between 10 and 15) theatrical and home theater film title releases (all with 50MM+ budgets), 3 future AAA video game title releases (the real-time implementation of AstoundSound, e.g. OpenAL/AstoundNode), 10 (expected to be between 20 and 30) new upcoming albums from platinum artists in various genres, 2 very popular TV shows, and hopefully the super bowl spots for Anheuser Busch (yet to be determined) among other ad agencies looking to make their commercials pop and stand out from the rest, without having to crank the volume as many TV ads do today! Indeed, AstoundSound has finally taken root, and the world is about to find out rather quickly who we are and what we do.

You can check out the Dolby Mobile demo online by going to the following:

http://www.dolby.com/consumer/experience/demos/dolby-mobile.html

It is pretty rare for a giant multi-billion dollar public company (Dolby) to be inferior when put up against a smaller sized private company (that being GenAudio) when it comes down to the technology/IP side (the key is getting the right patents filed at the right time both US and Foreign, as the filing date means A LOT, and I am sure Apple is all too familiar with)...Just goes to show you that true state of the art and innovative technology is still needed and a vital part of making the world a better place, and that is what GenAudio has to offer - and our licensees are protected with our very defensible patent filings. All of our foreign filings are in Japan, China and all of Europe. International filing get very expensive very fast (as both of you probably know more then myself)!

We have been very fortunate to be able to develop revolutionary audio technology and remain "under the radar" for over two decades, and prepare many product offerings for commercialization concurrently – and the flood gates are about to open. This has been my overall integrated technical and business strategy all along – to drive multiple deep meteor impacts of the technology onto the world such that the wake that is created with each contemporaneous impact will be felt by everyone everywhere in a way that no competitor could recover from (like we say on the ski hill...go big or go home) – A large CE company partnership creating one of the largest deep meteor impacts for the technology, and of course, I had my sights set on Apple being our partner in this space for many years – being that I have been an Apple fanatic since my first Apple IIe computer when I was 12 years old, and have been ever since!). Not to mention my entire dev team are all Mac based developers, and have been for many years! And it has been a very long and intense uphill

SEC-TiscarenoV-E-0000948

battle since 1988 when I first started conducting the core R&D by modeling how the brain processes audio information using a 10T superconducting magnet performing fMRI measurements and very rigorous numerical analysis coupled with computational physics based modeling. Not the typical way an audio engineer or acoustician goes about things and hence the reason why we work when all others do not! LOL

   Speaking of which, I would imagine one of the next steps will be for your IP/Legal staff to look at our patents (we have both US and Foreign filings - do not know anyone at Dolby that modeled the brain and how it perceives audio using MRI, or for that matter anywhere else in the world)! Also, Craig Hemenway, who is my patent counsel, is also an outsource patent counsel for Apple (I think we discussed this already). I talked to Craig about this, and he is willing to sign a conflict of interest waiver (he says this should not be a problem) so we can move forward with the IP side and help Apple to feel comfortable that our tech is truly unique and the patents are defensible, and that should lead us to come to amicable terms for a deal structure between GenAudio and Apple. Just waiting for the green light from the two of you to move to the next level, and who I talk to about the business side (perhaps it is both of you?)...Craig knows many of the internal IP/legal staff at Apple, and has not said a word to anyone until you give me the green light for him to move forward.

   I can't wait to see (or better stated "listen to") Apple's products using AstoundSound and instantaneously disintegrating any competitors trying to create a better listening experience for their end-users such as LG with Dolby Mobile, and others that have partnered with inferior tech such as Samsung (although not using the Dolby Mobile). LG went with "black and white" and when compared to Apple who will be going with "HD Color" yet still providing the same or even better value add to the consumer, there is no question Apple will have the best listening experience and win. In today's world, a company can't afford to be offering inferior tech, especially when it is as blatant as the difference between black and white TV and HD Color TV. Apple has already revolutionized accessibility for the consumer (iTunes), incredible portable media storage and ease of use for the consumer (iPod/iPhone and for that matter all of its product offerings), and now, with AstoundSound, it will revolutionize how the consumer actually listens to audio, especially on portable media devices, yet maintain what the original mix was intended to sound like – Now that is technology, and believe me, I know it because it took a very long time for my team and I to develop it in its current state with our highly optimized backend DSP so it works on portable devices in the first place with negligible impact on battery life and is transparent to the consumer. A lot of "black magic" to make this happen.

   **Just thought the two of you might want to know that other "smart phone/portable media player device companies" are trying to enhance their audio for their customers, and no doubt, none of them will even come close to touching what AstoundSound can and will do for iPod and iPhone among other product offerings from Apple!**

It will be interesting to see what Nokia/Symbian and Google/Android based phones choose in the future to compete and provide a better audio experience for smartphones/portable media devices - seems to be catching on and we should strike while the iron is hot! It is obvious that Google is looking to gain market share from their deepened ties with Verizon (I recently read about this in the WSJ and they specifically called out that they were trying to gain on iPhone market share)...They will NEVER catch iPhone and iPod IMO, especially as Apple continues to advance technology either with its own internal tech dev efforts or external tech from outside companies (e.g. GenAudio's AstoundSound). I know that Apple will have this nailed with respect to providing for the best audio experience possible, and it is highly unlikely it will be leapfrogged for many years to come (at least half the life of our patents IMO given current tech trends in this space – meaning about 10 years), and if it

ever gets leapfrogged, it will most likely be by GenAudio anyway as we continue to improve the technology and the listening experience for consumers and file new patents. By the time a company could even think to start the R&D necessary to do what we have done, we would have already exploded AstoundSound into the world in every way shape and form with our partners across the entire entertaiment industry spectrum. The day for AstoundSound to become a professional audio industry "gold standard" is not that far away.

**We are very VERY happy to have Apple on our side from the CE part of the equation, and we hope that Apple becomes happy with us once the deal is inked and the initial products from Apple incorporating AstoundSound (either as an update or a new product offering) are brought to market. We will be there for you (and then some) for as long as you require and will continue to develop the technology to keep Apple and its audio technology being used on top of everyone else – where it belongs.**

We actually have a new patent filing coming up within the next 90 days – primarily affects the professional audio realm of the mono-in stereo-out implementation, not the stereo-in stereo-out implementation that Apple is primarily interested in at the moment for CE integration! :) As you all know, even an audio mix that goes into the public domain, whether film, music, video game, whatever, if something releases using new technology that we have developed (including the final output from the mechanism that created it), we violate our US and Foreign filing rights forever, so we have been EXTREMELY methodical with what technology is being used by the pros (and by whom) and what is released into the world. The new implementation of AstoundSoundPRO is amazing, and after my dev team and I file the new patent, I will be able to discuss it with you (and demo). Until we file the new patent, unfortunately, I can't disclose anything about it, even under an NDA (I am sure you both already know this).

**Again, this new patent filing does not affect our ability to move forward in any way whatsoever on the Mac side or iPod/iPhone side of things using the stereo in stereo out implementation of AstoundSound.**

The interesting thing is that obviously consumers are demanding a better mobile audio experience for their entertainment media content, and this is evident not only from our own internal tech support calls. These other companies are licensing inferior technology to enable a better audio experience (although we believe it degrades the audio experience when compared to AstoundSound, and these other companies have yet to even know of our existence) and that is one of the main reasons why I believe we will be able to give the world a big surprise when they actually listen to their audio and not compromise degradation for certain audio properties for enhancements in others. Although all of these other technologies do this, AstoundSound does not, and only provides the enhancement, without compromising any of the other audio properties. For this, we truly are unique and stand out from the rest, including the Dolby Mobile technology, which to be frank, I am shocked they would put their name on such bad tech – They must have done this to try and gain market share and generate revenues in anticipation of a superior technology coming in quick – AstoundSound, and they do know of our existence, and the Executive Chairman of Dolby has been trying to setup a meeting with me for quite some time, and I will continue to make evasive maneuvers without having him throw up the red flag in his mind. Indeed, an interesting position to be in. The least said is the best said!

With hundreds of thousands of tech support emails and calls for our ASE software, over 95% of them always ask us when they can get this for their iPod or iPhone. Being that we are under an NDA with Apple, we have no choice but to say, "Unfortunately, Apple does

not allow for us to do that with their current development tools". They are all going to be in for a big surprise in the future and the viral/buzz nature of AstoundSound (or whatever Apple decides to call it for your product offerings) is sure to make it easy for Apple to see the upside with respect to shareholder value/return, which is the bottom line for any deal when the CEO and Sr. Management team look at this.

**"How does AstoundSound increase Apple's shareholder value and for how long?" is the bottom line and the big question I believe Steve and his Sr. Management team will ask...And I have a pretty good answer for them! :)**

My objective is to work out a win win deal such that both Apple's and GenAudio's shareholders see the upside on both sides of the fence. Obviously, Apple has MANY things in its quiver to do this for it's shareholders aside from AstoundSound, and AstoundSound is simply an additional "upside catalyst" to put in Apple's quiver. This should not be hard to accomplish (as I have successfully negotiated 275 license deals with other technologies I have either developed or been involved with in my past - sometimes sitting on the big fish's side of the fence, while others on the small fish's side – all of them creating a win win deal!). You both know that it takes a while to work out the details of an agreement (some deals have taken longer then a year...and hopefully not this one!). It is pretty obvious who the big fish is here (Apple), and who the small fish is (GenAudio)! The good thing is that I believe the big fish (Apple) likes the way the small fish (GenAudio) is rapidly growing, is a brand new species it has never before come across with innovative technology, likes the little fish's colors and what the technology can do, the little fish helps to nourish the big fish's reef (which has an abundance of life-forms/product offerings), etc. The small fish (that being us) absolutely loves the big fish (for many years has been following the big fish) and FULLY recognizes that partnering with other big fish in the ocean, for particular fields of use, would not be near as advantageous for the little fish's growth strategy, and Apple is the only Big Fish where our technology fits so perfectly well into many of the big fish's product offerings as we are ALL hard core Apple developers and huge fans of everything Apple does and stands for (obviously for Theatrical Film Title releases, Apple is not in this space from a motion picture studio perspective, although, Steve is the largest shareholder of Disney, so he may want the rights to generate earnings from the licensing of AstoundSound on the pro audio side of things for Apple, while gaining the benefit of the upside from the Disney side for film title releases...I don't know the answer to this as Apple and Disney are two completely separate companies.) The key for any successful deal is that both fish, no matter their size, play fair ball and realize realistically what each one is doing for the other, as this will open the pathway for how we structure the deal (non-exclusive/exclusive carve-outs, acquisition, etc.).

**We are willing and open to doing a deal however Apple wants to move forward! :)**

In the event of acquisition or licensing (although looking at Apple's acquisition history, I am not sure if this is the way Apple will want to go), I have recently hired on an independent IP Valuation Specialist to conduct such an analysis with respect to AstoundSound such that both Apple and GenAudio can better understand the various implementations and fields of use for the technology, and take a realistic stab at net present value (NPV) for GenAudio with a clean, unbiased, and methodical approach. The firm will approach the IP valuation analysis as if another company has hired them on to look at the technology, and assess the patents and all the patents that might be similar to our filings (as this is where IP valuations can lose there ground quickly or hold their ground), carve out the market segments, among many other factors such that all the revenue generating streams associated with the technology are displayed in an easy to understand and justifiable approach. The good thing is that this will also break down and

slice and dice up the market segments very clearly, so if Apple wants to choose from the "buffet" of worldwide exclusivities, the list will make this quite easy and have everything broken down – like ordering food at a restaurant, without the belly ache after over eating (as I did for Turkey day)!

**Of course, just because the valuation analysis says that the "value" of the tech for a particular field of use (for the life of the patent) is X dollars, does not mean that will be the "price" Apple pays, and 99.99% of the time in any deal I have done in my past, it most certainly has not been (as the "value" takes into consideration the total market size for each market slice/segment for the life of the patent, not just the market share of the Company looking to license the technology specific to their product offerings for a defined amount of time).**

**The price is what Apple and GenAudio agree to**, and the terms of the agreement affect the price (field of use and how narrow the field of use language is, exclusive or non-exclusive, what carve-outs does Apple want and for how long, revenue model(s), etc.). Ultimately, the valuation analysis and report is there to help Apple and other companies interested in licensing AstoundSound for particular fields of use, better understand the technology, and identify risks to be taken into consideration when determining the price. In the past, I have seen both the smaller fish come in with the independent valuation analysis, and sometimes the Big Fish would request the report and pay for it. I decided to take that burden on my shoulders and get this going now, so we can be ready to get this deal done as it will take at least 45 to 60 days to get the report in a state ready for Apple's review (and I do not think that we will be signing a deal within this time frame, although, I could be wrong). As with any valuation analysis (IP, cash flow, etc.), with new IP filings, new licenses in other fields of use, it is a living breathing document, and nothing is ever set in stone!

**The IP valuation analysis will definitely do both of us more good then harm to have this completed so we can streamline the license or acquisition negotiation process. If all companies would do this every time, the world most likely have many more deals completed then not as it puts most, if not all the cards, on the table so there is no confusion for both the licensee and the licensor.**

In the event of acquisition, the report helps to identify all the various revenue generating streams the technology is capable of bringing in today and in the future (or already has started to bring in), as this helps the Company looking to acquire, decipher whether or not it wants to generate revenues in fields of use outside their normal course of business in an effort to increase shareholder value, as these need to be taken into consideration, especially for acquisition. Sometimes, companies will decide to acquire and "shelf" the technology from these other revenue generating licenses, and that is at the sole discretion of the company looking to acquire us, however, they need to be taken into consideration when determining NPV or we did not adequately do our job and let the other Company know what the technology is truly capable of doing.

Although there is a bit of a hold-up on the Mac side of things due to an issue with the latest API we received from Ron (Ron is still trying to figure out the issue I believe), will this delay our ability to figure out the business side on the iPod/iPhone side? In other words, are you looking for all three to enter the market using AstoundSound contemporaneously/simultaneously, or can Apple release products with Astound integrated with a consecutive product rollout approach (i.e. First iPod/iPhone, then Macs, etc.)? Perhaps you have not yet figured this part out...

SEC-TiscarenoV-E-0000952

   I completely understand with the Holidays and MacWorld coming up, there might be a delay in getting this deal inked. Not to worry, we have plenty of other things on our plates as well with upcoming theatrical film title releases using AstoundSound with our professional audio tools and plug-ins, among many other things, however, I do not want us to lose our momentum to get this done as both Vic and I have worked very hard to get the technology into a state that is for the most part ready to integrate with minimal code/dev efforts (the backend processing is about as optimized and tight as it gets).

   There is potential to have this ready to go for MacWorld for iPod/iPhone, however, that is a question for Michael to determine, and we may be too late for this as I am sure Apple will conduct rather extensive testing before releasing anything. If not MacWorld, then no doubt for WWDC 2010 – and by that time, Apple may have chosen to license one of the mono-in stereo out implementations, in particular, for video games! :) As stereo in stereo out works great for Films, Music, and Games, there is a much better way to apply a more sophisticated implementation of the technology via OpenAL for the games side only. This gaming implementation would most likely be integrated right into the SDK for iPod and iPhone game developers and would not take much time to get it completed and ready to go because we already have it fully functional and working on the Mac side.

It's like we are reversed on "ready to go status" with respect to various implementations of AstoundSound for each division. On the Mac side, the OpenAL/Gaming AstoundSound implementation is ready to be completed/integrated, however, the Stereo Expansion implementation of AstoundSound is still underway. On the iPod/iPhone side, the stereo expansion implementation of AstoundSound is ready to be completed/integrated, however, the OpenAL/Gaming implementation still needs to be worked on (and remember, the stereo in stereo out implementation works for gaming as well, just not quite the same level of tech wow factor for gaming as the OpenAL implementation enables). Without having the support we need from iPod/iPhone to complete the OpenAL side, this would be the only thing left to tackle, as we have support from Ron on the Mac side for the stereo in stereo out expander implementation.

**Perhaps while we are waiting for Ron to get back to us and figure out the issue with the new API he sent to us, we could be working on OpenAL/Gaming side for iPod/iPhone? We would, of course, need special API(s) to get this done that are not in the SDK and most likely will never be.**

   Although we were able to get expander to work by developing a nice demo application without any support from Apple on the software dev side (even though the SDK did not support this kind of work), that will definitely not be the case for the OpenAL side (we have no way to do this). Then, we could have everything ready for integration and testing concurrently, which seems to be the direction Apple wants to go in from a product rollout perspective...What are your thoughts on this? We would be very happy to see the gaming side of AstoundSound fully functional and ready for game developers to utilize. This would be HUGE and the impact/wow factor is 100x that of expander IMO, hence the reason why three major game dev houses are looking to license the right to use AstoundTools (our Audio Engine that competes with WWISE and FMOD) on some of their upcoming expected AAA title console based games. To have this level of AstoundSound in a portbale gaming console (iPod/iPhone) is a complete revolution to game play and carries more weight IMO then on the major console side. The difference is that for iPod and iPhone, every game that decides to use OpenAL on the deivce will simply work in AstoundSound and in Real-time. For the other consoles (PS3, XBOX360, and Wii), although a very VERY big industry (and rapidly growing) with huge revenues to be generated for licensing AstoundTools, it is much more development intensive for us and them - And I KNOW we can do this on the

iPod/iPhone side with some support from Apple and get the same if not even bigger BANG — this might be right up Barry's alley?

In a nutshell, if Apple is looking at a product rollout strategy for AstoundSound integrated in various ways (stereo in stereo out for music and movies, and OpenAL/AstoundNode for gaming for both Mac and iPod/iPhone) for WWDC 2010, we can nail all of these and enable Apple to really blow this up in the world.  I believe it will create for both of us an even deeper meteor impact, especially given the recent and rapid market share increase from Apple on the portable gaming side, thereby the potential to see an increase in Apple's shareholder value even more...

If either of you need me for anything anytime and/or need me to visit you in Cupertino, just let me know and I will be there (if possible, try to give me at least 24 hours notice).

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0000954