Rᴇᴅᴀᴄᴛᴇᴅ

# EXHIBIT 46

**From:** Jerry Mahabub jerry@genaudioinc.com
**Subject:** FW: Swap Michael's device reminder...
**Date:** February 12, 2010 at 1:29 PM
**To:** Walt GenAudio, Gary Smith, Greg Morgenstein, Brent Kaviar, Jim Mattos, Melissa Gonzales, Jim Devine, Paul Powers, Bagwell Stephen B., Ian Eslen, Bob Coover, Paul Savio, Recy A Pilloud, Stephan M. Bernsee

Hello GenAudio Team: (Important – Read entire email chain...Walt – That means scroll to the bottom after reading this email)

The response (to my email) below from Vic is promising. ==Great meeting with Phil Schiller yesterday.== As I anticipated and already discussed with Walt, Ian, Bob, and Paul at my room here in SF yesterday, ==it looks like Christmas rollout is the new target for Astound release in Apple products.== Phil again stated, "As I told you in the beginning Jerry, All or nothing". Of course, my reply was, "Great! The more products you integrate into, the more money my company makes, so we have no issues with being patient while you figure things out with your team.".

==He also requested to see a copy of the valuation report ASAP.== He understands that the "value" of the tech within particular market applications does not reflect the "price" Apple will have to pay for world-wide exclusive licensing for the life of the patent with field of use limitations related to specific Apple product offerings. I think I have them convinced on the licensing route, although, ==as he stated, "That will be up to Steve. We can all hope for the best and I want you to understand that Steve has the final say".== I of course said, "That is for the most part how I run my ship as well, so I understand.".

Overall, the meeting went very well, and ==Apple is still very interested in licensing Astound for their products.== I have done several tech licenses in my past where it took over a year, and we have been working with Apple (since the time that I re-kindled the relationship) for 7 months. So, another 3 to 5 months puts us right in the 1 year target...Very typical for big license deals, especially tech integration, so do not feel as if we are getting blown off by them in any way. I assure you all that this is typical Modus Operandi...

Lastly, looks like Vic is trying to get me a one on one with Sina Tamaddon at my room here in SF (just got off the phone with Vic). That would be great! Two Sr. VPs of Apple in two days! Not bad for a Colorado startup CEO, eh?

Best Wishes,

-Jerry

------ Forwarded Message
**From:** Victor Tiscareno
**Date:** Fri, 12 Feb 2010 11:50:58 -0800
**To:** Jerry Mahabub
**Subject:** Re: Swap Michael's device reminder...

Hi Jerry,

Thanks for the heads up ==and good to see you too.== I know it is frustrating playing the hurry up and wait

EXHIBIT 26  PLTF / DEFT.
WITNESS Mattos
CONSISTING OF 3 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.



GOVERNMENT EXHIBIT 2/5/15 69 JM D-03450

==game. Believe me, it frustrates us too.==
==Michael and I want to make sure that we have no hang-ups when we push this to the top, and we are both confident that we can get this ok'd by the big man if we play our cards right.==
Have you given any thought to the new iPad ==from our discussion yesterday==? The SDK is available, it would **REALLY** be interesting on this platform for gaming ==with the OpenAL implementation, including the project Phil discussed for Christmas product rollout with you.== ==There are== no units are available to anyone until we release it, however, the SDK has a built in console so you should be able to check out that way.
==I may be able== to get you and Sina together tomorrow during MacWorld so you can update him as well. ==Will you be around SF still?==

==Call me any time.==

Vic

On Feb 12, 2010, at 11:15 AM, Jerry Mahabub wrote:

> Hi Michael and Vic,
>
> Great to see you both yesterday again, and much appreciated you disclosing to me the more realistic timeline. This will help me to determine the forward direction of GenAudio over the next 3 to 6 months. Of course, if anything changes, and the timeline is compressed/shortened, please inform me ASAP about this as Apple takes priority over everything else we are doing, including our business dealings with Warner Brothers among many others. We truly love Apple and will be there for you at the drop of a dime anytime any day.
>
> Just a quick reminder to Vic to swap the device Michael has with one of the two devices that Vic has.
>
> **Michael** – I forgot to load all the other demos (sync with iTunes) on your device yesterday that Vic delivered to you.
>
> The other two devices are loaded with all the demos and the app.
>
> **Vic** – If possible, send me the device Michael currently has (the one without all the current demos loaded), and I will load them on the device, and send it back to you.
>
> Please send it to the following address for a Tuesday delivery (no signature required):
>
> Jerry Mahabub
> 
>
> **Ron** - On another topic, we noticed the performance of our processing went slightly down

when we compiled the same exact code under the new 3.1.3 update for the deivce, however, when we rolled back and compiled in release mode using the 3.1.2 target, it still exhibited the same performance loss (and it is rather minimal, although, it would be nice to know what happened.). My guesstimate is that it has something to do with the new version of XCODE with the new GCC compiler. Perhaps there is some setting within the new version of XCODE that we are missing to get us back to the performance that we were running the app on the device at? Essentially, the app was running just below 5% on the iPod Touch 2G. Now, it is running just above 8%...This is very VERY strange. Again, our code has not changed. Only the revision of the OS installed on the device and the version of XCODE and GCC have changed. So, it is one or some combination of both that is causing the processor expenditure increase. Let me know if you have any clues.

Have a great weekend! :)

Best Wishes,

-Jerry


------ End of Forwarded Message

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS                    JM000380