# REDACTED

# EXHIBIT 47

From:
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc:
Bcc:
Date: 02/12/2010 02:50:58 pm
Subject: Re: Swap Michael's device reminder...
Attachments:

Hi Jerry,

Thanks for the heads up.
Have you given any thought to the new iPad?
The SDK is available, it would REALLY be interest on this platform for gaming.
No units are available to anyone until we release it, however, the SDK has a built in console so you should be able to check out that way

Vic

Victor Tiscareno
iPod Audio/Acoustics
cell

EXHIBIT 27
WITNESS Mattos
CONSISTING OF 2 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

On Feb 12, 2010, at 11:15 AM, Jerry Mahabub wrote:

Hi Michael and Vic,

Great to see you both yesterday again, and much appreciated you disclosing to me the more realistic timeline. This will help me to determine the forward direction of GenAudio over the next 3 to 6 months. Of course, if anything changes, and the timeline is compressed/shortened, please inform me ASAP about this as Apple takes priority over everything else we are doing, including our business dealings with Warner Brothers among many others. We truly love Apple and will be there for you at the drop of a dime anytime any day.

Just a quick reminder to Vic to swap the device Michael has with one of the two devices that Vic has.

Michael – I forgot to load all the other demos (sync with iTunes) on your device yesterday that Vic delivered to you.

The other two devices are loaded with all the demos and the app.

Vic – If possible, send me the device Michael currently has (the one without all the current demos loaded), and I will load them on the device, and send it back to you.

Please send it to the following address for a Tuesday delivery (no signature required):

Jerry Mahabub



EXHIBIT
125
DEPONENT NAME: Tiscareno
DATE: 4/29/15

SEC-TiscarenoV-E-0000992



Ron - On another topic, we noticed the performance of our processing went slightly down when we compiled the same exact code under the new 3.1.3 update for the deivce, however, when we rolled back and compiled in release mode using the 3.1.2 target, it still exhibited the same performance loss (and it is rather minimal, although, it would be nice to know what happened.). My guesstimate is that it has something to do with the new version of XCODE with the new GCC compiler. Perhaps there is some setting within the new version of XCODE that we are missing to get us back to the performance that we were running the app on the device at? Essentially, the app was running just below 5% on the iPod Touch 2G. Now, it is running just above 8%...This is very VERY strange. Again, our code has not changed. Only the revision of the OS installed on the device and the version of XCODE and GCC have changed. So, it is one or some combination of both that is causing the processor expenditure increase. Let me know if you have any clues.

Have a great weekend! :)

Best Wishes,

-Jerry