**REDACTED**

# EXHIBIT 50

From: Jerry Mahabub
Subject: Re: 50K raised already! 75K of 125K left to go...
Date: March 12, 2010 at 2:09 PM
To: Jerry Mahabub

**As a reminder, today is the last day that I can offer my personal shares at 0.50 per share (or for that matter at any price per share), as the Company offering goes live on Monday.**

Thus far, there are still 100K shares left to sell of the 250K shares (or 50K USD of the 125K USD) still needed to be raised and this will complete this effort. Within the past day, 75K USD has already been transferred into my account, and I am still just a bit short for completion of the studio facility.

Although I will not need the wire transfer by today (according to corporate counsel), I will need to send out the agreements (stock sale and irrevocable proxy) and you will need to sign and fax back to Jim Mattos by no later then Monday morning. Any emails I receive on Monday asking to receive docs for an investment under this last personal stock sale deal, will have to be rejected, and at that point you will be able to invest at the 3.00 USD per share strike price under the new PPM.

Lastly, if you do decide at the last minute over the weekend, and I send you docs by Sunday, that is good as well, provided the wire is received by no later then Wednesday of this coming week in accordance with the acceptable "grace period" with a new offering being on the table as of this coming Monday.

I am more almost 3/4 of way there and I do hope I complete this in full with the rest of you who are still sitting on the fence...We have come this far and it's time to nail the professional audio side of our licensing efforts – We do, however, require the use of a professional studio facility to do that on a daily basis, and it is WAY too expensive to pay 30K+/month to rent space from elsewhere, not to mention I am already 1.2MM into this build-out.

Have a great weekend! :)

Best Wishes,

-Jerry

On 3/11/10 12:12 PM, "Jerry Mahabub" > wrote:



GOVERNMENT EXHIBIT
2/5/15 60
D-03450

> Hello again! :)
>
> Within one hour of sending out the email with the valuation report attached last night, I received investments totaling 50K USD. This leaves 75K USD left for grabs for a total of 150K shares leftover, and I really need to get this completed by tomorrow. The studio facility is incredible, and we have much work to be completed immediately upon completion of the studio facility.
>
> I also talked with our corporate counsel, and he stated to me that as long as the investment docs are signed and dated by tomorrow, that the actual money transfer could

be done sometime by early next week, as long as I am not actively soliciting investors with a 0.50 USD per share deal while the company is raising money at 3.00 USD, which starts on March 15, 2010. I believe there is a 48 hour "grace" period/window. So, what that means, is if you are interested in helping me out with the rest of the 75K USD of the 125K USD maximum, it gives you a little more time to move money around so you can do the investment, although, the sooner the better for me, so if you decide to invest as 3 others already have done, then please try and have the transfer completed by tomorrow.

Again, I very much so appreciate everything you have all done already! :) Just need that last extra bit to get the studio completed.

Have a great day! :)

Best Wishes,

-Jerry


On 3/10/10 6:47 PM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

> Hello,
>
> Attached is the version of the valuation report that will be an exhibit to the upcoming company stock offering, which will "really" go live on March 15, 2010. Our well respected and knowledgeable independent valuation expert, Sam Khoury of Inavisis (recommended to me by a seasoned executive of Merril Lynch) pegged the fair market value of our Company's tech north of 1B USD!!!!! We were delayed by a couple of weeks from putting the company offering out there waiting for Inavisis to complete the report (see bio on Inavisis/Sam Khoury in one of the Appendices of the report). The company offering will be offering shares of common stock at 3.00 USD per share with no warrants, and we are raising up to 3MM USD, or up to 1MM shares of GenAudio common stock.
>
> Sam Khoury has been working on the valuation report non-stop since November, and he specializes in IP/Tech based valuations (for over 20 years). He is internationally acclaimed, and has been hired by many fortune 100 companies, including performing several valuations for Merril Lynch. He is doctor of Polymer Chemistry and an MBA. We also paid market research experts from very large marketing firms perform and acquire much of the market research data and all the numbers are footnoted very clearly. The valuation report is methodical, in accordance with all valuation analysis standards, comprehensive and realistic. There is no "potential" value in the report. It is what it is in

accordance with Sam Khoury's appraisal of the technology. Although the fair market value of the tech is north of 1B USD, I must let you all know that that does not necessarily reflect the "price" we would negotiate for a change of control/acquisition and/or world-wide exclusive or non-exclusive license deals. When a licensee takes on the risk of having to market a new technology to the world through it's product offerings, they are looking for upside as well, and as such, I leave it up to all of you to determine what we would negotiate. IMO, from my past experience of negotiating several tech based licenses, for world-wide exclusivities for the life of the patent, we can look for around 1/4 of the Fair Market value for each market application, and this number increases as the tech becomes more commonplace through multiple licensees. For acquisition, it can be up to 1/2 of the Fair Market Value...Again, this is left for you to determine. Either way, whether licensing or acquisiton, we all stand to make a lot of money.

Before the offering goes live on March 15, 2010, I wanted to thank you for investing in my personal stock sale deal at 1.00 USD per share for non-voting common stock.

**I actually still need around 100K USD by no later then this coming Friday, and am willing to sell a maximum of 250K shares at a very deeply discounted price per share of 0.50 per share (i.e. - a maximum of 125K USD), regardless of the investment amount.** This is because I need to finish the studio facility, and we are within two weeks from literally being completed, and require approx. 100K USD to complete the studio, or it will go on hold for up to 6 months before completion due to the delay in paying the builder, and the delay in ordering the rest of the necessary gear and equipment. I do not want this to happen this close to completion, as we have several projects we need to be working on, so for this reason, I am coming to you to find out if you are interested in doing any additional amount under my personal stock sale deal.

There are actually 15 people that have all been bcc'd on this list to protect the identity and personal email addresses of everyone, and everyone on this list has invested under my personal stock sale deal.

The only issue is the investment opportunity under my personal stock sale deal is really going to close upon the opening of the new company offering this coming Monday, and at that time, there will be no more 0.50 to 1.00 USD per share deal, as ==we are starting to discuss the business side with the LCEC, and I expect to have a very substantial license deal in place for their Christmas Product Rollout== (which usually launches around the Fall timeframe so the products are out before

Christmas) - See valuation report regarding the LCEC.

I expect some form of a liquidity event will happen within the next two years, and acquisition is a possibility by the end of this year from the LCEC that is discussed within the document from our independent valuation specialist, Sam Khoury. I am actually more looking forward to an IPO down the road, with substantial revenue generating licenses from LCEC (among other large CE companies), that way the shareholders will very much so gain on the upside from the PE multiple we could expect to see by entering the public markets. A typical multiple for a tech company like GenAudio is somewhere between 10 and 20 (in accordance with our peer group analysis).

We have anticipated worldwide exclusive license deals for the life of the patents north of 100MM within the next 12 to 24 months for integration of the technology into consumer electronics. With approximately 20MM shares outstanding (a bit over 21MM "post" the new upcoming upcoming company stock offering, that will be selling shares at 3.00 USD per share), investors "buy-in" value will be a bit higher then 60MM USD for the new upcoming offering. Of course, because you are getting in under my personal friends and family stock sale deal, your "buy-in" value is around 10MM (@ the 0.50 USD per share price) which will make it MUCH easier for any you to see the upside, and weight even heavier towards the reduction for your average price per share. The math is pretty easy to determine what the INSANELY high ROI would be under the IPO scenario...

Please let me know if you have any questions via email, or try and reach me on my mobile (email is my preferred method of communication), and if you have any friends and or family members wanting to jump in while the 0.50 USD per share opportunity is still open (for literally two more days), please let me know and I will send them their docs immediately, as all wires need to post in my account within the next couple of days...

I must thank you all so very much for your continued support. We have created a company that I truly believe will put a VERY BIG smile on all of your faces (including my own), and we have just entered the embedded level integration stage with the LCEC, meaning next is the license negotiation, then we get paid, then the trend is started by doing business with such an innovative CE company as LCEC is, then the rest of the world adopts the technology for their CE devices that do not compete in the LCEC space, then the technology is a global standard. That is what happens when you have highly optimized backend DSP software...Once it is there and ready to slip into anything anywhere

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**          **JM001101**

(which is the current state of our tech), it get copied a gazillion times onto a gazillion devices, and the Company makes a gazillion dollars...Ever heard of Microsoft?

You absolutely must let me know by no later then Friday morning by 10am Pacific and your wire transfer must be sent on Friday (to post in my account by no later then Monday morning), or else I will have to reject the investment as I can't compete against the company offering when it goes live this coming Monday, as this violates SEC rules and regs, among other legal issues.

I hope to have this remainder 100K to 125K USD completed by this Friday with all of your help...Please let me know after you review the attached valuation report.

Have a great day! :)

Best Wishes,

Jerry Mahabub, Chairman & CEO



Colorado Office: ███████████
LA Studio: ███████████
Fax: ███████████
Mobile: ███████████
email: ███████████
URL: http://www.genaudioinc.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS          JM001102