# EXHIBIT 52

Confidential Shareholder Communication

**GenAudio, Inc.**
8200 South Quebec Street, Suite A3250
Centennial, CO 80112

March 15, 2010

Dear Shareholders:

In order to keep you apprised of current developments, please find with this letter a Private Placement Memorandum dated March 15, 2010 (the "PPM"). The PPM encompasses an updated Business Summary, an Independent Technology Valuation Analysis report prepared by Inavisis, Inc., and our year-end financial statements. Although the Valuation Analysis report from Inavisis states that the "fair market value" of the technology is north of 1B USD, said "fair market value" does not necessarily reflect the aggregate "price" that we will receive for the sale or licensing of our technology in different markets.

==This offering is being conducted to provide bridge capital until we can "ink" a deal with a large consumer electronics company (referred to as the "LCEC" throughout the PPM) with whom we have had over 15 meetings with marketing and technical management, and will start the actual embedded level integration process within the next 30 days.== We expect that the consummation of any such deal will put the Company into substantial revenue (see Independent Valuation Analysis Report). The current offering is valued at $3.00 per common share.

In addition to our consumer electronics integration initiative, the Company also has finalized its initial release for licensing professional audio software plug-ins for ProTools, and is conducting several meetings with major motion picture studios, theatrical trailer and TV Series mixing houses, and other professional audio post-production studios for music, advertising and video games. We are awaiting a fourth meeting with Warner Brothers and a recently scheduled meeting with Disney/Pixar.

On the consumer product offering side, we are a few weeks away from launching an improved version of the AstoundSound® Expander which will be compatible with the recent Windows 7 operating system. We also are working on an Apple Snow Leopard version of the AstoundSound® Expander, but this will take some additional time. We had meetings with the CEO's of two large music centric web based portals, Wolfgang's Vault and Pandora, who are very interested in entering into a promotion/partnership for distribution of our AstoundSound® Expander product offering. Both of these music-centric web based portals receive millions of unique visitors per day.

We encourage all of our current _accredited_ shareholders to consider helping us complete this bridge financing with an investment under the current common stock offering dated March 15, 2010. If interested, please carefully review the PPM, including the risk factors section, and follow the subscription procedures set forth therein. This communication and the accompanying PPM is for your eyes only. You are not authorized to forward it to any other person. If you are aware of someone who you think might be interested in this offering, please contact the Company and provide us with their name and contact information.

Thank you for your continued support of our Company. Additional detail is contained in the Private Placement Memorandum. Should any shareholder have additional questions, please do not hesitate to contact me by email at jerry@genaudioinc.com.

Sincerely,

Jerry Mahabub – Chairman, President and CEO

DEN 97159474

EXHIBIT 76
WITNESS Huber
CONSISTING OF 1 PAGES
DATE 8-12-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF. / DEFT.

GA000140