R*EDACTED*

# EXHIBIT 54

From: Jim Mattos
Subject: GenAudio Shareholder Update: Movie File Download
Date: June 2, 2010 at 12:55 AM
To: Home Mattos




GOVERNMENT EXHIBIT
12/15/14  29  SAP
D-03450

Dear Shareholders,

Our Chairman and CEO, Jerry Mahabub, decided to create a movie presentation so all of you can experience and listen to our current line-up of product offerings and receive an update regarding the positive forward direction of the company. For the first time, he actually discloses just how he created this incredibly unique technology (one of the sections within the presentation). He also discusses our recently completed valuation analysis report, a brief overview of the current common stock offering and the reason why we are raising money for what we expect will be the last round of financing given our current position with a very large consumer electronics company (referred to as the LCEC throughout the presentation movie).

In a nutshell, this presentation movie download is for the most part exactly the same presentation our CEO is currently giving to live audiences (limited to accredited investors only) in selected locations. Below are the locations of where our CEO has already presented, and will be presenting in the near future:

1. St. Louis, MO – **Sheraton Westport Hotel:** *April 15, 2010*
2. Marina Del Rey, CA – **FSX Investment Banking Conference:** *April 29th, 2010 to May 1, 2010*
3. Las Vegas, NV – **The Capital Grille:** *May 14, 2010*
4. San Francisco, CA – **St. Regis Hotel:** *May 17th, 2010*
5. Newport Beach, CA – **The Pacific Club:** *May 21st, 2010*
6. New York City, NY – **The Friars Club & W Hotel:** *June 2nd to 5th, 2010*
7. Ft. Lauderdale, FL – **Hard Rock Hotel, In-Suite:** *June 7th to 8th, 2010*
8. West Palm Beach, FL – **Morton's Steakhouse, Phillips Pointe**: *June 9th, 2010*
9. Miami, FL – **Morton's Steakhouse, Brickell Avenue:** *June 10th, 2010*
10. Tampa, FL – **The Sheraton, Sand Key:** *June 12th, 2010*

**Please use headphones throughout the entire presentation.** Any set of stereo headphones will work (they must have a left and a right side), and if you do not have headphones, then listening from your computers stereo speakers will also work, however, I strongly recommend you all listen through headphones, as some of the demos are optimized for headphone listening. It was done this way because the product offerings of the LCEC we are working with are primarily mobile consumer electronics headphone based product offerings, and as such, we have created a set of demos that were specifically for the LCEC, and they have been included in this presentation, among many other demos that were not intended for the LCEC, rather the game and film industry.

Please read the following instructions carefully and follow them step by step:

READ THIS FIRST: If you have AstoundSound Expander on your computer, please verify that it is

either turned off (the "power" button for the Mac version), and for PC, simply set the expansion setting to "None". This will eliminate any potential for "double processing". If you do not have AstoundSound Expander installed on your PC or Mac, please proceed with the instructions as set forth below:

1) You will be able to select from two different resolutions for the movie file: 1) Low Resolution (DVD-Quality at 480p) or 2) High Definition (720p). Depending on the speed of you internet connection will determine which file you decide to download. For low-speed internet connections, I recommend downloading the 480p version. For faster internet connections (DSL, Cable, FIOS, T1, etc.) you may opt to download the HD or 720p version.

2) **IMPORTANT FOR PC USERS:** The Movie File format is meant for viewing with the "Quicktime" media player application. Quicktime comes standard with all Mac computers, however, if you have a PC and do not already have Quicktime installed on your computer, please go to the following hyperlink to download the free Quicktime Player for PC from Apple's website:

http://www.apple.com/quicktime/

3) The following is the hyperlink to download the presentation movie file. The Presentation file is password protected. The password is **"astoundsound"**(without the quotes).

http://rcpt.yousendit.com/881997107/d0ca32d76fd164dcf339a4072bc89201

5) Select which version of the presentation movie you would like to download and simply click on it. The download should initiate immediately.

6) Plug your headphones into your computer (any set of stereo headphones will work).

7) Enjoy!

Best wishes,
Jim W. Mattos



GenAudio, Inc.
8200 S. Quebec St.
Suite A3250
Centennial, CO 80112
Office ▮▮▮▮▮
Fax ▮▮▮▮▮
Url: www.astoundsound.net
email: ▮▮▮▮▮

This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.        GA004961