**REDACTED**

# EXHIBIT 55

From: **Jerry Mahabub** astoundsound@verizon.net
Subject: re: Moving forward...
Date: May 2, 2010 at 11:31 AM
To: Bob Coover, Brent Kaviar, Gary Smith, GenAudioInc, Ian Esten, Jim Devine, Jim W. Mattos, Paul Powers, Paul Savio, Stephan Bernsee, Walt GenAudio, Abbey Laudadio, Recy A Pilloud, Melissa Gonzales, Greg Morgenstein

Hello,

Here is what we have cooking:



1. Meeting the CEO of the LCEC is this coming Wednesday.
2. FSX presentation was well accepted.
3. Many investment banking firm managing partner representatives approached me after the presentation to discuss various options that could dramatically increase the "value" and I have already begun working with a couple of the firms to get proposals with respect to additional options for acquisition of the Company, one of them potentially being 70% of Value of Sam Khoury's report.
4. I have several meetings with potential investors and investment bankers as a direct result of FSX in the next couple of weeks here on the West coast.
5. A group of 7 potential investors and investment bankers came to my new studio to here speaker demos on Friday night. That went very well, and they were all blown away of how nice my new studio is. They all got it and the reason why it was critical to building the studio in the first place, especially when trying to do business with the major film studios here in LA. Good thing I signed the lease and popped yet another 800K of my own money into completing the build-out, alongside the 1.5MM I loaned to the Company this past year for operations. Now, it is all starting to tie together.
6. Already have emailed over 20 PPMs from email requests with contacts that were made at the FSX event, and 16 PPMs were handed out at the event.
7. Greg and I can now get back to wrapping up the new investor presentation "movie" with all our demos embedded in the movie file and my voice narrating the deck.
8. The monitoring in the studio has been setup, and things appear to be working very well. My SSL console has been fully updated and the SSL computer upgraded to the latest greatest.
9. Expect to see investments in the next week or two, and it should hopefully be enough to pay all of us some money, as I need some money badly, as I am sure all of you do as well.
10. Gary has reported back the they are still working on the SVN server issues, and it should be handled hopefully before tomorrow.
11. Holding off on wrapping the plug-ins with iLok for the moment. Bob, Ian and Gary need to do some additional work. Hope to have this wrapped up by the end of the weekend as well which will then enable us to sign some license deals with studios that are anxiously awaiting the use of the plug-ins for their projects.

Alongside trying to raise the money we need to bridge the gap, I am also now opening up an starting to thoroughly investigate the various other liquidity opportunities for the Company. The

primary goal – To enable me to tell the CEO of the LCEC that I would be in violation of my fiduciary responsibilities to the Company and my shareholders because I have a better deal on the table, and compel him to offer us more money, or we take another deal.  This may not require bringing on another 800 lb. Gorilla to license or want to acquire the tech, as there are other options and I have the ball rolling to get proposals from as many different entities as possible.

Here is one of several firms I have identified:

www.mosaiccapital.com

I was approached by one of the managing partners of this firm and have a conference call with them later in today (yes, on Sunday), then I will go to there office tomorrow.

Here is another firm, of which I was approached by their Japanese rep (who deals with several companies in Japan) right after my presentation, and he can bring other offers from Japanese based comnpanies to the table for us, and I have a firm meeting with him this coming Tuesday at my new studio:

www.apacapital.com

They are based out of Irvine.

They all heard the demos at the event and were all blown away.  Now that we have a serious potential licensee or mega-acquisition partner, I am looking to see wants to give us an offer before it is no longer available, ans sold the bankers that their time is running short, so get off there ass and get me some proposals.  And there are several others who I have identified.  Out of all of them, the one who got it the most IMO was the one of the managing partners at Mosaic Capital, and as such, I have signed out NDA with him, and await to see their proposal to us that will give the LCEC a good run for their money.  This way, we can initiate a bidding war, just not necessarily with another LCEC, perhaps with an international investment banking firm that will want to take control of the Company for somewhere between 50 to 70% of Value.

Doing everything I can in what will most likely be a very short timeframe to pin the LCEC's shoulders to the ground and compel them to make us a better offer after they try and low-ball us (which is what I expect they will do).  I need to have the ability to walk away from the table, knowing that I did it because there, in fact, is a better deal and will have to or I violate my fiduciary duties.  That waty, the CEO of the LCEC can't be mad at me because I certainly am not going to jail, and he will realize that.

Then the game truly begins, and we sit back and see who gives us the most money.  I am also looking at the potential of entering the public markets as an option, not a definitive, just an option to see where that takes us in terms of value.  I was "guaranteed" 12X on EBITDA, as opposed to P/E (on Earnings) for getting up on the Frankfurt (Germany).  This is one of several options, however, I would need to have some license deals in place to make this worth while

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**                    JM002094

options, however, I would need to have some license deals in place to make this worth while. Working on that full steam ahead as well, and there is some rapid turn around time promise for the rep from Japan to make that happen for us with a "verified" letter of intent (meaning the money is verified and in the account for us to take). Walking in to the LCEC with these other options will maximize my leverage to ink a deal with the LCEC, and get the best bang in terms of value.

Let me know if any of you have any questions.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**        **JM002095**