REDACTED

# EXHIBIT 56

**From:** **Jerry Mahabub** astoundsound@verizon.net  📎
**Subject:** Re: ▮ AI updates
**Date:** June 16, 2010 at 7:11 AM
**To:** Jim Mattos ▮
**Cc:** Jim Devine ▮

OK...Great!  <mark>I am just now gearing up to go through an intensive day of follow up calls to start the process of converting road show attendees into actual investors in GenAudio...</mark>

-Jerry

On 6/16/10 1:02 AM, "Jim Mattos" <▮ wrote:

> Jerry,
>
> ▮ Rush is confirmed.  His paperwork did not previously contain an email address, thus we were unable to contact him previously.  His file has been updated.
>
> Regards,
> Jim W. Mattos



> GenAudio, Inc.
> 8200 S. Quebec St.
> Suite A3250
> Centennial, CO 80112
> Office ▮
> Fax ▮
> Url: www.astoundsound. <http://www.genaudioinc.com/> net
> email: ▮
>
> This e-mail (including attachments) is covered by the Electronic
> Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be
> legally privileged. If you are not the intended recipient, you are hereby
> notified that any retention, dissemination, distribution or copying of this
>
> communication is strictly prohibited.
>
> On Jun 15, 2010, at 11:50 PM, Jerry Mahabub wrote:
>
> > We have an investor file for him, and I remember him faxing you the
> > paperwork.
> >
> > Name is ▮ Rush (▮ is his nickname)

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**          **JM002375**