**REDACTED**

# EXHIBIT 57

EXHIBIT 38    DEFT.
WITNESS Mattos
CONSISTING OF 6 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

GOVERNMENT EXHIBIT 91 D-03450

From: Jerry Mahabub
Subject: re: Current Position.
Date: September 6, 2010 at 6:59 PM
To: Bob Coover, Brent Kaviar, Gary Smith
GenAudioInc, Ian Esten, Jim Devine
Jim W. Mattos, Paul Powers, Paul Savio
Stephan Bernsee, Walt GenAudio, Abbey Laudadio
Recy A Pilloud, Greg Morgenstein

Hello team: (I strongly urge you all to read this in full upon receipt -- that means stop what you are doing and take a few minutes to catch up on where we are right now – very important we are all on the same wavelength as this is real business and licensing activity for us).

I have nothing but good news for everyone in this update. I want to start this email by making sure everyone understands the 5000 foot strategy and the corresponding pathway I will lead our company on from this point moving forward:

**The current Strategy/Direction:**

Since I hired Brent Kaviar, our SVP Post Production, the technology has been introduced to just about all of the top film studios (Disney, Warner, 20th Century Fox, Lionsgate, etc). Brent and I have been working very hard to formulate a theatrical strategy, however, there is always a bigger goal in mind. As a direct result of Greg Morgenstein, Andrew Hay (who will most likely be joining our pro-audio team full-time starting October 2010, and as such, he too has been CC'd on this email), other pro-audio consultants, the pro-audio dev team (Bob Coover, Ian Esten, and Stephan Bernsee), and Brent Kaviar have led us to the first stage that is required to get to the second stage. First Stage – Drive the technology internationally with a blockbuster film title release from one or more of the big film studios. Second Stage – Enter into licensing arrangements for CE company's to incorporate the tech for home theater driving revenues through the roof as we know this is where our largest revenues will come from. As you all know, come December 10, 2010, Narnia 3 will be the first international theatrical release in AstoundSurround, and the Blu-Ray/DVD to follow with both AstoundSurround and AstoundStereo. AstoundStereo will be re-branded as the two-channel fold-down that happens in real-time by the CE devices, such as Panasonic Blu-Ray players, and re-create the AstoundSound experience with any two speakers, including laptop and TV built-in speakers. This major milestone achievement in technology is the first of its kind, and as a direct result, we are gearing up for what will cause a big disruption in this industry for years to come.

I want you all to understand that I love the ASE product offering (as the basis for this implementation is what I came up with way back in the day using Matlab at the time. The development of this product offering was primarily to bring the technology into a state where it can be integrated into consumer electronics contemporaneously with getting us up on the big screens world-wide, as it has always been the theatrical side impact that drives the CE space to adopt new tech. Essentially, ASE was a stepping stone to a bigger cause. ASE is currently on the market, and its real push will be the international impact of Narnia 3 that drives millions of consumers around the world to our website with our theatrical trailer (work in progress). Millions of people around the world will have their ears practically ripped off their heads, and they will want to know what this is, especially after a 17 year dry spell for audio tech in the

theaters, and the huge marketing and promotions Fox and Walden Media will do, and we too will also be piggybacking off of their marketing efforts with a new PR firm Brent and I will be hiring on within the next couple of weeks to gear up for this incredible explosion we have been waiting many years for. This time, unlike our launch at CES for ASE back in January of 2009, we don't have huge tradeshow fees (at least for now) and we cannot afford to screw this up in any way. If we do this right, it will be game over for GenAudio and we WILL all be very rich with the CE space targeting us on their radar screens, as this has ALWAYS happened in the past. Brent has told me stories of what happened with Dolby, DTS, and other tech companies that did not make much money in the film space, however shortly after the technology was exposed internationally on the big screens, the CE space turned all of them into multi-billion dollar companies and quite rapidly as well. History repeats itself, and we are next in line (and I have to drive it again, after 17 years of absolutely nothing new until now – That will certainly get a lot of attention no doubt).

So, if it is Narnia 3 that will drive the CE space, and Narnia 3 that will drive the ASE sales big time, then it is Narnia 3 that is our primary and main focus and we are going to kick some serious ass and turn this company either into a multi-national mutli-billion dollar giant, or the more likely case, is we will get bought out for A LOT of money given revenue streams from CE space and world-side public awareness with consumer demand for the technology across the board.

I sent Brent, Greg and Andy up to Ojai (about 2 hours from LA) recently to visit with the Sr. Lead Mix Engineer for Narnia 3. The Director's son who is part of the editorial team, just so happened to be on the same flight as Andy and I, and literally was directly across from me (in business class) on Air New Zealand so we had the chance to go over a lot of things, and he invited me and the team to come to Ojai to meet with Paul Massey (the Sr. Lead Mix Engineer), who has started working on pre-dub at his dub stage studio he has at his house while Michael Hedges (another huge world-renowned mix engineer) works on special effects and music in London at the stage where they will start the final mix in London on the 15th of October. I was pleasantly surprised when I heard something that Massey said to the three of them during their visit last week: We have decided not to use the new Dolby 7.1 format for Narnia 3 as we believe integrating Astound into the 5.1 mix created a better audio experience than the new Dolby 7.1 for theaters, and that we are going about this the right way via a software approach. He also said something along the lines of their is no way all of these theaters will upgrade to 7.1, and the Astound approach makes a lot of sense, and the team are using it heavily over in England right now gearing up for final mixing.

Speaking of explosive traction, in all my years of developing state of the art tech and being the lead on the licensing side for HP among many other companies I worked with, I have NEVER seen a company move faster than Panasonic. I baited them with Narnia 3, and as a direct result, by the end of this week, we will be entering into a hard-core test level integration software licensing and development agreement with them. THIS IS UNHEARD OF IN TECH. So, you might be asking yourself, how did Jerry do this so fast, to attract yet another 800 lb. gorilla to the table in addition to the LCEC such that in the event of acquisition, the strong potential for a bidding war will happen? The answer is simple. **The theatrical side impact leads to the CE space, which leads to big revenues. Say this over and over again in your heads until you actually get it. We got theatrical nailed, we are very close to CE space which means what? That's right, BIG**

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS** JM005122

**REVENUES.** If you all can truly understand this very simple if A then B process (called modus ponens in Logic and Argument), then you will be able to fully understand the current primary direction of this company. This has been my strategy and vision for this company since before it's formation, and you can even go back to very early business plans I wrote for the company starting way back in 2003 that clearly stated this. It just took a bit more time with raising money, the economic downturn, the loss of compatibility with expander, all causing us financial difficulty in the past, however, those days are over, and in the grand scheme of things, what we accomplished in a rather short period of time, not even the multi-billion dollar giants in audio could do what we have accomplished, and as a direct result, the new game is in town, and it is not Dolby, Sony or DTS (all three of which are, let's see, multi-billion dollar companies). You should all be very proud of yourselves for enabling me to take what I started back in 1988 and bring it to market THE RIGHT WAY!

The recent meeting this past week with the entire R&D staff with Panasonic San Jose Laboratory went better than I expected. Jean-Claude, who runs the entire R&D staff at the actual lab, which believe it or not is in Cupertino (I felt like I needed to be in "cloaking" mode when walking in for obvious reasons), replied to my follow up email to him and all the R&D team division managers (who he manages over) with the following (he actually wrote me two emails, one was a slightly abridged version of this one, and then he sent this shortly after):

> Jerry,
> Thank you very much for your visit to our office. You demonstrations and explanations were extraordinarily powerful and your synthesis in this follow on E-mail
> to me and my Sr. Managers is very clear.
> I would like to pursue on your idea of taking one of Panasonic 3D commercial trailers and doing an AB comparison. Can you specify what you
> need from us as input? I am not sure I understand what you mean by actual "ProTools mix session". Do you mean the 5.1 multichannel audio?
> I also would like to proceed with the SDK software license agreement.
> We have an immediate need for your incredible technology and will need to start integration level testing immediately. With the successful integration, as you clearly have demonstrated to us you knowledge of how this will work for us here, this wll immediately lead into the first carve out license deal between our companies. Patrick will be calling you tomorrow to go over the spec details so you can direct your team, and we will send you the compiler information to compile your SDK against for us to use here in our lab.
> I would like to have my avionics team, who will be in LA the 12th through the 15th, come to visit you at your new studio you mentioned.
> They too have a serious interest in your technology.
> Patrick said you were both a business man and a hard-core scientist before we met each other. You have proven that to me and my entire

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS** JM005123

> team in a very short period of time, and we are anxious to get started
> with you and your team.
> Thank you very much again for the stimulating discussion.
> Jean-Claude
>
> **Jean-Claude Junqua, Dr. Eng.**
> **Vice President of Panasonic R&D Company of America**
> **Managing Director of Panasonic San Jose Laboratory**

The easiest way for you all to digest this remarkable opportunity for the Company is by comparison. Within 2 weeks of my first meeting with Patrick Suel at St. Regis Hotel in SF (see his bio below), introduced to me through my friend who is a Sr. Investment Banker at UBS in the Menlo Park area (SF Bay area), we signed an NDA and Patrick lined up the entire R&D staff, including all their division leads, and the head of the entire facility. It took me over 2 years to make that happen for us with the LCEC. Also, Panasonic, unlike the LCEC is willing to brand us.

> Patrick Suel Bio:
>
> Patrick joined the venture group in 2006. He brings 18 years of experience in software technologies, venture investment, international marketing and business development. He previously worked as a venture partner for SKG Ventures and was a software executive with various venture-backed Silicon Valley startups in artificial intelligence, financial services, enterprise software and software tools where his contributions resulted in two IPOs and two M&A exits. As an entrepreneur, he founded three startup companies in software and life sciences. Patrick holds a Masters of Science in Artificial Intelligence from the University of Marseilles III and a Masters of Science in Advanced Physics from the University of Marseilles II.

Given his background, you can only imagine how well the two of us were completely in sync with each other within 5 minutes of our first meeting! What you may find most interesting is that Patrick expressed an interest to invest around 3MM USD in the company immediately and stated to me that this would significantly help with our ability to rapidly ink a per unit royalty licensing deal with Panasonic if they actually had an stake in GenAudio. There are many factors to take into consideration here, especially with the large Narnia 3 impact and how these additional proceeds could be used to really drive it 10x as hard, and I will have to get with the board of directors to discuss this further and go over the pros and cons as to whether or not we want to do this with them. After thinking about it, I am moving in the direction to do the stock deal with Panasonic, however, we will need to give it more thought before I go back to Patrick and let him know that the board has either agreed to do it or not, and have a really good reason if we say no so we don't piss them off in any way.

As a direct result of this among other traction we have with other business development I have put together for us, there are many new development tasks that I have directed Gary Smith to follow through on, and I believe the development team has been notified of said tasks. We are also filing two new patent filings as add-ons to the first three international patent filings. More IP, more Value, more product offerings, more money = BIG PRICE TAG!!! ;)

This is all pretty simple stuff if you have been involved with both business/licensing and technology for as many years as I have. You can rest assured that your leader has put us on the fast track to huge success, and I look forward to all of our early retirement!

Now for one more bit of good news. The shareholder update letter I recently sent out asked for us to raise an additional 300K USD from our shareholders (for those of you that actually read the letter). I am happy to inform you all that within a 48 hour period of releasing that update, Mr. Mattos reported to me that we did not raise 300K, it was just over 1MM USD!!!!!!!!! Basically, we are significantly over-subscribed, we are paying off all of our debt, and we are well setup to continue to pay the entire team on time, every month for at least the next 6 to 8 months with what we will have leftover, including the hiring of a new PR firm that Brent and I will decide which firm we go with very soon, among other growth related efforts for the company.

Lastly, I wanted you all to know that this entire offering was funded by Jim Mattos and my friends and family, with about 150K coming in from the road show tour I did (strangers) which raised approximately 3 times the amount of money we spent doing the tour. The good news is that when I heard that all of Mattos and my friends and family and their friends (mainly previous round shareholders) were throwing money at us right and left, I decided to stop following up on the road show attendees and keep it to friends and family and their friends. Jimmy by far has raised the vast majority of the offering through his friends and family. The good news is that the majority of the shareholders, not including me (as I am the majority shareholder), stand behind my vision and the direction I am taking this company on 100% and this is why they invested so big at the beginning and now again toward the anticipated end (end can mean the end of a development stage company and the transition to a strong revenue generating company, or it could mean the company gets acquired, etc). We will NOT let any of them down, and I promise you all I will do everything in my power to have us all retired ASAP. Whatever happens from this point moving forward, welcome to the next dimension in audio exploding on an international scale as nothing can stop that from happening right now, which means nothing can stop the CE companies from coming in after us, which means nothing can stop us all from making a shitload of money. I hope you will all soon realize just how generous I was with the options and warrants you have all received to date, including my board of directors. It may have seemed like just another piece of paper at one point in time, however, I am about to prove to all of you within the next 6 to 8 months that that piece of paper turning into many pieces of paper in all of your bank accounts.

**Keep up the hard work.** Especially now that you have been or are in the process of being paid, that should clear your slate and ease your mind so you have nothing but the future success of GenAudio to contribute to. Please let me know if you have any questions.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**                    **JM005125**

To our future success and enjoy the rest of the holiday weekend.

Best Wishes,

Jerry Mahabub, Chairman & CEO

GenAUDIO

Colorado Office:
LA Studio:
Fax:
Mobile:
email:
URL: http://www.genaudioinc.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS    JM005126