EXCERPTED

REDACTED

EXHIBIT 63

© GOES KG2

LITHO. IN U.S.A.

GA001417

**Incorporated under the Laws
of the State of Colorado**

NUMBER

C – 623

SHARES

1,700

## GENAUDIO, INC.

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

**This Certifies that** ▉▉▉ **Marvin** *is the*

*registered holder of* **One Thousand Seven Hundred** *Shares*

**of Common Stock**

*transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

*In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* **31st** *day of* **August** *A.D. 20* **10**

**James T Devine, Secretary**

**Jerry Mahabub, President**

© GOES KG2
All Rights Reserved

The shares represented by this certificate have not been registered under the Securities Act of 1933 (the "Act") and are "restricted securities" as that term is defined in Rule 144 under the Act. The shares may not be offered for sale, sold or otherwise transferred except pursuant to an effective registration statement under the Act or pursuant to an exemption from registration under the Act, the availability of which is to be established to the satisfaction of the Company.



For Value Received, _____ hereby sell, assign and transfer unto _____
_____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint _____
_____ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.
Dated _____ A.D. 20___
In presence of

_____        _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

GA001418

## SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount: $ __5/00⁰⁰__

# of Shares: __1700__

_MARVIN_

_____          _____
Name of Subscriber (Print)                Name of Joint Subscriber (if any) (Print)

_____          _____
Signature of Subscriber                   Signature of Joint Subscriber (if any)

_____
Capacity of Signatory (for entities)

_____          _____
Social Security or Taxpayer Identification Number    Country of Residence (if a non-U.S. Subscriber)

Subscriber Contact Information:

_____          _____
Street Address                            Telephone          Fax

_____          _____
City          State     Zip Code          Email

Instructions for Delivery of Securities:

[X] Deliver to the address above          ☐ Deliver to an alternate address:

                                          _____

                                          _____

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS __31 57__DAY OF __AUGUST__ , 2010.

GENAUDIO, INC.

By: _____
Name:
Title: JAMES T. DEVINE
       VP FINANCE

GA001419

## EXHIBIT A - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: ███████████ MARVIN _____

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐ **The undersigned is an individual who is a director or executive officer of the Company**. An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐ **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐ **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net worth" means the excess of total assets at fair market value, including home, home furnishings and automobiles, over total liabilities.

☐ **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐ **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets in excess of $5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐ **The undersigned is an entity in which all of its equity owners are "accredited investors".**

GA001420

2.  The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3.  The Subscriber's current employment or business activity is as follows:

Company Name: ____██████████_____

Address: _____N A_____

Telephone Number: _____N A_____

Principal Business: _____N A_____

Position and Title: _____N A_____

4.  The Subscriber has ____/____ years of investment experience.

5.  The Subscriber invests or trades in marketable securities:

    ☐ More than 20 times per year
    ☐ 6-20 times per year
    ☐ 1-5 times per year
    ☑ Never

6.  The Subscriber invests in non-marketable securities such as private placements:

    ☐ More than 10 times per year
    ☐ 6-10 times per year
    ☑ 1-5 times per year
    ☐ Never

7.  The Subscriber has provided the following identification information:

    ☑ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

████████ MARVIN                          _____
Name of Subscriber (Print)               Name of Joint Subscriber (if any) (Print)

████████                                 _____
Signature of Subscriber                  Signature of Joint Subscriber (if any)

_____          ___8/31/2010___
Capacity of Signatory (for entities)     Date

GA001421

© GOES KG2

LITHO IN U.S.A

GA000742

**Incorporated under the Laws**
**of the State of Colorado**

NUMBER
C – 740

SHARES
4,300

## GENAUDIO, INC.

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

This Certifies that ██████ Marvin _____ is the

registered holder of _____ **Four Thousand Three Hundred** _____ Shares

of **Common Stock**

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this _____29th_____ day of _____April_____ A.D. 20 11

James T Devine, Secretary

Jerry Mahabub, President

© GOES KG2
All Rights Reserved

The shares represented by this certificate have not been registered under the Securities Act of 1933 (the "Act") and a transfer thereof, for the sale thereof, is prohibited unless the same under the Act. The shares may not be offered, sold, or otherwise transferred except pursuant to an effective registration statement under the Act, or pursuant to an exemption from registration under the Act, the availability of which is to be established to the satisfaction of the Company.

For Value Received _____ hereby sell, assign and transfer unto _____

_____ Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint

_____ Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____ A.D. 20 ____

In presence of _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

GA000743

## SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount:  $ _12,900 00_

# of Shares:  _4300_

_____                    _____
Name of Subscriber (Print)                          Name of Joint Subscriber (if any) (Print)

_____                    _____
Signature of Subscriber                             Signature of Joint Subscriber (if any)

_____                    _____
Capacity _____ ry (for entities)

_____                    _____
Social Security or Taxpayer Identification Number   Country of Residence (if a non-U.S. Subscriber)

Subscriber Contact Information:

_____                    _____
Street Address                                      Telephone          Fax

_____                    _____
City              State      Zip Code

Instructions for Delivery of Securities:

   Deliver to the address above                     Deliver to an alternate address:

                                                    _____

                                                    _____

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

   THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS  _29_  DAY OF  _APRIL_ , 2011.

                                        GENAUDIO, INC.

                                        By: _____
                                        Name: JAMES T. DEVINE
                                        Title: V.P. FINANCE

*DEN 97470204*

GA000744

### EXHIBIT A TO SUBSCRIPTION AGREEMENT - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: ▉▉▉▉▉▉▉▉ _MARVIN_____

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐  **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐  **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐  **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net Worth" means all of an investor's assets (other than his or her primary residence) whether liquid or illiquid, such as cash, stock, securities, personal property and real estate based on the fair market value of such property MINUS all debts and liabilities (other than a mortgage or other debt secured by his or her primary residence unless such mortgage or other debt exceeds the fair market value of the residence, in which case such excess liability should ALSO be deducted from his or her net worth.

☐  **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐  **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets** in excess of **$5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐  **The undersigned is an entity in which all** of its equity owners are "accredited investors".

*DEN 97470204*

GA000745

2.   The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3. The Subscriber's current employment or business activity is as follows:

Company Name:   ████████████████████████

Address:   ████████████████████████████████

Telephone Number:   ____████████████████████████

Principal Business:   ____████████████████

Position and Title:   ____████████

4. The Subscriber has   ____2____ years of investment experience.

5. The Subscriber invests or trades in marketable securities:

        ☐ More than 20 times per year
        ☐ 6-20 times per year
        ☒ 1-5 times per year
        ☐ Never

6. The Subscriber invests in non-marketable securities such as private placements:

        ☐ More than 10 times per year
        ☐ 6-10 times per year
        ☒ 1-5 times per year
        ☐ Never

7. The Subscriber has provided the following identification information:

        ☒ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

████████████████
_____        _____
Name of Subscriber (Print)                            Name of Joint Subscriber (if any) (Print)
████████

_____        _____
Signature of Subscriber                                  Signature of Joint Subscriber (if any)

                                    4/28/11
_____        _____
Capacity of Signatory (for entities)                Date

DEN 97470204



GA000747

Incorporated under the Laws
of the State of Colorado

NUMBER
C – 750

SHARES
1,300

GENAUDIO, INC.

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

This Certifies that    Marvin

registered holders of    One Thousand Three Hundred

of Common Stock

transferable only on the books of the Corporation by the holder hereof in
person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed
this    7th    day    of    June    A.D. 20 11

James T Devine, Secretary

Jerry Mahabub, President

The shares represented by this certificate have not been registered under the Securities Act of 1933 ... and are not transferable ... be ...

*For Value Received,* _____ *hereby sell, assign and transfer*

*unto* _____

_____ *Shares*

*represented by the within Certificate, and do hereby irrevocably constitute and appoint*

_____ *Attorney*

*to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.*

*Dated* _____ *A.D. 20* ___

*In presence of*

_____

NOTICE THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

GA000748

SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount:   $ __3900 °°__

# of Shares: __1300__

__MARVIN__

| | |
|---|---|
| Name of Subscriber (Print) | Name of Joint Subscriber (if any) (Print) |
| Signature of Subscriber | Signature of Joint Subscriber (if any) |
| Capacity of S          entities) | |
| Social Security or Taxpayer Identification Number | Country of Residence (if a non-U.S. Subscriber) |

Subscriber Contact Information:

| | |
|---|---|
| Street Address | Telephone          Fax |
| City          State          Zip Code | Email |

Instructions for Delivery of Securities:

Deliver to the address above

Deliver to an alternate address:

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS __7__ DAY OF __June__ , 2011.

GENAUDIO, INC.

By: __James Y. Devine__

Name: JAMES Y. DEVINE

Title: V.P. FINANCE

DEN 97470204

GA000749

## EXHIBIT A TO SUBSCRIPTION AGREEMENT - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: ███████ ███████  ███  MARVIN

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐ **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐ **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐ **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net Worth" means all of an investor's assets (other than his or her primary residence) whether liquid or illiquid, such as cash, stock, securities, personal property and real estate based on the fair market value of such property MINUS all debts and liabilities (other than a mortgage or other debt secured by his or her primary residence unless such mortgage or other debt exceeds the fair market value of the residence, in which case such excess liability should ALSO be deducted from his or her net worth.

☐ **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐ **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets in excess of $5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐ **The undersigned is an entity in which all of its equity owners are "accredited investors".**

*DEN 97470204*

GA000750

2. The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3. The Subscriber's current employment or business activity is as follows:

Company Name: ████████████_____

Address: _____

Telephone Number: _____

Principal Business: _____

Position and Title: _____

4. The Subscriber has __3__ years of investment experience.

5. The Subscriber invests or trades in marketable securities:

    □ More than 20 times per year
    □ 6-20 times per year
    ☑ 1-5 times per year
    □ Never

6. The Subscriber invests in non-marketable securities such as private placements:

    □ More than 10 times per year
    □ 6-10 times per year
    ☑ 1-5 times per year
    □ Never

7. The Subscriber has provided the following identification information:

    ☑ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this
    • Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

████████ MARVIN      _____
Name of Subscriber (Print)          Name of Joint Subscriber (if any) (Print)

████████      _____
Signature of Subscriber          Signature of Joint Subscriber (if any)

                               6/6/11
_____      _____
Capacity of Signatory (for entities)      Date



License Number ████

*DEN 97470204*

GA000751

GA000752



Incorporated under the Laws
of the State of Colorado

**GENAUDIO, INC.**

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

SHARES
1,000

NUMBER
C-751

This Certifies that                    Marvin

registered holder of          One Thousand                        Shares

of Common Stock

transferable only on the books of the Corporation, by the holder hereof in
person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed.

this      7th      day      of      June      A.D. 20 11

James T Devine, Secretary                    Jerry Mahabub, President

The shares represented by this certificate have not been registered under the Securities Act of 1933 or any other securities laws and cannot be sold in this state under the ... circumstances except pursuant to an effective registration statement under such securities laws or an exemption therefrom, and the corporation's transfer agent may require an opinion of counsel satisfactory to the company ...

For Value Received, _____ hereby sell, assign and transfer unto _____
_____ Shares
represented by the within Certificate, and do hereby irrevocably constitute and appoint
_____ Attorney
to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____ A.D. 20 __

In presence of _____

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER

GA000753

**SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT**

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount:  $ _3000.00_

# of Shares: _/000_

_MARVIN_

| | |
|---|---|
| Name of Subscriber (Print) | Name of Joint Subscriber (if any) (Print) |
| Signature of Subscriber | Signature of Joint Subscriber (if any) |
| Capacity of Signatory (for entities) | |
| Social Security or Taxpayer Identification Number | Country of Residence (if a non-U.S. Subscriber) |

Subscriber Contact Information:

| | |
|---|---|
| | Telephone          Fax |
| City          State     Zip Code | Email |

Instructions for Delivery of Securities:

Deliver to the address above                    Deliver to an alternate address:

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS ___7___ DAY OF ___JUNE___ , 2011.

GENAUDIO, INC.

By: _____
Name: JAMES T. DEVINE
Title: V.P. FINANCE

DEN 97470204

GA000754

## EXHIBIT A TO SUBSCRIPTION AGREEMENT - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: ███ ███ █ MARVIN

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐ **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐ **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐ **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net Worth" means all of an investor's assets (other than his or her primary residence) whether liquid or illiquid, such as cash, stock, securities, personal property and real estate based on the fair market value of such property MINUS all debts and liabilities (other than a mortgage or other debt secured by his or her primary residence unless such mortgage or other debt exceeds the fair market value of the residence, in which case such excess liability should ALSO be deducted from his or her net worth.

☐ **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐ **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets in excess of $5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐ **The undersigned is an entity in which all of its equity owners are "accredited investors".**

*DEN 97470204*

2.  The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3.  The Subscriber's current employment or business activity is as follows:

Company Name: ___ ████████ _____

Address: _____

Telephone Number: _____

Principal Business: _____

Position and Title: _____

4.  The Subscriber has __3__ years of investment experience.

5.  The Subscriber invests or trades in marketable securities:

    ☐ More than 20 times per year
    ☐ 6-20 times per year
    ☑ 1-5 times per year
    ☐ Never

6.  The Subscriber invests in non-marketable securities such as private placements:

    ☐ More than 10 times per year
    ☐ 6-10 times per year
    ☑ 1-5 times per year
    ☐ Never

7.  The Subscriber has provided the following identification information:

    ☑ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

████████ MARVIN _____       _____
Name of Subscriber (Print)                   Name of Joint Subscriber (if any) (Print)

████████ _____       _____
Signature of Subscriber                      Signature of Joint Subscriber (if any)

                                6/6/11
_____       _____
Capacity of Signatory (for entities)          Date

*DEN 97470204*

GA000756



GA000757

NUMBER
C – 796

SHARES
7,000

Incorporated under the Laws
of the State of Colorado

## GENAUDIO, INC.

25,000,000 shares of Common Stock authorized, $0.0001 par value per share
5,000,000 shares of Preferred Stock authorized, $0.0001 par value per share

This Certifies that

Marvin

registered holder of

Seven Thousand

of Common Stock

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed

this   16th   day   of   March   A.D. 20 12

James T Devine, Secretary

Jerry Mahabub, President

The shares represented by this certificate have not been registered under the Securities Act of 1933, as amended, and are, therefore, restricted as to transfer. No transfer of these shares shall be valid or effective unless and until [illegible] satisfactory to the Company.

*For Value Received,* _____ *hereby sell, assign and transfer unto* _____ *Shares represented by the within Certificate, and do hereby irrevocably constitute and appoint* _____ *Attorney to transfer the said Shares on the books of the within named Corporation with full power of substitution in the premises.*

*Dated:* _____ *A. D. 20* ____

*In presence of* _____

_____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

GA000758

**SIGNATURE PAGE TO GENAUDIO, INC. SUBSCRIPTION AGREEMENT**

The undersigned Subscriber hereby certifies that he, she or it (i) has received and relied solely upon the Memorandum, this Subscription Agreement and their respective exhibits and schedules, (ii) agrees to all the terms and makes all the representations set forth in this Subscription Agreement and (iii) meets the suitability standards set forth therein and herein.

Subscription Amount:  $ __21,000 00__

# of Shares: __7,000__

_MARVIN_

Name of Subscriber (Print) ————————  Name of Joint Subscriber (if any) (Print)

Signature of Subscriber ————————  Signature of Joint Subscriber (if any)

Capacity of Signatory (for entities)

Social Security or Taxpayer Identification Number  Country of Residence (if a non-U.S. Subscriber)

Subscriber Contact Information:

Street Address ————————  Telephone        Fax

City        State        Zip Code  Email

Instructions for Delivery of Securities:

Deliver to the address above        Deliver to an alternate address:

The Subscriber certifies under penalty of perjury that (1) the Social Security Number or Taxpayer ID and address provided above is correct, (2) the Subscriber is not subject to backup withholding (unless otherwise noted above) either because he has not been notified that he is subject to backup withholding or because the Internal Revenue Service has notified him that he is no longer subject to backup withholding and (3) the Subscriber (unless a non-U.S. Subscriber) is not a nonresident alien, foreign partnership, foreign trust or foreign estate.

THE SUBSCRIPTION FOR SECURITIES OF GENAUDIO, INC. BY THE ABOVE NAMED SUBSCRIBER(S) IS ACCEPTED THIS __16__ DAY OF __MARCH__, 2011. 2012

GENAUDIO, INC.

By: _____
Name: JAMES T. DEVINE
Title: V.P. FINANCE

*DEN 97470204*

GA000759



FAX #  ☐  ATTN: JIM DEVINE

## EXHIBIT A TO SUBSCRIPTION AGREEMENT - CONFIDENTIAL SUBSCRIBER QUESTIONNAIRE

This Questionnaire is provided to a prospective Subscriber who has expressed interest in purchasing securities of GenAudio, Inc. (the "Company"). The purpose of this Questionnaire is to determine whether Subscribers meet applicable suitability standards to invest in the offering of securities by the Company ("Offering"), and to comply with certain "know your customer" requirements. This material does not constitute an offer to sell nor is it a solicitation of an offer to buy securities, which offer may be made only pursuant to the terms and conditions of the Subscription Agreement to which this Questionnaire is an exhibit. Completion of this Questionnaire does not guarantee a Subscriber's participation in the Offering.

Answers to this Questionnaire will be kept confidential, provided they may be provided to such parties as required to provide assurance that the Offering will not result or has not resulted in violations of securities laws which are being relied upon by the Company in connection with the offer and sale thereof.

Please type or clearly print answers. If securities are to be purchased by more than one individual or entity, a separate Questionnaire should be completed for each.

Name of Subscriber: ☐  MARVIN

1. The undersigned qualifies as an "accredited investor" pursuant to the following definition (please check one or more of the following which apply to Subscriber; if none apply, do not check any items):

☐  **The undersigned is an individual who is a director or executive officer of the Company.** An "executive officer" is the president, a vice president in charge of a principal business unit, division or function (such as sales, administration or finance), any other officer who performs a policy making function or any other person who performs similar policy making functions for the Company.

☐  **The undersigned is an individual that (1) had individual income of more than $200,000 in each of the two most recent fiscal years and reasonably expects to have individual income in excess of $200,000 in the current year, or (2) had joint income together with the undersigned's spouse in excess of $300,000 in each of the two most recent fiscal years and reasonably expects to have joint income in excess of $300,000 in the current year.** "Income" means adjusted gross income, as reported for federal income tax purposes, increased by the following amounts: (i) any tax exempt interest income under Section 103 of the Internal Revenue Code (the "Code") received, (ii) any losses claimed as a limited partner in a limited partnership as reported on Schedule E of Form 1040, (iii) any deduction claimed for depletion under Section 611 of the Code or (iv) any amount by which income has been reduced in arriving at adjusted gross income pursuant to the provisions of Section 1202 of the Code. In determining personal income, however, unrealized capital gains should not be included.

☐  **The undersigned is an individual with individual net worth, or combined net worth together with the undersigned's spouse, in excess of $1,000,000.** "Net Worth" means all of an investor's assets (other than his or her primary residence) whether liquid or illiquid, such as cash, stock, securities, personal property and real estate based on the fair market value of such property MINUS all debts and liabilities (other than a mortgage or other debt secured by his or her primary residence unless such mortgage or other debt exceeds the fair market value of the residence, in which case such excess liability should ALSO be deducted from his or her net worth.

☐  **The undersigned is a Trust with total assets in excess of $5,000,000,** was not formed for the specific purpose of acquiring securities of the Company, and the purchase of the securities is directed by a person with such knowledge and experience in financial and business matters that he is capable of evaluating the risks and merits of the prospective investment in such securities.

☐  **The undersigned is a corporation, partnership, limited liability company or limited liability partnership that has total assets in excess of $5,000,000** and was not formed for the specific purpose of acquiring securities of the Company.

☐  **The undersigned is an entity in which all of its equity owners are "accredited investors".**

*DEN 97470204*

GA000760

2. The Subscriber's principal residence, if different than the address provided on the signature page to the Subscription Agreement, is as follows:

_____

_____

3. The Subscriber's current employment or business activity is as follows:

Company Name: _____

Address: _____

Telephone Number: _____

Principal Business: _____

Position and Title: _____

4. The Subscriber has __3__ years of investment experience.

5. The Subscriber invests or trades in marketable securities:

   ☐ More than 20 times per year
   ☐ 6-20 times per year
   ☒ 1-5 times per year
   ☐ Never

6. The Subscriber invests in non-marketable securities such as private placements

   ☐ More than 10 times per year
   ☐ 6-10 times per year
   ☒ 1-5 times per year
   ☐ Never

7. The Subscriber has provided the following identification information:

   ☐ A copy of Subscriber's driver's license (front and back) or passport or, in the case of an entity, such identification for its principal individual shareholders and signatories, accompanies this Questionnaire.

The Subscriber by signing below represents that the information provided in this Questionnaire is true and complete in all material respects.

_____ MARVIN _____          _____
Name of Subscriber (Print)                    Name of Joint Subscriber (if any) (Print)

_____          _____
Signature of Subscriber                       Signature of Joint Subscriber (if any)

                                              _3/1/12_
_____          _____
Capacity of Signatory (for entities)          Date

*DEN 97470204*