# REDACTED

# EXHIBIT 64

From: ▮▮▮ rosenblatt ▮▮▮▮▮▮▮▮▮▮
Subject: Fw: Re: GenAudio Investor Presentation
Date: June 28, 2010 at 11:03 AM
To: Jim Mattos ▮▮▮▮▮▮▮▮▮▮

--- On Fri, 6/25/10, ▮▮▮ rosenblatt <▮▮▮▮▮▮▮▮▮▮> wrote:

From: ▮▮▮ rosenblatt <▮▮▮▮▮▮▮▮▮▮>
Subject: Re: GenAudio Investor Presentation
To: "Jim Mattos" ▮▮▮▮▮▮▮▮▮▮
Date: Friday, June 25, 2010, 1:59 PM

Hey Jim,

▮▮▮ here again, I know that you are very busy but I just had to bend your ear again for a quick question. My mother, sister and cousin would like to invest, I also would like to buy more stock. My question was can I buy the stock and then get the stock certificates Issued in their names? or would it have to be in just my name. Let me know either way. Thanks for all of your help.

▮▮▮

--- On Sun, 6/20/10, Jim Mattos <▮▮▮▮▮▮▮▮▮▮> wrote:

From: Jim Mattos ▮▮▮▮▮▮▮▮▮▮
Subject: Re: GenAudio Investor Presentation
To: "▮▮▮ rosenblatt" ▮▮▮▮▮▮▮▮▮▮
Date: Sunday, June 20, 2010, 11:08 PM

Hi ▮▮▮

Current investors are welcome to re-invest and may do so for a minimum investment of 1/3 unit (or roughly $10,200.00 USD). New investors are required to purchase a minimum of 1 full unit @ 10,000 shares for $30,000.00 USD. Beyond the initial 30K (or $10.2K for current investors), stock can be purchased in additional lots of 100 shares ($300.00). Shares are assigned a par value of .0001 and thus they must be sold in lots of 100 shares for the totals to zero out for our accountant. ==Please note that new investors are required to be accredited investors; however, those restrictions do not apply to current investors in GenAudio.==

If you are interested in re-investing in GenAudio, please let me know and I would be happy to walk you through the process.

Best regards,
Jim W. Mattos

GenAUDIO

GenAudio, Inc.
8200 S. Quebec St.
Suite A3250

EXHIBIT 45
WITNESS mattos
CONSISTING OF 1 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.