**REDACTED**

# EXHIBIT 65

**From:** fallman 
**Subject:** RE: Free Shares?/Official Share split request form
**Date:** August 30, 2010 at 10:03 AM
**To:** Jim Mattos

Jim, the original is in the mail with signature. Anything else, let me know. Cheers.

---

**From:** Jim Mattos [mailto:
**Sent:** Monday, August 02, 2010 11:18 AM
**To:** fallman
**Subject:** Re: Free Shares?/Official Share split request form

Hi

Sounds good. Please keep in mind that <mark>any group investments on your family's behalf should be kept track internally. GenAudio can not officially know anything about it due to SEC laws regulating unaccredited investors.</mark> Please use the attached form for any near future splits. Feel free to add an addendum if you need additional space for this request.

As a reminder, the only thing GenAudio needs to be informed about is the total number of shares assigned to each person, not which shares were purchased under any given round of investment. Please call me if you have any questions.



EXHIBIT 47  PLTF / DEFT.
WITNESS Mattos
CONSISTING OF 1 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS         JM004734