**REDACTED**

# EXHIBIT 66



```
From: Jerry Mahabub jerry@genaudioinc.com
Subject: FW: Embedded Software SDK/test suite...
Date: March 21, 2010 at 2:44 AM
To: Bob Coover                Brent Kaviar            Gary Smith
    GenAudioInc               Greg Morgenstein        Ian Esten
    Jim Devine                Jim W. Mattos           Paul Powers
    Paul Savio                Stephan Bernsee         Walt GenAudio
    Abbey Laudadio            Recy A Pilloud          Melissa Gonzales
```

The latest correspondence with the fruit company (scroll down)! :) ==They are very excited to receive the evaluation software SDK. This should get things fired up and expedited to us inking a deal too.== All we are waiting on is for Bob Coover to finalize his review of the SDK manual, and it will be sent to the fruit company.

==At this stage in the game, for Apple to actually be wanting to do a full blown embedded level integration and test said integration is a very VERY good sign.== I can say that anytime I have been at this stage in the past with the numerous tech based licenses I have been involved with, ended up with an inked deal.

We know this will slip in perfectly, and we have made this so incredibly easy for them. By far, of all the integration projects I have ever worked on, this one is the easiest – which in turn will hopefully expedite our business dealings.

This is a very exciting time for the Company and for me personally, to ACTUALLY see my 20+ year continuous effort hopefully about to start paying off is Surreal. We ALL certainly deserve it.

==Let's get some fuel for the ship. Any help from all of you with this financing effort would be great.==

Let me know if any of you have any questions.

-Jerry

------ Forwarded Message
From: Jerry Mahabub
Date: Sun, 21 Mar 2010 02:02:24 -0600
To: Victor Tiscareno, Michael Hailey, Ronald Isaac, ==Phil Schiller, Barry Corlett, Jim Tenneboe==
Conversation: Embedded Software SDK/test suite...
Subject: re: Embedded Software SDK/test suite...

I will be sending the new demo C library/SDK by tomorrow evening or sometime on Monday. ==This will be right in time for you to start the embedded level integration process as we discussed on our last conference call and will keep everything on schedule with what Phil is hoping for - a fall product rollout. I will be available anytime on Tuesday for a conference call to go over the SDK, and I believe Phil and Michael wanted to follow up and go over a few things with us on the marketing side in terms of the actual application integrations for Quicktime, iTunes, DVD Player among others...Just let me know when you are all available.==

This ==Software Suite SDK== will enable your dev team, for any product division, to actually complete an embedded level integration of our DSP backend.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS          JM000727

EXHIBIT 29    PLTF DEFT.
WITNESS Mattos
CONSISTING OF 3 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

The test suite will contain the following:

a. AstoundSound Evaluation/Demo C Programming Library *(the entire DSP backend is standard C and highly optimized)*.
b. Stand-Alone Application to create various parameter settings. *(Exactly the same as the AudioDeviceNotify App for Ron, however, in user space not kernel space)*.
c. C Library instruction manual with example code. *(Due to the simplicity of our API as there are only 8 calls, four of which are create/release pairs, you could literally almost drop the library in simply by reading the header file and ignoring the manual and example code.)*

**Note: The stand-alone application DSP backend is EXACTLY the same as the in the demo C library.**

Realistically, this should take no more than 5 minutes to embed and test for performance and work out bugs, etc. I believe it will most likely work on the first try, as we have made this as simple as possible to enable Apple to actually do an embedded level integration.

Mac Hardware, iPod/iPhone, AppleTV, iPad, etc. - This demo C library will work with everything and integrate seamlessly.

**Question for Barry and/or Ron:**

**What is the processor architecture on the AppleTV so we can build the fully self-contained version of our library for that ISA, thus enabling integration and testing on that product line. With said addition, our evaluation/demo library will cover every product in your current line-up.**

**If you can let me know by tomorrow, it will take us less than 5 minutes to incorporate this as part of the Evaluation Software SDK.**

Once embedded, and you are happy with the performance characteristics and performed your tests, tweaked the parameter settings to your liking, the path is simple:

a. Ink a licensing deal (exclusive or non-exclusive depending on how Apple wants to move forward with the business and marketing side)
b. Hand over the actual AstoundAPI (the non-demo version) with our proprietary localization cue filters of which the presets would have already been determined with the stand-alone application.
c. Ready to ship

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**         **JM000728**

Because the localization cue filters are 8-tap, their demo C library 8-tap low pass filter replacements will exhibit the same exact processor performance so you can be assured that your performance tests will be exactly the same.

Of course, the stand-alone AstoundSound Expander application has the actual localization cue filters, so Jim Tenneboe can dial-in the settings for various devices and save or delete presets. Then it is literally a simple swapping of the demo C library with the real library, and voile – DONE!

Let me know if you have any questions.

Best Wishes,

-Jerry

------ End of Forwarded Message

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS          JM000729