REDACTED

EXHIBIT 68

**From:** "Jerry Mahabub" <jerry@genaudioinc.com>
**To:** "Victor Tiscareno"
**Cc:**
**Bcc:**
**Date:** 04/05/2010 03:04:24 am
**Subject:** Re: The last revision of the pdf file...I promise! :)
**Attachments:** AstoundSound Presentation for Apple.pdf

---

ARGH!!! I promise this is the last revision of the pdf file (unless you have any requested changes). USE THIS ONE!!! I did not like the flow on a couple of the slides of the previous email I just sent to you. ==This is right on the nose, and is an "under 5 minute" read for your Exec's at Apple. Should give whoever you are meeting with this week== a real solid background and glimpse into how the technology was created, and how it can be implemented into various Apple products.

We are still up hammering down on the iPad app. It is coming along very well and I hope you like what we are doing once you receive the device and check it out.

Have a good evening! :)

Best Wishes,

-Jerry


On 4/4/10 8:44 PM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

> Hi Vic,
>
> Please replace the pdf file I sent you in the previous email with the one attached to this email. There were some minor punctuation and grammar corrections I just made.
> I will try and call you tomorrow. Please don't forget to send me the 3 iPod devices and the song-list ASAP ==so I can get them back to you in time for your meeting==.
>
> I love my new iPad! We have the app fully functional and awaiting the new song list to incorporate.
>
> Hope you and your family has a wonderful Easter.
>
> -Jerry
>
>
> On 4/4/10 3:17 AM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:
>
>> Hi Vic,
>>
>> There are two attachments for your review:
>>
>> 1. Heavily streamlined presentation for you to send to the upcoming meeting attendees before they listen to the demo.

2. A screen shot of our iPad AstoundSound demo application (we got creative to use all the extra real-estate space. It is still functionally exactly the same as the iPod demo app). We moved the EQ (Tilt EQ and ActiveBass On/Off) controls away (below) from the main AstoundSound controls as we wanted to enable you to present this as simplistically as possible – stay in accordance with Apple standards making it as easy as possible for the consumer. The EQ controls are advanced "bells and whistles" that really do not have anything to do with our spatial audio DSP.

We are up hammering down on the iPad version of the AstoundSound application and I should be sending you an iPad with application on Tuesday for first delivery Wednesday morning to you in Cupertino.

**I need two things from you:**

1. **Send me back the three iPod Touch devices on Monday morning via FedEx first delivery, so I can add the new songs (Address: Jerry Mahabub, ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇) and get them back to you by Wednesday morning.**
2. **The new requested song list to be added to the current song list.**

==I would imagine you will need everything by this coming Wednesday at the latest for your meeting this week.== If I can get the devices and the new songs to add to the app by Tuesday morning, I can have the three iPods (with additional song list) and the iPad (also with the new song list) in your hands by Wednesday morning.

What is the expected date/time of the meeting again?

==In an effort to help get "two thumbs up" from your meeting so we can continue to move forward==, I have heavily streamlined the presentation I sent to you a while back and have it down to 15 pages. If possible, please review the attachment and let me know if I should change anything, and if you like it, ==then please send this to the people that will be at the meeting== so they can at least get a very clear understanding of the technology they are about to experience before you go in and give the demos. I see this as being "our" demo as we both have worked together for 9 months thus far on this, so please feel free to let me know if you want any changes to the presentation.

I am very excited about this. I think we can both be confident we have done the best we can. It has been a pleasure working with you on this, and I hope we are working together more in the very near future...

Wishing you and your family a very Happy Easter! :)

-Jerry