# REDACTED

# EXHIBIT 69

**From:** "Jerry Mahabub" <jerry@genaudioinc.com>
**To:** "Victor Tiscareno" <​███████​>
**Cc:**
**Bcc:**
**Date:** 04/27/2010 04:20:19 am
**Subject:** re: songs are integrated...
**Attachments:**

---

Hi Vic,

Great selection of music! :)

My dev team and I just got everything put together, and on my first round of listening, the only songs I am eliminating from the list are the following (1 song per artist):

1. **Dave Matthews:** *Say Goodbye* (very noisy live recording...sounds great, however, did not like the subtle noise floor issues both with processing turned on or off)
2. **Coldplay:** *The Scientist* (Practically in mono at the beginning, so no real difference, which is a good thing as it demonstrates that our processing is not causing any audio degradation to center channel imaging, however, for this demo, we need to get what AstoundSound does for audio, not that it simply maintains...IMO)
3. **Chet Baker:** *September Song* ((Same issue as the Dave Matthews live recording – very noisy either with processing on or off, so eliminated this song. The other two were much cleaner recordings, or someone went in and cleaned up the old school analog recorded "hiss" a bit).

They all sounded pretty good to me, however, I chose what I thought had noise floor issues due to the "noisy" recordings or potentially an issue with when the songs were compressed. Will be shipping both iPod Touch devices along with the iPad to you tomorrow for Wednesday morning delivery. ==Going to test some more right now and make sure everything is working perfectly for the big exec demo/meeting.==

Best Wishes,

-Jerry