# REDACTED

# EXHIBIT 71

**From:** "Jerry Mahabub" <jerry@genaudioinc.com>
**To:** "Victor Tiscareno" <​███​>
**Cc:**
**Bcc:**
**Date:** 05/05/2010 02:37:08 pm
**Subject:** Re: Thursday meeting...
**Attachments:**

---

Hi Vic,

You could almost kill two birds with one stone. Just let them listen to the Arkamys technology like you did with Michael on the laptop and switch back and forth...
If we can get to second base with one swing that would be ideal! :)
I will try and cal you later...

Best Wishes,

-Jerry

On 5/5/10 10:27 AM, "Victor Tiscareno" <​███​> wrote:

> Hi Jerry,
>
> I'll look over your other email and attachment later.
> Thanks for your offer to help us, but this is not that kind of demo.
> Michael and I are pitching this as a concept, and our proof of concept is what you developed for us.
> I think the demo and the product will speak for itself. Once we get the go ahead that this is a great idea, then the questions will be, "well, what about the other technologies, have we reviewed them? etc"
> Then we sort of start over internally to prove that we know what we are talking about, etc.
>
> We have to get to first base...
>
> Vic
>
>
> Victor Tiscareno
> ███
> iPod Audio/Acoustics
> ███ cell
>
>
> On May 5, 2010, at 3:47 AM, Jerry Mahabub wrote:
>
>> Hi Vic,
>>
>> If you would prefer, I can hop on a flight tomorrow night or Thursday early morning and attend the presentation. I did not offer to come because I thought I remember you saying that this would be limited to internal Apple staff only...

Let me know. I am here for you in any way that is necessary to help get this to the next stage! :)

I have been thinking about this all night, and perhaps we should talk again tomorrow. I have given 1000's of demos of the technology and have streamlined an order of demos that help people who are unfamiliar with the tech to better understand what we do.

I wish we could do this at my new studio – ==We would blow the exec away==! ;)

Just want you to know I am here for you and I am very confident you will be successful with your meeting.

Best Wishes,

-Jerry