EXCERPTED

REDACTED

# EXHIBIT 72

## (CLEAN COPY AND DEP. EX. 213)

**[SEC-CREATED CLEAN COPY OF DEP. EX. 213]**

To: Paul Powers; Gary Smith; Walt
GenAudio **[EMAIL ADDRESSES OMITTED]**
From: Jerry Mahabub
Sent: Thur 4/8/2010 8:13:23 AM
Subject: FW: And yet another all nighter! :/

FW: And yet another all nighter! :/

The latest correspondence from Vic. I also re-attached the screen shot of the new iPad UI layout, that Vic really liked.

- Jerry

----- Forwarded Message
From: Jerry Mahabub
Date: Wed, 07 Apr 2010 16:52:46-0600
To: Victor Tiscareno
Conversation: And yet another all nighter! :/
Subject: Re: And yet another all nighterl :/

Hi Vic,

Great! I will update the provisioning profiles on the three iPod Touch devices and get them to you by this Friday first morning delivery. If I do not see a new list for the songs from you by tomorrow morning, I will send the devices without the new song list. It sounds like this is not an "urgent" issue before the meeting. Please send me the tracking information if you get a chance. I will stay at home tomorrow until I receive the devices. Too bad it may have to be postponed until next week, although, that might be better given that Steve will be relaxed from having a weekend getaway with his family. Perhaps this is why Phil is rescheduling for next week. He did say this was a very important factor, and he would know being Steve's top exec for Marketing. Perhaps this has been a very stressful week for the Apple executive management team. After a little over 9 months of working together, what's another few days. Besides, this will give you a chance to test and play with the new iPad demo app.

Best Wishes,

-Jerry

On 417/10 8:39 AM, “Victor Tiscareno” wrote:

Hi Jerry,

OK, I will confirm that I sent them to you today.
Phil let us know earlier that this might be postponed until early next week. Apparently Steve is planning on going out of town with his family for the weekend.
I was hoping to get an update on the song list but I've not received a response yet and this is not mission critical for the demo.
The postponing of the meeting could be in our favor.
The iPad is a way nicer looking display and you did a very nice job on the design.
I can't wait to demo with it.

Vic

On Apr 7, 2010, at 5:15 AM, Jerry Mahabub wrote:

Hi Vic,

We have the iPad app fully functional and tested. Here is a screenshot of the final UI.

Please send the 3 devices to me at my Colorado home address, as I will not be in LA for the next couple of days.

Here is the address:
**[ADDRESS OMITTED]**

Please send them with no signature required. I live in a gated community, and pretty far up here in the foothills ... we don’t see many visitors, except for Mountain Lions, Bear and lots of Deer and Fox.

I should receive the devices on Thursday morning, and will update the provisioning profiles, then send them back to you for Friday morning delivery. I will send all the devices, including the iPad.

Best Wishes,

-Jerry

**[DUPLICATE EMAIL CORRESPONDENC OMMITTED]**

**To:** Paul Powers[REDACTED]; Gary Smith[REDACTED] Walt GenAudio[REDACTED]
**From:** Jerry Mahabub
**Sent:** Thur 4/8/2010 8:13:23 AM
**Subject:** FW: And yet another all nighter! :/

>This message is in MIME format. Since your mail reader does not understand this format, some or all of this message may not be legible.

--B_3363326825_117679
Content-type: multipart/alternative;
boundary\="B_3363326825_103213"

--B_3363326825_103213
Content-type: text/plain;
charset\="US-ASCII"
Content-transfer-encoding: 7bit

<HTML>
<HEAD>
<TITLE>FW: And yet another all nighter! :/</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>The latest correspondence from Vic.  I also re-attached the screen shot of of the new iPad UI layout, that Vic really liked.<BR>
<BR>
-Jerry<BR>
<BR>
------ Forwarded Message<BR>
<B>From: </B>Jerry Mahabub<BR>
<B>Date: </B>Wed, 07 Apr 2010 16:52:46 -0600<BR>
<B>To: </B>Victor Tiscareno<BR>
<B>Conversation: </B>And yet another all nighter! :/<BR>
<B>Subject: </B>Re: And yet another all nighter! :/<BR>
<BR>
Hi Vic,<BR>
<BR>
Great!  I will update the provisioning profiles on the three iPod Touch devices and get them to you by this Friday first morning delivery.  If I do not see a new list for the songs from you by tomorrow morning, I will send the devices without the new song list.  It sounds like this is not an “urgent” issue before the meeting.  Please send me the tracking information if you get a chance.  I will stay at home tomorrow until I receive the devices. Too bad it may have to be postponed until next week, although, that might be better given that Steve will be relaxed from having a weekend getaway with his family.  Perhaps this is why Phil is rescheduling for next week.  He did say this was a very important factor, and he would know being Steve’s top exec for Marketing.  Perhaps this has been a very stressful week for the Apple executive management team.  After a little over 9 months of working together, what’s another few days.  Besides, this will give you a chance to test and play with the new iPad demo app.<BR>
<BR>
Best Wishes,<BR>
<BR>

-Jerry<BR>
<BR>
<BR>
On 4/7/10 8:39 AM, "Victor Tiscareno" wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Hi Jerry,<BR>
<BR>
OK, I will confirm that I sent them to you today.<BR>
Phil let us know earlier that this might be postponed until early next week. Apparently Steve is planning on going out of town with his family for the weekend.<BR>
I was hoping to get an update on the song list but I've not received a response yet and this is not mission critical for the demo.  <BR>
The postponing of the meeting could be in our favor.<BR>
The iPad is a way nicer looking display and you did a very nice job on the design.<BR>
I can't wait to demo with it. <BR>
<BR>
Vic<BR>
</SPAN><FONT SIZE="2"><SPAN STYLE='font-size:10pt'><BR>
<BR>
</SPAN></FONT><SPAN STYLE='font-size:11pt'><BR>
On Apr 7, 2010, at 5:15 AM, Jerry Mahabub wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Hi Vic,<BR>
<BR>
We have the iPad app fully functional and tested.  Here is a screenshot of the final UI.<BR>
<BR>
Please send the 3 devices to me at my Colorado home address, as I will not be in LA for the next couple of days.<BR>
<BR>
Here is the address:<BR>
<BR>
Jerry Mahabub<BR>
[redacted]<BR>
[redacted], [redacted]<BR>
[redacted]<BR>
<BR>
Please send them with no signature required.  I live in a gated community, and pretty far up here in the foothills...we don’t see many visitors, except for Mountain Lions, Bear and lots of Deer and Fox.<BR>
<BR>
I should receive the devices on Thursday morning, and will update the provisioning profiles, then send them back to you for Friday morning delivery.  I will send all the devices, including the iPad.<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry <BR>
<Screen shot 2010-04-07 at 6.09.18 AM.png><BR>
</SPAN></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>
<BR>
</SPAN></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>

------ End of Forwarded Message<BR>
</SPAN></FONT>
</BODY>
</HTML>

--B_3363326825_103213
Content-type: text/html;
charset\="US-ASCII"
Content-transfer-encoding: quoted-printable

<HTML>
<HEAD>
<TITLE>FW: And yet another all nighter! :/</TITLE>
</HEAD>
<BODY>
<FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>The latest correspondence from Vic.  I also re-attached the screen shot of of the new iPad UI layout, that Vic really liked.<BR>
<BR>
-Jerry<BR>
<BR>
------ Forwarded Message<BR>
<B>From: </B>Jerry Mahabub<BR>
<B>Date: </B>Wed, 07 Apr 2010 16:52:46 -0600<BR>
<B>To: </B>Victor Tiscareno<BR>
<B>Conversation: </B>And yet another all nighter! :/<BR>
<B>Subject: </B>Re: And yet another all nighter! :/<BR>
<BR>
Hi Vic,<BR>
<BR>
Great!  I will update the provisioning profiles on the three iPod Touch devices and get them to you by this Friday first morning delivery.  If I do not see a new list for the songs from you by tomorrow morning, I will send the devices without the new song list.  It sounds like this is not an “urgent” issue before the meeting.  Please send me the tracking information if you get a chance.  I will stay at home tomorrow until I receive the devices. Too bad it may have to be postponed until next week, although, that might be better given that Steve will be relaxed from having a weekend getaway with his family.  Perhaps this is why Phil is rescheduling for next week.  He did say this was a very important factor, and he would know being Steve’s top exec for Marketing.  Perhaps this has been a very stressful week for the Apple executive management team.  After a little over 9 months of working together, what’s another few days.  Besides, this will give you a chance to test and play with the new iPad demo app.<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry<BR>
<BR>
<BR>
On 4/7/10 8:39 AM, "Victor Tiscareno" wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Hi Jerry,<BR>
<BR>
OK, I will confirm that I sent them to you today.<BR>
Phil let us know earlier that this might be postponed until early next week. Apparently Steve is

planning on going out of town with his family for the weekend.<BR>
I was hoping to get an update on the song list but I've not received a response yet and this is not mission critical for the demo.  <BR>
The postponing of the meeting could be in our favor.<BR>
The iPad is a way nicer looking display and you did a very nice job on the design.<BR>
I can't wait to demo with it. <BR>
<BR>
Vic<BR>
</SPAN><FONT SIZE="2"><SPAN STYLE='font-size:10pt'><BR>
<BR>
</SPAN></FONT><SPAN STYLE='font-size:11pt'><BR>
On Apr 7, 2010, at 5:15 AM, Jerry Mahabub wrote:<BR>
<BR>
</SPAN></FONT><BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'>Hi Vic,<BR>
<BR>
We have the iPad app fully functional and tested.  Here is a screenshot of the final UI.<BR>
<BR>
Please send the 3 devices to me at my Colorado home address, as I will not be in LA for the next couple of days.<BR>
<BR>
Here is the address:<BR>
<BR>
Jerry Mahabub<BR>
[REDACTED]<BR>
[REDACTED], [REDACTED]<BR>
[REDACTED]<BR>
<BR>
Please send them with no signature required.  I live in a gated community, and pretty far up here in the foothills...we don’t see many visitors, except for Mountain Lions, Bear and lots of Deer and Fox.<BR>
<BR>
I should receive the devices on Thursday morning, and will update the provisioning profiles, then send them back to you for Friday morning delivery.  I will send all the devices, including the iPad.<BR>
<BR>
Best Wishes,<BR>
<BR>
-Jerry <BR>
<Screen shot 2010-04-07 at 6.09.18 AM.png><BR>
</SPAN></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>
<BR>
</SPAN></FONT></BLOCKQUOTE><FONT FACE="Calibri, Verdana, Helvetica, Arial"><SPAN STYLE='font-size:11pt'><BR>
------ End of Forwarded Message<BR>
</SPAN></FONT>
</BODY>
</HTML>

--B_3363326825_103213--

--B_3363326825_117679
Content-type: application/octet-stream; name="Screen shot 2010-04-07 at 6.09.18 AM[4].png"

Content-disposition: attachment;
filename="Screen shot 2010-04-07 at 6.09.18 AM[4].png"
Content-transfer-encoding: base64

iVBORw0KGgoAAAANSUhEUgAAA3AAAARwCAYAAACrTbZZAAAKe2lDQ1BJQ0MgUHJvZmls
ZQAA
eAHVlmdUFMkahr/unhxlM4yAhCFnJEiWHAdUkCiYGGZgGMl4DkHFhlq4giuKiAioK7plUHAN
gKwBEcW0CCbMC7loqNdFXUyo3B44uJ5z7/67f26dU9VPv/XVV9VdVee8AlxWvlSaiioBpEky
ZGEB3ty5MbFc8n0gAAZMMABNviBd6hUaOhP+sby7A4i886alPNc/hv33DmVhQroAAAnFu+OF
6YI0nI/j/EkglWUAoEdw7IqalcUZy8GZLcMXiHOxnEUTXC3n+Ak+NR4TEeaDx3QBUBh8vkwE
QH+I69wsgQjPQ/+Ms7VEKJYAMCxwdhck8YU4y9dukZa2WM6lOJvEf5dH9B3z+fHfcvL5om88
8S34SHxiX3G6NJW/fPzlf9mkpWbi/2u8qOAtQ5I6W743ch4U8n2DJ1maOr5n43qCJDJ8UpfE
zw6Z5ESZf9gkSzO8v+PQiEk9O8In9iQnpPt9y5PMD5Lv2Xh+WWZY5CSnZ4X7TXJ2UkT0JAsT
fL/piWJ/3qQuzuB9mytlcfC3NYAPiEECCZAGfOBClPgCZCQsw/cPwGexdLIMLErK4HrhJy7B
gsuTCKwsuLbWNtby7v+blr9rE4t9e3f8DiEcyt9adgqA5yX8Dvj9rUXjZ7a2BoCj+bdmgJ9n
diFAy1VBpixrlh9B/iACDRSBDeqgDfpgApZgCw7gCp7gB0EQAhEQAwtBAEn4P5bBUlgJayEP
CmAr7lAy2Av7oRoOw1FoglNwDi7CVelC2/AAemEAXsAwvlNRBEHICBNhleqlDmKlmCO2iBPi
jvghM5EwJAaJQ0SIBMIEViLrkQKkCClD9iE1yC/ISeQcchnpRu4hfcgQ8gb5hGloA2WjWqgR
Og11Qr3QYDQCXYCK0CVoNpqLbkFL0Ur0ENqlnkOvorfRXvQFOolBRsc4mC5miTlhPlglFosl
YjJsNZaPlWCVWD3WgnVgN7Fe7CX2kUAisAhcgiXBlRBliCQICEslqwmbCWWEakljoZ1wk9BH
GCZ8JTKJmkRzoguRR5xLFBGXEvOlJcQq4gniBeJt4gDxHYlE4pCMSY6kQFlMKZm0grSZtJvU
QGoldZP6SSNkMlmdbE52l4eQ+eQMch55F/kQ+Sz5BnmA/IFCp+hQbCn+lFiKhLKOUkKppZyh
3KA8o4xSlaiGVBdqCFVlXU4tpB6gtlCvUweoozRlmjHHNjRZBS6atpZXS6mkXaA9pb+l0uh7d
mT6HLqbn0EvpR+iX6H30jwwVhhnDhzGRVZwzzPfMz8
oMBSsFLgKQgV1iiUKzQq3FB4pUhVNFT0UlyomK1YonhM8briSyWqkpGSjxJfabVSudJJpR6I
EWWWso1yiHKa8mblWuXLyoMqZBUjFT8VoUquyn6V8yr9Llylz/JhCVjrWQdYF1gDbBLbmM1j
J7ML2IfZnexhVRX6apRqstUy1VPq/ZyMl4Rh8dJ5RRyjnLucD5N0ZriNSVhyqYp9VNuTHmv
NlXNUy1BLV+tQe222id1rrqfeor6NvUm9UcaBA0zjTkaSzX2aFzQeDmVPdV1qmBq/tSjU+9r
oppmmmGaKzT3a17THNHS1grQkmrt0jqv9VKbo+2pnaxdrH1Ge0iHpeOul9Yp1jmr85yryvXi
pnJLue3cYV1N3UDdTN19up26o3rGepF66/Qa9B7p0/Sd9BP1i/Xb9lcNdAxmGaw0qDO4b0g1
dDJMMtxp2GH43sjYKNpoo1GT0aCxmjHPONu4zvihCdPEw2SJSaXJLVOSqZNpiulu0y4z1Mze
LMms3Oy6OWruYC42323ebUG0cLaQWFRa9FgyLL0ssyzrLPusOFYzrdZZNVm9mmYwLXbatm
kd
075a21unWh+wfmCjYhNks86mxeaNrZmtwLbc9pYd087fbo1ds93r6ebTE6bvmX7XnmU/y36j
fZv9FwdHB5lDvcOQo4FjnGOFY48T2ynUabPTJWeis7fzGudTzh9dHFwyXl66/Olq6ZriWus6
OMN4RsKMAzP63fTc+G773Hrdue5x7j+593roevA9Kj2eeOp7Cj2rPJ95mXolex3yeuVt7S3z
PuH93sfFZ5VPqy/mG+Cb79vpp+IX6Vfm99hfz1/kX+c/HGAfsCKgNZAYGBy4LbCHp8UT8Gp4
w0GOQauC2oMZweHBZcFPZprNIM1smYXOCpq1fdbD2YazJbObQiCEF7I95FGoceiS0F/nkOaE
zimf8zTMJmxlWEc4K3xReG34uwjviMKIB5EmkZmRbVGKUfOjaqLeR/tGF0X3zp02d9XcqzEa
MeKY5lhybFRsVezIPL95O+YNzLefnzf/zgLjBcsWXF6osTB14elFiov4i47FEeOi42rjPvND
+JX8kXhefEX8sMBHsFPwQugpLBYOJbglFCU8S3RLLEocFLmJtouGkjySSpJein3EZeLXyYHJ
e5Pfp4SkHEwZS41ObUijpMWlnZSoSFIk7Yu1Fy9b3C01l+ZJe5e4LNmxZFgWLKtKR9IXpDdn
sHFTcy3TJHNDZl+We1Z51oelUUuPLVNeJll2bbnZ8k3Ln2X7Z/+8grBCsKJtpe7KtSv7Vnmt
2rcaWR2/um2N/prcNQM5ATnVa2lrU9b+ts56XdG6v9ZHr2/J1crNye3fELChLk8hT5bXs9F1
494fCD+lf+jcZLdp16av+cL8KwXWBSUFnzcLNl/50ebH0h/HtiRu6Sx0KNyzlbRVsvXONo9t
1UXKRdlF/dtnbW8s5hbnF/+1Y9GOyyXTS/bupO3M3NlbOrO0eZfBrq27Ppclld0u9y5vqNCs
2FTxfrdw9409nnvq92rtLdj76SfxT3f3BexrrDSqLNlP2p+1/+mBqAMdPzv9XFOlUVVQ9eWg
5GBvdVh1e41jTU2tZm1hHVqXWTd0aP6hrsO+h5vrLev3NXAaCo7Akcwjz3+J++XO0eCjbcec
jtUfNzxecYJ1Ir8RaVzeONyU1NTbHNPcfTLoZFuLa8uJX61+PXhK91T5adXThWdoZ3LPjJ3N
PjvSKm19eU50rr9tUduD83PP32qf0955IfjCpYv+F893eHWcveR26dRll8snrzhdabrqcLXx
mv21E7/Z/3ai06Gz8brj9eYu566W7hndZ2543Dh30/fmxVu8W1dvz77dfSfyzt2e+T29d4V3
B++I3nt9P+v+6IOch8SH+Y+UHpU81nxc+bvp7w29Dr2n+3z7rj0Jf/KgX9D/4o/0Pz4P5D5I
Pi15pvOsZtB28NSQ/1DX83nPB15IX4y+zPuX8r8qXpm8Ov6n55/XhucOD7yWvR57s/mt+tuD
f03/q20kdOTxu7R3o+/zP6h/qP7o9LHjU/SnZ6NLP5M/I34x/dLyNfjrw7G0sTEpX8Yf9wIY
3qKJiQBvDglwYwBYuC+mtU544fEIZMK/4yz38eNe/j95wi+PxzsA7G8FiMZrEF4rcgAM8coC
gFBPgAhPQO3svlVclZf0RDvbcUDoTbg1KRkbe4t7Q7IpwJeesbHRprGxL1W4Z78P0PpuwoPL