Redacted

EXHIBIT 77

From: Jim Mattos
Subject: Fwd: Upcoming LCEC Meetings... (Apple Correspondance 5)
Date: October 27, 2014 at 3:33 AM
To: Jerry Mahabub jerry@genaudioinc.com

Jim W. Mattos
Corp. Secretary; Sr. VP Corp. Communications
& Investor Relations



Astound Holdings, Inc.
8200 S. Quebec St.
Suite A3250
Centennial, CO 80112
Toll Free:
Office:
Fax:
email:
URL1: http://www.genaudioinc.com
URL2: http://www.astoundmusic.com
URL3: http://www.astoundstudios.net

EXHIBIT 34
WITNESS Mattos
CONSISTING OF 4 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF / DEFT.

GOVERNMENT
EXHIBIT
90
D-03450

Begin forwarded message:

Date: July 2, 2010 at 12:34:51 PM MDT
Subject: FW: Upcoming LCEC Meetings...
From: Jerry Mahabub <jerry@genaudioinc.com>
To: Bob Coover < >, Brent Kaviar < >, Gary Smith < >, GenAudioInc < >, Ian Esten < >, Jim Devine < >, "Jim W. Mattos" < >, Paul Powers < >, Paul Savio < >, Stephan Bernsee < >, Walt GenAudio < >, Abbey Laudadio < >, Recy A Pilloud < >, Greg Morgenstein < >

Team:

Please read below the email correspondence between Victor and myself. I am, within the next couple of weeks, going to Cupertino two times according to Vic's email, and apparently Steve wants a quick handshake meeting with me while I am meeting with his top acoustic scientist (found this out after talking to Vic just now). Steve wants to better understand why we are so much different and have his

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS          JM002515

big phd in acoustic physics report back to him. YES!!!! This is where I can really add value to the technology and I am actually very VERY happy about these upcoming meetings. I will have Andrew eating out of the palms of my hands by the time I am done with him.

The quiet period has ended. Now, Steve and his team are getting serious about the real core of the technology which encompasses all the R&D I performed before forming the company. I will send them to school!!! :) This is a very very VERY good sign indeed! :) :) :)

I do not know how fast this will move from this point. Looks like they are getting very serious, and given the fact that they are diving into my core R&D to understand the technology side a bit better will only result in an increased value in their eyes regarding the technology. This is what I have been waiting for. This is where we truly can drive the value through the roof!

I must say, the timing on Disney, Walden Media, and Apple could not be anymore perfect and Warner had better get with the program and schedule us for our 2nd mix test. Walden Media is very VERY critical that we land that movie in Astound from a negotiation leverage perspective. I can explain this to anyone that is interested in knowing the reasons why, as it might not be as obvious as other maneuvers I have made. Just know that my strategy to drive the value is working like clockwork.

We are very lucky thus far for everything to be lining up in time as they are. This has not been an easy strategy for me to envision and actually make it into a reality. Thanks to all of you, it is!!! ;)

Best Wishes,

-Jerry

------ Forwarded Message
From: Jerry Mahabub
Date: Fri, 02 Jul 2010 11:47:02 -0600
To: Victor Tiscareno
Conversation: Technical Presentation...
Subject: Re: Technical Presentation...

Hi Vic,

Green on my screen! :) See you at 11am on Wednesday, July 7th. I am having one of my software team members add 5 bands of parametric EQ for the Center Channel (mid-processing), and 5 bands of EQ for the side signal processing. We will leave in the 4 bands of HRTF Notch Filters/EQ and 4 bands of post processing parametric. He should have this done within 3 days in accordance with our discussion last night.

Actually, this is close to the exact setup we have for our professional audio plug-in (with the exception of we have no specific EQ for side signal processing), so this should do the trick as far as enabling the ability to significantly reduce any intensive reverb perception when our processing is turned on, in particular, for 90's style mixes that have a strong reverb tail mixed to the side signal and is harmonically connected to the mid signal vocal track. After making these EQ adjustments, we adjust the % center bypass alongside the center channel and side signal EQ matching, and we should be golden and create a deployment ready set of presets for Mac division. This may take a few weeks to

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS JM002516

nail down, however, it is not a brick wall by any means and with the additional horsepower of the Mac computers over the portable CE devices given the more powerful processors, I am sure the slight increase in processor expense will be close to negligible and not affect deployment of embedding AstoundExpander via the kext for Mac based product offerings. As we discussed, I believe the iPod, iPhone, and iPad do not require these additional EQ parameter settings, only for Mac side...

You say jump I say how high!!! Whenever and wherever you need me I will be there. Just let me know when Barry and Andrew are available for a meeting. I too am anxious to finally meet the big man, and I am happy that it will be a very informal handshake first meeting so we can feel each other out before we put our business teams into negotiations. I am sure he has given a lot of thought to this, and with you letting him know that the Disney meeting was a success the other day, I am sure he will see upside from an investment in our tech from both the film and CE spaces.

Have a great day! :)

Best Wishes,

-Jerry


On 7/2/10 11:29 AM, "Victor Tiscareno" wrote:

> Hi Jerry
>
> I have to meet on Wed July 7, 11:00am. Is that a good time for you?
> I added Ron to the meeting. Will you have the new Kext with the additional EQ for us to play with by then? Ron wants to do some adjustments with you and Jim Tenneboe in real-time while you are here. I would plan on staying here for at least a couple of hours. Ron may request that we go under a heavier NDA as we already discussed for the purpose of development where we would be giving you and your team access that is not included in any of our SDK's. This may be necessary to get things put together from a deployment perspective as we want to keep the momentum we have.
> Also, I would like to arrange a meeting with a couple of guys on the team, one you know and have met with several times, Barry Corlett.
> The other person is Andrew Bright (phd in acoustics) as requested by Steve himself. Steve has really taken an ineterst in your technology and wants to understand it better. Also, Steve would like to have an initial introduction to you during this meeting, just a simple handshake meeting with him, so no need to get out the steel underwear just yet! He is anxious to meet you in person and ask you a few questions. I let him know yesterday that your meeting with Disney was a success, and that perked his ears up!!!
> No date yet, and Barry will be out next week or I'd somehow find a way to combine your upcoming trips to Cupertino into one. :)
>
> Vic
>
> "If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
>
> || On Jun 30, 2010, at 8:09 PM, Jerry Mahabub wrote:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS     JM002517

Hi Vic,

Yes it is. Meeting with Disney went very well! They want us to sign an NDA before we move forward with them using it for theatrical and home theater releases...

What date time between the 6th and the 9th do you want me to come and update the provisioning profiles?

Best Wishes,

-Jerry


On 6/30/10 12:10 PM, "Victor Tiscareno" wrote:

Hi Jerry,

I have a meeting with Steve and our internal Acoustics R&D expert tomorrow. Is the latest and greatest prezo that I have to date? I think it is... How did the Disney meeting go?

Vic

"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."

------ End of Forwarded Message

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS            JM002518