REDACTED

EXHIBIT 79



Shareholder Confidential



August 1, 2010



Dear GenAudio Shareholders:

Since my last video presentation update, there have been three milestone business developments.

<u>Motion Picture Industry:</u>

The integration of AstoundSound® into a major 3D theatrical motion picture release is coming together. *Chronicles of Narnia 3: The Voyage of the Dawn Treader*, a Walden Media film being distributed by 20th Century Fox (http://www.imdb.com/title/tt0980970/) is currently being mixed in London, England at one of the top professional dub stage facilities in the world. They are now using GenAudio's professional audio tools we have been developing since the company was formed in 2003 (see the previous movie file update for demos of these product offerings). Below is what you can expect the end-credits lineup to look like when this film title releases in December, 2010, although we are still uncertain as to what the ordering of the logos will be, our logo has been submitted and accepted by both Walden Media and 20th Century Fox.



On July 14, 2010, Brent Kaviar, our SVP Post Production, Andrew Hay, our theatrical audio mix engineering consultant, and myself recently went to England to show off our professional audio tools to the entire audio engineering team working on Narnia 3. The next day the entire audio team was using our professional audio software tools to process audio for the film. <u>This is ASTOUNDING!</u>

As a direct result of our meeting in England, we are currently in negotiations with 20th Century Fox for the marketing and promotion agreement terms and conditions, such as a 30 second to 1 minute 3D "trailer" of AstoundSurround®. Our trailer will be analogous to the Real D 3D trailer – you can view this at http://www.youtube.com/watch?v=bohjmKXrS6Y. Our trailer will show on every screen worldwide before the film starts. Although our logo has already been approved to be part of the end-credits alongside Dolby, Sony and DTS, there are still several tests throughout the course of the audio mixing process over the next few months until the final audio "print master" is created at the dub stage in London.

1

Shareholder Confidential

20th Century Fox is waiting to determine just how much they blow this new technology up into the world after reviewing the results of tests to be conducted the third week in August, 2010. We are confident we will pass all tests and have conducted similar tests as part of our own testing process. AstoundSurround® will be the first audio technology logo to be placed, among the other three, since 1993. **In 17 years**, no other audio technology company has made it on the big screens and placed alongside the three multi-Billion dollar industry giants – until now. With the huge push for 3D films, timing could not be more perfect to have an audio component that actually matches the visual. Our technology is the solution the film industry has been awaiting for almost two decades.

This will be our first international theatrical release in AstoundSurround®. The technology will be used full-scale, and will have the value-add of carrying all the way through home theater distribution (DVD, Blu-Ray, Digital) of the motion picture with both AstoundSurround® (multi-channel) and AstoundStereo® (two-channel) for playback options. We expect this will enable overnight international branding and instantaneous credibility of the technology in the motion picture industry. This also enables a differentiator that will be experienced by the consumer in every theater worldwide for 3D films. The demand for it to be in future 3D film title releases should be enormous.

**Consumer Electronics Industry:**

In the very near future, it has been requested by the LCEC's CEO to have a "hand-shake" meeting with myself alongside meeting with the LCEC's expert in acoustic physics and others. This meeting will take place within the next couple of weeks. As you all may already know, due to our NDA with the LCEC, I am not at liberty to talk about any details. I can say that we are still moving forward with confidence and plan on carrying it through all the way to the end, which could result in a significant revenue generating license deal or the potential for acquisition of the technology or the company. It has been requested that we sign an even more restrictive NDA with the LCEC. I expect to receive this new NDA within the next couple of weeks. I have multiple strategies in place with respect to multiple pathways depending on how restrictive the new NDA will be, and how much wiggle room we will have to negotiate terms within the new NDA. With large companies such as the LCEC, the wiggle room is typically very minimal.

In addition to working directly with the LCEC, I have been heading up business development in the CE space for the company and have recently been informed that an executive from Panasonic wants to meet with me in the near future. With the new 3D HDTV's coming out strong and hard for home theater, our two-channel (stereo) expansion process, called AstoundExpander, is a perfect match for integration into these displays. Sony, Panasonic, Samsung, LG, among many others, all have their own product line of 3D enabled HDTVs. This field of use within the CE space does not compete with any of the product offerings from the LCEC.

There are many CE fields of use where our technology can be integrated. All of these fields of use are very large markets with large revenue generating potential for the company. The technology is in a state where it can be integrated into just about any CE device that has stereo audio output capability. I envision several future exclusive licensing deals with many fields of use with various large CE companies, of course, provided we are not acquired by one of them.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          GA005352

Shareholder Confidential

### AstoundSound Expander® ver. 3.0.2:

AstoundSound Expander v.3.0.2 ("ASE") computer product offering was recently uploaded to our servers, and our improved AstoundSound Expander computer-based consumer product is available for download on our consumer centric web based portal at http://www.astoundsound.net. All existing ASE users should have recently received, or will soon receive, a computer prompt alerting you to upgrade your existing ASE software.

ASE 3.0.2 is now fully compatible with the latest Windows 7 and Apple Snow Leopard operating systems and it is more stable and more efficient for better CPU and memory usage. It is truly a solid consumer product now, which takes any normal stereo audio for music, movies or games, and turns it into a more robust and expansive listening experience when played on a computer.

Now that we have resolved the "'bugs" and made it compatible with the latest operating systems, we intend to reinvigorate our consumer marketing efforts through digital and social media marketing, technology review sites, and promotional partnerships. We are in the process of soliciting ideas and establishing an updated marketing plan. An excellent "grassroots" way to market and advertise the new product is via "word of mouth". I ask for you all to tell your friends to check out the 4D sound of the new ASE 3.0 at our http://www.astoundsound.net website for a free 30 day trial. Now that the product is truly solid and fully compatible, we need to start a chain reaction of product awareness to create a pyramid of people trying the software and we need the help of all of our shareholders so we can create product awareness as efficiently as possible.

Thank you in advance for your help with this grassroots marketing effort and your continued confidence in our Company. For any shareholder who does not have ASE on their computer, we would like to furnish you with a key code so that you may download a permanent version of the software without charge. You may obtain your free key code by contacting Jim Mattos by email at ███████████████ or by calling the Company office at ███████████.

Our current offering will be closing at the end of August and it has been very successful thus far with the vast majority of investments coming from our existing shareholders. Thank you very much for your continued support. Many of you have continued to invest over and over again since I formed the company back in 2003, and I am grateful and honored to have you all as shareholders in GenAudio (including all of our newer shareholders of course). It is a real good sign when your shareholders continue to invest repeatedly – It makes the entire team and myself happy and we will continue to work very hard to maximize shareholder value.

We are on a winning streak and we will exert best efforts to keep it that way!

Sincerely,


Jerry Mahabub
Founder, Chairman, President & CEO

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA005353