# EXHIBIT 80

| Year | Company Loans to JM | JM Loans To Company | Non-Cash JM to Company | Non-Cash Company to JM | Difference | Running Difference | Rent for AstoundStudio | Reimbursement for Home | Salary |
|---|---|---|---|---|---|---|---|---|---|
| 2004 | $ 23,947 | | | | $ (23,947) | $ (23,947) | | | |
| 2005 | $ 191,191 | | | | $ (191,191) | $ (215,138) | | | |
| 2006 | $ 241,944 | | | | $ (241,944) | $ (457,082) | | | |
| 2007 | $ 363,349 | | | | $ (363,349) | $ (820,431) | | | |
| 2008 | $ 479,464 | $ 660,000 | | | $ 180,536 | $ (639,895) | | 70,030 | 55,769 |
| 2009 | $ 301,665 | $ 1,545,845 | | | $ 1,244,180 | $ 604,285 | | 81,254 | 76,293 |
| 2010 | $ 48,401 | $ 99,664 | | $ 860,847 | $ (809,584) | $ (205,299) | 60,000 | 50,415 | 416,154 |
| 2011 | $ 37,535 | $ 57,000 | | | $ 19,465 | $ (185,834) | 120,000 | 47,940 | 192,308 |
| 2012 | $ 21,500 | $ 186,300 | | | $ 164,800 | $ (21,034) | 40,000 | 38,570 | 9,615 |
| 2013 | | $ 202,000 | | | $ 202,000 | $ 180,966 | | | |
| | | | | | | | 220,000 | 288,209 | 750,139 |

EXHIBIT  20  PLTF. / DEFT.
WITNESS  Devine
CONSISTING OF  1  PAGES
DATE  7-19-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.