REDACTED

EXHIBIT 82



From: "Jerry Mahabub" <​█​>
To: "Victor Tiscareno" █ "Ronald Isaac" <​█​>
Cc: <​█​> <​█​m>
Bcc:
Date: 09/24/2010 08:13:42 pm
Subject: re: suggested reading for Andrew...
Attachments: image.png

---

Hello Apple team:

Finally made it back home to Colorado! Thank you all very much for coming to the demo yesterday. I hope that you all enjoyed the new iPad test harness app for creating deployment level presets for your portable handheld CE devices, and the all new 6 channel to 3 channel spatial audio processing for the computer side of your product offerings. Of course, there are other implementations, such as the real-time OpenAL Mac 3D mixer replacement with our "AstoundNode" audio unit for gaming. Given the timeframe of the meeting, it was best to keep it focused to iPad/iPod/iPhone and Mac.

*Kaiann, it was a pleasure to meet you. My background is both in Science (Physics and Electrical and Computer Systems Engineering) and Business (Strategy and technology licensing), so I hope that the "scientist" mode I was in at the meeting helped you to better understand our technology and offered you a brief glimpse into a few of the various market applications associated with the technology. I would be delighted to answer any questions you might have as we move forward with the technology integration side and hope it can enable you to determine a solid product rollout strategy with you and your team of marketing gurus at Apple.*

I have compiled a very elementary list of suggested reading for Andrew so he can better understand some of the core fundamentals and learn some of the basics with respect to the basis for my past 22+ years of R&D into the response of the human brain to spatial auditory stimuli. At some point in time, perhaps when my two children are grown up, I will too write a book about this subject in particular (i.e. - when the international patent filings surrounding the technology have expired). I did very much so respect his thoughts from one scientist to another, as years ago I asked myself those same exact questions, among several hundred others, and I believe that he will see the light with just a little core background into the fundamentals of fMRI data analysis and how combined electrical data (via EEG) and fMRI data can accurately determine specific human brain response functions.

With the classical approach to psychoacoustic research (being the primary foundation of Andrew's questions based on the questions he was asking), building dummy heads and performing measurements with such devices have been done for many years (since the 70's actually) and they do have their place, just not for pro-audio or embedded level CE device integration. Studying the actual human brain and its response to spatial auditory stimuli is far more complex and requires a very unique and extensive background in psychoacoustics, physics, neuroscience, DSP, software engineering and code optimization, numerical analysis and applied mathematics, among other professional fields (now this might start to make sense why it has taken me over 22 years thus far). Although there are some similarities in the *nomenclature* that is used between the two very different approaches (classical psychoacoustics using dummy heads versus actual human brain measurements), the two methods are completely different and as a direct result have differing capabilities and market applications. Hope this brief explanation helps you all to formulate the basis for why AstoundSound is so unique when compared to both traditional and current psychoacoustic modeling efforts.

SEC-TiscarenoV-E-0001416

Please feel free to forward this email to Andrew (I do not have his email address) with the list as set forth below so perhaps for our next meeting we can peel back one or two more onion shell layers (and feel free to read the suggestions below yourself, although, these books are geared more toward the hard-core scientist/research oriented individual)...

Functional MRI: An Introduction to Methods - Peter Jezzard

Brain Signal Analysis: Advances in Neuroelectric and Neuromagnetic Methods - Todd C. Handy

Statistical Parametric Mapping: The Analysis of Functional Brain Images - William D. Penny

Diffusion MRI: From quantitative measurement to in-vivo neuroanatomy - Heidi Johansen-Berg

Brain Signal Analysis: Advances in Neuroelectric and Neuromagnetic Methods - Todd C. Handy

Of course, these books are all very rudimentary and entry level reading, so they should be easy for Andrew to get a head start on some of the basics – *light bathroom reading as I like to call it!!!* ;)

On a lighter note, with the first international theatrical release in AstoundSurround (when we integrate Astound processing into a theatrical 5.1 mix) coming very soon "Chronicles of Narnia 3" on December 10, 2010, I believe there exists a strong synergy between the theatrical side impact on a world-wide scale as well as the impact Apple CE devices can have with such a market differentiator as Astound. FYI – In over 17 years there has not been any new major advances in audio technology for theatrical (since Dolby in 1991 and then DTS and SDDS in 1993), and thus no new audio advances for the CE space. The desert is dry, and with the huge push for 3D in the theaters, this is a perfect time to figure out a strategy for how Theatrical and Apple CE markets can piggyback off of each other and change the way the world listens to audio. The change is coming to motion pictures and nothing can stop that from happening. It would be good to see the double meteor impact into the planet with CE devices encompassing the technology contemporaneously.

As with all technology that makes it to the big screens, it always ends up in the CE space through home theater devices, computers, car stereos and navigational systems, game consoles, etc. The cache of Astound being on the big screens world wide, quite the disruptive technology no doubt, should certainly justify Apple's positioning for the CE side I would imagine. The key is strategy, and Apple rules the planet when it comes to marketing strategy and everybody in the world knows this. As of yesterday evening after I returned to SF from Cupertino, I found out that the lead mix engineer (Micahel Semanick) for the new upcoming Pixar motion picture, Cars 2, is very interested in using Astound in the theatrical mix and we are meeting with the sound design team within the next couple of weeks to get our pro-audio software installed on their systems. I believe this may be of interest to your CEO given his position with Walt Disney! :)

**Ron – Please don't forget to get us the kext for the 6 in 3 out sometime this week. We also have an implementation for 6 in 2 out, however, having the discrete physical center channel (or LCR discrete) is by far superior to an phantom center (L, Phantom C, R). For the case of headphone listening, the phantom center works great, and hence the reason why we implemented it this way for the iPad side of things.**

Lastly, We will need to either go under a more serious development agreement for us to give Apple our real

SEC-TiscarenoV-E-0001417

deployment level SDK (not the test level SDK you have already received). Given that Barry stated it would be easier for us to give our SDK to Apple so Apple could then integrate and point to the iTunes Music library, as opposed to Apple giving us an API to do this on our end (which would actually have been the easiest pathway), I will put together an SDK license agreement for Apple to review and sign as the current NDA between our companies is not strong enough to cover both sides of the fence and I am sure that Apple would want this in place just as much as we do (the language in the SDK agreement will be mutual). For obvious reasons this agreement will prohibit Apple from commercializing any of its products with our SDKs for Ron, Barry, or any other division of Apple until such time that a full blown commercial licensing agreement is entered into.

Have a great weekend! ;)

Best Wishes,

Jerry Mahabub, Chairman & CEO

Colorado Office: ███████
LA Studio: ███████
Fax: ███████
Mobile: ███████
email: ███████
URL: http://www.genaudioinc.com

SEC-TiscarenoV-E-0001418