REDACTED

# EXHIBIT 83



December 8, 2010


GOVERNMENT EXHIBIT 35
D-03450

Dear Shareholders:

My sincerest apologies for the delay in keeping all of you apprised with current and expected future Company developments. The entire team has been overwhelmingly busy, giving new meaning to the word "multitasking". This has been an involved process to write this update, as we have so many positive things happening simultaneously from both a technical and business development perspective. Before diving into the heart of this update, I have put together and summarized a cursory list of the more important events that have taken place since the last shareholder update.

### EXECUTIVE SUMMARY

**One of our executive officers, Paul Powers, COO and General Counsel of our Company has chosen a new career path and is no longer with us on a full-time basis.** As of current, he is still a Board of Directors member and will be offering advice and counsel as needed. He has been a value-add to our Company since I appointed him to the Board of Directors of directors and hired him to work for us on a full-time basis. On a positive note, this has enabled our Company to re-direct his salaried compensation and bring on one or possibly two additional technical team members that are needed to continue on the path of our positive forward direction. We will miss Paul as a member of our full time staff and wish him the best of luck!

**We have inked our first revenue-generating license in the music space!** I am currently in the middle of negotiating our second revenue-generating license and it is within the consumer electronics ("CE") space. The dominoes are starting to fall. The Company believes other "carve-out" license deals throughout 2011, within various fields, are within our reach. Hopefully by the second quarter of 2011 we will transition to self-sustaining revenues, and we should have just enough cash-in-bank to get us to that point thanks to the success of our most recent common stock offering. The Company expenses are as bare bones as it gets and our current burn rate is around 120K to 150K USD per month (almost ½ of what is was the year before and ¼ from 2 years ago).

**We recently shared a category award win at the 3D Film and Interactive Festival with Anschutz Entertainment Group Live (AEG Live) for the new "We are the World 25 for Haiti".** http://www.prnewswire.com/news-releases/genaudios-astoundsurround-plays-supporting-role-in-win-for-aeg-network-lives-we-are-the-world-25-for-haiti-3d-short-film-at-the-3-d-film-and-interactive-festival-105352713.html. You can also download and watch/listen to this incredible music video/documentary in Astound (with the 2D video) by going to the following: http://rcpt.yousendit.com/1002597167/83c71b1eb1c0c1fffcafdbb13c6b44cd. (Turn off your AstoundSound Expander software as the processing is within the mix). In conjunction with AEG Live,

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          GA004921

and the We Are The World Foundation, we have recently won three new awards including this year's humanitarian award, and I believe we have been nominated for a Grammy award!

**With all the good news, I am sorry to inform you that we will not be on "Chronicles of Narnia 3".** Although this may appear at first glance as a setback for the Company, and is upsetting, it has not affected our ability to move forward within the CE space (where we believe will generate the largest revenue generation will come from) nor has it affected our ability to continue forward with the film industry. I will elaborate on this in more detail under the business developments section below.

## SPECIFIC UPDATES

### I. The New Studio – Astound Studios, LLC.

Over the past year, several shareholders have asked me the question "do we have a studio?" The answer is yes. However, I personally own the entire studio facility, not GenAudio. Initially,



GenAudio was building out the studio for the express purpose of promoting the Company and providing audio professionals the proper environment to experience AstoundSound. At that time Westminster Securities was very unsuccessful with a common stock offering. As a result, the Board of Directors voted against signing a lease and continuing to build-out the studio facility due to the financial condition of our Company at the time and the landlord's requiem for a three-year contractual commitment. This was right in the middle of an economic downturn, and many companies including banks went out of business during

this period. Given these factors, the Board of Directors made the right decision at that time. What I did not expect was that I would become a studio owner in addition to running GenAudio.

Evasive action was required. Thus, I personally loaned the Company 1.5MM+ USD shortly after the Westminster round offering closed to make sure we kept moving forward and did not have any delays with our positive forward direction. Being a forward thinker, I knew that the studio would eventually be the key to unlocking many of the industries the Company was targeting. I decided to take all the risk on my shoulders by signing the lease as required by the landlord which saved our Company from losing what it had already invested in the studio build-out.

As a direct result, our Company and I signed a deal where the debt between us would be reduced. This reduction was equal to the exact amount of money the Company had spent since it's formation on all professional audio equipment, gear, software, studio design services, and whatever amount the Company had put into the build-out of the studio. Much of this gear was outdated, and I decided to take the hit for this and did not ask for a depreciated value to be placed on the gear. We simply reduced the debt by the amount the Company spent on the gear, regardless of whether or not it was out-dated or not useable by the new studio. I was granted some options by the Board of Directors to help "lighten the blow"; however, it does not come close to what I had to give up in an

effort to protect our Company and its shareholders during a hard time while simultaneously ensuring our future revenue generation success.

The Company really had not invested much into the studio build-out at the time I took it over. In order to finish the studio build-out, it cost me 2.2MM+ USD. This was paid from my personal bank account, not via a loan from a financial institution. I had no choice but to sell a portion of my personal shares to make this happen for all of us. With having the responsibility to complete the build-out of the new studio facility and equip it, plus loan the Company 1.5MM+ USD, I have personally spent almost 4MM USD. Why did I do this? The studio is a key element to maximizing shareholder value for GenAudio and enabling actual revenue generating licenses. It is my #1 obligation as a Board of Directors member to act in the best interest of our Company and its shareholders, and I did just that. I certainly did not do this to be in the studio business, nor do I have any desire (or time) to be in the studio business.

I am proud to let you know the new studio facility has been completed and operating for the past 5 months. It has enabled our first revenue generating license deal (with more expected in the near future). It has enabled us to give real professional audio demos to key industry executives, professional audio engineers, and members of the press. An absolute MUST HAVE when promoting such an incredible and new audio technology as "the next dimension in the evolution of audio".



Since it's opening, we have conducted numerous meetings on behalf of GenAudio at the new studio and our professional audio staff has been working on GenAudio related projects night and day. This has truly rolled out the red carpet for us to bring the technology to market, and to do it the right way. We can now adequately and accurately test all of GenAudio's current and future product offerings. It is by far one of the best post-production studios ever built, and that is not only my opinion. You can check out the new studio facility at http://www.astoundstudios.net.

Just recently Mix Magazine visited the new studio, and the Sr. Technical Editor for Mix has recommended the studio be placed on the front cover of the special National Association of Broadcasters ("NAB") April 2011 issue with a full article write up about the studio, the AstoundSound technology, and the Company. For those of you that are not aware of NAB, it is perhaps one of the largest professional audio events in the world. This could be extraordinarily explosive for our business development efforts for theatrical, TV, and music.

I thought you would all appreciate knowing that I will do whatever it takes to make sure we do not deviate from our positive forward direction and my vision of what our Company can achieve. All of you invested your hard earned money in GenAudio, and I sincerely appreciate everything you have all done to help GenAudio get to our current stage of development.

## II. Business Developments

Our product offerings have reached a "critical stage". This has given us the potential for explosive business development, and we will do everything we can to drive our brand and generate revenues as we enter 2011. Please read below for a cursory list of business and licensing activity.

### New AstoundSurround.com Website

As a direct result of our professional audio product offerings being fully functional and ready for professional use, it was necessary to create a web-based portal that more specifically addresses our potential licensees within the film and music industry. Our new website went live on December 6, 2010. This website will be updated frequently with new content, trailers, demos, etc. The URL is as follows: http://www.astoundsurround.com. (See the screenshot of the homepage below)

The posted demos, of course, will be the two-channel "fold-downs" from actual theatrical 5.1 mixes. We are now calling these two-channel "fold-downs" AstoundStereo®. The purpose for this naming convention is to maintain the key word "Astound", where the Surround or Stereo is representative of whether the audio is a multi-channel/surround sound mix (requiring multiple speakers such as in a home theater) or two-channel/stereo creation.

For theatrical releases, it is branded as AstoundSurround® because we integrate the technology during mixing within a surround sound mix session. Hopefully this helps to clarify the difference between these two implementations of the AstoundSound technology. The objective is that eventually everything will just be referred to as "Astound". As a reminder, AstoundSound is the name we have given to represent the actual technology or software core.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.            GA004924



Of course, our main consumer software product offering web based portal will remain in place at http://www.astoundsound.net and our Company website at http://www.genaudioinc.com.

## ROGERS & COWAN

In light of the recent developments and the professional readiness of the professional mixing tools, the Company has recently hired a public relations firm to leverage our professional accomplishments and to facilitate brand recognition and revenue generating opportunities. This is the same firm that brought DTS out of the gate, IMAX, Real D, among many others. They are intimately familiar with the market segments we are targeting. Below is a hyperlink to a press release they put out announcing our new relationship:

http://www.prnewswire.com/news-releases/genaudio-inc-selects-rogers--cowan-as-agency-of-record-for-astoundsound-106465563.html

I believe my quote in the press release spells it out quite clear. We are very happy to have them on board with us. They have been lining up media and press representatives to come to AstoundStudios to learn about AstoundSound and to listen to the AstoundSound demos. They are also assisting with our CES plans and will be working directly with Monster.

## ▎▎MONSTER'

Monster is a very successful company, and they have a very well known brand. You most likely know them for their hi-fi audio cables, screen cleaners, power conditioners and power strips. However, they also manufacture and distribute a wide variety of high-end headphones such as the "Beats by D.R.E", the Lady Gaga headphones, and the new Miles Davis headphones for Jazz listening, among many others.



We have recently processed Disney's upcoming "Tron Legacy" soundtrack for Monster. It will be



included as a special promotional version of the soundtrack packaged with Monster headphone at a royalty rate of 5 cents per promotional CD in addition to the contemplated royalty arrangement for the hereinafter described "headphone integration." Noel Lee, the Founder and CEO of Monster and I have developed a strong professional relationship over the past few months. As a direct result of the both our technical staff collaborating and working together, it enabled Noel and I to negotiate and execute our first revenue generating license deal for the official Tron Soundtrack re-mastered using our AstoundSound technology. It will be branded as "Monster HD Headphone Surround" with a "Powered by AstoundSound®" co-brand (see the image above of the actual layout design from Monster for the CD that will be inserted into all the Tron Headphone packages). We believe that co-branding with such a well-known company like Monster will enable rapid brand exposure of our technology worldwide.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          **GA004926**



We are in the process of "Astounding" 5 to 10 more albums over the next 2 months, and Monster may get the rights for entire catalogs from record labels such as Sony-BMG among others. In addition, we are currently in negotiations for our first revenue generating license deal for consumer electronics specifically for the headphone market segment. We anticipate additional revenue generating "carve-outs" with Monster for other fields of use. Monster and GenAudio have agreed to approach our relationship from a strategic partnership perspective - as a direct result, we believe that this will be a stepping-stone to accelerate other licenses with other companies with various market applications.

Monster is gearing up for a new headphone product launch in conjunction with Walt Disney. The launch will take place at the International CES show in Las Vegas in early January. This is expected to be our first consumer electronics integration license and we are negotiating the terms of the license for revenue generation, co-branding/marketing, promotions and PR at CES among other terms. The new "Monster Tron Headphones" are targeted primarily at video gamers – Monster's first headphone for optimal performance during game-play, and with AstoundSound embedded. The world is in for a  big surprise! I expect to have completed negotiations with Monster within the next two weeks as they have requested this deal to be signed on the fast track so we can gear up for CES 2011.

So, how did this happen? Testing of AstoundSound versus Dolby Headphone software processing capabilities resulted in a verbal commitment from Monster to use AstoundSound rather than Dolby technology for integration into the new upcoming release of the Monster Tron headphones. To be frank, we **seriously slaughtered** their technology. This CE integration deal is subject to signing an  agreement for an exclusive license within this field of use. The company is currently in the middle of negotiating said agreement and we hope to have it signed within the next two weeks. They would not entertain a non-exclusive license, as they do not want any competitor headphone products to use our technology. Per their request, I have structured the terms of the license for exclusivity with a narrowed field of use for the headphone market. The Tron Headphones will have an initial pre-release, with no integrated circuit included for processing, however, the Tron Soundtrack CD will be part of the bundled package. I believe this is scheduled for product launch sometime before Christmas. The updated Tron Headphones with our processing embedded will be announced at CES 2011m subject to signing the exclusive licensing agreement, and product rollout is scheduled for February of 2011.

We are excited about the near-term future partnership relationship with Monster. Our teams work together very well. This is the underlying basis for any partnership that has a good chance of going the distance. For more information about Monster please visit http://www.monstercable.com.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA004927

# Panasonic

We recently signed a test software development agreement with Panasonic San Jose Labs ("PSJL"), which is a division of Panasonic Corporation North America ("PCNA"). After a few meetings with the Panasonic Venture Capital Arm and developing a relationship with one of the managing directors, I was introduced to the SVP R&D for PCNA. This led us into developing a software development kit ("SDK") for them to test with and required us to port our code from a Mac to a PC. We also met with the Managing Director of Panasonic Hollywood Labs and Chief Innovation Officer (CIO) of Panasonic at this year's Audio Engineering Society event in San Francisco in October of 2010. He is interested in bringing the technology into his division for testing as well which could enable even more product offerings from Panasonic incorporating our technology.

We successfully delivered the test SDK to Panasonic, and soon after their entire team from PSJL gave demonstrations of our technology to executives at Panasonic Japan and they returned from Japan last week with some very good news. The CIO was also present, alongside the managing director for PSJL, and they reported back to me directly saying that the meetings/demos went "smashingly well".

Panasonic Japan "bit the hook" and as a direct result, I will be meeting with the CEO and CTO of Panasonic Japan at CES 2011 for a private meeting at our demo suite to discuss the technology and determine the next steps for moving forward with a potential partnership/licensing agreement for various fields of use.

Last week I brought two of our development team members with me to the lab and met with a board member of Panasonic Japan (the same person as the managing director of the venture capital arm for Panasonic in North America), and was told that they expect to enter into license negotiations sometime around the second quarter of 2011 given the successful demonstration in Japan.

It was noted that Panasonic Japan mandates that the venture capital arm must make an investment into any company from whom they are licensing technology. I notified the Board of Directors about my initial business discussions with Panasonic, and we will determine the best course of action with Panasonic when we cross that bridge, hopefully sometime around the second quarter of 2011. Any investment would be linked to the contemporaneous execution of a suitable licensing arrangement.

Due to the non-disclosure language I can not talk about what product offerings Panasonic has an interest in licensing our technology for, however, I can say that the fields of use we have identified do not compete with the primary fields of use of the Large Consumer Electronics Company ("LCEC") that I have referenced in the past.



One of my good friends from Colorado, who is also a Sr. Manager at National Cinemedia ("NCM"), reconnected with me about 5 months ago. He possesses a strong background in audio and used to run the post production department at NCM. He has become a huge advocate of AstoundSound and came to visit my studio a few months ago. He introduced me to John Rubey, President of AEG Live

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**     **GA004928**

who visited AstoundStudios and this led to our Company doing the theatrical 5.1 mix for the new "We are the World 25 for Haiti" in 3D ("WATW") and of course, in AstoundSurround.

This project has brought John and I together and we not only have a strong business relationship, we have developed a friendship. On December 6, 2010 I attended the MEA award ceremony at Paramount Pictures where we received three big "shout-outs" from John Rubey and shared three awards (these are in addition to the 3D Film Festival Award we won together). First was for WATW winning the best mobile music video award. Second was for them winning the People's Choice award, and the third was for the Humanitarian Award for 2010.

Previous to this event, I was asked to attend a special closed-door 3D event hosted by Panasonic in NYC about a month ago. John Rubey and I met for dinner after the event and discussed strategy for moving forward. In a nutshell, John wants all of his live concerts for the 2011 line-up, that will be webcasted in real-time to be in AstoundSound - including possibly pushing AstoundSound into the audience at the big venues.

He then introduced us to his primary "front of the house" mixer who is also the front house mixer for the Grammy's. As a result, we are working on a solution for what we will call AstoundLive™ (formerly we called this implementation AstoundConcert™). He is willing to share in revenues with us, and although I am not quite sure exactly what the revenue model will be, he stated to me exactly this, "Jerry, let's find a way for you to sign the backs of checks instead of the fronts of checks". Needless to say, I have put that statement into full swing for the Company, and he has given me permission to use his quote (and I use it quite often both verbally and for strategic purposes).

DirecTV is going to be hosting a special event showing the 3D version with the AstoundSurround mix sometime in 2011. This will hopefully help the foundation with additional donations in an effort to create awareness for the devastation in Haiti so the foundation can raise the money to continue to provide support.

John Rubey, Quincy Jones, and Lionel Ritchie and the We Are The World Foundation gave me permission to share the "We are the World" video with the shareholders of GenAudio provided I ask you all to consider making a donation to the WATW foundation. Haiti is still in a very bad state, and there has been a huge cholera outbreak. They desperately need our help. Please watch the video (download it from the hyperlink I provided earlier in this report) and if you can, please help with this humanitarian effort. You can visit the We are the World Foundation website at this address: http://wearetheworldfoundation.org/


WALDEN MEDIA

According to the SVP Post Production for Walden Media, who sat on a 3D Audio panel with me on December 5, 2010 at the Showbiz Expo in Los Angeles (http://www.prnewswire.com/news-releases/genaudio-founder-and-ceo-jerry-mahabub-to-be-featured-at-showbiz-expo-los-angeles-in-motion-picture-3d-sound-panel-discussion-111319019.html), "We worked with Jerry's technology and it was very good. Unfortunately, due to economic reasons, timing issues, and other forces, we

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA004929

.

were not able to use the AstoundSound technology on Narnia 3". Here is a hyperlink to the Showbiz Expo and bios of the panelists: http://www.screenplaylab.com/screenplaylab-panels-at-showbiz-expo-on-dec-5th/.

The use of his words "other forces" is what I find most interesting. We have speculated about what happened and believe it was a political maneuver that caused this to happen. However, we still really do not know exactly what happened. What we do know is that everyone at Fox and Walden loved the technology. As proof of this, Fox Studios has recently given us a trailer to mix for them using our technology.

I am sorry to say that I really have no absolute answer to give to you at this time. I can say that my gut instincts rarely serve me wrong and I feel there was some foul play involved. However, for the purpose of confidentiality, I will refrain from writing where I believe this foul play emanated from. I can say that someone or some entity got real scared of us and the potential damages our technology could cause to their way of doing things because we have real technology that works.

What we want you all to understand is that we did have this in writing, from Fox Studios, Walden Media, and the sound engineers in London that, "We have decided to use AstoundSound processing for Narnia 3. It truly enhances the 5.1 mix and brings back the surround sound experience when folded-down to the LTRT and played back with two channels". After two trips to London everything appeared to be a green light. Absolutely nothing ever led us to believe that they were not going to use our technology. Both trips to London were very successful and we completed training with the editorial team on how to use our professional audio tools. The entire editorial team was amazed by the technology. They were very happy to be the first ones to use it for a theatrical film title release and could not stop playing with our software. They even requested new features from us that we delivered in a very timely manner to enhance their workflow with our professional audio tools.

About two weeks before final mixing started we received an email from the head of sound design/editorial stating that they were uncertain if AstoundSound would be used because of too many changes to the visual effects and that too much audio had to be re-cut to match the new video. You can only imagine how I felt when I heard this news. To date, we still do not know what exactly happened. We were told by the entire audio engineering staff, and by Fox and Walden that they decided to use AstoundSurround and were not going to use the new Dolby 7.1 because they all felt that Astound integrated into a 5.1 mix was better than Dolby 7.1. In the end, we found out that during final mixing, they did a 7.1 mix. Indeed, I was seeing red.

Fox Studios even did a special set of quality control (QC) tests and spent over 100K USD to do this about one month before we got the news that our technology was not going to be used on Narnia 3. We fully passed all of their QC testing through the entire production chain from theatrical all the way to DVD. We were thrilled to get this news from Fox. In addition, Fox asked for our logo and said that it was approved for the branding side of the coin, hence the last email update where I showed the logo line-up for the end-credits.

There are some very good things that came out of working with both Fox and Walden Media and I feel we should focus on this rather than on the negative and unknown. Here is a cursory list on the positive and known side of the coin:

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          **GA004930**

1) We no longer have to go through the lengthy QC testing process with Fox, and since most studios use the same testing process, Brent and I expect that because we passed Fox's QC testing all the way through, we may not have to go through this with the other big studios. The SVP Post for Fox Studios really likes the technology, and even he could not figure out what happened and was upset about us not being on Narnia 3.

2) We have developed relationships with and exposed the technology to a few of the top 5 professional audio engineers in the world and they want to use the technology on other film title releases.

3) We streamlined workflow and added some additional features to our professional audio tools at the request of the sound editorial staff working on Narnia 3.  This enhanced our product offering for professional mixing use.

4) Fox Studios is still interested in working with us in future trailers and theatrical releases.

Most important is the fact that not being on Narnia 3 did not affect our ability to move forward in the consumer electronics space.  However, being incorporated into a big budget theatrical release would certainly help to expedite our business development efforts for CE integration.  We will continue to exert best efforts in the film space and hopefully our technology will be on an upcoming theatrical film title release in 2011.

**I sincerely apologize for getting all of our hopes up about Narnia 3.**  To be frank, I am still a bit upset by this and I do not blame any of you if you feel the same way, however, we must not look back, learn from our experiences, and keep moving forward with our very positive forward direction.

## The LCEC

We just recently updated the software to enable compatibility with recent updates from the LCEC for a few of their product offerings.  We have also recently sent them a new implementation of our software process that they requested we put together for them to test.  I met with their CEO and gave him a demo of our technology, and he stated, "I really like your technology and look forward to seeing you again in the future".

Although they are moving very slow, we are still on their radar screen, and remain very optimistic for a  deal  in the second or third quarter of 2011.  Due to the nature of our NDA we have signed with this company, I am not at liberty to discuss anything further.

What is most interesting is that this timing is the same timeframe Panasonic mentioned to me.  I believe the potential for a bidding war is starting to come into focus.  Although both these companies are industry leaders, their product offerings in the CE space are quite different and they do not compete.  For this reason, I chose to approach these two companies with the hopes of the potential for a bidding war.  It has been very difficult to strategically time these two companies in this respect.  We will just have to wait and see what happens around the second quarter of 2011.

## Others

I have only reported on a small portion of the business developments we are pursuing.  There are several other potential CE licenses with various other companies, theatrical film title releases, new

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**          GA004931

artist CD's, etc. I did not want this shareholder report to turn into a thesis. I have selected what I felt were the most important business developments to report to all of you. For example, we have also mixed a theatrical trailer for Regal Entertainment, and are working with Walt Disney, Skywalker Ranch, and many others. There is a strong potential for any of these business development efforts to turn into revenue generating and branding opportunities.

AstoundSound Expander ("ASE")

Our product offering for computers has been slowly but surely picking up momentum. With these other business developments, the Company expects increased revenue generation from ASE. Because we have been focused on the licensing side for both international scale branding and revenue generation we currently do not have a full-time product marketing firm specific for computer software. Consequently it is no surprise that this incredible product offering is not selling as much as we would like. We do have an individual who we have hired on who has done a fantastic job increasing ASE awareness through digital online marketing efforts, but we have asked him to postpone his efforts until completion of the migration of our e-commerce provided from Digital River to Avangate which will both provide us with better control and flexibility over licensing arrangements and open up more affiliate marketing opportunities.

The Company believes that eventually a large consumer electronics company will want a license for the computer market, and if this happens, it would most likely be the sudden death of ASE as a product offering direct from GenAudio. Expander has really helped us to develop the technology for Consumer Electronics integration purposes, and for this reason alone, it is certainly not a waste of time or money.

With increased exposure to our technology through licensing for professional and CE utilization, it could rapidly change the course of ASE. The potential for ASE to generate significant revenues for our Company is growing. With that said, the Company is continuing to push ASE on a smaller scale, keep it updated for compatibility with the latest greatest operating systems from both Apple and Microsoft. We hope it will eventually lead us into either a computer market application license or significant revenue generation.

For all of our shareholders we would be happy to furnish you with a complimentary copy of the AstoundSound Expander for Mac or PC. Download a free 30-day trial of the ASE software for your Mac or PC by visiting http://www.astoundsound.net.   To take advantage of this offer, please contact Jim Mattos ▓▓▓▓▓▓▓▓▓▓ to receive your free software activation code. Please be sure to indicate if you require a code for Mac or PC, or both.

[Note: Please review the minimum system requirements and verify that your computer meets these requirements before downloading and installing the software.]

III. Technical Developments

Chip Integration

Over the past couple of years, we have been working day and night on optimizing our software digital signal processing ("DSP") core. This was necessary to get our highly intensive audio DSP to work on a small and less powerful integrated circuit ("IC") or chip. Running the processing on a

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA004932

computer with powerful Intel processors is one thing, however, getting our technology to work on a mobile platform based processor without substantially affecting battery life was no easy task.

Although the LCEC is moving rather slow, the development efforts we have completed for their portable devices over the past 18 months is what enabled us to actually embed our software processing onto a chip. Software development of this magnitude requires a very incremental development methodology. Over the years we have had one breakthrough after another, all of these leading up to us finally being able to get various AstoundSound based processes onto a small chip.

I am very happy to report to you that as of a few weeks ago, we cracked the nut by embedding our software process on to one of the least powerful DSP's in the Analog Devices line-up. This was done at the request of Monster, as they were about to sign a deal with Dolby for their headphone technology. "Were" is the critical term here. That all changed once Noel Lee, CEO of Monster, came into my studio and heard our technology. From that moment, we knew that Dolby was doomed.

Shortly after Noel's visit to my studio, we met in San Francisco at the AES event. He had 5 of his team members, and I had 5 of mine. When I mentioned to Noel that we could put this on a chip, his eyes opened wide. Within 3 days, we had our process running on the Analog Devices processor. This is the processor that Monster is using for their new Tron Headphones.

What I find most interesting is that the Dolby process had a processor expenditure of 94%. Monster came to us and stated that if we could create a better audio experience than Dolby plus beat them with respect to processor expense, we would get the deal. We did both.

Our process enabled Monster to have 8 additional bands of parametric EQ plus a live talk line for online gaming - an essential feature these days and if you have children that are glued to the TV while playing games non-stop (like my 12 year old), you know what I am talking about. This was achievable because our process only utilized about 80% of the processor. What does this mean? It means that we create a much better audio experience than Dolby, yet use significantly fewer instructions per second. **Better technology that costs less – hard to beat!**

If we can run on this very minimal DSP, then we can run on anything. What is noteworthy about the Analog Devices embedded level solution is that we can become a third party partner to Analog Devices. Thus, our process can be advertised as a trusted partner of Analog Devices on their website for any of their DSP chips within the Sigma Studio family. This opens up many potential licenses of CE devices incorporating our technology, including Blu-Ray players, Home Receivers, Headphones, Car Stereos and Navigational systems, In-Flight Entertainment, and many other consumer electronic product offerings.

Accordingly, the Company now is positioned to leverage this successful embedded level development effort for larger, and more lucrative revenue generating license deals, such as the license we are currently negotiating with Monster. At CES 2011, we will not only be giving demos of our technology with "pre-made" demos, we will be showing the world that our currently unbeatable process is working on a chip. This should invigorate large CE companies to want the technology for their product offerings.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA004933

## Pro-Audio

Our professional audio tools are at the pinnacle of GenAudio's product offerings. We have completed the development of our first true release mode revision of both the mono input and stereo input plug-ins for Protools. For many mixing needs, these plug-ins are sufficient – we call mixing with Protools and using our plug-ins within Protools "mixing in the box". We have added several new features to our plug-ins after working with some of the top mix engineers in the world and asking them what they want. Our plug-ins are ready to be used full force on any "in the box mix" with zero workflow compromise.


Unfortunately, for big dub stage houses like Skywalker Ranch, Warner Brothers, Walt Disney, etc. Protools is only used as a tape machine to re-record audio. All the big theatrical mixing is done within the console, such as the big Neve Digital Film Console (DFC) in the picture to the left, Harrison consoles, etc. We started to go down this path a while ago, and launched our beta version of our stand-alone "off-board" processor software at the AES in NYC back in 2007.

Everyone was asking for a set of plug-ins. At that time we were primarily dealing with music audio professionals and most of them mix in the box. So, we created the plug-ins for Protools. Don't get me wrong, they are essential and we use them everyday.

We are now dealing with the Film industry professionals. As a direct result we are re-visiting the stand-alone "out of the box" off-board processor application that was replaced by the Protools plug-ins. This will enable any big film mixer to use our software and not be compelled to leave the Astound processing up to the sound designers who mostly use Protools.

This provides us with the best of both worlds. The ability to process out of the box or the ability to process in the box, both of which are needed depending on different workflow for different studio facilities. Once completed, we are confident it will be much easier for us to get on a theatrical film title release.

This off-board stand-alone version of our software requires updating so it contains all the new and current features of the plug-ins. This is also  substantially the same setup that is needed for AEG Live concert events, so the additional development work will kill two birds with one stone.

We are also looking into creating a prototype version of the stand-alone processor which will basically be a "box" the mix engineers holds in his hand. This box will simply pass AES/EBU digital audio through our processing, and then send it directly back to the console. This is what the majority of film mixers would enjoy having and will seamlessly integrate with their workflow.

## Three New Patent Filings

Alongside the incredible business developments, we have been and will continue to constantly find ways to improve our technology, our software product offerings, and create new implementations

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.          GA004934

of the technology that enables additional market applications. We are in the process of filing 3 additional patents.

One of them covers some open areas we have identified in the previous 3 patent filings, the second is specific to the new consumer electronics implementations, and the third is specific to new professional audio software processes that significantly enhance our products. The 4th and 5th patents will be filed before the end of this year, and the 6th patent will be filed in 2011.

## IV. Updated Valuation Analysis Report

With new patent filings comes new market applications and that equates to increased revenue stream generation potential for our Company, and thus an increase in the IP based valuation analysis. I asked our independent valuation analysis expert to add in the additional market applications. Having a revenue license deal signed with others anticipated to be signed in the near future, and our valuation expert recently finding actual license agreements related to other software audio technology being embedded into consumer electronics hardware, three major changes happened that have affected the calculation:

1) The per unit royalties or royalty rates within particular market applications has increased.
2) The Technology Risk Factor was slightly reduced, and it will be further reduced as more licenses are entered into in the future.
3) The total net present value of the technology alone has significantly increased.

Approximately 9 months ago, our independent valuation analysis yielded a total net present value for the IP at just north of 1 Billion USD. With the new patent filings, new market applications, and various other factors, our new valuation analysis as of today put our net present value at 3.3 Billion USD. This is outstanding – and this happened within a period of 9 months. However, this potential valuation should be interpreted in the context of the report and is based on the various assumptions set forth therein, including the execution of various commercial license agreements with parties in each of the included fields of use for amounts within the valuation spread or rate set forth in the valuation report. Please remember that the valuation analysis is for the intellectual property only, and not a valuation for the entire company. As we enter into other licensing arrangements with other entities, the actual revenue generation will be included as part of the valuation analysis, and then we can decipher what the value of the company is as opposed to just valuing the technology.

Due to the sensitive nature of our business dealings with a few different industry giants as of current we must be extra cautious with who receives any confidential information. For now, I am keeping the new valuation analysis report officer and director confidential (internal) and will inform the shareholders if and when I lift this restriction.

We have transitioned from a startup/development stage company to an early stage revenue generating company. This is a bit of a relief from the past 8 years of running a non-revenue generating company where developing products to get to this stage was the main focus. That has changed, and although we will still continue to develop the technology and create new software applications, we can now focus on revenue generation and bring forth a growth strategy. We have created amazing digital audio product offerings for consumers and professional audio use, and we offer large CE companies and motion pictures a differentiator like no other. We will continue to

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.              GA004935

exert best efforts every day to increase shareholder value and make it easier for all of us to see the upside potential. Thus far, I would say we are doing a great job.

With the new studio completed, revenue generating licensing, our product offerings reaching a critical stage, new patent filings that opened up additional market applications, continuous software development breakthroughs, passing QC testing at one of the largest film studios in the world, winning awards with AEG Live, and an incredible and very talented team, I believe we will roll into 2011 with confidence, ink various licensing deals, and drive our brand on an international scale.

The current post offering capitalization table can be found on page 17 "Appendix A". Our financial statements as of September 30th, 2010 are for your review on page 18 "Appendix B". Because the year has not ended, we could not report on the 4rth quarter just yet, however, sometime after CES I will try and send out another shareholder update with the year-end financial statements and hopefully have good news to report regarding CES.

I will try to keep you updated as frequently as possible. After reading this update, you may be starting to better understand why it has taken me some time to actually find the time to write this.

If you have any questions, please send me an email directly at ███████████████.

Warmest Wishes for the Holidays to you and your families!


Jerry Mahabub
Founder, Chairman, CEO and President
GenAudio, Inc.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                    GA004936

# Appendix A

## GenAudio, Inc.

### Post-Offering Capitalization Table
### 30-Sep-10

| Shareholder Name | Common Stock | % of Common Stock | Paid in Capital | Warrant Shares | Fully Diluted Shares | Fully Diluted Ownership |
|---|---|---|---|---|---|---|
| Founder Shares - Jerry Mahabub(1) | 7,001,000 | 50.77% | $700 | 0 | 7,001,000 | 32.37% |
| Friends and Family Round - $0.25 per share | 160,000 | 1.16% | $40,000 | 0 | 160,000 | 0.74% |
| Friends and Family Rounds - $0.50 per share | 1,917,000 | 13.90% | $958,500 | 0 | 1,917,000 | 8.86% |
| Convertible Debenture Round - $1.00 per share | 480,000 | 3.48% | $480,000 | 0 | 480,000 | 2.22% |
| Spencer Edwards Round - $3.00 per share(2) | 771,000 | 5.59% | $2,313,000 | 77,100 | 848,100 | 3.92% |
| Bridge Financing Round - $3.00 per share(3) | 202,000 | 1.46% | $706,000 | 0 | 202,000 | 0.93% |
| Westminster Securities Round - $3.00 per share(4) | 1,585,000 | 11.49% | $4,755,000 | 1,256,000 | 2,841,000 | 13.14% |
| Series D Round - $5.00 per share(5) | 434,000 | 3.15% | $2,170,000 | 0 | 434,000 | 2.01% |
| Outstanding Compensatory Warrants (directors, officers, employees, and consultants) | 0 | 0.00% | $0 | 4,320,800 | 4,320,800 | 19.98% |
| Equity Compensation Pool | 0 | 0.00% | $0 | 0 | 0 | 0.00% |
| Maximum Number of Common Stock in this round(6) | 0 | 0.00% | $0 | | 0 | 0.00% |
| Shares from Warrants Converted | 17,000 | 0.12% | $85,000 | | 17,000 | 0.08% |
| Offering at $4.00 per share | 19,000 | 0.14% | $76,000 | 6,300 | 25,300 | 0.12% |
| Shareholder Correction | 10,000 | 0.07% | $5,000 | | 10,000 | 0.05% |
| CEO Warrants reserved 11/9/09 | | | | 1,000,000 | 1,000,000 | 4.62% |
| Warrants issued for Employee Loans | | | | 122,000 | 122,000 | 0.56% |
| Additional CEO Equipment Warrants | | | | 516,063 | 516,063 | 2.39% |
| Additional CEO Warrantts | | | | 536,622 | 536,622 | 2.48% |
| Proposed Offering | 1,185,300 | 8.60% | | | 1,185,300 | 5.48% |
| Additional Series D Anti-Dilution | 9,209 | 0.07% | | | 9,209 | 0.04% |
| Totals | 13,790,509 | 100.00% | 11,589,200 | 7,834,885 | 21,625,394 | 100.00% |

(1) 1,000 of these shares are Series C Preferred Shares which are identical to common in all respects except that they carry the right to elect one board position.

(2) The Warrants Shares include represent 77,100 of the Warrant Shares outstanding in this round were issued to Spencer Edwards as the placement agent and are not subject to call. 385,500 warrants in this round are in the process of being redeemed at $0.05 per share.

(3) 81,000 warrants from this round have been removed from this table as they are in the process of being redeemed at $0.05 per share.

(4) The Warrant Shares include 792,500 Warrant Shares issued to investors in this round, an additional 305,000 Warrant Shares issued to investors in the offering who were entitled to additional warrant coverage based on higher levels of aggregate investment pursuant to that certain supplement dated August 20, 2008, and 158,500 Warrant Shares issued to Westminster Securities as the Placement Agent.

(5) Reflects the total number of shares of Common Stock into which the outstanding Series D Preferred Shares can be converted (on a 1-for-1 basis), subject to weighted average anti-dilution rights with standard carve outs, and excluding the 10% annual dividend which may be paid in cash or stock at the Company's election.

(6) Assumes maximum 75% warrant coverage.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.                GA004937

**Appendix B**

## GenAudio, Inc.
### Balance Sheet
#### As of September 30, 2010

| | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 106000 Wells Fargo 0376 | 1,328,957.42 |
| **Total Bank Accounts** | $ 1,328,957.42 |
| **Other Current Assets** | |
| 122000 Employee Advances | 840.00 |
| 126000 Payroll Voids Receivable | 3,793.57 |
| 132000 Suspense - Other | 525.00 |
| 137000 Prepaid Expenses | 8,921.10 |
| 138000 Travel Advance | 5,000.00 |
| **Total Other Current Assets** | $ 19,079.67 |
| | |
| **Total Current Assets** | $ 1,348,037.09 |
| **Fixed Assets** | |
| 150000 Computers & Sound Equip. | 82,975.11 |
| 154000 Furniture & Fixtures Office | 2,591.43 |
| 156000 Tenant Finish AIX Studio | 25,000.00 |
| 156500 AIX Studio Equipment | 27,423.95 |
| **Total Fixed Assets** | $ 137,990.49 |
| **Other Assets** | |
| 180000 Advances to Shareholder | 143,792.26 |
| 188000 Deposits | 17,500.00 |
| 195000 Offering Costs | 585,155.54 |
| 196000 License & Technology Transfer | 323,435.05 |
| **Total Other Assets** | $ 1,069,882.85 |
| | |
| **TOTAL ASSETS** | $ 2,555,910.43 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200000 Accounts Payable | 111,913.96 |
| **Total Accounts Payable** | $ 111,913.96 |
| **Other Current Liabilities** | |
| 216000 Payable Stock Subscri | 100.00 |
| **Total Other Current Liabilities** | $ 100.00 |
| **Total Current Liabilities** | $ 112,013.96 |
| **Long Term Liabilities** | |
| 271000 Preferred Dividend Payable | 220,000.00 |
| 285000 N/P J Mahabub | 474,461.45 |
| **Total Long Term Liabilities** | $ 694,461.45 |
| | |
| **Total Liabilities** | $ 806,475.41 |
| **Equity** | |
| 301000 Preferred Stock Series C | 0.10 |
| 302000 Preferred Stock Series D | 43.40 |
| 305000 Common Stock | 1,334.63 |
| 310000 Additional Paid-in-Capital | 15,001,121.97 |
| 312000 Purchased Warrants | (23,800.00) |
| 313000 Accrued Preferred Dividend | (220,000.00) |
| | |
| 320000 Retained Earnings | (11,840,142.17) |
| | |
| Net Income | (1,169,122.91) |
| | |
| **Total Equity** | $ 1,749,435.02 |
| | |
| **TOTAL LIABILITIES AND EQUITY** | $ 2,555,910.43 |

## GenAudio, Inc.
### Profit & Loss
#### January - September, 2010

| | Total |
|---|---|
| **Income** | |
| 410000 Sales of ASE | 7,556.93 |
| **Total Income** | $ 7,556.93 |
| **Cost of Goods Sold** | |
| 510000 Server Bandwith | 108.77 |
| 521000 Cost Movie Editing | 10,550.00 |
| 530000 Production Costs | 197,719.43 |
| **Total Cost of Goods Sold** | $ 208,378.20 |
| **Gross Profit** | $ (200,821.27) |
| **Expenses** | |
| 610000 Auto | 7,221.65 |
| 615000 Bank Charges | 1,200.97 |
| | |
| 618000 Colocation Expense | 11,900.00 |
| 624000 Communication | 3,474.50 |
| 625000 Conferences & Trade Shows | 24,701.74 |
| 627000 Consultants Outside | 28,200.00 |
| 627500 Development Costs | 310,368.89 |
| 628000 Marketing & Sales | 19,412.50 |
| 630000 Dues & Subscriptions | 1,155.00 |
| 635000 Equipment & Tools | 7,537.60 |
| 636000 Insurance | 32,921.96 |
| 640000 Internet | 2,633.71 |
| 643000 Legal & Professional | 79,230.00 |
| 645000 Meals and Entertainment | 9,447.80 |
| 647000 Meetings Expense | 857.65 |
| | |
| 648000 Miscellaneous | 5,019.97 |
| 651000 Office Expenses | 2,094.00 |
| 653000 Payroll Tax Expense | 66,387.20 |
| 653500 Payroll Fees | 4,849.47 |
| 654000 Printing & Replacating | 3,225.11 |
| 654500 Postage & Shipping | 5,423.17 |
| 658000 Rent or Lease | 13,272.34 |
| 660000 Salaries & Wages | 562,327.84 |
| 664000 Software | 953.54 |
| 670000 Travel | 80,125.32 |
| **Total Expenses** | $ 1,283,941.93 |
| **Net Operating Income** | $(1,484,763.20) |
| **Other Expenses** | |
| 720000 Interest Expense (Income) | 20,097.23 |
| 750000 Loss (Gain) on Sale of Assets | (360,737.52) |
| | |
| 810000 Depreciation & Amort. | 25,000.00 |
| **Total Other Expenses** | $ (315,640.29) |
| **Net Other Income** | $ 315,640.29 |
| **Net Income** | $(1,169,122.91) |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY GENAUDIO, INC.**   GA004938