REDACTED

# EXHIBIT 85

To: Ostrom, Jennifer A. ▉
From: Dell Skluzak
Sent: Thur 11/20/2014 10:41:52 PM
Importance: Normal
Subject: FW: The LCEC

Jennifer,

I don't think you've seen this one as I just uncovered it.

I can tell you that when I had the ability to review the corporate records and looked at the Apple file, there was no NDA as stated by Jerry at the start of this chain, it is simply a fabrication.

Dell

---

From: Dean & Linda Eldridge [mailto:▉]
Sent: Wednesday, March 30, 2011 6:14 PM
To: ▉ Adams; ▉ Eldridge; ▉ Baum; ▉ Elliott; ▉ Hoskins; ▉ Herdt; ▉ L'Esperance
Subject: FW: The LCEC

Here is what ▉ and the response

Dean

---

From: ▉ Allen [mailto:▉]
Sent: Wednesday, March 30, 2011 5:47 PM
To: 'Jerry Mahabub'
Subject: RE: The LCEC

EXHIBIT 40
WITNESS Mattas
CONSISTING OF 7 PAGES
DATE 7-22-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.

SEC-Skluzak-E-0000905

Jerry, thanks for the prompt and informative reply. Having my own company I know and understand how much effort it takes to have that "overnight success". I wish you only the best for all your hard work and hope that you realize the fruits of all your labor, thus retiring rich soonJ....and in turn rewarding those who invested along the way and made your progress possible. I have never had a problem with someone like yourself, in your position being richly rewarded for your efforts and genius.....as long as the investors who financed the dream get to enjoy the ride as well.

Looking forward to more news about the financials of Gen Audio so we the shareholders will have a "better perspective" as you put it on how the company is really doing......in the absent of real news, one is left to reason with only the facts they have. I am sorry, I was wrong about exceeding 400 investors...my mistake, I guess I was off by a hundred.

All the best for a prosperous 2011. Thanks again for your time.

Regards, ███

**From:** Jerry Mahabub [mailto:jerry@genaudioinc.com]
**Sent:** Wednesday, March 30, 2011 5:17 PM
**To:** ███ Allen
**Subject:** Re: The LCEC
**Importance:** High

Hi ███

Appreciate your email and your concerns. All of your questions will be addressed in the upcoming shareholder addendum (as I hinted to in the email I had Mattos forward to all shareholders last night), as well as the PPM.

After that, if you have any questions, I will be happy to answer them. For now, I am low on bandwidth and slammed with both tech and business development.

We are actually doing much better than what your perception of the company may be at this time. We are looking at very VERY big things happening provided

we continue to move forward with confidence and full steam ahead. Losing momentum now would not be the best course of action for the company at this stage in the company's growth.

Lastly, we have approx. 470 shareholders. Of the 15MM USD I have raised since forming the company, the group you are referring to in our email below is a very small group and I believe that many of our shareholders that have been with me since the earlier days will happily invest more money to keep us going on our very positive forward direction we currently have (I already have feedback from several of them of their interest to invest more). If you and/or your group elect not to re-invest after reading the addendum and the new offering docs, then of course, that is your decision, however, I can assure you that the vast majority of our shareholders who have put in the vast majority of the money will most likely re-invest, and it will be on a first come first serve basis as all of our offerings are. I do hope that after reading the upcoming addendum and the offering doc, you and/or people within your group will decide to re-invest as well! Either way, my team and I will not stop until we get to where we want to be – and that means the biggest upside for the shareholders and hopefully I am retired for life. Until then, it is non-stop work 24/7, and we believe we are on the verge of transitioning to self sustaining revenues sometime within 2011, with a strong potential that can happen before the end of the year provided I successfully ink a new license deal I am working on with John Rubey (President of AEG Live) directly. And there is much more than that.

Have a great day! :)

Best Wishes,

Jerry Mahabub, Founder, Chairman & CEO



GenAUDIO

Colorado Office:
LA Studio:
LA Office:
Mobile:
Fax:
email: jerry@genaudioinc.com
URL1: http://www.genaudioinc.com
URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**

*This email contains confidential and privileged material, and is for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

On 3/30/11 5:55 PM, " ▆▆ Allen" <▆▆▆▆▆▆▆▆> wrote:

Hi Jerry,

I am one of your investors who bought stock in Gen Audio last summer when shares were being offered for sale at $3/shr. My neighbor Dean Eldridge steered in me in the direction of Gen Audio and connected me with Jim Mattos. I won't boar you with a lengthy diatribe of what I was told by Jim Mattos( I think you may have been already enlightened)...but basically the sale of the company was imminent and I was an idiot if I didn't get in...not just in..."BUT ALL IN" as the message so stated on my cell phone( which I still have). With each passing day into the fall the story got better and the share price grew...I bought additional shares from Paul Powers and finally I just couldn't take the sales pitch from Jimmy any longer so I confronted Paul with my apprehension. He was not only brutally honest that he had no knowledge of any impending windfall of wealth about to come the way of shareholders, but was very concerned about the allegations I had raised. After the smoke cleared and the dust settled and rumors were put to rest, it was obvious that we the shareholders would not see any ROI in 2010, and we would be lucky to see anything at all until maybe 2012......a far cry from the sales pitch that Jim Mattos had been selling during the late summer and early fall of 2010...enough said.

It was apparent with your current monthly burn rate of cash that by the summer of 2011, pending any new revenue stream, Gen Audio would be facing a cash crunch in regards to meeting its monthly expenses. I, along with others had hoped to see/hear of something like the Monster deal which would at least begin to stop the monthly bleeding with some sort of revenue stream. I thought we were at that point when I read the past newsletter that Gen Audios' technology was going to their high end headset line. I thus assumed some sort of exclusive deal had been reached with them that would significantly lessen our future worries about operating expenses....( not looking for a home run here , just something to continue moving forward), but have not read anything to indicate this has taken place as of this writing....nor any other significant revenue stream to offset the monthly cash burn.

So fast forward to yesterday and the email from Jim Mattos below. I was excited to read you may be moving fwd with the company I can no longer refer to or mention, but yet at the end of the email I read you are going to ask current investors to purchase another 700,000 shares to raise 2.1 million. There was

NO information at all as to what these funds would be used for.

Do we have a deal with Monster at all?...if so is it a revenue stream adequate to cover the monthly cash burn?

Are these your shares that you are letting go of, or are they additional shares that will dilute ownership?

If you don't get the 2.1 million, where does that leave Gen Audio financially? Some financials would be nice to see.

How will the 2.1 million be allocated? Monthly expenses, R&D? paying off debt? Just curious....I am sure some of these questions might be addressed in the private placement offering....if not I would hope they would be considered.

My guess is that my neighbor who brought me into this investment, probably directly and or indirectly raised about half of what you are looking for alone...problem is that NO ONE out here will invest a dime after the sell job we got last summer/fall, the impending sale of Gen Audio and the outright misrepresentations of facts by Jim Mattos....that is the plane and simple truth. So getting an email below saying you are going to ask current investors to step up yet again for another 700,000 shares without a supporting plan or disclosure is at best poor investor PR in my opinion. I understand the need to limit this to current investors as Gen Audio has neither the resources or the money to take the company public by exceeding 400 shareholders. That being said, at least in my geographic area of Gen Audio investors, a lot more information needs to be shared and investor confidence restored before you will see any one out here opt in for additional shares.

Regards, ███ Allen

**From:** Jim Mattos [mailto:████████████]
**Sent:** Tuesday, March 29, 2011 11:22 PM
**To:** Jim Mattos
**Subject:** The LCEC
**Importance:** High

Dear Shareholder,

==This email is to notify all existing shareholders that what we commonly refer to as the "LCEC" (a Large Consumer Electronics Company) and GenAudio are going to be signing a new set of "evaluation and development" agreements. This will completely prohibit myself or any of GenAudio's team members to disclose any further information about the LCEC, including even the abbreviation LCEC in any future shareholder correspondence.== Therefore, the upcoming shareholder report addendum to the most recent shareholder progress report will not have any mention of the LCEC whatsoever. I hope to send this out alongside the new private placement offering sometime in the very near future. ==All references to the LCEC will be deleted from the business plan section of the new offering.== Said new offering will be limited to our existing accredited shareholders, and we plan on raising up to 2.1MM USD at 3.00 USD per share. This was agreed upon by the board of directors during our last director meeting.

I must ask that you all ==please refrain from asking the GenAudio team or myself any questions about the LCEC.== Please do not send any emails with the abbreviation LCEC in it from this point moving forward. GenAudio's internal management team will be allowed to know about our dealings with the LCEC on a "need to know basis". When the time comes that we can inform the shareholders of the status with the LCEC we will. I have no idea how much time will elapse before I can mention what is happening or has happened with the LCEC.

I am writing this email to all of our shareholders prior to signing the new set of agreements with the LCEC, and therefore this email does not violate the terms of the new agreements soon to be signed, or the terms of the current NDA between GenAudio and the LCEC. After I sign the new development and evaluation agreements, this email would be considered a breach of the new agreement(s). This could damage our ability to move forward with the LCEC for obvious reasons. ==Believe me when I tell all of you that I wish I could disclose what is going on, however, the fact of the matter is I cannot.==

On a lighter note, as a reminder, Astound Studios, will be on the front cover of the April 2011 print issue of mix magazine with a great article about the AstoundSound® technology and the studio (attached is the article as it will appear inside the magazine). I am not sure where you can get a copy of the April issue – it's a trade magazine. I will do my best to find out where it will be distributed; as Mix magazine among other magazines, were recently acquired by

a new company. Hopefully I will be able to include information within the upcoming shareholder addendum update letting all of you know where to purchase a copy. Up to 50,000 complementary copies will be given away to industry professionals throughout the NAB 2011 event in Las Vegas, NV. If any of you are attending the event, please do not hesitate to contact me and stop by our demo suite which will be at the Hilton – Las Vegas. Demonstrations will commence on April 11, 2011, for targeted B2B potential licensees of the technology.

Thank you for your cooperation and understanding in this matter.

Best Wishes,

Jerry Mahabub, Founder, Chairman & CEO

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1209 / Virus Database: 1500/3540 - Release Date: 03/30/11