REDACTED

# EXHIBIT 87

From: ▮ Allen ▮
Subject: Re: GenAudio financial report request
Date: May 7, 2012 at 2:06 PM
To: Jim Mattos ▮

**GOVERNMENT
EXHIBIT** SRD
2/6/15 **84**
**D-03450**

Thanks Jim
On May 7, 2012, at 11:33 AM, Jim Mattos wrote:

▮

To the best of my knowledge, the financial reports will not be available until the PPM is available. However, you are welcome to speak with Jim Devine, VP Finance, who is solely responsible for generating the reports that will be included within the PPM. You can contact him directly with any specific questions you may have and can reach him ▮ ; or during normal business hours on our office line @ ▮ .

Cc: Jim Devine

Regards,
Jim W. Mattos

<PastedGraphic-3.tiff>

GenAudio, Inc.
8200 S. Quebec St.
Suite A3250
Centennial, CO 80112
Toll Free: ▮
Office ▮
Fax ▮
email: ▮
URL1: http://www.genaudioinc.com
URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net

On May 7, 2012, at 11:59 AM, ▮ Allen wrote:

I understand that…..just want a copy of the latest financials that i can review….Thanks.

▮

On May 7, 2012, at 10:56 AM, Jim Mattos wrote:

Hi ▮

The financial reports you are requesting are currently being worked on and will be available within the forthcoming Private Placement Memorandum. Please keep in mind that we cannot accept new investments from either new or existing shareholders until the new offering goes live in a few weeks.

Regards,
Jim W. Mattos

<PastedGraphic-3.tiff>

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**            **JM011476**

GenAudio, Inc.
8200 S. Quebec St.
Suite A3250
Centennial, CO 80112
Toll Free: ▮▮▮▮▮
Office ▮▮▮▮▮
Fax ▮▮▮▮▮
email: ▮▮▮▮▮
URL1: http://www.genaudioinc.com
URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net

On May 7, 2012, at 11:52 AM, ▮▮▮ Allen wrote:

Jim, I was wondering( as a shareholder) when i might get a copy of Gen Audios most re4cent Financial report…
lets say of year ended 2011 or if you have something that is more recent….or will that be made available when
the next stock offering is put forth? Either way it has  been some time since I  have seen anything at all and I
would like to request a copy before I consider any future investing or recommending the investment to others.
Thanks!

Regards, ▮▮▮

On Apr 23, 2012, at 9:13 PM, Jim Mattos wrote:

Hi ▮▮▮

One last thing about selling shares.  I wouldn't advise it at this point.  In fact, I think it would be a huge mistake
at this point.  I'm sure there were people back in the day that sold their Apple stock for $10 and thought it was
a ROI.  What a mistake that was in retrospect.  Yes, I do make the comparison since our tech clearly falls into
the "paradigm shift" category, just as Apple did for the small device market.

I'm still confident that we can reach a real market valuation north of 10 Billion; and perhaps much higher with
Military and Medical market contracts in the wings.  The 10/share price (keep in mind that that is not a final
price, but is a good estimate in my opinion) is predicated on the upcoming Texas Instruments and Audio
Kinetics (video game production software).  Let us know if you have a qualified buyer and we would be happy
to assist you in the transfer.

Regards,
Jim W. Mattos

<PastedGraphic-3.tiff>

GenAudio, Inc.
8200 S. Quebec St.
Suite A3250
Centennial, CO 80112
Toll Free: ▮▮▮▮▮
Office ▮▮▮▮▮
Fax ▮▮▮▮▮
email: ▮▮▮▮▮
URL1: http://www.genaudioinc.com

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**          **JM011477**

URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net

On Apr 23, 2012, at 9:39 PM, Jim Mattos wrote:



That will not be delivered in one lump sum. Doremi/DMS will start with a 500 theater test market in France (they are a French co), followed by Europe then the rest of the world including the US. This process will likely take 12-24 mos. The monies needed are to fill immediate positions by contract employees that are very expensive. They need to be converted to W2 employees, pronto.

The law has changed when Obama signed the Jobs Act. As of two weeks ago, we can now have up to 2,000 shareholders without any penalties. We will reopen a new offering with a dramatically lower minimum investment as a result. The monies raised will permit us to expand operations as Jerry has stated and keep the ship moving in the right direction. We simply cannot handle the work without the new hires. Although it may happen sooner, we are preparing to conclude 2012 without reaching self sustaining revenue. This is the worst case scenario that we must prepare for.

With regard to an ROI, you need to take a long term approach. Although there may be the potential for a dividend at some point, Jerry's fiduciary responsibility is to maximize the ROI for all investors. This will likely take time so in the interim it's best to take a long approach as opposed to a short one. We are still privately held, so selling personal shares would be the responsibility of the shareholder; and the new investor would need to meet the standard accredited investor status as outlined by the SEC.

Regards,
Jim W. Mattos

## \<PastedGraphic-3.tiff>

GenAudio, Inc.
8200 S. Quebec St.
Suite A3250
Centennial, CO 80112
Toll Free: ▮▮▮▮▮▮
Office ▮▮▮▮▮▮
Fax ▮▮▮▮▮▮
email: ▮▮▮▮▮
URL1: http://www.genaudioinc.com
URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net

On Apr 23, 2012, at 9:22 PM, ▮▮▮ Allen wrote:

Thanks Jim….I would think with 52,000,000 in revenues we ( initial investors ) should see some sort of ROI?......with that kinda of income i would think something should go to the investors….what kinda of time frame are we looking at for the 52,000,000 in revenues to hit Gen Audios balance sheet? it would appear to me that that kinda of revenue would more put a dent in hiring additional employees. Current initial investors should be rewarded for their investment given that revenue stream ..just my initial thought depending on the time frame of income to Gen Audio.

Also it is my understanding that small companies such as Gen Audio can have more than "500" qualified investors before having to deal with the SEC issues that jerry feared...I believe i saw something on this as a recenst government change for small business owners to raise capital . If so, in light of recents news , you should have no problem attracting new investors to the table. Are you going to allow any current investors to sell any of their holdings at 10/shr?

Regards,

On Apr 23, 2012, at 8:01 PM, Jim Mattos wrote:

Hi

The license agreement generates $1,500/theater server for GenAudio. DMS is currently used in over 35,000 theaters worldwide and maintains 10X the market size of Dolby in digital cinema. That equates to over $52,000,000.00 in revenue for GenAudio.

This will create a secondary effect for the Company. Aside from direct revenue from the contract, it will create a pulling effect as people demand the quality of audio that we provide in their living rooms. This is where we cue our forthcoming license deal across multiple divisions of Panasonic. Those license deals are in the works.

This is precisely the business model that put Dolby on the map. The bulk of their revenue is generated within the consumer electronics market, not theaters as you may be led to believe.

With regard to financing, we are still in need of raising funds to hire additional employees. That need has not changed. However, the current offering has been shut down and will we will reopen a new offering within the next 4 weeks. The new Private Placement Memorandum will be accompanied by a full shareholder update. Although the final price per share has not been determined, I anticipate that it will be reintroduced at $10/share. This is fully justifiable given our current trajectory. These documents will contain all the specifics you are looking for with regard to Company finances.

As a mini-update, we have recently accomplished the following: We have now inked license deals with DMS, BDA Inc. and the revised Monster Cable contract to non-exclusive within the last week. In addition, we are making excellent progress with Texas Instruments and Audio Kinetics and should have both licenses inked within the next two weeks. So far we are batting 1000 with any company who is currently looking to use our technology since we became market ready!

I also sent off our mutual NDA's for Panasonic last friday and anticipate entering into a Software Testing and Licensing Agreement within the next month; this will likely be for multiple divisions within Panasonic. This is the typical last stop before entering into full blown license negotiations. The military is moving forward as discussed. This is a government contract, and thus will take time on their schedule, not ours.

Hope this provides you with some perspective.

Regards,
Jim W. Mattos

<PastedGraphic-3.tiff>

GenAudio, Inc.
8200 S. Quebec St.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**        **JM011479**

Suite A3250
Centennial, CO 80112
Toll Free: ███████████
Office ███████████
Fax ███████████
email: ███████████
URL1: http://www.genaudioinc.com
URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net

On Apr 23, 2012, at 8:48 PM, ███ Allen wrote:

Jim,

Just how big is it?

I 'll consider it a big deal when Jerry mails us a check....of any amount:).....sorry , just at the point where the proof is in the ROI......at the SEA roadshow I was told that Gen Audio was in great need of Cash or things could get ugly by May....which is a week from now...so just where do we stand? What is the status of the military contract?

Jerry stated he was funding the company from his "personal " off shore accounts to keep it alive ....yet the company was valued at 1.3 billion at the time? I think the shareholders I know would really like to know what this means to those of us that have invested. Personally as an investor< I would have like to have been handed a info packet showing what money has been raised and the expenses of Gen Audio ..ie, where has our money been spent?

Regards, ███

On Apr 23, 2012, at 5:50 PM, Dean & Linda Eldridge wrote:

Don't know if you got this yet, so I'm sending it on.
Linda

**From:** Jim Mattos [mailto: ███████████ ]
**Sent:** Monday, April 23, 2012 5:10 PM
**To:** ███████ Kane; ███ Kane
**Subject:** GenAudio/DMS Press Release.

Hi All,

Thought you might like to see the first peek, as this formal announcement went live today. This announcement and several others announcing our most recent signed license deals will be included in the upcoming shareholder update. As a reminder, DMS is Doremi's audio server company; Doremi is the parent company and their primary focus is video servers. Needless to say, this is a VERY big deal!

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**          **JM011480**

http://www.marketwatch.com/story/software-lets-movie-theaters-play-71-and-111-surround-sound-without-adding-speakers-accomplished-through-partnership-between-dms-and-genaudio-2012-04-23

Best regards,
Jim W. Mattos

<image001.png>

GenAudio, Inc.
8200 S. Quebec St.
Suite A3250
Centennial, CO 80112
Toll Free: ███████████
Office ████████████
Fax ██████████
email: ████████████████
URL1: http://www.genaudioinc.com
URL2: http://www.astoundsurround.com
URL3: http://www.astoundsound.net
URL4: http://www.astoundstudios.net

_____

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2411/4954 - Release Date: 04/23/12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS          JM011481