EXCERPTED

# EXHIBIT 89

**Page 1**

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:          )
4                             )  File No. D-03450-A
5  GENAUDIO, INC.             )
6
7  WITNESS:  Timothy Wayne Herdt
8  PAGES:   1 through 54
9  PLACE:   Residence of Timothy Herdt
10         809 Port Susan Terrace Road
11         Camano Island, WA  98282
12 DATE:    Friday, April 10, 2015
13
14     The above entitled matter came on for hearing, via
15 telephone, pursuant to notice, at 10:08 a.m.
16
17
18
19
20
21
22
23
24     Diversified Reporting Services, Inc.
25         (202) 467 9200

**Page 2**

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4     JENNIFER OSTROM, ESQ. (Via Telephone)
5     Securities and Exchange Commission
6     1801 California Street
7     Suite 4800
8     Denver, Colorado
9
10 On behalf of the Witness:
11    TIMOTHY WAYNE HERDT, PRO SE
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1              C O N T E N T S
2
3  WITNESS:                      EXAMINATION
4  Timothy Wayne Herdt               4
5
6  EXHIBITS:    DESCRIPTION          IDENTIFIED
7  114     Subpoena                  7
8  115     Subpoena duces tecum      8
9  116     Background Questionnaire  10
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1              P R O C E E D I N G S
2     MS. OSTROM:  Let's go on the record at
3  10:08 a.m. on April 10th of 2015.  And would the court
4  reporter please swear in the witness.
5     COURT REPORTER:  Do you want to raise your
6  right hand.  You do swear the testimony you are about
7  to give shall be the truth, the whole truth, and
8  nothing but the truth, so help you God?
9     MR. HERDT:  Yes.
10 Whereupon,
11        TIMOTHY WAYNE HERDT
12 was called as a witness and, having been first duly
13 sworn, was examined and testified as follows:
14           EXAMINATION
15    BY MS. OSTROM:
16    Q   Would you please state and spell your full
17 name for the record.
18    A   Timothy Wayne Herdt.  T-i-m-o-t-h-y W-a-y-n-e
19 H-e-r-d-t.
20    Q   And my name is Jennifer Ostrom, and I am an
21 officer of the United States Securities and Exchange
22 Commission for purposes of this proceeding.  And this
23 is an investigation by the Commission in the matter of
24 GenAudio, Inc. to determine whether there have been
25 violations of certain provisions of the Federal

Page 21

1  yet know that that referenced Apple?
2      A   I don't believe so.  I think that --
3      Q   Okay.
4      A   -- the Apple came later, if I'm --
5      Q   Okay.
6      A   -- recollecting correctly.  Could be wrong --
7      Q   Okay.
8      A   -- but I believe that that is the case.
9      Q   But what you're saying is that the -- the
10  acquisition that's listed here with whatever company it
11  was, that was what influenced your investment in
12  purchasing your -- the personal shares from Mr.
13  Mahabub; is that correct?
14     A   Yes.
15     Q   Okay.
16     A   Absolutely.
17     Q   Okay.  And then if you could look at Exhibit
18  5?
19     A   I have it.
20     Q   Okay.  This is the letter that went with the
21  private placement memorandum in 2010.
22     A   Okay.
23     Q   And if you could just look at this and see if
24  you recall getting this.
25     A   When would I have got this?

Page 22

1      Q   Now, this letter went with the private
2  placement memorandum which is what you --
3      A   Okay.
4      Q   -- ended up eventually purchasing under.
5      A   Yes.  I believe that I do remember getting
6  this.
7      Q   Okay.
8      A   Again, it's been quite a few years ago, but
9  it --
10     Q   Of course.
11     A   -- was probably -- probably one of the things
12  that tipped me towards buying the next 33,000 shares
13  because of the LCEC involvement, and the buyout --
14  pending buyout that seemed to ramp up towards August
15  when I bought the 33,000 shares.  That's when, you
16  know, we were hearing through Derek again, and it seems
17  like other sources, that there was a pending buyout in
18  the very, very near future.  Hurry up and buy your
19  shares now or be left out.  You know, words like you're
20  crazy not to.  And anyway that -- that's what I
21  remember at that time.
22     Q   Okay.  And in particular in Exhibit 5, that
23  second paragraph, the very first sentence says, "This
24  offering is being conducted to provide bridge capital
25  until we can 'ink' a deal with a large consumer

Page 23

1  electronics company (referred  to as the 'LCEC'
2  throughout the PPM)."
3      A   Uh-huh.
4      Q   And am I correct in that at this time did you
5  know the LCEC was Apple yet?
6      A   I'm not sure at that -- at this time, it was
7  in March you say?
8      Q   Yes.
9      A   I don't think I knew that it was Apple then.
10  I'm not sure.  But -- I'm not sure about that.
11     Q   And am I correct --
12     A   Like I say, if this -- this came out in
13  March, I didn't actually buy the next round of shares
14  till August, which is months later.
15     Q   Right.
16     A   And I don't want to believe that I knew that
17  it was Apple at that time.
18     Q   Okay.  And then at this point, though, in --
19  in March of 2010 when you're receiving this, and it's
20  talking about inking a deal with a large consumer
21  electronics corporation, is this just further -- was it
22  just further validation of what you thought was going
23  to happen with the company, even if you didn't know it
24  was Apple they were referring to at this time?
25     A   Yes.  You know, I'd -- I would have to say

Page 24

1  that I didn't make the -- the second purchase of the
2  30,000 -- 33,000 shares without knowing that Apple was
3  involved.  And, you know, I didn't purchase in March or
4  April or May, shortly after this came out.  I wasn't
5  interested in purchasing any more until later, towards
6  the end of the PPM, which I believe was the end of
7  August.  So --
8      Q   Yes.  It -- it did close at the end of
9  August --
10     A   Yeah.
11     Q   -- exactly, yes.  Uh-huh.
12     A   The -- the -- that hype, and the -- the name
13  that got slipped out of Apple, and the pending buyout,
14  came to me shortly before that.  There was, like, an --
15     Q   Okay.
16     A   -- urgency right at the end, and that's when
17  the name, I believe, came out to me.
18     Q   Okay.
19     A   In August sometime.
20     Q   I gotcha.  If you could look at Exhibit 4?
21     A   Yes.  Hey, could I take a bathroom break for
22  just a half second here?
23     Q   Oh, sure, of course, we'll go ahead and
24  let's -- we have to go off the record.  And just let me
25  tell you when I -- when we get back on the record I'm

Page 29

1    Q   Okay. If you could look at the -- and this
2 is dated August 1st of 2010. And if you look at the
3 second page, where in the middle there's a -- the
4 heading in bold that says "Consumer Electronics
5 Industry".
6    A   Yes.
7    Q   And the very first sentence says, "In the
8 very near future it has been requested by the LCEC's
9 CEO to have a 'handshake' meeting with myself alongside
10 meeting with the LCEC's expert in acoustic physics and
11 others."
12       Do you see that?
13    A   Yes.
14    Q   At this time, August of 2010, did you -- at
15 this point did you believe that the LCEC was referring
16 to Apple?
17    A   Yes.
18    Q   And was this referring to Steve Jobs?
19    A   Yes.
20    Q   Okay. And did this have any influence on
21 your investment?
22    A   Absolutely.
23    Q   Okay. And in what way?
24    A   Well, you know, again, with what was leaked
25 out through Derek and Jimmy Mattos and whatnot, it --

Page 30

1 it seemed as though there was a -- an impending buyout,
2 that we were all going to be rich, blah, blah. And
3 then this, you know, letter coming out was just backing
4 it up. When a guy is putting this kind of stuff in
5 writing, you have to believe that he's not lying. And
6 so, again, you know, I didn't really have the money to
7 spend, but we went ahead and -- and scratched up
8 another large sum and bought 33,000 more shares.
9    Q   Okay. In -- in regards to that, how did this
10 investment affect you financially?
11    A   It, you know, put us running on empty, so to
12 speak. I'm a developer, a builder. And you -- you know
13 what was happening in the 2010 time frame. I saw this
14 investment as a way to get out of, you know, pending
15 doom. That was a very tight time. And I thought, you
16 know, it's crazy. You know, I'm possibly going to go
17 bankrupt over this thing, it's going to be real touch
18 and go and -- but I could probably go bankrupt anyway.
19 I had lots of -- lots of bad things at the time. And
20 I -- I just -- I saw this investment as, like, a -- a
21 life ring thrown to me, and chose to go that way,
22 unfortunately.
23    Q   Okay. And am I correct in that if you hadn't
24 received information that this was Apple, and then the
25 confirmation with these things in writing about meeting

Page 31

1 with Steve Jobs, and -- and negotiations were going on,
2 that you wouldn't have chosen to make this investment?
3    A   I don't think I would have, no. I -- like I
4 said, I was squeezing real hard at the time to -- to
5 make ends meet. And I -- I would not have done that if
6 it wouldn't have been leaked out.
7    Q   And some of the -- what you --
8    A   And --
9    Q   Go ahead.
10    A   Even if it wasn't leaked out, the -- the word
11 Apple, just the -- the large consumer electronic
12 company, you know, any of them, if -- if he was to be,
13 you know, doing the same thing with Texas Instruments
14 or anybody, you know, that would have swayed my -- my
15 decision. But --
16    Q   Gotcha.
17    A   -- he -- you know, given it Apple or anybody,
18 it doesn't matter who. Just -- just the fact that you,
19 know, he was going to do a handshake, and all the hype
20 and everything gave me the confidence that, you know,
21 that this was all on the up and up.
22    Q   Okay. And then if you could look at Exhibit
23 73.
24    A   73.
25    Q   This is a shareholder update that went out

Page 32

1 August 28th of 2010, so right before the close of the
2 private placement.
3    A   Yes. That's right when I --
4    Q   Do you recall this one?
5    A   I believe so.
6    Q   And if you could turn to page SEC 9, which is
7 the last page of this Exhibit.
8    A   Okay.
9    Q   Right in the middle there's a heading that
10 says "The LCEC".
11    A   Okay.
12    Q   And the fourth line down, over to the right,
13 the sentence says, "I can say that our anticipation of
14 a buyout would be the most probable case when and if we
15 ink a deal and come to terms with the LCEC."
16       Do you recall that they were talking about a
17 buyout by the LCEC?
18    A   Yes.
19    Q   Okay. And was anything being said to you
20 orally at this time that you were hearing, you know,
21 through Mr. Eldridge that came from Mr. Mattos or
22 anything like that that -- that helped inform what was
23 being told to you here by the company itself?
24    A   Repeat that please.
25    Q   Yeah. Is there anything that you were being

Page 49

1   A   78, yes.
2   Q   And if you could turn to -- at the bottom
3 there is some numbers.  Put JM 7211.
4   A   Yes.
5   Q   There's a shareholder letter dated March 30th
6 of 2011.  If you could look at that, and then tell me
7 if you received this email?
8   A   The first page here, the 7207?
9   Q   7211.
10   A   Oh.
11   Q   That's where there's an actual shareholder
12 letter.
13   A   Okay.  Let me look here.  Where does it
14 start, "Dear Shareholder"?
15   Q   Yes.
16   A   Okay.
17      I vaguely remember something about getting
18 this.
19   Q   Okay.  And do you remember why it was that
20 suddenly nobody was supposed to talk about the LCEC,
21 even though previously it had been discussed?
22   A   It seemed like they painted a picture that
23 Apple wanted to buy us, and come out storming with all
24 this new technology, take the world over, and it was,
25 you know, pounded into our head time and time again

Page 50

1 that, you know, don't talk about this, you know,
2 although it -- it -- you know, they -- it was very odd.
3 They'd want you to go out and sell your friends and
4 family on -- on investing in this  company, yet don't
5 say anything about the LCEC and the buyout.  It's --
6 you know, it was confusing to me along those lines.
7   Q   Sure.  And in this regard, I mean even
8 this -- this letter to shareholders, was your
9 understanding from this that at least the position of
10 what GenAudio was trying to say was that we're not
11 going to talk about it anymore, but things are still
12 happening with -- with Apple?
13   A   Yes.
14   Q   Okay.
15   A   We thought that it was just getting into the
16 secrecy mode, that things were, you know, getting
17 better, and that Apple didn't want anybody to divulge
18 their new technology that they were going to have, you
19 know, ours.
20   Q   Sure.
21   A   It just seemed like, okay, I guess this is
22 normal business.  We have to be quiet and not talk
23 about it.
24   Q   And you did not invest in the 2011 private
25 placement; correct?

Page 51

1   A   I don't believe so, no.
2   Q   Okay.  Is there anything else that you want
3 to tell us about GenAudio or Jerry Mahabub that we
4 haven't covered?
5   A   Not that I can think of, no.
6   Q   Okay.  And have you spoken with anyone
7 regarding  this investigation, obviously leaving out
8 any conversations with counsel?
9   A   No.
10   Q   Okay.  And have you spoken with anyone
11 regarding the fact that you were going to testify
12 today?
13   A   No.  Just my wife.
14   Q   Okay.  That's good enough.  And have you --
15 do you know anyone else who has been subpoenaed or
16 testified in this investigation?
17   A   I know Mike Elliott and Dean Eldridge, I
18 believe that they were going to testify.  I think I
19 have heard that Mike has done it, testified already,
20 but I have not spoken to Mike since that time, or even
21 before.  I haven't talked to Mike in a couple of weeks,
22 I don't believe.
23   Q   Okay.  And have you substantively spoke with
24 either Mr. Elliott or Dean Eldridge as to what their
25 testimony is or was or what your testimony was going to

Page 52

1 be?
2   A   Absolutely not.
3   Q   Okay.  Mr. Herdt, we have no further
4 questions at this time.  We may, however, have to call
5 you again to testify in this investigation.  And should
6 this be necessary we will contact you through your
7 counsel.
8   A   Okay.
9   Q   Is there anything that you wish to clarify or
10 add to the statements you have made today?
11   A   No.
12      MS. OSTROM:  Okay.  And we'll go off the
13 record at 11:13 a.m. on April 10th of 2015.
14      (Whereupon, at 11:13 a.m., the examination
15 was concluded.)
16          * * * * *

Page 53

1              PROOFREADER'S CERTIFICATE

2

3 In the Matter of:   GENAUDIO, INC.

4 Witness:        Timothy Wayne Herdt

5 File Number:      D-03450-A

6 Date:           Friday, April 10, 2015

7 Location:        Camano Island, WA  98282

8

9        This is to certify that I, Donna S. Raya,

10 (the undersigned), do hereby swear and affirm that the

11 attached proceedings before the U.S. Securities and

12 Exchange Commission were held according to the record

13 and that this is the original, complete, true and

14 accurate transcript that has been compared to the

15 reporting or recording accomplished at the hearing.

16

17 _____     _____

18 (Proofreader's Name)      (Date)

19

20

21

22

23

24

25

Page 53

1                    PROOFREADER'S CERTIFICATE

2

3   In the Matter of:   GENAUDIO, INC.

4   Witness:            Timothy Wayne Herdt

5   File Number:        D-03450-A

6   Date:               Friday, April 10, 2015

7   Location:           Camano Island, WA  98282

8

9           This is to certify that I, Donna S. Raya,

10  (the undersigned), do hereby swear and affirm that the

11  attached proceedings before the U.S. Securities and

12  Exchange Commission were held according to the record

13  and that this is the original, complete, true and

14  accurate transcript that has been compared to the

15  reporting or recording accomplished at the hearing.

16

17  _____          4/24/15
                                     _____
18  (Proofreader's Name)             (Date)

19

20

21

22

23

24

25

1                        CERTIFICATE

2

3        I,          J.P.         , do hereby certify that

4   pursuant to the Rules of Civil Procedure, the witness

5   named herein appeared before me at the time and place

6   set forth in the caption herein; that at the said

7   time and place, I reported all testimony adduced and

8   other oral proceedings had in the foregoing matter;

9   and that the foregoing transcript pages constitute a

10  full, true and correct record of such testimony

11  adduced and oral proceeding had and of the whole

12  thereof.

13

14       IN WITNESS HEREOF, I have hereunto set my hand

15  this ___14th___ day of _____April_____ , _2015_ .

16

17

18

19

20  _____
              J.P
21

22

23

24

25