# EXHIBIT 90



# UNITED STATES OF AMERICA

SECURITIES AND EXCHANGE COMMISSION

# ATTESTATION

I HEREBY ATTEST

*that:*

*Attached is a copy of Form D, notice of exempt offering of securities, received in this Commission on August 19, 2010, under the name of GENAUDIO INC, File No. 21-146689, pursuant to the provisions of the Securities Act of 1933.*

on file in this Commission

February 29, 2016

*Date*

**Mills, Larry**

Digitally signed by Mills, Larry
DN: dc=GOV, dc=SEC, dc=AD,
ou=Common, ou=Metro DC, ou=OSO,
ou=Employee, cn=Mills, Larry,
email=MillsL@SEC.GOV
Date: 2016.02.29 14:54:36 -05'00'

Larry Mills, Records & Information Management Specialist

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, Records and Information Management Specialist, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Secretary

SEC 334 (12/15)

| FORM D |
|---|
| Notice of Exempt Offering of Securities |

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
Washington, D.C.

| OMB APPROVAL |
|---|
| OMB Number: 3235-0076 |
| Expires: June 30, 2012 |
| Estimated Average burden hours per response: 4.0 |

## 1. Issuer's Identity

CIK (Filer ID Number)

`0001376943`

Previous Name (s)    ☑ None

Name of Issuer

`GENAUDIO INC`

Jurisdiction of Incorporation/Organization

`COLORADO`

Year of Incorporation/Organization

- ◉ Over Five Years Ago
- ○ Within Last Five Years (Specify Year) `_____`
- ○ Yet to Be Formed

Entity Type

- ◉ Corporation
- ○ Limited Partnership
- ○ Limited Liability Company
- ○ General Partnership
- ○ Business Trust
- ○ Other

## 2. Principal Place of Business and Contact Information

Name of Issuer

`GENAUDIO INC`

| Street Address 1 | Street Address 2 |
|---|---|
| 8200 South Quebec Street | Suite A3250 |

| City | State/Province/Country | ZIP/Postal Code | Phone No. of Issuer |
|---|---|---|---|
| Centennial | COLORADO | 80112 | 3038658830 |

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Mahabub | Jerry | |

| Street Address 1 | Street Address 2 |
|---|---|
| 8200 South Quebec Street | Suite A3250 |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Centennial | COLORADO | 80112 |

Relationship: ☑ Executive Officer  ☑ Director  ☐ Promoter

Clarification of Response (if Necessary)

Last Name | First Name | Middle Name

Powers | Paul

Street Address 1 | Street Address 2

8200 South Quebec Street | Suite A3250

City | State/Province/Country | ZIP/Postal Code

Centennial | COLORADO | 80112

Relationship: ☑ Executive Officer  ☑ Director  ☐ Promoter

Clarification of Response (if Necessary)

---

Last Name | First Name | Middle Name

Cohen | Ted

Street Address 1 | Street Address 2

8200 South Quebec Street | Suite A3250

City | State/Province/Country | ZIP/Postal Code

Centennial | COLORADO | 80112

Relationship: ☐ Executive Officer  ☑ Director  ☐ Promoter

Clarification of Response (if Necessary)

---

Last Name | First Name | Middle Name

Mazur | Elliot

Street Address 1 | Street Address 2

8200 South Quebec Street | Suite A3250

City | State/Province/Country | ZIP/Postal Code

Centennial | COLORADO | 80112

Relationship: ☐ Executive Officer  ☑ Director  ☐ Promoter

Clarification of Response (if Necessary)

---

Last Name | First Name | Middle Name

Bobak | Mark

Street Address 1 | Street Address 2

8200 South Quebec Street | Suite A3250

City                    State/Province/Country        ZIP/Postal Code
Centennial              COLORADO                      80112

Relationship:  ☐ Executive Officer   ☑ Director   ☐ Promoter

Clarification of Response (if Necessary)

---

Last Name               First Name                    Middle Name
Devine                  James

Street Address 1                              Street Address 2
8200 South Quebec Street                      Suite A3250

City                    State/Province/Country        ZIP/Postal Code
Centennial              COLORADO                      80112

Relationship:  ☑ Executive Officer   ☐ Director   ☐ Promoter

Clarification of Response (if Necessary)

---

## 4. Industry Group

- ○ Agriculture

  **Banking & Financial Services**
  - ○ Commercial Banking
  - ○ Insurance
  - ○ Investing
  - ○ Investment Banking
  - ○ Pooled Investment Fund
  - ○ Other Banking & Financial Services

- ○ Business Services

  **Energy**
  - ○ Coal Mining
  - ○ Electric Utilities
  - ○ Energy Conservation
  - ○ Environmental Services
  - ○ Oil & Gas
  - ○ Other Energy

**Health Care**
  - ○ Biotechnology
  - ○ Health Insurance
  - ○ Hospitals & Physicians
  - ○ Pharmaceuticals
  - ○ Other Health Care

- ○ Manufacturing

  **Real Estate**
  - ○ Commercial
  - ○ Construction
  - ○ REITS & Finance
  - ○ Residential
  - ○ Other Real Estate

- ○ Retailing

- ○ Restaurants

  **Technology**
  - ○ Computers
  - ○ Telecommunications
  - ◉ Other Technology

  **Travel**
  - ○ Airlines & Airports
  - ○ Lodging & Conventions
  - ○ Tourism & Travel Services
  - ○ Other Travel

- ○ Other

---

## 5. Issuer Size

Revenue Range                          Aggregate Net Asset Value Range
- ○ No Revenues                        - ○ No Aggregate Net Asset Value
- ○ $1 - $1,000,000                    - ○ $1 - $5,000,000

○ $1,000,001 - $5,000,000
○ $5,000,001 - $25,000,000
○ $25,000,001 - $100,000,000
○ Over $100,000,000
◉ Decline to Disclose
○ Not Applicable

○ $5,000,001 - $25,000,000
○ $25,000,001 - $50,000,000
○ $50,000,001 - $100,000,000
○ Over $100,000,000
○ Decline to Disclose
○ Not Applicable

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))
☐ Rule 504 (b)(1)(i)
☐ Rule 504 (b)(1)(ii)
☐ Rule 504 (b)(1)(iii)

☐ Rule 505
☑ Rule 506
☐ Securities Act Section 4(6)
☐ Investment Company Act Section 3(c)

## 7. Type of Filing

☑ New Notice    Date of First Sale    2010-04-19    ☐ First Sale Yet to Occur

☐ Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?    ○ Yes  ◉ No

## 9. Type(s) of Securities Offered (select all that apply)

☐ Pooled Investment Fund Interests
☐ Tenant-in-Common Securities
☐ Mineral Property Securities
☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

☑ Equity
☐ Debt
☐ Option, Warrant or Other Right to Acquire Another Security
☐ Other (describe)

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    ○ Yes  ◉ No

Clarification of Response (if Necessary)

## 11. Minimum Investment

Minimum investment accepted from any outside investor    $ 0    USD

## 12. Sales Compensation

Recipient                          Recipient CRD Number          ☐ None

(Associated) Broker or Dealer    ☐ None

(Associated) Broker or Dealer
CRD Number    ☐ None

Street Address 1

Street Address 2

City

State/Province/Country

ZIP/Postal Code

State(s) of Solicitation    ☐ All States

☐

## 13. Offering and Sales Amounts

Total Offering Amount   $ 3000000   USD   ☐ Indefinite

Total Amount Sold   $ 1633500   USD

Total Remaining to be Sold   $ 1366500   USD   ☐ Indefinite

Clarification of Response (if Necessary)

## 14. Investors

☐  Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors,
Number of such non-accredited investors who already have invested in the offering

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:   41

## 15. Sales Commissions & Finders' Fees Expenses

Provide separately the amounts of sales commissions and finders' fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions   $ 0   USD   ☐ Estimate

Finders' Fees   $ 0   USD   ☐ Estimate

Clarification of Response (if Necessary)

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$ 500000   USD   ☑ Estimate

Clarification of Response (if Necessary)

Approximately $500,000 of the proceeds is anticipated to be used for accrued employee payroll of officers and/or directors, in accordance with their compensation arrangements with the company.

Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each Issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, the information furnished to offerees.

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the Issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against it in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that the Issuer is not disqualified from relying on any Regulation D exemption it has identified in Item 6 above for one of the reasons stated in Rule 505(b)(2)(iii).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| GENAUDIO INC | James Devine | James Devine | Corp Sec & Sr VP Finance | 2010-08-19 |