# DEMONSTRATIVE 1

## DEMONSTRATIVE 1

### Summary of Misrepresentations to Shareholders and Other Potential Investors During 2010 Offering

| Date and Exhibit | Summary of Statement | Why Misleading/False | Audience | Securities Transactions |
|---|---|---|---|---|
| March 15, 2010 Cover Letter to PPM Ex. 52 | Offering is for "bridge capital until we can 'ink' a deal with [the LCEC]," claims 15 meetings with "marketing and technical management" and "will start the actual embedded level integration process within the next 30 days" | There had been no negotiations; no deal to "ink"; no meetings with executives | All shareholders and other potential investors | All 2010 Offering Offers and Sales |
| March 15, 2010 PPM at 21 Ex. 3 | Company is optimistic the LCEC will want access to its tech; believes that LCEC will license or acquire tech | There had been no negotiations; no basis to believe Apple would license or acquire GenAudio's tech | All shareholders and other potential investors | |
| April 30, 2010 Mahabub Email Ex. 74 | LCEC is looking to acquire tech for integration into entire lineup of products; waiting to initiate negotiations pending CEO approval of rollout and tech implementation strategy, which will be presented to CEO next week | There was no basis to believe Apple would integrate tech into all product lines; CEO of Apple was not involved in any dealings with GenAudio; | Potential investors at a conference | 5,000 shares sold [Ex. 51] |
| May 2010 Misreps And Fake Transcript To Skluzak SOF¶¶ 83-87 | Mahabub met with Jobs, who was impressed with GenAudio's tech. Jobs reviewed GenAudio's tech. | Jobs was not involved in any dealings with GenAudio; Mahabub never discussed GenAudio or its tech with Jobs | Shareholder and potential investor | 40,000 shares sold [Ex. 51] |
| May 2010 Investor Presentation Ex. 76 | "[T]he CEO of the LCEC finally met with senior marketing and technical management and we have the green light to move forward." | The CEO of Apple was not involved in any dealings with GenAudio; there was no "green light" from the CEO | All shareholders and potential investors | May to July 2010 439,600 shares sold [Ex. 51] |
| August 1, 2010 Shareholder Letter Ex. 79 | LCEC's CEO had requested a "hand shake" meeting; GenAudio plans to carry it through all the way to the end, which could result in a significant revenue generating license deal or the potential for acquisition of tech or the company | The CEO of Apple was not involved in any dealings with GenAudio and did not request a meeting; no basis to believe Apple would license or acquire GenAudio or its tech | All shareholders and potential investors | August to September 2010 686,500 shares sold [Ex. 51] |
| **TOTAL SALES** | | | | **Unknown number of offers 1,171,100 shares sold for $3,513,000** |