# DEMONSTRATIVE 2

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: 08/09/2009 03:47:15 pm<br>Subject: Re: rev. 3 updated UI… | From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: Sun, 09 Aug 2009 13:45:02<br>Subject: re: rev. 3 updated UI... |

**Left (actual email):**

~~Correction to the below email..." Five Major Things" not four! :)~~

~~-Jerry~~

On 8/9/09 1:45 PM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

Hi Vic,

Attached are screenshots of the new UI.

~~Four~~ major things:

1. We have added ….

…We are still working on making fine tune adjustments to the "more" setting, however, we have kept our focus on the ~~"Victor Setting"~~ in accordance with the spec we have discussed.

See you in a couple of days. I would like to spend at least 30 minutes to an hour with you if possible going over the new app. ~~If~~ I deliver the new device to you by 10:30am in Cupertino is this too late? I can show up at anytime, however, I will be coming in from San Francisco, so trying to avoid the ~~morning~~ madness.

I hope you are enjoying the rest of your weekend and look forward to moving on to the next steps with you.

Best Wishes,

-Jerry

**Right (email Mahabub forwarded):**

Hi Vic,

Attached are screenshots of the new UI.

Five new major things:

1. We have added …

…We are still working on making fine tune adjustments to the "more" setting, however, we have kept our focus on the "Less-Setting" in accordance with the spec we have discussed and testing and analysis strategy we have both determined to be the right pathway for alleviating any "smoke and mirror" concerns with our demo.

See you in a couple of days. I would like to spend at least 30 minutes to an hour with you if possible going over the new app prior to meeting with the Sr. VP Marketing, Philip Schiller, and other Sr. VP staff (please let me know). Can I deliver the new device to you by 10:30am in Cupertino, or is this too late? I believe the preliminary meeting with Sr. VP staff is at noon (from our discussion), however, you were going to verify the time. Just let me know - I can show up at anytime, however, I will be coming in from San Francisco on Tuesday morning, so trying to avoid the traffic madness.

I hope you are enjoying the rest of your weekend and look forward to moving on to the next steps with you.

Best Wishes,

-Jerry

1

| The actual email | The email Mahabub forwarded |
|---|---|
| On 9/13/09 11 :00 AM, Ron Isaac wrote: | On 9/13/09 11:00 AM, Ron Isaac wrote: |
| Jerry, | Jerry, |
| Here are some responses but first I would like to present reasoning behind the framework we have and the way we have gone about it. The workload to customize per vendor starts to grow indefinitely and the fact that you start relying on resources from us is never a good model, actually it gets frustrating after a while for both us and you the vendor. As such, since these are demos of technologies, please dont be concerned with optimizing code placement, library linking etc. We have made the conscious decision to disable our EQ while the vendor gets a first hand chance at showing us what they can do with our products. We certainly can help with driver specs etc. to make your job easier. With this premise set, please read my responses below. | Here are some responses but first I would like to present reasoning behind the framework we have and the way we have gone about it. The workload to customize per vendor starts to grow indefinitely and the fact that you start relying on resources from us is never a good model, actually it gets frustrating after a while for both us and you the vendor. As such, since these are demos of technologies, please dont be concerned with optimizing code placement, library linking etc. We have made the conscious decision to disable our EQ while the vendor gets a first hand chance at showing us what they can do with our products. We certainly can help with driver specs etc. to make your job easier. With this premise set, please read my responses below.<br><br>I will be able to meet with you and Vic (and I believe Phil Schiller and other marketing staff are meeting with you and Vic as well) on the 16th and I am excited to listen to the OpenAL demo. This sounds like it might be the best way to get this going from the licensing side here at Apple. Vic and I have discussed this already. |

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Ron Isaac<br>Cc: Victor Tiscareno<br>Date: Sun, 13 Sep 2009 12:00:26<br>Subject: Re: Software/Hardware dev tools... | From: Jerry Mahabub<br>To: Ron Isaac<br>Cc: Victor Tiscareno<br>Date: Sun, 13 Sep 2009 12:00:26<br>Subject: Re: Software/Hardware dev tools... |
| Hi Ron,<br><br>OK, I believe I understand your point of view. One could also listen through headphones or using a firewire interface playback with an external set of active studio monitors for accurate listening tests, as the laptop speakers certainly should not be used for any critical listening tests. So, even though we know that the laptop speakers are not necessarily the best way to show our sound localization technology especially with non-EQ'd internal speakers, you and our team can read between the lines knowing that we did not have your EQ curve to begin with, and as a direct result, you are left with our technology in the raw. After that, and you like what you hear, then we can move onto step 2, and work together to get the right pre-Spatial processing EQ curve and set the parameters. Please note that I was simply trying to expedite this process, however, I am down for the slowly but surely way as well. I am Just so used to moving at the speed of light with development and running the company that it can sometimes be hard to actually slow the pace down ... Good call on the slowly but surely. That way we do not miss anything and in the long run, if we move forward, testing will be streamlined going in the direction you are requesting in your response below.<br><br>I need Vic's feedback on the iPhone/iPod OpenAL gaming side of the coin as well (the second part of the last email).<br><br>~~Will you be able to meet with Vic and myself sometime on the 16th (this coming week) so I can demo to you the OpenAL example app using our Astound based processing as opposed to the 3D Mac mixer? If not, now worries, I plan on using this for the "big presentation" meeting that I hope you are able to attend sometime in the near future (still do not know when this will actually happen).~~<br><br>Best Wishes,<br>-Jerry | Hi Ron,<br><br>OK, I believe I understand your point of view.  One could also listen through headphones or using a firewire interface playback with an external set of active studio monitors for accurate listening tests, as the laptop speakers certainly should not be used for any critical listening tests. So, even though we know that the laptop speakers are not necessarily the best way to show our sound localization technology especially with non-EQ'd internal speakers, you and our team can read between the lines knowing that we did not have your EQ curve to begin with, and as a direct result, you are left with our technology in the raw.  After that, and you like what you hear, then we can move onto step 2, and work together to get the right pre-Spatial processing EQ curve and set the parameters.  Please note that I was simply trying to expedite this process, however, I am down for the slowly but surely way as well.  I am Just so used to moving at the speed of light with development and running the company that it can sometimes be hard to actually slow the pace down...Good call on the slowly but surely.  That way we do not miss anything and in the long run, if we move forward, testing will be streamlined going in the direction you are requesting in your response below.<br><br>I need Vic's feedback on the iPhone/iPod OpenAL gaming side of the coin as well (the second part of the last email).<br><br>It looks like the big meeting is going to happen sometime within the next 30 days.  I hope that you will be able to attend, although, Vic has stated to me that the meeting is primarily for the Sr. VP staff and potentially the big man!  I will also be showing off a new 3D demo for Theatrical in AstoundSound.  Steve should be able to sink his teeth into that given the fact he sold Pixar for 7 Billion USD to Disney! :)<br><br>Best Wishes,<br>-Jerry |

3

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno, Michael Hailey, Ronald Isaac<br>Date: October 19, 2009 1:47 AM<br>Subject: re: Supplemental OpenAL AB demo attached… | From: Jerry Mahabub<br>To: Victor Tiscareno, Michael Hailey, Ronald Isaac, **Timothy Cook, Phillip Schiller**<br>Date: October 18, 2009 11:47 PM<br>Subject: re: Supplemental OpenAL AB demo attached… |
| Hi Michael, Ron and Vic, | Hi Michael, **Phil,** Ron, **Tim,** and Vic, |
| | **Tim - Great to meet you on the phone the other day. Glad you enjoyed the demo and we are anxious to move forward to the next step.** |
| Michael - Hope you had a good time on the other side of the ocean! :) | Michael - Hope you had a good time on the other side of the ocean! :) |
| Vic - Will call you tomorrow | Vic**/Phil/Michael** - Will call you tomorrow **morning at 9am PST for the conference call with the three of you. Hopefully rev. 6 will get the big man to want to move forward and firm up a time for our one on one in the near future. Phil, I have not cc'd the other product marketing division managers you introduced me to as I have primarily been working with Michael Hailey on the iPod/iPhone side. I am happy that you and Michael like my ideas on how to bring the technology to market. In my past, I have done this with several other technology based products I invented and licensed, and have learned new things about international product marketing for CE from both of you.** |
| Ron - We have been slammed with some other things, however, I should have something you can play around with in the very near future with respect to the kext. | Ron - We have been slammed with some other things, however, I should have something you can play around with in the very near future with respect to the kext. |
| Attached you will find a new AB demo comparing OpenAL pointing to the Mac3D Mixer, versus our OpenAL Framework replacement pointing to our AstoundNode mixer for games. | Attached you will find a new AB demo comparing OpenAL pointing to the Mac3D Mixer, versus our OpenAL Framework replacement pointing to our AstoundNode mixer for games. **Vic asked me to provide him something other then Deprived, with more "action" and actual game play…Warsow an on-line game that I found after searching, downloading, playing and testing a variety of games, and it worked great!** |
| \*\*\* | \*\*\* |
| -Jerry | -Jerry |

4

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: February 12, 2010 02:50 PM<br>Subject: Re: Swap Michael's device reminder… | From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: February 12, 2010 11:50 AM<br>Subject: Re: Swap Michael's device reminder… |

**The actual email:**

Hi Jerry,

Thanks for the heads up.

Have you given any thought to the new iPad?

The SDK is available, it would REALLY be interest on this platform for gaming.

No units are available to anyone until we release it, however, the SDK has a built in console so you should be able to check out that way

Vic

**The email Mahabub forwarded:**

Hi Jerry,

Thanks for the heads up and good to see you too. I know it is frustrating playing the hurry up and wait game. Believe me, it frustrates us too.

Michael and I want to make sure that we have no hang-ups when we push this to the top, and we are both confident that we can get this ok'd by the big man if we play our cards right.

Have you given any thought to the new iPad from our discussion yesterday? The SDK is available, it would **REALLY** be interesting on this platform for gaming with the OpenAL implementation, including the project Phil discussed for Christmas product rollout with you. There are no units are available to anyone until we release it, however, the SDK has a built in console so you should be able to check out that way.

I may be able to get you and Sina together tomorrow during MacWorld so you can update him as well.

Will you be around SF still?

Call me anytime.

Vic

5

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno, Michael Hailey, Ronald Isaac<br>Date: March 21, 2010 02:02:24<br>Subject: Re: Embedded Software SDK/test suite… | From: Jerry Mahabub<br>To: Victor Tiscareno, Michael Hailey, Ronald Isaac, **Phil Schiller, Barry Corlett, Jim Tenneboe**<br>Date: March 21, 2010 02:02:24<br>Subject: Re: Embedded Software SDK/test suite… |

**The actual email:**

~~Hi Michael, Ron, and Vic:~~

I will be sending the new demo C library/SDK by tomorrow evening or sometime on Monday.

This will enable your dev team, for any product division, to actually complete an embedded level integration of our DSP backend.

***

Best Wishes,

-Jerry

**The email Mahabub forwarded:**

I will be sending the new demo C library/SDK by tomorrow evening or sometime on Monday.

This will be right in time for you to start the embedded level integration process as we discussed on our last conference call and will keep everything on schedule with what Phil is hoping for - a fall product rollout. I will be available anytime on Tuesday for a conference call to go over the SDK, and I believe Phil and Michael wanted to follow up and go over a few things with us on the marketing side in terms of the actual application integrations for Quicktime, iTunes, DVD Player among others ... Just let me know when you are all available.

This **Software Suite SDK** will enable your dev team, for any product division, to actually complete an embedded level integration of our DSP backend.

***

Best Wishes,

-Jerry

6

| The actual email | The email Mahabub forwarded |
|---|---|
| On Apr 7, 2010, at 5:15 AM, Jerry Mahabub wrote: | On Apr 7, 2010, at 5:15 AM, Jerry Mahabub wrote: |

Hi Vic,

We have the iPad app fully functional and tested. Here is a screenshot of the final UI.

Please send the 3 devices to me at my Colorado home address, as I will not be ~~at my office~~ for the next couple of days~~, and have postponed my flight to LA to spend a couple of days with my family (don't want to get put out in the dog house)! ;)~~

***

Please send them with no signature required. I live in a gated community, and pretty far up here in the foothills ... we don't see many visitors, except for Mountain Lions, Bear and lots of Deer and Fox.

I should receive the devices on Thursday morning, and will update the provisioning profiles, then send them back to you for Friday morning delivery. ~~Should I~~ send all the devices, including the iPad~~, to you in Washington for Friday morning delivery?~~

Best Wishes,

-Jerry

---

Hi Vic,

We have the iPad app fully functional and tested. Here is a screenshot of the final UI.

Please send the 3 devices to me at my Colorado home address, as I will not be in LA for the next couple of days.

***

Please send them with no signature required. I live in a gated community, and pretty far up here in the foothills...we don't see many visitors, except for Mountain Lions, Bear and lots of Deer and Fox.

I should receive the devices on Thursday morning, and will update the provisioning profiles, then send them back to you for Friday morning delivery. I will send all the devices, including the iPad.

Best Wishes,

-Jerry

7

| The actual email | The email Mahabub forwarded |
|---|---|
| On 4/7/10 8:39 AM, "Victor Tiscareno" wrote: | On 4/7 /10 8:39 AM, "Victor Tiscareno" <vmt@apple.com> wrote: |

**The actual email:**

Hi Jerry,

OK, I will confirm that I sent them to you today.

I was hoping to get an update on the song list but I've not received a response yet.

The postponing of the meeting could be in our favor.

The iPad is a ~~waay~~ nicer looking display and you did a very nice job on the design.

I can't wait to demo with it.

Vic

**The email Mahabub forwarded:**

Hi Jerry,

OK, I will confirm that I sent them to you today.

Phil let us know earlier that this might be postponed until early next week. Apparently Steve is planning on going out of town with his family for the weekend.

I was hoping to get an update on the song list but I've not received a response yet and this is not mission critical for the demo.

The postponing of the meeting could be in our favor.

The iPad is a way nicer looking display and you did a very nice job on the design.

I can't wait to demo with it.

Vic

8

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: Wed, 07 Apr 2010 16:52:46<br>Subject: Re: And yet another all nighter! :/ | From: Jerry Mahabub<br>To: Victor Tiscareno<br>Date: Wed, 07 Apr 2010 16:52:46<br>Subject: Re: And yet another all nighter! :/ |
| Hi Vic,<br><br>Great! I will update the provisioning profiles ~~ont~~ the devices and get them to you by Friday morning. If I do not see a new list for the songs from you by tomorrow morning, I will send the devices without the new song list. It sounds like this is not an "urgent" issue before the meeting. Please send me the tracking information if you get a chance. I will stay at home tomorrow until I receive the devices.<br><br><br>Best Wishes,<br><br>-Jerry | Hi Vic,<br><br>Great!  I will update the provisioning profiles **on** the **three iPod Touch** devices and get them to you by **this** Friday **first** morning **delivery**.  If I do not see a new list for the songs from you by tomorrow morning, I will send the devices without the new song list.  It sounds like this is not an "urgent" issue before the meeting.  Please send me the tracking information if you get a chance.  I will stay at home tomorrow until I receive the devices. **Too bad it may have to be postponed until next week, although, that might be better given that Steve will be relaxed from having a weekend getaway with his family.  Perhaps this is why Phil is rescheduling for next week.  He did say this was a very important factor, and he would know being Steve's top exec for Marketing.**  Perhaps this has been a very stressful week for the Apple executive management team.  After a little over 9 months of working together, what's another few days.  Besides, this will give you a chance to test and play with the new iPad demo app.<br><br>Best Wishes,<br><br>-Jerry |

9

| The actual email | The email Mahabub forwarded |
|---|---|
| From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: July 2, 2010 11:29 AM | From: Victor Tiscareno<br>To: Jerry Mahabub<br>Date: July 2, 2010 11:29 AM |

<table>
<tr>
<td>

Hi Jerry

I have to meet on Wed July 7, 11:00am

Is that a good time for you?

I added Ron to the meeting, ~~but not confirmed he's coming.~~

Also, I would like to arrange a meeting with a couple of guys on the team, one you know, Barry Corlett.

The other person is Andrew Bright (phd in acoustics).

No date yet, and Barry will be out next week or I'd somehow I'd combine your trips into one. :)

Vic

</td>
<td>

Hi Jerry

I have to meet on Wed July 7, 11:00am. Is that a good time for you?

I added Ron to the meeting. Will you have the new Kext with the additional EQ for us to play with by then? Ron wants to do some adjustments with you and Jim Tenneboe in real-time while you are here. I would plan on staying here for at least a couple of hours. Ron may request that we go under a heavier NDA as we already discussed for the purpose of development where we would be giving you and your team access that is not included in any of our SDK's. This may be necessary to get things put together from a deployment perspective as we want to keep the momentum we have.

Also, I would like to arrange a meeting with a couple of guys on the team, one you know and have met with several times, Barry Corlett.

The other person is Andrew Bright (phd in acoustics) as requested by Steve himself. Steve has really taken an ineterst in your technology and wants to understand it better. Also, Steve would like to have an initial introduction to you during this meeting, just a simple handshake meeting with him, so no need to get out the steel underwear just yet! He is anxious to meet you in person and ask you a few questions. I let him know yesterday that your meeting with Disney was a success, and that perked his ears up!!!

No date yet, and Barry will be out next week or I'd somehow find a way to combine your upcoming trips to Cupertino into one. :)

Vic

</td>
</tr>
</table>

10

## The actual email

From: Jerry Mahabub
To: Victor Tiscareno
Date: July 2, 2010 12:47 PM
Subject: Re: Technical Presentation…

Hi Vic,

Green on my screen! :) See you at 11am on Wednesday, July 7th. ~~Hopefully Ron can attend, and as we discussed,~~ I am having ~~our dev team~~ add 5 bands of parametric EQ for the Center Channel (mid-processing), and 5 bands of EQ for the side signal processing. We will leave in the 4 bands of HRTF Notch Filters/EQ and 4 bands of post processing parametric.

Actually, this is the exact setup we have for our professional audio plug-in, so this should do the trick as far as enabling the ability to significantly reduce any intensive reverb perception when our processing is turned on, in particular, for 90's style mixes that have a strong reverb tail mixed to the side signal ~~for the mid signal vocal track in the mix session.~~ Then, when we adjust the % center bypass, we should be golden.

You say jump I say how high!!! Whenever and wherever you need me I will be there. Just let me know when Barry and the Andrew are available for a meeting.

Have a great day! :)

Best Wishes,

-Jerry

## The email Mahabub forwarded

From: Jerry Mahabub
To: Victor Tiscareno
Date: July 2, 2010 11:47 AM
Subject: Re: Technical Presentation…

Hi Vic,

Green on my screen! :) See you at 11am on Wednesday, July 7th. I am having one of my software team members add 5 bands of parametric EQ for the Center Channel (mid-processing), and 5 bands of EQ for the side signal processing. We will leave in the 4 bands of HRTF Notch Filters/EQ and 4 bands of post processing parametric. He should have this done within 3 days in accordance with our discussion last night.

Actually, this is close to the exact setup we have for our professional audio plug-in (with the exception of we have no specific EQ for side signal processing), so this should do the trick as far as enabling the ability to significantly reduce any intensive reverb perception when our processing is turned on, in particular, for 90's style mixes that have a strong reverb tail mixed to the side signal and is harmonically connected to the mid signal vocal track. After making these EQ adjustments, we adjust the % center bypass alongside the center channel and side signal EQ matching, and we should be golden and create a deployment ready set of presets for Mac division. This may take a few weeks to nail down, however, it is not a brick wall by any means and with the additional horsepower of the Mac computers over the portable CE devices given the more powerful processors, I am sure the slight increase in processor expense will be close to negligible and not affect deployment of embedding AstoundExpander via the kext for Mac based product offerings. As we discussed, I believe the iPod, iPhone, and iPad do not require these additional EQ parameter settings, only for Mac side ...

You say jump I say how high!!! Whenever and wherever you need me I will be there. Just let me know when Barry and Andrew are available for a meeting. I too am anxious to finally meet the big man, and I am happy that it will be a very informal handshake first meeting so we can feel each other out before we put our business teams into negotiations. I am sure he has given a lot of thought to this, and with you letting him know that the Disney meeting was a success the other day, I am sure he will see upside from an investment in our tech from both the film and CE spaces.

Have a great day! :)

Best Wishes,

-Jerry

11