**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02118-WJM-MLC

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

                v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.

                    Defendants.

---

**DECLARATION OF TRACY W. BOWEN**

---

     I, Tracy W Bowen, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

     1.     I am employed by the Securities and Exchange Commission ("SEC") in its Denver Regional Office.  I have been working as an accountant in the SEC's Division of Enforcement since 2003.  I have been licensed as a Certified Public Accountant in the state of Colorado since 1998.

     2.     I prepared the summary of Taj Jerry Mahabub's personal sales of the securities of GenAudio, Inc. between November 1, 2009 and April 30, 2012 ("the

Summary") that is marked as Attachment 1 to this Declaration.

3.      To prepare the Summary, I reviewed the stock transactions listed in the GenAudio Inc. Common Stock Transfer Ledger ("Ledger"), which is marked as Deposition Exhibits 7 and 198, containing pages GA001816 through GA001852.  The Ledger contains a column titled "From Whom Transferred" which identifies whether a stock was originally issued by GenAudio or was a transfer by an existing shareholder, such as Mr. Mahabub.  I included in the Summary, Mr. Mahabub's personal stock sales that were identified in the "From Whom Transferred" column as a transfer from "Jerry Mahabub (C-001)," for transactions that occurred between November 1, 2009 and April 30, 2012.

4.      I also compared these transactions to a list of personal stock sales that Mr. Mahabub submitted as Exhibit D to an affidavit, which is Deposition Exhibit 271.

5.      I also reviewed stock agreements that Mr. Mahabub or GenAudio produced for most of the personal stock sales.  If the stock agreement was missing, then I reviewed other documents related to the transaction. The stock agreements or other supporting documents are identified in the Summary column titled "Supporting Documents Bates Numbers."

6.      While the Ledger lists the date that each share certificate was issued, I included transactions in the Summary that occurred between November 1, 2009 and April 30, 2012 based upon the date in the stock agreements.  The stock certificate was typically dated after the transaction date listed in the stock agreements.  There were some transactions in which the stock certificate was issued between November 2009 and April 2012 that I excluded from the Summary because the stock agreement was

dated before November 2009. Similarly, there are some transactions included in the Summary where the stock certificate was issued after April 2012, but the stock agreement was dated before April 2012. See for example Row No. 113 of the Summary.

7.      Based on my review of the documents, Mr. Mahabub engaged in at least 113 sales of his personal shares to at least 85 individuals or entities. He sold at least 3,931,300 shares between November 1, 2009 and April 30, 2012 for $2,593,900.[1]

8.      In November 2009, Mr. Mahabub sold 2,019,000 shares of his personal GenAudio stock, raising $1,031,000. Attachment 1 at rows 1 to 35.

9.      In December 2009, Mr. Mahabub sold 91,000 shares of his personal GenAudio stock, raising $66,000. Attachment 1 at rows 36 to 39.

10.     In January 2010, Mr. Mahabub sold 126,000 shares of his personal GenAudio stock, raising $69,500. Attachment 1 at rows 40 to 46.

11.     In February 2010, Mr. Mahabub sold 156,500 shares of his personal GenAudio stock, raising $146,500. Attachment 1 at rows 47 to 52.

12.     In March 2010, Mr. Mahabub sold 195,000 shares of his personal GenAudio stock, raising $100,000. Attachment 1 at rows 53 to 62.

13.     In May 2010, Mr. Mahabub sold 425,000 shares of his personal GenAudio stock, raising $102,500. Attachment 1 at rows 63 to 64.

14.     In July 2010, Mr. Mahabub sold 25,000 shares of his personal GenAudio

---

[1] A formula error in a previous version of this spreadsheet failed to properly sum all rows. As a result, my Declaration and Exhibit 11 to the SEC's original motion for summary judgment (ECF Nos. 55 and 53-11) erroneously stated that Mahabub sold at least 3,316,300 shares for $2,338,900 to 83 individuals. These errors were caught while preparing this declaration and have been corrected in Attachment 1.

stock, raising $2,500.  Attachment 1 at rows 65 to 66.

15.     In September 2010, Mr. Mahabub sold 56,000 shares of his personal GenAudio stock, raising $168,000.  Attachment 1 at rows 67 to 72.

16.     In October 2010, Mr. Mahabub sold 142,300 shares of his personal GenAudio stock, raising $136,900.  Attachment 1 at rows 73 to 84.

17.     In November 2010, Mr. Mahabub sold 157,500 shares of his personal GenAudio stock, raising $24,000.  Attachment 1 at rows 85 to 89.

18.     In December 2010, Mr. Mahabub sold 15,000 shares of his personal GenAudio stock, raising $30,000.  Attachment 1 at row 90.

19.     In March 2011, Mr. Mahabub sold 405,000 shares of his personal GenAudio stock, raising $603,000.  Attachment 1 at rows 91 to 109.

20.     In April 2011, Mr. Mahabub sold 60,000 shares of his personal GenAudio stock, raising $30,000.  Attachment 1 at row 110.

21.     In February 2012, Mr. Mahabub sold 2,000 shares of his personal GenAudio stock, raising $3,000.  Attachment 1 at row 111.

22.     In March 2012, Mr. Mahabub sold 56,000 shares of his personal GenAudio stock, raising $81,000.  Attachment 1 at rows 112 to 113.

23.     I reviewed Exhibit 13, which James Devine identified as a list of shareholders who purchased stock in the 2010 offering and the 2011 offering.  I added the number of shares issued during each month and listed the total for each month below.

24.     GenAudio reported that its first sale of securities in the 2010 Offering was made on April 19, 2010.  See GenAudio's Form D, Ex. 90.    However, GenAudio

issued the stock certificates for its sales starting in May 2010.

25.     In May 2010, GenAudio issued 68,900 shares of stock for sales that occurred during the 2010 Offering. (See entries on top and bottom of GA000998).

26.     In June 2010, GenAudio issued 83,000 shares of stock for sales that occurred during the 2010 Offering. (See entries on GA000998 and one entry on GA001000).

27.     In July 2010, GenAudio issued 332,700 shares of stock sold during the 2010 Offering. (See entries on GA000998 and GA000999).

28.     In August 2010, GenAudio issued 683,300 shares of stock for sales that occurred during the 2010 Offering. (See entries on three pages GA000998-GA001000)

29.     In September 2010, GenAudio issued 3,200 shares of stock for sales that occurred during the 2010 Offering.  (See entry on GA001000).

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on February 14, 2018 in Denver Colorado.

*/s Tracy W. Bowen*
Tracy W. Bowen

**GenAudio, Inc. (D-3450)**
**Summary of Mahabub Personal Stock Sales**
**November 1, 2009 through April 30, 2012**

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jaenke | omitted | 11/XX/09 | 15,000 | $1.00 | $ 15,000 | C-417 | 12/14/09 | Mahabub001226 Mahabub001228 GA001830 SEC-ELLIOTT-E-0004076 | |
| 2 | Galanis | omitted | 11/10/09 | 600,000 | $0.40 | $ 240,000 | C-418 | 12/22/09 | Mahabub000934 Mahabub000936 GA001830 SEC-ELLIOTT-E-0004076 | |
| 3 | Boon | omitted | 11/11/09 | 300,000 | $0.50 | $ 150,000 | C-438 | 1/12/10 | Mahabub000108 Mahabub000110 GA001831 SEC-ELLIOTT-E-0004074 | |
| 4 | Voiers | omitted | 11/11/09 | 31,250 | $0.80 | $ 25,000 | C-458 | 1/14/10 | Mahabub002542 Mahabub002544 GA001831 SEC-ELLIOTT-E-0004078 | |
| 5 | Maxtrend Global Services, S.A. | | 11/11/09 | 18,750 | $0.80 | $ 15,000 | C-495 | 3/19/10 | Mahabub001672 Mahabub001674 GA001832 SEC-ELLIOTT-E-0004077 | |
| 6 | Morey | omitted | 11/11/09 | 100,000 | $0.50 | $ 50,000 | C-515 | 11/11/09 | Mahabub001742 Mahabub001744 GA001833 SEC-ELLIOTT-E-0004077 | |
| 7 | Koth | omitted | 11/12/09 | 130,000 | $0.50 | $ 65,000 | C-468 | 1/18/10 | Mahabub001529 Mahabub001531 GA001832 SEC-ELLIOTT-E-0004077 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Bingham | omitted | 11/15/09 | 40,000 | $0.50 | $ 20,000 | C-437 | 1/12/10 | Mahabub000093<br>Mahabub000094<br>GA001831<br>SEC-ELLIOTT-E-0004074 | |
| 9 | Burchfield | omitted | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-439 | 1/12/10 | Mahabub000216<br>Mahabub000218<br>GA001831<br>SEC-ELLIOTT-E-0004074 | |
| 10 | DiNallo | omitted | 11/15/09 | 13,000 | $1.00 | $ 13,000 | C-440 | 1/12/10 | Mahabub000506<br>Mahabub000508<br>GA001831<br>SEC-ELLIOTT-E-0004075 | |
| 11 | Donaghue | omitted | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-442 | 1/12/10 | Mahabub000553<br>Mahabub000555<br>GA001831<br>SEC-ELLIOTT-E-0004075 | |
| 12 | Eldridge | omitted | 11/15/09 | 36,000 | $0.50 | $ 18,000 | C-443 | 1/12/10 | Mahabub000647<br>Mahabub000649<br>GA001831<br>SEC-ELLIOTT-E-0004075 | |
| 13 | Eldridge | omitted | 11/15/09 | 88,000 | $0.50 | $ 44,000 | C-444 | 1/12/10 | Mahabub000660<br>Mahabub000662<br>GA001831<br>SEC-ELLIOTT-E-0004075 | |
| 14 | Herdt | omitted | 11/15/09 | 80,000 | $0.50 | $ 40,000 | C-445 | 1/12/10 | Mahabub001178<br>Mahabub001180<br>GA001831<br>SEC-ELLIOTT-E-0004076 | |
| 15 | Forkner | omitted | 11/15/09 | 6,000 | $0.50 | $ 3,000 | C-446 | 1/12/10 | Mahabub000890<br>Mahabub000892<br>GA001831<br>SEC-ELLIOTT-E-0004076 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Glassmaker | omitted | 11/15/09 | 10,000 | $0.50 | $ 5,000 | C-447 | 1/12/10 | Mahabub001057<br>Mahabub001059<br>GA001831<br>SEC-ELLIOTT-E-0004076 | |
| 17 | Frere | omitted | 11/15/09 | 4,000 | $0.50 | $ 2,000 | C-448 | 1/12/10 | Mahabub000903<br>Mahabub000905<br>GA001831<br>SEC-ELLIOTT-E-0004076 | |
| 18 | Frere | omitted | 11/15/09 | 30,000 | $0.50 | $ 15,000 | C-449 | 1/12/10 | Mahabub000921<br>Mahabub000923<br>GA001831<br>SEC-ELLIOTT-E-0004076 | |
| 19 | Overley | omitted | 11/15/09 | 30,000 | $0.50 | $ 15,000 | C-452 | 1/12/10 | Mahabub001992<br>Mahabub001994<br>GA001831<br>SEC-ELLIOTT-E-0004077 | |
| 20 | Farrow | omitted | 11/15/09 | 10,000 | $0.50 | $ 5,000 | C-463 | 1/15/10 | Mahabub000742<br>Mahabub000744<br>GA001832<br>SEC-ELLIOTT-E-0004075 | |
| 21 | Gilson | omitted | 11/15/09 | 200,000 | $0.50 | $ 100,000 | C-464 | 1/15/10 | Mahabub001004<br>Mahabub001006<br>GA001832<br>SEC-ELLIOTT-E-0004076 | |
| 22 | Graham | omitted | 11/15/09 | 5,000 | $0.50 | $ 2,500 | C-465 | 1/15/10 | Mahabub001093<br>Mahabub001095<br>GA001832<br>SEC-ELLIOTT-E-0004076 | |
| 23 | Marvin | omitted | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-469 | 1/18/10 | Mahabub001659<br>Mahabub001661<br>GA001832<br>SEC-ELLIOTT-E-0004077 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | McCoy | omitted | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-470 | 1/18/10 | Mahabub001685 Mahabub001687 GA001832 SEC-ELLIOTT-E-0004077 | |
| 25 | Monical | omitted | 11/15/09 | 4,000 | $0.50 | $ 2,000 | C-471 | 1/18/10 | Mahabub001716 Mahabub00718 GA001832 SEC-ELLIOTT-E-0004077 | |
| 26 | Mosher | omitted | 11/15/09 | 3,000 | $0.50 | $ 1,500 | C-472 | 1/18/10 | Mahabub001832 Mahabub001834 GA001832 SEC-ELLIOTT-E-0004077 | |
| 27 | Norris | omitted | 11/15/09 | 24,000 | $0.50 | $ 12,000 | C-474 | 1/18/10 | Mahabub001874 Mahabub001876 GA001832 SEC-ELLIOTT-E-0004077 | |
| 28 | Norris | omitted | 11/15/09 | 10,000 | $0.50 | $ 5,000 | C-475 | 1/18/10 | Mahabub001887 Mahabub001889 GA001832 SEC-ELLIOTT-E-0004077 | |
| 29 | Nunes | omitted | 11/15/09 | 6,000 | $0.50 | $ 3,000 | C-476 | 1/18/10 | Mahabub001927 Mahabub001929 GA001832 SEC-ELLIOTT-E-0004077 | |
| 30 | Ruane | omitted | 11/15/09 | 10,000 | $0.50 | $ 5,000 | C-486 | 1/20/10 | Mahabub002270 Mahabub002272 GA001832 SEC-ELLIOTT-E-0004078 | |
| 31 | Sanello | omitted | 11/15/09 | 2,000 | $0.50 | $ 1,000 | C-488 | 1/20/10 | Mahabub002303 Mahabub002305 GA001832 SEC-ELLIOTT-E-0004078 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Lowy | omitted | 11/18/09 | 60,000 | $1.00 | $ 60,000 | C-477 | 1/19/10 | Mahabub001623 Mahabub001625 GA001832 SEC-ELLIOTT-E-0004077 | |
| 33 | Morey | omitted | 11/19/09 | 100,000 | $0.50 | $ 50,000 | C-516 | 11/19/09 | Mahabub001755 Mahabub001757 GA001833 SEC-ELLIOTT-E-0004077 | |
| 34 | Fivian | omitted | 11/27/09 | 25,000 | $1.00 | $ 25,000 | C-494 | 3/15/10 | Mahabub000840 Mahabub000842 GA001832 SEC-ELLIOTT-E-0004075 | |
| 35 | Lev | omitted | 11/27/09 | 20,000 | $1.00 | $ 20,000 | C-520 | 4/28/10 | Mahabub001584 Mahabub001586 GA001833 SEC-ELLIOTT-E-0004077 | |
| | | | Subtotal November 2009 | 2,019,000 | | $ 1,031,000 | | | | |
| 36 | Olree | omitted | 12/1/09 | 50,000 | $0.50 | $ 25,000 | C-502 | 3/23/10 | Mahabub001940 Mahabub001942 GA001833 SEC-ELLIOTT-E-0004077 | |
| 37 | Orrego | omitted | 12/16/09 | 1,000 | $1.00 | $ 1,000 | C-480 | 1/20/10 | Mahabub001979 Mahabub001981 GA001832 SEC-ELLIOTT-E-0004077 | |
| 38 | Bunker | omitted | 12/23/09 | 8,000 | $1.00 | $ 8,000 | C-455 | 1/14/10 | Mahabub000203 Mahabub000205 GA001831 SEC-ELLIOTT-E-0004074 | |
| 39 | Martinez | omitted | 12/23/09 | 32,000 | $1.00 | $ 32,000 | C-631 | 9/14/10 | Mahabub001646 Mahabub001648 GA001837 SEC-ELLIOTT-E-0004077 | |
| | | | Subtotal December 2009 | 91,000 | | $ 66,000 | | | | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Horner | omitted | 1/7/10 | 5,000 | $1.00 | $ 5,000 | C-500 | 3/23/10 | Mahabub001207 Mahabub001209 GA001832 SEC-ELLIOTT-E-0004076 | |
| 41 | Wade | omitted | 1/7/10 | 1,000 | $1.00 | $ 1,000 | C-534 | 6/4/10 | Mahabub000978 Mahabub000980 GA001833 SEC-ELLIOTT-E-0004078 | |
| 42 | Pennington | omitted | 1/7/10 | 3,000 | $1.00 | $ 3,000 | C-535 | 6/4/10 | Mahabub002027 Mahabub002029 GA001833 SEC-ELLIOTT-E-0004077 | |
| 43 | Pistole | omitted | 1/7/10 | 2,000 | $1.00 | $ 2,000 | C-536 | 6/4/10 | Mahabub002053 Mahabub002055 GA001833 SEC-ELLIOTT-E-0004077 | |
| 44 | Cozzi | omitted | 1/7/10 | 2,000 | $1.00 | $ 2,000 | C-730 | 1/7/10 | Mahaubu000341 Mahabub000343 GA001840 SEC-ELLIOTT-E-0004074 | |
| 45 | Olree | omitted | 1/11/10 | 50,000 | $0.50 | $ 25,000 | C-503 | 3/23/10 | Mahabub001953 Mahabub001955 GA001833 SEC-ELLIOTT-E-0004077 | |
| 46 | Donaghue | omitted | | 63,000 | $0.50 | $ 31,500 | C-441 | 1/12/10 | Mahabub000531 Mahabub000533 GA001831 SEC-ELLIOTT-E-0004075 SEC-USBank-E-0000475 SEC-USBank-E-0000502 | (1) |
| | | | Subtotal January 2010 | 126,000 | | $ 69,500 | | | | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | Eastwood | omitted | 2/11/10 | 10,000 | $1.00 | $ 10,000 | C-498 | 3/23/10 | Mahabub000634 Mahabub000636 GA001832 SEC-ELLIOTT-E-0004075 | |
| 48 | Gray | omitted | 2/15/10 | 100,000 | $1.00 | $ 100,000 | C-491 | 2/24/10 | Mahabub000236 Mahabub000238 GA001832 SEC-ELLIOTT-E-0004074 | |
| 49 | Koenig | omitted | 2/19/10 | 10,000 | $1.00 | $ 10,000 | C-501 | 3/23/10 | Mahabub001516 Mahabub001518 GA001833 SEC-ELLIOTT-E-0004076 | |
| 50 | Vit | omitted | 2/19/10 | 1,500 | $1.00 | $ 1,500 | C-835 | 11/12/12 | Mahabub002529 Mahabub002531 GA001844 SEC-ELLIOTT-E-0004078 | |
| 51 | Hauptman | omitted | 2/21/10 | 20,000 | $0.50 | $ 10,000 | C-512 | 4/14/10 | Mahabub001152 Mahabub001154 GA001833 SEC-ELLIOTT-E-0004076 | |
| 52 | Stecich | omitted | 2/23/10 | 15,000 | $1.00 | $ 15,000 | C-499 | 3/23/10 | Manabub002408 Mahabub002410 GA001832 SEC-ELLIOTT-E-0004078 | |
| | | | Subtotal February 2010 | 156,500 | | $ 146,500 | | | | |
| 53 | Crabb | omitted | 3/4/10 | 3,000 | $1.00 | $ 3,000 | C-497 | 3/23/10 | Mahabub000354 Mahabub000356 GA001832 SEC-ELLIOTT-E-0004074 | |
| 54 | Westphal | omitted | 3/8/10 | 2,000 | $1.00 | $ 2,000 | C-496 | 3/23/10 | Mahabub002656 Mahabub002658 GA001832 SEC-ELLIOTT-E-0004078 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Weintraub | omitted | 3/10/10 | 30,000 | $0.50 | $ 15,000 | C-504 | 4/1/10 | Mahabub002643 Mahabub002645 GA001833 SEC-ELLIOTT-E-0004078 | |
| 56 | Voiers | omitted | 3/10/10 | 10,000 | $0.50 | $ 5,000 | C-508 | 4/2/10 | Mahabub002581 Mahabub002583 GA001833 SEC-ELLIOTT-E-0004078 | |
| 57 | DLT Financial, LLC | | 3/10/10 | 20,000 | $0.50 | $ 10,000 | C-509 | 4/2/10 | Mahabub000518 Mahabub000520 GA001833 SEC-ELLIOTT-E-0004075 | |
| 58 | Rouache | omitted | 3/11/10 | 30,000 | $0.50 | $ 15,000 | C-505 | 4/1/10 | Mahabub002257 Mahabub002259 GA001833 SEC-ELLIOTT-E-0004078 | |
| 59 | Dickson | omitted | 3/11/10 | 10,000 | $0.50 | $ 5,000 | C-506 | 4/1/10 | Mahabub000480 Mahabub000482 GA001833 SEC-ELLIOTT-E-0004075 | |
| 60 | Gilson | omitted | 3/11/10 | 50,000 | $0.50 | $ 25,000 | C-507 | 4/2/10 | Mahabub001017 Mahabub001019 GA001833 SEC-ELLIOTT-E-0004076 | |
| 61 | Morey | omitted | 3/11/10 | 20,000 | $0.50 | $ 10,000 | C-517 | 3/11/10 | Mahabub001768 Mahabub001770 GA001833 SEC-ELLIOTT-E-0004077 | |
| 62 | Lev | omitted | 3/11/10 | 20,000 | $0.50 | $ 10,000 | C-521 | 4/28/10 | Mahabub001597 Mahabub001599 GA001833 SEC-ELLIOTT-E-0004077 | |
| | | | Subtotal March 2010 | 195,000 | | $ 100,000 | | | | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | Skluzak | omitted | | 400,000 | $0.25 | $  100,000 | C-528 | 5/3/10 | Mahabub002376<br>GA001833<br>SEC-ELLIOTT-E-0004078<br>SEC-ELLIOTT-E-0004064 | (2) |
| 64 | RJD Financial Profit Sharing Plan | | 5/13/10 | 25,000 | $0.10 | $  2,500 | C-630 | 5/13/10 | Mahabub002184<br>Mahabub002186<br>GA001837<br>SEC-ELLIOTT-E-0004078 | (3) |
| | | | Subtotal May 2010 | 425,000 | | $  102,500 | | | | |
| 65 | Coey | omitted | | 12,500 | $0.10 | $  1,250 | C-541 | 7/20/10 | Mahabub000297<br>GA001834<br>SEC-ELLIOTT-E-0004074<br>SEC-USBank-E-0000411<br>Mahabub000332<br>JM002819<br>JM002005 | (4) |
| 66 | Coey | omitted | | 12,500 | $0.10 | $  1,250 | C-542 | 7/20/10 | Mahabub000330<br>GA001834<br>SEC-ELLIOTT-E-0004074<br>SEC-USBank-E-0000411<br>Mahabub000332<br>JM002819<br>JM002005 | (4) |
| | | | Subtotal July 2010 | 25,000 | | $  2,500 | | | | |
| 67 | Dabestani | omitted | 9/9/10 | 20,000 | $3.00 | $  60,000 | C-633 | 9/14/10 | Mahabub000384<br>Mahabub000386<br>GA001837<br>SEC-ELLIOTT-E-0004075 | |
| 68 | Killian | omitted | 9/9/10 | 2,500 | $3.00 | $  7,500 | C-729 | 9/9/10 | Mahabub001504<br>Mahabub001506<br>GA001840<br>SEC-ELLIOTT-E-0004076 | |
| 69 | Feige | omitted | 9/14/10 | 10,000 | $3.00 | $  30,000 | C-703 | 9/14/10 | Mahabub000755<br>Mahabub000757<br>GA001839<br>SEC-ELLIOTT-E-0004075 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 | Feige | omitted | 9/14/10 | 3,500 | $3.00 | $ 10,500 | C-704 | 9/14/10 | Mahabub000768 Mahabub000770 GA001839 SEC-ELLIOTT-E-0004075 | |
| 71 | Digiovanni | omitted | 9/22/10 | 10,000 | $3.00 | $ 30,000 | C-706 | 9/22/10 | Mahabub000493 Mahabub000495 GA001839 SEC-ELLIOTT-E-0004075 | |
| 72 | Banks | omitted | 9/27/10 | 10,000 | $3.00 | $ 30,000 | C-705 | 9/27/10 | Mahabub000018 Mahabub000020 GA001839 SEC-ELLIOTT-E-0004074 | |
| | | | Subtotal September 2010 | 56,000 | | $ 168,000 | | | | |
| 73 | Boone | omitted | 10/7/10 | 4,000 | $3.00 | $ 12,000 | C-702 | 10/7/10 | Mahabub000164 Mahabub000166 GA001839 SEC-ELLIOTT-E-0004074 | |
| 74 | Hebner | omitted | 10/7/10 | 3,000 | $3.00 | $ 9,000 | C-707 | 10/7/10 | Mahabub001165 Mahabub001167 GA001839 SEC-ELLIOTT-E-0004076 | |
| 75 | Boone | omitted | 10/7/10 | 4,000 | $3.00 | $ 12,000 | C-726 | 10/7/10 | Mahabub000177 Mahabub000179 GA001840 SEC-ELLIOTT-E-0004074 | |
| 76 | Wiggins | omitted | 10/7/10 | 5,000 | $3.00 | $ 15,000 | C-728 | 10/7/10 | Mahabub002669 Mahabub002671 GA001840 SEC-ELLIOTT-E-0004078 | |
| 77 | Coey | omitted | 10/12/10 | 12,500 | $0.10 | $ 1,250 | C-708 | 10/12/10 | Mahabub000336 GA001840 SEC-ELLIOTT-E-0004074 Mahabub000335 JM004754 JM005001 | (5) |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | Coey | omitted | 10/12/10 | 12,500 | $0.10 | $ 1,250 | C-709 | 10/12/10 | Mahabub000333 Mahabub000336 GA001840 SEC-ELLIOTT-E-0004074 Mahabub000335 JM004754 JM005001 | (5) |
| 79 | Murphy | omitted | 10/12/10 | 25,000 | $0.10 | $ 2,500 | C-710 | 10/12/10 | Mahabub001859 Mahabub000336 GA001840 SEC-ELLIOTT-E-0004077 Mahabub000335 JM004754 JM005005 | (5) |
| 80 | RJD Financial Profit Sharing Plan | | 10/12/10 | 50,000 | $0.10 | $ 5,000 | C-714 | 10/12/10 | Mahabub002196 Mahabub002199 GA001840 SEC-ELLIOTT-E-0004078 | (3) |
| 81 | Goldfarb | omitted | 10/12/10 | 1,000 | $3.00 | $ 3,000 | C-720 | 10/12/10 | Mahabub001081 Mahabub001083 GA001840 SEC-ELLIOTT-E-0004076 | |
| 82 | Novicki | omitted | 10/12/10 | 3,600 | $3.00 | $ 10,800 | C-722 | 10/12/10 | Mahabub001914 Mahabub001916 GA001840 SEC-ELLIOTT-E-0004077 | |
| 83 | Douglas | omitted | 10/12/10 | 1,700 | $3.00 | $ 5,100 | C-723 | 10/12/10 | Mahabub000587 Mahabub000589 GA001840 SEC-ELLIOTT-E-0004075 | |
| 84 | Dabestani | omitted | 10/15/10 | 20,000 | $3.00 | $ 60,000 | C-724 | 10/15/10 | Mahabub000397 Mahabub000399 GA001840 SEC-ELLIOTT-E-0004075 | |
| | | | Subtotal October 2010 | 142,300 | | $ 136,900 | | | | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | Benjaminson | omitted | 11/16/10 | 5,000 | $3.00 | $ 15,000 | C-721 | 11/16/10 | Mahabub000048<br>Mahabub000050<br>GA001840<br>SEC-ELLIOTT-E-0004074 | |
| 86 | Smith | omitted | 11/16/10 | 2,500 | $3.00 | $ 7,500 | C-727 | 11/16/10 | Mahabub002381<br>Mahabub002382<br>GA001840<br>SEC-ELLIOTT-E-0004078 | |
| 87 | Coey | omitted | | 62,500 | $0.01 | $ 625 | C-716 | 11/29/10 | GA001840<br>SEC-ELLIOTT-E-0004074<br>Mahabub000339<br>JM006436<br>SEC-USBank-E-0000349<br>SEC-USBank-E-0000699<br>SEC-USBank-E-0000701 | (6) |
| 88 | Coey | omitted | | 12,500 | $0.01 | $ 125 | C-717 | 11/29/10 | Mahabub000337<br>GA001840<br>SEC-ELLIOTT-E-0004074<br>Mahabub000339<br>JM006436<br>SEC-USBank-E-0000349<br>SEC-USBank-E-0000699<br>SEC-USBank-E-0000701 | (7) |
| 89 | RJD Financial Profit Sharing Plan | | 11/30/10 | 75,000 | $0.01 | $ 750 | C-715 | 11/29/10 | Mahabub002209<br>Mahabub002211<br>GA001840<br>SEC-ELLIOTT-E-0004078 | (3) |
| | | | Subtotal November 2010 | 157,500 | | $ 24,000 | | | | |
| 90 | Dabestani | omitted | 12/15/10 | 15,000 | $2.00 | $ 30,000 | C-725 | 12/15/10 | Mahabub000410<br>Mahabub000412<br>GA001840<br>SEC-ELLIOTT-E-0004075 | |
| | | | Subtotal December 2010 | 15,000 | | $ 30,000 | | | | |
| 91 | Boone | omitted | 3/3/11 | 7,500 | $2.00 | $ 15,000 | C-735 | 3/3/11 | Mahabub000151<br>Mahabub000153<br>GA001840<br>SEC-ELLIOTT-E-0004074 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 92 | Crabb | omitted | 3/4/11 | 3,000 | $2.00 | $ 6,000 | C-774 | 3/4/11 | Mahabub000367 Mahabub000369 GA001842 SEC-ELLIOTT-E-0004074 | |
| 93 | Voiers | omitted | 3/10/11 | 7,500 | $2.00 | $ 15,000 | C-792 | 3/1/12 | Mahabub002594 Mahabub002596 GA001842 SEC-ELLIOTT-E-0004078 | |
| 94 | Cataldo | omitted | 3/10/11 | 10,000 | $3.00 | $ 30,000 | C-806 | 7/24/12 | Mahabub000268 Mahabub000270 GA001843 SEC-ELLIOTT-E-0004074 | |
| 95 | Geier | omitted | 3/10/11 | 3,000 | $3.00 | $ 9,000 | C-833 | 11/12/12 | Mahabub000991 Mahabub000993 GA001844 SEC-ELLIOTT-E-0004076 | |
| 96 | Boon | omitted | 3/11/11 | 40,000 | $0.50 | $ 20,000 | C-773 | 3/11/11 | Mahabub000122 Mahabub000124 GA001842 SEC-ELLIOTT-E-0004074 | |
| 97 | Kane | omitted | 3/11/11 | 6,000 | $1.50 | $ 9,000 | C-786 | 2/10/12 | Mahabub001429 Mahabub001431 GA001842 SEC-ELLIOTT-E-0004076 | |
| 98 | Sansbury | omitted | 3/11/11 | 2,000 | $1.50 | $ 3,000 | C-787 | 2/10/12 | Mahabub002335 Mahabub002337 GA001842 SEC-ELLIOTT-E-0004078 | |
| 99 | Dabestani | omitted | 3/11/11 | 45,000 | $1.00 | $ 45,000 | C-797 | 4/18/12 | Mahabub000424 Mahabub000426 GA001843 SEC-ELLIOTT-E-0004075 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | Kane | omitted | 3/11/11 | 10,000 | $1.50 | $ 15,000 | C-807 | 7/24/12 | Mahabub001456<br>Mahabub001458<br>GA001843<br>SEC-ELLIOTT-E-0004076 | |
| 101 | Kane | omitted | 3/11/11 | 10,000 | $1.50 | $ 15,000 | C-808 | 7/24/12 | Mahabub001469<br>Mahabub001471<br>GA001843<br>SEC-ELLIOTT-E-0004076 | |
| 102 | Barton | omitted | 3/11/11 | 10,000 | $3.00 | $ 30,000 | C-809 | 7/24/12 | Mahabub000030<br>Mahabub000032<br>GA001843<br>SEC-ELLIOTT-E-0004074 | |
| 103 | Boon | omitted | 3/11/11 | 20,000 | $3.00 | $ 60,000 | C-810 | 7/24/12 | Mahabub000135<br>Mahabub000140<br>GA001843<br>SEC-ELLIOTT-E-0004074 | |
| 104 | Gilson | omitted | 3/11/11 | 90,000 | $1.50 | $ 135,000 | C-811 | 7/24/12 | Mahabub001030<br>Mahabub001032<br>GA001843<br>SEC-ELLIOTT-E-0004076 | |
| 105 | Dabestani | omitted | 3/11/11 | 31,000 | $1.00 | $ 31,000 | C-834 | 11/12/12 | Mahabub000437<br>Mahabub000439<br>GA001844<br>SEC-ELLIOTT-E-0004075 | |
| 106 | Rifkin | omitted | 3/21/11 | 10,000 | $1.00 | $ 10,000 | C-733 | 3/21/11 | Mahabub002145<br>Mahabub002147<br>GA001840<br>SEC-ELLIOTT-E-0004078 | |
| 107 | Rifkin | omitted | 3/21/11 | 10,000 | $1.00 | $ 10,000 | C-734 | 3/21/11 | Mahabub002158<br>Mahabub002160<br>GA001840<br>SEC-ELLIOTT-E-0004078 | |

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Morey | omitted | 3/25/11 | 50,000 | $0.50 | $ 25,000 | C-739 | 3/25/11 | Mahabub001788 Mahabub001790 GA001840 SEC-ELLIOTT-E-0004077 | |
| 109 | Mager | omitted | 3/25/11 | 40,000 | $3.00 | $ 120,000 | C-765 | 3/25/11 | Mahabub001634 Mahabub001636 GA001841 SEC-ELLIOTT-E-0004077 | |
| | | | Subtotal March 2011 | 405,000 | | $ 603,000 | | | | |
| 110 | Rodriguez | omitted | 4/6/11 | 60,000 | $0.50 | $ 30,000 | C-736 | 4/6/11 | Mahabub002232 Mahabub002234 GA001840 SEC-ELLIOTT-E-0004078 | |
| | | | Subtotal April 2011 | 60,000 | | $ 30,000 | | | | |
| 111 | Bertucci | omitted | | 2,000 | $1.50 | $ 3,000 | C-785 | 2/10/12 | GA001842 SEC-ELLIOTT-E-0004074 SEC-USBank-E-0000043 | (8) |
| | | | Subtotal February 2012 | 2,000 | | $ 3,000 | | | | |
| 112 | Dabestani | omitted | 3/13/12 | 31,000 | $1.00 | $ 31,000 | C-892 | 6/6/13 | Mahabub000450 Mahabub000452 GA001847 SEC-ELLIOTT-E-0004075 | |
| 113 | Tekwani | omitted | 3/13/12 | 25,000 | $2.00 | $ 50,000 | C-905 | 7/5/13 | Mahabub002463 Mahabub002465 GA001847 SEC-ELLIOTT-E-0004078 | |
| | | | Subtotal March 2012 | 56,000 | | $ 81,000 | | | | |
| 114 | **Grand Totals** | | | 3,931,300 | | $ 2,593,900 | | | | |
| 115 | | | | | | | | | | |

**Notes:**

| Row No. | Last Name | First Name | Agreement Date | Number of Shares | Price (per Share) | Aggregate Purchase Price | Stock Certificate Number | Stock Certificate Date | Supporting Documents Bates Numbers | Note |
|---|---|---|---|---|---|---|---|---|---|---|

(1)  The first two pages of the Stock Sale and Purchase Agreement were missing; therefore, the aggregate purchase price was agreed to a statement from US Bank.

(2)  The Stock Sale and Purchase Agreement was missing; therefore, the aggregate purchase price and price per share were agreed to the Affidavit of Jerry Mahabub dated February 17, 2014.

(3)  Agreement was in the form of a Stock Option Agreement.

(4)  Agreement was in the form of an Option/Warrant agreement.  Agreement was missing; therefore, aggregate purchase price was agreed to emails and a statement from US Bank.  The aggregate purchase prices for L. Coey (C-541) and T. Coey (C-542) were paid with one $2,500 wire transfer. The price per share was agreed to an email.

(5)  Agreement was in the form of a Stock Option Agreement.  Signature page of Stock Option Agreement and the Stock Certificate were missing.  A letter and emails indicated that Laurent Coey exercised an option to purchase 50,000 shares for $0.10 per share and instructed Mr. Mahabub to assign 12,500 of those shares to T. F. Coey, 12,500 of those shares to L. E. Coey, and 25,000 of those shares to J. F. and M. Murphy, stock certificates C-709, C-708, and C-710, respectively.

(6)  Agreement was in the form of a Stock Option Agreement.  Agreement and Stock Certificate were missing; therefore, the number of shares was agreed to a letter and emails.  The aggregate purchase price was agreed to a US Bank statement, deposit slip, and check copy.

(7)  Agreement was in the form of a Stock Option Agreement.  Agreement was missing; therefore, the number of shares was agreed to the stock certificate, a letter, and emails.  The aggregate purchase price was agreed to a US Bank statement, deposit slip, and check copy.

(8)  The Stock Sale and Purchase Agreement and the Stock Certificate were missing; therefore, the aggregate purchase price was agreed to a statement from US Bank.