IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-MLC

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.,

        Defendants.

## DECLARATION OF DANIELLE R. VOORHEES

I, Danielle R. Voorhees, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am a Trial Attorney in the Securities and Exchange Commission's ("SEC") Denver Regional Office, and I am one of the attorneys representing the SEC in this matter.

2. The attached Table of Exhibits ("Table") sets forth the Exhibits cited in the concurrently filed Plaintiff Securities and Exchange Commission's Revised Motion for Summary Judgment Against Defendants Taj Jerry Mahabub and GenAudio, Inc.

3. The documents listed in the Table are true and correct copies of investigative testimony transcripts, deposition transcripts, exhibits, other documents produced by GenAudio or other witnesses during the SEC's investigation that preceded this matter and in this litigation, and documents created by the SEC staff.

4. As indicated on the Table, the SEC staff included excerpts of testimony, depositions, and large documents.

5. As indicated on the Table, the SEC redacted exhibits to exclude phone numbers, non-party email addresses, home addresses, account numbers, social security numbers, and the first names and contact information for non-testifying GenAudio investors.

6. The SEC staff highlighted in yellow the cited and relevant portions of various Exhibits.

7. Exhibits 21, 23 and 72 consist of emails produced by Mahabub, and contain both "Clean Copies" and original deposition exhibits. The "Clean Copies" were created by the SEC staff, who deleted "computer code" from the text of the emails that contain a significant amount of "computer code" and were therefore difficult to read. The SEC staff retained the text of the email messages. As indicated within the "Clean Copies," the SEC staff also omitted information that it redacted from the corresponding deposition exhibits, and omitted some duplicative and non-cited information.

8. The SEC staff also prepared Demonstrative 1, which contains a one page summary of the key misrepresentations made in the 2010 Offering and which cites to the exhibits containing the misrepresentation.

9. The SEC staff also prepared Demonstrative 2, which compares emails that Mahabub received with emails that he altered and forwarded to third parties. The emails are dated August 9, 2009 (Ex. 21); September 13, 2009 (Ex. 23 & 24); September 13, 2009 (Ex. 24); October 19, 2009 (Ex. 32); February 12, 2010 (Ex. 46 & 47); March 21, 2010 (Ex.66); April 7, 2010 (Ex. 72); July 2, 2010 (Ex. 78);

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on February 16, 2018 in Denver Colorado.

/s Danielle R. Voorhees
Danielle R. Voorhees
Trial Attorney, Division of Enforcement