IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-MLC

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

        v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.

        Defendants.

**TABLE OF EXHIBITS TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REVISED MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS TAJ JERRY MAHABUB AND GENAUDIO, INC.**

| Exhibit Number | Description |
| --- | --- |
| Exhibit 1 | SEC Attestations providing neither GenAudio nor Mahabub have filed registration statements (Feb. 29, 2016) (Mar. 16, 2017) |
| Exhibit 2 | Excepts of Deposition of Defendant Taj "Jerry" Mahabub (Jan. 19 and Feb. 8, 2017) |
| Exhibit 3 | Excepts of Confidential Private Placement Memorandum of GenAudio, Inc. (Mar. 15, 2010) (Dep. Ex. 2) (Inv. Ex. 6) (redacted) |
| Exhibit 4 | Excepts of Confidential Private Placement Memorandum of GenAudio, Inc. (Apr. 22, 2011) (Dep. Ex. 10) (Inv. Ex. 34) (redacted) |
| Exhibit 5 | Excepts of Investigative Testimony of Jim Wei-Kung Mattos (Feb. 9, 2015) |
| Exhibit 6 | Excepts of Deposition of Jim Wei-Kung Mattos (July 22, 2016) |

| **Exhibit Number** | **Description** |
|---|---|
| Exhibit 7 | Emails from Mahabub (Oct. 2, 2009) (Dep. Ex. 21) (Inv. Ex. 57) (GA002096-99) (redacted) |
| Exhibit 8 | Excepts of Deposition of James T. Devine (July 19, 2016) |
| Exhibit 9 | Emails from Mahabub (Mar. 18-19, 2010) (Dep. Ex. 28) (JM001041-46) (redacted) |
| Exhibit 10 | Excerpts of Confidential Private Placement Memorandum of GenAudio, Inc. (Dec. 11, 2008) (Dep. Ex. 199) (GA006483) (redacted) |
| Exhibit 11 | Excerpts of Confidential Private Placement Memorandum of GenAudio, Inc. (Mar. 25, 2009) (Dep. Ex. 200) (GA007367) (redacted) |
| Exhibit 12 | Email from Mahabub to Investors (Mar. 25, 2009, forwarded Jan. 29, 2014) (SEC-ELLIOTT-E-0002589) (redacted) |
| Exhibit 13 | Emails between Mahabub and Tiscareno (May 8, 2009) (Dep. Ex. 85) (SEC-TiscarenoV-E-0000056) (redacted) |
| Exhibit 14 | Excepts of Investigative Testimony of Victor Tiscareno (Dec. 3, 2014 and Apr. 29, 2015) |
| Exhibit 15 | Excepts of Investigative Testimony of Taj "Jerry" Mahabub (Feb. 5 and 12, 2015) |
| Exhibit 16 | Excepts of Investigative Testimony of Michael Hailey (Apr. 21, 2015) |
| Exhibit 17 | Excepts of Investigative Testimony of Ronald Isaac (Apr. 15, 2015) |
| Exhibit 18 | Excepts of Deposition of Victor Tiscareno (Dec. 16, 2016) |
| Exhibit 19 | Excepts of Deposition of Ronald Isaac (Jan. 13, 2017) |
| Exhibit 20 | Excepts of Deposition of Michael Hailey (Jan. 23, 2017) |
| Exhibit 21 | Emails from Mahabub (Aug. 9-10, 2009) (Clean Version and Dep. Ex. 204) (redacted) |
| Exhibit 22 | Emails from Mahabub (Aug. 9, 2009) (Dep. Ex. 203) (SEC-TiscarenoV-E-0000325-26) (redacted) |

| Exhibit Number | Description |
|---|---|
| Exhibit 23 | Emails from Mahabub (Sept. 13-14, 2009) (Clean Version and Dep. Ex. 206) (redacted) |
| Exhibit 24 | Emails from Mahabub and Isaac (Sept. 1-4, 8, and 13, 2009) (Dep. Ex. 205) (347APL-00000608-621) (redacted) |
| Exhibit 25 | GenAudio Board of Directors Telephonic Meeting Minutes (Sept. 25, 2009) (Dep. Ex. 72) (GA006254) |
| Exhibit 26 | GenAudio's Resp. to SEC's First Request for Prod. Of Documents |
| Exhibit 27 | Excerpts of Investigative Testimony of Paul Powers (Feb. 27, 2015) |
| Exhibit 28 | Excerpts of Deposition of Mark Bobak (Feb. 2, 2017) |
| Exhibit 29 | Excerpts of Investigative Testimony of Mark Bobak (Mar. 3, 2015) |
| Exhibit 30 | Excerpts of Deposition of Charles Ben Huber (Aug. 12, 2016) |
| Exhibit 31 | Emails from Mattos and Mahabub (Oct. 18 and 19, 2009) (Dep. Ex. 22) (Inv. Ex. 120) (GA006846-50) (redacted) |
| Exhibit 32 | Email from Mahabub (Oct. 19, 2009) (Dep. Ex. 23) (Inv. Ex. 119) (SEC-TiscarenoV-E-0000635-636) (redacted) |
| Exhibit 33 | Emails from Mahabub on May 6, 2010 and emails from Skluzak and Tiscareno on Oct. 30, 2013 (Dep. Ex. 16) (SEC0000001-5) (redacted) |
| Exhibit 34 | Unanimous Written Consent of the Board of Directors of GenAudio (Nov. 9, 2009) (GA006255-63) |
| Exhibit 35 | Emails from Jim Mattos (Nov. 9 and Nov. 13, 2009) (Dep. Ex. 24) (GA006774–814) (redacted) |
| Exhibit 36 | Excerpts of Investigative Testimony of Dell Skluzak (Dec. 15, 2014) |
| Exhibit 37 | Excerpts of Deposition of Dell Skluzak (Feb. 7, 2017) |
| Exhibit 38 | Excerpts of Investigative Testimony of Michael Elliott (Apr. 8, 2015) |
| Exhibit 39 | Excerpts of Investigative Testimony of Dean Eldridge (Apr. 6, 2015) |
| Exhibit 40 | Email from Eldridge (Nov.13, 2009) (GA006819-20) (redacted) |

| Exhibit Number | Description |
|---|---|
| Exhibit 41 | Email from Mahabub to Eldridge (Nov. 15, 2009) (SEC-Elliott-E-02564-66) (redacted) |
| Exhibit 42 | Email from Donaghue (Nov. 13, 2009) (JM000577-79) (redacted) |
| Exhibit 43 | Emails from Mahabub, P. Savio, and Mattos (Nov. 25, 2009) (GA006678-91) (Dep. Ex. 73) (redacted) |
| Exhibit 44 | Emails from Mahabub and Hailey (Nov. 28, 2009 and Dec. 16 and 22, 2009) (SEC-TiscarenoV·E-0000946-54) (redacted) |
| Exhibit 45 | Emails from Mahabub to Michael Hailey (Jan. 5, 2010) (SEC-TiscarenoV-E-0000966) (redacted) |
| Exhibit 46 | Emails from Mahabub and (allegedly) Tiscareno (Feb. 12, 2010) (Dep. Ex. 26) (Inv. Ex. 59) (JM000378-80) (redacted) |
| Exhibit 47 | Emails from Tiscareno and Mahabub (Feb. 12, 2010) (Dep. Ex. 27) (SEC-TiscarenoV·E-0000992-93) (redacted) |
| Exhibit 48 | GenAudio Board of Directors Telephonic Meeting Minutes (Feb. 12, 2010) (Inv. Ex 97) (GA001877-82) |
| Exhibit 49 | GenAudio Board Telephonic Meeting Minutes (Mar. 5, 2010) (Mahabub002861-68) |
| Exhibit 50 | Emails from Mahabub (Mar. 10, 11, and 12, 2010) (Inv. Ex. 60) (JM001098-1102) (redacted) |
| Exhibit 51 | GenAudio Inc. Schedule of Financing (Dep. Ex. 6) (GA000997-1002) (redacted) |
| Exhibit 52 | Cover Letter to 2010 Offering PPM (Mar. 15, 2010) (GA000140) (Dep. Ex. 76) |
| Exhibit 53 | Excerpts of GenAudio's Supplemental Response to SEC's First Requests for Production of Documents (Sept. 9, 2016) |
| Exhibit 54 | Email from Mattos (June 2, 2010) (Inv. Ex. 29) (GA004959-61) (redacted) |
| Exhibit 55 | Email from Mahabub (May 2, 2010) (Inv. Ex. 62) (JM002093-95) (redacted) |

| Exhibit Number | Description |
|---|---|
| Exhibit 56 | Emails from Mahabub, Mattos, and an investor (June 15 and 16, 2010) (JM002375-80) (redacted) |
| Exhibit 57 | Email from Mahabub (Sept. 6, 2010) (Dep. Ex. 38) (Inv. Ex. 91) (JM005121) (redacted) |
| Exhibit 58 | Eastwood Investor File Documents (Aug. 31, 2010) (GA001199–1203) (redacted) |
| Exhibit 59 | Bater Investor File Documents (Aug. 25. 2010) (GA001094-98) (redacted) |
| Exhibit 60 | Weeks Investor File Documents (July 28, 2010) (GA001144-48) (redacted) |
| Exhibit 61 | McCoy Investor File Documents (Aug. 31, 2010) (GA001422-26) (redacted) |
| Exhibit 62 | Snodgrass Investor File Documents (July 28, 2010) (GA001519-23) (redacted) |
| Exhibit 63 | Marvin Investor File Documents (Aug. 31, 2010) (GA001417-21) and (Apr. 29, 2011, June 7, 2011, Mar. 16, 2012) (GA000742-61) (redacted) |
| Exhibit 64 | Emails between Mattos and an investor (June 20, 25 and 28, 2010) (Dep. Ex. 45) (GA002199) (redacted) |
| Exhibit 65 | Emails between Mattos and an investor (Aug. 2 and 30, 2010) (Dep. Ex. 47) (JM004734)  (redacted) |
| Exhibit 66 | Emails from Mahabub (Mar. 21, 2010) (Dep. Ex. 29) (JM000727-29) (redacted) |
| Exhibit 67 | Email from Mahabub regarding "Embedded Software SDK/test suite …" (Mar. 21, 2010) (Dep. Ex. 30) (347APL-00000315-16) (redacted) |
| Exhibit 68 | Emails from Mahabub and Tiscareno  (Apr. 4-5, 2010) (SEC-TiscarenoV-E-0001040-41) (redacted) |
| Exhibit 69 | Email from Mahabub and Tiscareno  (Apr. 27, 2010) (SEC-TiscarenoV-E-0001109) (redacted) |

| **Exhibit Number** | **Description** |
|---|---|
| Exhibit 70 | Email from Mahabub to Tiscareno (May 5, 2010) (attachment omitted) (SEC-TiscarenoV-E-0001115) (redacted) |
| Exhibit 71 | Emails from Mahabub and Tiscareno (May 5, 2010) (SEC-TiscarenoV-E-0001119-20) (redacted) |
| Exhibit 72 | Emails from Mahabub and Tiscareno (Apr. 7-8, 2010) (Clean Version and Dep. Ex. 213) (redacted) |
| Exhibit 73 | Emails from Mahabub and Tiscareno (Apr. 7, 2010) (Dep. Ex. 212) (SEC-TiscarenoV-E-0001047-48) (redacted) |
| Exhibit 74 | Emails from Mahabub and investor Cohen (Apr. 30 to May 4, 2010) (Dep. Ex. 214) (JM002048-52) (redacted) |
| Exhibit 75 | Emails from Mahabub and E. Mazer (May 6, 2010) (Dep. Ex. 216) (JM002045-46) (redacted) |
| Exhibit 76 | Transcript of Investor Audio Presentation (produced as "Investor_Audio_Printmaster_051410") (Dep. Ex. 263) |
| Exhibit 77 | Emails from Mattos (Oct. 27, 2014), Mahabub and (allegedly) Tiscareno (June 30 – July 2, 2010) (Dep. Ex. 34) (JM002515-18) (redacted) |
| Exhibit 78 | Emails from Mahabub and Tiscareno regarding (May 5, June 30, July 1-2, 2010) (Dep. Ex. 35) (SEC-TiscarenoV-E-0001218-21) (redacted) |
| Exhibit 79 | GenAudio Shareholder Letter (Aug. 1, 2010) (Dep. Ex. 196) (GA005351-53) (redacted) |
| Exhibit 80 | Loans and compensation report regarding Mahabub (Dep. Ex. 20) |
| Exhibit 81 | Email from Mahabub (Sept. 24, 2010) (Dep. Ex. 130) (SEC-TiscarenoV-E-0001276-78) (redacted) |
| Exhibit 82 | Email from Mahabub (Sept. 14-15, 2010) (Dep. Ex. 131) (SEC-TiscarenoV-E-0001416-18) (redacted) |
| Exhibit 83 | GenAudio Shareholder Letter (Dec. 8, 2010) (Inv. Ex. 35) (GA004921-38) (redacted) |

| **Exhibit Number** | **Description** |
|---|---|
| Exhibit 84 | GenAudio Shareholder Letter (Feb. 26, 2011) (Dep. Ex. 267) (Inv. Ex. 36) (GA005317-39) (redacted) |
| Exhibit 85 | Email chain involving Mattos, Mahabub and investors (Mar. 29 and 30, 2011) (SEC·Skluzauk·E-0000905-11) (Dep. Ex. 40) (redacted) |
| Exhibit 86 | Cover Letter to 2011 Offering PPM (Apr. 22, 2011) (Inv. Ex. 17) (GA000057-61) (redacted) |
| Exhibit 87 | Emails between Mattos and an investor (Apr. 23, 2012 and May 7, 2012) (Inv. Ex. 84) (JM011476-81) (redacted) |
| Exhibit 88 | Excepts of Deposition of Michael Elliott (Jan. 18, 2017) |
| Exhibit 89 | Excepts of Investigative Testimony of Timothy Herdt (Apr. 10, 2015) |
| Exhibit 90 | Certified Copy of Form-D for GenAudio Inc. received to the Commission on August 19, 2010 (Feb. 29, 2016) |