IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

      Defendants.

**DEFENDANT TAJ JERRY MAHABUB'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS IN CONNECTION WITH PLAINTIFF'S REVISED MOTION FOR SUMMARY JUDGMENT**

Defendant Taj Jerry Mahabub ("Mahabub") moves—unopposed—to extend the dates set for the Defendants Mahabub and GenAudio Inc. (collectively, "Defendants") and Plaintiff Securities and Exchange Commission ("SEC") to submit their responses and reply briefs, respectively, on the SEC's revised motion for summary judgment ("Revised MSJ"). Mahabub requests the extension because his counsel was incapacitated with the flu for an extended period and, as soon as he recovered, had to travel across the country to deal with a family member's illness.

The SEC filed its Revised MSJ on February 16, 2018. The current briefing schedule, based on the Court's prior Order Granting Extension of Time in Connection with Revised Motion for Summary Judgment (Dkt. No. 83) is:

- On or before March 16, 2018, Defendants may each file a response up to 60 pages; and
- On or before April 6, 2018, the SEC may file a consolidated reply up to 40 pages.

Prior to filing this Motion, Mahabub's counsel met and conferred with counsel for the SEC and GenAudio, both of whom stated they would not oppose a two-week extension for Defendants' responses and the SEC's reply brief. Accordingly, Mahabub moves, unopposed, for the Court to enter an order extending the deadlines as follows:

- On or before March 30, 2018, Defendants may each file a response up to 60 pages; and
- On or before April 20, 2018, the SEC may file a consolidated reply up to 40 pages.

Good cause exists to extend these deadlines. While Mahabub's counsel has a 5 to 7-day trial beginning on Tuesday March 6, 2018, counsel anticipated drafting Mahabub's response to the Revised MSJ beforehand, with final revisions to occur after conclusion of the trial. However, counsel contracted the flu and was unable to work for a full week. The day after counsel

recovered, he received news that a family member living in Louisiana was seriously ill. Counsel needed to travel to New Orleans to help the family member deal with the illness. In total, counsel lost 11 full days of work and has been playing catch-up since returning to the office on February 28. Given the trial in another, unrelated, matter scheduled to commence on March 6, counsel does not believe he will have sufficient time to draft a response to the Revised MSJ, given the current deadlines.[1]

For the foregoing reasons, Mahabub respectfully request that the dates for the response and reply briefings on the Revised MSJ be extended two-weeks to March 30, 2018 and April 20, 2018, respectively.

Respectfully submitted,

Dated: March 2, 2018   By: /s/ Andrew B. Holmes
Andrew B. Holmes
HOLMES, TAYLOR, SCOTT & JONES LLP
The Oviatt Building
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: (213) 985-2200
Facsimile: (213) 973-6282
Email: abholmes@htsjlaw.com
*Attorneys for Defendant Taj Jerry Mahabub*

---

[1] Additionally, on March 1, 2018, counsel received an email from his client Mahabub. In the email, Mahabub informed counsel that his fiancée had been struck by a car and was hospitalized indefinitely in an intensive care unit, awaiting surgery. Therefore, counsel is also worried that, given the current briefing schedule, he will not be able to effectively communicate with his client and plan a defense.

## DECLARATION OF ANDREW B. HOLMES

I, Andrew B. Holmes, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, that this declaration is made on my personal knowledge, and that I am competent to testify as to the matters stated herein:

1. I am a partner in the law firm of Holmes, Taylor, Scott & Jones LLP, counsel for defendant Taj Jerry Mahabub.

2. I previously stipulated to the parties' Joint Motion for Extension of Time in Connection with Revised Motion for Summary Judgment (Dkt. No. 81).

3. Based upon the current briefing schedule, which required the SEC to file its Revised MSJ by February 16, 2018, I anticipated that I would have enough time to prepare Mr. Mahabub's response, notwithstanding that I had a trial in another matter set to begin on March 6, 2018. I estimate that the trial will last between 5 and 7 days.

4. Unfortunately, on February 17, 2018, the day after the SEC filed its Revised MSJ, I contracted the flu. I was incapacitated and unable to work for a full 7-day week.

5. The day after recovering from the flu, I was notified that a family member with cancer, living in New Orleans, had become seriously ill and needed help. I then had to travel to New Orleans to help the family member deal with their illness, including accompanying the family member to numerous doctor's appointments. This caused me to be out of the office for another 4 days.

6. In total, I lost 11 full days of work and I have been playing catch-up since returning to the office on February 28.

7. Given the trial set to commence next Tuesday, March 6, I do not believe I have time to draft a response to the Revised MSJ by the current March 16 deadline. (While I was aware of this trial at the time I stipulated to the prior Joint Motion, I believed I would have time before and after my March 6 trial to work on the response to the Revised MSJ.)

8. Additionally, on March 1, 2018, I received word from my client, Mr. Mahabub, that his fiancée was struck by a car and is currently in a hospital's intensive care unit awaiting surgery. Based on these circumstances, I am concerned that Mr. Mahabub will not be able to effectively communicate with me in the immediate future to assist with, e.g., drafting a declaration and collecting evidence.

9. On March 1, 2018, prior to filing this Motion, I contacted counsel for the SEC and GenAudio to discuss the requested two-week extension. Counsel for both parties informed me that they are fine with the proposed new filing deadlines and do not oppose this Motion.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of March, 2018 at Los Angeles, California.

_____
Andrew B. Holmes

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018 a true and correct copy of the foregoing was served as follows:

| Electronically via CM/ECF to the following: | Pursuant to D.C.COLO.LCivR 6.1(c): |
|---|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>SECURITIES AND EXCHANGE COMMISSION<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Ph: (303) 844-1000<br>Email: HughesLJ@sec.gov<br>Email: VoorheesD@sec.gov<br>*Attorneys for Plaintiff*<br>*Securities and Exchange Commission* | Taj Jerry Mahabub<br>9743 Carr Circle<br>Westminster, CO 80021<br>Email: t.rextrad@yahoo.com<br>*Defendant* |
| Michael P. McCloskey<br>David J. Aveni<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 321-6200<br>(619) 321-6201 (fax)<br>michael.mccloskey@wilsonelser.com<br>david.aveni@wilsonelser.com<br>*Attorneys for Defendant GenAudio, Inc.* | |

By:  s/ Andrew B. Holmes
  Andrew B. Holmes, Esq.
  HOLMES, TAYLOR, SCOTT & JONES LLP
  The Oviatt Building
  617 South Olive Street, Suite 1200
  Los Angeles, CA 90014
  Telephone:  (213) 985-2200
  Facsimile:  (213) 973-6282
  Email:  abholmes@htsjlaw.com
  *Attorneys for Defendant Taj Jerry Mahabub*