**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO, INC.,
and ASTOUND HOLDINGS, INC.,

    Defendants.

**DECLARATION OF MICHAEL P. McCLOSKEY**

I, Michael P. McCloskey, do declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated below:

1. I am a partner at the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, counsel for Defendant GenAudio, Inc., in the above-captioned lawsuit, and am one of the attorneys principally responsible for its representation.

2. The attached Table of Exhibits ("Table") sets forth the Exhibits cited in the concurrently-filed Defendant GenAudio Inc.'s Opposition to Plaintiff Securities and Exchange Commission's Revised Motion for Summary Judgment.

3. The documents listed in the Table and filed with this Declaration and Opposition are true and correct copies of investigative testimony transcripts and exhibits and other

documents produced by the SEC to Defendants in this litigation (other than deposition transcripts from this litigation, and Exhibits 198, 216, and 220, which were not produced by the SEC).

4. The excerpts of deposition transcripts listed on the Table and filed with this Declaration and Opposition are true and correct copies of the deposition transcripts from the depositions taken in this litigation, including the depositions of Victor Tiscareno, Ron Isaac, Michael Hailey, and Jerry Mahabub.

5. Exhibit 198 listed on the Table and filed with this Declaration and Opposition is a true and correct full copy of the GenAudio Private Placement Memorandum, dated March 15, 2010, produced by GenAudio and used in the depositions in this matter.

6. Exhibit 216 listed on the Table and filed with this Declaration and Opposition is a true and correct copy of an Apple organization chart I obtained from Fortune.com and that was used during the deposition of Victor Tiscareno during this litigation.

7. Exhibit 220 listed on the Table and filed with this Declaration and Opposition is a true and correct copy of the SEC's Response to GenAudio's Interrogatories (Set One).

8. For the Court's convenience, I have highlighted in yellow the cited and relevant portions of various Exhibits.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on <u>March 30, 2018</u>, in San Diego, California.

<i>s/ Michael P. McCloskey</i><br>
Michael P. McCloskey<br>
<i>Attorney for Defendant GenAudio, Inc.</i>

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 30, 2018, a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>SECURITIES AND EXCHANGE COMMISSION<br>1961 Stout Street, Suite 1700<br>Denver, CO  80294-1961<br>Tel:  (303) 844-1000<br>E-mail:  HughesLJ@sec.gov<br>E-mail:  VoorheesD@sec.gov<br>*Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION* |
| Andrew B. Holmes<br>HOLMES, TAYLOR & JONES, LLP<br>617 S. Olive Street, Suite 1200<br>Los Angeles, CA  90014<br>Tel:  (213) 985-2265<br>E-mail:  abholmes@htjlaw.com<br>*Attorneys for Defendant TAJ JERRY MAHABUB* |
| Jeffrey G. Benz, Esq.<br>BENZ LAW<br>12021 Wilshire Boulevard, Suite 256<br>Los Angeles, CA  90025<br>Tel:  (310) 570-2774<br>E-mail:  jeffreybenz@gmail.com<br>*Attorney for Defendant ASTOUND HOLDINGS, INC.* |

By: *s/ Michael P. McCloskey*
    Michael P. McCloskey, Esq.
    David J. Aveni, Esq.
    WILSON ELSER MOSKOWITZ EDELMAN &
      DICKER, LLP
    401 W. A Street, Suite 1900
    San Diego, CA  92101
    (619) 321-6200 (tel)
    (619) 321-6201 (fax)
    michael.mccloskey@wilsonelser.com
    david.aveni@wilsonelser.com
    *Attorneys for Defendant GENAUDIO, INC.*