IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## DECLARATION OF JULIE A. EASTWOOD

I, Julie A. Eastwood, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements states are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. In 2010 I learned about GenAudio technology and the potential to purchase shares of GenAudio stock through my friend Kathleen Pirelli who purchased GenAudio stock as well.

2. In February 2010 I made multiple purchases of GenAudio stock.

3. In August 2010, I made an additional purchase of GenAudio shares.

4. My decision to purchase shares of GenAudio stock in each instance was based on Ms. Pirelli's recommendation and my opinion that the GenAudio technology sounded like a good product. My decision to purchase shares of GenAudio stock was not influenced by the possibility of GenAudio reaching a deal with Apple or by any of GenAudio's statements about discussions with that entity as I had already purchased my shares by the time I heard of this.

1851458v.1

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on April 28, 2017 in Jefferson City, Montana

_____
Julie A. Eastwood

1851458v.1