TIME RECEIVED
April 27, 2017 at 12:17:43 PM EDT

REMOTE CSID

DURATION
48

PAGES
2

STATUS
Received

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## DECLARATION OF GEORGE MARVIN

I, George Marvin, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements states are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1.    In 2010 and 2011 I made multiple purchases of GenAudio stock.

2.    In March 2012, I made an additional purchase of GenAudio shares.

3.    Long before I purchased shares in March 2012, I understood the possibility of GenAudio entering into a transaction with the entity GenAudio described to investors as the Large Consumer Electronics Company (or "LCEC"), which I understand to be Apple, had ended. I understood that if a deal had been reached with that entity, that fact would have been communicated to investors. Because there had been no such news regarding such a deal, I understood after some time passed without further news that GenAudio's effort to reach a deal with that entity had been unsuccessful. When I made the decision to purchase shares in March

2012, that decision thus was not influenced by the possibility of GenAudio reaching a deal with that entity or by any of GenAudio's prior statements about discussions with that entity.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on April 27, 2017 in Maryland Heights, St. Louis County, Missouri.

George Marvin