IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO, INC.,
and ASTOUND HOLDINGS, INC.,

    Defendants.

TABLE OF EXHIBITS TO DEFENDANT GENAUDIO, INC.'S OPPOSITION
TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
REVISED MOTION FOR SUMMARY JUDGMENT

| OPPOSITION EXHIBIT NUMBER | Description |
|---|---|
| 150. | Excerpts of Deposition of Taj Jerry Mahabub, Vol. 1 dated January 19, 2017 |
| 151. | Email from Tony Fadell regarding New emerging Audio Technology dated December 27, 2006 (Dep. Ex. 79) |
| 152. | Excerpts of Deposition of Victor Tiscareno dated December 16, 2016 |
| 153. | GenAudio's In Person Meetings with Apple prepared during testimony of Victor Tiscareno (Dep. Ex. 82) |
| 154. | INTENTIONALLY LEFT BLANK |
| 155. | INTENTIONALLY LEFT BLANK |
| 156. | INTENTIONALLY LEFT BLANK |

| **OPPOSITION EXHIBIT NUMBER** | **Description** |
|---|---|
| 157. | INTENTIONALLY LEFT BLANK |
| 158. | INTENTIONALLY LEFT BLANK |
| 159. | INTENTIONALLY LEFT BLANK |
| 160. | INTENTIONALLY LEFT BLANK |
| 161. | INTENTIONALLY LEFT BLANK |
| 162. | INTENTIONALLY LEFT BLANK |
| 163. | INTENTIONALLY LEFT BLANK |
| 164. | Email from Jerry Mahabub to Michael Hailey dated February 15, 2010 regarding Swap Michael's device reminder...(Dep. Ex. 111) |
| 165. | INTENTIONALLY LEFT BLANK |
| 166. | Email from Jerry Mahabub to Ronald Isaac dated July 11, 2010 regarding new kext reminder...(Dep. Ex. 121) |
| 167. | Email from Jerry Mahabub to Victor Tiscareno dated September 15, 2010 regarding getting there...(Dep. Ex. 130) |
| 168. | Email from Jerry Mahabub to Victor Tiscareno dated December 1, 2010 regarding 4 2 Astound apps fixed!  (Dep. Ex. 132) |
| 169. | Excerpts of Deposition of Ronald Isaac dated January 13, 2017 |
| 170. | Excerpts of Investigative Testimony of Ronald Isaac dated April 15, 2015 |
| 171. | Excerpts of Investigative Testimony of Michael Hailey dated April 21, 2015 |
| 172. | Email from Jerry Mahabub to Victor Tiscareno dated January 21, 2007 regarding Presentation date/time...(Dep. Ex. 80) |
| 173. | Email from Victor Tiscareno to Jerry Mahabub dated May 8, 2009 regarding AstoundStereo...(Dep. Ex. 85) |
| 174. | Email from Jerry Mahabub to Victor Tiscareno dated November 11, 2009 regarding two new kexts...(Dep. Ex. 164) |
| 175. | INTENTIONALLY LEFT BLANK |

| OPPOSITION EXHIBIT NUMBER | Description |
|---|---|
| **176.** | Email from Jerry Mahabub to Victor Tiscareno dated July 28, 2010 regarding iPad and iPod devices...(Dep. Ex. 123) |
| **177.** | Email from Jerry Mahabub to Victor Tiscareno dated August 2, 2010 regarding got your messages...(Dep. Ex. 125) |
| **178.** | Email from Victor Tiscareno to Jerry Mahabub dated August 4, 2010 regarding Checking in...(Dep. Ex. 126) |
| **179.** | Email from Jerry Mahabub to Victor Tiscareno dated August 26, 2010 regarding NDA?  (Dep. Ex. 127) |
| **180.** | Email from Jerry Mahabub to Victor Tiscareno dated September 24, 2010 regarding suggested reading for Andrew...(Dep. Ex. 131) |
| **181.** | Email from Jerry Mahabub to Ron Isaac dated March 24, 2011 regarding Spare iMac 27"???  (Dep. Ex. 169) |
| **182.** | INTENTIONALLY LEFT BLANK |
| **183.** | INTENTIONALLY LEFT BLANK |
| **184.** | INTENTIONALLY LEFT BLANK |
| **185.** | Email from Jerry Mahabub to Victor Tiscareno dated August 19, 2009 regarding You the man!!! :)  (Dep. Ex. 97) |
| **186.** | INTENTIONALLY LEFT BLANK |
| **187.** | INTENTIONALLY LEFT BLANK |
| **188.** | Excerpts of Deposition of Michael Hailey dated January 23, 2017 |
| **189.** | Email from Jerry Mahabub to Victor Tiscareno dated September 1, 2009 regarding Apple  (Dep. Ex. 100) |
| **190.** | Email from Jerry Mahabub to Michael Hailey dated December 22, 2009 regarding Checking in, moving forward, etc...(Dep. Ex. 109) |
| **191.** | Email from Jerry Mahabub to Victor Tiscareo dated March 23, 2010 regarding Embedded Software SDK/test suite...(Dep. Ex. 113) |
| **192.** | Email from Jerry Mahabub to Ronald Isaac dated September 13, 2009 regarding  Software/Hardware dev tools...(Dep. Ex. 157) |

| OPPOSITION EXHIBIT NUMBER | Description |
|---|---|
| 193. | Email Victor Tiscareno to Jerry Mahabub dated November 3, 2009 regarding Flight from SF not SJ  (Dep. Ex. 105) |
| 194. | Email from Jerry Mahabub to Victor Tiscareno dated July 18, 2010 regarding Good news!!!  (Dep. Ex. 122) |
| 195. | Email from Jerry Mahabub to Victor Tiscareno dated September 6, 2010 regarding new test app...(Dep. Ex. 128) |
| 196. | Email from Victor Tiscareno to Jerry Mahabub dated September 8, 2010 regarding working away here...(Dep. Ex. 129) |
| 197. | Email from Jerry Mahabub to Victor Tiscareno dated December 13, 2010 regarding new process...(Dep. Ex. 133) |
| 198. | Confidential Private Placement Memorandum dated March 15, 2010 (Dep. Ex. 2) |
| 199. | Email from Jerry Mahabub to Victor Tiscareno dated January 4, 2010 regarding Checking in...(Dep. Ex. 165) |
| 200. | INTENTIONALLY LEFT BLANK |
| 201. | Email from Jerry Mahabub to Victor Tiscareno dated February 3, 2010 regarding Anthony.. (Dep. Ex. 110) |
| 202. | Email from Victor Tiscareno to Jerry Mahabub dated April 19, 2010 regarding Pro-Audio plug-in demo for iPod and iPad...(Dep. Ex. 115) |
| 203. | Email from Victor Tiscareno to Jerry Mahabub dated October 8, 2009 regarding Bonus Demo!  (Dep. Ex. 104) |
| 204. | Email Victor Tiscareno to Jerry Mahabub dated April 20, 2010 regarding New ASE demo...(Bates No.: SEC-TiscarenoV-E-0001083) |
| 205. | Email from Jerry Mahbub to Victor Tiscareno dated April 18, 2010 regarding Snow Leopard fixed...FINALLY!   (Bates No.: SEC-TiscarenoV-E-0001088) |
| 206. | Email from Jerry Mahabub to Victor Tiscareno dated April 18, 2010 regarding new installer (Bates No.: SEC-TiscarenoV-E-0001090) |
| 207. | INTENTIONALLY LEFT BLANK |

-5-

| OPPOSITION EXHIBIT NUMBER | Description |
|---|---|
| 208. | Email from Victor Tiscareno to Jerry Mahabub dated June 30, 2010 regarding Technical Presentation  (Dep. Ex. 119) |
| 209. | Email from Victor Tiscareno to Jerry Mahabub dated August 1, 2010 regarding got your messages...(Dep. Ex. 124) |
| 210. | Email from Victor Tiscareno to Jerry Mahabub dated January 26, 2011 regarding package  (Dep. Ex. 134) |
| 211. | Email from Victor Tiscareno to Jerry Mahabub dated September 24, 2010 regarding Ipad (Dep. Ex. 167) |
| 212. | Email from Victor Tiscareno to Jerry Mahabub dated November 1, 2010 regarding work on iPhone/iPod/iPad  (Dep. Ex. 168) |
| 213. | INTENTIONALLY LEFT BLANK |
| 214. | Email from Victor Tiscareno to Jerry Mahabub dated February 1, 2011 regarding Introduction to GenAudio |
| 215. | Email from Jerry Mahabub to Ronald Isaac dated March 15, 2011 regarding here in waiting area...(Bate No.: 347APL-00000111) |
| 216. | Printout of 08/2011 Apple Org Chart from fortune.com (Dep. Ex. 116) |
| 217. | INTENTIONALLY LEFT BLANK |
| 218. | Excerpts of Deposition of Dell Skluzak dated February 7, 2017 |
| 219. | Excerpts of Deposition of Jerry Mahabub, Vol. 2 dated February 8, 2017 |
| 220. | Plaintiff's Responses to Defendant GenAudio, Inc.'s Interrogatories to Plaintiff (Set One) dated January 19, 2017 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 30, 2018, a true and correct copy of the foregoing was electronically served via CM/ECF to the following:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>Danielle R. Voorhees, Trial Counsel<br>SECURITIES AND EXCHANGE COMMISSION<br>1961 Stout Street, Suite 1700<br>Denver, CO  80294-1961<br>Tel:  (303) 844-1000<br>E-mail:  HughesLJ@sec.gov<br>E-mail:  VoorheesD@sec.gov<br>*Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION* |
| Andrew B. Holmes<br>HOLMES, TAYLOR & JONES, LLP<br>617 S. Olive Street, Suite 1200<br>Los Angeles, CA  90014<br>Tel:  (213) 985-2265<br>E-mail:  abholmes@htjlaw.com<br>*Attorneys for Defendant TAJ JERRY MAHABUB* |
| Jeffrey G. Benz, Esq.<br>BENZ LAW<br>12021 Wilshire Boulevard, Suite 256<br>Los Angeles, CA  90025<br>Tel:  (310) 570-2774<br>E-mail:  jeffreybenz@gmail.com<br>*Attorney for Defendant ASTOUND HOLDINGS, INC.* |

By: *s/ Michael P. McCloskey*
   Michael P. McCloskey
   David J. Aveni
   WILSON ELSER MOSKOWITZ
      EDELMAN & DICKER, LLP
   401 W. A Street, Suite 900
   San Diego, CA  92101
   (619) 321-6200 (tel)
   (619) 321-6201 (fax)
   E-mail:  michael.mccloskey@wilsonelser.com
   E-mail:  david.aveni@wilsonelser.com
   *Attorneys for Defendant GENAUDIO, INC.*