# EXHIBIT 167



From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 09/15/2010 06:16:33 pm
Subject: Re: getting there...
Attachments:

I am coming down there tomorrow (hopefully) to deliver your new iPad with the new app, unless we run into any more snags. If I can't deliver tomorrow (i.e. If my dev team is still debugging), then a conference call would be the next best option. See if Ron can meet with us in the Cafeteria for about 15 minutes tomorrow. My schedule is wide open for anytime tomorrow...just let me know. I believe we will have the new iPad test harness ready. We will not sleep tonight and work as hard as we can to get this ready for you my friend! :)

Best Wishes,

-Jerry


On 9/15/10 2:45 PM, "Victor Tiscareno" <vmt@apple.com> wrote:

> I think we need to discuss and see if we have the right stuff for the demo..
> Ron thinks this is a very important meeting. You should discuss this with him.
> Maybe we should postpone for a better time or---
> Maybe we should do a conference call to discuss the best strategy.
>
> Vic
>
>
> Victor Tiscareno
> vmt@apple.com
> iPod Audio/Acoustics
> (425) 417-1720 cell
>
> "If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
> Daniel R. von Recklinghausen, —H.H. Scott Co.
>
>
>
>
> On Sep 15, 2010, at 1:21 PM, Jerry wrote:
>
>> Not sure...will have fcr for iPad for you on the 16th...for Ron it is a matter of alot of backend routing mods so this will take a bot of time, not that it is a technical challenge, rather a tedious one!
>>
>> Sent from my iPhone

SEC-TiscarenoV-E-0001276

On Sep 15, 2010, at 11:05 AM, Victor Tiscareno <vmt@apple.com> wrote:

> Hi Jerry
>
> RE: Ron project
> Will you have that ready to demo next week? LCR
>
> Vic
>
> Victor Tiscareno
> <mailto:vmt@apple.com> vmt@apple.com
> iPod Audio/Acoustics
> (425) 417-1720 cell
>
> *"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."*
> Daniel R. von Recklinghausen, —H.H. Scott Co.
>
>
>
> On Sep 15, 2010, at 10:42 AM, Jerry wrote:
>
>> Hi Vic,
>>
>> That is green on my screen! I am still planning on seeing you tomorrow in Cupertino to dro off the iPad with the new app that includes a toggle between LR and LCR processing.
>>
>> Heading to the 3d event here in LA.
>>
>> Best Wishes,
>>
>> Jerry
>>
>> Sent from my iPhone
>>
>> On Sep 14, 2010, at 1:39 PM, Victor Tiscareno < <mailto:vmt@apple.com> vmt@apple.com> wrote:
>>
>>> Hi Jerry,
>>>
>>> I have tentatively set up a meeting for Thursday Sept 23rd.
>>> Is this a good day for you?
>>>
>>> Vic

&lt;GenAudio.ics&gt;

Victor Tiscareno
&lt;mailto:vmt@apple.com&gt; &lt;mailto:vmt@apple.com&gt;
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

*"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."*
Daniel R. von Recklinghausen, —H.H. Scott Co.

> On Sep 14, 2010, at 2:14 AM, Jerry Mahabub wrote:
>
> Hi Vic,
>
> Check out the attached screenshots for the new iPad test harness app...This should work well for you and your team! :)
>
> Best Wishes,
>
> -Jerry
> &lt;Screen shot 2010-09-14 at 2.56.10 AM.png&gt;&lt;Screen shot 2010-09-14 at 3.05.00 AM.png&gt;&lt;Screen shot 2010-09-14 at 3.04.56 AM.png&gt;

SEC-TiscarenoV-E-0001278