**EXCERPTED**

# EXHIBIT 171

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           ) File No. D-03450-A
GENAUDIO, INC.             )

WITNESS:  Michael Hailey
PAGES:    1 through 39
PLACE:    Klarquist Sparkman, LLP
          121 S.W. Salmon Street, Suite 1600
          Portland, OR  97204
DATE:     Tuesday, April 21, 2015

The above entitled matter came on for hearing, pursuant to notice, at 2:15 p.m.

Diversified Reporting Services, Inc.
(202) 467 9200

```
                                          Page 2
 1   APPEARANCES:
 2
 3   On behalf of the Securities and Exchange Commission:
 4       JENNIFER OSTROM, ESQ. (Via telephone)
 5       Securities and Exchange Commission
 6       1801 California Street
 7       Suite 4800
 8       Denver, Colorado
 9
10   On behalf of the Witness:
11       DAVID EBERHART, ESQ.
12       O'Melveny & Myers LLP
13       Two Embarcadero Center, 28th Floor
14       San Francisco, CA 94111
15       (415) 984-8700
16
```

```
                                          Page 3
 1              CONTENTS
 2
 3   WITNESS:              EXAMINATION
 4   Michael Hailey            4
 5
 6   EXHIBITS:  DESCRIPTION        IDENTIFIED
 7    124      Subpoena                6
```

```
                                          Page 4
 1              PROCEEDINGS
 2       THE REPORTER: We are now on the record.
 3   The time is 2:15 p.m.
 4       Mr. Hailey, would you please raise your
 5   right hand.
 6   Whereupon,
 7              MICHAEL HAILEY
 8   was called as a witness and, having been first duly
 9   sworn, was examined and testified as follows:
10       THE REPORTER: Proceed.
11              EXAMINATION
12   BY MR. VASQUEZ:
13       Q  Would you please state and spell your
14   full name for the record.
15       A  Sure. It's Michael Hailey. Last name is
16   H-a-i-l-e-y.
17       Q  Do you have a middle name or initial?
18       A  B as in Benjamin.
19       Q  Okay. And my name is Jennifer Ostrom. I
20   am an officer of the United States Securities and
21   Exchange Commission for purposes of this
22   proceeding, and this is an investigation by the
23   Commission in the matter of GenAudio, Inc., to
24   determine whether there have been violations of
25   certain provisions of the federal securities laws.
```

```
                                          Page 5
 1   However, the facts developed in this investigation
 2   might cross to violations of other federal or state
 3   civil or criminal laws.
 4       And prior to the opening of the record,
 5   you were provided with a copy of the formal order
 6   of investigation in this matter, and it will be
 7   available for your examination during the course of
 8   this proceeding.
 9       And, Mr. Hailey, have you had an
10   opportunity to review the formal order?
11       A  Yes, I have.
12       Q  And prior to the opening of the record,
13   you were provided with a copy of the Commission's
14   supplemental information form, and a copy of that
15   notice is what is marked Exhibit 1.
16       And, Mr. Hailey, have you had the
17   opportunity to read Exhibit 1?
18       A  Yes, I have.
19       Q  And do you have any questions concerning
20   Exhibit 1?
21       A  Nope.
22       Q  And, Mr. Hailey, are you represented by
23   counsel today?
24       A  I am.
25       Q  And would Counsel please identify himself
```

Page 18

1  A  Yeah.
2  Q  And was that just shortly before you left
3  Apple?
4  A  Exactly.
5  Q  Okay. And who's the vice president
6  you're referring to?
7  A  That's Greg Joswiack. Jaws.
8  Q  Is that with a "J"?
9  A  Uh --
10  Q  Do you remember?
11  A  Yeah, I think it is.
12  Q  Okay.
13  A  Yeah. It's J-o-s-w-i- I mean,
14  J-o-s-w-i-a-k, I think.
15  Q  Okay. And if you could look at Exhibit
16  119, please.
17  MR. EBERHART: Handing the witness
18  Exhibit 119.
19  MS. OSTROM: Thank you.
20  BY MS. OSTROM:
21  A  Okay, I have it.
22  Q  And go ahead and look at that; and then
23  when you're ready, I'm going to ask you just a few
24  questions.
25  A  Okay, I've read it.

Page 19

1  Q  And Mr. Hailey, did you receive Exhibit
2  119 from Mr. Mahabub on or about October 19th of
3  2009?
4  A  I presume that I did.
5  Q  Was that your --
6  A  That's my right --
7  Q  Is that your correct email address?
8  A  It is, yeah.
9  Q  Okay. And who's Ronald Isaac?
10  A  I don't know Ronald Isaac.
11  Q  Okay. Have you ever met him?
12  A  I think that I have, but I -- I don't --
13  I could not put a face to a name.
14  Q  Okay. And am I correct in that you never
15  met with Mr. Isaac with Mr. Mahabub at any point in
16  time that you can recall?
17  A  Not that I can recall.
18  Q  Okay. And what was Mr. Tescarino's
19  position with Apple at this time?
20  A  He was our expert audio engineer.
21  Q  Okay. And do you recall the first time
22  that you met Mr. Mahabub?
23  A  Recall it in terms of the details, or the
24  date, or the circumstances?
25  Q  Just what the circumstances were, yeah.

Page 20

1  I don't need the date.
2  A  Yeah -- yeah, I think -- I mean, like
3  I -- I mentioned previously, you know, Victor and I
4  had been doing some investigation of various
5  technologies and -- to -- to enhance the -- the
6  audio experience -- and, you know, we bought a fair
7  number of these companies in to do demonstrations
8  and so I think that would have been the
9  circumstances under which I met Jerry was that
10  GenAudio was -- was in town to do -- you know,
11  to -- to provide a demo, and to discuss, you know,
12  their -- their technology.
13  Q  Okay. And did you ever meet with Mr.
14  Mahabub when Mr. Tescarino wasn't present?
15  A  I don't think I -- I don't think I did.
16  Q  Okay. Did you ever discuss marketing
17  with Mr. Mahabub?
18  A  No.
19  Q  Okay. Did you ever tell Mr. Tescarino
20  that you wanted Mr. Mahabub to provide additional
21  film tile releases for a demonstration?
22  A  I don't -- I don't remember.
23  Q  Did you ever use the words in quotes,
24  "Sparkfully flying, unquote, with regard to Mr.
25  Mahabub and his technology?

Page 21

1  A  I don't recall.
2  Q  Did you hear -- recall hearing anyone
3  else say those words?
4  A  No.
5  Q  Did you ever watch a gaming demo that Mr.
6  Mahabub had provided?
7  A  Yes.
8  Q  Okay. And did you have any interest in
9  that after you saw it?
10  A  I -- I think what was interesting about
11  the gaming demo was that it was a -- literally was
12  a demonstration of the potential of the technology.
13  I think my domain was not in Mac or in gaming, and
14  so that wasn't, sort of, anything I was directly
15  interested in per se. I was more interested in
16  the capability.
17  Q  Okay. And if you could keep Exhibit 119
18  in front of you, and also then could you look at
19  Exhibit 120, and starting at the third page of
20  Exhibit 120 --
21  MR. EBERHART: I've handed the witness
22  Exhibit 120.
23  BY MS. OSTROM:
24  A  Should I read the whole thing and then go
25  to the third page, or?

6 (Pages 18 to 21)

Page 30

1  Q  Did you ever tell Jerry Mahabub that
2  Apple may be interested in acquiring GenAudio?
3  A  No.
4  Q  And if you could keep Exhibit 121 in
5  front of you and then also take a look at Exhibit
6  61.
7     MR. EBERHART: I've handed Exhibit 61 to
8  the witness.
9     BY MS. OSTROM:
10 Q  And in particular, this is kind of the
11 same thing as before, if you could just look at the
12 bottom of the first page of Exhibit 61 and over
13 compared to Exhibit 121. And when you're ready,
14 I'll ask you some questions.
15 A  Okay.
16 Q  And, Mr. Hailey, did you receive the
17 email that's purported to have been sent to you in
18 Exhibit 61?
19 A  No.
20 Q  And if you look at that email, and it's
21 the second sentence of the email, second line, it
22 says: This will be right in time for you to start
23 the imbedded level integration process as we
24 discussed on our last conference call.
25    Was there any such discussion that you

Page 31

1  were part of?
2  A  No, there was not.
3  Q  Did you ever have a call with the people
4  listed as supposedly getting this email?
5  A  No.
6  Q  About, you know, in this context,
7  obviously, that I'm referring to.
8  A  Right. No. Those people would not have
9  been on that phone call.
10 Q  Okay. And then that sentence goes on to
11 say: and we'll keep everything on schedule with
12 what Phil is hoping for, a fall product rollout.
13    Did you hear anyone ever tell Jerry
14 Mahabub that Phil Schiller was hoping for a fall
15 2010 product rollout of GenAudio technology?
16 A  No.
17 Q  Did you hear that discussed in any phone
18 calls?
19 A  No.
20 Q  And then the fifth line down, just at the
21 third -- third word, and it says: I believe Phil
22 and Michael wanted to follow up and go over a few
23 things with us on the marketing side in terms of
24 the actual application integration for QuickTime,
25 iTunes, DVD Player, among others.

Page 32

1  Is that accurate?
2  A  It's not.
3  Q  And did you -- if you set aside the fact
4  that Phil Schiller wasn't involved in this, was it
5  accurate as of -- as to you?
6  A  No. So that's -- those are definitely
7  all Mac applications. I was in the iPod, iPhone,
8  iPad division.
9  Q  Okay. And was there any such follow-up
10 call with you?
11 A  No.
12 Q  And was there ever any discussion about
13 application integration in any phone calls you were
14 on with regards to these Mac products?
15 A  Not that I was on, no.
16 Q  And did you ever tell Jerry Mahabub that
17 you were trying to set up a phone call with Phil
18 Schiller to talk to him?
19 A  No.
20 Q  Do you know Jim Tenneboe?
21 A  The name is familiar. I'm -- I don't
22 know him personally.
23 Q  Okay. Did you ever tell anyone tell
24 Jerry Mahabub that Apple was interested in
25 licensing GenAudio's technology?

Page 33

1  A  Not explicitly. I mean, obviously the
2  whole point of us meeting with them was that that's
3  a potential down the road. But -- but --
4  Q  Right. And I understand the potential --
5  A  Right.
6  Q  -- but did you hear anybody actually tell
7  him -- tell Jerry Mahabub that Apple was interested
8  in licensing GenAudio's technology, not just
9  exploring the potential?
10 A  No. No decision had been made.
11 Q  Okay. And did you -- the -- the
12 presentation that you were referring to that
13 happened in May of 2010 before you left, did you
14 discuss that meeting at all with Jerry Mahabub
15 prior to the meeting?
16 A  We may have said that we -- that we were
17 going to pitch to Jaws.
18 Q  Okay. Was Mr. Tescarino present?
19 A  He was.
20 Q  Anyone else you can remember?
21 A  No, it was the three of us.
22 Q  Just the three of you?
23 A  Yeah.
24 Q  Okay. Was Mr. Phil Schiller present by
25 phone or in person?

Page 38

1  PROOFREADER'S CERTIFICATE
2  In the Matter of: GENAUDIO, INC.
3  Witness:    Michael Hailey
4  File Number:   D-03450-A
5  Date:       Tuesday, April 21, 2015
6  Location:   Portland, OR  97204
7
8      This is to certify that I, Donna S. Raya,
9  (the undersigned), do hereby swear and affirm that
10 the attached proceedings before the U.S. Securities
11 and Exchange Commission were held according to the
12 record and that this is the original, complete,
13 true and accurate transcript that has been compared
14 to the reporting or recording accomplished at the
15 hearing.
16
17 _____   _____
18 (Proofreader's Name)      (Date)
19
20
21
22
23
24
25