# EXHIBIT 173

From: "Victor Tiscareno" <vmt@apple.com>
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc:
Bcc:
Date: 05/08/2009 11:37:23 am
Subject: Re: AstoundStereo...
Attachments:



Hi Jerry,

I guess it has been 2 years or so since our last meeting.
I will pass this information around to see if we are more open to installing a sound enhancer on iPod products.
Thanks for the link to the demo, I'll review and let you know what I think about it.

Best regards,

Victor

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

On May 8, 2009, at 1:52 AM, Jerry Mahabub wrote:

Hi Conrad, Nathan, and Victor!

We met a couple of years ago when I presented our sound localization based technology on March 1, 2007. Hopefully you remember who I am...

Currently, we are listed as the #1 audio download on your Company's website (and the featured product), and have come much MUCH further along with the technology from when we met two years ago.

http://www.apple.com/downloads/macosx/audio/index_top.html

We just released version 2.0 of our consumer software, and have recently been inundated with tech support calls wondering how the technology can be used on Apple's iPod and iPhone. One solution is for the user to re-record the audio and then import the "astounded" audio into iTunes, then sync with their iPod or iPhone – This, of course, is not a very consumer friendly way to enable consumers to get this on their Apple portable media players.

Hence the reason for writing you this email. If the three of you are available for a conference call sometime in the near future, please let me know. I am very interested in making this happen. Two years ago, I do not think it would have been easy to integrate, although very

SEC-TiscarenoV-E-0000056

possible. Our current representation of the sound localization filters (as sample rate independent IIRs), among the other DSP the audio goes through in real-time (all linear digital signal processes), should enable lightning fast integration with minimal non-recurring engineering.

After my software development team went through and reviewed the 3.0 SDK for iPhone and iPod Touch documentation, we noticed their still is no "kernel extension" to process audio (unlike OS X Leopard for laptops and desktops), or any other way to process audio in real-time. If there is a way to do this with iPhone SDK 3.0, and we are overlooking this, please let me know. If not, I would like to take the next steps with Apple and see if Apple is interested in having AstoundStereo integrated into iPod and iPhone product offerings via licensing.

I would be happy to send the three of you 30 free AstoundStereo Expander 2.0 license codes to unlock our software (you can check it out right now by downloading from Apple's website as there is a free 30 day trial) so you can unlock the software and receive all future updates and have extras to give out to your friends and/or co-workers.

Best Wishes,

Jerry Mahabub, Chairman & CEO

<image.png>

GenAudio, Inc.
12999 E. Adam Aircraft Circle, Ste. 200
Englewood, CO
80112

Office: 303.865.8830
Fax: 303.865.8834
Mobile: 720.938.2648
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com

SEC-TiscarenoV-E-0000057