# EXHIBIT 178



From:  
To: "Jerry Mahabub" <jerry@genaudioinc.com>  
Cc:  
Bcc:  
Date: 08/04/2010 07:05:05 am  
Subject: Re: Checking in.  
Attachments:

---

Hi Jerry,

Thanks for checking in. I did catch up with Barry yesterday, but Andrew has not responded. After my discussion with Barry, I need to include one or two more people in the meeting, and this may need to be TWO separate meetings. I'll need to reschedule and get the two meeting organized. BTW, sometimes I feel like assembling the folks for these meetings is akin to herding cats.

The first meeting should be regarding Astound in general
The second meeting to discuss an idea we have, but this one will require a signed NDA on this alone.

Sorry for the short notice. I'm not sure what the date will be for the new meetings.

Vic

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
Daniel R. von Recklinghausen, --H.H. Scott Co.

On Aug 4, 2010, at 1:50 AM, Jerry Mahabub wrote:

> Hi Vic,
>
> Any news for the meeting on Thursday just yet?
>
> I have attached a new screenshot of a new build of the app for iPad. This new version makes it sooo much easier for me to fine tune parameters as opposed to changing values in the source code, then compiling, listening, repeat over and over and over again.
>
> Now, we can simply load and save presets, and adjust them on the fly while playing back audio, so the about 1/2 of the DSP parameters are exposed, whereas the other half can be exposed, however, I believe those other settings are as optimal as it gets so I only wanted to be able to adjust the exposed

SEC-TiscarenoV-E-0001554

parameter settings,

Once I/we nail the settings we like, we simply write them down, then I can go into the source code, and burn them in for the older version of the app that does not expose the parameters. We should have done this a long time ago....it would have made determining the parameter settings way faster and not test my patience so much. Oh well, you live and learn I suppose! :)

Perhaps I should come down on Thursday anyway to deliver the devices to you, and both versions of the app will be installed, and we can fiddle around with the DSP parameters and determine whether or not we need additional parameters to achieve the desired goal, or if we are good to go.

Let me know what your schedule looks like. We could meet at the tentative time we had set up for at 11am, or perhaps any other time if that does not work for you.

Of course, if Barry and Andrew can meet on Thursday, that would be ideal.

I will call you tomorrow to touch base before flying into SF from Colorado.

Best Wishes,

-Jerry
<Screen shot 2010-08-04 at 2.22.52 AM.png>