# EXHIBIT 179

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 08/26/2010 09:04:03 am
Subject: re: NDA?
Attachments:



Hi Vic,

Back here in the USA! Could you please send me the NDA that we discussed? Would like to get that signed so we can setup (hopefully) firm meeting times in the next week or two with Andrew and Barry.

We still have yet to hear from Ron and the new kext...Please try and reach out to him and get me a status check on this.

Safe travels to you and I will try and give you a call later on today or tomorrow sometime.

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0001255