# EXHIBIT 191

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>, "Michael Hailey" <mhailey@apple.com>, "Ronald Isaac" <risaac@apple.com>
Cc:
Bcc:
Date: 03/23/2010 08:39:26 pm
Subject: Re: Embedded Software SDK/test suite...
Attachments: image.png; AstoundSound Expander Evaluation Library v1.zip

---

Hi Michael, Ron and Vic:

Attached please find the evaluation library (for ARM and INTEL) with a pdf manual included for the library.

There is no manual for the TestHarness Application, and before opening the TestHarness, please read the following

1. Place the presets file in the following directory ~/Library/Preferences (~ is your home directory, not the root directory).
2. Open the TestHarness Application
3. Click on the "Choose" Button in the floating playback audio window (Currently, only mp3, aiff and wav files are supported. AAC encoded files may cause audio sputtering. We are working on this issue and will send an updated TestHarness Application once all AAC encoded file formats are supported.)
4. The Global Bypass (Toggle between processing turned on vs. processing turned off) is in the Floating Playback Window
5. Click on the little "Triangle" looking Icon in the lower right hand corner to see the presets that are available. All of the iPod AstoundSound Expander App presets are available, and in addition, the presets for our upcoming release of the AstoundSound Expander Computer Software for Music and Movies).
6. While playing back audio that has been imported/selected, you can also "loop" playback (toggle located just above the bypass checkbox), and you can select different presets from the menu of presets and it will immediately invoke said preset selection (no need to stop playing audio while doing this).
7. If you make a change to any of the presets (tweak them to you liking) or create a new preset, you can save them by clicking on the "+" button in the lower left hand corner of the presets pane. You can also delete presets.
8. You can rename presets by simply "mouse-ing" over a preset title and right-clicking once. The name will be highlighted allowing you to them rename the preset.

We are here for you ANYTIME, so if you or any of your other team members that may be actually doing the nuts and bolts work have any questions (e.g. Barry Corlett), please have them contct me directly. Similarly, if Jim Tenneboe (sp?) has any questions or requested mods to the TestHarness, he too may contact me directly, or go through Ron, whatever gets the job done expeditiously.

We are anxious to see how our evaluation library is working, so please keep us apprised. We are open to any suggestions and/or comments you may have as well regarding the library and if necessary, can make modifications to the library to better suit your needs. This was our first stab at putting something together



SEC-TiscarenoV-E-0001018

for Apple to start embedded level integration and testing of our software processing – This should make it that much easier to get a licensing deal put together upon successful integration using our software library,

Enjoy! :)

Best Wishes,

Jerry Mahabub, Chairman & CEO



Colorado Office: 303.865.8830
LA Studio: 310.314.7200
Fax: 303.865.8834
Mobile: 720.938.2648
email: jerry@genaudioinc.com
URL: http://www.genaudioinc.com

On 3/21/10 2:02 AM, "Jerry Mahabub" <jerry@genaudioinc.com> wrote:

Hi Michael, Ron, and Vic:

I will be sending the new demo C library/SDK by tomorrow evening or sometime on Monday.

This will enable your dev team, for any product division, to actually complete an embedded level integration of our DSP backend.

The test suite will contain the following:

1. AstoundSound Evaluation/Demo C Programming Library (the entire DSP backend is standard C and highly optimized).
2. Stand-Alone Application to create various parameter settings. (Exactly the same as the AudioDeviceNotify App for Ron, however, in user space not kernel space).
3. C Library instruction manual with example code. (Due to the trivial nature of our API as there are only 8 calls, four of which are create/release pairs) you could literally almost drop the library in simply by reading the header file and ignoring the manual and example code.)

Note: The stand-alone application DSP backend is EXACTLY the same as the in the demo C library.

Realistically, this should take no more than 5 minutes to embed and test for performance and work out bugs, etc. I believe it will most likely work on the first try, as we have made this as simple as possible to enable Apple to actually do an embedded level integration.

Mac Hardware, iPod/iPhone, AppleTV, iPad, etc. – This demo C library will work with everything

SEC-TiscarenoV-E-0001019

and integrate seamlessly.

Question for Barry and/or Ron:

What is the processor architecture on the AppleTV so we can build the fully self-contained version of our library for that ISA, thus enabling integration and testing on that product line.  With said addition, our evaluation/demo library will cover every product in your current line-up.

If you can let me know by tomorrow, it will take us less than 5 minutes to incorporate this as part of the Evaluation Software SDK.

Once embedded, and you are happy with the performance characteristics and performed your tests, tweaked the parameter settings to your liking, the path is simple:

1. Ink a licensing deal (exclusive or non-exclusive depending on how Apple wants to move forward with the business and marketing side)
2. Hand over the actual AstoundAPI (the non-demo version) with our proprietary localization cue filters of which the presets would have already been determined with the stand-alone application.
3. Ready to ship

Because the localization cue filters are 8-tap, their demo C library 8-tap low pass filter replacements will exhibit the same exact processor performance so you can be assured that your performance tests will be exactly the same.

Of course, the stand-alone AstoundSound Expander application has the actual localization cue filters, so Jim Tenneboe (sp?) can dial-in the settings for various devices and save or delete presets.  Then it is literally a simple swapping of the demo C library with the real library, and voile. – DONE!

Let me know if you have any questions.

Best Wishes,

–Jerry

SEC-Tiscareno-E-0001020