# EXHIBIT 196

From:
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc:
Bcc:
Date: 09/08/2010 09:35:19 am
Subject: Re: working away here...
Attachments:

---

Hi

LCR feature would be very cool.
Meeting: Nothing back yet.
Working on it now.

Vic

Victor Tiscareno
vint@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

*"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."*
Daniel R. von Recklinghausen, —H.H. Scott Co.


On Sep 8, 2010, at 12:38 AM, Jerry Mahabub wrote:

> Hi Vic,
>
> OK, I am doing a little something extra for the Expander that will hopefully enhance the experience even further.
>
> Essentially, what I am up to right now is a "headphone" only mode that will process LCR, not just LR through the localization cues on the unit sphere for the Expander for iPad and iPod/iPhone. So, although still a stereo in stereo out implementation, with a few of our patented processes, I am going to see if we can get this to work with reasonable processor expense with the added DSP code so it is something that Apple can use for deployment level integration (when and if we ever get to that point!)...
>
> I am awaiting the test harness update so I can see if we are just robbing peter to pay paul with this or if it does in fact create an illusion of the center channel pushing out forward past the nose and out of the center of the head. If it works, then all parameters will be exposed on the new iPad app I bring to you on the 15th when we (tentatively) are going to meet as I suggested in an email from a week ago.
>
> Speaking of which, any news back for the 15th, 16th, or the 17th? My meeting at Skywalker Ranch got pushed to the 21st, so I can hang in the bay area and cruise down to see you, Andrew (the phd) and/or Barry and his team on any of these days as I will be in the bay area, and I want us to see success from all of our hard work we have put in thus far.

SEC-TiscarenoV-E-0001266

==I can really feel that 2011 will be a very transformational year for my company.==

Best Wishes,

-Jerry

SEC-TisearenoV-E-0001267