# EXHIBIT 199

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>, "Ronald Isaac" <risaac@apple.com>, "Michael Hailey" <mhailey@apple.com>
Cc:
Bcc:
Date: 01/04/2010 01:00:41 am
Subject: re: Checking in...
Attachments:

---

Hi Michael, Ron and Vic:

Hope you all had a relaxing and very happy holidays! :)

With MacWorld coming up (which I will be attending, so perhaps we can all get together for lunch and/or dinner in San Francisco), will this cause more of a delay for moving forward? I don't mind, so please do not think I am frustrated with delays, rather, trying to figure out if in the next month we will be cooling our heels until after MacWorld with Apple, so I can enable my Sr. Management staff to move forward in the right direction and direct our software development efforts with more specific near term tasks.

Of course, as I am sure the three of you know, you say jump I say how high, and Apple certainly takes priority as ALL of my employees have been for many years will always be very passionate about Apple (and that includes me), your product offerings, and how AstoundSound can perhaps add value to your product offerings. Essentially, if you need us to be working on anything during the month of January, pre-MacWorld, please let me know and we will do whatever you ask us to do such that we can have this integration project wrapped up (hopefully by the time WWDC comes around with multiple products from Apple incorporating AstoundSound.)

My travel schedule for the month of January up until MacWorld is pretty intensive, however, I can always be reached by email or mobile phone should any of you need me for anything, and I can interrupt my travel schedule at the drop of a dime to be anywhere you need me to be at anytime (only for the three of you and of course, my wife!).

Are any of you going to Sundance Film Festival this year? I will be going again this year, and if you are, let me know and I can add you to my VIP list at Harry Oh's, ChefDance, among other cool things going on in Park City from the 21st to the 31st of January! :) Also, the skiing that time of season is fantastic – nobody on the slopes and fresh powder to be found everywhere (and my house is literally slope-side just above Town chairlift, and walking distance to main street). Not so sure if being from Cupertino you are into skiing as much as us Colorado folk (Believe it or not, I used to compete moguls and was on the US Freestyle Ski Team WAYYYY back in the day)! LOL I usually have quite a few high profile actors, directors and producers come and hang out over at my house, so just let me know...

Best wishes,

-Jerry



SEC-TiscarenoV-E-0000956