# EXHIBIT 201

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 02/03/2010 12:49:58 am
Subject: re: Anthony..
Attachments:

Hi Vic,

Hope all is well with you.

Perhaps we can set up a time to move forward with your friend "Sir Mix-a-lot"? Actually, Baby got Back is playing in the background right now, so I figured we should follow through...

Any news on what is going on with AstoundSound and exec buy in? What's the scoop with Ron and the Mac side of things?

Lastly, what division will be responsible for iPad – is it iPod division at Apple? After all, it is a giant iPod Touch – and I am anxious to get one!!! :)

Best Wishes,

-Jerry



SEC-TiscarenoV-E-0000984