# EXHIBIT 202

From:
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc:
Bcc:
Date: 04/19/2010 09:41:05 am
Subject: Re: Pro-Audio plug-in demo for iPod and iPad...
Attachments:

Hi Jerry,

Thanks for the demo. This sounds like an improvement over the original demo. I also loaded the new APP. Did you modify its settings? To my ears, the settings are waay better, the performance doesn't hit you ove the head that it is on, which I like, but it also works quite well.

Vic

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell


On Apr 18, 2010, at 10:32 PM, Jerry Mahabub wrote:

> Hi Vic,
>
> Here is another demo for you to check out. After listening to the demo I sent you in a previous email (Touch of Grey – Grateful Dead), I am redoing that one. Thought that the new settings were a bit intense on the side signal, and it caused the volume of the center channel to be reduced a bit too much, however, no tone colorization or phase issues, even with it being that intense! :)
>
> Pop your headphone on and give this demo a spin. It is using the latest greatest build of our Professional Audio AstoundSoundPRO mono-in stereo-out plug-in for ProTools. I am also creating one for the stereo in stereo out protools plug-in and will send that to you as well...
>
> There are a couple of pops and clicks, however, those are artifacts from the original audio tracks (I actually have the recording session when Queen recorded this in the studio – It is phenomenal). Sometime down the road when my pro-audio team has some time, we will use the Sadie system to clean the audio tracks. It's a software program called "Cedar" and/or "Re-touch". What sucks is this runs on a PC, and you know how much I despise PCs, so we rarely use it, however, the Sadie system works really good for doing this kind of "clean-up" work to audio files.
>
> ==I am sure the executive will very much so enjoy hearing the attached demo as well!!! Trying to line you up with as much fire power as possible so we get a green light to continue to move forward! :)==
>
> Hope you had a great weekend! :)
>
> Best Wishes,



SEC-TiscarenoV-E-0001052

-Jerry
<AstoundSoundPRO_MonoPI720p.mov>

SEC-TiscarenoV-E-0001053