**EXHIBIT 205**

From: "Jerry Mahabub" <jerry@genaudioinc.com>
To: "Victor Tiscareno" <vmt@apple.com>
Cc:
Bcc:
Date: 04/18/2010 06:57:24 am
Subject: re: Snow Leopard fixed...FINALLY!
Attachments: AstoundExpanderMacAB720p.mov

Hi Vic,

We finally nailed the bug fix for Snow Leopard 10.6.2 and greater!!! :)

Go to our website and download the new application. Your license codes I sent you a while ago should still work as we are still using the Digital River wrapper, however, we are switching to Appengate later this month for ASE v3.0.

Perhaps this little video file (attached) would be good to show to the exec at Apple too? Believe it or not, setting 4 (which is the most used for the video screen capture is only 1.5db hotter -- Sounds like it is 3db hotter)...

I will call you on Monday to touch base on the song list. Heading back to LA on Tuesday. The meeting with Disney is on Wednesday -- Think they want to use the technology for their upcoming movie Tron which comes out in December I think...

Best Wishes,

-Jerry

SEC-TiscarenoV-E-0001066