# EXHIBIT 208

From:
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc:
Bcc:
Date: 06/30/2010 01:10:16 pm
Subject: Re: Technical Presentation...
Attachments: AstoundSound Technical Presentation for Apple.pdf



Hi Jerry,

I have a meeting tomorrow.
Is the the latest and greatest prezo to date.
I think it is...

Vic

Victor Tiscareno
vnit@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

*"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."*
Daniel R. von Recklinghausen, —H.H. Scott Co.


On May 5, 2010, at 7:20 AM, Jerry Mahabub wrote:

> Hi Vic,
>
> I was up pacing the floors going over everything and verifying all the demos are working the way they should, and they are.
>
> If possible, please send the attached technical presentation to the exec you are meeting with this coming Thursday. I think I sent this to you before, however, it would be good if he at least understands the magnitude or the R&D that went into this, what our current product offerings are and how they fit so nicely into the product lineup for Apple, and better understand what he will have as a listening experience prior to the demos. Will put more time on you and Michael's hands to actually give demos, and less time for having to explain the tech, as this is where we are experts at explaining our technology (me being the inventor and my team the developers of the software).
>
> Let me know your thoughts on this...we can talk about it later today if you would like...
>
> Have a great day! t)
>
> -Jerry
> <AstoundSound Technical Presentation for Apple.pdf>

SEC-TiscarenoV-E-0001187

SEC-TiscarenoV-E-0001188