# EXHIBIT 210



From:
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc:
Bcc:
Date: 01/26/2011 01:49:21 pm
Subject: Re: package
Attachments:

The demo has been switched to Monday.
What should I do?
I'm still tweaking my demo with the unit I have here.

Vic

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
Daniel R. von Recklinghausen, —H.H. Scott Co.

On Jan 26, 2011, at 10:45 AM, Jerry Mahabub wrote:

> Unfortunately not. By the time I got the address from you Walter had already taken off for Venice and left Park City. Just send me your iPad when the demo is over to the following address with no signature required:
>
> Jerry Mahabub
> 43 Ozone Ave., #A
> Venice, CA
> 90291
>
> I will update your device and send it back to you when I return to Venice from Sundance, or have Walter do it before I return.
>
> Let me know how the meeting goes! ;)
>
> Best Wishes,
>
> -Jerry
>
> On 1/26/11 9:50 AM, "Victor Tiscareno" <vmt@apple.com> wrote:

SEC-TiscarenoV-E-0001775

Hi Jerry,

Were you able to get the pkg shipped?
Any tracking numbers?

Vic

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
Daniel R. von Recklinghausen, —H.H. Scott Co.



SEC-TiscarenoV-E-0001776