# EXHIBIT 211

**From:** "Victor Tiscareno" <vmt@apple.com>
**To:** "Jerry Mahabub" <jerry@genaudioinc.com>
**Cc:**
**Bcc:**
**Date:** 09/24/2010 08:26:36 pm
**Subject:** Re: Ipad
**Attachments:**

Yeah, and also the app is now quitting if I just let it run through the play list. All is well if I keep enabling the app- aka button pressing.
I'll be out in about with my posse tomorrow morning, but I may be available in the afternoon.

Vic
Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
Daniel R. von Recklinghausen, H.H. Scott Co.

On Sep 24, 2010, at 6:17 PM, Jerry Mahabub wrote:

> Yes, indeed, this is a known bug and it was intermittent between launches of
> the actual app (i.e. - sometimes when the app was launched it would create
> this choppy audio, and other times it would not). We believe we debugged
> that issue, however, the issue of the display going to sleep is a new one
> and I will have our dev team immediately take a look.
>
> Hope all is well and let's try and chat tomorrow for a bit.
>
> Have a great weekend my friend! :)
>
> -Jerry
>
>
> On 9/24/10 5:53 PM, "Victor Tiscareno" wrote:
>
>> Interesting bug:
>> Listen to recording made thru headphones- forgive the fidelity--
>> The sound chops when the display goes to sleep while the music player is on,
>> and goes away when the display is back on. You can hear the sound straighten
>> up when the display is on. No worries since this wouldn't normally be an issue

EXHIBIT
1-13-17
167
Isaac

>> during demo.
>> >> Vic
>> >> >> >> >> Sent from my iPhone 3G
>> ----------------//////---------------
>> Victor Tiscareno
>> Apple, Inc
>> 1 Infinite Loop
>> MS: 81-2TP
>> Cupertino, CA 95014
>
>

<

SEC-TiscarenoV-E-0001422