# EXHIBIT 212

From: "Victor Tiscareno" <vmt@apple.com>
To: "Jerry Mahabub" <jerry@genaudioinc.com>
Cc: "Ronald Isaac" <risaac@apple.com>
Bcc:
Date: 11/01/2010 12:10:10 pm
Subject:
Attachments:

Hi Jerry,

I can't answer question 1 or 2, but I will be in Cupertino beginning tomorrow Nov2 thru Thur Nov4 until late afternoon.
I will not be attending AES this year, I just don't have the time.

Ipad- I will have it with me.

Vic

Victor Tiscareno
vmt@apple.com
iPod Audio/Acoustics
(425) 417-1720 cell

"If it measures good and sounds bad, -- it is bad. If it sounds good and measures bad, -- you've measured the wrong thing."
Daniel R. von Recklinghausen, —H.H. Scott. Co.

On Nov 1, 2010, at 10:00 AM, Jerry Mahabub wrote:

Hi Vic and Ron:

Hope you both had a Happy Halloween! I have two questions for you:

1) Has the issue with Walter not being able to get 6 in and 3 out been resolved? Last email I saw, Walter had everything setup correctly in Midi Audio Setup, and still only had 2 channel out with the new kext, however, with VLC player only, he could see 6 channels out. I believe we are awaiting a resolution to this issue (Ron I think you and Walt had an email exchange going and I was not sure if I was dropped from being cc'd on the correspondence or not), and if it already has been resolved or Ron and Walter have it sorted out, then great! If not, we should get this resolved ASAP so we can keep on target.

2) With the new Verizon Wireless carrier capability for iPad, does this also extend for iPhone? Do you need a "special" iPad specifically made for Verizon, or can I cancel my current AT&T plan or simply choose not to renew when time is expired and move over to Verizon. I have much difficulty with AT&T's 3G network, especially where I live in Venice (it's a little pocket), and I know that my friends that have "jail-broken" iPhones using Verizon have no troubles at all.

Have a great week and I hope to see you both at AES in San Francisco. Are either of you attending? I

EXHIBIT
7.13.17
168
Isaac

SEC-TiscarenoV-E-0001742

will be in SF from the evening of the 3rd to the evening of the 7th for AES. Let me know your schedules, and perhaps we can all meet for lunch and/or dinner. Vic, if you are coming, just bring the iPad device with you so I can update the provisioning profile if necessary.

Best Wishes,

-Jerry

SEO-TiscarenoV-E-0001743