# EXHIBIT 216



