EXCERPTED

EXHIBIT 218

1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2

     Civil Action No. 1:15-cv-02118-WJM-CBS
3
     _____
4            DEPOSITION OF:   DELL FRANK SKLUZAK
                      February 7, 2017
5    _____
6    SECURITIES AND EXCHANGE COMMISSION,
7    Plaintiff,
8    v.
9    TAJ JERRY MAHABUB; GENAUDIO, INC., et al.,
10   Defendants.
     _____
11

             PURSUANT TO NOTICE, the deposition of
12   DELL FRANK SKLUZAK was taken on behalf of the
     Defendant Taj Jerry Mahabub at 1225 17th Street,
13   27th Floor, Denver, Colorado 80202, on February 7,
     2017, at 9:02 a.m., before Kimberly Smith, Registered
14   Professional Reporter and Notary Public within
     Colorado.
15
16
17
18
19
20
21
22
23
24
25

                                              Page 1

1      APPEARANCES
2   For the Plaintiff:
3      LESLIE HENDRICKSON HUGHES, ESQ.
       DANIELLE R. VOORHEES, ESQ.
4      U.S. Securities and Exchange Commission
       1961 Stout Street, Suite 1700
5      Denver, Colorado 80294
6
    For the Defendant Taj Jerry Mahabub:
7
       ANDREW B. HOLMES, ESQ.
8      Holmes, Taylor & Jones, LLP
       617 South Olive Street, Suite 1200
9      Los Angeles, California 90014
10
    For the Defendant GenAudio, Inc.:
11
       MICHAEL P. McCLOSKEY, ESQ.
12     Wilson Elser Moskowitz Edelman & Dicker, LLP
       655 West Broadway, Suite 900
13     San Diego, California 92101
14
    For the Deponent Dell Frank Skluzak:
15
       H. PAUL COHEN, ESQ.
16     H. Paul Cohen, P.C.
       5440 East 6th Avenue Parkway
17     Denver, Colorado 80220
18
19
20
21
22
23
24
25

Page 2

---

1   Exhibit 256  Letter to GenAudio, Inc.,          146
                 Shareholder from The Board of
2                Directors, 9/19/14
3   Exhibit 257  E-mail to Skluzak from Mahabub,     151
                 Subject: Charges on credit card,
4                7/6/12, with attached e-mail
5   Exhibit 258  E-mail to Skluzak from Mahabub,     153
                 Subject: Monster Press Release
6                going live on the 7th for the press
                 event in Las Vegas!!!, 1/5/13
7
    Exhibit 259  Letter to Shareholder from          154
8                Mahabub, 8/28/10
9   Exhibit 260  List of Quotes              158
10  Exhibit 261  Letter to Client from Yorba,        180
                 7/28/16, with attached documents
11
    DEPOSITION EXHIBITS:  (Previously marked)
12
    Exhibit 1    E-mail to Ostrom from Skluzak,      140
13               Subject: Shareholder List
                 Master.xls, 8/8/14, with
14               attachments
15  Exhibit 7    Shareholder Letter, 8/1/10       112
16  Exhibit 13   Letter to GenAudio Shareholder      147
                 from The Board of Directors,
17               11/4/14
18  Exhibit 14   Letter to GenAudio Shareholder      148
                 from The Board of Directors,
19               2/25/15, with attachment
20  Exhibit 16   E-mail to Skluzak from Tiscareno,   58
                 Subject: Look forward to your
21               review, 10/30/13, with attached
                 e-mails
22
    Exhibit 24   E-mail to Mahabub and others        125
23               from Mattos, Subject: GenAudio
                 Update & Business Summary,
24               11/9/09, with attachment
25

Page 4

---

1          INDEX
2   EXAMINATION OF DELL FRANK SKLUZAK:        PAGE
    February 7, 2017
3
    By Mr. Holmes            6, 110, 165
4
    By Mr. McCloskey         83, 168, 184
5
    By Ms. Hughes            115, 183
6
             INITIAL
7   DEPOSITION EXHIBITS:        REFERENCE
8   Exhibit 247  Background Questionnaire        11
9   Exhibit 248  Stock Certificate for 400,000   34
                 Shares of Common Stock in GenAudio,
10               5/3/10
11  Exhibit 249  Stock Certificate for 30,000    35
                 Shares of Common Stock in GenAudio,
12               4/2/10, with attachments
13  Exhibit 250  TD Ameritrade Statement         39
14  Exhibit 251  Stock Certificate for 40,000    40
                 Shares of Common Stock in GenAudio,
15               5/21/10
16  Exhibit 252  Report to the Chairman of the Board  60
                 of Directors of GenAudio, 1/30/14
17
    Exhibit 253  Apple Logo                      130
18
    Exhibit 254  The list of Proxy Sales and Gifted  141
19               Shares by Mr. Mahabub starting in
                 December 2008 A Total of Approx 7
20               Million Shares Disposed of and
                 Receipt of over $5 Million Dollar
21               [sic]
22  Exhibit 255  E-mail to Bobak and others from  144
                 Skluzak, Subject: Personal Loan
23               Demand Letter Entire Sequence,
                 5/29/14, with attached e-mails,
24               with attachment
25

Page 3

---

1   Exhibit 69   GenAudio, Inc., Confidential       122
                 Private Placement Memorandum,
2                12/11/08
3   Exhibit 70   GenAudio, Inc., Confidential       123
                 Private Placement Memorandum,
4                3/25/09
5   Exhibit 198  GenAudio, Inc., Common Stock       117
                 Transfer Ledgers
6
    Exhibit 201  Shareholder Letter from Mahabub,   124
7                3/30/09
8   Exhibit 233  GenAudio Confidential Private      49
                 Placement Memorandum, 3/15/10
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

2 (Pages 2 - 5)

1 part of your understanding as well?
2     A.  That's not part of my understanding.
3     Q.  Okay.  So let me show you another exhibit.
4 This one is also previously marked.  This was -- I
5 don't have the previously marked copy, but I'll
6 represent this was previously marked as 16.  So this
7 was previously marked as 16.  It also has sticker on
8 it saying "Government Exhibit 4" at the bottom right.
9         And the top-most -- I'll represent it's an
10 e-mail string.  And the top-most e-mail says it's from
11 Victor Tiscareno dated October 30, 2013, to Dell
12 Skluzak.
13         Do you recognize this e-mail string?
14     A.  I do.
15     Q.  Is this something that you received -- the
16 top-most e-mail, that you received from Mr. Tiscareno?
17     A.  Yes.
18     Q.  Okay.  And if you look at the second
19 page --
20     A.  The one marked 02?
21     Q.  Yes.  Sorry.  On the bottom right, there
22 are page numbers:  SEC, a bunch of zeros, and then 1
23 through 5.
24     A.  Yes.
25     Q.  So looking at page 2 of that, there's an

*Page 58*

1 e-mail that says, among other things, in large, it
2 looks like, bold letters, "Success," with a bunch of
3 exclamation points.  Do you see that?
4     A.  Uh-huh.
5     Q.  Okay.
6     A.  Excuse me.  Yes.
7     Q.  Earlier today you were referencing an
8 e-mail exchange that you had with Mr. Tiscareno.  Is
9 this what you were talking about?
10     A.  Yes.
11     Q.  The e-mail on this page 2 says it's from
12 Jerry Mahabub, and it's dated May 6, 2010.  Do you see
13 that?
14     A.  I do.
15     Q.  Looking at the "To" line, I don't see that
16 it was addressed to you.  Did you receive this e-mail
17 on or about May 6 of 2010?
18     A.  If you look at the bottom of the first
19 page, where it says, "From: Jerry Mahabub," sent
20 Thursday, May 6, 2010, 7:46, to Dell Skluzak --
21     Q.  So the answer would be yes?
22     A.  The answer would be yes.
23     Q.  Okay.  And what did you make of this when
24 you received it?
25     A.  Number one, I had already made my

*Page 59*

1 determination based on my meeting at 240 Union with
2 Mr. Mahabub prior to this date, sometime in April,
3 that I was going to invest.  This served as
4 confirmation that things were moving forward with the
5 company.
6     Q.  Okay.
7     A.  It was -- in other words, it was validation
8 of what Mr. Mahabub had verbally stated to me at the
9 240 Union meeting.
10         MR. HOLMES:  Had we previously marked what
11 was Exhibit 45, or is this new?
12         MS. HUGHES:  Let me see.
13         (Mr. Holmes tendered the document to
14 Ms. Hughes.)
15         MS. HUGHES:  I don't know.
16         MR. HOLMES:  You think it's new?  So we'll
17 do it as our next in order.
18         MS. HUGHES:  Okay.
19         (Deposition Exhibit 252 was marked.)
20     Q.  (BY MR. HOLMES)  All right.  So I've marked
21 Exhibit 252, which is a double-sided exhibit.  Bottom
22 right, it's got a government exhibit sticker, 45.  It
23 also has a Bates number on the bottom right.  It says,
24 SEC-Skluzak-E-0000434 and 435.
25         Is this two-page exhibit something you

*Page 60*

1 recognize?
2     A.  It is.
3     Q.  What are we looking at here?
4     A.  You're looking at a summary report that I
5 prepared to present to the board of directors of
6 GenAudio, as we were proceeding with finding cause to
7 dismiss Mr. Mahabub as CEO of GenAudio.
8     Q.  Okay.  And at the top, on the second line
9 on the first page, it says, "January 30, 2014."  Is
10 that about when this was prepared?
11     A.  Yes.
12     Q.  On the second page, there's some -- there's
13 a section called "Conclusions," and it says,
14 "Mr. Mahabub lied about a phone conversation he had
15 with an executive at Apple leaving the impression
16 Apple was interested in purchasing the Company.  I
17 purchased 40,000 shares of stock based on Mr.
18 Mahabub's representations about the interest from
19 Apple."  Do you see that?
20     A.  I do.
21     Q.  So based on your testimony now, are you
22 saying that you bought the 40,000 shares because of
23 the conversation; or are you saying something
24 different?
25     A.  I'm saying that through the conversations I

*Page 61*

16 (Pages 58 - 61)

1  Mr. Cohen.
2          THE DEPONENT: Yes.
3          MS. HUGHES:  All right.
4          WHEREUPON, the within proceedings were
5  concluded at the approximate hour of 2:26 p.m. on the
6  7th day of February, 2017.
7          *  *  *  *  *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 186

1          I, DELL FRANK SKLUZAK, do hereby certify
2  that I have read the above and foregoing deposition
3  and that the same is a true and accurate transcription
4  of my testimony, except for attached amendments, if
5  any.
6
7
8          _____
           DELL FRANK SKLUZAK
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 187

1          REPORTER'S CERTIFICATE
2  STATE OF COLORADO          )
3                             ) ss.
4  CITY AND COUNTY OF DENVER  )
5          I, KIMBERLY SMITH, Registered Professional
6  Reporter and Notary Public ID 20054024603, State of
7  Colorado, do hereby certify that previous to the
8  commencement of the examination, the said DELL FRANK
   SKLUZAK was duly sworn by me to testify to the truth
9  in relation to the matters in controversy between the
10 parties hereto; that the said deposition was taken in
11 machine shorthand by me at the time and place
12 aforesaid and was thereafter reduced to typewritten
13 form; that the foregoing is a true transcript of the
14 questions asked, testimony given, and proceedings had.
15         I further certify that I am not employed by,
   related to, nor of counsel for any of the parties
16 herein, nor otherwise interested in the outcome of
17 this litigation.
18         IN WITNESS WHEREOF, I have affixed my
19 signature this 17th day of February, 2017.
20
21
22
23
24         KIMBERLY SMITH
25

Page 188

48 (Pages 186 - 188)