**EXCERPTED**

**EXHIBIT 219**

**In The Matter Of:**

*Securities and Exchange Commission v.*
*Taj Jerry Mahabub, et al.*

*Taj Jerry Mahabub*
*Vol. 2*
*February 08, 2017*

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California 94105*
*(415) 597-5600*

Original File 31006MahabubV2.txt

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 08, 2017

Page 257

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3
 4    - - - - - - - - - - - - - -
 5    SECURITIES AND EXCHANGE        )
 6    COMMISSION,                    )
 7              Plaintiff,           )
 8                                   ) CASE NO.
 9    v.                             ) 1:15-cv-02118-CBS-WJM
10                                   )
11    TAJ JERRY MAHABUB, GENAUDIO,   )
12    INC., and ASTOUND HOLDINGS,    )
13    INC.,                          )
14              Defendants.          )
15    - - - - - - - - - - - - - -
16
17         VIDEOTAPED DEPOSITION OF TAJ JERRY MAHABUB
18                 WEDNESDAY, FEBRUARY 8, 2017
19                 PAGES 257 - 541; VOLUME 2
20
21              BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                    BY: BARBARA J. CASTILLO, RMR, CRR
23                              160 SPEAR STREET, SUITE 300
24                         SAN FRANCISCO, CALIFORNIA 94105
25                                         (415) 597-5600
```

Page 258

```
 8         Videotaped deposition of TAJ JERRY MAHABUB,
 9    VOLUME 2, taken by Plaintiff, at 1691 Stout Street
10    Street, Suite 1700, Denver, Colorado, commencing
11    at 9:23 A.M., on WEDNESDAY, FEBRUARY 8, 2017,
12    before Barbara J. Castillo, Registered Merit Reporter,
13    Certified Realtime Reporter and Notary Public within
14    and for the State of Colorado, pursuant to Notice.
```

Page 259

```
 1    APPEARANCES OF COUNSEL:
 2    FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION:
 3         SECURITIES AND EXCHANGE COMMISSION
 4         BY:  DANIELLE R. VOORHEES, TRIAL COUNSEL
 5              LESLIE HENDRICKSON HUGHES, TRIAL COUNSEL
 6         1961 Stout Street, Suite 1700
 7         Denver, Colorado 80294
 8         Telephone: (303) 844-1000
 9         Email: voorheesd@sec.gov
10                hugheslj@sec.gov
11
12    FOR DEFENDANT TAJ JERRY MAHABUB:
13         HOLMES, TAYLOR & JONES LLP
14         BY:  ANDREW B. HOLMES, ATTORNEY AT LAW
15         617 South Olive Street, Suite 1200
16         Los Angeles, California 90014
17         Telephone: (213) 985-2200
18         Email: abholmes@htjlaw.com
```

Page 260

```
 1    APPEARANCES OF COUNSEL - (CONTINUED):
 2    FOR DEFENDANT GENAUDIO, INC.:
 3         WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
 4         BY:  MICHAEL P. MCCLOSKEY, ATTORNEY AT LAW
 5         655 West Broadway, Suite 900
 6         San Diego, California 92101
 7         Telephone: (619) 881-3326
 8         Email:  michael.mccloskey@wilsonelser.com
 9
10    ALSO PRESENT:
11         WALT MATHERN, VIDEOGRAPHER
```

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 08, 2017

Page 289

1  down. So even though you're talking to yourself --
2         THE DEPONENT: Yeah. Sorry.
3         MR. HOLMES: -- it doesn't reflect that in
4  the record.
5         THE DEPONENT: All right.
6    Q   (BY MS. VOORHEES) All right. Do you
7  recognize Exhibit 262?
8    A   I do not.
9    Q   Do you have any reason to doubt that you
10 sent and received the emails as indicated?
11   A   I do not.
12   Q   Okay.
13   A   No. I mean, I don't remember sending it,
14 but I -- I suppose it was me if it came from my
15 email, so . . .
16   Q   Okay. If you could turn to the second
17 page of the exhibit.
18   A   Yeah.
19   Q   In the very top paragraph, about halfway
20 through the paragraph there's a sentence that begins,
21 Please read below my latest email to Victor, which is
22 in direct response to his request for me to put some
23 competitor demos together for Steve Jobs to better
24 understand our technology.
25        And then you go on, Yeah, right. He is

Page 290

1  trying to devalue us in any way he can to gain
2  leverage to get a better deal for the tech. Not
3  going to happen, and I will do everything in my power
4  to make sure of that.
5    A   Uh-huh. I see it.
6    Q   Okay. Did Mr. Tiscareno ask you to put
7  competitor demos together for Steve Jobs?
8    A   He asked me to put competitor demos
9  together for the big man. Again, I think my
10 interpretation of the big man was always Steve Jobs,
11 so I just translated that.
12   Q   Okay. But you do recall Mr. Tiscareno
13 saying that you should put competitor demos together
14 for the big man?
15   A   For what -- yeah, for a top executive or
16 executives, the big executive meeting, whatever he
17 would refer to it as, yeah. And there were demos
18 that I put together for that.
19   Q   Okay. And I -- I just want to focus on
20 your memory of the specific words used by Mr.
21 Tiscareno.
22   A   I can't remember.
23   Q   You can't remember?
24   A   I can't remember the specific -- I
25 remember it was in that sort of general construct.

Page 291

1  So my interpretation of what he was saying obviously
2  was Steve Jobs. I think anyone that was in my shoes
3  would have thought that as well.
4    Q   And when you say, Yeah, right. He is
5  trying to devalue us, what was your basis for that
6  statement?
7    A   I don't remember. Maybe if I remember
8  correctly, he had said something. The only thing I
9  can even think of that that might relate to is I do
10 recall at one point in time they said something
11 about, you know, if we -- it was Ron Isaac. And I
12 can't remember if Vic was in the room or not. I
13 think Jim Tenneboe was in the room.
14        And he had said something about if we
15 license -- or for our vendors when we license
16 technology, you know, we don't pay a per unit royalty
17 or something like that to me. And I said, all right,
18 fine, you know. I don't care, you know. However you
19 want to pay for it. We'll figure something out.
20        But, I mean, that to me was a way of kind
21 of devaluing our technology because, you know, if you
22 look at volume on a per unit royalty basis for a
23 revenue model, you know, you can -- it's easy to
24 create a -- construct, you know, what a projection or
25 what the -- what the value would look like for the

Page 292

1  technology for a per unit product. And if they tell
2  you they're not going to pay a per unit license,
3  well, you know, how do you value the technology.
4  It's almost like they're trying to devalue the
5  technology. Does that make sense?
6    Q   Other than to what you just testified to
7  regarding your conversation with Mr. Isaac, was there
8  any other basis for your belief that Mr. Tiscareno or
9  Mr. Isaac were trying to devalue the technology?
10   A   There could have been. I just don't
11 remember what they were, but, yeah, there were --
12 there were some things that I vaguely in the back of
13 my mind can recall where I thought that, you know,
14 coming in and out of meetings with them because I had
15 so many meetings with them that, you know, I thought
16 they were trying to -- trying to devalue the
17 technology, yes.
18        I do remember something about -- not
19 specifically but something along those lines was
20 going on, yeah.
21   Q   If you go down two paragraphs, so the very
22 -- what I want to read is the very last sentence in
23 the paragraph that begins with, Vic and I talked the
24 other day.
25   A   Uh-huh. I see it.

Case 1:15-cv-02118-WJM-SKC   Document 89-53   Filed 03/30/18   USDC Colorado   Page 5 of 10

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 08, 2017

Page 297

1  A  Yeah, of course.
2  Q  Is that you?
3  A  That's me.
4  Q  Who's the other voice?
5  A  Greg Morgenstein. He's my chief engineer
6  at the studio in Los Angeles.
7  Q  Okay. Mr. Mahabub, do you recall putting
8  together this -- this audio presentation?
9  A  Yes.
10 Q  And can you just tell me about it. Why
11 were you putting it together? What was it used for?
12 A  I don't remember exactly what it was used
13 for, but I think I had talked to Paul Powers and I
14 had said, Paul, you know what we should do, we should
15 do a video presentation for all the shareholders and,
16 you know, give them an update on, you know, what we
17 think is going on. So -- and he liked the idea, so I
18 went through with it.
19 Q  And what did you do to put the
20 presentation together?
21 A  Oh, there was a PowerPoint -- I'm sorry,
22 we used something called Keynotes on a Mac, which is
23 basically the same thing as PowerPoint is for a PC.
24 And so it was a PowerPoint coupled with, you know,
25 basically a script that I had written and recorded to

Page 298

1  go along with the slides in the deck, and then we --
2  so we record the voice and then you take the deck and
3  you spit it out to a video file.
4     And then what you can do is time it in
5  video editing software so that when a bullet point
6  hits it's in sync with -- you see what I mean? So
7  you pause the frames. And then when you go to the
8  next bullet point you let it go to the next bullet
9  point so everything goes in sync with -- you
10 understand what I'm saying?
11 Q  I think that I -- I think that I
12 understand it, though.
13 A  Yeah.
14 Q  I'm not as interested in the technical
15 aspects. Who -- who put together the content for the
16 presentation?
17 A  That would have been Paul, myself and
18 other team members as well. I mean, you know, there
19 was quite a few team members that gave input into
20 that one, if I remember.
21 Q  If you could turn to Page 54 of the
22 transcript.
23 A  Yeah. Okay. I'm there.
24 Q  I'm going to start reading in the middle
25 of Line 2 on Page 54. It says, Perhaps the biggest

Page 299

1  part of the entire presentation is that we have
2  attracted a very large consumer electronics company
3  of which, as of a couple of days ago and after
4  building a two-year relationship with my management
5  team contacts, in almost one year of technology
6  integration, software optimization and marketing
7  strategy planning the CEO of the LCEC finally met
8  with senior marketing and technical management and we
9  have the green light to move forward. That meeting
10 could have stopped us dead in our tracks. And -- and
11 then it goes on.
12    Mr. Mahabub, is the reference to the LCEC
13 here to Apple?
14 A  In this particular case, if I recall,
15 yeah. I'm pretty sure I'm talking about Apple there.
16 Q  Okay. And -- and what is the basis for
17 the statement that the CEO of Apple finally met with
18 senior marketing and technical management and we have
19 the green light to move forward?
20 A  Probably got a phone call from -- from Vic
21 that said, you know, the big man and met with people
22 and we have the green light to move forward.
23 Q  Do you recall getting that phone call?
24 A  I do.
25 Q  Okay. And tell me everything you remember

Page 300

1  about getting that phone call.
2  A  Boy, that's a tough one. I mean, I
3  remember the phone call. I remember that. You know,
4  we talked about -- you know, sometimes five times a
5  day, you know, for a long time. So I mean, it was
6  kind of funny because I always would wonder why some
7  -- some of the things Victor would -- he wouldn't
8  email me back about, he would call me up about. You
9  know what I mean? But he wouldn't put it in writing.
10 He would call me.
11    And, you know, I keep fairly decent
12 records and try to remember stuff. At that time it
13 was a lot easier than trying to remember it now.
14 But, you know, for the most part if he called me and
15 said something along those lines, I would have
16 probably have recorded it, but I couldn't disclose
17 exactly who it was to the shareholders because there
18 were NDAs that we had in place. So I tried to find a
19 way to, you know, state it in a way that made more
20 sense -- that would make sense to them but at the
21 same time it wouldn't violate the NDA.
22 Q  So it sounds like you don't recall
23 anything else specifically about the phone call where
24 Mr. Tiscareno told you that the CEO of Apple met with
25 -- engaged in this meeting.

Case 1:15-cv-02118-WJM-SKC   Document 89-53   Filed 03/30/18   USDC Colorado   Page 6 of 10

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 08, 2017

Page 301

1   A   I have to correct you. He didn't
2   necessarily say the CEO of Apple. He would have said
3   the big man or the top execs met or something along
4   those lines, you know. It was insinuated to me
5   that -- that it was -- it was Steve Jobs. That's
6   what I thought. So, you know, he didn't -- he never
7   called me and said Steve Jobs out of his mouth that I
8   can remember.
9   Q   Did he use the phrase "the green light"?
10  A   Yes.
11  Q   You recall him using that?
12  A   I do remember him using that, yes. He
13  said, you have the green light, or we have the green
14  light to November forward, something along those
15  lines.
16  Q   I believe that this WAV file, you know,
17  that we used to make this transcription was dated
18  May 4th of 2010. Does that timing seem about right?
19  A   I can't really recall, but if it says
20  that's -- if it was, that's when it was, yeah.
21  Q   Okay. You don't have any reason to doubt
22  that timing?
23  A   No. Yeah. That's the only possibility.
24  Q   I think that you testified earlier, Mr.
25  Mahabub, that the -- the no radio period that Mr.

Page 302

1   Tiscareno told you about was going to last a couple
2   of weeks; is that right?
3   A   I can't remember exactly. He said it was
4   an indefinite period of time. It could be anywhere
5   from two weeks to two months to a year. He really
6   just didn't give me a timeframe, because I asked him
7   that specific question, and there wasn't, you know,
8   any kind of specific time.
9       If I remember right, he -- when I talked
10  to him his words were something about, I was starting
11  to get separation anxiety from you or something like
12  that. You know, I was like, yeah, you know, it was
13  weird. When you talk to someone for five or six
14  times a day for, you know, a year straight and all of
15  a sudden it was like no communication it's a little
16  weird.
17  Q   And did that actually happen? Was there
18  no communication?
19  A   Oh, yeah. It stopped for a bit. And then
20  I remember getting some questions in about the size
21  -- the size of the company, how many employees do you
22  have, you know, just general questions like that.
23  And I think, you know, that's when Paul really
24  started shooting through the roof thinking that they
25  were sizing us up for an acquisition, so . . .

Page 303

1   Q   And -- and during this no radio period,
2   what was your understanding as to why you were going
3   into that period?
4   A   I had no idea. I really didn't. That's
5   just what he said. So that's when I talked to Paul
6   and Paul said that he thinks they're internally
7   discussing and sizing us up. That's . . .
8   Q   Did you ask Mr. Tiscareno what the purpose
9   of the no radio period was?
10  A   I did, but there was no answer really, if
11  I remember. It was really vague. It was just very
12  vague and very kind of hazy. There was nothing
13  specifically said as to what was going on there.
14  Q   Did it concern you?
15  A   No, not really. I was -- I was more
16  excited about it than anything else because when you
17  hear we've got the green light to move forward and
18  now we're going into a no radio period in the same
19  statement, you know, it's kind of like -- it's the
20  unknown, right. You don't know what's going to
21  happen at the and of the rainbow but when you get
22  there you find out. Does that make sense?
23  Q   And, again, I'm not going to --
24  A   Yeah.
25  Q   I'll -- I'll ask you follow-up

Page 304

1   questions --
2   A   Okay.
3   Q   -- if I have them. Mr. Mahabub, the
4   presentation that was prepared for the shareholders,
5   how was it sent to the shareholders?
6   A   That's a good question. I think we sent
7   it via email, electronic delivery. So Mattos would
8   have sent an email out with a hyperlink that they
9   could have downloaded the video file from -- usually
10  if it was a video file -- I still do the same thing.
11  Like whenever you transfer big video files back and
12  forth from the studio we use something called You
13  Send It which is now owned by a company called High
14  -- I think it's High Tail now. Not You Send It
15  anymore. It's called High Tail.
16  Q   So was it distributed -- this link
17  districted the same way that -- like the shareholder
18  updates and the private placement memoranda and such
19  were sent to shareholders?
20  A   Electronically by Jim Mattos I believe,
21  yeah. I'm pretty sure that that's how it went out,
22  if I remember -- I don't remember specifically, abut
23  that's how it went out. In other words, we wouldn't
24  have printed, you know, 500 DVDs and sent them out to
25  the shareholders as physical media.

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 08, 2017

Page 309

1  into some kind of a Christmas product or something
2  along those lines. I don't exactly remember what was
3  said there. So we were kind of rushing to get this
4  stuff done.
5      But then the next thing I remember he's
6  telling me that he's retiring from Apple, that, you
7  know, I'm one of the first people that knows that,
8  not to, you know, tell, you know, anyone else that
9  I've -- that he's told that to me. And I was like,
10 okay, well, what does that mean for us, you know.
11     Q    All right. And try to orient me in time
12 here. So one of the -- one of the later exhibits
13 that we looked at at your last deposition was the
14 email correspondence where you had transcribed a
15 conversation with Mr. Tiscareno. Do you recall that?
16     A    I remember you showing it to me, yeah.
17     Q    Okay. And I'll just represent to you -- I
18 can get it out, but I'll just represent to you that
19 that's in May of 2010 --
20     A    Right.
21     Q    -- as is the audio file and a couple of
22 emails we just looked at this morning.
23     A    Uh-huh.
24     Q    So -- so when does the no radio period
25 end, to the best of your recollection?

Page 310

1   A    I don't remember.
2   Q    Okay.
3   A    I have no idea. It was a lot faster than
4  I thought though. That, I do remember. It was like
5  we were communicating quicker than I anticipated.
6   Q    And -- and you said something about a
7  Christmas product rollout. Tell me about that.
8   A    I don't remember exactly what Vic was
9  talking about, something about trying to have -- on a
10 phone call that we had trying to have something ready
11 by -- I guess by, you know, whenever Apple comes up
12 with their -- with their new products. They're
13 usually announcing them, what, September, October is
14 -- is usually a Christmas product rollout, so --
15     And I was like I don't think we're going
16 to be able to get it -- I remember talking to Walter
17 about it, my developer, and going, you know, hey,
18 Walt, we're getting -- we might not be sleeping for
19 the next four months, buddy. And -- and he was like,
20 let's do it.
21  Q    So I just want to make sure I understand.
22 Your testimony is that Mr. Tiscareno told you that
23 Apple may want to use your technology for a Christmas
24 product rollout?
25  A    It wasn't specifically that. It was -- it

Page 311

1  was something along the lines of, you know, we -- if
2  we do this and we do this right there is -- we might
3  be able to make it into a Christmas product rollout.
4  It was something -- something kind of like -- again,
5  very vague. But, you know, I'm trying to read
6  between the lines and remember what he was saying to,
7  you know, figure out what they're trying to do with
8  us.
9   Q    But you recall Mr. Tiscareno using the
10 phrase "Christmas product rollout"?
11     A    I do, yes.
12     Q    Did anybody else at Apple ever give -- say
13 that to you, use that phrase?
14     A    I think so, but I can't remember who it
15 was. It might have been a marketing guy. I just
16 don't know. It's so long ago I can't remember.
17     Q    Okay. So you have a specific recollection
18 of Mr. Tiscareno using the phrase "Christmas product
19 rollout," you don't know if anybody else at Apple
20 did?
21     A    Christmas product rollout isn't a big
22 phrase. It's just like a timing of like when -- the
23 consumer electronics industry has a heartbeat to it.
24 And oftentimes, you know, coming up into the
25 Christmastime a lot of new products are being

Page 312

1  announced, you know. That's all that means. It's
2  not like it's some huge secret thing that Apple does.
3  You know, it's just like a -- it's a heartbeat of the
4  consumer electronics industry in general.
5      So I think Christmas project rollout or
6  that phrase or something along the lines of that
7  phrase is -- is something that they're trying to put
8  out so that they could market it and get, you know,
9  the big splash for the holiday season.
10  Q    But you recall Mr. Tiscareno using those
11 words in a communication with you?
12     A    Might not have specifically been exact --
13 he might have said a rollout during the holidays, I
14 mean, whatever. I mean, who knows exactly what --
15 the words he would have said was, but the
16 interpretation would be a Christmas product rollout
17 is what I would have interpreted that as, you know.
18     I don't know if he actually used
19 specifically Christmas product rollout or we might
20 want to try to put the products into this by the time
21 Christmas comes around. Whatever it might have been,
22 that's what a Christmas product rollout refers to, in
23 my mind.
24  Q    Did he say that to you? Did he tell that
25 you Apple might want to put your technology in its

Case 1:15-cv-02118-WJM-SKC   Document 89-53   Filed 03/30/18   USDC Colorado   Page 8 of 10

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2  
February 08, 2017

Page 321

1  reason that that would have been done was to try and
2  communicate to the team in a more efficient manner.
3    Q  Okay. Tell me what you recall about that
4  communication with Mr. Tiscareno about, Ron may
5  request we go under a heavier NDA.
6    A  I'm not too sure exactly what -- it was a
7  while ago. That -- there's an email between Ron and
8  I on that, but I never received the heavier NDAs from
9  him where he was going to have some guy named --
10  or -- Sasha, I think was the guy's name, send me some
11  -- a couple -- but they never sent them.
12    Q  And I'll represent to you that I'm going
13  to show you that email.
14    A  Okay.
15    Q  That postdates this correspondence.
16    A  It was after this, yes. That's why this
17  is saying Ron may request. Victor was calling me and
18  letting me know that -- that this was probably going
19  to be something that's occurring in the future, you
20  know.
21    Q  Okay.
22    A  So it was like a setup to let me know
23  that's -- that this is probably going to be
24  happening, you know, and then sure enough, you know,
25  it happened at some point in time down the road. I'm

Page 322

1  not exactly sure when or what the timeline between
2  this email and that happened was. I just -- I can't
3  remember chronologically every day of emails with
4  Apple.
5    Q  If you go down to the next paragraph, the
6  one that begins, The other person is Andrew Bright,
7  Ph.D. in acoustics.
8    A  Uh-huh.
9    Q  Do you see that?
10    A  I do.
11    Q  Okay. And that also shows up on the email
12  in Exhibit 35, that phrase I just read, The other
13  person is Andrew Bright, Ph.D. in acoustics. But
14  then you have added, As requested by Steve himself,
15  Steve has really taken an interest in your technology
16  and wants to understand it better. Also, Steve would
17  like to have an initial introduction to you during
18  this meeting, just a simple handshake meeting with
19  him, so no need to get out the steel underwear just
20  yet. He is anxious to meet you in person and ask you
21  a few questions. I let him know yesterday that your
22  meeting with Disney was a success, and that perked
23  his ears up.
24    A  Uh-huh.
25    Q  What's the basis for that text that you

Page 323

1  added?
2    A  Same exact thing. We must have had a
3  conversation related to that exactly. Again, Steve
4  being put in because of my interpretation of who I
5  anticipated that was, was Steve Jobs. I think I
6  remember them referring to Jobs, the big man, the big
7  exec, the top -- whatever they were saying, you know.
8  A couple of times I'd swear that he said Jobs,
9  though, on the phone to me but, you know, in
10  hindsight looking back now, like I said, I probably
11  must have misinterpreted that. I can't see how, but
12  I must have. Maybe he's referring to someone else.
13    Q  Okay. Let's unpack that a little bit.
14  You specifically recall Mr. Tiscareno using the --
15  the word or the name "Jobs"?
16    A  To the best of my recollection, yes,
17  unless there's something wrong with my phone, you
18  know.
19    Q  Right. But you -- you remember hearing
20  the word "Jobs"?
21    A  I think so, yeah. That's -- yeah, I think
22  so.
23    Q  Okay. And -- and how many times do you
24  believe you heard Mr. Tiscareno say Jobs?
25    A  I don't remember.

Page 324

1    MR. HOLMES: In this context or ever?
2    MS. VOORHEES: Ever.
3    A  I don't remember. I have no idea. I
4  would swear, though, that he -- it's hard for me to
5  -- to remember because it was so long ago, but yeah.
6    Q  (BY MS. VOORHEES) I think you testified
7  last time -- but correct me if I'm wrong -- that Mr.
8  Tiscareno never used Steve Jobs.
9    A  Steve Jobs.
10    Q  Okay.
11    A  But just the word "Jobs" was -- was -- I
12  remember him saying that a couple of times. Rarely
13  would he say it, but, you know, he was always the big
14  man or the big exec or the exec or something like
15  that. It was never, you know -- it was like Voodoo
16  for people around Apple to say the name Steve Jobs.
17  It was pretty hysterical.
18    Q  Okay. So in -- you said -- now, you said
19  that you -- you now think that you were
20  misinterpreting that. What's your basis for saying
21  that?
22    A  I don't know. It just seems to me that
23  obviously from -- from this investigation and from
24  what I've heard you say regarding, you know, things
25  that are happening here and whatever, what other

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 08, 2017

Page 393

1  A    Only if I did a presentation somewhere,
2  you know, and then I'd -- I'd field questions from
3  whoever the shareholders were that would show up, but
4  that was about it.
5  Q    Did you sense any frustration on the part
6  of shareholders?
7  A    No, not really.
8       (Exhibit Number 267 was marked.)
9  Q    (BY MS. VOORHEES) Mr. Mahabub, you've
10 been handed what's been marked as Exhibit 267. It is
11 a fairly lengthy shareholder progress report dated
12 February 26, 2011. It was previously Investigative
13 Testimony Exhibit 36. Mr. Mahabub, you can look
14 through as much as you need to of the document. I'll
15 going to ask if you recognize it, and then I'm going
16 to direct to you the page -- page that's Bates
17 labeled 331.
18 A    Okay.
19 Q    Do you recognize Exhibit 267?
20 A    Yeah, vaguely, of course.
21 Q    Okay. And if you could look at the page
22 that ends in Bates label 331, you see the section
23 says, Large Consumer Electronics Company, the quote,
24 LCEC.
25 A    Yes.

Page 394

1  Q    That reads, Our discussions with the
2  confidential LCEC that I have previously advised you
3  about in prior communications are ongoing. Although
4  my primary point of contact has recently retired from
5  the LCEC, he has assured me that his replacement is
6  up to speed on where we are and what we are doing.
7  He also advised me that his replacement would
8  continue to promote and push the technology in an
9  effort to consummate a significant transaction. I
10 have met his replacement and we have established a
11 solid working relationship. Based on our discussions
12 I have concluded he is, quote, on our side, end
13 quote.
14      Mr. Mahabub, is the LCEC Apple?
15 A    Yes.
16 Q    And is the person who has retired Mr.
17 Tiscareno?
18 A    Yes.
19 Q    Who was his replacement?
20 A    I can't remember his name. It was his --
21 Vic's boss.
22 Q    Okay. Mr. Tiscareno's boss?
23 A    Yes. It was the guy that he reported -- I
24 just can't remember what his name was.
25 Q    Okay. And did you meet with Mr.

Page 395

1  Tiscareno's boss?
2  A    I did.
3  Q    When?
4  A    Vic introduced me to him. I flew up for a
5  meeting and Vic introduced me to him, and I can't
6  remember exactly when it was.
7  Q    Was it before Mr. Tiscareno had retired?
8  A    I think he had -- that's a good question.
9  I remember him calling me up and telling me he was
10 retiring, but I don't recall when the meeting was. I
11 think it might have been like during his transition
12 of going out of Apple. Somewhere within that
13 timeframe before he left he had made the introduction
14 to me to his boss.
15 Q    Okay. So what's the basis for you
16 stating, We have established a -- or we have
17 established a solid working relationship?
18 A    Well, in talking with him and Vic, I let
19 him know -- and, Vic, of course, he was up to speed
20 like Vic said. So I just said that, you know, we
21 could work together and continue where we are moving
22 forward. And he was like, yes, sure thing,
23 absolutely, no problem.
24      So I met him, I think, one more time
25 again. I flew back in, and then, you know, that's

Page 396

1  when I wrote that because we had had two
2  communication sessions and we had tried to figure out
3  what we were going to do going forward. But
4  eventually he just sort of dissipated, and then Ron
5  Isaac was the only guy left that I was working with
6  there, and then that eventually dissipated. So that
7  was all like 2011 timeframe.
8  Q    What's the basis for the statement, Based
9  on our discussions I have concluded he is, quote, on
10 our side?
11 A    On our side meaning he's -- any time you
12 do any type of technology, they're bringing you a
13 large company you look for what's called a champion,
14 right. A champion is someone who will promote and
15 advocate for your technology, right. So he seemed
16 like he was an advocate of our technology.
17 Q    And -- and when you say "he," you mean Mr.
18 Tiscareno's boss?
19 A    Yes.
20 Q    Who you cannot recall the name of it?
21 A    I don't remember his name, no. That was
22 quite some time ago. I don't remember.
23 Q    Okay. And you met him twice?
24 A    Yes.
25 Q    Mr. Mahabub, I'm going to hand you what's

Case 1:15-cv-02118-WJM-SKC   Document 89-53   Filed 03/30/18   USDC Colorado   Page 10 of 10

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 08, 2017

Page 541

```
 1   STATE OF COLORADO )
 2                    ) ss.
 3   COUNTY OF DENVER )
 4        I hereby certify that the witness in the
 5   foregoing deposition, TAJ JERRY MAHABUB, was by me
 6   duly sworn to testify to the truth, the whole truth,
 7   and nothing but the truth, in the within-entitled
 8   cause; that said deposition was taken at the time and
 9   place herein named; that the deposition is a true
10   record of the witness's testimony as reported by me,
11   a duly certified shorthand reporter and a
12   disinterested person, and was thereafter transcribed
13   into typewriting by computer.
14        I further certify that I am not interested
15   in the outcome of the said action, nor connected
16   with, nor related to any of the parties in said
17   action, nor to their respective counsel.
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this 13th day of February, 2017.
20   Reading and Signing was:
21   Requested
22
23            [signature]
24
25       BARBARA J. CASTILLO, RMR, CRR
```