**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

  v.

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

---

**DECLARATION OF ANDREW B. HOLMES**

---

I, Andrew B. Holmes, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, that this declaration is made on my personal knowledge, and that I am competent to testify as to the matters stated herein:

1.  I am a partner in the law firm of Holmes, Taylor, Scott & Jones LLP, counsel for defendant Taj Jerry Mahabub.

2.  Attached hereto as **Exhibit 92** is a true and correct copy of excerpts from the reporter's transcript of the February 7, 2017 deposition of Dell Frank Skluzak.

3.  Attached hereto as **Exhibit 93** is a true and correct copy of excerpts from the reporter's transcript of the July 22, 2016 deposition of Jim Wei-Kung Mattos.

4.  Attached hereto as **Exhibit 94** is a true and correct copy of excerpts from the reporter's transcript of the January 19, 2017 and February 8, 2017 deposition testimony of Taj Jerry Mahabub, volumes 1 and 2 respectively.

5.  Attached hereto as **Exhibit 95** is a true and correct copy of excerpts from the reporter's transcript of the April 6, 2015 SEC administrative testimony of Dean Eldridge.

I declare under penalty of perjury of the Laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of March 2018 at Los Angeles, California.

_____
Andrew B. Holmes

1