Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                    )

                                     ) File No. D-03450-A

GENAUDIO, INC.                       )


WITNESS:   Dean Eldridge

PAGES:     1 through 61

PLACE:     635 All View Lane

           Corvallis, Montana 59828

DATE:      Monday, April 6, 2015


        The above entitled matter came on for hearing,
pursuant to notice, at 1:00 p.m.












                Diversified Reporting Services, Inc.

                        (202) 467-9200

Page 2

```
1    APPEARANCES:
2
3    On behalf of the Securities and Exchange Commission:
4        JENNIFER OSTROM, ESQ.
5        Securities and Exchange Commission
6        Division of Enforcement
7        1801 California Street, Suite 4800
8        Denver, Colorado 80202
9
10   On behalf of the Witness:
11       DEAN ELDRIDGE, PRO SE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1              P R O C E E D I N G S
2        MS. OSTROM:  Okay.  So we'll go on the
3    record at 1 p.m. on April 6 of 2015 and would you
4    please swear the witness in.
5        COURT REPORTER:  I'll have you raise your
6    right hand.
7        Do you solemnly swear or affirm that the
8    testimony you're about to give in this cause will
9    be the truth, the whole truth and nothing but the
10   truth, so help you God?
11       MR. ELDRIDGE:  I do.
12   Whereupon,
13              DEAN ELDRIDGE,
14   was called as a witness and, having been first duly
15   sworn, was examined and testifies as follows:
16              EXAMINATION
17       MR. ELDRIDGE:  Go ahead and open this
18   envelope now?
19       MS. OSTROM:  Yeah.
20       BY MS. OSTROM:
21       Q   Would you please spell your full name for
22   the record.
23       A   Maurice Dean Eldridge.
24       Q   Can you spell it for the record, too.
25       COURT REPORTER:  She wants you to spell
```

Page 3

```
1              C O N T E N T S
2
3    WITNESS:                 EXAMINATION
4    Dean Eldridge                 4
5
6    EXHIBITS:    DESCRIPTION       IDENTIFIED:
7    106      Subpoena              9
8    107      Subpoena Duces Tecum        9
9    108      Background Questionnaire     11
10   109      11/1/2013 Email from Jerry    50
11           Mahabub to Rosalinda1
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1    it.
2        A   M-a-u-r-i-c-e, D-e-a-n, E-l-d-r-i-d-g-e.
3        BY MS. OSTROM:
4        Q   Okay, thank you.  And my
5    name is Jennifer Ostrom, and I am an officer with
6    the United States Securities and Exchange
7    Commission for purposes of this proceeding.  And
8    this is an investigation by the Commission in the
9    matter of GenAudio, Inc., to determine whether
10   there have been violations of certain provisions of
11   federal securities laws.  However, the facts
12   developed in this investigation might constitute
13   violations under federal or state civil or criminal
14   laws.  And Mr. Eldridge, do you have the
15   documents that were sent to you?
16       A   I do.
17       Q   Okay.  Go ahead and open those now, all
18   right?
19       A   Okay, I have.
20       Q   And on the top there should be something
21   called a Formal Order of Investigation.
22       A   Yes, private investigation designating
23   officers to take testimony.
24       Q   Exactly.  And that's available for you to
25   look at during the course of this proceeding, and
```

Page 22

```
 1   companies --
 2       Q   Okay.
 3       A   -- that Apple was going to be the big deal.
 4       Q   Okay.  And then how many shares is it
 5   that you gave him money for in 2013 that you didn't
 6   get the certificates for?
 7       A   Those were -- we gave him $10,000 and
 8   they were 50 cents a share, so it would be 20,000
 9   shares.
10       Q   Okay.
11       A   And also I guess three other people gave
12   me money to send to him all at one wire transfer,
13   so we wired 25,000 out of our account to him --
14       Q   Okay.
15       A   -- and it was 5,000 for three other
16   people and 10,000 for us.
17       Q   Okay.  And the -- I'm sorry, the other
18   shares that you had, did you ever get rid of any or
19   do you have all of them, other than the ones he
20   didn't give you?
21       A   We still have them all.
22       Q   Okay, okay.  Do you recall what you heard
23   from Mr. Mahabub or Mr. Mattos, or anything from
24   the company, between your January 2010 purchase
25   from Mr. Mahabub and when you bought more shares in
```

Page 23

```
 1   August of 2010?  Do you remember what -- anything
 2   that was told to you between there that made you
 3   want to invest more?
 4       A   I guess it was just all the deals that
 5   they had going and, you know, it sounded so good
 6   that we just thought, well, if they -- they need
 7   more money to operate on and get these deals done,
 8   and apparently the deals weren't there.
 9       Q   Okay.  Now, when is it that you first
10   learned there were supposedly dealings between
11   Apple and GenAudio?
12       A   Was that 2010?
13       Q   Well, was it at the Seattle meeting?
14       A   It was at the Seattle meeting in 9.
15       Q   Okay.  Did you hear anything about Apple
16   before that?
17       A   Well, I guess we did through our son and
18   Jimmy.
19       Q   Okay.  And what did you hear from your
20   son and Mr. Mattos?
21       A   Well, Derek told us that Jimmy had called
22   him, because they were really good friends at that
23   time, and Jimmy called him almost weekly and told
24   him about all the great things that were going on
25   and that they needed to, you know, get people
```

Page 24

```
 1   involved, this thing is really going.  And so then
 2   Derek would talk to us and tell us about it, and so
 3   I guess that's when we bought that second bunch.
 4       Q   Okay.  And at some point did Mr. Mattos
 5   tell your son Derek things about Apple and
 6   GenAudio?
 7       A   Oh yeah.
 8       Q   Okay.  What do you remember him saying?
 9       A   Well, just that -- the same -- the same
10   thing, that Apple was really interested in possibly
11   buying the company and they were working on the
12   deal, and Jerry had met with them, and all of the
13   above.
14       Q   Okay.  And is there a time in which you
15   came to realize that Apple was not interested in
16   pursuing a transaction with GenAudio?
17       A   Yeah, I can't remember exactly when that
18   was, but I guess there was -- I don't know if that
19   was the time where the other board was taking over
20   and really realizing that -- I had -- I had a
21   meeting with Dell Shlack, Dell Shlack?
22       Q   Skulzak.
23       A   Yeah.
24       Q   Right, okay.
25       A   Mike Elliot and Tim Hurt and I had a
```

Page 25

```
 1   meeting with him, and I can't remember the guy's
 2   name that used to work for Apple, anyway, we had a
 3   dinner meeting, it wasn't an official, it was kind
 4   of an enlightening thing of what was going on with
 5   the company.  And that -- I forget -- like I say, I
 6   forget the guy's name that worked at Apple.
 7   Anyway, he was at the meeting and he was at that
 8   meeting when Jerry was there, and there was
 9   absolutely no talk of Apple ever thinking about
10   buying the company at that time.
11           And Jerry had only had one meeting with
12   Apple, and I guess one of the guys that was there
13   got so mad at Jerry, he got up and walked out and
14   then later came back and apologized.  But that
15   was -- as far as we know, have heard from anybody,
16   that was the only communication that Jerry had a
17   meeting or anything with Apple.  Now, he may have
18   had communications through emails, I don't know,
19   but that was -- But then that's when we found out
20   that really Apple was by the wayside and --
21       Q   Okay.  So that was when -- had
22   Mr. Skulzak become part of the company by that
23   time?
24       A   Yes.
25       Q   Okay.  So it was definitely by 2013, at
```

Page 58

1    A   Yes.
2    Q   And other than your wife, Linda, have you
3  spoken with anyone regarding the fact that you were
4  going to talk to me today?
5    A   Mike Elliot, I told him I was talking to
6  you today.
7    Q   Okay.  Anything in particular or just
8  that you were going to --
9    A   No, just --
10   Q   -- talk to me?
11   A   -- just that I was going to have the
12  deposition with you today.
13   Q   Okay.  And do you know anyone else who
14  has been subpoenaed or testified in this
15  investigation?
16   A   No, I don't.
17       MS. OSTROM:  Okay.  And Mr. Eldridge, I
18  don't have any further questions at this time.  I
19  may, however, have to call you again to testify in
20  this investigation, should this be necessary I will
21  contact you through your counsel.
22       And is there anything you wish to clarify
23  or add to the statements you made today?
24       MR. ELDRIDGE:  No, I think that's about
25  it.

Page 60

1              PROOFREADER'S CERTIFICATE
2
3  In the Matter of:   GENAUDIO, INC.
4  Witness:        Dean Eldridge
5  File Number:    D-03450-A
6  Date:           April 6, 2015
7  Location:       Corvallis, MT
8
9
10      This is to certify that I, Nicholas Wagner,
11  (the undersigned), do hereby swear and affirm
12  that the attached proceedings before the U.S.
13  Securities and Exchange Commission were held
14  according to the record and that this is the
15  original, complete, true and accurate transcript
16  that has been compared to the reporting or recording
17  accomplished at the hearing.
18
19
20
21  _____   _____
22  (Proofreader's Name)      (Date)
23
24
25

Page 59

1       MS. OSTROM:  Okay.  And why don't we go
2  off the record at 2:15 p.m. on April 6th of 2015.
3       (Whereupon at 2:15 p.m., the examination
4  was concluded.)
5              * * *
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    PROOFREADER'S CERTIFICATE

2

3    In the Matter of:     GENAUDIO, INC.

4    Witness:              Dean Eldridge

5    File Number:          D-03450-A

6    Date:                 April 6, 2015

7    Location:             Corvallis, MT

8

9

10        This is to certify that I, Nicholas Wagner,

11   (the undersigned), do hereby swear and affirm

12   that the attached proceedings before the U.S.

13   Securities and Exchange Commission were held

14   according to the record and that this is the

15   original, complete, true and accurate transcript

16   that has been compared to the reporting or recording

17   accomplished at the hearing.

18

19

20

21   _____          _____

22   (Proofreader's Name)              (Date)

23

24

25

1                   C E R T I F I C A T E

2

3   STATE OF MONTANA      )
                          :   ss.
4   County of Ravalli     )

5             I, Terra Rohlfs, RPR, Freelance Court
    Reporter and Notary Public for the State of
6   Montana, residing in Hamilton, Montana, do hereby
    certify:

7

            That I was authorized to and did report
8   the SEC interview of DEAN ELDRIDGE in this cause;

9

            That the foregoing pages of this
10  Interview constitute a true and accurate
    transcription of my stenotype notes of the
11  testimony of said witness.

12            I further certify that I am not an
    attorney nor counsel of any of the parties; nor a
13  relative or employee of any attorney or counsel
    connected with the action, nor financially
14  interested in the action.

15            IN WITNESS WHEREOF, I have hereunto set
    my hand and seal on this the 14th day of April, 2015.

16

17

18                        Terra Rohlfs, RPR,
                          Freelance Court Reporter
19                        Notary Public, State of Montana
                          Residing in Hamilton, Montana
20                        My Commission expires: 11/4/15

21

22                        TERRA ROHLFS
                          NOTARY PUBLIC for the
23                        State of Montana
                          Residing at Hamilton, Montana
                          My Commission Expires
24                        November 4, 2015

25