IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

## DECLARATION OF LESLIE J. HUGHES

I, Leslie J. Hughes, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1.     I am a Trial Attorney in the Securities and Exchange Commission's ("SEC") Denver Regional Office, and I am one of the attorneys representing the SEC in this matter.

2.     The attached Table of Exhibits ("Table") lists the new Exhibits 221 through 230 cited in the concurrently filed Plaintiff Securities and Exchange Commission's Reply

1

in Support of its Revised Motion for Summary Judgment Against Defendants Taj Jerry Mahabub and GenAudio, Inc.

3.      The Exhibits listed in the Table are true and correct copies of investigative testimony transcripts, deposition transcripts, exhibits, and other documents produced by GenAudio or other witnesses during the SEC's investigation that preceded this matter and in this litigation.  In addition, Exhibit 230 is a summary of the SEC's Statements of Fact from the Revised Motion for Summary Judgment [ECF No. _], the Defendants' Responses to the Statements of Fact, the SEC's Replies to the Statements of Fact, the Defendants' Additional Statements of Fact and the SEC's Responses.

4.      As indicated on the Table, the SEC included excerpts of testimony, depositions, and large documents.

5.      The SEC also redacted the exhibits to remove personal identifying information.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on April 20, 2018 in Denver Colorado.

s/ Leslie J. Hughes
Leslie J. Hughes

Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
HughesLJ@sec.gov
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor, Scott & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2200
Email: abholmes@htsjlaw.com
*Attorneys for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
Email: David.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren

3