**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

---

**TABLE OF EXHIBITS
TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
REPLY ON REVISED MOTION FOR SUMMARY JUDGMENT AGAINST
DEFENDANTS TAJ JERRY MAHABUB AND GENAUDIO, INC.**

---

| Exhibit Number | Description |
|---|---|
| Exhibit 221 | Additional Excepts of Deposition of Defendant Taj "Jerry" Mahabub (Jan. 19 and Feb. 8, 2017) |
| Exhibit 222 | Additional Excepts of Investigative Testimony of Victor Tiscareno (Dec. 3, 2014 and Apr. 29, 2015) |
| Exhibit 223 | Additional Excepts of Deposition of Ronald Isaac (Jan. 13, 2017) |
| Exhibit 224 | Additional Excepts of Investigative Testimony of Taj "Jerry" Mahabub (Feb. 5 and 12, 2015) |
| Exhibit 225 | Mahabub email (May 18, 2010) about email blast sent to Alan Stone's contacts re upcoming road show presentations. (JM001973-74) (redacted) |

| **Exhibit Number** | **Description** |
|---|---|
| Exhibit 226 | GenAudio, Inc. Common Stock Transfer Ledger – showing Rosenblatt transactions (Shareholder List Dep. Ex. 198) (GA001816, 1819, 1823, 1834) (redacted) |
| Exhibit 227 | Additional Excepts of Deposition of Victor Tiscareno (Dec. 16, 2016) |
| Exhibit 228 | Additional Excepts of Investigative Testimony of Michael Hailey (Apr. 21, 2015) |
| Exhibit 229 | Additional Excerpts of Deposition of Dell Skluzak (Feb. 7, 2017) |
| Exhibit 230 | Summary of SEC's and Defendants' Statements of Fact, Responses and Replies |
| | |
| | |
| | |

DATED:  April 20, 2018

Respectfully Submitted,

*/s Leslie J. Hughes*
Leslie J. Hughes (Colo. Bar No. 15043)
Danielle R. Voorhees (Colo. Bar No. 35929)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
HughesLJ@sec.gov
VoorheesD@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor, Scott & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2200
Email: abholmes@htsjlaw.com
*Attorneys for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
Email: David.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren