**EXCERPTED**

# EXHIBIT 221

# In The Matter Of:

*Securities and Exchange Commission v.*
*Taj Jerry Mahabub, et al.*

---

*Taj Jerry Mahabub*
*Vol. 1*
*January 19, 2017*

---

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California 94103*
*(415) 597-5600*

Original File 30906Mahabub.txt
**Min-U-Script® with Word Index**

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 3 of 16

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 1  
January 19, 2017

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3
 4   - - - - - - - - - - - - - - -
 5  SECURITIES AND EXCHANGE       )
 6  COMMISSION,                   )
 7              Plaintiff,    )
 8                                ) CASE NO.
 9  v.                            ) 1:15-cv-02118-CBS-WJM
10                                )
11  TAJ JERRY MAHABUB, GENAUDIO,  )
12  INC., and ASTOUND HOLDINGS,   )
13  INC.,                         )
14              Defendants.   )
15   - - - - - - - - - - - - - - -
16
17          VIDEOTAPED DEPOSITION OF TAJ JERRY MAHABUB
18                  THURSDAY, JANUARY 19, 2017
19                   PAGES 1 - 256; VOLUME 1
20
21                BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY: PAULA A. PYBURN, CSR NO. 7304, RPR, CLR
23                              160 SPEAR STREET, SUITE 300
24                          SAN FRANCISCO, CALIFORNIA 94105
25                                            (415) 597-5600
```

Page 2

```
 8      Videotaped deposition of TAJ JERRY MAHABUB,
 9   VOLUME 1, taken by Plaintiff, at 444 South Flower
10   Street, Suite 900, Los Angeles, California,
11   commencing at 10:17 a.m., on THURSDAY, JANUARY 19,
12   2017, before Paula A. Pyburn, Certified Shorthand
13   Reporter No. 7304, RPR, CLR, pursuant to Notice.
```

Page 3

```
 1  APPEARANCES OF COUNSEL:
 2  FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION:
 3       SECURITIES AND EXCHANGE COMMISSION
 4       BY:  DANIELLE R. VOORHEES, TRIAL COUNSEL
 5            LESLIE HENDRICKSON HUGHES, TRIAL COUNSEL
 6       1961 Stout Street, Suite 1700
 7       Denver, Colorado 80294
 8       Telephone: (303) 844-1000
 9       Email:  voorheesd@sec.gov
10               hugheslj@sec.gov
11
12  FOR DEFENDANT TAJ JERRY MAHABUB:
13       HOLMES, TAYLOR & JONES LLP
14       BY:  ANDREW B. HOLMES, ATTORNEY AT LAW
15       617 South Olive Street, Suite 1200
16       Los Angeles, California 90014
17       Telephone:  (213) 985-2200
18       Email:  abholmes@htjlaw.com
```

Page 4

```
 1  APPEARANCES OF COUNSEL - (CONTINUED):
 2  FOR DEFENDANT GENAUDIO, INC.:
 3       WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
 4       BY:  MICHAEL P. MCCLOSKEY, ATTORNEY AT LAW
 5       655 West Broadway, Suite 900
 6       San Diego, California 92101
 7       Telephone: (619) 881-3326
 8       Email:   michael.mccloskey@wilsonelser.com
 9
10  FOR DEFENDANT ASTOUND HOLDINGS, INC.
11  - (A.M. SESSION):
12       BENZ LAW GROUP
13       BY:  JEFFREY BENZ, ATTORNEY AT LAW
14       12021 Wilshire Boulevard, Suite 256
15       Los Angeles, California 90025
16       Telephone: (310) 570-2774
17       Email:  jeffreybenz@gmail.com
18
19  ALSO PRESENT:
20       CASEY HOWELL, VIDEOTAPE OPERATOR
```

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 4 of 16

Securities and Exchange Commission v.                                         Taj Jerry Mahabub - Vol. 1
Taj Jerry Mahabub, et al.                                                          January 19, 2017

                                                                    Page 5
 1                       INDEX
 2    THURSDAY, JANUARY 19, 2017
 3    TAJ JERRY MAHABUB - VOLUME 1                     PAGE
 4         Examination by MS. VOORHEES                   14
 5    P.M. SESSION                                      153
 6         Examination resumed by MS. VOORHEES          153
 7
 8
 9                        -O0O-
10
11
12        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
13                   PAGE         LINE
14                        NONE.
15
16
17
18
19
20
21
22
23
24
25

                                                                    Page 6
 1                      EXHIBITS
 2             TAJ JERRY MAHABUB - VOLUME 1
 3    Number          Description                       Page
 4    Exhibit 199   DECEMBER 11, 2008, CONFIDENTIAL
 5                  PRIVATE PLACEMENT MEMORANDUM,
 6                  GENAUDIO, INC., BATES NOS.
 7                  GA006483 THROUGH GA006585
 8                  - 103 pages                          35
 9
10    Exhibit 200   March 25, 2009, Confiden
11                  CONFIDENTIAL PRIVATE
12                  PLACEMENT MEMORANDUM,
13                  GENAUDIO, INC., BATES NOS.
14                  GA007367 THROUGH GA007453
15                  - 87 pages                           40
16
17    Exhibit 201   EMAIL CHAIN, BATES NOS.
18                  SEC-ELLIOTT-E-0002589
19                  THROUGH SEC-ELLIOTT-E-000292
20                  - 4 pages                            40
21
22    Exhibit 202   EMAIL CHAIN, BATES NOS.
23                  SEC-MAHABUBJ-E-0007972
24                  THROUGH SEC-MAHABUBJ-
25                  E-0007979 - 8 pages                  49

                                                                    Page 7
 1                 EXHIBITS - (CONTINUED)
 2             TAJ JERRY MAHABUB - VOLUME 1
 3    Number          Description                       Page
 4    Exhibit 203   EMAIL CHAIN, BATES NOS.
 5                  SEC-TISCARENOV-E-0000325
 6                  THROUGH SEC-TISCARENOV-
 7                  E-0000326 - 2 pages                  68
 8
 9    Exhibit 204   8/10/09 EMAIL FROM JERRY
10                  MAHABUB TO GARY SMITH, ETC.,
11                  BATES NOS. SEC-MAHABUBJ-E-
12                  0022806 THROUGH
13                  SEC-MAHABUBJ-E-0022882
14                  - 78 pages                           69
15
16    Exhibit 205   EMAIL CHAIN, BATES NOS.
17                  347APL-00000608 THROUGH
18                  347APL-00000621 - 14 pages           81
19
20    Exhibit 206   EMAIL CHAIN, BATES NOS.
21                  SEC-MAHABUBJ-E-0023716
22                  THROUGH SEC-MAHABUBJ-
23                  E-0023729 - 14 pages                 81
24
25

                                                                    Page 8
 1                 EXHIBITS - (CONTINUED)
 2             TAJ JERRY MAHABUB - VOLUME 1
 3    Number          Description                       Page
 4    Exhibit 207   EMAIL CHAIN, BATES NOS.
 5                  GA006846 THROUGH GA006850,
 6                  - 5 pages                           111
 7
 8    Exhibit 208   EMAIL CHAIN, BATES NOS.
 9                  SEC-TISCARENOV-E-0000946
10                  THROUGH SEC-TISCARENOV-
11                  E-0000954 - 9 pages                 125
12
13    Exhibit 209   EMAIL CHAIN, BATES NOS.
14                  SEC-MAHABUBJ-E-0023474
15                  THROUGH SEC-MAHABUBJ-
16                  E-0023489 - 16 pages                126
17
18    Exhibit 210   EMAIL CHAIN, BATES NOS.
19                  JM000378 THROUGH JM000380
20                  - 3 pages                           138
21
22    Exhibit 211   EMAIL CHAIN, BATES NOS.
23                  JM000727 THROUGH JM000279
24                  - 3 pages                           173
25

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 5 of 16

Securities and Exchange Commission v.                                    Taj Jerry Mahabub - Vol. 1
Taj Jerry Mahabub, et al.                                                       January 19, 2017

Page 9

```
 1              EXHIBITS - (CONTINUED)
 2         TAJ JERRY MAHABUB - VOLUME 1
 3   Number         Description                    Page
 4   Exhibit 212   EMAIL CHAIN, BATES NOS.
 5                 SEC-TISCARENOV-E-0001047
 6                 THROUGH SEC-TISCARENOV-
 7                 E-0001048 - 2 pages              183
 8
 9   Exhibit 213   EMAIL CHAIN, BATES NOS.
10                 SEC-MAHABUBJ-E-0019545
11                 THROUGH SEC-MAHABUBJ-
12                 E-0019549 - 5 pages              183
13
14   Exhibit 214   EMAIL CHAIN, BATES NOS.
15                 JM002048 THROUGH JM002052
16                 - 5 pages                        197
17
18   Exhibit 215   EMAIL CHAIN, BATES NOS.
19                 SEC-TISCARENOV-E-0001119
20                 THROUGH SEC-TISCARENOV-
21                 E-0001120 - 2 pages              209
22
23   Exhibit 216   EMAIL CHAIN, BATES NOS.
24                 JM002045 THROUGH JM002046
25                 - 2 pages                        218
```

Page 10

```
 1              EXHIBITS - (CONTINUED)
 2         TAJ JERRY MAHABUB - VOLUME 1
 3   Number         Description                    Page
 4   Exhibit 217   5/6/10 EMAIL FROM JERRY
 5                 MAHABUB TO BOB COOVER, ETC.,
 6                 BATES NOS. JM002017 THROUGH
 7                 JM002020 - 4 pages               223
```

Page 11

```
 1           PREVIOUSLY MARKED EXHIBITS
 2         TAJ JERRY MAHABUB - VOLUME 1
 3   Number         Description                    Page
 4   Exhibit 16    EMAIL CHAIN, BATES NOS.
 5                 SEC0000001 THROUGH
 6                 SEC0000005 - 5 pages             244
 7
 8   Exhibit 21    EMAIL CHAIN, BATES NOS.
 9                 JM002096 THROUGH JM002099
10                 - 4 pages                        105
11
12   Exhibit 23    10/19/09 EMAIL FROM JERRY
13                 MAHABUB TO VICTOR TISCARENO,
14                 ETC., BATES NOS.
15                 SEC-TISCARENOV-E-0000635
16                 THROUGH SEC-TISCARENOV-
17                 E-0000636 - 2 pages              112
18
19   Exhibit 27    EMAIL CHAIN, BATES NOS.
20                 SEC-TISCARENOV-E-0000992
21                 THROUGH SEC-TISCARENOV-E
22                 - 0000993 - 2 pages              138
```

Page 12

```
 1      PREVIOUSLY MARKED EXHIBITS - (CONTINUED)
 2         TAJ JERRY MAHABUB - VOLUME 1
 3   Number         Description                    Page
 4   Exhibit 28    EMAIL CHAIN, BATES NOS.
 5                 JM001041 THROUGH JM001046
 6                 - 6 pages                        153
 7
 8   Exhibit 30    3/21/10 EMAIL FROM JERRY
 9                 MAHABUB TO VICTOR TISCARENO,
10                 ETC., BATES NOS.
11                 347APL-00000315 THROUGH
12                 347APL-00000316 - 2 pages        173
13
14   Exhibit 71    EMAIL CHAIN WITH ATTACHMENT,
15                 BATES NOS.  SEC-
16                 TISCARENOV-E-0000114 THROUGH
17                 SEC-TISCARENOV-E-0000118
18                 - 5 pages                         31
19
20   Exhibit 72    GENAUDIO, INC., BOARD OF
21                 DIRECTORS TELEPHONIC MEETING
22                 MINUTES FROM SEPTEMBER 25TH,
23                 2009, BATES NO. GA006254
24                 - 1 page                         100
25
```

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 1
January 19, 2017

Page 13

 1    THURSDAY, JANUARY 19, 2017; 10:17 A.M.
 2
 3        (All counsel stipulated to waive the
 4        reporter read on and read off pursuant
 5        to Federal Rule 30.)
 6
 7     THE VIDEOGRAPHER: Good morning.  We're now on
 8  the record.  Here begins DVD No. 1, Volume 1, in
 9  the deposition of Taj Jerry Mahabub in the matter
10  of "Securities and Exchange Commission v. Taj Jerry
11  Mahabub, et al.," being heard in the United States
12  District Court for the District of Colorado, Case
13  No. 1:15-cv-02118-CBS-WJM.
14        Today's date, January 19, 2017.  The time
15  is 10:17 a.m.
16        The video operator today is Casey Howell,
17  contracted by Behmke Reporting & Video Services,
18  located at 160 Spear Street, Suite 300,
19  San Francisco, California.
20        This video deposition is taking place at
21  444 South Flower Street, Suite 900, Los Angeles,
22  California, and was noticed by Danielle Voorhees,
23  Esq., of the Securities and Exchange Commission.
24        Would counsel and all present please
25  identify themselves for the record.

Page 14

 1     MS. VOORHEES: Danielle Voorhees and
 2  Leslie Hughes on behalf of the Securities and
 3  Exchange Commission.
 4     MR. HOLMES: Andrew Holmes on behalf of the
 5  witness.
 6     MR. MCCLOSKEY: Michael McCloskey on behalf of
 7  GenAudio.
 8     MR. BENZ: Jeff Benz on behalf of Astound
 9  Holdings.
10     THE VIDEOGRAPHER: Thank you.
11        Your court reporter is Paula Pyburn,
12  certified shorthand reporter contracted by Behmke
13  Reporting & Video Services.  She will now
14  administer the oath.
15     THE REPORTER: Raise your right hand, please.
16              * * *
17           TAJ JERRY MAHABUB,
18  having been duly sworn, testified as follows:
19              * * *
20             EXAMINATION
21  BY MS. VOORHEES:
22    Q.  Mr. Mahabub, you can put your hand down.
23  Thank you.
24        I'm Danielle Voorhees on behalf of the
25  Securities and Exchange Commission, and I'm here

Page 15

 1  with Leslie Hughes.
 2        You've met both of us before; correct?
 3        Is that a "yes"?
 4    A.  Yes.
 5    Q.  All right.  We'll go over some ground
 6  rules.
 7        As your counsel noted, the court reporter
 8  is trying to take down everything that's being said
 9  in the room today, and so we need you to answer
10  verbally my questions.  I need you to try to wait
11  till I finish with my question before you answer,
12  which I know is hard, because you will see where
13  I'm going sometimes, but she has to take down
14  everything.
15        If you could pause just briefly after I
16  ask my questions, it'll probably be helpful for
17  counsel, because they may make objections, and then
18  you can go ahead and answer the question.
19        All right?
20    A.  Yes.
21    Q.  If you need me to clarify anything, just
22  ask me to do it.  Otherwise, I'm going to assume
23  that you understand the questions I ask.
24        Okay?
25    A.  Yes.

Page 16

 1    Q.  We can take breaks today as you need them.
 2  So just let us know.  We won't take a break while a
 3  question is pending, but otherwise, you know, we
 4  want everybody to be concentrated on what's going
 5  on; so let me know if you need to take a break.
 6        Okay?
 7    A.  Okay.
 8    Q.  Do you understand that you're under oath
 9  today?
10    A.  I do.
11    Q.  Okay.  Mr. Mahabub, just to make this go a
12  little faster, I want to go over a few key terms.
13        When I use the word "GenAudio," is it fair
14  that I'm referring to GenAudio, Incorporated, the
15  entity that's a defendant in this case?
16    A.  Yes.
17    Q.  Okay.  And if I refer to "Astound," I'm
18  referring to Astound Holdings, Inc., another entity
19  that is a defendant in this case.
20        Does that make sense?
21    A.  Yes.
22    Q.  If I refer to "Apple," I'm referring to
23  Apple, Incorporated.
24        Does that make sense?
25    A.  Yes.

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 7 of 16

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 1
January 19, 2017

Page 253

1   deposition of Jerry Mahabub.  The time is 3:51.
2       Please proceed.
3     MS. VOORHEES: All right.
4     Q.  Mr. Mahabub, before -- I think after we
5   actually went off the record last time, you said
6   you thought you maybe had 30 minutes left to give
7   us in the deposition?
8     A.  Around there.
9     Q.  Okay.  So given that, and given that the
10  parties have agreed that we can reconvene this
11  deposition on February 8th, 2017, in Denver, we're
12  going to go ahead and conclude the deposition for
13  today.
14    A.  Okay.  That --
15    Q.  We will issue an amended notice that will
16  have you appear at our office in Denver on
17  February 8th, 2017.
18    A.  Okay.
19    Q.  Okay?
20    A.  That's great, yeah.
21    MS. VOORHEES: All right.  Thank you.
22       Counsel, anything else?
23    MR. MCCLOSKEY: So stipulated.  We'll see you
24  on the 8th.
25    MR. HOLMES: Yeah.

Page 254

1     MS. VOORHEES: Okay.  Sounds good.  Thank you.
2     THE WITNESS: Oh, wait.  And we just pick up
3   where we left off or --
4     MR. HOLMES: Yeah.  Yeah.
5     MS. HUGHES: We also wanted to stipulate that
6   the court reporter did not need to put on her
7   address, business address and those things at the
8   beginning and end of the deposition.
9     THE REPORTER: For the federal rule read on?
10    MS. HUGHES: Yes.
11    MR. HOLMES: So stipulated.
12    MR. MCCLOSKEY: So stipulated.
13    MS. VOORHEES: Agreed.
14    THE VIDEOGRAPHER: This concludes today's
15  deposition of Jerry Mahabub.  The number of DVDs
16  used was three.  The original media will be
17  retained at Behmke Reporting & Video Services,
18  Incorporated, located at 160 Spear Street,
19  Suite 300, San Francisco, California.
20       We're going off the record.  The time is
21  3:52.
22       (Off video record.)
23    THE REPORTER: Do you guys need certified
24  copies?
25    MR. HOLMES: No, I don't.

Page 255

1       Do you want -- are you getting a certified
2   copy?
3     MR. MCCLOSKEY: You guys get the original.
4     MS. VOORHEES: We noticed it.  We will get the
5   original.
6     MR. MCCLOSKEY: Yes, I want a certified copy.
7     THE REPORTER: Does anyone need a rough draft?
8     MS. VOORHEES: Whatever our order is.  We'll
9   have to get back to you on that.
10        (At 3:54 p.m., the deposition
11      proceedings adjourned to February 8,
12      2017.)
13
14
15
16      _____
17           TAJ JERRY MAHABUB
18
19
20
21
22
23
24
25

Page 256

1   STATE OF CALIFORNIA    )
2                          ) ss
3   COUNTY OF RIVERSIDE    )
4       I hereby certify that the witness in the
5   foregoing deposition, TAJ JERRY MAHABUB,, was by me
6   duly sworn to testify to the truth, the whole truth and
7   nothing but the truth, in the within-entitled cause;
8   that said deposition was taken at the time and place
9   herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested
12  person, and was thereafter transcribed into typewriting
13  by computer.
14      I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18      IN WITNESS WHEREOF, I have hereunto set my
19  hand this 27th day of January, 2017.
20  Reading and Signing was:
21  _X_ requested   ___ waived   ___ not requested
22
23          _/s/ Paula A. Pyburn_____
24
25       PAULA A. PYBURN, CSR NO. 7304, RPR, CLR

# In The Matter Of:

*Securities and Exchange Commission v.*
*Taj Jerry Mahabub, et al.*

*Taj Jerry Mahabub*
*Vol. 2*
*February 8, 2017*

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California  94105*
*(415) 597-5600*

Original File 31006MahabubV2.txt
**Min-U-Script® with Word Index**

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2  
February 8, 2017

Page 257

```
 1             IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLORADO
 3
 4   - - - - - - - - - - - - - -
 5  SECURITIES AND EXCHANGE      )
 6  COMMISSION,                  )
 7            Plaintiff,         )
 8                               ) CASE NO.
 9  v.                           ) 1:15-cv-02118-CBS-WJM
10                               )
11  TAJ JERRY MAHABUB, GENAUDIO, )
12  INC., and ASTOUND HOLDINGS,  )
13  INC.,                        )
14            Defendants.        )
15   - - - - - - - - - - - - - -
16
17        VIDEOTAPED DEPOSITION OF TAJ JERRY MAHABUB
18                WEDNESDAY, FEBRUARY 8, 2017
19                 PAGES 257 - 541; VOLUME 2
20
21                   BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                           BY:  BARBARA J. CASTILLO, RMR, CRR
23                                       160 SPEAR STREET, SUITE 300
24                                   SAN FRANCISCO, CALIFORNIA 94105
25                                                  (415) 597-5600
```

Page 258

```
 8       Videotaped deposition of TAJ JERRY MAHABUB,
 9   VOLUME 2, taken by Plaintiff, at 1691 Stout Street
10   Street, Suite 1700, Denver, Colorado, commencing
11   at 9:23 A.M., on WEDNESDAY, FEBRUARY 8, 2017,
12   before Barbara J. Castillo, Registered Merit Reporter,
13   Certified Realtime Reporter and Notary Public within
14   and for the State of Colorado, pursuant to Notice.
```

Page 259

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION:
 3       SECURITIES AND EXCHANGE COMMISSION
 4       BY:  DANIELLE R. VOORHEES, TRIAL COUNSEL
 5            LESLIE HENDRICKSON HUGHES, TRIAL COUNSEL
 6       1961 Stout Street, Suite 1700
 7       Denver, Colorado 80294
 8       Telephone: (303) 844-1000
 9       Email:  voorheesd@sec.gov
10               hugheslj@sec.gov
11
12   FOR DEFENDANT TAJ JERRY MAHABUB:
13       HOLMES, TAYLOR & JONES LLP
14       BY:  ANDREW B. HOLMES, ATTORNEY AT LAW
15       617 South Olive Street, Suite 1200
16       Los Angeles, California 90014
17       Telephone:  (213) 985-2200
18       Email:  abholmes@htjlaw.com
```

Page 260

```
 1   APPEARANCES OF COUNSEL - (CONTINUED):
 2   FOR DEFENDANT GENAUDIO, INC.:
 3       WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
 4       BY:  MICHAEL P. MCCLOSKEY, ATTORNEY AT LAW
 5       655 West Broadway, Suite 900
 6       San Diego, California 92101
 7       Telephone: (619) 881-3326
 8       Email:   michael.mccloskey@wilsonelser.com
 9
10   ALSO PRESENT:
11       WALT MATHERN, VIDEOGRAPHER
```

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 10 of 16

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2  
February 8, 2017

Page 261

```
 1                        INDEX
 2   WEDNESDAY FEBRUARY 8, 2017
 3   TAJ JERRY MAHABUB - VOLUME 2                   PAGE
 4       Examination By MS. VOORHEES                 270
 5   P.M. SESSION                                    386
 6       Examination resumed by MS. VOORHEES         386
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 262

```
 1                      EXHIBITS
 2             TAJ JERRY MAHABUB - VOLUME 2
 3   Number           Description                   Page
 4   Exhibit 262   Email string, top message
 5                 from Jerry Mahabub to
 6                 littlebadass19@yahoo.com,
 7                 5/29/10; Bates Nos.
 8                 SEC-MahabubJ-E-0023379
 9                 through 0023389 - 11 pages        288
10
11   Exhibit 263   Audio Transcription, Pages 1
12                 through 56 - 56 pages             296
13
14   Exhibit 264   Letter from Jerry Mahabub to
15                 Shareholder, 8/28/10; Bates
16                 Nos.  SEC0000006 through
17                 0000009 - 4 pages                 339
18
19   Exhibit 265   Email from Jerry Mahabub to
20                 Victor Tiscareno, 9/6/10;
21                 Bates No.
22                 SEC-TiscarenoV-E-0001264
23                 - 1 page                          376
24
25
```

Page 263

```
 1                EXHIBITS - (CONTINUED)
 2             TAJ JERRY MAHABUB - VOLUME 2
 3   Number           Description                   Page
 4   Exhibit 266   Email string, top message
 5                 from Jerry Mahabub to Paul
 6                 Powers and Mark Bobak,
 7                 9/7/10; Bates No.
 8                 SEC-MahabubJ-E-0005677
 9                 through 0005680 - 4 pages         376
10
11   Exhibit 267   GenAudio Shareholder
12                 Progress Report, February
13                 26, 2011; Bates Nos.
14                 GA005317 through 005339
15                 - 23 pages                        393
16
17   Exhibit 268   Email string, top message
18                 from Jerry Mahabub to Jay
19                 Rifkin and Phil Rodriguez,
20                 9/30/11; Bates No.
21                 SEC-MahabubJ-E-0020185
22                 through 0021086 - 2 pages         413
23
24
25
```

Page 264

```
 1                EXHIBITS - (CONTINUED)
 2             TAJ JERRY MAHABUB - VOLUME 2
 3   Number           Description                   Page
 4   Exhibit 269   Transcript of audio file
 5                 - 32 pages                        435
 6
 7   Exhibit 270   Printout of slides; Bates
 8                 Nos. SEC-Skluzak-E-0000392
 9                 through 0000425 - 34 pages        446
10
11   Exhibit 271   Affidavit of Jerry Mahabub
12                 in Support of Plaintiff's
13                 Response - 12 pages               458
14
15   Exhibit 272   Defendant Astound Holdings,
16                 Inc.'s Response to Plaintiff
17                 Securities and Exchange
18                 Commission's Second Request
19                 for Production of Documents
20                 and First Interrogatories
21                 Dated November 10, 2016
22                 - 7 pages                         494
23
24
25
```

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 11 of 16

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2  
February 8, 2017

Page 265

PREVIOUSLY MARKED EXHIBITS  
TAJ JERRY MAHABUB - VOLUME 2

| Number | Description | Page |
|---|---|---|
| Exhibit 31 | Email string, top message from Gary Smith to psavio@genaudioinc.com; 5/25/10; Bates No. JM002158 through 002167 - 10 pages | 273 |
| Exhibit 32 | Email string, top message from Jerry Mahabub to Victor Tiscareno, 5/25/10; Bates Nos. SEC-TiscarenoV-E-0001158 though 0001162 - 5 pages | 273 |
| Exhibit 34 | Email string, top message from Jim Mattos to Jerry Mahabub, 10/27/14; Bates Nos. JM002515 through 002518 - 4 pages | 315 |

Page 266

PREVIOUSLY MARKED EXHIBITS - (CONTINUED)  
TAJ JERRY MAHABUB - VOLUME 2

| Number | Description | Page |
|---|---|---|
| Exhibit 35 | Email string, top message from Jerry Mahabub to Victor Tiscareno, 7/2/10; Bates Numbers SEC-TiscarenoV-E-0001218 through 0001221 - 4 pages | 315 |
| Exhibit 37 | Letter from Jerry Mahabub to GenAudio Shareholders, 8/1/10; Bates No. GA005351 through 005353 - 3 pages | 330 |
| Exhibit 40 | Email string, top message from Dell Skluzak to Jennifer Ostrom, 11/20/14; Bates Nos. SEC-Scluzak-E-0000905 through 0000911 - 7 pages | 404 |

Page 267

PREVIOUSLY MARKED EXHIBITS - (CONTINUED)  
TAJ JERRY MAHABUB - VOLUME 2

| Number | Description | Page |
|---|---|---|
| Exhibit 74 | Compilation exhibit of a stock certificate and other documents; Bates Nos. Mahabub001659 through 001671 - 13 pages | 468 |
| Exhibit 138 | Email string, top message from Jerry Mahabub to Victor Tiscareno, 9/1/10 - 9 pages | 350 |
| Exhibit 139 | Email string, top message from Jerry Mahabub - 4 pages | 361 |
| Exhibit 170 | Email string, top message from Richard DeVaul to Jerry Mahabub, 4/6/11; Bates Nos. 347APL-00000066 through 00000069 - 4 pages | 397 |

Page 268

PREVIOUSLY MARKED EXHIBITS - (CONTINUED)  
TAJ JERRY MAHABUB - VOLUME 2

| Number | Description | Page |
|---|---|---|
| Exhibit 198 | GenAudio Inc. Common Stock Transfer Ledger; Bates Nos. GA001816 through 001852 - 37 - 37 pages | 462 |
| Exhibit 242 | Email string, top message from Jerry Mahabub, 7/3/09; Bates Nos. SEC-MahabubJ-E_0023817 through 0023827 - 11 pages | 436 |
| Exhibit 257 | Email string, top message from Jerry Mahabub to Dell Skluzak, 7/6/12; Bates No. SEC-ELLIOTT-E-0002702 - 1 page | 502 |
| Exhibit 258 | Email from Jerry Mahabub to Dell Skluzak, 1/5/13; Bates No. SEC-ELLIOTT-E-0002703 - 1 page | 513 |

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 12 of 16

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 8, 2017

Page 269

1    WEDNESDAY, FEBRUARY 8, 2017; 9:23 A.M.
2
3        THE VIDEOGRAPHER: Good morning.  Here
4    begins DVD Number 1 of Volume 1 in the deposition of
5    Taj Jerry Mahabub in the matter of the United States
6    Securities and Exchange Commission v. Taj Jerry
7    Mahabub, et al., in the United States District Court
8    for the District of Colorado, Case Number
9    1:15-CV-02118.  Today's date is Wednesday,
10   February 8, 2017.  The time on the video monitor now
11   is 9:23 a.m.  The video -- video operator is Walt
12   Mathern, contracted by Behmke Reporting & Video
13   Services, Inc., 160 Spear Street, Suite 300, San
14   Francisco, California.  This video is taking place at
15   1961 Stout Street, Denver, Colorado and was noticed
16   by Danielle Voorhees.
17       Counsel, please voice identify yourself
18   and state whom you represent.
19       **MS. VOORHEES:** Danielle Voorhees and
20   Leslie Hughes on behalf of the Securities and
21   Exchange Commission.
22       **MR. MCCLOSKEY:** Michael McCloskey on
23   behalf of GenAudio, Incorporated.
24       **MR. HOLMES:** Andrew Holmes on behalf of
25   Jerry Mahabub.

Page 270

1        **THE VIDEOGRAPHER:** The court reporter is
2    Barbara Castillo contracted by Behmke Reporting &
3    Video Services.  Will the reporter please swear in
4    the witness.
5            TAJ JERRY MAHABUB,
6    being first duly sworn in the above cause, was
7    examined and testified as follows:  Good
8              EXAMINATION
9    BY MS. VOORHEES:
10   Q    Good morning, Mr. Mahabub.  Thanks for
11   coming in again today.  Just to repeat a couple of
12   ground rules for the deposition, let's try not to
13   talk over each other.  The court reporter is trying
14   to take everything down.  If you don't understand the
15   question I'm asking, go ahead and stop me and ask me
16   to clarify.  Otherwise I'm going to assume that you
17   understood.  Is that fair?
18   A    Yes.
19   Q    Okay.  Verbal answers are important so
20   that the court reporter can actually note your
21   answer.  Let me know if you need to take a break.  As
22   long as there's not a question pending we can take
23   breaks as you need.  Is there any reason you cannot
24   testify fully and accurately today?
25   A    No.

Page 271

1    Q    Did you get enough sleep last night?
2    A    Some.
3    Q    All right.
4    A    Not much, but some.
5    Q    All right.  Did you do anything to prepare
6    for your deposition today?
7    A    Jumping jacks.  Not much, no.
8    Q    Okay.  Did you read any documents?
9    A    I did breeze through for the first time,
10   just kind of skimmed through the transcript from --
11   Q    Okay.
12   A    -- the initial.  Right.
13   Q    Okay.  So do you mean that you looked at
14   the investigative transcripts from the investigation?
15   A    I -- it was the transcript from when I was
16   deposed during that time, yes.
17   Q    Okay.  So the transcript of your testimony
18   from a couple years ago during the SEC investigation?
19   A    Correct.
20   Q    Okay.  Did you --
21       **MS. VOORHEES:** Sorry.
22       **MR. HOLMES:** Can we just take a 20 second
23   break?
24       **MS. VOORHEES:** Sure.
25       **MR. HOLMES:** Let's go off the record.

Page 272

1        **THE VIDEOGRAPHER:** The time now is 9:25.
2    We're off the record.
3        (Recess from 9:25 to 9:26 a.m.)
4        **THE VIDEOGRAPHER:** The time now is 9:26.
5    We're back on the record.
6    Q    (BY MS. VOORHEES)  Mr. Mahabub, you -- in
7    addition to reviewing your investigative testimony
8    transcript, did you do anything else to prepare for
9    today's deposition?  Did you look at anything else?
10   A    No, only that.  Hopefully I don't give as
11   long of answers as I did for that one because that
12   was big.
13   Q    Okay.  Did you review your deposition from
14   just a couple of weeks ago when we were out in Los
15   Angeles?
16   A    No.
17   Q    Did you review anybody else's testimony --
18   A    No.
19   Q    -- transcripts?  Did you look at any
20   documents?
21   A    No, nothing, just -- just that transcript.
22   Q    Just the transcript?
23   A    Yeah.
24   Q    Okay.  All right.  Mr. Mahabub, I'm going
25   to hand you what has previously been marked as

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 13 of 16

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 8, 2017

Page 309

1  into some kind of a Christmas product or something
2  along those lines.  I don't exactly remember what was
3  said there.  So we were kind of rushing to get this
4  stuff done.
5         But then the next thing I remember he's
6  telling me that he's retiring from Apple, that, you
7  know, I'm one of the first people that knows that,
8  not to, you know, tell, you know, anyone else that
9  I've -- that he's told that to me.  And I was like,
10 okay, well, what does that mean for us, you know.
11     Q    All right.  And try to orient me in time
12 here.  So one of the -- one of the later exhibits
13 that we looked at at your last deposition was the
14 email correspondence where you had transcribed a
15 conversation with Mr. Tiscareno.  Do you recall that?
16     A    I remember you showing it to me, yeah.
17     Q    Okay.  And I'll just represent to you -- I
18 can get it out, but I'll just represent to you that
19 that's in May of 2010 --
20     A    Right.
21     Q    -- as is the audio file and a couple of
22 emails we just looked at this morning.
23     A    Uh-huh.
24     Q    So -- so when does the no radio period
25 end, to the best of your recollection?

Page 310

1     A    I don't remember.
2     Q    Okay.
3     A    I have no idea.  It was a lot faster than
4  I thought though.  That, I do remember.  It was like
5  we were communicating quicker than I anticipated.
6     Q    And -- and you said something about a
7  Christmas product rollout.  Tell me about that.
8     A    I don't remember exactly what Vic was
9  talking about, something about trying to have -- on a
10 phone call that we had trying to have something ready
11 by -- I guess by, you know, whenever Apple comes up
12 with their -- with their new products.  They're
13 usually announcing them, what, September, October is
14 -- is usually a Christmas product rollout, so --
15         And I was like I don't think we're going
16 to be able to get it -- I remember talking to Walter
17 about it, my developer, and going, you know, hey,
18 Walt, we're getting -- we might not be sleeping for
19 the next four months, buddy.  And -- and he was like,
20 let's do it.
21     Q    So I just want to make sure I understand.
22 Your testimony is that Mr. Tiscareno told you that
23 Apple may want to use your technology for a Christmas
24 product rollout?
25     A    It wasn't specifically that.  It was -- it

Page 311

1  was something along the lines of, you know, we -- if
2  we do this and we do this right there is -- we might
3  be able to make it into a Christmas product rollout.
4  It was something -- something kind of like -- again,
5  very vague.  But, you know, I'm trying to read
6  between the lines and remember what he was saying to,
7  you know, figure out what they're trying to do with
8  us.
9      Q    But you recall Mr. Tiscareno using the
10 phrase "Christmas product rollout"?
11     A    I do, yes.
12     Q    Did anybody else at Apple ever give -- say
13 that to you, use that phrase?
14     A    I think so, but I can't remember who it
15 was.  It might have been a marketing guy.  I just
16 don't know.  It's so long ago I can't remember.
17     Q    Okay.  So you have a specific recollection
18 of Mr. Tiscareno using the phrase "Christmas product
19 rollout," you don't know if anybody else at Apple
20 did?
21     A    Christmas product rollout isn't a big
22 phrase.  It's just like a timing of like when -- the
23 consumer electronics industry has a heartbeat to it.
24 And oftentimes, you know, coming up into the
25 Christmastime a lot of new products are being

Page 312

1  announced, you know.  That's all that means.  It's
2  not like it's some huge secret thing that Apple does.
3  You know, it's just like a -- it's a heartbeat of the
4  consumer electronics industry in general.
5         So I think Christmas project rollout or
6  that phrase or something along the lines of that
7  phrase is -- is something that they're trying to put
8  out so that they could market it and get, you know,
9  the big splash for the holiday season.
10     Q    But you recall Mr. Tiscareno using those
11 words in a communication with you?
12     A    Might not have specifically been exact --
13 he might have said a rollout during the holidays, I
14 mean, whatever.  I mean, who knows exactly what --
15 the words he would have said was, but the
16 interpretation would be a Christmas product rollout
17 is what I would have interpreted that as, you know.
18        I don't know if he actually used
19 specifically Christmas product rollout or we might
20 want to try to put the products into this by the time
21 Christmas comes around.  Whatever it might have been,
22 that's what a Christmas product rollout refers to, in
23 my mind.
24     Q    Did he say that to you?  Did he tell that
25 you Apple might want to put your technology in its

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 14 of 16

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 8, 2017

Page 313

1  products in time for the holidays or in time for
2  Christmas or anything like that?
3      A    There was something along those lines.  I
4  can't remember exactly what it was.  But it was
5  something -- I remember gearing up to it when he came
6  back into it and he was like, you know, if we work
7  hard, you know, we can -- we can get this done for,
8  you know, potentially this or potentially that.  And
9  I was like, what do you need us to do, you know.  I
10 mean, you tell us what to do.  You say jump, we say
11 how high.  That's literally.  I mean the guy said to
12 do something, I did it.
13         MR. HOLMES:  Whenever you're at a breaking
14 point I could use a quick one.
15         MS. VOORHEES:  That's fine.  Let's go off
16 the record.
17         THE VIDEOGRAPHER:  The time now is
18 12 minutes after 10:00 a.m.  we're off the record.
19         (Recess from 10:12 to 10:32 a.m.)
20         THE VIDEOGRAPHER:  The time now is 10:32.
21 We're back on the record.
22     Q   (BY MS. VOORHEES)  Mr. Mahabub, you
23 understand you're still under oath?
24     A   Yes.
25     Q   Okay.  In connection with the transcript

Page 314

1  that I marked as Exhibit 263 and the audio file that
2  I played for you, it sounds like there was actually
3  like a video or some slides that corresponded with
4  that; is that correct?
5      A   That's right.
6      Q   And -- and was -- were the video and
7  slides also sent to the shareholders?
8      A   It was sent as a -- as a package.
9      Q   Okay.
10     A   Yeah.  So I mean, it's not like the audio
11 is separate from the video.  It's -- you marry the
12 two together and then you export it out as a movie
13 file.
14     Q   Okay.
15     A   A QuickTime movie file, I think is what we
16 did.
17     Q   It was a QuickTime file?
18     A   Yeah.
19     Q   Okay.  All right.  Thank you.
20     A   Could have been -- we may have exported it
21 to ABI as well and also an MP4 for a low rise
22 version, but the high rise version was definitely a,
23 dot, MOB, yeah.  H, dot, 264 encoded, if I remember.
24     Q   All right, Mr. Mahabub, I'm going to hand
25 you two documents.  One was previously marked as

Page 315

1  Exhibit 34 and Investigative Testimony Exhibit 90 on
2  and then the second was previously marked as
3  Deposition Exhibit 35, and Investigative Testimony
4  Exhibit 129.
5      A   Okay.
6      Q   All right.  Mr. Mahabub, Exhibit 34
7  includes email correspondence from July of 2010,
8  though there's a forwarded message at the very top of
9  the first page from October of 2014.  Do you
10 recognize Exhibit 34?
11     A   The same answer as -- as always.
12     Q   Okay.  So you don't recall the specific
13 email, but you do not have any reason to doubt that
14 you sent and received the emails as indicated?
15     A   Yes, that's correct.
16     Q   Okay.  And what about Exhibit 35?
17     A   Same as before, yes.
18     Q   Okay.  So you don't recall Exhibit 35, but
19 you don't have any reason to doubt that you sent and
20 received the emails as indicated?
21     A   That's correct.
22     Q   Okay.  Thank you.  Mr. Mahabub, this is
23 another example of emails that I'd appreciate if you
24 would take a look at the highlighting that begins on
25 the second page of Exhibit 34.  You see that there is

Page 316

1  an email from you to Mr. Tiscareno dated July 2nd,
2  2010.
3      A   Uh-huh.
4      Q   It corresponds or appears to correspond to
5  the first, so the top email on Exhibit 35, which is
6  also from July 2nd, 2010.  Both of them begin with a
7  Green on my screen, exclamation, smiley face.  See
8  you at 11:00 a.m. on Wednesday, July 7th.  And then
9  as indicated in Exhibit 34 I've highlighted some
10 differences.
11     A   Uh-huh.
12     Q   Can you please just take a look at the
13 highlighted portions.
14     A   Yeah.  I was looking at them while you
15 were speaking.
16     Q   Thank you.
17     A   Okay.
18     Q   All right.  And my -- my question is, did
19 -- did you alter the emails indicated in Exhibit 34?
20     A   Yeah, same -- same exact answer I've
21 always given.  I mean, I have no reason to believe
22 anyone else would have.  But like I said, just to --
23 to remind you the reason I would have done that is if
24 there are phone calls like -- even I've noticed here
25 I've changed something in -- in one of mine allegedly

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 15 of 16

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 2
February 8, 2017

Page 537

 1     MS. VOORHEES: Yep.
 2     MR. HOLMES: I had it.  81?
 3     MS. VOORHEES: Yes.
 4     MR. HOLMES: So maybe there's a section
 5  there that starts at Paragraph 79, so maybe just kind
 6  of for context.
 7     Q    (BY MS. VOORHEES)  Yeah.  Go ahead and
 8  read that.
 9     A    Okay.  What -- I don't understand what --
10  what am I supposed to read?
11     Q    I think your counsel just wants you to see
12  the paragraphs that precede Paragraph 81 in our
13  complaint.
14     A    Okay.
15     Q    So have you had a chance to read those?
16     A    Yeah.
17     Q    Okay.  So now my question is, how do you
18  square the testimony that you gave today about your
19  encounter with Mr. Jobs with your admission that you
20  did not meet in person with Apple's CEO?
21     A    I didn't go to the -- the meeting that I
22  thought I was going to go to is what I was referring
23  to from before.  This was just a brief encounter that
24  I had, you know.  I mean, it wasn't -- it wasn't a
25  meeting.  It was just -- well, it depends how you

Page 538

 1  define meeting, right.  When I'm talking about a
 2  meeting I'm talking about the big man meeting or
 3  whatever the hell Vic was talking about.
 4     Q    So let me ask you this, Mr. Mahabub.
 5  Sitting here today do you stand by the statement in
 6  Paragraph 81 of your answer that you admit you did
 7  not meet in person with Apple's CEO?
 8     A    Not for that meeting that was supposed to
 9  be set up, no, of course not.
10     Q    I just want to know if you stand by the
11  statement, Mahabub admits he did not meet in person
12  with Apple's CEO.  Is that a true statement?
13     MR. HOLMES: I think -- I think we're
14  talking at cross purposes.  The way -- because I
15  drafted the answer and got Mr. Mahabub to -- to
16  review it and sign off on it and it was in the
17  context -- 81 was read in context with Paragraph 80.
18     MS. VOORHEES: Okay.
19     MR. HOLMES: So Paragraph 80 talks about a
20  specific meeting, which is, our understanding, was
21  that same, quote/unquote, big meeting.  That's what
22  we thought we were doing.  If my drafting was
23  imprecise, that's my fault.
24     Q    (BY MS. VOORHEES)  Okay.  So let's go --
25  and I think I have this in front of you, Mr. Mahabub.

Page 539

 1     A    Yeah.
 2     Q    So Paragraph 80 of the complaint says, On
 3  or about December 8, 2010, GenAudio and Mahabub, a
 4  CEO of GenAudio, disseminated a letter to all
 5  shareholders in which Mahabub falsely claimed that, I
 6  met with their CEO -- and then it's in brackets --
 7  the LCEC, and gave him a demo of our technology, and
 8  he stated, I really like your technology and look
 9  forward to seeing you in the future.
10     A    Hum.
11     Q    I think what your counsel is saying that
12  did not happen; is that correct?
13     A    That's correct.
14     Q    Okay.  I think that clears it up.
15     A    Yes.
16     Q    All right.
17     MS. VOORHEES: Mr. Mahabub, I have no
18  further questions for you.
19     THE DEPONENT: Okay.
20     MS. VOORHEES: Off the record.
21     MR. HOLMES: All right.
22     THE VIDEOGRAPHER: This concludes the
23  deposition of Taj Jerry Mahabub.  The number of DVDs
24  used is three.  The original DVDs will be retained at
25  Behmke Reporting & Video Services, Inc., 160 Spear

Page 540

 1  Street, Suite 300, San Francisco, California.  Going
 2  off the record at three minutes after 5:00 p.m.
 3     (The video portion of the deposition
 4     concluded at 5:03 p.m. on February 8,
 5     2017.)
 6     MR. HOLMES: So we've agreed that the
 7  original of the transcript will be forwarded to my
 8  attention.  Within 30 days of my receipt I will
 9  provide any changes that we make to counsel for the
10  SEC, to all counsel and -- I can't remember if you
11  get the original back or do we retain it.
12     MS. VOORHEES: I think we get it back.
13     MR. HOLMES: Okay.  Then we'll send the
14  original back to counsel for the SEC.  And did I say
15  30 days?  If I didn't I'm saying it now.
16     MS. VOORHEES: Yeah, you did.
17     MR. HOLMES: Agreed?
18     MS. VOORHEES: Agreed.
19     MR. HOLMES: Thanks.
20     (At 5:05 p.m., the deposition proceedings
21     Concluded on February 8, 2017.)
22
23
24     _____
25          TAJ JERRY MAHABUB

Case 1:15-cv-02118-WJM-SKC   Document 91-3   Filed 04/20/18   USDC Colorado   Page 16 of 16

Securities and Exchange Commission v.  
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub -  Vol. 2  
February 8, 2017

Page 541

**1** STATE OF COLORADO )
**2**            )  ss.
**3** COUNTY OF DENVER  )
**4**          I hereby certify that the witness in the
**5** foregoing deposition, TAJ JERRY MAHABUB, was by me
**6** duly sworn to testify to the truth, the whole truth,
**7** and nothing but the truth, in the within-entitled
**8** cause; that said deposition was taken at the time and
**9** place herein named; that the deposition is a true
**10** record of the witness's testimony as reported by me,
**11** a duly certified shorthand reporter and a
**12** disinterested person, and was thereafter transcribed
**13** into typewriting by computer.
**14**          I further certify that I am not interested
**15** in the outcome of the said action, nor connected
**16** with, nor related to any of the parties in said
**17** action, nor to their respective counsel.
**18**          IN WITNESS WHEREOF, I have hereunto set my
**19** hand this 13th day of February, 2017.
**20** Reading and Signing was:
**21** Requested
**22**
**23**            *Barbara J. Castillo*
**24**
**25**            BARBARA J. CASTILLO, RMR, CRR