# REDACTED

# EXHIBIT 225

| | |
|---|---|
| From: | **Jerry Mahabub** |
| Subject: | re: In San Francisco... |
| Date: | May 18, 2010 at 6:00 PM |
| To: | Bob Coover, Brent Kaviar, Gary Smith, GenAudioInc, Ian Esten, Jim Devine, Jim W. Mattos, Paul Powers, Paul Savio, Stephan Bernsee, Walt GenAudio, Abbey Laudadio, Recy A Pilloud, Melissa Gonzales, Greg Morgenstein |

Hello,

Attached is the email blast that went out to Alan Stone's contacts for San Francisco and Newport Beach upcoming presentations. I present here in San Francisco tomorrow at the St. Regis Hotel. Moving forward with the road shows to raise money. Within the next couple of weeks, I believe enough investments will come through to give everyone (including myself) a portion of the back pay we are all owed, and potentially paid in full depending on how successful I am with the upcoming presentations. Vegas was a success in terms of the high net worth accredited investors that showed up, two of them were multi-billionaires and loved the technology. Alan Stone filled the room with a lot of very wealthy individuals, of which, over 1/2 of them are interested in investing. They are reviewing the PPM and I expect to see investments from the Vegas group starting as early as two weeks from now.

Also, Disney is scheduling us for our mix engineering test for the last week of June.

As for Apple, we will not hear anything back from them for just a bit as they figure out how much money they are willing to give us and how much the technology is valued at in their eyes, which is what I believe they are up to during this "no radio" mode.

Show me the $$$...

Best Wishes,

Jerry Mahabub, Chairman & CEO



Colorado Office:
LA Studio:
Fax:
Mobile:
email:
URL: http://www.genaudioinc.com

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JIM MATTOS**          JM001973

## ASC CALIFORNIA ROAD SHOW

YOU ARE CORDIALLY INVITED TO MEET THE MANAGEMENT OF

# GENAUDIO CORPORATION



### WEDNESDAY, May 19 – San Francisco, CA

**4 PM RECEPTION and CORPORATE PRESENTATION** - St. Regis Hotel 125 Third St.
(on 3rd between Howard and Market)

ONLY FOR ACCREDITED INVESTORS, FINRA BROKERS-DEALERS AND INSTITUTIONAL INVESTORS WHO PRE-REGISTER

### FRIDAY, May 21 – Newport Beach, CA

**1 PM LUNCH and CORP. PRESENTATION** – The Pacific Club, 4110 MacArthur Blvd.

**4 PM RECEPTION & CORP. PRESENTATION** – The Pacific Club, 4110 MacArthur Blvd.

BOTH ONLY FOR ACCREDITED INVESTORS, FINRA BROKERS-DEALERS AND INSTITUTIONAL INVESTORS WHO PRE-REGISTER

You will meet Jerry Mahabub, the Founder, Chairman, President and CEO of GenAudio, which he founded in 2003. Mr. Mahabub has over 22 years of experience in research and development, and 15 years in business development and technology license negotiations. He has developed and commercialized some of the world's most sophisticated technologies, successfully negotiated several tech based license deals for over 270 companies worldwide including HP, Boeing, Jet Propulsion Laboratories, US Naval Warfare Center and the US Army.

GenAudio, based in Englewood, Colorado has developed AstoundSound®, a 4D sound localization cue technology intended for professional and consumer software and hardware product integration. This immense 360-degree spherical sound field experience is changing how people everywhere listen to audio, with a variety of products for consumers and professional audio engineers. AstoundSound® maintains the integrity and realistic tonal characteristics of the original recorded audio when processed and achieves a 4D listening experience with a minimum of 2 output channels (any stereo speakers or headphones), it requires no special hardware and is software based, yet is compatible with multi-channel presentation formats such as Dolby Digital and DTS. Apple, Inc. made AstoundSound® Expander their featured audio download application!

*For additional information about* **GenAudio Corporation** *please visit* www.GenAudioinc.com.

For more information about Gen Audio Corporation, please contact Alan Stone & Company LLC:
Alan Stone (
John Keffalas (
**PLEASE RSVP BY EMAIL OR BY CALLING OUR REPRESENTATIVES.**

The information presented herein is not to be construed as an offer to sell, nor a solicitation of an offer to purchase, any securities referenced to herein or otherwise. This summary is based entirely on information available to the public and has been obtained from the company featured herein, as well as other sources, in each case without independent verification. This information may include certain forward-looking statements within the meaning of Section 21E of the SEC Act of 1934 which may be affected by unforeseen circumstances or certain risks. Alan Stone & Company LLC receives compensation from the featured company for investor relations services.