**REDACTED**

# EXHIBIT 226

GENAUDIO, INC.
Common Stock Transfer Ledger

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Transfer Date | To Whom Shares Transferred | Certificate(s) Surrendered | Shares Surrendered | Number of Shares Held (Balance) | Mahabub Stock Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mahabub | | 05/21/03 | 6,700,000 | 6,700,000 | C-001 | Original Issue | Various | Various | C-001 | 7,092,800 | -392,800 | |
| Mahabub | | 03/31/04 | 300,000 | 300,000 | No Cert. | Original Issue (Series A Conversion) | | | | | 300,000 | |
| Mahabub | | 1/23/2013 | 128,400 | 128,400 | C-870 | Original Issue Conversion of Debt | | | | | 128,400 | 35,600 |
| Ohman | | 05/21/03 | | 6,700,000 | No Cert. | Original Issue | 6/30/2006 | 6,700,000 shares transferred to Corporation for cancellation | No. Cert. | 6,700,000 | 0 | |
| Ohman | | 03/31/04 | | 300,000 | No Cert. | Original Issue (Series A Conversion) | 6/30/2006 | 300,000 shares transferred to Corporation for cancellation | No. Cert. | 300,000 | 0 | |
| GenAudio Inc. | | | | | | See Put Right Schedule | Various | Treasury | | | 381,500 | |
| GenAudio Inc. | | 04/01/14 | 636,900 | 636,900 | No Cert. | Series D Conversion | Various | See Note (7) | No. Cert. | 411,500 | 225,400 | |
| GenAudio Inc. | | | 25,000 | | | Converion of Series D Put Shares | | Treasury | | | 25,000 | |
| Skluzak | | 11/30/04 | 30,000 | 30,000 | C-002 | Original Issue (Series C Conversion) | | | | | 30,000 | |
| Golden | | 11/18/04 | 10,000 | 10,000 | C-003 | Original Issue (Series C Conversion) | | | | | 10,000 | |
| Daffer | | 11/20/04 | 10,000 | 10,000 | C-004 | Original Issue (Series C Conversion) | | | | | 10,000 | |
| Rielly | | 11/30/04 | 20,000 | 20,000 | C-005 | Original Issue (Series C Conversion) | 9/30/2004 | C711 10,000 shrs. C712 10,000 shrs. | C-005 | 20,000 | 0 | |
| Preston | | 11/30/04 | 10,000 | 10,000 | C-006 | Original Issue (Series C Conversion) | | | | | 10,000 | |
| Kane | | 11/22/04 | 40,000 | 40,000 | C-007 | Original Issue (Series C Conversion) | 11/12/2009 | C383 20,000 shrs. C384 5,000 shrs. C385 5,000 shrs. C386 10,000 shrs. | C-007 | 40,000 | 0 | |
| Fernandez | | 11/30/04 | 10,000 | 10,000 | C-008 | Original Issue (Series C Conversion) | 11/12/2009 | C344 5,000 shrs. C348 5,000 shrs. | C-008 | 10,000 | 0 | |
| Dehaan | | 11/20/04 | 60,000 | 60,000 | C-009 | Original Issue (Series C Conversion) | | | | | 60,000 | |
| Mai | | 11/24/04 | 10,000 | 10,000 | C-010 | Original Issue (Series C Conversion) | | | | | 10,000 | |



| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Transfer Date | To Whom Shares Transferred | Certificate(s) Surrendered | Shares Surrendered | Number of Shares Held (Balance) | Mahabub Stock Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gintel | ▇▇ | 12/06/05 | 2,000 | 2,000 | C-062 | Original Issue | 11/12/2009 | C345 2,000 shrs. ▇ | C-062 | 2,000 | 0 | |
| Glassmaker | | 11/28/05 | 30,000 | 30,000 | C-063 | Original Issue | 6/13/2006 | 30,000 shares transferred to | C-063 | 30,000 | 0 | |
| Gruber | ▇▇ | 08/29/05 | 20,000 | 20,000 | C-064 | Original Issue | 9/10/2012 | C823 4,000 shrs. C824 4,000 shrs. ▇, C825 ▇, C826 4,000 shrs. ▇, C827 4,000 shrs. | C-064 | 20,000 | 0 | |
| Hartline | ▇ | 08/26/05 | 70,000 | 70,000 | C-066 | Original Issue | 9/12/2005 | C182 16,000 shrs ▇▇ C183 8,000 shrs. ▇ C184 6,000 shrs. Jason Rosenblatt, C185 14,000 shrs. ▇ C186 10,000 shrs. ▇ C187 30,000 shrs. ▇ C428 2,000 shrs. ▇ | C-066 | 70,000 | 0 | |
| Hartline | ▇ | | 10,000 | 10,000 | C-066 | Original Issue | 9/12/2005 | C182 16,000 shrs ▇▇ C183 8,000 shrs. ▇ C184 6,000 shrs. Jason Rosenblatt, C185 14,000 shrs. ▇ C186 10,000 shrs. & ▇ C187 30,000 shrs. ▇ C428 2,000 shrs. ▇ | C-066 | 10,000 | 0 | |
| Hartline | ▇ | 09/23/05 | 6,000 | 6,000 | C-066 | Original Issue | 9/12/2005 | C182 16,000 shrs ▇▇ C183 8,000 shrs. ▇ C184 6,000 shrs. Jason Rosenblatt, C185 14,000 shrs. Doug C186 10,000 shrs. ▇ C187 30,000 shrs. ▇ C428 2,000 shrs. ▇ | C-066 | 6,000 | 0 | |
| Holliday | | 10/01/05 | 30,000 | 30,000 | C-067 | Original Issue | | | | | 30,000 | |
| Kane | | 08/17/05 | 20,000 | 20,000 | C-068 | Original Issue | 11/2/2007 | Note 3 | C-068 | 20,000 | 0 | |
| Alter | | 11/02/05 | 10,000 | 10,000 | C-070 | Original Issue | | | | | 10,000 | |
| Kane | | 09/16/05 | 20,000 | 20,000 | C-071 | Original Issue | 11/2/2007 | Note 3 | C-071 | 20,000 | 0 | |
| Love | | 11/03/05 | 15,000 | 15,000 | C-072 | Original Issue | | | | | 15,000 | |
| Mattos | ▇ | 09/16/05 | 40,000 | 40,000 | C-073 | Original Issue | 11/16/2012 | C848 10,000 shrs. ▇ C849 5,000 shrs. ▇ C850 5,000 shrs. ▇ C851 20,000 shrs. ▇ | C-073 | 40,000 | 0 | |
| Joseph | ▇ | 11/02/05 | 20,000 | 20,000 | C-074 | Original Issue | 11/23/2009 | C-366 20,000 shrs. ▇ | C-074 | 20,000 | 0 | |

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Transfer Date | To Whom Shares Transferred | Certificate(s) Surrendered | Shares Surrendered | Number of Shares Held (Balance) | Mahabub Stock Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Koth | | 10/30/2007 | 20,000 | 20,000 | C-163 | Original Issue | | | | | 20,000 | |
| Boon | | 8/15/2007 | 20,000 | 20,000 | C-164 | Original Issue | | | | | 20,000 | |
| Jarchow | | 8/15/2008 | 5,000 | 5,000 | C-165 | Original Issue | | | | | 5,000 | |
| Gruber | | 12/14/2007 | 7,000 | 7,000 | C-166 | Original Issue | | | | | 7,000 | |
| Turner | | 10/19/2007 | 2,000 | 2,000 | C-167 | Original Issue | | | | | 2,000 | |
| Minshall | | 9/17/2007 | 10,000 | 10,000 | C-168 | Original Issue | | | | | 10,000 | |
| Kelley | | 12/15/2007 | 1,300 | 1,300 | C-169 | Original Issue | | | | | 1,300 | |
| Frere | | 9/17/2007 | 20,000 | 20,000 | C-170 | Original Issue | | | | | 20,000 | |
| Lev | | 10/2/2007 | 10,000 | 10,000 | C-171 | Original Issue | | | | | 10,000 | |
| Lovenduski | | 9/26/2007 | 2,000 | 2,000 | C-172 | Original Issue | | | | | 2,000 | |
| Gosnell | | 10/31/2007 | 1,000 | 1,000 | C-173 | Original Issue | | | | | 1,000 | |
| Poole | | 11/26/2007 | 5,000 | 5,000 | C-174 | Original Issue | | | | | 5,000 | |
| Schaberg | | 9/27/2007 | 10,000 | 10,000 | C-175 | Original Issue | | | | | 10,000 | |
| Sansbury | | 10/2/2007 | 1,000 | 1,000 | C-176 | Original Issue | | | | | 1,000 | |
| Johnson | | 10/20/2007 | 1,700 | 1,700 | C-177 | Original Issue | | | | | 1,700 | |
| Crysdale | | 9/26/2007 | 1,000 | 1,000 | C-178 | Original Issue | | | | | 1,000 | |
| Cusimano | | 12/4/2007 | 2,000 | 2,000 | C-179 | Original Issue | | | | | 2,000 | |
| Pistole | | 1/4/2008 | 1,000 | 1,000 | C-180 | Original Issue | | | | | 1,000 | |
| Bunker | | 12/21/2007 | 1,200 | 1,200 | C-181 | Original Issue | 12/30/2009 | C411 1,200 shrs. | | | 0 | |
| Hartline | | 9/12/2005 | | 16,000 | C-182 | Hartline (C-066) | | | | | 16,000 | |
| Brumm | | 9/12/2005 | | 8,000 | C-183 | Hartline (C-066) | | | | | 8,000 | |
| Rosenblatt | Jason | 9/12/2005 | | 6,000 | C-184 | Hartline (C-066) | | | | | 6,000 | |
| Hartline | | 9/12/2005 | | 14,000 | C-185 | Hartline (C-066) | | | | | 14,000 | |
| Smith | | 9/12/2005 | | 10,000 | C-186 | Hartline (C-066) | | | | | 10,000 | |
| Schuster | | 9/12/2005 | | 30,000 | C-187 | Hartline (C-066) | | | | | 30,000 | |
| Kane Trust | | 11/2/2007 | | 40,000 | C-188 | Kane (C-013) | | | | | 40,000 | |
| Kane Trust | | 11/2/2007 | | 111,500 | C-189 | Kane (C-049, C-050, C-068, C-071, C-036, C-063) | | | | | 111,500 | |
| Wong | | 11/2/2007 | | 500 | C-190 | Kane (C-049, C-050, C-068, C-071, C-036, C-063) | | | | | 500 | |
| Wong | | 11/2/2007 | | 500 | C-191 | Kane (C-049, C-050, C-068, C-071, C-036, C-063) | | | | | 500 | |
| Lee | | 11/2/2007 | | 2,000 | C-192 | Kane (C-049, C-050, C-068, C-071, C-036, C-063) | | | | | 2,000 | |
| Soon | | 11/2/2007 | | 2,000 | C-193 | Kane (C-049, C-050, C-068, C-071, C-036, C-063) | | | | | 2,000 | |
| Lee | | 11/2/2007 | | 1,000 | C-194 | Kane (C-049, C-050, C-068, C-071, C-036, C-063) | | | | | 1,000 | |

GA001823

| Last Name | First Name | Issue Date(1) | Number of Shares Company Issued | Number of Shares | Certificate Number(s) | From Whom Transferred | Transfer Date | To Whom Shares Transferred | Certificate(s) Surrendered | Shares Surrendered | Number of Shares Held (Balance) | Mahabub Stock Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Digiovanni | | 6/22/2010 | 10,000 | 10,000 | C-539 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |
| Pirelli | | 6/22/2010 | | 12,000 | C-540 | Jerry Mahabub (C-001) | | | | | 12,000 | 12,000 |
| Coey | | 7/20/2010 | | 12,500 | C-541 | Jerry Mahabub (C-001) | 8/8/2013 | C922 12,500 shrs. F | C-541 | 12,500 | 0 | 0 |
| Coey | | 7/20/2010 | | 12,500 | C-542 | Jerry Mahabub (C-001) | | | | | 12,500 | 12,500 |
| Scardina | | 7/7/2010 | 10,000 | 10,000 | C-543 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |
| Pollack | | 7/10/2010 | 10,000 | 10,000 | C-544 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |
| Pollack | | 7/9/2010 | 10,000 | 10,000 | C-545 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |
| Whitson | | 7/12/2010 | 30,000 | 30,000 | C-546 | Original Issue (3/12/10 Offering) | 7/12/2010 | C761 30,000 shrs. | C-546 | 30,000 | 0 | |
| Eldridge | | 7/12/2010 | 10,000 | 10,000 | C-547 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |
| Larsen | | 7/16/2010 | 10,000 | 10,000 | C-548 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |
| **Rosenblatt** | Jason | **7/14/2010** | **9,200** | **9,200** | **C-549** | **Original Issue (3/12/10 Offering)** | | | | | **9,200** | |
| Thomas | | 7/16/2010 | 10,000 | 10,000 | C-550 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |
| Fennell | | 7/19/2010 | 5,000 | 5,000 | C-551 | Original Issue (3/12/10 Offering) | 7/24/2012 | C805 5,000 shrs. | C-551 | 5,000 | 0 | |
| L'Esperance | | 7/19/2010 | 5,000 | 5,000 | C-552 | Original Issue (3/12/10 Offering) | | | | | 5,000 | |
| Allen | | 7/19/2010 | 10,000 | 10,000 | C-553 | Original Issue (3/12/10 Offering) | 7/24/2012 | C804 10,000 shrs. | C-553 | 10,000 | 0 | |
| Lovelight Communication LLC | | 7/6/2010 | 16,100 | 16,100 | C-554 | Original Issue (3/12/10 Offering) | 7/2/2013 | C898 4,100 shrs. C899 3,500 shrs. C900 3,500 shrs. C901 2,100 shrs. C902 400 shrs. C903 2,500 shrs | C-554 | 16,100 | 0 | |
| Elliott | | 7/9/2010 | 20,000 | 20,000 | C-555 | Original Issue (3/12/10 Offering) | | | | | 20,000 | |
| Osburn | | 7/27/2010 | 30,000 | 30,000 | C-556 | Original Issue (3/12/10 Offering) | 7/27/2010 | C771 15,000 shrs. C772 15,000 shrs. | C-556 | 30,000 | 0 | |
| Daffer | | 8/10/2010 | 5,000 | 5,000 | C-557 | Original Issue (3/12/10 Offering) | 2/8/2012 | C557 5,000 shrs. (Consolidated with C419 & C744) | C-557 | 5,000 | 0 | |
| Penn | | 8/2/2010 | 10,000 | 10,000 | C-558 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |
| Hurt | | 8/2/2010 | 25,000 | 25,000 | C-559 | Original Issue (3/12/10 Offering) | | | | | 25,000 | |
| Moussallem | | 8/2/2010 | 3,400 | 3,400 | C-560 | Original Issue (3/12/10 Offering) | | | | | 3,400 | |
| Broncucia | | 8/2/2010 | 10,000 | 10,000 | C-561 | Original Issue (3/12/10 Offering) | | | | | 10,000 | |

GA001834