E<span></span>XCERPTED

# EXHIBIT 228

### Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF COLORADO
 3
 4   SECURITIES AND EXCHANGE      )
 5   COMMISSION,                  )
 6        Plaintiff,              )
 7                                )
 8   VS.              )NO. 1:15-cv-02118-WJM-CBS
 9                                )
10   TAJ JERRY MAHABUB, GENAUDIO, )
11   INC., and ASTOUND HOLDINGS,  )
12   INC.,                        )
13        Defendants.             )
14
15   The Deposition of MICHAEL HAILEY
16   Taken at 1123 SW Yamhill Street,
17   Portland, Oregon
18   Commencing at 9:07 a.m.
19   Monday, January 23, 2017
20
21
22
23
24   Before Paula D. Tieger, RPR, Notary Public for Oregon
25   Pages 1 - 163
```

### Page 2

```
 1   APPEARANCES:
 2   LESLIE J. HENDRICKSON HUGHES
     United States Securities and Exchange Commission
 3   1961 Stout Street, Suite 1700
     Denver, Colorado 80294-1961
 4   303-844-1000
     hugheslf@sec.gov
 5   Appearing on Behalf of the Plaintiff.
 6   DAVID J. AVENI
     Wilson Elser, LLP
 7   655 West Broadway, Suite 900
     San Diego, California 92101
 8   619-321-6200
     david.aveni@wilsonelser.com
 9     Appearing on Behalf of GenAudio.
10   ANDREW B. HOLMES
     Holmes, Taylor & Jones, LLP
11   The Oviatt Building
12   617 South Olive Street, Suite 1200
13   Los Angeles, California 90014
14   213-985-2200
15   abholmes@htjlaw.com
16    Appearing on Behalf of Taj Jerry Mahabub.
17
18   E. CLAY MARQUEZ
19   O'Melveny & Myers, LLP
20   Two Embarcadero Center, 28th Floor
21   San Francisco, California 94111-3823
22   415-984-8700
23   emarquez@omm.com
24    Appearing on Behalf of Michael Hailey.
25
```

### Page 3

```
 1              EXAMINATION INDEX
                                             Page
 2   Examination by Mr. Aveni                   6
     Examination by Mr. Holmes                127
 3   Examination by Ms. Hughes                131
     Further Examination by Mr. Holmes        158
 4              EXHIBIT INDEX
     No.      Item                            Page
 5   Exhibit 23  10/19/09 email from
                 J. Mahabub to V. Tiscareno,
 6               SEC-TiscarenoV-E-0000635-636,
                 (previously marked)           72
 7   Exhibit 93  8/4/09 meeting invite,
                 Demo with MH,
 8               347APL-00000046,
                 (previously marked)           27
 9   Exhibit 95  8/12/09 meeting invite,
                 AstoundSound demo,
10               347APL-00000047,
                 (previously marked)           31
11   Exhibit 96  8/19/09 meeting invite,
                 GenAudio demo (astound),
12               347APL-00000051,
                 (previously marked)           32
13   Exhibit 98  8/20/09 email from
                 V. Tiscareno to M. Hailey,
14               SEC-TiscarenoV-E-0001639,
                 (previously marked)           38
15   Exhibit 101 9/16/09 email from J. Mahabub
                 to M. Hailey, et al,
16               SEC-TiscarenoV-E-0000534,
17               (previously marked)           47
18   Exhibit 104 10/8/09 email from V. Tiscareno
19               to J. Mahabub,
20               SEC-TiscarenoV-E-0000581,
21               (previously marked)           62
22   Exhibit 109 12/22/09 email from J. Mahabub
23               to M. Hailey, et al,
24               SEC-TiscarenoV-E-0000946-954,
25               (previously marked)           83
```

### Page 4

```
 1   Exhibit 111 2/15/10 email from J. Mahabub
                 to M. Hailey, et al, and other
 2               email,
                 347APL-00000333-336,
 3               (previously marked)          103
     Exhibit 112 3/5/10 email to J. Mahabub,
 4               and other email,
                 SEC-TiscarenoV-E-0001560-1561,
 5               (previously marked)          105
     Exhibit 113 3/23/10 email from J. Mahabub
 6               to V. Tiscareno, and other email,
                 SEC-TiscarenoV-E-0001018-1020,
 7               (previously marked)          108
     Exhibit 161 10/23/09 email from J. Mahabub
 8               to V. Tiscareno, and other email,
                 SEC-TiscarenoV-E-0000649-650,
 9               (previously marked)           75
     Exhibit 162 10/30/09 email from J. Mahabub
10               to V. Tiscareno, et al, and
                 other email,
11               347APL-00000537-541,
                 (previously marked)          147
12   Exhibit 218 9/16/09 meeting invite,
                 Pre-meeting, GenAudio,
13               347-APL-00000048              44
     Exhibit 219 9/21/09 email from M. Hailey
14               to J. Mahabub, et al, and other
                 email,
15               SEC-TiscarenoV-E-0000537-538   50
     Exhibit 220 9/30/09 email from J. Mahabub
16               to V. Tiscareno,
17               SEC-TiscarenoV-E-0000549-550   56
18   Exhibit 221 10/1/09 meeting invite,
19               Jerry, GenAudio,
20               347APL-00000049               56
21   Exhibit 222 10/8/09 email from V. Tiscareno
22               to J. Mahabub,
23               SEC-TiscarenoV-E-0001676       64
24   Exhibit 223 10/11/09 email from J. Mahabub
                 to V. Tiscareno,
25               SEC-TiscarenoV-E-0000584-586   66
```

Page 5

| | |
|---|---|
| 1 | Exhibit 224  10/21/09 meeting invite, |
| | AstoundSound, |
| 2 | 347APL-00000050           75 |
| | Exhibit 225  11/2/09 email from J. Mahabub |
| 3 | to V. Tiscareno, and other |
| 4 | email, |
| 5 | SEC-TiscarenoV-E-0000715-717   78 |
| 6 | Exhibit 226  11/19/09 email from J. Mahabub |
| 7 | to V. Tiscareno, |
| 8 | SEC-TiscarenoV-E-0000779         81 |
| 9 | Exhibit 227  1/5/10 email from M. Hailey |
| 10 | to J. Mahabub, et al, and |
| 11 | other email, |
| 12 | SEC-TiscarenoV-E-0000966-968   99 |
| 13 | Exhibit 228  4/19/10 email from J. Mahabub |
| 14 | to V. Tiscareno, and other |
| 15 | email, |
| 16 | SEC-TiscarenoV-E-0001077-1080  110 |
| 17 | Exhibit 229  9/16/09 meeting invite, |
| 18 | GenAudio, Jerry Mahabub, |
| 19 | 347APL-00000044          136 |
| 20 | Exhibit 230  1/5/10 email from M. Hailey |
| 21 | to J. Mahabub, et al, and other |
| 22 | email, |
| 23 | SEC-TiscarenoV-E-0000957-958    151 |
| 24 | Exhibit 231  Nike badge photo of M. Hailey    158 |
| 25 | (Attached hereto.) |

Page 6

1  MICHAEL HAILEY
2  having first been sworn by the Notary Public to
3  tell the truth, testified under oath as
4  follows:
5        EXAMINATION
6  BY MR. AVENI:
7  Q  Good morning, Mr. Hailey. My name is David
8  Aveni. I am attorney for GenAudio, Inc., in
9  this case, and I appreciate you taking the time
10  to be with us today.                    09:08:13
11        Have you ever had your deposition taken
12  before? I know you gave some administrative
13  testimony in this case. But putting that aside,
14  any other depositions you've ever participated
15  in?                                    09:08:24
16  A  No.
17  Q  All right. I'm sure your counsel has walked
18  through with you how this process works, but let
19  me just set out some of the ground rules again
20  just -- for whatever reason, lawyers feel like   09:08:33
21  we have to do this every single time. So, here
22  it is: You understand you're under oath under
23  penalty of perjury. So, you've got to testify
24  today just as if you were in a court of law
25  before a judge. The only difference is, there   09:08:47

Page 7

1  is no judge present today.
2        Do you understand that?
3  A  Yes.
4  Q  A court reporter, as you know, is here taking
5  down everything we say. So, I understand in    09:08:59
6  normal human interactions that we shake our
7  heads a lot, we say uh-huh, huh-uh; it's just
8  not helpful to a court reporter. So, a few
9  things we can do to make her day a lot easier;
10  one is, try as best you can to give verbal     09:09:13
11  responses to my questions. To the extent that,
12  you know, if we see you shaking your head, I'll
13  remind you, or your counsel will. But just try
14  to keep in mind a verbal response will help the
15  court reporter.                          09:09:30
16        Another thing that we do all the time in
17  day-to-day interactions is, we talk over each
18  other, and that makes it very hard for the court
19  reporter. So, if you could try to wait until my
20  question is done, and I'll similarly try very   09:09:42
21  hard not to speak over you, interrupt you, and
22  make it much easier for her, okay?
23  A  Yep.
24  Q  If, at any time, you don't understand a question
25  I'm asking you, I want you to feel very free to  09:09:54

Page 8

1  ask me to clarify, okay? I'll try very hard to
2  make my questions clear, but if you don't
3  understand -- I want to make sure you understand
4  the question. So, if, at any time, you need to
5  clarify, just ask.                       09:10:06
6        And then I'll assume that, if you don't
7  ask, that you understood my question; is that
8  fair?
9  A  That's fair.
10  Q  Okay. At any time today, if you need a break,   09:10:12
11  please feel free to just let us know that. If
12  you need to use the restroom, get a drink, just,
13  you know, let your head clear for a second --
14  hopefully, it won't be painful, but at any time,
15  if you need a break, please feel free to let us  09:10:27
16  know that. The only thing I ask is that we
17  don't have any questions pending when we take a
18  break.
19        So, if you answer whatever question is
20  pending, then we can take a break, okay?       09:10:36
21  A  Yes.
22  Q  And any reason you can't give your best
23  testimony today?
24  A  No.
25  Q  Okay. Oh, and one other thing which may be    09:10:42

Page 157

1  to Mr. Schiller and Mr. Cook along with
2  yourself?
3  A  No.
4  Q  So, as of May 2010, did you, on behalf of Apple,
5     ever offer to acquire GenAudio's license for its      02:22:50
6     technology?
7  A  No.
8  Q  Did you ever offer to purchase the company?
9  A  No.
10       MS. HUGHES: I have no further       02:22:58
11    questions.
12       MR. HOLMES: Could we take a quick
13    break? I'm not sure that I do, but let's talk
14    for a second.
15       MR. AVENI: Yeah.       02:23:11
16       MR. HOLMES: Let's go off the record.
17    (Recess held from 2:23-2:30)
18       MS. HUGHES: Let's go back on the
19    record.
20  Q  BY MS. HUGHES: Going back to the February 2010   02:30:22
21    meeting with Mr. Mahabub, did you ever tell him,
22    at that point in time, that you were starting
23    business discussions on the Apple side of it?
24  A  No.
25  Q  Okay.       02:30:38

Page 158

1        MS. HUGHES: I'm going to have the
2     court reporter mark this as Exhibit 231.
3        (Exhibit No. 231 was marked)
4  Q  BY MS. HUGHES: Mr. Hailey, is this a photograph
5     that you provided to me?       02:31:00
6  A  It is.
7  Q  And what does the photograph represent?
8  A  This is my work badge at Nike. I got it the
9     first day that I started work at Nike back in
10    July of 2010.       02:31:13
11 Q  And is it a fair likeness of you as you looked
12    in July 2010?
13 A  It is. It's a little scratched up, but it is
14    me.
15 Q  All right.       02:31:27
16       MS. HUGHES: I have no further
17    questions and would like to thank you for your
18    time spent today with us.
19       THE WITNESS: Thank you.
20       FURTHER EXAMINATION       02:31:33
21    BY MR. HOLMES:
22 Q  Just a follow-up or two -- maybe just one.
23    You talked at various times today, in
24    response to questions from whoever was asking,
25    about different demonstrations, demos, both   02:31:52

Page 159

1   audio and video, that you, at one point or
2   another, reviewed that had to do with GenAudio
3   demos.
4       Do you generally recall what you were
5   talking about with those?       02:32:04
6  A  I think so.
7  Q  Do you know who else reviewed those demos, the
8   audio or the video ones?
9  A  Who else I showed them to, or who else reviewed
10  those?       02:32:14
11 Q  Well, let's do the first one first.
12      Who else do you -- did you show them to
13  anyone else?
14 A  The people I showed them to were some of my
15  colleagues on the product marketing team, my    02:32:21
16  boss, Stan Ng, and that was pretty much it.
17 Q  And who were the colleagues on the product
18  marketing team you showed it to?
19 A  I'm trying to remember. So, we had the product
20  marketing manager for the iPod Touch, the       02:32:42
21  product marketing manager for iPod Nano.
22 Q  Do you know the names?
23 A  Christy Wilkerson was the iPod Touch product
24  marketing manager. Shawn Ellis was responsible
25  for -- I forget which product line he was on.   02:33:12

Page 160

1   He was working on one of the product lines.
2  Q  It might have been the iPod Nano, but it could
3   have been someone else?
4  A  Yeah, it could have been.
5  Q  Is that Sean, S-E-A-N?       02:33:24
6  A  S-H-A-W-N.
7  Q  Anyone else you remember?
8  A  I think that was it.
9  Q  Okay. And then the second piece of the question
10  that you broke out in response to my question,   02:33:43
11  do you know who else saw any of these demos or
12  heard them?
13 A  I don't know specifically who else also heard
14  them.
15 Q  Do you know generally?       02:33:54
16 A  Well, I know that Victor was sharing it amongst
17  his colleagues in the acoustics and audio
18  engineering teams. He would have shared it with
19  his boss.
20 Q  Do you know who his boss was at the time?       02:34:06
21 A  Jesse Dorogusker.
22 Q  Anyone else you can think of?
23 A  No. That's who I expect would have seen it.
24 Q  Okay.
25      MR. HOLMES: Okay. I don't have any    02:34:24

Page 161

1  further questions either.  Thank you very much.
2       MR. AVENI:  I have no further
3  questions.  Thank you again for your time.
4       THE WITNESS:  All right.
5       MR. MARQUEZ:  We would just request, on    02:34:33
6  the record on behalf of the witness, that we get
7  a chance to review the final transcript once
8  ready and provide errata as appropriate.
9       MR. HOLMES:  This was your depo.  So,
10 you --                                  02:34:45
11      MR. AVENI:  Yeah.  Let's go off the
12 record for a second.
13      (A discussion was held off the record)
14      MR. AVENI:  Back on the record.
15 So, we've agreed to use the same         02:35:06
16 stipulation we used with regard to the Ron Isaac
17 deposition, which is that the transcript will
18 come to me.  I will then forward it to the
19 witness' counsel, and he'll have 30 days to
20 review the transcript and provide any errata    02:35:23
21 back.
22      So stipulated?
23      MS. HUGHES:  Yes.
24      MR. HOLMES:  So stipulated.
25      MR. AVENI:  We're off the record.    02:35:30

Page 162

1       (DEPOSITION ADJOURNED AT 2:35 P.M.)
2       (Signature reserved)
3
4
5
6
7
8       I, Michael Hailey, do hereby declare under
9  penalty of perjury under the laws that the forgoing
10 transcript is true and correct.
11      EXECUTED this ____ day of_____ 2016,
12 at_____,_____.
13      (City)        (State)
14
15
16      _____
17       Michael Hailey
18
19
20
21
22
23
24      ///
25      ///

Page 163

1                 CERTIFICATE
2       I, Paula D. Tieger, a Registered Professional Reporter
3  and Notary Public for the State of Oregon, hereby certify
4  that said witness personally appeared before me at the
5  time and place set forth in the caption hereof; that at
6  said time and place I reported in stenotype all testimony
7  adduced and other oral proceedings had in the foregoing
8  matter; that thereafter my notes were transcribed through
9  computer-aided transcription, under my direction; and
10 that the foregoing pages constitute a full, true and
11 accurate record of all such testimony adduced and oral
12 proceedings had, and of the whole thereof.
13    Witness my hand at Portland, Oregon, this 7th day of
14 February, 2017.
15
16
17           <%signature%>
18           Paula D. Tieger, RPR 49286
19           Expires 9/30/19
20           Notary Public 957195
21           Expires 12/8/20
22
23
24
25