IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-MLC

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.,

        Defendants.

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED REQUEST FOR ORAL ARGUMENT ON ITS REVISED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court hold oral argument on the SEC's Revised Motion for Summary Judgment (ECF No. 84). Counsel for the SEC has conferred with counsel for Defendants GenAudio and Mahabub and the Defendants do not oppose this request.

DATED: April 23, 2018

        Respectfully Submitted,

        */s Leslie J. Hughes*
        Leslie J. Hughes (Colo. Bar No. 15043)
        Danielle R. Voorhees (Colo. Bar No. 35929)
        Securities and Exchange Commission
        1961 Stout Street, Suite 1700
        Denver, CO  80294-1961
        Telephone: (303) 844-1000
        Fax: (303) 297-3529
        HughesLJ@sec.gov
        VoorheesD@sec.gov
        *Attorneys for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor, Scott & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2200
Email: abholmes@htsjlaw.com
*Attorneys for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
Email: David.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren