IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.,

        Defendants.

---

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SUBMIT STATUS REPORT**

---

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court grant it an extension of time until, and no later than, November 30, 2018 to submit the status report in which the SEC shall explain whether it wishes to go to trial to establish Defendants' liability on claims and/or facts on which the Court has not granted summary judgment, or whether it is willing to proceed directly to the remedies phase of this case (abandoning those claims that would otherwise need to go to trial on liability) ("Status Report"), as set forth in the Court's October 4, 2018 Order (ECF No. 95).

In support of this Motion, the SEC states as follows:

1. Counsel for the SEC has conferred with counsel for Defendants Taj Jerry Mahabub and GenAudio, Inc., and the Defendants do not oppose this Motion.

2. This is the SEC's first request for an extension of time regarding the Status Report.

1

3. On October 4, 2018, the Court granted in part and denied in part the SEC's renewed motion for summary judgment (ECF No. 95).

4. The SEC is currently required to submit the Status Report by October 26, 2018 (*Id*.).

5. Prior to submitting the Status Report, counsel anticipates making a recommendation and seeking authorization from its client – the Securities and Exchange Commission itself – on how to proceed in this matter.

6. Counsel anticipates that the process of seeking Commission authorization to take approximately six to eight weeks.

7. Counsel will provide the status report prior to November 30, 2108, if possible.

The SEC therefore respectfully requests an extension of time until November 30, 2018 to submit the Status Report required by the Court's October 4, 2018 Order (ECF No. 95).

Dated October 12, 2018

Respectfully Submitted,

*/s Danielle R. Voorhees*
Leslie J. Hughes (Colo. Bar No. 15043)
Danielle R. Voorhees (Colo. Bar No. 35929)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
HughesLJ@sec.gov
VoorheesD@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor, Scott & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htsjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
*Attorney for Defendant GenAudio, Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren