IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,
   Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.,

   Defendants.

---

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT, NOTICE OF DISMISSAL OF CERTAIN CLAIMS, AND REQUEST TO SET BRIEFING SCHEDULE**

---

  Pursuant to the Court's October 4, 2018 and October 12, 2018 Orders (Docs. 95 and 98) requiring Plaintiff Securities and Exchange Commission ("SEC") to submit a status report, the SEC states:

  1) The SEC is willing to proceed directly to the remedies phase of this case regarding the following Claims for Relief on which the Court has granted summary judgment against Defendants Mahabub and GenAudio, Inc. (Doc. 95): the portion of the Second Claim that addresses violations of Section 17(a)(2) of the Securities Act of 1933 ("Securities Act"); the Fourth Claim regarding violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5(b) thereunder; and the Eighth Claim regarding violations of Sections 5(a) and (c) of the Securities Act.

  2) The SEC hereby provides Notice that it voluntarily withdraws the following Claims for Relief upon which summary judgment was denied and/or deemed moot: the

1

First Claim regarding violations of Section 17(a)(1) of the Securities Act; the portion of the Second Claim regarding violations of Section 17(a)(3) of the Securities Act; the Third Claim regarding violations of Section 10(b) of the Exchange Act and Rules 10b-5(a) and (c) thereunder; and the Fifth, Sixth, and Seventh Claims, all of which are alternative claims against Mr. Mahabub.

3) The SEC has conferred with counsel for the Defendants and the parties jointly request the following briefing schedule:

- The SEC's Opening Remedies Briefs will be submitted by January 15, 2019.
- The Defendants' Response Briefs will be submitted by February 12, 2019.
- The SEC's Reply Briefs will be submitted by March 12, 2019.

4) The SEC requests that it be permitted to submit 15-page Reply Briefs. The SEC has conferred with counsel for the Defendants and the Defendants do not oppose this request. Pursuant to the Court's practice standards, Reply Briefs are to be 10-pages in length. The SEC will be requesting a variety of relief from each Defendant, however, and believes that it will require additional 5-pages per brief to address issues raised by the Defendants in responding to the SEC's Opening Briefs. This page-limit extension will result in all remedies briefs having a 15-page limit.

Dated November 27, 2018

Respectfully Submitted,

*/s Danielle R. Voorhees*
Leslie J. Hughes (Colo. Bar No. 15043)
Danielle R. Voorhees (Colo. Bar No. 35929)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
HughesLJ@sec.gov
VoorheesD@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2018, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor, Scott & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htsjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
*Attorney for Defendant GenAudio, Inc.*

                                                    *s/ Elinor E. Blomgren*
                                                    Elinor E. Blomgren