**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.,

        Defendants.

---

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION BY DANIELLE R. VOORHEES**

---

Pursuant to D.C.COLO.LAttyR 5(b), Danielle R. Voorhees respectfully requests to withdraw as counsel for Plaintiff Securities and Exchange Commission ("SEC") in this matter. In support of this Motion, the undersigned counsel states as follows:

1) Counsel for the parties have conferred and counsel for Defendants Taj Jerry Mahabub and GenAudio, Inc. do not oppose this Motion;

2) Danielle R. Voorhees has accepted another position at the SEC and is therefore no longer in the position of Trial Counsel;

3) As required by D.C.COLO.LAttyR 5(b), Ms. Voorhees will cause a copy of this Motion to be served on counsel of record in this matter via ECF filing and will also provide a copy to Kurt L. Gottschall, Regional Director of the Denver Regional Office of the SEC, who does not object to Ms. Voorhees' withdrawal; and

1

4) The SEC remains represented in this matter by Senior Trial Counsel, Leslie J. Hughes.

Danielle R. Voorhees therefore respectfully requests that the Court grant this Motion and permit her to withdraw as counsel for the SEC in this case.

Dated December 7, 2018

Respectfully Submitted,

*/s Danielle R. Voorhees*
Leslie J. Hughes (Colo. Bar No. 15043)
Danielle R. Voorhees (Colo. Bar No. 35929)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
HughesLJ@sec.gov
VoorheesD@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I caused the document above to be e-filed with the Court's ECF system and served on those listed below:

Andrew B. Holmes
Holmes, Taylor, Scott & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htsjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
*Attorney for Defendant GenAudio, Inc.*

I further certify that on December 7, 2018, the document above was provided to Kurt L. Gottschall via email:

Kurt L. Gottschall
Regional Director
Denver Regional Office
Securities and Exchange Commission
GottschallK@sec.gov

*s/ Danielle R. Voorhees*
Danielle R. Voorhees