# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,
       Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.,

       Defendants.

---

## PLAINTIFF'S UNOPPOSED EMERGENCY MOTION TO CONTINUE AND NOTICE OF UNAVAILABILTY

---

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff United States Securities and Exchange Commission ("SEC" or "Commission") hereby gives notice that due the partial shutdown of the federal government, Commission counsel assigned to this case will be unavailable until the SEC resumes normal operations. As a result, the Commission requests that matters pending in this case be continued.

The SEC currently has its opening remedies brief due on January 15, 2019. (See Dkt. #100). The Commission requests that this date as well as the entire briefing schedule related to remedies be continued and reset after the SEC resumes normal business operations.

Pursuant to Rule 7(a)(7) of this Court's Local Rules of Procedure, undersigned counsel has conferred with counsel for both Taj Jerry Mahabub and GenAudio, Inc., and both have indicated that they do not oppose this motion.

Dated December 27, 2018

Respectfully Submitted,

*/s Leslie J. Hughes*
Leslie J. Hughes (Colo. Bar No. 15043)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
HughesLJ@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2018, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor, Scott & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htsjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
*Attorney for Defendant GenAudio, Inc.*

*s/ Elinor E. Blomgren*
Elinor E. Blomgren
