**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.,

        Defendants.

---

**JOINT STATUS REPORT, PROPOSING NEW BRIEFING SCHEDULE**

---

Plaintiff Securities and Exchange Commission ("SEC"), and Defendants Taj Jerry Mahabub and GenAudio, Inc. submit this joint status report proposing a new briefing schedule to address remedies for the defendants' violations of the federal securities laws.

On November 28, 2018, the Court set a schedule for the parties to brief remedies in this case. [ECF No. 100] The SEC's opening remedies brief was to be due on or before January 15, 2019. On December 27, 2018, the SEC ceased operations due to a lapse in appropriations. At the SEC's request, the Court granted a stay of the briefing schedule and ordered the parties to file, within 72 hours of resuming normal business operations, a joint status report proposing a new briefing schedule.

The SEC resumed business operations on January 28, 2019, under funding through a Continuing Resolution that will expire on February 15, 2019. Counsel for the SEC conferred with the attorneys representing Mr. Mahabub and GenAudio.

The parties propose the following remedies briefing schedule: the SEC shall file its opening remedies brief on or before <u>February 15, 2019</u>; Defendants shall file ther response briefs on or before <u>March 15, 2019</u>; and the SEC may file its reply brief on or before <u>April 5, 2019</u>.

Dated January 31, 2019.

Respectfully Submitted,

<u>*/s/ Leslie J. Hughes*</u>
Leslie J. Hughes (Colo. Bar No. 15043)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
HughesLJ@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2019, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor, Scott & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htsjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
Email: David.aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

                                                      *s/ Elinor E. Blomgren*
                                                      Elinor E. Blomgren