IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 1:15-cv-02118-CBS

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB, GENAUDIO, INC., and
ASTOUND HOLDINGS, INC.,

        Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I, Christopher E. Martin, am a member in good standing of the bar of this court, and I appear in this case as counsel for: <u>Plaintiff, Securities and Exchange Commission</u>.

DATED at Denver, Colorado this 13th day of February, 2019.

        Respectfully submitted,

        *s/ Christopher E. Martin*
        Leslie J. Hughes (CO Bar No. 15043)
        Christopher E. Martin (AZ Bar No. 018486)
        Securities and Exchange Commission
        1961 Stout Street, Suite 1700
        Denver, CO  80294-1961
        Telephone: (303) 844-1000
        Fax: (303) 297-3529
        Email: HughesLJ@sec.gov
        Email: martinc@sec.gov
        Attorney for Plaintiff
        Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following:

    Andrew B. Holmes, Esq.
    Holmes, Taylor & Jones LLP
    617 South Olive Street, Suite 1200
    Los Angeles, CA  90014-1633
    abholmes@htjlaw.com
    *Attorney for Taj Jerry Mahabub*

    Michael McCloskey, Esq.
    David J. Aveni, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    401 West A Street, Suite 1900
    San Diego, CA 92101David.Aveni@wilsonelser.com
    Michael.McCloskey@wilsonelser.com
    *Attorneys for GenAudio, Inc.*

    *s/ Elinor E. Blomgren*
    Elinor E. Blomgren