IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.

        Defendants.

---

## DECLARATION OF MEAGHAN MCDEVITT

---

I, Meaghan McDevitt, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am over the age of 18 and an accountant. For the past two years, I lived and worked in Portland, Oregon. I represent clients involved in the cannabis business. I am also starting a Cannabidiol (CBD) business and currently staying with friends near Boston, Massachusetts.

2. In about July 2017, a mutual friend introduced me by email to Taj Jerry Mahabub, who was looking for a Certified Public Accountant to complete an Eligible

1

Contract Participant (ECP) Declaration for ATC Brokers Limited representing that Mr. Mahabub was an Eligible Contract Participant for foreign currency transactions. See Exhibit 1 which is a true and correct, redacted copy of the email dated July 18, 2017 and ECP Declaration that I received. After receiving the email, I spoke by telephone with Mr. Mahabub who told me that he lived in Denver, Colorado, and that he needed an accountant to complete this ECP Declaration. Mr. Mahabub stated in in the email and also told me that he had assets over $10 million which qualified him as an ECP because he owned a studio facility in California that was worth over $10 million along with other businesses. I referred Mr. Mahabub's application to my godfather, who is a Certified Public Accountant.

3. Over the next several months, we spoke on the telephone frequently and developed a personal relationship.
4. During my many conversations with Mr. Mahabub, he told me that he owned a software development company named GenAudio Inc.
5. Mr. Mahabub also told me that he is a millionaire, but must hide his assets because of the SEC's lawsuit against him and GenAudio. He also told me that he owned a yacht in Panama and land in Costa Rica.
6. Mr. Mahabub told me that he invested in cryptocurrency and had made money by investing in Bitcoin when it cost pennies and sold at its peak, and that he hid his trading profits by depositing them onto a Visa card that was not tracked by the government.

7. He also told me that he was inventing software for an automated trading program to trade cryptocurrency.

8. In early March 2018, Mr. Mahabub came to Oregon for a social visit. He invited me to visit him in San Francisco where he planned to attend a conference.

9. Then later in March 2018, I travelled to meet Mr. Mahabub at a cryptocurrency convention in San Francisco, California.

10. He visited me in Oregon in July 2018.

11. I invited Mr. Mahabub to attend a cannabis conference with me in Antigua at the end of July and beginning of August 2018. He made a presentation at the conference on his cryptocurrency software as CEO of Zap, Inc. As part of his presentation, Mr. Mahabub presented Exhibit 2, dated 8/1/2018, Request for Proposal (RFP) for Mr. Mahabub and Zap, Inc. to create an Antigua Cryptex Exchange. At page 3 of the RFP, Mr. Mahabub identified several securities brokers and traders whom he selected to be an Advisory Panel for the project.

12. During the summer of 2018, Mr. Mahabub asked me several times to invest in his company that was developing the cryptocurrency software and asked if I could introduce him to my friends and family to invest. However, I did not invest any money with him.

13. He told me that he needed money to send to the software developers in Chicago for the cryptocurrency trading program. In October 2018, Mr. Mahabub sent me a copy of Exhibit 2, which is a Statement of Work for building the Zap Trading System in Mathematica, to show me that he was working with that company.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on February 7, 2019 in Boston, Massachusetts.

_____
Meaghan McDevitt