IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,
           Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.

           Defendants.

---

**SECOND DECLARATION OF TRACY W. BOWEN**

---

I, Tracy W Bowen, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am employed by the Securities and Exchange Commission ("SEC") in its Denver Regional Office. I have been working as an accountant in the SEC's Division of Enforcement since 2003. I have been licensed as a Certified Public Accountant in the state of Colorado since 1998.

2. I previously prepared and submitted a Declaration dated February 14, 2018 with a Summary of Mahabub's Personal Stock Sales from November 1, 2009 through

1

April 30, 2012. [ECF No. 84-93.]  Using the information contained in my first Declaration, I calculated the amount of Mr. Mahabub's sales that occurred from March 1, 2010 through March 31, 2012, as $1,280,900.  This amount is the sum of Mr. Mahabub's personal sales listed in paragraphs 12-22, and excludes his earlier sales of $1,313,000 made from November 2009 through February 2010.

3. I calculated prejudgment interest upon $1,280,900 in proceeds that Taj Jerry Mahabub received on his personal sales of the securities of GenAudio, Inc. from April 1, 2012 through February 28, 2019 using the Internal Revenue Service's rates for under payment of federal income taxes set forth in 26 U.S.C. § 6621(a)(2). Exhibit 4 is a true and correct copy of my calculations of Mahabub's prejudgment interest.  The amount of prejudgment interest for Mahabub through February 28, 2019 is $357,508, which I rounded to the nearest dollar.

4. I calculated prejudgment interest upon $3,513,000 in proceeds that GenAudio received from sales of the securities during its 2010 Offering from October 1, 2010, through February 28, 2019 using the Internal Revenue Service's rates for under payment of federal income taxes set forth in 26 U.S.C. § 6621(a)(2). Exhibit 5 is a true and correct copy of my calculations of GenAudio's prejudgment interest.  The amount of prejudgment interest for GenAudio's 2010 Offering through February 28, 2019 is $1,221,866 rounded to the nearest dollar.

5. I calculated prejudgment interest upon $990,000 in proceeds that GenAudio received from sales of the securities during its 2011 Offering from May 1, 2012, through February 28, 2019 using the Internal Revenue Service's rates for under payment of federal income taxes set forth in 26 U.S.C. § 6621(a)(2). Exhibit 6 is

a true and correct copy of my calculations of GenAudio's prejudgment interest. The amount of prejudgment interest for GenAudio's 2011 Offering through February 28, 2019 is $273,225 rounded to the nearest dollar. GenAudio's total prejudgment interest is $1,495,091, which is the sum of $1,221,866 and $273,225.

6. Exhibit 7 is a true and correct copy of a May 31, 2015 bank statement that GenAudio produced to the staff of the SEC to establish its financial condition as of that date, and contains redactions of personal identifying information.

7. Exhibit 8 is a true and correct copy of a July 18, 2012 bank statement for Mahabub's personal bank account that the staff of the SEC obtained from U.S. Bank and contains redactions of personal identifying information.

8. Exhibit 9 is a true and correct copy of an excerpt from the January 19, 2017, deposition of Taj Jerry Mahabub, and contains redactions of personal identifying information.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on February 13, 2019 in Denver Colorado.

　　　　　　　　　　　　　　　　　　　　　　*/s Tracy W. Bowen*
　　　　　　　　　　　　　　　　　　　　　　Tracy W. Bowen