**Hughes, Leslie J.**

| | |
|---|---|
| **From:** | meaghanmcd10@gmail.com |
| **Sent:** | Tuesday, February 05, 2019 5:03 PM |
| **To:** | Hughes, Leslie J. |
| **Cc:** | Voorhees, Danielle |
| **Subject:** | Fwd: |
| **Attachments:** | CPA ECP Declaration[1].pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** meaghanmcd10@gmail.com
> **Date:** February 5, 2019 at 7:02:42 PM EST
> **To:** voorheesd@sec.gov
> **Cc:** voorheesd@sec.gov
>
> Danielle and Leslie,
>
> This is what I was looking for. This is why Jerry initially contacted us. Can we talk tomorrow, or even now, I am available
>
> Best,
>
> Meaghan
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** heather McP <heather███████████>
>> **Date:** July 18, 2017 at 6:23:10 PM EDT
>> **To:** meaghanmcd10@gmail.com
>> **Subject: Fwd: ECP Declaration Attached...**
>>
>> ---------- Forwarded message ----------
>> From: **RPT LLC** <rptllc@yahoo.com>
>> Date: Tue, Jul 18, 2017 at 2:30 PM
>> Subject: re: ECP Declaration Attached...
>> To: heather,███████████
>>
>> Hi Heather!
>>
>> Thank you very much for helping me to get this completed and forwarding this to your accountant. Attached is the ECP form I need to have executed by a



1

CPA.  Unfortunately, my CPA and I terminated our relationship about 5 months ago, and have yet to hire on a new CPA.  I have been fully approved as an ECP by Interactive Brokers, but their process was different than this broker for FOREX trading, and I need a CPA to simply fill out and sign this form for me.  This will have no adverse or legal effect on the CPA, and is simply a protection that is put in place by many brokers whereby their traders trade with higher risk trading (speculative), such as FOREX, which is what I have been trading for over 10 years.  If you have anyone you know who will execute this for me, I will pay them $500.00.  Again, this is simply a protection in place by a broker so that I effectively relieve my rights as an ECP accredited investor from going after the broker firm should I have a total loss of my investment in this firm (which we both know will not happen)...Please let me know and feel free to copy/paste and/or forward this message to your accountant so I can get this FOREX live trading account setup and start running the robot at this firm in addition to Oanda and Interactive Brokers (all three of which are CFTC regulated firms).  Currently I am trading with Oanda and Interactive Brokers, and adding the third broker would be really good and run an arbitrage program between the three on their bid and ask values in case of an error which happens periodically! :)

Just the assets of my studio facility alone that I outright own in California (not including the other two companies) are >$10M, so I qualify as being an ECP/Accredited investor.  I would be happy to discuss in further detail with the CPA you may know that can help me with this.

Best Wishes,



Jerry Mahabub, Owner & Executive Manager




Astound Studios, LLC
2050 Granville Ave.
Los Angeles, CA
90025



# Certified Public Accountant ECP Declaration



**CPA ECP Declaration**

I hereby represent and warrant to ATC Brokers Limited ("ATC") that as of the date reflected below, _____ ("Client") qualifies as an Eligible Contract Participant ("ECP") as defined in Commodity Exchange Act §1(a)(18). I understand that in order to qualify as an ECP under the Commodity Exchange Act and the Commodity Futures Trading Commission's regulations regarding off-exchange foreign currency transactions, the Client must satisfy at least one of the listed criteria on the Eligible Contract Participant Declaration form. Furthermore, I acknowledge that this Certified Public Accountant ECP Declaration shall be read in conjunction with the Eligible Contract Participant Declaration form entered into between the Client and ATC.

## SIGNED BY THE CPA

I, the Certified Public Accountant, agree to the declarations set out above.

- If you are a natural person, you should complete Part A. If you have a joint account, the co-owner will also need to sign this section.
- If you are a company or partnership, you should complete Part B.

**PART A – FOR NATURAL PERSONS**

_____
Name of Certified Public Accountant

_____
Signature

_____
Date (DD/MM/YYYY)

_____
CPA License Number

_____
Address
_____

**PART B – FOR COMPANIES AND PARTNERSHIPS**

_____
Company Name

_____
Name of Certified Public Accountant

_____
Signature

_____
Date (DD/MM/YYYY)

_____
CPA License Number

_____
Address
_____



Authorised and regulated by the Financial Conduct Authority - Jan. 2014