# 2018

## REQUEST FOR PROPOSAL (RFP)

## With Statement of Work (SOW)

# Antigua Cryptex Exchange – Critical Schedule





Jerry Mahabub, CEO

Zap, Inc.

8/1/2018





**Confidential**

For Official Use for the Government of Antigua/Barbuda



## Table of Contents

I. Action Items, Critical Deadlines, RFP/SOW ........................................................................................ 2

II. Advisory Panel .................................................................................................................................. 3

III. Transparency, Legal Concerns, Risk Management, & Goals ............................................................ 4

IV. Let's Make Antigua Great Again! *Then say, "I changed my mind!" [President Trump]*. .................. 6

V. Forward Strategy & Initiative Conclusions ....................................................................................... 8

VI. Money (Crypto market predictions, Dinero, Moolah, Benjamin's) .................................................. 8

**The Remainder of this page is intentionally left blank**

 

# Confidential
### For Official Use for the Government of Antigua/Barbuda

**Date:** *August 1, 2018 @ 16:10 GMT-6 (USA Mountain Time zone)*

**To:** Prime Minister, Attorney General, all other Ministers/Entire Cabinet of Antigua

Please accept my apology for delay in getting back to you, since my return I have not slept working day and night with my dev team. I want to sincerely thank all of you for your time, patience, and attentive focus you gave us, and special thank you for giving us the honor to work with all of you on something that will make a large positive impact for the government and the people of Antigua and Barbuda and other surrounding Islands soon. **We have a very short timeframe** to get this done before the next big crypto pop, by the looks of the current volume as of two days ago, and the sudden market reversal from down to up-trending Crypto markets, which initiated approximately 1 week ago, it is clearer where this is going and it will become more defined as time keeps on slipping into the future [*Steve Miller Band*].

### I.      Action Items, Critical Deadlines, RFP/SOW

Currently, I am working with my dev team and our professional trading team on software design, engineering and infrastructure, which will also be an important piece of the puzzle to make this come together under a timeframe of timeline action events that absolutely must be adhered to given the predictions of how and when the Crytpo markets will initiate the next and far larger "bubble" compared to the mini-bubble that happened at the end of CQ 2017 into CQ 2018.

That is perfect timing for you to prepare and submit to me the requisite "Request for Proposal" RFP and SOW (*defined below*), as the ball is now in your court and it must be completed within the segmented timeframes in the table proposed timeline action items table below. I have several different ideas for business models to provide several revenue model types. I have put together an advisory panel of top experts, owners/CEOs/Founders of large international broker firms, professional traders, software engineering experts, and myself, a Crypto expert and physicist who will lead the design integration and setup of the Antigua Cryptex Exchange. For coming out of the gate, we cannot do them all, however, with some logistics and methodical financial decision making on your part, I can advise you on what I believe to be the most frugal, realistic trajectory and enable the fastest path from start to launch of ACE. However, this happens if and only if I receive the formal RFP and SOW from Antigua/Barbuda by Tuesday, August 7, 2018 by COB.

Here in the USA, we have the "Federal Acquisition Regulations" or FARS, which are rules and procedures for how we do business with the US government (I am intimately familiar with the FARS, as I founded and ran as its Chairman and CEO, 2 very successful government contractor companies from 1995 through 2002).

With that said, the following table represents the high-level events and their hard stop deadlines to effectively setup and launch ACE at the absolute latest, by the first week in September 2018, or we will miss the boat. It is important to realize the first step in this process is for you, the Government of Antigua, to prioritize the RFP as all other steps in hierarchical order cannot be accomplished prior to the RFP and SOW being submitted so we have a fundamental roadmap of agreed upon terms and conditions and a binding legal agreement with milestones that protects all parties involved.

© 2 0 1 8   b y   J e r r y   M a h a b u b   &   Z a p ,   I n c
**Mobile:** **+1.303.549.9000** * **Email:** **rptllc@yahoo.com**
**Skype:** **jerrygenaudio** * **Google Hangouts:** **haaszaptv@gmail.com**

 

**Confidential**
For Official Use for the Government of Antigua/Barbuda

| Hard Deadline | Description | Organizations/People |
|---|---|---|
| | | |
| **Tuesday, August 7, 2018** | RFP and SOW submission | Antigua/Barbuda Government |
| **Tuesday, August 14, 2018** | FFP Submission to PM/Cabinet | Jerry Mahabub/Advisory Team* |
| **Tuesday, August 21, 2018** | Execution of Legal Contracts | Jerry Mahabub/Antigua Govt. |
| **Thursday, August 23, 2018** | Completion of Business/Banking | Jerry Mahabub/Antigua Bank |
| **Friday, August 24, 2018** | First tranche of budget deposit | Antigua Govt/Business Bank |
| **September 7, 2018** | Launch Antigua Exchange | All parties involved |

II. Advisory Panel

The advisory panel has been selected from top professionals in FOREX and Crypto ranging from Exchange/Broker owners/CEOs to Marketing Experts to highly experienced scientists, engineers and professional licensed traders. The following table is a cursory listing of the Advisory Panel, and they will all participate under sub-contract through Zap, Inc which needs to be a licensed business entity established in Antigua, with a business bank account that is setup to accept direct deposits from the Government of Antigua, and an escrow account that both the Government of Antigua and Zap, Inc. shall be parties for the Antigua Government to deposit funds into, and when certain milestones are completed, the escrow agent is instructed by the Antigua Government to disburse the amount of money into Zap, Inc business banking account. This will ensure the entire allotted and agreed upon budget is encapsulated by the Escrow account so once milestones are completed and verified by the Antigua Government and Zap, Inc, there is absolutely no delays in receiving the needed funding to proceed to the next steps. This shall happen between the timeframes of Thursday August 23, 2018 and September 7, 2018.

| Advisory Team Member | Background | Tasks |
|---|---|---|
| | | |
| **Dave Manoukian** | Founder/President ATC Brokers | Setup/license white label for ACE |
| **Rodrigo De La Torre** | Professional Trader – 20+ years | Money Management & Hedging |
| **Jeff Crystal** | Professional Trader – 30+ years | Benchmarking, testing, Big Data |
| **Shawn Lucas** | Founder/Owner – Apiary Fund | Business Models, Strategy |
| **David Do** | Software Engineer/Trader | Server-side setup/integration |
| **Clarke Electrical** | Master Certified Electrician | Power requirements/Design |

**The Remainder of this page is intentionally left blank**




**Confidential**

*For Official Use for the Government of Antigua/Barbuda*

### III. Transparency, Legal Concerns, Risk Management, & Goals

I would strongly recommend we exert best efforts to stick with a 100% transparent and formal procedure/process, so all parties involved are on the same page, and it leaves less room for errors, misguided interpretations, and as you may have experienced as I have, intelligent planning and strategies in avoidance of potential legal issues which do nothing but waste a lot of time which should be focused on the positive forward direction of the Antigua Cryptex Exchange as opposed to the litigious insanity which can be minimized with regulation, fair trading rules, and a team dedicated to the success of ACE, myself included. I have spent well over 25 years of my life working day and night with corporate and securities, tax, patent, trademark, litigation among various other types of lawyers in many states domestically and internationally by working with foreign associates of the primary large international law firms I have engaged to represent either myself, my companies, or both (e.g. Greenberg Traurig LLP (GTLaw), Dorsey & Whitney, Brownstein). I also have learned certain general strategies and guidelines are best to put into place, so we don't have to worry about "*the devil in the details*" which comprise hooks and legal loopholes to enable a party the ability to take legal action with intention that was not disclosed during the drafting of the agreement. From a business perspective, those are nothing but legalese hooks setup to create unnecessary friction and distractions and can cripple a solid business strategy from being executed to success by even the most seasoned veteran Sr. Management teams which I have served as Executive Manager and Chairman and CEO for various board of directors

I am not here to change, suggest referendum actions, or make modifications to the legal system unless specific agreements on the table need to be ratified and in order to do so, say with the ECCB, certain older laws which did not have the technology we have today when put into place may require laws, rules and/or regulations to be modified, terminated, or expanded with greater specificity, all of which is to enable stability in operational excellence for a new breed of exchanges that merge FOREX into the rapidly accelerating utilization of Cryptos.

To conclude this section, provided we all think clearly and cleverly, and work together, we can minimize risks related to legal matters, risks related to completion and launching of the Exchange, and setup checks and balances to ensure full transparency across the board. The following table outlines the various high-level goals to achieve with an accelerated timeframe to not miss the boat which is about to engage and ignite the afterburners like an F-16 taking off from a Naval warship:

| No. | Goal Description | Purpose |
|---|---|---|
|  |  |  |
| 1 | Execute Contractor Legal Agreements – Black and White | Protect all parties involved |
| 2 | Launch ACE on or before September 7, 2018 by COB | Don't miss the boat |
| 3 | Worldwide Presence and Differentiation | Crypto/FOREX legitimacy |
| 4 | Attract Large International Clients | Create Awareness/Increase Visibility |
| 5 | Reduce Government Debt | Obvious! |
| 6 | Increase Top & Bottom lines | Improved CY & FY Financials |

 

**Confidential**

For Official Use for the Government of Antigua/Barbuda

While unfortunate, our world revolves around laws, legally binding agreements, lawyers, the judicial system, and even laws that require modification are still lingering, **which belong to the Smithsonian Institute**, on display with the dinosaur bones, as we both know there are legal and practical parts of any agreement, and for the protection and safety of all parties involved, it is necessity that we follow a legal strategy which I lightly tap on in this document, which probably says too much. However, I am very thorough, and I am here to help Antigua and Barbuda for the following reasons:

1) Develop a long lasting and successful business relationship with Antigua/Barbuda.
2) Bring Crypto/FOREX trading/hedging coupled with our team's years of knowledge and expertise.
3) I will become the technical advisor to the PM and cabinet on the state of the FOREX and Crypto markets, reduce Antigua/Barbuda debt, and increase top line growth.

Only recently have the banks realized they cannot stop the unstoppable force of Crypto, so, instead through back-channel dealings with US based Federal Agencies, other financial institutions, etc., they have made unlawful and illegal moves to effectuate their control, which they are rapidly losing.  The big banking executives are protecting and fighting for their life to continue within their highly corrupt financial institutional system. I do not need to elaborate on this as it is outside of the scope of our relations, but stated to serve a purpose that Cannabis, even more so than Crypto, is NOT ALLOWED to bank like other businesses, and they use that as an excuse to stop Cannabis business owners and set traps to confiscate Millions of USD, and potentially tens or even hundreds of millions, whether the money is declared or not.  It's as if the de-criminalization and legalization of Cannabis was instituted to enable banks to effectuate their thievery agenda!  The bottom line is that in the USA, since state laws allow for legalization for both Medical and Commercial, but Federal laws do not, and banks are insured by the FDIC which is under federal jurisdiction, it would behoove Antigua to first setup an Exchange, introduce as a nationwide accepted federally backed form of paying for goods and/or services, and Antigua to become the second country to nationally legalize cannabis for medicinal and in the future for recreational purposes, the first of which was Canada just this year.

Then it will be a seamless transition to offer the various assets of Crypto-coins/tokens on an exchange, and exchange ACE coin for ETH or BTC, and use that to increase valuation of your local FIAT currency, while substantially reducing debt, and unless it is converted into FIAT, the Cryptos are assets and tax free, *at least for now it is*, until the banks find a way to control the Crypto markets which they are exerting much effort into scaring the general public with lies and deception in order to bring the prices of Cryptos back down, so they can have their chance to get in because they were all too stupid to get in when we, the smart ones, got in back in 2010!  With conviction, I among others who are of the intelligent type of human, will fight them tooth and nail to keep their noses clean from violating the civil rights of the people, and enabling smaller countries like Antigua a fighting chance to rise above and shape a more positive future destiny.  Crypto is about the only way in our lifetime smaller nations can capitalize on the rapidly emerging and explosion of Crypto on an international scale, not just locally as we discussed during my presentation.  The third big buzzer from the "Family Feud game show" or like the Whammy's from "Press your luck" is about to go off, and the banks are simply too late to the races, and their efforts to regain back their power-driven hunger to control the people, inevitably will fail miserably.

© 2 0 1 8   b y   J e r r y   M a h a b u b   &   Z a p ,   I n c
Mobile: **+1.303.549.9000** * Email: **rptllc@yahoo.com**
Skype: **jerrygenaudio** * Google Hangouts: **haaszaptv@gmail.com**

 

**Confidential**
For Official Use for the Government of Antigua/Barbuda

THIS IS A VERY SHORT WINDOW TO GET ANTIGUA ON THE MAP PRIOR TO THE NEXT KABOOM WHICH LOOKS LIKE IT COULD MAKE THE FIRST "MINI-BUBBLE" LOOK LIKE POCKET CHANGE. Based on my recent indicators and technical analysis, we have 3 to 4 weeks to get this exchange up and running and introduce Crypto, and my team and I can do it, I will sub-contract to professional industry contractors who are master Guru's in their field of study and we cannot fail, or Crypto's will explode and leave Antigua hanging in the dust. **I cannot stress enough the timeline we are facing is intense!**

### IV.  Let's Make Antigua Great Again! *Then say, "I changed my mind!" [President Trump].*

Let's ensure Antigua succeeds in this project, and, ensure my team and I are compensated fairly and it is all spelled out and approved in writing through a series of legal agreements and procedural meetings which we can do remotely for many.

I will be on a flight to Antigua whenever you ask me to be there in person. You say jump, I say how high! Provided of course, my team and I are reimbursed for expenses which is standard business operations, and I don't mean staying at the St. Regis or the W Hotel and taking private jets with luxurious 24K Gold rimmed seats…ahem…Trump Air!

When I ran companies as its CEO and Chairman, I always adopted a travel policy that used the "*per diem*" system for reimbursement of 1099 contractor and Full-time employee expenses, which is about as frugal and fair as it gets. The key to any successful business is to minimize expenses in every way possible, and, increase backend compensatory considerations such as profit sharing or royalty divisions, transaction fee commission splits, etc. There are many ways to *skin the cat* and this all needs to be agreed upon and in a methodical logistical methodology, and no chance of anyone getting run roughshod over like a bull-dozer. I am sure we have all been there at least once or twice in or lives, and we learn to never go there again rather quickly! So, the following general structure I am proposing for how we play in the same sandbox together and peacefully, and to protect all parties involved. All of which combined is meant to enable our collective efforts to be successful. I do not fail, we cannot fail, and if we stick to an "above the board" recipe, and first and foremost get the requisite legalese out of the way (and quickly), our success is inevitable.

If you have other suggestions I am all ears. The recipe I am proposing with timeline action items and hard deadlines is from over 30 years of executive management experience I bring to the table with a 100% track record – it's called "**we can sleep forever when we die!**". This is seriously about to explode like a massive volcanic eruption, big time, and I want to help Antigua/Barbuda, as I love the Islands, and from a personal perspective I find the PM and his cabinet to be trustworthy and good-hearted people – that is what I felt, and I appreciate that character and charisma in people.

The following lettered bullet points is how I propose we go through the proposal process (tongue twister) and VERY QUICKLY, as if the first parts are not completed, including approved end executed legal documents from RFP/SOW → FFP → PM/Cabinet approval of FFP and budgets, by no later than the middle of August, it will be too late, not kidding.



**Confidential**

For Official Use for the Government of Antigua/Barbuda



*[Note: Please feel free to correct me in places where you have policies and/or procedures which I am unaware of for Antigua. I am only well versed with the FARS in the USA]*

**OF MOST CRITICAL TIME SENSITIVE IMPORTANCE**!  The absolute necessity right now is for you to complete Step 1 - a formal RFP with SOW so I can review the RFP and SOW, and do so personally, not through any of my companies, yet, as we will setup a corporation in Antigua, and it shall be comprised of a 3-member board of directors, which I shall appoint the board members to fill the other two vacancies, and have the right under a preferred A Series of Stock, to de-appoint and re-appoint those seats at any time, without holding a shareholders meeting, and, I shall serve as its Chairman and CEO in the very near future.  For trading algorithms including highly advanced and sophisticated hedging strategies among several others, these will be licensed from Zap, Inc.  The "NewCo" we will setup in Antigua will be under

Partnership with the Antigua government and shall serve as the general contractor to setup, manage operations, and report directly to the Government of Antigua, who will also be the 100% sole owner of ACE.  This way we don't have international laws causing us delays, the company is based and setup as a licensed business entity in Antigua and put on the approved list to do business with the Antigua government as a "<u>sole source</u>" provider, which protects NewCo's interests that competing corporations cannot bump me out.  I am open to having one member from the Antigua Government having a seat on the board.

Of course, a conflict of interest waiver will most likely be a requirement to have executed prior to filling a board seat vacancy with any member from the Government of Antigua.  I suggest it is either the Attorney General, or the Prime Minister. Why? So that any/all operations will always be 100% completely transparent with no possibility of sneaky or shady movements – I will not conduct business in any other way and exert best efforts to maintain the highest standards of business ethics and morals, no exceptions.

I have several legal templates we can use and modify instead of re-inventing the wheel and incurring more unnecessary legal costs – the key is to minimize the costs, and legal is one of the highest for coming out of the gate for those who are inexperienced.  We are all experienced business people here, so let's keep it that way, such that we are not delayed with legal matters going back and forth on one sentence that takes 2 months to resolve – we all know the devil is in the details, so let's put the devil where it belongs, which is not within our business partnership.  Trust, integrity, honesty, and operational excellence is how we will do business together.

I will discuss/disclose , the forward legal strategy with Lee and our lawyer so they are on board with our initiative, and if needed in order to be in compliance with Antigua/Barbuda laws, make necessary modifications on the lawyers or your recommendations – We need to start somewhere, and this is the starting point to a race to the finish line that requires everyone involved to <u>*put the pedal to the metal.*</u>

**The Remainder of this page is intentionally left blank**




**Confidential**
For Official Use for the Government of Antigua/Barbuda

V.  Forward Strategy & Initiative Conclusions

1) **MOST CRITICAL AND TIME SENSITIVE** – I need to review your RFP thoroughly to make sure any anticipated reduced budgets and/or any constraints are realistically feasible and enable the completion of this project on time with zero bumps or obstacles, or it is not worth mine or your time and energy to do this project.

2) With the forward logistics and legal strategy, I am proposing above, If any unforeseen obstacles pop up, we can bulldoze them over instantly without lifting a finger or causing delays.

3) Timeline action items ABSOLUTELY must be adhered to, no exceptions

4) We cannot move forward and leave grey areas that could potentially compel additional funds being approved, as there simply is no time for dilly dallying.  If you want to get in at the 11th hour, make potentially massive profits and within a very short timeframe, we MUST exert upfront our best efforts to mitigate identified risks and literally **start now**.

VI.  Money (Crypto market predictions, Dinero, Moolah, Benjamin's)

The potential for BTC to go to $500K or more is not a pipedream, it's a reality, maybe not until 2021 to 2023 timeframe, however, for BTC to rise to >$50K by First quarter 2019 is a stronger possibility than not, which is based on my own personal technical analysis as of two days ago when I saw the volume on the Cryptos literally EXPLODE (see screenshots in the appendix attached to this document).  The start of that big pop, as we say "to the moon" commences in approximately 30 days from today.  As mentioned in the appendix, I have attached some charting analysis I did for the team which I assembled using my own highly advanced and sophisticated AI and Chaos theory-based predictors which are 95% of the time spot on – not kidding!

Before spending any additional money for anything associated with this or the medical Cannabis project which is linked to the success of FIRST introducing Crypto to Antigua/Barbuda as an actual government approved nationwide tax-free alternative to FIAT, I must have the confidence in Antigua's seriousness, financial commitment, and resources readily available at my fingertips with zero hiccups.

We are on the *lightning-track*, and while a bit unusual, at this stage of business relations, to be asking for an RFP with SOW, we have no other choice - we are in the *Bugati* on the "Autobahn" with no speed limits, not the *Chevette* in a residential neighborhood at 15 KM/Hr!  Given the intense pace of this project, at this stage, I always get paid for prep and sub-contractor prep, for bringing my connections to the table who can actually do this within that timeframe, where most would fail to even get started within a month, we will complete it within a month.  My team and sub-contractors who are top in their fields ranging from marketing new Coins to professional traders to server expertise, etc. encompass the precise mixture of professional backgrounds and experience – or I would not have brought them on board to be part of our team, especially during the advisory and project management infrastructure setup stages.

 

**Confidential**
For Official Use for the Government of Antigua/Barbuda

I have already begun to setup all the pieces of the puzzle for you without having any commitments or legal agreements/contracts in place, or it would be a non-starter as these things needed to be sorted out immediately, which means now my neck is partially already in the Guillotine and without any guarantee of the proposal being approved as of current. As a result, I cannot extend my own personal risks further until a business deal is on the table, negotiated, and executed. Then the budgets are in place, the business is formed, the bank account is funded with tranche 1, and it becomes a risk-free environment for you and for me. **This is how I do business, and I am confident you would do the same.**

I am typically not cheap, but you have a real and serious chance of success, provided it encapsulates our exemplary work, with well documented instructions and protocol, 100% transparency with no foul play/monkey business, and best of all, you have me leading the development and setup stages and into the international launch of this exchange which will have substantial positive differentiation compared to all other exchanges in existence, and I will be at the helm of the operating company under contact with the Antigua Government – You are taking me out of retirement for a year, then I will bring on another CEO when this sprouts legs and is up and running for a year, and remain as Chairman of the Board in a non-operating role and switching to an "independent board member" at that time.

The government should be covering for our legal expenses, travel, equipment costs, sub-contractor costs, as reimbursable under board resolutions adopted and setup to ensure success not failure (e.g. monthly or bi-monthly draws to pay out the sub-contractors). I am also responsible for the actions of the team as the buck stops with me and that is why you are dealing with me directly.

If something goes wrong, which should not happen if we put these checks and balances in place, you can rest assured that I will not sleep from now until the end of the first week in September to ensure success, period.

Just for clarification as I want to make sure we are in sync on this very time sensitive topic, If any issues need to be sorted out, you come to me directly, not my team members, as that is how I run the ship, and that part is non-negotiable. I run a very tight ship, and get the job done on time every time, and as close to perfection as it can get. *When you do business with me, you are signing up for success.*

Of course, this is going to be Antigua/Barbuda's international exchange, not mine, in fact, it would be very wise for Antigua to own it in its entirety, and NewCo will be under contract with the Government of Antigua to run it, with me at the helm for at least the first year, then I am going to retire as I was not planning to run another ship, however, for Antigua, I will make the exception.

The profits I will show you in proforma are potentially enormous, especially running my algorithms which are licensed to Zap, Inc, which will be encompassed by NewCo, and NewCo licnesning the algos to ACE, by taking the other side, on behalf of Antigua, while working with the banks/dealing desks. – I can guarantee you no trader or algorithmic trading system is even within a couple orders of magnitude with respect to being as fast and powerful with what I have developed, and if my algos ever do get beat with what I have accomplished and not through dark liquidity or other illegal actions crooked *Broker-Dealers* and banks do. The bottom line - it will not matter anyways as if that ever happened, it would mean we have been invaded by hostile super intelligent and advanced ET's from another galactic system and using advanced mathematics and physics of unknown scientific reality within our existence.




## Confidential
### For Official Use for the Government of Antigua/Barbuda

*So, provided the super intelligent Alien Race using unknown scientific trading technology that can go into the future then back to present, do not come anytime soon, we should be in great shape!* 👽

I am at your beckoning call. I am here to help you with any questions concerning the rapid construction of the RFP you need to submit to me by COB on Tuesday, August 7, 2018.  Failure to hit this target puts the project at risk and it will have to be re-assessed, as the action items from start to finish brings into consideration the schedules and life of others who will be part of the selected team members.  They are willing to adjust their schedules based on the time-line action items and deadlines presented in this document because I asked them to do so, and they have already made the adjustments, so it would be difficult to go back and ask them to do so again.

Thank you very much for this amazing opportunity. It will be an honor and a pleasure to start and complete this project successfully and manage the operations of the exchange through NewCo.

Last, NewCo needs to be setup and I will select a financial institution in Antigua/Barbuda to conduct business banking who also is a Government approved Bank, that can open an escrow account where the entire budget for the project from start to finish will be deposited and distributed in accordance with a TBD schedule we will agree upon as part of the legal agreements that need to be executed.

We should start that process now under the NewCo name of Zap Holdings, as an LLC or equivalent to an LLC under the Corporate laws of Antigua/Barbuda.  [*Please see the Appendix on Corporate Structure*].  We can also set this up as a Chapter S or C Corp, or its equivalent, however, one part of the compensation package, I will be asking for is as follows:

1) The team members/partners and I, including the Cannabis team, will be granted tax exemption both personal and corporate, which is analogous to the offerings of US territories of Puerto Rico and Virgin Islands, under the condition provided anyone who is granted such tax exemption and dual citizenship, must live in Antigua or Barbuda, 6 months out of every year.
2) Provided Antigua can offer a dual citizenship, that my team/partners and I be granted dual citizenship for USA and Antigua/Barbuda, upon execution of the legal contracts as part of the deal structure.  Three of our team members are non-US citizens, so we will have to verify if they can obtain dual citizenships from their respective countries of residence.  The three countries are India, Romania, and Palestine. All others are USA Citizens, including myself.

My team and I are prepped and ready to roll. Let's get this done and prepare Antigua for the next big explosion that is literally sitting at the doorstep as of two days ago.

Warmest Wishes,

Jerry Mahabub

CEO of NewCo TBD.

CC:   Gail Christian, Lawyer
      Lee Dharam Singh, Liaison and Advisor

---