© 2018 by Zap, Inc. – All rights reserved.     **Confidential**     October 4, 2018

# Statement of Work

*High Level Specifications to engage Dr. Michael Kelly effective immediate.*

October 4, 2018

4:00pm MT (GMT-7)

Dr. Michael Kelly,

First, thank you very much for the time you have taken for our meetings, train our Zap team, and be as limber as you have been to help us through some critical parts of how we go about building the Zap Trading System in Mathematica.  Clearly, we could not build this to run on any standard trading platforms using a CPU, as all trading software offers only the use of CPU for processing, and luckily Mathematica had the vision to be able to offload to a GPU or multiple GPUs under Windows OS.  We really need you and your experience, I am at my home, and mentally/energetically prepared and ready to move forward.

Thus far it has been amazing learning Mathematica from you and the team and I are excited to get rolling.  In the last training meeting this coming Friday, October 5, 2018 @ 2:00pm CT (GMT-6), I think we should re-cap on everything we went through for 30 minutes, allow for all team members to pose any questions before we all dive in, and hopefully we can hit the ground burning rubber starting this weekend.

As promised, this high level Statement of Work encompasses the Core Layers Block, and references the Money Management System (MMS), External SQL Server Benchmarking, and the interactions, Flow I/O, and specifics related to a template-based trading strategy, a signals predictor called Zapolator™ (*you now have the source code at the close of yesterday's meeting*) which we briefly discussed at the end of the meeting and we determined rather that port to Native/ANSI C and use the C interface functions and header file to integrate into Mathematica, it is best we do so using native Mathematica script, which you can almost copy paste those algorithms in the code I wrote, or perhaps use built-in Mathematica functions as I am sure they exist if not some all of the 6 selectable modes, among other parts of the Zap Trading System from Data pulling and inputs to sending trades to an exchange.  I may have missed a few bits and pieces and those are beyond the scope of this SOW which means to serve a baseline of specified information, and enough for you to get started working against the $10K retainer based on the information provided in this specification document which will most likely have subsequent documents that follow per any detailed specs you may require, and, so it is in writing such that there is no confusion on what we are building.

This entire system has a hard deadline of 5 days prior to Black Friday, and for good reason, so if we don't get all of it done, we can always do so in Rev 2.0, however, we MUST launch Rev 1.0 Beta before Black Friday by at least 5 days in case something breaks, and we need to debug.  Because, by this coming Black Friday, it is a boat **<u>we absolutely cannot miss</u>**, and failure to meet that is not even an option.



© 2018 by Zap, Inc. – All rights reserved.                    **Confidential**                         October 4, 2018

## I. Zap Limit Order Displacement Strategy (Z-LODS)

<u>Leg 1:</u> Initial market Entry, 1/3rd or 0.33 of total amount allotted for the trade which is 15 standard lots on a $500K account with 100:1 leverage.  So, 5 standard lots taken with a limit order placed *(a+b)/2* rapid fire and divide the 5 standard lots up into 5, 1 standard lot trade positions (there is a good reason for doing this), where a = Current Queried Ask and b = Current Queried Bid (queried from the exchanges and provided as part of the data feed data we receive as input).

<u>Leg 2:</u> Market has reversed against the 1st Lef positions.

Here I will present a staggered limit order displacement schema which will encompass 1/6 of 15 in total or 2.5 standard lots.  This does not have to be the same for every position, often I will model a logarithmic or parabolic curve to determine trade amounts for the descending price of the markets. I feel we can use B-splines (a subset of NURBS) to model this with an advanced AI system in Mathematica).  For simplicity to get my idea of how to resolve this, I am sticking with f(x) = x 1:1 linearly.

*0.98\*(a+b)/2 = 0.5 standard lot limit order (the 1st of 5)*

*0.97\*(a+b)/2 = 0.5 standard lot limit order (the 2nd of 5)*

*...*

*0.94\*(a+b)/2 = 0.5 standard lot (the 5th of 5)*

<u>Leg 3:</u> Market has continued to reverse against the initial position...rare, but it does happen!  Here we have 1/2 of the 15 in total slated standard lots for this particular set of trades (and we will discuss OCO groupings and how we can resolve that using group theory in a subsequent document, let us focus on this super simplistic outer onion shell layer first, as this gets deep into intensive computations - why we needed Mathematica to do this all in real-time and off-load to a set of GPU's as a CPU would not be able to do all of this together and in real-time without choking or crashing the system!!). Again, for simplicity, going with f(x) = x linearly.

*0.93\*(a+b)/2 = 2.5 standard lots (1 standard lot + 5 mini-lots is the 1st of 3)*

*0.92\*(a+b)/2 = 2.5 standard lots (2nd of 3)*

*0.91\*(a+b)/2 = 2.5 standard lots (The last)*

Now, if for whatever reason the market continues to move downward and not upward by X pips, a SL will be set along with the last limit order entry. and the process starts at the top again as a that means the market continued to drop and break a Bollinger Lower band (typically with a standard deviation of 2.3 to 2.7 pending volatility it is dynamically adjusted), after 9 BB breaks --> which is the trigger for each limit order entry long and short concurrently, then >75% of the time it will be a market reversal.  Typically, with BB set to a standard deviation of 2.3 and a period that is optimized during parameter optimization, it will only break 2 times and the third is a crossing up of the lower band, and most typical is a candlestick index of 2 crosses down below, a candlestick index of 1 crosses above, and a psar of index 1 being above and a psar index of 0 (current stick) is below, and, the Close[0] => the SMA with a period that is optimized, AND, the RSI < {value that is optimized} and the RSI is moving in the upward direction.

© 2018 by Zap, Inc. – All rights reserved.        **Confidential**                October 4, 2018

### II.    Recap - Simple Classical Technical Indicator Entry Conditions (LE Only)

1) Bollinger Bands:

*If Close[2] crosses below BB[Period, Stdev][2]*

*If close[1] crosses above; BB[Period, Stddev[1]*

AND,

2) PSAR:

*If PSAR[1] = 1*

*If PSAR[0] = -1*

AND,

3) CompositeMA or just SMA:

*If Close[0] => SMA[0]*

AND,

4) RSI

*If Close[0] < RSI[Period][0]*

*If RSI is starts moving upwards*

Note: For many of these technical indicators, I have re-written the code for to incorporate for changes in volatility among other factors which creates a dynamic indicator. This is necessary, not just adaptive, not dynamic in the classical sense of such nomenclature, however, dynamic as it adjusts in real-time with market condition changes.  I will record some demonstrations for you, so you can better understand what I mean by when I say the word dynamic and how it relates to a technical indicator.  Jeff has also done some dynamic indicators and we may use both to get the best of both worlds. As of current, we are awaiting Jeff to provide the source code for this, so we can translate and test it in Mathematica, however, I have many on my own I have written in MQL4 which can be ported into Mathematica script – these are trivial tasks.

The above 4 conditionals represent the baseline of one of several core strategies Zap uses, and this one is a very powerful strategy for volatile markets, we have a different HFT strategy for consolidation periods we are still working on the OCO groupings it is complicated. So, we should start with just one core strategy. In addition to the above conditions, I will add in a volume and spread filter and sometimes use and other times not use, as these additional conditions can cause trades to not be taken that otherwise should have been taken so I typically apply fuzzy logic around these other two as well as the above 4 provided at least 3 of those conditions are met it will place a trade, if all 4 it will place a larger trade size, and this gets fed into the MMS Rodrigo is building as this is determined by the ATS, not the MMS.

© 2018 by Zap, Inc. – All rights reserved.                **Confidential**                                October 4, 2018

### III.     Additional Conditionals for Entry/Exit signals:

1) Volume:

If Volume[n] > AveVolume[m], where n is the index of the volume and m is the lookback period fot the average volume

If AveVolume[m] is increasing

2) Trend:

I use a 16-buffer indicator for Trend that I custom built with many "interfaces" as conditions to determine entry/exit signals.

e.g.

If Indicator buffer Red (it was down-trending) does not equal zero,

and, if trend changes direction to upward direction, either switches to a different indicator buffer color, or it detects a massive slope change from down to upward movement (we can use ADX, or my own custom Slope function, many ways to do this we will need to discuss a bit more).

**(Note: the Gaussian Rainbow code I sent you can be used for this and to determine in conjunction with the Zapolator™ when a period of consolidation might be forming N bars into the future).**

3) Spread:

More so in FOREX than for Crypto, because this usually will not enable a crypto trade to occur but should be built in then commented out or a ui selection to turn it on/off in the master controller:

If AveHi[m] - AveLo[m] => k*(Spread), where m is the number of Hi's and Lo's in the lookback to be averaged, k is a coefficient between 1.01 and 3.0 in steps of 0.01 and Spread = Ask - Bid.

If we create this strategy, then back test it, this will serve as baseline #1 core Zap strategy of over 1000 that I can start to enter in with the dev team once we have this as a template to go from.

THEN, we will need to add in all the self-auto-optimizations, AI machine learning/NNCompute using tanh/sigmoid/etc. and then we can start to determine which markets in which timeframes use NN and which ones do not.

Last, will need a simple template to add in various equations which have inequality and equality conditionals for entry exit, e.g.

If EntryCondLE <> 0 enter long, else if = 0, short-sell/exit trade.

This serves as a really good starting point for building the baseline trading strategy "scanner" as part of the core layers in Mathematica alongside the Zapolator™ which will compare which ATS signals are benchmarked with a "green light" internally → SQL to benchmark externally using an advanced pattern recognition system → MMS for trade factorization/assignment of pre-ranked signals → CDF End-User Application → exchanges via the API key/secrets of the end-users which will query for trade results.

© 2018 by Zap, Inc. – All rights reserved.                    **Confidential**                    October 4, 2018

We then feedback into the AI system which is part of the "core layers" block, and determine three possibilities based on some real-time warning detection system:

1) **Parameter Modification** - Change the parameters or leave them as is depending on e.g. # lost trades in a row. The system continues to move forward but has a yellow flag letting the AI system know to devote a bit more of its resources to ensuring the issue is resolved and be on alert status.

2) **Strategy Modification** – Stop the current entry orders and wait until all open orders are closed by signal of the current strategy/strategies being used → Completely change the entire Strategy that was selected in connection with the Zapolator™ 's benchmarking against the strategies chosen. Also, potentially deepening on ATR, Guassian Rainbow, etc it may switch to a consolidation strategy or a different volatile strategy to be selected from a plethora of strategies built and continuing to be built and updated on a per pair per timeframe basis which is literally scanning for entry signals constantly across multiple assets/pairs in multiple timeframes.  For example, saw we are scanning 200 crypto assets and 25 FOREX pairs across the M1, M5, M15, M30, M45, and H1 timeframes. That is 225*6 = 1,350 discrete charts being scanned by say a total of 5 strategies each plus Zapolator™ running 4 modes on each chart so that comes to [(4 Zap modes*1,350) + (5 strategies*1,350)] = 12,150 discrete strategies and Zapolator™ modes concurrently, not to mention the analytics and pre-ranking of signals, and not including the limit order displacement strategy which will be evolving over time also. As you can now see, the processing power we will need is why I am going with a powerful compute-load server with multiple Nvidia Tesla or Titan V GPU's to handle tor processing.  We have decided to order to start one of the Titan V GPU's, which we can then benchmark against 1 chart, 1 timeframe, running the entire process() of all blocks and sub-blocks. Once we know what that is, we can scale up accordingly and further optimize the processes() to reduce processor expenditure. For now, optimization should be included in revision 2.0, we need to get at least one strategy with Zapolator™ and MMS and SQL and AI system in place for benchmarking and to release v1.0 before Black Friday…

3) **HARD STOP** - Totally stop the entire system if something is detected, like dark liquidity, and SQL will be sent a signal to start recording a video and store it to SQL for verification and analysis that our trades were tampered with illegally by broker and/or broker/dealer-liquidity providers. If that happens, we will leave the open trades for a period until we have gathered enough evidence to submit to the CFTC or broker for reimbursement or adjustment of the fouled trade.

What has me most concerned is the fundamental Basic I/O and all the connections of I/O going to and coming from and having the entire "pipeline" skeletal structure connected with templates to add in new strategies and any other parts of the entire trading infrastructure. The team knows we are in sprint mode starting Friday, and we will work our hardest to make sure that deadline is met. If needed, although I don't believe we will as much of this stuff is already built-in to Mathematica, we can retain a second person in Wolfram to work with you and myself, and other team members so we get to v1.0.

There may be a table of various things that happen with time as a factor, or other conditions that effectuate the outcome of the system and what the AI machine learning algorithm decides to do could potentially be based on logic using Modus Ponens, Hypothetical Syllogisms, truth tables, etc. – the way myself and everyone else all did AI back in the day using LISP basically.  Essentially, we should invocate the SI+ system of Logic and Argument which I have memorized after using it for so many years.

© 2018 by Zap, Inc. – All rights reserved.                **Confidential**                                October 4, 2018

Ok, that is basically in a nutshell what we are building and all the high-level parts coming in and out of the core layer the part you and I will be working on.  This is a broad specification document we can chisel into a more specific SOW if needed, however, given your amazing training, and learning Mathematica, I believe this is precisely what we need to get rolling against the initial $10K paid retainer which we can start effective immediately right from the top.

Again, it will be an honor and a pleasure to learn and work with you on this advanced and computationally intensive trading system. I am confident, if we do this right, it will be a very profitable trading system for years to come for Crypto, FOREX, Stocks and Futures.  We are starting with Cryptos, then FOREX, then Stocks and last will be futures.  Where Crypto/Stock trading are long entry/exit only, the FOREX/Futures are Long/Short Entry/Exit.

Please let me know if you have any questions, and let's start as soon as you are ready, as early as today/tonight diving in and starting to code in Mathematica the Zapolator™ (or the trading strategy or limit order displacement strategy we can start anywhere). The team responsibilities are as follows:

1) You/Myself - Core processing layers Block
2) Jeff/David/Virus - SQL Block
3) Eyad - Data streaming Block
4) Rodrigo--(*You/Myself*) - MMS Block, This should be done within Mathematica → CDF app.

This is a slight deviation from the initial block diagram I put together, and I will make a couple changes and that should segregate the SQL Block as a fully external independent system for external signal analysis and benchmarking which will then send back to Mathematica running on an AI Heterogeneous Compute Workload optimized server with super powerful GPU's using Mathematica's built-in **CUDALink**. Effectively, MMS becomes a layer tied directly to the core processing layer, however, it I believe it will rest outside of the core processing layer(?) and will serve as the gateway to the CDF end-user application and provide the CDF with validated, benchmarked, and fully ranked trade signals from two places, one internally (Zapolator™) and the other externally (SQL). This should help to minimize downside and maximize upside.

As we briefly discussed, if needed, I can retain a second person in Wolfram, now that you have a 360 degree view of what we are building, to ensure we make v1.0 Beta before Black Friday, even if we have to cutback on a few features, whatever that maybe, I think it is becoming fairly evident the hierarchical ordering of events w.r.t. what we need to develop in chronological order, and I will also start to prepare and draft a project management document with milestones, task assignments and time-line action items starting immediately. We must focus without external distractions, so I am letting everyone know I am shutting off to the rest of the world until this is done, no exceptions.  Then, when this is done, you can rest assured, I will sleep for 2 weeks straight, then take some time for skiing, family time, time with my lady, etc.  Until then, I am locked in hammer-down mode, no exceptions!

Best Wishes,


Jerry

Founder of Zap, Inc.