

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

**GenAudio Prejudgment Interest on $3,513,000 to 2/28/2019**

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$3,513,000.00** |
| 10/01/2010-12/31/2010 | 4.00% | 1.01% | $35,418.74 | $3,548,418.74 |
| 01/01/2011-03/31/2011 | 3.00% | 0.74% | $26,248.58 | $3,574,667.32 |
| 04/01/2011-06/30/2011 | 4.00% | 1% | $35,648.74 | $3,610,316.06 |
| 07/01/2011-09/30/2011 | 4.00% | 1.01% | $36,399.90 | $3,646,715.96 |
| 10/01/2011-12/31/2011 | 3.00% | 0.76% | $27,575.17 | $3,674,291.13 |
| 01/01/2012-03/31/2012 | 3.00% | 0.75% | $27,406.60 | $3,701,697.73 |
| 04/01/2012-06/30/2012 | 3.00% | 0.75% | $27,611.02 | $3,729,308.75 |
| 07/01/2012-09/30/2012 | 3.00% | 0.75% | $28,122.66 | $3,757,431.41 |
| 10/01/2012-12/31/2012 | 3.00% | 0.75% | $28,334.73 | $3,785,766.14 |
| 01/01/2013-03/31/2013 | 3.00% | 0.74% | $28,004.30 | $3,813,770.44 |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $28,524.91 | $3,842,295.35 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $29,054.07 | $3,871,349.42 |



PLAINTIFF'S EXHIBIT 5

| Period | | | | |
|---|---|---|---|---|
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $29,273.77 | $3,900,623.19 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $28,853.92 | $3,929,477.11 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $29,390.34 | $3,958,867.45 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $29,935.55 | $3,988,803.00 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $30,161.91 | $4,018,964.91 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $29,729.33 | $4,048,694.24 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $30,282.01 | $4,078,976.25 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $30,843.77 | $4,109,820.02 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $31,077.00 | $4,140,897.02 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $30,887.02 | $4,171,784.04 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $41,489.87 | $4,213,273.91 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $42,362.97 | $4,255,636.88 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $42,788.92 | $4,298,425.80 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $42,395.43 | $4,340,821.23 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $43,289.29 | $4,384,110.52 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $44,201.44 | $4,428,311.96 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $44,647.09 | $4,472,959.05 |
| | 4.00% | 0.99% | $44,116.86 | $4,517,075.91 |

| | | | | |
|---|---|---|---|---|
| 01/01/2018-03/31/2018 | | | | |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $56,308.75 | $4,573,384.66 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $57,637.18 | $4,631,021.84 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $58,363.56 | $4,689,385.40 |
| 01/01/2019-02/28/2019 | 6.00% | 0.97% | $45,480.61 | $4,734,866.01 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **10/01/2010-02/28/2019** | | | **$1,221,866.01** | **$4,734,866.01** |