

**U.S. Securities and Exchange Commission**
**Prejudgment Interest Report**

## GenAudio Prejudgment Interest on $990,000 to 2/28/2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$990,000.00** |
| 05/01/2012-06/30/2012 | 3.00% | 0.5% | $4,950.00 | $994,950.00 |
| 07/01/2012-09/30/2012 | 3.00% | 0.75% | $7,502.90 | $1,002,452.90 |
| 10/01/2012-12/31/2012 | 3.00% | 0.75% | $7,559.48 | $1,010,012.38 |
| 01/01/2013-03/31/2013 | 3.00% | 0.74% | $7,471.32 | $1,017,483.70 |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $7,610.22 | $1,025,093.92 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $7,751.40 | $1,032,845.32 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $7,810.01 | $1,040,655.33 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $7,698.00 | $1,048,353.33 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $7,841.11 | $1,056,194.44 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $7,986.57 | $1,064,181.01 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $8,046.96 | $1,072,227.97 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $7,931.55 | $1,080,159.52 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $8,079.00 | $1,088,238.52 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $8,228.87 | $1,096,467.39 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $8,291.10 | $1,104,758.49 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $8,240.41 | $1,112,998.90 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $11,069.17 | $1,124,068.07 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $11,302.11 | $1,135,370.18 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $11,415.74 | $1,146,785.92 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $11,310.77 | $1,158,096.69 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $11,549.24 | $1,169,645.93 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $11,792.59 | $1,181,438.52 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $11,911.49 | $1,193,350.01 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $11,770.03 | $1,205,120.04 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $15,022.73 | $1,220,142.77 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $15,377.14 | $1,235,519.91 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $15,570.94 | $1,251,090.85 |
| 01/01/2019-02/28/2019 | 6.00% | 0.97% | $12,133.87 | $1,263,224.72 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **05/01/2012-02/28/2019** | | | **$273,224.72** | **$1,263,224.72** |

PLAINTIFF'S EXHIBIT 6