# Analyzed Business Checking

Account number: ███0376 ■ May 1, 2015 - May 31, 2015 ■ Page 1 of 2
Image count: 3



GENAUDIO, INC.
8200 S QUEBEC ST STE A3250
CENTENNIAL CO 80112-4411

**Questions?**

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (163)
Denver Cbrm Strategic Portfolio
P.O. Box 53418
Phoenix, AZ 85072-3418

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███0376 | $330.90 | $43,500.00 | -$43,723.04 | $107.86 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 05/08 | 8,500.00 | Deposit Made In A Branch/Store |
|  | 05/20 | 35,000.00 | Deposit Made In A Branch/Store |
|  |  | $43,500.00 | Total electronic deposits/bank credits |
|  |  | $43,500.00 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 05/01 | 100.00 | ATM Withdrawal authorized on 05/01 136th Ave & Orchard Pk Westminster CO 0008737 ATM ID 9916Z Card 5194 |
|  | 05/04 | 199.99 | Purchase authorized on 05/03 Acti Answerconnect 8005315828 OR S385123535218597 Card 0502 |
|  | 05/06 | 18.43 | Purchase authorized on 05/05 Safeway Store 2624 Broomfield CO P00385126162876889 Card 5194 |
|  | 05/06 | 7.79 | Purchase authorized on 05/05 Safeway Store 2624 Broomfield CO P00385126164498017 Card 5194 |
|  | 05/08 | 4,000.00 | WT Fed#04051 Jpmorgan Chase Ban /Ftr/Bnf=Michel Henein Srf# IN15050813353222 Trn#150508140210 Rfb# 000000476 |
|  | 05/08 | 4,000.00 | WT Fed#04581 Jpmorgan Chase Ban /Ftr/Bnf=Greg Morgenstein Srf# IN15050813415771 Trn#150508141786 Rfb# 000000477 |
|  | 05/11 | 217.97 | Client Analysis Srvc Chrg 150508 Svc Chge 0415 000002604100376 |

**PLAINTIFF'S EXHIBIT 7**

Account number: ▓▓▓▓0376 ■ May 1, 2015 - May 31, 2015 ■ Page 2 of 2



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/11 | 228.72 | Recurring Payment authorized on 05/10 Fedex 94452814 800-4633339 TN S585129176586161 Card 0502 |
| | 05/20 | 10,000.00 | WT Fed#04758 US Bank, NA /Ftr/Bnf=Poisinelli PC Srf# IN15052013350597 Trn#150520141037 Rfb# 000000478 |
| | 05/20 | 5,000.00 | WT Seq151855 Walter C Horat /Bnf=Walter Horat Srf# IN15052014170853 Trn#150520151855 Rfb# 000000479 |
| | 05/20 | 10,000.00 | WT Fed#09166 Bank of America, N /Ftr/Bnf=Benz Law Group Srf# IN15052014225962 Trn#150520152939 Rfb# 000000480 |
| | 05/20 | 3,000.00 | WT Fed#09355 Rbc Bank (Georgia) /Ftr/Bnf=Dong Chen Zhang Srf# IN15052014254819 Trn#150520153488 Rfb# 000000481 |
| | 05/21 | 264.00 | Purchase authorized on 05/20 The UPS Store 2141 Centennial CO S385140795756674 Card 0502 |
| | 05/26 | 32.32 | Purchase authorized on 05/21 Bradford Publishin Denver CO S005141709061827 Card 0502 |
| | 05/26 | 37.90 | Recurring Payment authorized on 05/23 Intuit *Qb Online 800-286-6800 CA S385143296486811 Card 0502 |
| | 05/26 | 63.00 | Purchase authorized on 05/26 Sinclair I-70 Golden CO P00305147024671139 Card 3332 |
| | 05/28 | 52.92 | Purchase with Cash Back $ 40.00 authorized on 05/28 Target T1 Target T1525 Silverthorne CO P00000000554722909 Card 3332 |
| | | **$37,223.04** | **Total electronic debits/bank debits** |

**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 5779 | 3,000.00 | 05/21 | 5780 | 2,267.43 | 05/21 | 5781 | 1,232.57 | 05/21 |
| | **$6,500.00** | | **Total checks paid** | | | | | |

| | **$43,723.04** | | **Total debits** |
|---|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 330.90 | 05/08 | 504.69 | 05/21 | 294.00 |
| 05/01 | 230.90 | 05/11 | 58.00 | 05/26 | 160.78 |
| 05/04 | 30.91 | 05/20 | 7,058.00 | 05/28 | 107.86 |
| 05/06 | 4.69 | | | | |

| **Average daily ledger balance** | **$389.70** |
|---|---|

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0001047
Sheet 00002 of 00002