# U.S. bank.

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

4535        TRN                                    X        ST01

**U.S. Bank Statement**
Account Number:
▓9581
Statement Period:
Jun 19, 2012
through
Jul 18, 2012

Page 1 of 3



000007543  1  AV  0.350  106481697216991 P
JERRY MAHABUB
AMBER M CAMPANELLA
▓▓▓▓▓▓▓▓▓
BROOMFIELD CO  80020-5622

☎                                    **To Contact U.S. Bank**

**By Phone:**                        1-800-US BANKS
                                     (1-800-872-2657)

**Denver**
**Metro Area:**                      (303-585-8585)
**Telecommunications Device**
**for the Deaf:**                    1-800-685-5065
**Internet:**                        usbank.com

---

## EASY CHECKING                                                    Member FDIC

U.S. Bank National Association                    **Account Number** ▓9581

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jun 19 | $ | 207.39 - | Number of Days in Statement Period | 28 |
| Deposits / Credits | | 7,350.00 | Average Account Balance     $ | 358.02 |
| Card Withdrawals | | 3,572.57 - | | |
| Other Withdrawals | | 1,122.00 - | | |
| Checks Paid | | 2,447.95 - | | |
| **Ending Balance on  Jul 18, 2012**  $ | | **0.00** | | |

### Deposits / Credits

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jun 22 | Mobile Banking Transfer | From Account | 9504 | | $ | 1,800.00 |
| Jun 25 | Mobile Banking Transfer | From Account | 9504 | | | 300.00 |
| Jun 28 | Internet Banking Transfer | From Account | 9504 | | | 300.00 |
| Jun 28 | Internet Banking Transfer | From Account | 9504 | | | 800.00 |
| Jul  9 | Internet Banking Transfer | From Account | 9504 | | | 150.00 |
| Jul  9 | Mobile Banking Transfer | From Account | 9504 | | | 500.00 |
| Jul  9 | Internet Banking Transfer | From Account | 9504 | | | 1,000.00 |
| Jul 10 | Mobile Banking Transfer | From Account | 9504 | | | 700.00 |
| Jul 11 | Mobile Banking Transfer | From Account | 7928 | | | 500.00 |
| Jul 11 | Internet Banking Transfer | From Account | 7928 | | | 600.00 |
| Jul 17 | Internet Banking Transfer | From Account | 9504 | | | 700.00 |
| | | | **Total Deposits / Credits** | | **$** | **7,350.00** |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul 12 | Fee | ATM Withdrawal At Other Network | 1200001876 | $ | 2.50- |

Card Number: xxxx-xxxx-xxxx-2845

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 22 | ATM Withdrawal | US BANK BROOMFIE BROOMFIELD CO | | $ | 500.00- |
| | | Serial No. 009396164509SUS4R696 | | | |
| Jun 25 | Visa Purchase (Non-PIN) | On 062412 866-712-7753 CA | 6000599012 | | 1.07- |
| | APL*APPLE ITUNES | REF # 24692162176000599012 US1 | | | |
| Jun 25 | Purchase w PIN | 7-ELEVEN WESTMINSTER CO | 7106231648 | | 5.03- |
| | 889971 | On 062312 ILNKILNK REF 217519889971 | | | |
| Jun 25 | Purchase w PIN | 7-ELEVEN WESTMINSTER CO | 9806231107 | | 5.42- |
| | 865598 | On 062312 ILNKILNK REF 217514865598 | | | |
| Jun 25 | Purchase w PIN | SHELL Service St BROOMFIELD CO | 1206231022 | | 5.86- |
| | 840012 | On 062312 ILNKILNK REF 217511840012 | | | |
| Jun 25 | Purchase w PIN | K&G PETROLEUM 52 BROOMFIELD CO | 5806241052 | | 9.49- |
| | 775058 | On 062412 ILNKILNK REF 217672775058 | | | |
| Jun 25 | Visa Purchase (Non-PIN) | On 062312 WESTMINSTER  CO | 5001401452 | | 12.45- |
| | PARK CENTRE LOUN | REF # 24013392175001401452 US1 | | | |
| Jun 25 | Visa Purchase (Non-PIN) | On 062212 WESTMINSTER  CO | 5100259251 | | 14.37- |
| | WENDYS #2095 | REF # 24445002175100259251 US1 | | | |

**PLAINTIFF'S EXHIBIT**
**8**



## BALANCING YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                                      $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.          $_____

5.  Total lines 3 and 4.                                                                                              $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.                                             $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## CONSUMER BILLING RIGHTS SUMMARY
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at: U.S. Bank, P.O. Box 64991, St. Paul, MN 55164-9505.  In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## SPECIAL RULE FOR CREDIT CARD PURCHASES
If you have a problem with the quality of the goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address.  If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

## RESERVE LINE
Reserve Line Balance Computation Method: To calculate the **Balance Subject to Interest Rate**  (sometimes referred to as the "average daily balance"), we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid interest charges. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your **Balance Subject to Interest Rate**. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

Member FDIC





Uni-Statement
Account Number:
9581

Statement Period:
Jun 19, 2012
through
Jul 18, 2012

Page 2 of 3



## EASY CHECKING (CONTINUED)
U.S. Bank National Association  **Account Number** 9581

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-2845

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 25 | Visa Purchase (Non-PIN) PARK CENTRE LOUN | On 062312 WESTMINSTER CO REF # 24013392175001401452 US1 | 5001401452 | 61.80- |
| Jun 25 | Purchase w PIN 357812 | 7-ELEVEN WESTMINSTER CO On 062312 ILNKILNK REF 217570357812 | 1206231403 | 90.00- |
| Jun 25 | ATM Withdrawal | US BANK WESTMINS WESTMINSTER CO Serial No. 007719142737SUS4R880 | | 200.00- |
| Jun 25 | Purchase w PIN 152408 | SPORTS AUTHORI WESTMINSTER CO On 062212 ILNKILNK REF 217467152408 You Requested $40 In Cash Back | 0806220931 | 245.81- |
| Jun 26 | Visa Purchase (Non-PIN) WENDY'S #312 | On 062412 WESTMINSTER CO REF # 24445002177100201649 US1 | 7100201649 | 20.10- |
| Jun 28 | ATM Withdrawal | US BANK BROOMFIE BROOMFIELD CO Serial No. 000405163955SUS4R696 | | 440.00- |
| Jul 9 | Purchase w PIN 745181 | VILLAGE-INN-RES BROOMFIELD CO On 070912 ILNKILNK REF 219120745181 | 8107091529 | 35.56- |
| Jul 9 | ATM Withdrawal | US BANK BROOMFIE BROOMFIELD CO Serial No. 002500144558SUS4R696 | | 100.00- |
| Jul 9 | ATM Withdrawal | US BANK WESTMINS WESTMINSTER CO Serial No. 009640125438SUS4R880 | | 120.00- |
| Jul 10 | Purchase w PIN 888439 | SHELL Service St BROOMFIELD CO On 071012 ILNKILNK REF 219217888439 | 3907101625 | 75.01- |
| Jul 11 | Visa Purchase (Non-PIN) ECOSHIELD DENVER | On 070912 480-2755849 CO REF # 24632692192192130896 US1 | 2192130896 | 99.00- |
| Jul 11 | ATM Withdrawal | US BANK BROOMFIE BROOMFIELD CO Serial No. 002815135347SUS4R696 | | 500.00- |
| Jul 12 | Visa Purchase (Non-PIN) WENDY'S #312 | On 071012 WESTMINSTER CO REF # 24445002193100225023 US1 | 3100225023 | 17.34- |
| Jul 18 | Visa Purchase (Non-PIN) REDBOX *DVD RENT | On 071712 866-733-2693 IL REF # 24692162199000287270 US1 | 9000287270 | 8.76- |

**Card 2845 Withdrawals Subtotal** $ **2,567.07-**

Card Number: xxxx-xxxx-xxxx-6078

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 9 | ATM Withdrawal | USB MARINA DEL R MARINA DL RE CA Serial No. 000196173808SUS4P877 | | $ 500.00- |
| Jul 12 | ATM Withdrawal | MARINA/DELREY MARINA DELRE CA Serial No. 701113005645PLUSTERM | | 503.00- |

**Card 6078 Withdrawals Subtotal** $ **1,003.00-**

**Total Card Withdrawals** $ **3,572.57-**

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jun 19 | Overdraft Charge | | 9096255642 | $ 33.00- |
| Jun 20 | Overdraft Charge | | 9097793731 | 33.00- |
| Jun 20 | Overdraft Charge | | 8892543191 | 33.00- |
| Jun 25 | Electronic Withdrawal REF=12177001559924 N | From FUSBOXE MMA FUSBOXE MM2338309101 | | 120.00- |
| Jun 26 | Overdraft Charge | | 8895249046 | 33.00- |
| Jun 26 | Overdraft Charge | | 8895899845 | 33.00- |
| Jun 27 | Electronic Withdrawal REF=12178011109796 N | To XCEL ENERGY-PSCO 5840296600XCELENERGY35550780 | | 264.53- |
| Jun 28 | Overdraft Charge | | | 33.00- |
| Jul 2 | Overdraft Charge | | 8990077887 | 35.00- |
| Jul 3 | Overdraft Charge | | 8991375637 | 35.00- |

SEC-USBank-E-0000003

**US bank.**

JERRY MAHABUB
AMBER M CAMPANELLA

BROOMFIELD CO 80020-5622

Uni-Statement

Account Number:
9581

Statement Period:
Jun 19, 2012
through
Jul 18, 2012

Page 3 of 3

## EASY CHECKING (CONTINUED)
U.S. Bank National Association     **Account Number** 9581

### Other Withdrawals (continued)

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| Jul | 3 | Overdraft Charge | | 8991874007 | 35.00- |
| Jul | 6 | Extended Overdraft Fee | | 0600003178 | 25.00- |
| Jul | 9 | Counter Check | Usage Fee | 0900004603 | 2.00- |
| Jul | 9 | Counter Check | Usage Fee | 0900004604 | 2.00- |
| Jul | 9 | Counter Check | Usage Fee | 0900004605 | 2.00- |
| Jul | 10 | Overdraft Charge | | 8996071450 | 35.00- |
| Jul | 10 | Overdraft Charge | | 8996146562 | 35.00- |
| Jul | 10 | Overdraft Charge | | 8996041871 | 35.00- |
| Jul | 12 | Counter Check | Usage Fee | 1200001877 | 2.00- |
| Jul | 12 | Internet Banking Transfer | To Account 9504 | | 150.00- |
| Jul | 13 | Overdraft Charge | | | 35.00- |
| Jul | 13 | Overdraft Charge | | 8998299626 | 35.00- |
| Jul | 17 | Account Closed | | | 76.56- |

| | | |
|---|---|---|
| **Total Other Withdrawals** | **$** | **1,122.09-** |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 0.00 | $ 33.00 |
| Total Overdraft Fees | $ 503.00 | $ 1,104.00 |
| Less: Waives | $ 0.00 | $ 10.00- |
| TOTAL | $ 503.00 | $ 1,127.00 |

*A "waive" occurs when an assessed fee is credited back automatically.*

### Checks Presented Conventionally

| Check | Date | | Ref Number | Amount | Check | Date | | Ref Number | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 0000 | Jul | 9 | 8996071450 | 107.71 | 1386 | Jun 25 | | 8895249046 | 170.00 |
| 0000* | Jul | 9 | 8996146562 | 191.77 | 1387 | Jun 25 | | 8895899845 | 99.00 |
| 0000* | Jul | 9 | 8996041871 | 206.27 | 1388 | Jul | 2 | 8991375637 | 75.82 |
| 0000* | Jul | 12 | 8998299626 | 500.00 | 1389 | Jun 29 | | 8990077887 | 195.02 |
| 1384* | Jun 19 | | 9097793731 | 189.87 | 1390 | Jul | 2 | 8991874007 | 375.09 |
| 1385 | Jun 19 | | 8892543191 | 337.40 | | | | | |

| * Gap in check sequence | **Conventional Checks Paid (11)** | **$** | **2,447.95-** |
|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 19 | 767.66- | Jun 28 | 2.41 | Jul 10 | 129.16 |
| Jun 20 | 833.66- | Jun 29 | 192.61- | Jul 11 | 630.16 |
| Jun 22 | 466.34 | Jul 2 | 678.52- | Jul 12 | 544.68- |
| Jun 25 | 273.96- | Jul 3 | 748.52- | Jul 13 | 614.68- |
| Jun 26 | 360.06- | Jul 6 | 773.52- | Jul 17 | 8.76 |
| Jun 27 | 624.59- | Jul 9 | 390.83- | Jul 18 | 0.00 |

Balances only appear for days reflecting change.