# In The Matter Of:

*Securities and Exchange Commission v.*
*Taj Jerry Mahabub, et al.*

*Taj Jerry Mahabub*
*Vol. 1*
*January 19, 2017*

*Behmke Reporting and Video Services, Inc.*
*160 Spear Street, Suite 300*
*San Francisco, California 94103*
*(415) 597-5600*

PLAINTIFF'S
EXHIBIT
9

Original File 30906Mahabub.txt

Min-U-Script® with Word Index

**Securities and Exchange Commission v.**
**Taj Jerry Mahabub, et al.**

**Taj Jerry Mahabub - Vol. 1**
**January 19, 2017**

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3
 4   - - - - - - - - - - - - - -
 5   SECURITIES AND EXCHANGE      )
 6   COMMISSION,                  )
 7              Plaintiff,        )
 8                                ) CASE NO.
 9   V.                           ) 1:15-cv-02118-CBS-WJM
10                                )
11   TAJ JERRY MAHABUB, GENAUDIO, )
12   INC., and ASTOUND HOLDINGS,  )
13   INC.,                        )
14              Defendants.       )
15   - - - - - - - - - - - - - -
16
17        VIDEOTAPED DEPOSITION OF TAJ JERRY MAHABUB
18               THURSDAY, JANUARY 19, 2017
19                PAGES 1 - 256; VOLUME 1
20
21             BEHMKE REPORTING AND VIDEO SERVICES, INC.
22            BY: PAULA A. PYBURN, CSR NO. 7304, RPR, CLR
23                            160 SPEAR STREET, SUITE 300
24                        SAN FRANCISCO, CALIFORNIA 94105
25                                       (415) 597-5600
```

Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8      Videotaped deposition of TAJ JERRY MAHABUB,
 9   VOLUME 1, taken by Plaintiff, at 444 South Flower
10   Street, Suite 900, Los Angeles, California,
11   commencing at 10:17 a.m., on THURSDAY, JANUARY 19,
12   2017, before Paula A. Pyburn, Certified Shorthand
13   Reporter No. 7304, RPR, CLR, pursuant to Notice.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION:
 3       SECURITIES AND EXCHANGE COMMISSION
 4       BY:  DANIELLE R. VOORHEES, TRIAL COUNSEL
 5            LESLIE HENDRICKSON HUGHES, TRIAL COUNSEL
 6       1961 Stout Street, Suite 1700
 7       Denver, Colorado 80294
 8       Telephone: (303) 844-1000
 9       Email:  voorheesd@sec.gov
10               hugheslj@sec.gov
11
12   FOR DEFENDANT TAJ JERRY MAHABUB:
13       HOLMES, TAYLOR & JONES LLP
14       BY:  ANDREW B. HOLMES, ATTORNEY AT LAW
15       617 South Olive Street, Suite 1200
16       Los Angeles, California 90014
17       Telephone:  (213) 985-2200
18       Email:  abholmes@htjlaw.com
19
20
21
22
23
24
25
```

Page 4

```
 1   APPEARANCES OF COUNSEL - (CONTINUED):
 2   FOR DEFENDANT GENAUDIO, INC.:
 3       WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
 4       BY:  MICHAEL P. MCCLOSKEY, ATTORNEY AT LAW
 5       655 West Broadway, Suite 900
 6       San Diego, California 92101
 7       Telephone: (619) 881-3326
 8       Email:   michael.mccloskey@wilsonelser.com
 9
10   FOR DEFENDANT ASTOUND HOLDINGS, INC.
11   - (A.M. SESSION):
12       BENZ LAW GROUP
13       BY:  JEFFREY BENZ, ATTORNEY AT LAW
14       12021 Wilshire Boulevard, Suite 256
15       Los Angeles, California 90025
16       Telephone: (310) 570-2774
17       Email:  jeffreybenz@gmail.com
18
19   ALSO PRESENT:
20       CASEY HOWELL, VIDEOTAPE OPERATOR
21
22
23
24
25
```

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub -  Vol. 1
January 19, 2017

Page 5

```
 1                    INDEX
 2  THURSDAY, JANUARY 19, 2017
 3  TAJ JERRY MAHABUB - VOLUME 1              PAGE
 4      Examination by MS. VOORHEES             14
 5  P.M. SESSION                               153
 6      Examination resumed by MS. VOORHEES    153
 7
 8
 9                    -O0O-
10
11
12     QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
13                PAGE        LINE
14                  NONE.
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
 1            EXHIBITS - (CONTINUED)
 2        TAJ JERRY MAHABUB - VOLUME 1
 3  Number        Description              Page
 4  Exhibit 203   EMAIL CHAIN, BATES NOS.
 5              SEC-TISCARENOV-E-0000325
 6              THROUGH SEC-TISCARENOV-
 7              E-0000326 - 2 pages            68
 8
 9  Exhibit 204   8/10/09 EMAIL FROM JERRY
10              MAHABUB TO GARY SMITH, ETC.,
11              BATES NOS. SEC-MAHABUBJ-E-
12              0022806 THROUGH
13              SEC-MAHABUBJ-E-0022882
14              - 78 pages                     69
15
16  Exhibit 205   EMAIL CHAIN, BATES NOS.
17              347APL-00000608 THROUGH
18              347APL-00000621 - 14 pages     81
19
20  Exhibit 206   EMAIL CHAIN, BATES NOS.
21              SEC-MAHABUBJ-E-0023716
22              THROUGH SEC-MAHABUBJ-
23              E-0023729 - 14 pages           81
24
25
```

Page 6

```
 1                  EXHIBITS
 2        TAJ JERRY MAHABUB - VOLUME 1
 3  Number        Description              Page
 4  Exhibit 199   DECEMBER 11, 2008, CONFIDENTIAL
 5              PRIVATE PLACEMENT MEMORANDUM,
 6              GENAUDIO, INC., BATES NOS.
 7              GA006483 THROUGH GA006585
 8              - 103 pages                    35
 9
10  Exhibit 200   March 25, 2009, Confiden
11              CONFIDENTIAL PRIVATE
12              PLACEMENT MEMORANDUM,
13              GENAUDIO, INC., BATES NOS.
14              GA007367 THROUGH GA007453
15              - 87 pages                     40
16
17  Exhibit 201   EMAIL CHAIN, BATES NOS.
18              SEC-ELLIOTT-E-0002589
19              THROUGH SEC-ELLIOTT-E-000292
20              - 4 pages                      40
21
22  Exhibit 202   EMAIL CHAIN, BATES NOS.
23              SEC-MAHABUBJ-E-0007972
24              THROUGH SEC-MAHABUBJ-
25              E-0007979 - 8 pages            49
```

Page 8

```
 1            EXHIBITS - (CONTINUED)
 2        TAJ JERRY MAHABUB - VOLUME 1
 3  Number        Description              Page
 4  Exhibit 207   EMAIL CHAIN, BATES NOS.
 5              GA006846 THROUGH GA006850,
 6              - 5 pages                      111
 7
 8  Exhibit 208   EMAIL CHAIN, BATES NOS.
 9              SEC-TISCARENOV-E-0000946
10              THROUGH SEC-TISCARENOV-
11              E-0000954 - 9 pages            125
12
13  Exhibit 209   EMAIL CHAIN, BATES NOS.
14              SEC-MAHABUBJ-E-0023474
15              THROUGH SEC-MAHABUBJ-
16              E-0023489 - 16 pages           126
17
18  Exhibit 210   EMAIL CHAIN, BATES NOS.
19              JM000378 THROUGH JM000380
20              - 3 pages                      138
21
22  Exhibit 211   EMAIL CHAIN, BATES NOS.
23              JM000727 THROUGH JM000279
24              - 3 pages                      173
25
```

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub -  Vol. 1
January 19, 2017

| | | | Page 9 |
|---|---|---|---|
| 1 | | EXHIBITS - (CONTINUED) | |
| 2 | | TAJ JERRY MAHABUB - VOLUME 1 | |
| 3 | Number | Description | Page |
| 4 | Exhibit 212 | EMAIL CHAIN, BATES NOS. | |
| 5 | | SEC-TISCARENOV-E-0001047 | |
| 6 | | THROUGH SEC-TISCARENOV- | |
| 7 | | E-0001048 - 2 pages | 183 |
| 8 | | | |
| 9 | Exhibit 213 | EMAIL CHAIN, BATES NOS. | |
| 10 | | SEC-MAHABUBJ-E-0019545 | |
| 11 | | THROUGH SEC-MAHABUBJ- | |
| 12 | | E-0019549 - 5 pages | 183 |
| 13 | | | |
| 14 | Exhibit 214 | EMAIL CHAIN, BATES NOS. | |
| 15 | | JM002048 THROUGH JM002052 | |
| 16 | | - 5 pages | 197 |
| 17 | | | |
| 18 | Exhibit 215 | EMAIL CHAIN, BATES NOS. | |
| 19 | | SEC-TISCARENOV-E-0001119 | |
| 20 | | THROUGH SEC-TISCARENOV- | |
| 21 | | E-0001120 - 2 pages | 209 |
| 22 | | | |
| 23 | Exhibit 216 | EMAIL CHAIN, BATES NOS. | |
| 24 | | JM002045 THROUGH JM002046 | |
| 25 | | - 2 pages | 218 |

| | | | Page 11 |
|---|---|---|---|
| 1 | | PREVIOUSLY MARKED EXHIBITS | |
| 2 | | TAJ JERRY MAHABUB - VOLUME 1 | |
| 3 | Number | Description | Page |
| 4 | Exhibit 16 | EMAIL CHAIN, BATES NOS. | |
| 5 | | SEC0000001 THROUGH | |
| 6 | | SEC0000005 - 5 pages | 244 |
| 7 | | | |
| 8 | Exhibit 21 | EMAIL CHAIN, BATES NOS. | |
| 9 | | JM002096 THROUGH JM002099 | |
| 10 | | - 4 pages | 105 |
| 11 | | | |
| 12 | Exhibit 23 | 10/19/09 EMAIL FROM JERRY | |
| 13 | | MAHABUB TO VICTOR TISCARENO, | |
| 14 | | ETC., BATES NOS. | |
| 15 | | SEC-TISCARENOV-E-0000635 | |
| 16 | | THROUGH SEC-TISCARENOV- | |
| 17 | | E-0000636 - 2 pages | 112 |
| 18 | | | |
| 19 | Exhibit 27 | EMAIL CHAIN, BATES NOS. | |
| 20 | | SEC-TISCARENOV-E-0000992 | |
| 21 | | THROUGH SEC-TISCARENOV-E | |
| 22 | | - 0000993 - 2 pages | 138 |
| 23 | | | |
| 24 | | | |
| 25 | | | |

| | | | Page 10 |
|---|---|---|---|
| 1 | | EXHIBITS - (CONTINUED) | |
| 2 | | TAJ JERRY MAHABUB - VOLUME 1 | |
| 3 | Number | Description | Page |
| 4 | Exhibit 217 | 5/6/10 EMAIL FROM JERRY | |
| 5 | | MAHABUB TO BOB COOVER, ETC., | |
| 6 | | BATES NOS. JM002017 THROUGH | |
| 7 | | JM002020 - 4 pages | 223 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

| | | | Page 12 |
|---|---|---|---|
| 1 | | PREVIOUSLY MARKED EXHIBITS - (CONTINUED) | |
| 2 | | TAJ JERRY MAHABUB - VOLUME 1 | |
| 3 | Number | Description | Page |
| 4 | Exhibit 28 | EMAIL CHAIN, BATES NOS. | |
| 5 | | JM001041 THROUGH JM001046 | |
| 6 | | - 6 pages | 153 |
| 7 | | | |
| 8 | Exhibit 30 | 3/21/10 EMAIL FROM JERRY | |
| 9 | | MAHABUB TO VICTOR TISCARENO, | |
| 10 | | ETC., BATES NOS. | |
| 11 | | 347APL-00000315 THROUGH | |
| 12 | | 347APL-00000316 - 2 pages | 173 |
| 13 | | | |
| 14 | Exhibit 71 | EMAIL CHAIN WITH ATTACHMENT, | |
| 15 | | BATES NOS.  SEC- | |
| 16 | | TISCARENOV-E-0000114 THROUGH | |
| 17 | | SEC-TISCARENOV-E-0000118 | |
| 18 | | - 5 pages | 31 |
| 19 | | | |
| 20 | Exhibit 72 | GENAUDIO, INC., BOARD OF | |
| 21 | | DIRECTORS TELEPHONIC MEETING | |
| 22 | | MINUTES FROM SEPTEMBER 25TH, | |
| 23 | | 2009, BATES NO. GA006254 | |
| 24 | | - 1 page | 100 |
| 25 | | | |

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 1
January 19, 2017

Page 13

1    THURSDAY, JANUARY 19, 2017; 10:17 A.M.
2
3       (All counsel stipulated to waive the
4       reporter read on and read off pursuant
5       to Federal Rule 30.)
6
7    THE VIDEOGRAPHER: Good morning.  We're now on
8  the record.  Here begins DVD No. 1, Volume 1, in
9  the deposition of Taj Jerry Mahabub in the matter
10 of "Securities and Exchange Commission v. Taj Jerry
11 Mahabub, et al.," being heard in the United States
12 District Court for the District of Colorado, Case
13 No. 1:15-cv-02118-CBS-WJM.
14      Today's date, January 19, 2017.  The time
15 is 10:17 a.m.
16      The video operator today is Casey Howell,
17 contracted by Behmke Reporting & Video Services,
18 located at 160 Spear Street, Suite 300,
19 San Francisco, California.
20      This video deposition is taking place at
21 444 South Flower Street, Suite 900, Los Angeles,
22 California, and was noticed by Danielle Voorhees,
23 Esq., of the Securities and Exchange Commission.
24      Would counsel and all present please
25 identify themselves for the record.

Page 14

1    MS. VOORHEES: Danielle Voorhees and
2  Leslie Hughes on behalf of the Securities and
3  Exchange Commission.
4    MR. HOLMES: Andrew Holmes on behalf of the
5  witness.
6    MR. MCCLOSKEY: Michael McCloskey on behalf of
7  GenAudio.
8    MR. BENZ: Jeff Benz on behalf of Astound
9  Holdings.
10   THE VIDEOGRAPHER: Thank you.
11      Your court reporter is Paula Pyburn,
12 certified shorthand reporter contracted by Behmke
13 Reporting & Video Services.  She will now
14 administer the oath.
15   THE REPORTER: Raise your right hand, please.
16            * * *
17        TAJ JERRY MAHABUB,
18 having been duly sworn, testified as follows:
19            * * *
20           EXAMINATION
21 BY MS. VOORHEES:
22   Q.  Mr. Mahabub, you can put your hand down.
23   Thank you.
24      I'm Danielle Voorhees on behalf of the
25   Securities and Exchange Commission, and I'm here

Page 15

1  with Leslie Hughes.
2       You've met both of us before; correct?
3       Is that a "yes"?
4    A.  Yes.
5    Q.  All right.  We'll go over some ground
6  rules.
7       As your counsel noted, the court reporter
8  is trying to take down everything that's being said
9  in the room today, and so we need you to answer
10 verbally my questions.  I need you to try to wait
11 till I finish with my question before you answer,
12 which I know is hard, because you will see where
13 I'm going sometimes, but she has to take down
14 everything.
15      If you could pause just briefly after I
16 ask my questions, it'll probably be helpful for
17 counsel, because they may make objections, and then
18 you can go ahead and answer the question.
19      All right?
20   A.  Yes.
21   Q.  If you need me to clarify anything, just
22 ask me to do it.  Otherwise, I'm going to assume
23 that you understand the questions I ask.
24      Okay?
25   A.  Yes.

Page 16

1    Q.  We can take breaks today as you need them.
2  So just let us know.  We won't take a break while a
3  question is pending, but otherwise, you know, we
4  want everybody to be concentrated on what's going
5  on; so let me know if you need to take a break.
6       Okay?
7    A.  Okay.
8    Q.  Do you understand that you're under oath
9  today?
10   A.  I do.
11   Q.  Okay.  Mr. Mahabub, just to make this go a
12 little faster, I want to go over a few key terms.
13      When I use the word "GenAudio," is it fair
14 that I'm referring to GenAudio, Incorporated, the
15 entity that's a defendant in this case?
16   A.  Yes.
17   Q.  Okay.  And if I refer to "Astound," I'm
18 referring to Astound Holdings, Inc., another entity
19 that is a defendant in this case.
20      Does that make sense?
21   A.  Yes.
22   Q.  If I refer to "Apple," I'm referring to
23 Apple, Incorporated.
24      Does that make sense?
25   A.  Yes.

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub -  Vol. 1
January 19, 2017

|  | Page 17 |
|---|---|

1    Q.   Okay.  And if I refer to "the
2    investigation," I am referring to the investigation
3    by the Securities and Exchange Commission that
4    preceded this litigation in the matter of GenAudio,
5    Inc.
6         Does that make sense?
7    A.   In the matter of -- run that -- it's --
8    there's three entities involved; right?
9    Q.   Correct.  The name of the SEC's
10   investigation was "In the Matter of GenAudio, Inc."
11   And so that's the SEC investigation I'm referring
12   to if I say "the investigation."
13        Does that make sense?
14   A.   Yes.
15   Q.   Okay.  Mr. Mahabub, what did you do to
16   prepare for your deposition today?
17   A.   Not much.
18   Q.   Okay.  Have you read the investigative
19   testimony that you gave in this matter?
20   A.   No.
21   Q.   Okay.  Have you read the complaint that
22   was filed by the SEC in this litigation?
23   A.   Yes.
24   Q.   Have you read any of the other pleadings
25   that have been filed in this case?

|  | Page 18 |
|---|---|

1         Have you -- have you read the answers that
2    the defendants filed?
3    A.   No.
4    Q.   You said that you didn't do much to
5    prepare for your deposition.
6         Did you do anything?
7    A.   Not really, no.
8    Q.   Okay.  What's your current address?  Where
9    do you reside?
10   A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11   Northglenn, Colorado 80233.
12   Q.   Okay.  And is that your only residence?
13   A.   Currently, yes.
14   Q.   Are you currently employed?
15   A.   I suppose I am, yes.
16   Q.   Okay.  How are you employed?
17   A.   I'm a CEO of GenAudio, and I also own a
18   studio.
19   Q.   Okay.  As the CEO of GenAudio -- let's
20   start with that -- how are you compensated?
21   A.   Accruing payroll.
22   Q.   Okay.  And at what rate?  What's your
23   salary?
24   A.   I have no idea.  I know that we all took
25   big cuts at one point in time at the board level.

|  | Page 19 |
|---|---|

1    That was maybe two, three years ago.  And I can't
2    remember what I got cut down to.
3         It doesn't really matter.  I
4    haven't been -- I haven't been paid anything in
5    many, many years by GenAudio.  So -- I always made
6    sure everyone else got paid first.
7    Q.   Okay.  So you have received no money from
8    GenAudio in many years?
9    A.   No.
10   Q.   Is that --
11      MR. HOLMES: Objection.  Vague as to the phrase
12   "money."  That encompasses more than salary.
13      THE WITNESS: Oh, yeah.
14   BY MS. VOORHEES:
15   Q.   I am trying to be very broad.
16        Have you received any funds from
17   GenAudio -- and let just talk -- let's say in 2016.
18        Did you receive any funds from GenAudio in
19   2016?
20   A.   Not to my recollection, no.
21   Q.   Okay.
22   A.   I'd have to look at the accounting, but I
23   don't -- I don't recall.
24   Q.   All right.  You said that you also have a
25   studio; is that correct?

|  | Page 20 |
|---|---|

1    A.   Yes.
2    Q.   Okay.  And what's your -- what's the name
3    of the entity associated with the studio?
4    A.   Astound Studios.
5    Q.   Okay.  What's your position with Astound
6    Studios?
7    A.   Owner.  100 percent owner.
8       THE REPORTER: Pardon me?
9       THE WITNESS: 100 percent owner.
10   BY MS. VOORHEES:
11   Q.   All right.  How are you compensated by
12   Astound Studios?
13   A.   It's more me paying money out of my pocket
14   than it paying me right now.  The studio was built
15   to promote and test GenAudio's software, and it's
16   supposed to be paid $10,000 per month by GenAudio.
17        But since GenAudio doesn't have the money
18   to pay it, obviously I'm continuing to pay for
19   that, for the -- for the -- the fees to run the
20   studio, and have for now since it was built in -- I
21   think 2010 is when it started.  So almost seven
22   years now, going straight, I've been forking out
23   the money.
24   Q.   Okay.  So have you -- did you receive any
25   funds from Astound Studios in 2016?

Securities and Exchange Commission v.
Taj Jerry Mahabub, et al.

Taj Jerry Mahabub - Vol. 1
January 19, 2017

**Page 253**

1  deposition of Jerry Mahabub. The time is 3:51.
2      Please proceed.
3      MS. VOORHEES: All right.
4      Q. Mr. Mahabub, before -- I think after we
5  actually went off the record last time, you said
6  you thought you maybe had 30 minutes left to give
7  us in the deposition?
8      A. Around there.
9      Q. Okay. So given that, and given that the
10  parties have agreed that we can reconvene this
11  deposition on February 8th, 2017, in Denver, we're
12  going to go ahead and conclude the deposition for
13  today.
14      A. Okay. That --
15      Q. We will issue an amended notice that will
16  have you appear at our office in Denver on
17  February 8th, 2017.
18      A. Okay.
19      Q. Okay?
20      A. That's great, yeah.
21      MS. VOORHEES: All right. Thank you.
22      Counsel, anything else?
23      MR. MCCLOSKEY: So stipulated. We'll see you
24  on the 8th.
25      MR. HOLMES: Yeah.

**Page 254**

1      MS. VOORHEES: Okay. Sounds good. Thank you.
2      THE WITNESS: Oh, wait. And we just pick up
3  where we left off or --
4      MR. HOLMES: Yeah. Yeah.
5      MS. HUGHES: We also wanted to stipulate that
6  the court reporter did not need to put on her
7  address, business address and those things at the
8  beginning and end of the deposition.
9      THE REPORTER: For the federal rule read on?
10      MS. HUGHES: Yes.
11      MR. HOLMES: So stipulated.
12      MR. MCCLOSKEY: So stipulated.
13      MS. VOORHEES: Agreed.
14      THE VIDEOGRAPHER: This concludes today's
15  deposition of Jerry Mahabub. The number of DVDs
16  used was three. The original media will be
17  retained at Behmke Reporting & Video Services,
18  Incorporated, located at 160 Spear Street,
19  Suite 300, San Francisco, California.
20      We're going off the record. The time is
21  3:52.
22      (Off video record.)
23      THE REPORTER: Do you guys need certified
24  copies?
25      MR. HOLMES: No, I don't.

**Page 255**

1      Do you want -- are you getting a certified
2  copy?
3      MR. MCCLOSKEY: You guys get the original.
4      MS. VOORHEES: We noticed it. We will get the
5  original.
6      MR. MCCLOSKEY: Yes, I want a certified copy.
7      THE REPORTER: Does anyone need a rough draft?
8      MS. VOORHEES: Whatever our order is. We'll
9  have to get back to you on that.
10      (At 3:54 p m., the deposition
11      proceedings adjourned to February 8,
12      2017.)
13
14
15
16      _____
17      TAJ JERRY MAHABUB
18
19
20
21
22
23
24
25

**Page 256**

1  STATE OF CALIFORNIA    )
2                         ) ss
3  COUNTY OF RIVERSIDE    )
4      I hereby certify that the witness in the
5  foregoing deposition, TAJ JERRY MAHABUB,, was by me
6  duly sworn to testify to the truth, the whole truth and
7  nothing but the truth, in the within-entitled cause;
8  that said deposition was taken at the time and place
9  herein named; and that the deposition is a true record
10  of the witness's testimony as reported by me, a duly
11  certified shorthand reporter and a disinterested
12  person, and was thereafter transcribed into typewriting
13  by computer.
14      I further certify that I am not interested in
15  the outcome of the said action, nor connected with nor
16  related to any of the parties in said action, nor to
17  their respective counsel.
18      IN WITNESS WHEREOF, I have hereunto set my
19  hand this 27th day of January, 2017.
20  Reading and Signing was:
21  _X_ requested ___ waived ___ not requested
22
23      _Paula A. Pyburn_
24
25      PAULA A. PYBURN, CSR NO. 7304, RPR, CLR