IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO, INC.,
and ASTOUND HOLDINGS, INC.,

    Defendants.

## DECLARATION OF TAJ JERRY MAHABUB

I, Taj Jerry Mahabub, do declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated below:

1. I founded GenAudio, Inc. ("GenAudio"), a Colorado corporation on May 21, 2003.

2. I served as GenAudio's CEO, and to date continue to serve as GenAudio's Chairman and CEO, and its President. I believe I am the only person left in GenAudio, as all others have resigned. I have personal knowledge of the current financial status of GenAudio.

3. GenAudio does not have any open bank accounts, or accounts of any nature, and therefore no funds for operations as an ongoing business.

4. Because GenAudio does not have any revenue and funds held in a bank account, GenAudio does not have the ability to pay disgorgement or civil penalties.

5.      GenAudio has ceased all business operations and is no longer engaged in the sale of securities.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on March 15, 2019, in Westminster, Colorado.

Taj Jerry Mahabub