IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

**CERTIFICATE OF SERVICE**

1949309v.2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 15, 2019, a true and correct copy of the foregoing was electronically served via CM/ECF:

**DEFENDANT GENAUDIO INC.'S OPPOSITION TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR FINAL JUDGMENT SEEKING REMEDIES AGAINST TAJ JERRY MAHABUB AND GENAUDIO, INC.**

**DECLARATION OF TAJ JERRY MAHABUB**

On the following parties:

| |
|---|
| Leslie J. Hughes, Trial Counsel<br>SECURITIES AND EXCHANGE COMMISSION<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>Tel: (303) 844-1000<br>E-mail: HughesLJ@sec.gov<br>*Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION* |
| Andrew B. Holmes<br>HOLMES, TAYLOR & JONES, LLP<br>617 S. Olive Street, Suite 1200<br>Los Angeles, CA 90014<br>Tel: (213) 985-2265<br>E-mail: abholmes@htjlaw.com<br>*Attorneys for Defendant TAJ JERRY MAHABUB* |

By: s/ Michael P. McCloskey
Michael P. McCloskey, Esq.
WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER, LLP
401 West A Street, Suite 1900
San Diego, CA 92101
(619) 321-6200 (tel)
(619) 321-6201 (fax)
E-mail: michael.mccloskey@wilsonelser.com
*Attorneys for Defendant GENAUDIO, INC.*