

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

## *KeyBank Hassle-Free Account Statement*

*February 7, 2019*

31          T  0006 **0000**  R  45  AO
**JERRY T MAHABUB**
**9743 CARR CIR**
**WESTMINSTER CO 80021-6838**

*Questions about your account?*
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*
*KeyBank National Association*
*P.O. Box 94825*
*Cleveland, OH 44101-4825*

---

*Get less mail and enroll in Online Statements today!*

---



### KeyBank Hassle-Free Account

Account number: **Redacted**938

*Account title: JERRY T MAHABUB*

| | |
|---|---|
| Balance on Jan 8, 2019 | $77.38 |
| Additions | |
|     Deposits | 167.94 |
| Deductions | |
|     Withdrawals | 232.27 |
| Balance on Feb 7, 2019 | $13.05 |

## Rewards

| | |
|---|---|
| Rewards point balance, as of 2-7-2019 | 9,472 |

| Rewards Number | Name |
|---|---|
| Redacted 00 | JERRY T MAHABUB |

Visit key.com/rewards for details

## ()-,ſ. KeyNotes

*Your taxes don't have to be so taxing.*

*KeyBank will cover the cost for clients to prepare and file their taxes with TaxAct@ this year. Contact 1-800-KEY2YOU@(1-800-539-2968), visit your local branch or go to key.com/taxact for more details.*

*TaxAct@ name and logo are registered trademarks of TaxAct, Inc. and are used here with permission. KeyBank and its affiliates do not provide legal or tax advice. Taxpayers should seek advice based upon their own particular circumstances from an independent tax advisor. Key.com is a federally registered service mark of KeyCorp. ©2019 KeyCorp. KeyBank is Member FDIC.*








*KeyBank Hassle-Free Account*
*Statement*

*February 7, 2019*

## Deposits

| Date | Description | Amount |
|------|-------------|--------|
| 1-9 | Redacted | $167.94 |
| Total | | $167.94 |

## Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 1-9 | Redacted | $76.49 |
| 1-9 | | 2.72 |
| 1-14 | | 21.80 |
| 1-14 | | 99.00 |
| 1-22 | | 9.99 |
| 1-22 | | 0.29 |
| 1-22 | | 9.99 |
| 1-29 | | 1.99 |
| 2-1 | | 10.00 |
| Total | | $232.27 |

Redacted



## CONSUMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in- Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    *KeyBank
    Customer Disputes
    NY-31-17-0128
    17 Corporate Woods Blvd
    Albany, NY 12211

- Tell us your name and Account number ;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

    XFER TO SAV  - Transfer to Savings Account
    XFER FROM SAV  - Transfer from Savings Account
    XFER TO CKG  - Transfer to Checking Account
    XFER FROM CKG  - Transfer from Checking Account
    PMT TO CR CARD     - Payment to Credit Card
    ADV CR CARD - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**If you are in Bankruptcy:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation. However, if you have a secured loan, KeyBank retains rights under its security instrument, including the right to foreclose its lien.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

O  Verify and check off in your check register    each deposit, check or other transaction shown on this statement.

    Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

    Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| e | List from your check register any checks or other deductions that are *not* shown on your statement. | |
|---|---|---|
| **Check#** or Date | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL-+** | $ | |

| 0 | List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|
| **Date** | **Amount** | |
| | | |
| | | |
| | | |
| **TOTAL-+** | $ | |

| 0 | Enter ending balance shown on your statement. |
|---|---|
| $ | |

| 8 | Add 5 and 6 and enter total here. |
|---|---|
| $ | |

| ❽ | Enter total from 4. |
|---|---|
| $ | |

| 0 | Subtract 8 from 7 and enter difference here. |
|---|---|
| $ | |
| This amount should agree with your check register balance. | |

Member FDIC

Redacted



KeyBank
P.O. Box 93885
Cleveland, OH  44101-5885

*KeyBank Hassle-Free Account Statement*

*March 7, 2019*

31          T  0006 **0000** R  45  AO

JERRY T MAHABUB
9743 CARR CIR
WESTMINSTER CO 80021-6838

*Questions about your account?*
*1-800-KEY2YOU (1-800-539-2968)*

*Or, write us:*
*KeyBank National Association*
*P.O. Box 94825*
*Cleveland, OH 44101-4825*

---

*Get less mail and enroll in Online Statements today!*

---



| KeyBank Hassle-Free Account | Account number: <span style="color:red">Redacted</span>38 |
|---|---|

Account title:  *JERRY T MAHABUB*

| | |
|---|---|
| Balance on Feb 7, 2019 | $13.05 |
| Additions | |
| Deposits | 26.67 |
| Deductions | |
| Withdrawals | 34.78 |
| Balance on  Mar 7, 2019 | $4.94 |

## Rewards

| | |
|---|---|
| Rewards point balance, as of  3-7-2019 | 9,472 |

| Rewards Number | Name |
|---|---|
| <span style="color:red">Redacted</span>       ) | JERRY T MAHABUB |

Visit key.com/rewards for details



## KeyNotes

*Your taxes don't have to be so taxing.*
.
*KeyBank will cover the cost for clients to prepare and file their taxes with TaxAct® this year. Contact 1-800-KEY2YOU® (1-800-539-2968), visit your local branch or go to key.com/taxact for more details.*
.
*TaxAct® name and logo are registered trademarks of TaxAct, Inc. and are used here with permission. KeyBank and its affiliates do not provide legal or tax advice. Taxpayers should seek advice based upon their own particular circumstances from an independent tax advisor. Key.com is a federally registered service mark of KeyCorp. ©2019 KeyCorp. KeyBank is Member FDIC.*



Member FDIC


<span style="color:red">Redacted</span>



*KeyBank Hassle-Free Account*
*Statement*

*March 7, 2019*

## Deposits

| Date | Description | | Amount |
|------|-------------|--|--------|
| 2-8 | <span style="color:red">Redacted</span> | | $26.67 |
| Total | | | $26.67 |

## Withdrawals

| Date | Description | | Amount |
|------|-------------|--|--------|
| 2-11 | <span style="color:red">Redacted</span> | | $34.78 |
| Total | | | $34.78 |

EQUAL HOUSING LENDER  *Member FDIC*

<span style="color:red">Redacted</span>



## CONSUMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in- Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after  we sent you the FIRST statement on which the problem or error appeared.

    *KeyBank
    Customer Disputes
    NY-31-17-0128
    17 Corporate Woods Blvd
    Albany, NY 12211

- Tell us your name and Account number ;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

    XFER TO SAV  - Transfer to Savings Account
    XFER FROM SAV  - Transfer from Savings Account
    XFER TO CKG - Transfer to Checking Account
    XFER FROM CKG - Transfer from Checking Account
    PMT TO CR CARD     - Payment to Credit Card
    ADV CR CARD - Advance from Credit Card

**Preauthorized Credits:**  If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**If you are in Bankruptcy:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation.  However, if you have a secured loan, KeyBank retains rights under its security instrument, including the right to foreclose its lien.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register     each deposit, check or other transaction shown on this statement.

    Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

    Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **TOTAL ➜** | $ |
|  |  |  |  |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| **TOTAL ➜** | $ |
|---|---|

EQUAL HOUSING LENDER    *Member FDIC*

Redacted