IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.

        Defendants.

## DECLARATION OF DELL SKLUZAK

I, Dell Skluzak, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am over the age of 18.  I live in Lakewood, Colorado.

2. Between November 20, 2004 and April 26, 2012, I purchased approximately 561,000 shares of GenAudio, Inc.  I continue to own those shares.

3. In or about March 2010, I received a Confidential Private Placement Memorandum (PPM), in which GenAudio, Inc. offered up to 1,000,000 shares of common stock at $3.00 per share, and it included a valuation report by Inavisis,

1

Inc. In the PPM at page 39, GenAudio stated in part, that the "Valuation Report concludes that the Company's AstoundSound Technology has the potential to create gross licensing based revenues of over One Billion Dollars." Exhibit 1 is a true and correct copy of excerpts from the March 2010 PPM, and excerpts from the Inavisis Valuation Report.

4. In the Valuation Report in the Executive Summary at page 4, and later in the report at pages 14 and 40, Inavisis identified three patents that GenAudio filed which are identified as the "AstoundSound Technology". The Valuation Report at page 43 placed the value of non-exclusive licenses to use the AstoundSound Technology at $1,006,988,000.

5. As a shareholder of GenAudio, I received periodic updates about the company's activities. On April 8, 2016, I received an email from Jerry Mahabub, the Chairman and Chief Executive Officer of GenAudio, which included the latest Shareholder Progress Report. Exhibit 2 is a true and correct copy of the April 8, 2016 Shareholder Progress Report that I received from Mr. Mahabub. On the first page of the report, Mr. Mahabub stated that "Since the last update, 3 of our patent filings have been issued, one in the USA and two in Asia."

6. I reviewed my email messages from Mr. Mahabub and believe that Exhibit 2 is the last Shareholder Progress Report that I received.

7. As a shareholder of GenAudio, I have not been notified by GenAudio or Mr. Mahabub that the company is defunct and no longer has any ongoing operations. I have not been advised about the disposition of the company's patents or other assets.

8. Based on my last interaction with the company, I understood that Mr. Mahabub controlled a majority of the voting rights of the company's shareholders, and the business activities of GenAudio.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on April 4, 2019 in Lakewood, Colorado.

_____
Dell Skluzak