# EXHIBIT 1

Memorandum No. _____     Name: _____

# Confidential Private Placement Memorandum

# GENAUDIO, INC.

UP TO 1,000,000 SHARES OF COMMON STOCK
$3.00 PER SHARE



**AGGREGATE OFFERING AMOUNT: $3,000,000**

THESE SECURITIES HAVE NOT BEEN REGISTERED WITH OR APPROVED BY THE SECURITIES AND EXCHANGE COMMISSION OR ANY STATE SECURITIES COMMISSION, NOR HAS THE SECURITIES AND EXCHANGE COMMISSION OR ANY SUCH STATE SECURITIES COMMISSION PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PRIVATE PLACEMENT MEMORANDUM. THIS PRIV TE PLACEMENT MEMORANDUM DOES NOT CONSTITUTE AN OFFER IN ANY JURISDICTIC IN WHICH AN OFFER IS NOT AUTHORIZED.

The Information Cont: l Herein is Confidential and Intended Only for the Entity or Person to Whic r Whom It is Given to or Transmitted Electronically.

March 15, 2010

EXHIBIT 2
WITNESS Devine
CONSISTING OF 148 PAGES
DATE 7-19-16
BEHMKE REPORTING AND VIDEO SERVICES, INC.
PLTF. DEFT.


GOVERNMENT EXHIBIT 6
D-03450

GA000487

# CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM

## 1,000,000 Shares of Common Stock

# GENAUDIO, INC.

GENAUDIO, INC. ("we", "us", "the "Company" or "Gen Audio") is offering up to one million (1,000,000) shares of its common stock at $3.00 per share (the "Shares" or "Common Stock") subject to the Company's over-allotment right to sell up to an additional 250,000 Shares in its sole discretion depending on demand. The minimum investment is 10,000 Shares, or $30,000; provided, however, such minimum investment may be waived by the Company on an investor-by-investor basis. *See* "SUMMARY OF THE OFFERING."

The Company shall have the right, in its sole discretion, to accept or reject any subscription and funds received, in whole or in part. Upon return of any rejected subscription (or portion thereof) to a prospective investor, without any deduction therefrom or interest thereon, the Company shall have no further obligation to such prospective investor with respect to the rejected subscription amount.

**INVESTMENT IN THE SHARES IS SPECULATIVE. THUS, PROSPECTIVE INVESTORS SHOULD CAREFULLY REVIEW AND CONSIDER THE MATTERS DESCRIBED UNDER "RISK FACTORS" AND SHOULD CONSIDER SUCH RISKS CAREFULLY BEFORE ACQUIRING THE COMPANY'S SECURITIES. INVESTORS MUST BE PREPARED TO BEAR THE ECONOMIC RISK OF THE INVESTMENT FOR AN INDEFINITE PERIOD OF TIME AND A TOTAL LOSS OF THEIR INVESTMENT.**

**NEITHER THE SECURITIES AND EXCHANGE COMMISSION, ANY STATE SECURITIES COMMISSION NOR ANY OTHER REGULATORY BODY HAS APPROVED OR DISAPPROVED THESE SECURITIES OR THE ACCURACY OR ADEQUACY OF THIS MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

## SUMMARY OF SUBSCRIPTION PROCEDURES

The prospective investor (the "Investor") who is the direct recipient of this Confidential Private Placement Memorandum ("Memorandum") has received herewith a subscription agreement ("Subscription Agreement") for subscribing to purchase Shares as set forth on Exhibit A hereto. To subscribe for Shares, an Investor must complete, execute and deliver to Company the following items: (i) one copy of the executed pages of the Subscription Agreement, including any exhibits thereto, by means of which the Investor shall subscribe to purchase Shares; (ii) to comply with the "Patriot Act," a copy of each Investor's driver license (front and back) or passport photo page; and (iii) a check or wire transfer payable to the Company for that number of Shares for which the investor wishes to subscribe, which amount will be deposited into a segregated account established for the Offering until the Company has accepted to rejected such subscription, in whole or in part.

Subscriptions for the purchase of Shares may be accepted by the Company as received, and there is no minimum number of Shares for which subscriptions must be received prior to the use of any offering proceeds by the Company and the subscription proceeds may be released to the Company at any time. Any subscriptions not received and accepted by the Company by May 31, 2010 (the "Termination Date"), shall be deemed refused and the Company shall return the full amount of the subject Investor's cash payment, without interest or deduction; however, the Company may elect to extend the Termination Date for a period not exceeding ninety days. The Company shall have the right to reject any subscriptions received, in whole or in part, at its sole discretion, whether or not the Offering is oversubscribed. *See "SUMMARY OF THE OFFERING."*

# TABLE OF CONTENTS

LEGENDS ........................................................................................................................................... 1
JURISDICTIONAL STATEMENTS .............................................................................................. 2
FORWARD LOOKING STATEMENTS ....................................................................................... 5
INVESTOR SUITABILITY STANDARDS .................................................................................... 6
SUMMARY OF THE OFFERING .................................................................................................. 7
BUSINESS OF THE COMPANY .................................................................................................. 10
    OVERVIEW ...................................................................................................................................... 10
    THE TECHNOLOGY ......................................................................................................................... 11
    PRODUCTS ..................................................................................................................................... 14
    INDUSTRY ANALYSIS ...................................................................................................................... 23
    MARKETING ................................................................................................................................... 25
MANAGEMENT ORGANIZATIONAL CHART ....................................................................... 27
MANAGEMENT OF THE COMPANY ....................................................................................... 28
MANAGEMENT COMPENSATION ........................................................................................... 32
DESCRIPTION OF SECURITIES ................................................................................................ 35
    COMMON STOCK ........................................................................................................................... 35
    PREFERRED STOCK ....................................................................................................................... 35
    WARRANTS .................................................................................................................................... 36
PLAN OF DISTRIBUTION AND SUBSCRIPTION PROCEDURES ...................................... 37
EXIT STRATEGY ........................................................................................................................... 38
INAVASIS REPORT ....................................................................................................................... 39
RISK FACTORS .............................................................................................................................. 40
    RISKS RELATED TO THE BUSINESS OF THE COMPANY .................................................................... 40
    RISKS RELATED TO THE COMPANY ................................................................................................ 44
    RISKS RELATED TO THE OFFERING ................................................................................................ 45
    OTHER RISK FACTORS ................................................................................................................... 48
RELATED PARTY TRANSACTIONS ........................................................................................ 49
LEGAL PROCEEDINGS ............................................................................................................... 50
ADDITIONAL INFORMATION ................................................................................................... 51

**EXHIBITS**

Subscription Agreement ........................................................................................... Exhibit A
Inavasis Valuation Report ........................................................................................ Exhibit B
Financial Statements ................................................................................................. Exhibit C

## INAVASIS REPORT

Due to the recent success in optimizing the AstoundSound Technology for integration into consumer electronic devices, particularly hand held devices, as well as the extensive discussions conducted with the LCEC, the Company hired Inavasis, Inc. ("Inavasis") on November 5, 2009 to prepare two valuation reports to determine the fair market value of the AstoundSound technology across various market applications. The first valuation report specifically identifies the potential licensing revenues to the Company on both an exclusive and a non-exclusive basis with the LCEC we are working with, and contains an in-depth analysis of the value for the Company's AstoundSound technology within the specific product offerings of the LCEC. Due to the Company's nondisclosure obligations with the LCEC, this first report is for internal guidance for the Company's management and future negotiations with the LCEC only, and may not be shared with any third party.

A more abbreviated and generic valuation report has been prepared by Inavasis for the purpose of identifying the fair market value of the AstoundSound technology across various market applications, including both current and future licensing targets, without disclosing the identity of the LCEC. A copy of this second valuation report is attached hereto as Exhibit B (the "Valuation Report"). The Valuation Report contains the qualifications of Inavasis and its Chairman, Dr. Sam Khoury, as well as the valuation assumptions and limiting conditions of the Valuation Report. Attention is directed to the Valuation Report for more specific information concerning such matters.

The Valuation Report is intended to provide Company management with a certified third party valuation analysis of the fair market value of the Company's AstoundSound Technology and intellectual property rights, but there is no guaranty or assurance that any actual transactions will occur or that consummated transactions will result in the revenues projected in the Valuation Report, and the Company and its management make no representations or warranties concerning the same. The Valuation Report is not intended as a valuation of the Company itself or its Shares. *See* the "*STATEMENT REGARDING FORWARD LOOKING PROJECTIONS*" near the beginning of this Memorandum concerning any projections contained in the Valuation Report, and *see also* the "*RISK FACTORS*" section below for further discussion of the engagement of Inavasis and the nature of the Valuation Report.

The Valuation Report concludes that the Company's AstoundSound Technology has the potential to create gross licensing based revenues of over One Billion Dollars ($1,000,000,000) on a net present value basis as of the valuation date of the Valuation Report assuming the accuracy of the various assumptions set forth therein, including the entering of licenses in each of the markets at the assumed royalty rates within the time periods identified in the Valuation Report. Company management intends to use the Valuation Report solely as an evaluation and benchmarking tool to prioritize Company technology initiatives and to evaluate proposed licensing arrangements since the evaluation of the Company's technology is a very complicated and speculative process requiring specialized expertise from a qualified and experienced third party appraiser.

The "value" of the technology in various market applications does not necessarily mean that would be the "price" that is negotiated for specific anticipated license based transactions. Any prospective purchaser or licensee of all or any portion of the AstoundSound Technology will need to determine what price it is willing to pay for such technology use within its specific fields of use based on numerous factors, but the Valuation Report serves as one basis for the Company's management to evaluate third party offers and will enable the Company to engage Inavasis to assist Company management in such sale or licensing negotiations.

BALANCE OF PAGE LEFT INTENTIONALLY BLANK

# EXHIBIT B

## INAVASIS REPORT

### STATEMENT REGARDING FORWARD LOOKING PROJECTIONS

THE STATEMENTS, PROJECTIONS AND ESTIMATES OF FUTURE PERFORMANCE OF THE COMPANY OR VARIOUS ELEMENTS OF THE COMPANY'S BUSINESS CONTAINED IN THE FOLLOWING FINANCIAL PROJECTIONS ARE FORWARD-LOOKING STATEMENTS. INVESTORS SHOULD EXPECT THAT ANTICIPATED EVENTS AND CIRCUMSTANCES SHALL NOT OCCUR, THAT UNANTICIPATED EVENTS AND CIRCUMSTANCES SHALL OCCUR, AND THAT ACTUAL RESULTS SHALL LIKELY VARY FROM THE FORWARD-LOOKING CIRCUMSTANCES. INVESTORS SHOULD BE AWARE THAT A NUMBER OF FACTORS COULD CAUSE THE FORWARD-LOOKING STATEMENTS OR PROJECTIONS CONTAINED IN THIS MEMORANDUM OR OTHERWISE MADE BY OR ON BEHALF OF THE COMPANY TO BE INCORRECT OR TO DIFFER MATERIALLY FROM ACTUAL RESULTS. SUCH FACTORS MAY INCLUDE, WITHOUT LIMITATION, (i) THE ABILITY OF THE COMPANY TO PROVIDE SERVICES AND TO COMPLETE THE DEVELOPMENT OF ITS PRODUCTS IN A TIMELY MANNER, (ii) THE DEMAND FOR AND TIMING OF DEMAND FOR SUCH SERVICES AND PRODUCTS, (iii) COMPETITION FROM OTHER PRODUCTS AND COMPANIES, (iv) THE COMPANY'S SALES AND MARKETING CAPABILITIES, (v) THE COMPANY'S ABILITY TO SELL ITS SERVICES AND PRODUCTS PROFITABLY, (vi) AVAILABILITY OF ADEQUATE DEBT AND EQUITY FINANCING, AND (vii) GENERAL BUSINESS AND ECONOMIC CONDITIONS. THESE IMPORTANT FACTORS AND CERTAIN OTHER FACTORS THAT MIGHT AFFECT THE COMPANY'S FINANCIAL AND BUSINESS RESULTS ARE DISCUSSED IN THIS MEMORANDUM UNDER "RISK FACTORS." THERE CAN BE NO ASSURANCE THAT THE COMPANY SHALL BE ABLE TO ANTICIPATE, RESPOND TO OR ADAPT TO CHANGES IN ANY FACTORS AFFECTING THE COMPANY'S BUSINESS AND FINANCIAL RESULTS.

# Audio AstoundSound® Technology

## AstoundSound® Technology Valuation

By

### Inavisis, Inc.



Prepared For

### GenAudio, Inc.



March 1, 2010

GA000554

*Inavisis, Inc.*

# GenAudio, Inc. AstoundSound® Audio Technology

## Table of Contents

Executive Summary ................................................................................................................4
Valuation Assignment & Inavisis Qualification ....................................................................8
AstoundSound Technology Description ...............................................................................9
Patent Description..................................................................................................................14
Market Applications...............................................................................................................15
    A -- Large Consumer Electonics Company................................................................................15
    B – Rest of the World ("ROW") ...................................................................................................15
    C – Broadcast and Live Concerts & Streaming Media..............................................................15
Competitors with Commercial Products .............................................................................16
Competitive Patents...............................................................................................................19
Economic Impact ....................................................................................................................21
General Technology Valuation Methods .............................................................................22
    Market Approach ..........................................................................................................................22
    Cost Approach..............................................................................................................................23
    Income Approach .........................................................................................................................23
    Relief From Royalty Approach ....................................................................................................24
    Conclusion.....................................................................................................................................25
Chapter One: Large Consumer Electronics Company ("LCEC")....................................26
    Valuation Period (Timing)............................................................................................................26
    Market Potential ...........................................................................................................................26
    Discount Rate................................................................................................................................28
    Income Approach Estimation of Value ......................................................................................29
Conclusion ...............................................................................................................................30
Chapter Two: Rest of the World ("ROW") ..........................................................................30
    Valuation Period (Timing)............................................................................................................30
    Market Potential ...........................................................................................................................30
    Target Company Share ................................................................................................................35
    Revenue per Unit .........................................................................................................................36
    Discount Rate................................................................................................................................37
    Royalty Rate..................................................................................................................................38
Income Approach Estimation of Value ................................................................................39
Conclusion ...............................................................................................................................39

Chapter Three: Broadcast and Live Concerts ................................................................. 40
   Valuation Period (Timing) ....................................................................................................... 40
   Market Potential ..................................................................................................................... 40
   Target Company Share .......................................................................................................... 40
   Revenue from Broadcast & Live Concerts ............................................................................ 41
   Discount Rate ......................................................................................................................... 41
Income Approach .............................................................................................................. 42
Conclusion ......................................................................................................................... 42
Valuation Summary............................................................................................................43

*Inavisis, Inc.*

---

### Executive Summary

GenAudio, Inc. a Colorado corporation (hereafter referred to as "GenAudio") is the developer and owner of a bundle of intellectual properties consisting of sound localization cue based software processes and algorithms generally known as "AstoundSound®" (which together with its associated patents, know-how and trade secrets is collectively referred to herein as the "AstoundSound Technology"). GenAudio has retained Inavasis to determine the fair market value of the AstoundSound Technology for the purpose of negotiating licensing deals with either one large consumer electronics company which will be identified only as "LCEC" in order to ensure that GenAudio does not violate any nondisclosure duties, or several consumer electronics companies interested in enhancing their respective products through the integration of the AstoundSound Technology.

The AstoundSound Technology is a four dimensional audio processing technology based on innovative acoustical physical modeling utilizing mathematical algorithms to create an impulse response filter design emulating how a listener would perceive sound in three dimensional space, over time (the "AstoundCore"). The AstoundCore utilizes advanced digital signal processing to create an audio platform technology that is applicable to many different products and applications and therefore various commercial markets. We divided this report into three separate sections that cover (a) the market applications for a large consumer electronics company (hereinafter "LCEC") GenAudio is currently working with which has expressed an interest in licensing the AstoundSound technology, (b) market applications for competitive products to LCEC, and (c) other applications which do not involve integration into consumer electronics devices such as professional broadcasting and live concerts. The markets that GenAudio's AstoundSound Technology could be applied to at LCEC and in the rest of the world ("ROW") include the following products:

A – LCEC: Data Centric smart phones, computers, all types of portable media players (e.g. mp3 players), and other consumer electronics products.

B – Competitive Products: smart phones, portable media players, PC, Gaming (Hardware & Software), DVD and DVR players, Theatrical, CD, Car Audio, Hearing Aids.

C – Broadcasting and Live Concerts.

*Inavisis, Inc.*

      Inavisis reviewed the published and filed patents in order to become familiar with the scope of the AstoundSound Technology, and conducted several days of interviews with Mr. Jerry Mahabub, Founder and CEO of GenAudio, to develop a deep understanding of the AstoundSound Technology, the market applications, and various revenue models specific to each market application. The Inavisis team researched each market application based on the potential commercial application of the AstoundSound Technology to such markets. For each market application, Inavisis relied on market data from different resources as a starting point to gauge the size of the market. This data included actual historical values as well as forecast values. Inavisis then extrapolated the market data for five years into the future for almost all market applications, except the hearing aid application where the life of the AstoundSound Technology was carried out to 10 years into the future since this is the customary valuation approach in the medical device area. Technology valuation in the consumer electronics industry is usually forecast for the useful life of the technology rather than the life of the patent, typically five years from the launch of the consumer electronics technology. Reference sources include, but are not limited to, the Consumer Electronics Association ("CEA") market data, GenAudio internal research data, Internet sources, SEC filings, and Multexinvestor (Marketguide) data.

      GenAudio is interested in negotiating an exclusive license or outright sale of the AstoundSound Technology to one or more companies with its current focus on LCEC. For an outright sale, GenAudio is interested in determining the market value of the AstoundSound Technology to LCEC (on an exclusive and non-exclusive basis) and then determine the market value of the AstoundSound Technology to the rest of the world. Those calculations facilitate GenAudio's ability to structure separate transactions with multiple parties in markets where LCEC does not desire exclusivity, and in markets where LCEC has no current or contemplated product offerings. We analyzed the revenue stream for each market application based on the market data mentioned above. We determined the net present value ("NPV") of the product markets that the AstoundSound Technology enhances, and then we determined the portion of the NPV that is attributable to the AstoundSound Technology.

      We also analyzed the competitive technologies and concluded that GenAudio would face limited competition from existing technologies, but that such competition would not be substantial due to the unique processing approach and unique attributes of the AstoundSound Technology.

      For all market applications we used a per unit/device income valuation methodology. The per unit/device income valuation is similar to the Relief from Royalty Approach but the fixed charge per unit/device is applied instead of a percentage of the revenue stream. The table below describes the various valuation contexts and the resulting value of the AstoundSound Technology.

*Inavisis, Inc.*

Table 1

Summary of Valuation Results for All Market Applications

| Market Application (LCEC/ROW/Other) | LCEC Exclusive (CE) | LCEC Non-exclusive (CE) | Rest of the world (CE) | Other Markets (non-CE) |
|---|---|---|---|---|
| Computers | $169,241,000 | $60,834,000 | $86,015,000 | |
| Smart Phones | $226,433,000 | $113,963,000 | $67,494,000 | |
| Enhanced Portable Media Players | $293,499,000 | $147,204,000 | $3,735,000 | |
| Traditional Portable Media Players | $149,131,000 | $40,480,000 | LCEC Only | |
| Internet Media TV Devices | $16,520,000 | 8,260,000 | LCEC Only | |
| Tablet Computers | $27,081,000 | $13,541,000 | LCEC Only | |
| Theatrical, DVD, CD | | | $147,579,000 | |
| DVD, DVR Hardware | | | $142,806,000 | |
| Gaming Hardware | | | $89,054,000 | |
| Gaming Software | | | $66,008,000 | |
| Car Audio | | | $2,438,000 | |
| Hearing Aids | | | $8,405,000 | |
| Broadcasting | | | | $1,080,000 |
| Live Concerts | | | | $7,495,000 |
| Total | $881,905,000 | $384,480,000 | $613,933,000 | $8,575,000 |

*Inavisis, Inc.*

## Total AstoundSound Technology Value

Inavisis conducted the valuation from two points of view. The first analysis was for the market value of the AstoundSound Technology assuming an exclusive license to LCEC for the products in the first column above. The grand total value of the AstoundSound Technology was calculated to be:

**Grand Total for Exclusive License to LCEC = $881,905,000**

The second analysis was for the market value of the AstoundSound Technology for the rest of the world assuming non-exclusive license(s) to LCEC for the technology for the products in the first column above. A non-exclusive license with LCEC opens up the AstoundSound Technology licensing to other companies in the same product markets in which LCEC sells its products, as well as other markets where LCEC does not have product offerings. Inavisis determined that the total AstoundSound Technology value is the aggregate total of (1) the non-exclusive license to LCEC for its existing products, (2) the licensing revenue from the rest of the world for consumer electronics integration, and (3) the broadcast and live concert market applications (non-integration applications). Therefore we assign a grand total value of:

| | | |
|---|---|---|
| 1. | Non- Exclusive License to LCEC | =$ 384,480,000 |
| 2. | Non-Exclusive License to the ROW | =$ 613,933,000 |
| 3. | Non – Exclusive License to Broadcasting and Live Concerts | =$ 8,575,000 |
| | **Grand Total** | = $1,006,988,000 |

*Inavisis, Inc.*

## Patent Description

The filed patents are described briefly below. The titles of the filed patents is reproduced in Appendix (E). The valuation was conducted based on global markets because GenAudio is filing PCT applications for all their filed patents and also filing in China and Japan. This means that the valuation calculation has to include global markets.

### 1. US Filed Patent # 10,802,319

### "METHOD AND APPARATUS FOR CREATING SPATIALIZED SOUND"

This filed patent has 46 claims that cover the "Method", and the "Apparatus" for the AstoundSound Technology. This patent has 6 independent claims and forty dependent claims. The patent describes the method of creating the 4-D sound, and the apparatus for the delivery of the AstoundSound Technology (memory, processor and storage elements). It also describes the different mathematical ways to manipulate the sound thus creating the appropriate hearing perception directly associated with the representation of the brain response to discrete spatial locations.

### 2. US Filed Patent # 12,041,191

### "AUDIO SPATIALIZATION AND ENVIRONMENT SIMULATION"

This invention relates generally to sound engineering, and more specifically to digital signal processing methods and apparatus for calculating and creating an audio waveform, which, when played through headphones, speakers or another playback device, emulates at least one sound emanating from at least one spatial coordinate in 4-dimensional space.

The filed patent has 44 claims with 7 independent claims and 37 dependent claims. The patent has six computer method claims and one system processing claim.

### 3. US Filed Patent # 12582449

### "AUDIO SPATIALIZATION AND ENVIRONMENT SIMULATION"

The patent has one independent method claim to improve the localization of sound.

All the above patents includes mathematical calculations to create perception of sound in a three dimensional spatial environment over time. These patents are classified under the utility patent as the need to translate the concept using a machine (computers or other devices) that will manipulate a mono or stereo digital sound source into a final four-dimensional environment. The PTO is currently reviewing these patents.

Inavisis in their analysis assumed that the patents would issue and will be valid. If the patents do not issue, then GenAudio has only trade secrets and know-how and the final value of the technology would be reduced accordingly.

*Inavisis, Inc.*

## Chapter Three: Broadcasting and Live Concerts

**Valuation Period (Timing)**

The patents that embody the AstoundSound Technology are three filed patents. The earliest patent was filed March 16, 2004. The latest patent was filed on October 20, 2009. The patent life is 20 years from filing so the patents will expire in 2024 to 2029. PCT applications were filed for all the US filed patents

In determining the valuation period the appraiser has to consider the legal life of the patent and the economic life of the patent. The legal life is 20 years from filing the patent. The economic life of the patent is an estimate based on industry practices and strength of the claims in the patent. Inavisis, Inc. did the calculation for 5 years from the date of the valuation report based on the economic life of the technology.

Inavisis assumed that GenAudio would be able to enter into a non-exclusive license agreement within one year for the consumer broadcast and live entertainment markets. With five years for the life of the technology, the calculation was carried out to January 30, 2015.

**Market Potential**

Broadcast:

There are 10,000 commercial radio stations and 2,500 non-commercial stations in the United States[28]. Most of those stations are broadcasting in digital signals so the GenAudio technology could be adapted so that the listener can benefit from the 4D audio experience.

Live Concerts:

Live Nation is the largest live-events company in the world. Annually Live Nation promotes or produces 16,000 to 22,000 live events.[29,30] Live Nation operates 117 venues, consisting of 75 US and 42 international venues. Inavisis will consider 20,000 as the average total market for live concerts.

**Target Company Share**

Broadcast:

Inavisis assumed that the total number of radio stations would remain constant for the next five years. As more stations transform their transmission to digital more stations will be added since digital stations do not require as much space as the analog signal. However, Inavisis assumed that the number of stations will remain constant. In 2011 Inavisis assumed that AstoundSound technology will capture 1% of the market growing to 15% in 2015. AstoundSound Technology will be implemented in 4,250 radio stations that represent a total of 34% of the radio station market within 5 years.

---

[28] Bryan Farrish, Music Biz Academy, "The Number of Radio Stations in the U.S."

[29] http://www.linkedin.com/companies/live-nation.

[30] Live Nation – Wikipedia, the free encyclopedia http://en.wikipedia.org/wiki/Mojo_Concerts

*Inavisis, Inc.*

## Valuation Summary

**Total AstoundSound Technology Value**

    Inavisis conducted the valuation from two points of view. The first analysis was for the market value for the technology assuming an <u>exclusive</u> license to LCEC. The grand total value of the technology was calculated to be:

**LCEC Exclusive Value = $881,905,000**

    The second analysis was for market value for the technology assuming <u>non-exclusive</u> licenses for the technology. This opens up the technology licensing to other companies in all types of industries where sound is an essential element of the product. Inavisis determined that the total technology value is the grand total of the non-exclusive license to LCEC, the non-exclusive licensing revenue from the rest of the world and the broadcast and live concert market applications. Therefore we assign a grand total value of:

| | | |
|---|---|---|
| 1. | Non- Exclusive License to LCEC = | $ 384,480,000 |
| 2. | Non-Exclusive License to the ROW = | $ 613,933,000 |
| 3. | Non – Exclusive License to Broadcasting & Concerts = | $   8,575,000 |
| | **Grand Total=** | **$1,006,988,000** |

_Sam Khoury_ (signature)    _March 1, 2010_

Sam Khoury    Date
Chairman
Inavisis, Inc.

43

GA000596