# EXHIBIT 2



Astound Holdings

April 8, 2016

Dear GenAudio Shareholder,

We sincerely apologize for the delay getting a shareholder progress report to you.  The transfer of assets and liabilities into Astound Holdings has not happened as of yet for several reasons.  Therefore, we have continued to operate as GenAudio, Inc. while Astound Holdings lays dormant.  You will notice some of the most recent press releases continue to state that it is GenAudio's AstoundSound® technology.  As of current, it is too difficult to determine when the actual transfer of assets and liabilities will take place.  This does not affect our ability to continue to license the AstoundSound® technology, although, the fact of the SEC lawsuit affects our ability to raise additional needed capital.

We are doing our best to keep the ship afloat and as you will read we had some recent success in the gaming space as a result of our continued hard work to drive the technology into the market.  Two of our management team members, Jim Mattos and Jim Devine, are no longer working for the company.  Mr. Devine, former SVP Finance, has agreed to continue to provide consulting services for the company as a contractor on an as needed basis.  We are very sad that Mr. Mattos is no longer with us after his dedication to helping us as our SVP Corporate Communications and Corporate Secretary.  We anticipate searching for new replacements in the future.

Our patents continue to issue both in the USA and internationally.  Since the last update, 3 of our patent filings have been issued, one in the USA and two in Asia.  We hope to be able to continue to manage our patent applications worldwide to issuance given our current human and financial resources.

There are a number of business developments.

**Juvee Productions – The Brink**



This award winning short film was mixed and mastered in AstoundSound® at Astound Studios and released on Novmeber 15, 2015.  We were happy that Juvee Productions liked our technology so much, they decided to put our brand at the very beginning.  We are also included in the end credits.

http://www.juveeproductions.com/portfolio/the-brink/

**Halo 5: Guardians**

The last update you received talked about our technology being used by Halo 5: Guardians.  Although Microsoft did not put a press release on the market about its use of AstoundSound® for Halo 5, we were given credit in the end credits with our logo mark (*see attached screenshot*) along with the other middleware partners.  In fact, that is what all middleware partners received.  None of the middleware partners were branded on the actual packaging or given a splash video when the game

1

Shareholder Confidential

launches.  Only Microsoft, 343 Industries, and Halo 5 were branded in this manner.  Having our end credit brand with the statement, "3D Spatial Audio by AstoundSound®" on something as massive as Halo 5 is a huge accomplishment for us showing the world we are a commercially viable technology that has been tested and officially licensed by Microsoft.   Here is a video capture of Halo 5 in full-blown AstoundSound® (put your headphones on):

https://www.youtube.com/watch?v=rN1lzUdsogg

Additional game titles have also officially licensed our gaming plugins for release in AstoundSound® on the Valve Steam network.

**US Army – America's Army: Proving Grounds**



The US Army has officially licensed the AstoundSound® RTI gaming plugin and fully integrated it into their game, America's Army: Proving Grounds, which is free to play on the Valve Steam Network (currently for PC only, but we are hopeful it will be ported for Mac and Sony PS4 in the future).  What is most interesting is the US Army actually branded us at the very beginning with a 7-second splash video of AstoundSound® letting the world know our technology is being used to create the incredible 3D spatial audio perception during gameplay.  So, every time a gamer launches the game, they see our 7 second splash video.  In addition, the executive producer of the US Army game with AMRDEC in Huntsville, AL, provided us with an incredible quote for our press release which you will see below.  We were also branded in the end credits, in the same manner as Halo 5, and put into the release notes on the Valve Steam network back in November 2015.  The integration of AstoundSound® into America's Army happened within one month of Halo 5 launching in AstoundSound®.

http://steamcommunity.com/games/203290/announcements/detail/741202145289212443

We attended the Consumer Electronics Show in January of this year in Las Vegas, NV, and most recently the Game Developer Conference 2016 last month in San Francisco.  Our demo suites attracted a lot of traffic this year.  Below is our press release for GDC 2016:

http://www.virtual-strategy.com/2016/03/14/proving-grounds-3d-positional-audio-virtual-reality-and-beyond#axzz42rpWd8PS

**Sulon Technologies**



Perhaps one of the largest announcements we had since the company was formed happened on stage at the opening day for GDC 2016 during the Advanced Micro Devices (AMD) event where three of the top VR display companies showcased their products (Oculus, HTC and Sulon).  The emergence of VR has been explosive and this year at GDC 2016 it was the primary focus.  Sulon Technologies CEO announced on stage their new combined virtual reality (VR) and augmented reality (AR) head mounted display (HMD) is using AstoundSound® (*see attached picture*).  It gets better than that, Sulon won the top innovation award for GDC 2016 too!  See Sulon's press release and the top GDC 2016 awards press releases below:

<p style="color:red; text-align:center;">Shareholder Confidential</p>

http://sulon.com/release/sulon-unveils

http://www.tomsguide.com/us/best-of-gdc-2016,news-22427.html

Our AstoundSound® 3D spatial audio software technology was mentioned in the following article and also in the specs at the bottom:

http://www.tomshardware.com/news/sulon-q-ar-vr-hmd,31406.html

**Oculus' Back to Dinosaur Island**



During Game Developer Conference (GDC) 2016, and much to our surprise, we learned that Crytek developed a game for the Oculus Rift DK2, and it also works with their new commercial release Oculus HMD. This game was showcased during E3 2015 in June, but we had no idea our WWISE plugins were used in the game, supposedly licensed through Audiokinetic for this game title, which is posted on the Valve Steam Network and attracted millions of viewers and players worldwide. When Crytek's two audio engineering directors visited our demo suite this year at GDC, they informed me of this. Until then, we had no idea about it. If true, we believe this may be in violation of our End User License Agreement (EULA), because our AstoundSound® brand appeared nowhere as required in accordance with the terms of the EULA (the reason why Halo 5 and America's Army had to display our brand, at a minimum, in the end credits). We are obtaining more facts and are reviewing our options, and may hire counsel to remedy this apparent violation potentially by Oculus and/or Facebook (Oculus' owner), and are looking into what damages we may be able to seek.

You can download this free-to-play game if you have a steam account and an Oculus Rift DK2 or have ordered the new commercial release Oculus HMD (which is delayed on shipping according to recent news), you can do so by going to the following:

http://store.steampowered.com/app/412940/

Alternatively, if you would just want to watch the gameplay trailer, which is in full-blown AstoundSound®, and it sounds astounding, you can do so by putting on your headphones and going to the following link (where you will see millions of people have viewed it):

https://www.youtube.com/watch?v=DCftdpZ9lIs

**CSR Porting Update**



As a direct result of our growing penetration of the gaming space, we have also had preliminary contacts with a large company making a new product to evaluate our stereo in stereo out processing implementation running on the newest CSR Bluetooth processor. For this reason, we re-engaged our developer who initially completed the porting for CSR a few years ago, and have completed the update to the latest greatest CSR Bluetooth processor and the latest ADK4.0 provided by CSR. We have executed

3

<div style="color:red; text-align:center">Shareholder Confidential</div>

a software evaluation agreement with this company and delivered a version of our audio digital signal processing (DSP) file that contains a white noise splash every 15 seconds as an evaluation version. We are uncertain if they will include 3D spatial audio in their new product, however, we anticipate their decision in the near future. If they choose to move forward with using the AstoundSound® technology running on the latest CSR Bluetooth processor, we intend to negotiate a revenue generating licensing agreement with this company.

**SEC Lawsuit**

GenAudio, Astound Holdings, and Jerry Mahabub, continue their defense against the SEC lawsuit. The SEC lawsuit has damaged our ability to raise additional funding, and we intend to defend the lawsuit vigorously. We do not have more we can report at this time.

Cordially,

Jerry Mahabub
Chairman and CEO