**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.

        Defendants.

---

## DECLARATION OF ELINOR BLOMGREN

---

I, Elinor Blomgren, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am over the age of 18. I live in Denver, Colorado. I work as a contract paralegal for the Securities and Exchange Commission ("SEC") in the Denver Regional Office.

2. On April 4, 2019, I accessed the public records on the website of the United States Patent and Trademark Office located at www.uspto.gov. Under the tab titled "Patents" is a button titled "Find It Fast" and a second button titled "Search

1

Assignment: Record Assignment". I searched the Patent Assignment section by selecting the Quick Lookup option to search by "Assignee name" and entered the name "GenAudio Inc." The search results listed six assigned properties with GenAudio, Inc. listed under the Assignee Name. Exhibit 3 is a true and correct copy of the search results for GenAudio, Inc.

3. I clicked on each of the five Patent numbers and on the Publication number for the sixth entry, and viewed each of the Assignment Abstract of Title for Application. Exhibit 4 is a true and correct copy of the six Assignment Abstracts that I printed from the United States Patent and Trademark Office website. Each of the Assignment Abstracts lists GenAudio, Inc. as the current Assignee of the five patents and one application.

4. Under the "Find It Fast" button, I also searched for "Patent Maintenance Fees" and inserted the Patent Number and Application Number from the search results identified in Exhibit 3 for each of the five assigned properties that contained a Patent Number. The sixth entry on Exhibit 3 did not list a Patent Number. Exhibit 5 is a true and correct copy of the five Patent Maintenance Fee Detail reports.

5. Page 1 of Exhibit 5 is the Patent Maintenance Fee Details for Patent Number 8520873 that reports "No maintenance fees are due at this time."

6. Page 2 of Exhibit 5 is the Patent Maintenance Fee Detail for Patent Number 8638946 that reports "Patent expired on 01/28/2018 due to non-payment of maintenance fee."

7. Pages 4, 5 and 6 of Exhibit 5 are the Patent Maintenance Fee Details

respectively for Patent Numbers 9154896, 9197977, and 9271080 that each report a fee of $800.00 is due.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on April 5, 2019 in Denver, Colorado.

*Elinor Blomgren*