# EXHIBIT 3



**Assignee name GENAUDIO INC**

**Assigned properties (6)**

Note: Results display only for issued patents and published applications. For pending or abandoned applications, please consult USPTO staff.

| Patent number | Publication number | Application number | PCT number | International registration number | Assignee name |
|---|---|---|---|---|---|
| 8520873 | 20100246831 | 12582449 | | | GENAUDIO, INC. |
| 8638946 | | 10802319 | | | GENAUDIO, INC. |
| 9154896 | 20120213375 | 13332699 | | | GENAUDIO, INC. |
| 9197977 | 20090046864 | 12041191 | | | GENAUDIO, INC. |
| 9271080 | 20140064494 | 13975915 | | | GENAUDIO, INC. |
| NONE | 20140105405 | 14135228 | | | GENAUDIO, INC. |