# EXHIBIT 4



## Assignment abstract of title for Application 12582449

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| AUDIO SPATIALIZATION AND ENVIRONMENT SIMULATION<br>Jerry Mahabub, Stephan M. Bernsee, Gary Smith | 8520873<br>Aug 27, 2013 | 20100246831<br>Sep 30, 2010 | 12582449<br>Oct 20, 2009 | | |

## Assignments (1 total)

**Assignment 1**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031706/0172 | Jun 30, 2013 | Dec 3, 2013 | 1 | 15 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAHABUB, JERRY
BERNSEE, STEPHAN M.
SMITH, GARY

Correspondent
KIMBERLY C. CROFT FBO LEE R. OSMAN
DORSEY AND WHITNEY LLP
1400 WEWATTA STREET, SUITE 400
DENVER, CO 80202

Assignee
GENAUDIO, INC.
8200 S. QUEBEC STREET
SUITE A3250
CENTENNIAL, COLORADO 80112



## Assignment abstract of title for Application 10802319

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Method and apparatus for creating spatialized sound<br>Jerry Mahabub | 8638946<br>Jan 28, 2014 | | 10802319<br>Mar 16, 2004 | | |

## Assignments (1 total)

**Assignment 1**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031391/0594 | Oct 9, 2013 | Oct 11, 2013 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAHABUB, JERRY

Correspondent
KIMBERLY C. CROFT FBO LEE R. OSMAN
DORSEY AND WHITNEY LLP
1400 WEWATTA STREET, SUITE 400
DENVER, CO 80202

Assignee
GENAUDIO, INC.
8200 S. QUEBEC STREET, SUITE A3250
CENTENNIAL, COLORADO 80112



## Assignment abstract of title for Application 13332699

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Audio Spatialization and Environment Simulation Jerry Mahabub, Stephan A. Bernsee, Gary Smith | 9154896 Oct 6, 2015 | 20120213375 Aug 23, 2012 | 13332699 Dec 21, 2011 | | |

## Assignments (1 total)

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 028156/0944 | Apr 15, 2012 | May 4, 2012 | 1 | 11 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAHABUB, JERRY
BERNSEE, STEPHAN M.
SMITH, GARY

Correspondent
S. CRAIG HEMENWAY, ESQ.
1400 WEWATTA STREET, SUITE 400
DENVER, CO 80202

Assignee
GENAUDIO, INC.
8200 SOUTH QUEBEC STREET, SUITE A3250
CENTENNIAL, COLORADO 80112



## Assignment abstract of title for Application 12041191

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| AUDIO SPATIALIZATION AND ENVIRONMENT SIMULATION<br>Jerry Mahabub, Stephan M. Bernsee, Gary Smith | 9197977<br>Nov 24, 2015 | 20090046864<br>Feb 19, 2009 | 12041191<br>Mar 3, 2008 | | |

## Assignments (1 total)

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021779/0275 | Sep 6, 2008 | Nov 3, 2008 | 1 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
MAHABUB, JERRY
BERNSEE, STEPHAN M.
SMITH, GARY

**Correspondent**
S. CRAIG HEMENWAY / DORSEY & WHITNEY LLP
370 SEVENTEENTH STREET
REPUBLIC PLAZA BUILDING, SUITE 4700
DENVER, CO 80202-5647

**Assignee**
GENAUDIO, INC.
12999 EAST ADAM AIRCRAFT CIRCLE
SUITE 200
ENGLEWOOD, COLORADO 80112

United States Patent and Trademark Office



## Assignment abstract of title for Application 13975915

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Audio Spatialization and Environment Simulation | 9271080 | 20140064494 | 13975915 | | |
| Jerry Mahabub, Stephan M. Bernsee, Gary Smith | Feb 23, 2016 | Mar 6, 2014 | Aug 26, 2013 | | |

## Assignments (1 total)

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031827/0742 | Jun 30, 2013 | Dec 20, 2013 | 1 | 15 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAHABUB, JERRY
BERNSEE, STEPHAN M.
SMITH, GARY

Correspondent
KIMBERLY C. CROFT FBO LEE R. OSMAN
DORSEY AND WHITNEY LLP
1400 WEWATTA STREET, SUITE 400
DENVER, CO 80202

Assignee
GENAUDIO, INC.
8200 S. QUEBEC STREET, SUITE A3250
CENTENNIAL, COLORADO 80112



## Assignment abstract of title for Application 14135228

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Method and Apparatus for Creating Spatialized Sound<br>Jerry Mahabub | None | 20140105405<br>Apr 17, 2014 | 14135228<br>Dec 19, 2013 | | |

## Assignments (1 total)

**Assignment 1**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 032183/0910 | Oct 9, 2013 | Feb 10, 2014 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAHABUB, JERRY

Correspondent
KIMBERLY C. CROFT
DORSEY AND WHITNEY LLP
1400 WEWATTA STREET, SUITE 400
DENVER, CO 80202

Assignee
GENAUDIO, INC.
8200 S. QUEBEC STREET
SUITE A3250
CENTENNIAL, COLORADO 80112