# EXHIBIT 5

# EXHIBIT 5



P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

## AUDIO SPATIALIZATION AND ENVIRONMENT SIMULATION

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8520873 | 12582449 | 10/20/2009 | 08/27/2013 |

### Payment Window Status

Approved for use through 9/30/2021. OMB 0651-0016.

| WINDOW | STATUS | FEES |
|---|---|---|
| 7.5 Year | Not Open | Not Due |

**No maintenance fees are due at this time.**

7.5 year window opens on 08/27/2020.

Fee information is available at uspto.gov

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 08/27/2016 | 02/28/2017 | 08/28/2017 | Closed | Paid |
| 7.5 Year | 08/27/2020 | 03/02/2021 | 08/27/2021 | Not Open | Not Due |
| 11.5 Year | 08/27/2024 | 02/28/2025 | 08/27/2025 | Not Open | Not Due |

### Patent Holder Information

| | |
|---|---|
| Customer # | 197 |
| Entity Status | SMALL |
| Phone Number | (703) 739-2234 |
| Address | CPA GLOBAL LIMITED<br>2318 Mill Road 12th Floor<br>ALEXANDRIA, VA 22314<br>UNITED STATES |



## Method and apparatus for creating spatialized sound

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8638946 | 10802319 | 03/16/2004 | 01/28/2014 |

### Payment Window Status

Approved for use through 9/30/2021.  OMB 0651-0016.

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Closed | Unpaid |

**Patent expired on 01/28/2018 due to non-payment of maintenance fee.**

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 01/28/2017 | 07/29/2017 | 01/29/2018 | Closed | Unpaid |
| 7.5 Year | 01/28/2021 | 07/29/2021 | 01/28/2022 | Not Open | Not Due |
| 11.5 Year | 01/28/2025 | 07/29/2025 | 01/28/2026 | Not Open | Not Due |

Fee information is available at uspto.gov

### Patent Holder Information

| | |
|---|---|
| Customer # | 197 |
| Entity Status | SMALL |
| Phone Number | (703) 739-2234 |
| Address | CPA GLOBAL LIMITED<br>2318 Mill Road 12th Floor<br>ALEXANDRIA, VA 22314<br>UNITED STATES |



## Audio Spatialization and Environment Simulation

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 9154896 | 13332699 | 12/21/2011 | 10/06/2015 |

### Payment Window Status

Approved for use through 9/30/2021.  OMB 0651-0016.

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Open | Due |

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 10/06/2018 | 04/09/2019 | 10/07/2019 | Open | Due |
| 7.5 Year | 10/06/2022 | 04/07/2023 | 10/06/2023 | Not Open | Not Due |
| 11.5 Year | 10/06/2026 | 04/07/2027 | 10/06/2027 | Not Open | Not Due |

| FEE CODE | AMOUNT |
|---|---|
| 2551 | $800.00 |
| Total | $800.00 |

**ATTORNEY DOCKET #**

optional

Required fields *

  *I acknowledge that maintenance fees paid by submitting the patent number and the corresponding application number on this page cannot be refunded as they are not being paid by mistake or in excess of that required. See 37 CFR 1.26.

Fee information is available at uspto.gov

### Patent Holder Information

| Customer # | 197 |
|---|---|
| Entity Status | SMALL |
| Phone Number | (703) 739-2234 |
| Address | CPA GLOBAL LIMITED<br>2318 Mill Road 12th Floor<br>ALEXANDRIA, VA 22314<br>UNITED STATES |



P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

## AUDIO SPATIALIZATION AND ENVIRONMENT SIMULATION

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 9197977 | 12041191 | 03/03/2008 | 11/24/2015 |

### Payment Window Status

Approved for use through 9/30/2021.  OMB 0651-0016.

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Open | Due |

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 11/24/2018 | 05/25/2019 | 11/25/2019 | Open | Due |
| 7.5 Year | 11/24/2022 | 05/25/2023 | 11/24/2023 | Not Open | Not Due |
| 11.5 Year | 11/24/2026 | 05/25/2027 | 11/24/2027 | Not Open | Not Due |

| FEE CODE | AMOUNT |
|---|---|
| 2551 | $800.00 |
| Total | $800.00 |

ATTORNEY DOCKET #

optional

Required fields *

*I acknowledge that maintenance fees paid by submitting the patent number and the corresponding application number on this page cannot be refunded as they are not being paid by mistake or in excess of that required. See 37 CFR 1.26.

### Patent Holder Information

| | |
|---|---|
| Customer # | 197 |
| Entity Status | SMALL |
| Phone Number | (703) 739-2234 |
| Address | CPA GLOBAL LIMITED<br>2318 Mill Road 12th Floor<br>ALEXANDRIA, VA 22314<br>UNITED STATES |

Fee information is available at uspto.gov



## Audio Spatialization and Environment Simulation

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 9271080 | 13975915 | 08/26/2013 | 02/23/2016 |

### Payment Window Status

Approved for use through 9/30/2021.  OMB 0651-0016.

| WINDOW | STATUS | FEES |
|---|---|---|
| 3.5 Year | Open | Due |

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 02/23/2019 | 08/24/2019 | 02/24/2020 | Open | Due |
| 7.5 Year | 02/23/2023 | 08/24/2023 | 02/23/2024 | Not Open | Not Due |
| 11.5 Year | 02/23/2027 | 08/24/2027 | 02/23/2028 | Not Open | Not Due |

| FEE CODE | AMOUNT |
|---|---|
| 2551 | $800.00 |
| Total | $800.00 |

**ATTORNEY DOCKET #**

optional

Required fields *

　*I acknowledge that maintenance fees paid by submitting the patent number and the corresponding application number on this page cannot be refunded as they are not being paid by mistake or in excess of that required. See 37 CFR 1.26.

Fee information is available at uspto.gov

### Patent Holder Information

| | |
|---|---|
| Customer # | 197 |
| Entity Status | SMALL |
| Phone Number | (703) 739-2234 |
| Address | CPA GLOBAL LIMITED<br>2318 Mill Road 12th Floor<br>ALEXANDRIA, VA 22314<br>UNITED STATES |