IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.

        Defendants.

---

**NOTICE OF FILING PREJUDGMENT INTEREST CALCULATIONS**

---

Plaintiff Securities and Exchange Commission gives notice that it is submitting updated prejudgment interest calculations on the disgorgement amounts awarded in the Court's Order Granting in Part and Denying In Part Plaintiff's Remedies Motion [ECF No. 115, Sept. 5, 2019 "Order"]. With this Notice, the SEC is submitting the Third Declaration of Tracy W Bowen ["Bowen Decl."] and supporting exhibits, which contain the updated prejudgment interest calculations.

    1.    Mahabub was ordered to disgorge $1,280,900 personally and additional amounts of $574,970 and $397,783 jointly and severally with GenAudio. [Order at p. 13, 14] GenAudio was ordered to disgorge $3,513,000 from its 2010 Offering, of which Mahabub is jointly and severally liable for $574,970; and $990,000 from its 2011 Offering, of which Mahabub is jointly and severally liable for $397,783. [*Id.*].

2. In summary, the prejudgment interest calculations are as follows. Mahabub was ordered to disgorge $1,280,900 for personal sales. [Order at p. 13.] Mahabub's prejudgment interest calculated from April 1, 2012 through the following three dates is:

| Date | Total Prejudgment Interest |
|---|---|
| September 16, 2019 | $408,266.96 |
| September 17, 2019 | $408,495.91 |
| September 18, 2019 | $408,724.86 |

*See* Bowen Decl. ¶ 3, and Exhibit 2. The total of disgorgement and prejudgment interest for each date is listed on Exhibit 2.

3. GenAudio was ordered to disgorge $3,513,000 from its 2010 Offering [Order at p. 13], of which Mahabub is jointly and severally liable for $574,970. [Order at p. 14.] GenAudio's pro rata share of prejudgment interest calculated from October 1, 2010 through the following three dates is:

| Date | Reduced Pro Rata Prejudgment Interest |
|---|---|
| September 16, 2019 | $1,144,565.69 |
| September 17, 2019 | $1,145,119.04 |
| September 18, 2019 | $1,145,672.39 |

*See* Bowen Decl. ¶ 4, and Exhibit 4. The total of disgorgement and prejudgment interest for each date is listed on Exhibit 4.

4. Mahabub was ordered to disgorge $574,970, jointly and severally with GenAudio which were the funds he received from the $3,513,000 that GenAudio received from its 2010 Offering. [Order at p. 14.] Mahabub's pro rata share of the

2

prejudgment interest on $574,970 calculated from October 1, 2010 through the following three dates is:

| Date | Pro Rata Prejudgment Interest |
|---|---|
| September 16, 2019 | $223,990.51 |
| September 17, 2019 | $224,098.80 |
| September 18, 2019 | $224,207.09 |

*See* Bowen Decl. ¶ 5, and Exhibit 6. The total of disgorgement and prejudgment interest for each date is listed on Exhibit 6.

5.     GenAudio was ordered to disgorge $990,000 from its 2011 Offering [Order at p. 13], of which Mahabub is jointly and severally liable for $397,783. [Order at p. 14.] GenAudio's pro rata share of prejudgment interest calculated from May 1, 2012, through the following three dates is:

| Date | Reduced Pro Rata Prejudgment Interest |
|---|---|
| September 16, 2019 | $186,853.65 |
| September 17, 2019 | $186,959.24 |
| September 18, 2019 | $187,064.83 |

*See* Bowen Decl. ¶ 6, and Exhibit 8. The total of disgorgement and prejudgment interest for each date is listed on Exhibit 8.

6.     Mahabub was ordered to disgorge $397,783, jointly and severally with GenAudio, which were funds he received from the $990,000 that GenAudio received from its 2011 Offering. [Order at p. 14.]  Mahabub's pro rata share of the prejudgment interest on $397,783 calculated from May 1, 2012, through the following three dates is:

| Date | Pro Rata Prejudgment Interest |
|---|---|
| September 16, 2019 | $125,506.85 |
| September 17, 2019 | $125,577.78 |
| September 18, 2019 | $125,648.71 |

*See* Bowen Decl. ¶ 7, and Exhibit 10.  The total of disgorgement and prejudgment interest for each date is listed on Exhibit 10.

The SEC respectfully requests that the Court enter the order for payment of disgorgement and prejudgment interest in the amounts indicated above, and the other remedies listed in the Order.

DATED:  September 13, 2019

Respectfully Submitted,

*/s/ Leslie J. Hughes*

Leslie J. Hughes (Colo. Bar No. 15043)
Christopher E. Martin (AZ Bar No. 018486)
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Telephone: (303) 844-1000
Fax: (303) 297-3529
Email: HughesLJ@sec.gov
Email: MartinC@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2019, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
Email: David.Aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

                                                              */s/ Leslie J. Hughes*