IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.

        Defendants.

---

## THIRD DECLARATION OF TRACY W. BOWEN

---

I, Tracy W Bowen, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and further that this declaration is made on my personal knowledge and that I am competent to testify as to the matters stated herein:

1. I am employed by the Securities and Exchange Commission ("SEC") in its Denver Regional Office. I have been working as an accountant in the SEC's Division of Enforcement since 2003. I have been licensed as a Certified Public Accountant in the state of Colorado since 1998.

2. I submit this declaration in response to the Court's order entered on September 5, 2019, titled Order Granting In Part and Denying In Part Plaintiff's Remedies

1

Motion ["Order", ECF No. 115], requesting recalculation of prejudgment interest upon the amounts of disgorgement ordered against Taj Jerry Mahabub and GenAudio Inc. through September 16, 2019, September 17, 2019, and September 18, 2019.

3. I calculated prejudgment interest upon Mr. Mahabub's personal stock sales that occurred from March 1, 2010 through March 31, 2012, in the amount of $1,280,900.  *See* Order at p. 13.  I initially calculated prejudgment interest upon $1,280,900 from April 1, 2012 through September 30, 2019, using the Internal Revenue Service's rates for under payment of federal income taxes set forth in 26 U.S.C. § 6621(a)(2), and then made a second calculation through August 31, 2019.  I calculated the difference between those two amounts to determine the amount of interest attributed only to the one month of September 2019.  Exhibit 1 is a true and correct copy of my calculations of Mahabub's prejudgment interest through August 31, 2019 and September, 2019.  Exhibit 2 is a true and correct copy of my calculations that show the amount of interest calculated through August 31, 2019 is $404,603.76, and the additional amount calculated for the full month of September 2019 is $6,868.39.  Next I divided the September 2019 interest amount by the 30 days in September, which provides a per day rate of $228.95.  Then I applied the daily rate to calculate the prejudgment interest amount for the 16, 17, and 18 days of September 2019.  I then added the interest amounts for the 16, 17, and 18 days of September 2019 to the interest amount that had accrued through August 31, 2019 to determine the total prejudgment interest that accrued for the entire period as of the three different dates.

Mahabub's prejudgment interest on $1,280,900 totaled the following amounts:

| Date | Total Prejudgment Interest |
|---|---|
| September 16, 2019 | $408,266.96 |
| September 17, 2019 | $408,495.91 |
| September 18, 2019 | $408,724.86 |

Exhibit 2 also contains the total of disgorgement and prejudgment interest for each of these dates.

4. I calculated prejudgment interest upon $3,513,000 in proceeds from GenAudio's sales of securities during its 2010 Offering, *see* Order at p. 13. I initially calculated prejudgment interest upon $3,513,000, from October 1, 2010, through September 30, 2019, using the Internal Revenue Service's rates for under payment of federal income taxes set forth in 26 U.S.C. § 6621(a)(2) and then made a second calculation through August 31, 2019. I calculated the difference between those two amounts to determine the amount of interest attributed only to the one month of September 2019. Exhibit 3 is a true and correct copy of my calculations of GenAudio's prejudgment interest upon the $3,513,000 through August 31, 2019 and September 30, 2019. Exhibit 4 is a true and correct copy of my calculations that show the amount of interest calculated through August 31, 2019 is $1,357,969.96, and the additional amount calculated for the full month of September 2019 is $19,849.10. Next I divided the September 2019 interest amount by the 30 days in September, which provides a per day rate of $661.64. Then I applied the daily rate to calculate the prejudgment interest amount for the 16, 17, and 18 days of September 2019. I then added the interest amounts for

the 16, 17, and 18 days of September 2019 to the interest amount that had accrued through August 31, 2019 to determine the total prejudgment interest that accrued for the entire period as of the three different dates.  GenAudio's prejudgment interest on $3,513,000 totaled the following amounts:

| Date | Initial Prejudgment Interest |
|---|---|
| September 16, 2019 | $1,368,556.20 |
| September 17, 2019 | $1,369,217.84 |
| September 18, 2019 | $1,369,879.48 |

I then reduced the amounts of prejudgment interest owed by GenAudio on the 2010 Offering by the pro rata share of interest attributed to Mr. Mahabub that is discussed below in paragraph 5.  As a result, GenAudio's pro rata share of prejudgment interest for the 2010 Offering are the following amounts:

| Date | Reduced Pro Rata Prejudgment Interest |
|---|---|
| September 16, 2019 | $ 1,144,565.69 |
| September 17, 2019 | $ 1,145,119.04 |
| September 18, 2019 | $ 1,145,672.39 |

5. The Court found that Mr. Mahabub was jointly and severally liable for $574,970 of the $3,513,000 in funds that GenAudio received in the 2010 Offering, and ordered him to pay his proportional share of the prejudgment interest on that amount.  *See* Order at p. 14.  I calculated his proportional share of the prejudgment interest on $574,970 in the same manner as described above. Exhibit 5 is true and correct copies of the prejudgment interest calculations from August 31, 2019 and September 30, 2019, and Exhibit 6 are my calculations for

each of the following dates. Mr. Mahabub's pro rata share of the prejudgment interest on the $574,970 that he received from the 2010 Offering are the following amounts:

| Date | Pro Rata Prejudgment Interest |
|---|---|
| September 16, 2019 | $ 223,990.51 |
| September 17, 2019 | $ 224,098.80 |
| September 18, 2019 | $ 224,207.09 |

6. I calculated prejudgment interest upon $990,000 in proceeds from GenAudio's sales of securities during its 2011 Offering, *see* Order at p. 13. I initially calculated prejudgment interest upon $990,000, from May 1, 2012, through September 30, 2019, using the Internal Revenue Service's rates for under payment of federal income taxes set forth in 26 U.S.C. § 6621(a)(2), and then made a second calculation through August 31, 2019. I calculated the difference between those two amounts to determine the amount of interest attributed only to the one month of September 2019. Exhibit 7 is a true and correct copy of my calculations of GenAudio's prejudgment interest upon the $990,000 through August 31, 2019 and September 30, 2019. Exhibit 8 is a true and correct copy of my calculations that show the amount of interest calculated through August 31, 2019 is $309,536.18, and the additional amount calculated for the full month of September 2019 is $5,295.58. Next I divided the September 2019 interest amount by the 30 days in September, which provides a per day rate of $176.52. Then I applied the daily rate to calculate the prejudgment interest amount for the 16, 17, and 18 days of September 2019. I then added the interest amounts for

the 16, 17, and 18 days of September 2019 to the interest amount that had accrued through August 31, 2019 to determine the total prejudgment interest that accrued for the entire period as of the three different dates.  GenAudio's prejudgment interest on $990,000 totaled the following amounts:

| Date | Initial Prejudgment Interest |
|---|---|
| September 16, 2019 | $ 312,360.50 |
| September 17, 2019 | $ 312,537.02 |
| September 18, 2019 | $ 312,713.54 |

I then reduced the amounts of prejudgment interest owed by GenAudio on the 2011 Offering by the pro rata share of interest attributed to Mr. Mahabub that is discussed below in paragraph 7.  As a result, GenAudio's pro rata share of prejudgment interest for the 2011 Offering are the following amounts:

| Date | Reduced Pro Rata Prejudgment Interest |
|---|---|
| September 16, 2019 | $186,853.65 |
| September 17, 2019 | $186,959.24 |
| September 18, 2019 | $187,064.83 |

7. The Court found that Mr. Mahabub was jointly and severally liable for $397,783 of the $990,000 in funds that GenAudio received in the 2011 Offering, and ordered him to pay his proportional share of the prejudgment interest on that amount.  *See* Order at p. 14.  I calculated his proportional share of the prejudgment interest on $397,783 in the same manner as described above.  Exhibit 9 is a true and correct copy of the calculations of prejudgment interest on $397,783 through August 31, 2019 and September 30, 2019.  Exhibit 10 is a true

6

and correct copy of my calculations for each of the following dates. Mr. Mahabub's pro rata share of the prejudgment interest on the $397,783 that he received from the 2011 Offering are the following amounts:

| Date | Pro Rata Prejudgment Interest |
|---|---|
| September 16, 2019 | $ 125,506.85 |
| September 17, 2019 | $ 125,577.78 |
| September 18, 2019 | $ 125,648.71 |

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was executed on September 12, 2019 in Denver Colorado.

*/s/ Tracy W. Bowen*
Tracy W. Bowen