

# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## Mahabub Prejudgment Interest on $1,280,900 to 8/31/2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $1,280,900.00 |
| 04/01/2012-06/30/2012 | 3.00% | 0.75% | $9,554.25 | $1,290,454.25 |
| 07/01/2012-09/30/2012 | 3.00% | 0.75% | $9,731.29 | $1,300,185.54 |
| 10/01/2012-12/31/2012 | 3.00% | 0.75% | $9,804.68 | $1,309,990.22 |
| 01/01/2013-03/31/2013 | 3.00% | 0.74% | $9,690.34 | $1,319,680.56 |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $9,870.49 | $1,329,551.05 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $10,053.59 | $1,339,604.64 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $10,129.61 | $1,349,734.25 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $9,984.34 | $1,359,718.59 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $10,169.95 | $1,369,888.54 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $10,358.61 | $1,380,247.15 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $10,436.94 | $1,390,684.09 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $10,287.25 | $1,400,971.34 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $10,478.50 | $1,411,449.84 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $10,672.88 | $1,422,122.72 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $10,753.59 | $1,432,876.31 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $10,687.85 | $1,443,564.16 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $14,356.76 | $1,457,920.92 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $14,658.88 | $1,472,579.80 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $14,806.27 | $1,487,386.07 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $14,670.11 | $1,502,056.18 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $14,979.41 | $1,517,035.59 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $15,295.04 | $1,532,330.63 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $15,449.25 | $1,547,779.88 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $15,265.77 | $1,563,045.65 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $19,484.54 | $1,582,530.19 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $19,944.22 | $1,602,474.41 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $20,195.57 | $1,622,669.98 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $24,006.62 | $1,646,676.60 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $24,632.48 | $1,671,309.08 |
| 07/01/2019-08/31/2019 | 5.00% | 0.85% | $14,194.68 | $1,685,503.76 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 04/01/2012-08/31/2019 | | | $404,603.76 | $1,685,503.76 |





# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## Mahabub Prejudgment Interest on $1,280,900 to 9/30/2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $1,280,900.00 |
| 04/01/2012-06/30/2012 | 3.00% | 0.75% | $9,554.25 | $1,290,454.25 |
| 07/01/2012-09/30/2012 | 3.00% | 0.75% | $9,731.29 | $1,300,185.54 |
| 10/01/2012-12/31/2012 | 3.00% | 0.75% | $9,804.68 | $1,309,990.22 |
| 01/01/2013-03/31/2013 | 3.00% | 0.74% | $9,690.34 | $1,319,680.56 |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $9,870.49 | $1,329,551.05 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $10,053.59 | $1,339,604.64 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $10,129.61 | $1,349,734.25 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $9,984.34 | $1,359,718.59 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $10,169.95 | $1,369,888.54 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $10,358.61 | $1,380,247.15 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $10,436.94 | $1,390,684.09 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $10,287.25 | $1,400,971.34 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $10,478.50 | $1,411,449.84 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $10,672.88 | $1,422,122.72 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $10,753.59 | $1,432,876.31 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $10,687.85 | $1,443,564.16 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $14,356.76 | $1,457,920.92 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $14,658.88 | $1,472,579.80 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $14,806.27 | $1,487,386.07 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $14,670.11 | $1,502,056.18 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $14,979.41 | $1,517,035.59 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $15,295.04 | $1,532,330.63 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $15,449.25 | $1,547,779.88 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $15,265.77 | $1,563,045.65 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $19,484.54 | $1,582,530.19 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $19,944.22 | $1,602,474.41 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $20,195.57 | $1,622,669.98 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $24,006.62 | $1,646,676.60 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $24,632.48 | $1,671,309.08 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $21,063.07 | $1,692,372.15 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **04/01/2012-09/30/2019** | | | **$411,472.15** | **$1,692,372.15** |