## Calculations of Prejudgment Interest on Disgorgement Amount of $1,280,900

|  |  | Apr. 1, 2012 to Sep. 16, 2019 | Apr. 1, 2012 to Sep. 17, 2019 | Apr. 1, 2012 to Sep. 18, 2019 |
|---|---|---|---|---|
| Prejudgment interest - Apr. 1, 2012 to Sep. 30, 2019: | $ 411,472.15 |  |  |  |
| Prejudgment interest - Apr. 1, 2012 to Aug. 31, 2019: | $ 404,603.76 | $ 404,603.76 | $ 404,603.76 | $ 404,603.76 |
| Difference (representing prejudgment interest for month of Sep. 2019): | $ 6,868.39 |  |  |  |
| Daily prejudgment interest - September 2019 (divide by 30 days) | $ 228.95 |  |  |  |
| Prejudgment interest - Sep. 1, 2019 to Sep. 16, 2019 (Daily rate x 16 days) | $ 3,663.20 | $ 3,663.20 |  |  |
| Prejudgment interest - Sep. 1, 2019 to Sep. 17, 2019 (Daily rate x 17 days) | $ 3,892.15 |  | $ 3,892.15 |  |
| Prejudgment interest - Sep. 1, 2019 to Sep. 18, 2019 (Daily rate x 18 days) | $ 4,121.10 |  |  | $ 4,121.10 |
| Total prejudgment interest |  | $ 408,266.96 | $ 408,495.91 | $ 408,724.86 |
| Disgorgement amount |  | $ 1,280,900.00 | $ 1,280,900.00 | $ 1,280,900.00 |
| Total of disgorgement plus prejudgment interest |  | $ 1,689,166.96 | $ 1,689,395.91 | $ 1,689,624.86 |



EXHIBIT 2