**Calculations of Prejudgment Interest on Disgorgement Amount of $3,513,000**

| | | Oct. 1, 2010 to Sep. 16, 2019 | Oct. 1, 2010 to Sep. 17, 2019 | Oct. 1, 2010 to Sep. 18, 2019 |
|---|---|---|---|---|
| Prejudgment interest - Oct. 1, 2010 to Sep. 30, 2019: | $ 1,377,819.06 | | | |
| Prejudgment interest - Oct. 1, 2010 to Aug. 31, 2019: | $ 1,357,969.96 | $ 1,357,969.96 | $ 1,357,969.96 | $ 1,357,969.96 |
| Difference (representing prejudgment interest for month of Sep. 2019): | $    19,849.10 | | | |
| Daily prejudgment interest - September 2019 (divide by 30 days) | $         661.64 | | | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 16, 2019 (Daily rate x 16 days) | $    10,586.24 | $    10,586.24 | | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 17, 2019 (Daily rate x 17 days) | $    11,247.88 | | $    11,247.88 | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 18, 2019 (Daily rate x 18 days) | $    11,909.52 | | | $    11,909.52 |
| Total prejudgment interest | | $ 1,368,556.20 | $ 1,369,217.84 | $ 1,369,879.48 |
| Less: Mahabub's pro rata share of the prejudgment interest | | $    (223,990.51) | $    (224,098.80) | $    (224,207.09) |
| GenAudio's pro rata share of the prejudgment interest | | $ 1,144,565.69 | $ 1,145,119.04 | $ 1,145,672.39 |
| Disgorgement amount | | $ 3,513,000.00 | $ 3,513,000.00 | $ 3,513,000.00 |
| GenAudio's total disgorgement plus pro rata share of prejudgment interest | | $ 4,657,565.69 | $ 4,658,119.04 | $ 4,658,672.39 |



EXHIBIT 4