

## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

### Mahabub Prejudgment Interest on $574,970 to 8/31/2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $574,970.00 |
| 10/01/2010-12/31/2010 | 4.00% | 1.01% | $5,796.96 | $580,766.96 |
| 01/01/2011-03/31/2011 | 3.00% | 0.74% | $4,296.08 | $585,063.04 |
| 04/01/2011-06/30/2011 | 4.00% | 1% | $5,834.60 | $590,897.64 |
| 07/01/2011-09/30/2011 | 4.00% | 1.01% | $5,957.54 | $596,855.18 |
| 10/01/2011-12/31/2011 | 3.00% | 0.76% | $4,513.21 | $601,368.39 |
| 01/01/2012-03/31/2012 | 3.00% | 0.75% | $4,485.62 | $605,854.01 |
| 04/01/2012-06/30/2012 | 3.00% | 0.75% | $4,519.07 | $610,373.08 |
| 07/01/2012-09/30/2012 | 3.00% | 0.75% | $4,602.81 | $614,975.89 |
| 10/01/2012-12/31/2012 | 3.00% | 0.75% | $4,637.52 | $619,613.41 |
| 01/01/2013-03/31/2013 | 3.00% | 0.74% | $4,583.44 | $624,196.85 |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $4,668.65 | $628,865.50 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $4,755.26 | $633,620.76 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $4,791.21 | $638,411.97 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $4,722.50 | $643,134.47 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $4,810.29 | $647,944.76 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $4,899.53 | $652,844.29 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $4,936.58 | $657,780.87 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $4,865.78 | $662,646.65 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $4,956.23 | $667,602.88 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $5,048.18 | $672,651.06 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $5,086.35 | $677,737.41 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $5,055.25 | $682,792.66 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $6,790.62 | $689,583.28 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $6,933.51 | $696,516.79 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $7,003.23 | $703,520.02 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $6,938.83 | $710,458.85 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $7,085.12 | $717,543.97 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $7,234.42 | $724,778.39 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $7,307.35 | $732,085.74 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $7,220.57 | $739,306.31 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $9,216.01 | $748,522.32 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $9,433.43 | $757,955.75 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $9,552.32 | $767,508.07 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $11,354.91 | $778,862.98 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $11,650.94 | $790,513.92 |
| 07/01/2019-08/31/2019 | 5.00% | 0.85% | $6,713.95 | $797,227.87 |

**EXHIBIT 5**

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 10/01/2010-08/31/2019 | $222,257.87 | $797,227.87 |



## U.S. Securities and Exchange Commission
### Prejudgment Interest Report

### Mahabub Prejudgment Interest on $574,970 to 9/30/2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $574,970.00 |
| 10/01/2010-12/31/2010 | 4.00% | 1.01% | $5,796.96 | $580,766.96 |
| 01/01/2011-03/31/2011 | 3.00% | 0.74% | $4,296.08 | $585,063.04 |
| 04/01/2011-06/30/2011 | 4.00% | 1% | $5,834.60 | $590,897.64 |
| 07/01/2011-09/30/2011 | 4.00% | 1.01% | $5,957.54 | $596,855.18 |
| 10/01/2011-12/31/2011 | 3.00% | 0.76% | $4,513.21 | $601,368.39 |
| 01/01/2012-03/31/2012 | 3.00% | 0.75% | $4,485.62 | $605,854.01 |
| 04/01/2012-06/30/2012 | 3.00% | 0.75% | $4,519.07 | $610,373.08 |
| 07/01/2012-09/30/2012 | 3.00% | 0.75% | $4,602.81 | $614,975.89 |
| 10/01/2012-12/31/2012 | 3.00% | 0.75% | $4,637.52 | $619,613.41 |
| 01/01/2013-03/31/2013 | 3.00% | 0.74% | $4,583.44 | $624,196.85 |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $4,668.65 | $628,865.50 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $4,755.26 | $633,620.76 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $4,791.21 | $638,411.97 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $4,722.50 | $643,134.47 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $4,810.29 | $647,944.76 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $4,899.53 | $652,844.29 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $4,936.58 | $657,780.87 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $4,865.78 | $662,646.65 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $4,956.23 | $667,602.88 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $5,048.18 | $672,651.06 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $5,086.35 | $677,737.41 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $5,055.25 | $682,792.66 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $6,790.62 | $689,583.28 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $6,933.51 | $696,516.79 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $7,003.23 | $703,520.02 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $6,938.83 | $710,458.85 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $7,085.12 | $717,543.97 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $7,234.42 | $724,778.39 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $7,307.35 | $732,085.74 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $7,220.57 | $739,306.31 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $9,216.01 | $748,522.32 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $9,433.43 | $757,955.75 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $9,552.32 | $767,508.07 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $11,354.91 | $778,862.98 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $11,650.94 | $790,513.92 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $9,962.64 | $800,476.56 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 10/01/2010-09/30/2019 | $225,506.56 | $800,476.56 |