## Calculations of Prejudgment Interest on Disgorgement Amount of $574,970

|  |  | Oct. 1, 2010 to Sep. 16, 2019 | Oct. 1, 2010 to Sep. 17, 2019 | Oct. 1, 2010 to Sep. 18, 2019 |
|---|---|---|---|---|
| Prejudgment interest - Oct. 1, 2010 to Sep. 30, 2019: | $ 225,506.56 | | | |
| Prejudgment interest - Oct. 1, 2010 to Aug. 31, 2019: | $ 222,257.87 | $ 222,257.87 | $ 222,257.87 | $ 222,257.87 |
| Difference (representing prejudgment interest for month of Sep. 2019): | $ 3,248.69 | | | |
| Daily prejudgment interest - September 2019 (divide by 30 days) | $ 108.29 | | | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 16, 2019 (Daily rate x 16 days) | $ 1,732.64 | $ 1,732.64 | | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 17, 2019 (Daily rate x 17 days) | $ 1,840.93 | | $ 1,840.93 | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 18, 2019 (Daily rate x 18 days) | $ 1,949.22 | | | $ 1,949.22 |
| Total prejudgment interest | | $ 223,990.51 | $ 224,098.80 | $ 224,207.09 |
| Disgorgement amount | | $ 574,970.00 | $ 574,970.00 | $ 574,970.00 |
| Total of disgorgement plus prejudgment interest | | $ 798,960.51 | $ 799,068.80 | $ 799,177.09 |



EXHIBIT 6