## Calculations of Prejudgment Interest on Disgorgement Amount of $990,000

|  |  | May 1, 2012 to Sep. 16, 2019 | May 1, 2012 to Sep. 17, 2019 | May 1, 2012 to Sep. 18, 2019 |
| --- | --- | --- | --- | --- |
| Prejudgment interest - May 1, 2012 to Sep. 30, 2019: | $ 314,831.76 |  |  |  |
| Prejudgment interest - May 1, 2012 to Aug. 31, 2019: | $ 309,536.18 |  |  |  |
| Difference (representing prejudgment interest for month of Sep. 2019): | $ 5,295.58 |  |  |  |
| Daily prejudgment interest - September 2019 (divide by 30 days) | $ 176.52 |  |  |  |
| Prejudgment interest - Sep. 1, 2019 to Sep. 16, 2019 (Daily rate x 16 days) | $ 2,824.32 | $ 2,824.32 |  |  |
| Prejudgment interest - Sep. 1, 2019 to Sep. 17, 2019 (Daily rate x 17 days) | $ 3,000.84 |  | $ 3,000.84 |  |
| Prejudgment interest - Sep. 1, 2019 to Sep. 18, 2019 (Daily rate x 18 days) | $ 3,177.36 |  |  | $ 3,177.36 |
| Total prejudgment interest |  | $ 312,360.50 | $ 312,537.02 | $ 312,713.54 |
| Less: Mahabub's pro rata share of the prejudgment interest |  | $ (125,506.85) | $ (125,577.78) | $ (125,648.71) |
| GenAudio's pro rata share of the prejudgment interest |  | $ 186,853.65 | $ 186,959.24 | $ 187,064.83 |
| Disgorgement amount |  | $ 990,000.00 | $ 990,000.00 | $ 990,000.00 |
| GenAudio's total disgorgement plus pro rata share of prejudgment interest |  | $ 1,176,853.65 | $ 1,176,959.24 | $ 1,177,064.83 |


EXHIBIT