

# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

### Mahabub Prejudgment Interest on $397,783 to 8/31/2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $397,783.00 |
| 05/01/2012-06/30/2012 | 3.00% | 0.5% | $1,988.92 | $399,771.92 |
| 07/01/2012-09/30/2012 | 3.00% | 0.75% | $3,014.67 | $402,786.59 |
| 10/01/2012-12/31/2012 | 3.00% | 0.75% | $3,037.41 | $405,824.00 |
| 01/01/2013-03/31/2013 | 3.00% | 0.74% | $3,001.99 | $408,825.99 |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $3,057.79 | $411,883.78 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $3,114.52 | $414,998.30 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $3,138.07 | $418,136.37 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $3,093.06 | $421,229.43 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $3,150.57 | $424,380.00 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $3,209.01 | $427,589.01 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $3,233.28 | $430,822.29 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $3,186.90 | $434,009.19 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $3,246.15 | $437,255.34 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $3,306.37 | $440,561.71 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $3,331.37 | $443,893.08 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $3,311.01 | $447,204.09 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $4,447.60 | $451,651.69 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $4,541.20 | $456,192.89 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $4,586.86 | $460,779.75 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $4,544.68 | $465,324.43 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $4,640.50 | $469,964.93 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $4,738.28 | $474,703.21 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $4,786.05 | $479,489.26 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $4,729.21 | $484,218.47 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $6,036.15 | $490,254.62 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $6,178.55 | $496,433.17 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $6,256.42 | $502,689.59 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $7,437.05 | $510,126.64 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $7,630.94 | $517,757.58 |
| 07/01/2019-08/31/2019 | 5.00% | 0.85% | $4,397.39 | $522,154.97 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 05/01/2012-08/31/2019 | | | $124,371.97 | $522,154.97 |

EXHIBIT 9

https://sharepointapps/sites/enforcenet/Pages/PJIC.aspx                9/12/2019



## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

### Mahabub Prejudgment Interest on $397,783 to 9/30/2019

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | $397,783.00 |
| 05/01/2012-06/30/2012 | 3.00% | 0.5% | $1,988.92 | $399,771.92 |
| 07/01/2012-09/30/2012 | 3.00% | 0.75% | $3,014.67 | $402,786.59 |
| 10/01/2012-12/31/2012 | 3.00% | 0.75% | $3,037.41 | $405,824.00 |
| 01/01/2013-03/31/2013 | 3.00% | 0.74% | $3,001.99 | $408,825.99 |
| 04/01/2013-06/30/2013 | 3.00% | 0.75% | $3,057.79 | $411,883.78 |
| 07/01/2013-09/30/2013 | 3.00% | 0.76% | $3,114.52 | $414,998.30 |
| 10/01/2013-12/31/2013 | 3.00% | 0.76% | $3,138.07 | $418,136.37 |
| 01/01/2014-03/31/2014 | 3.00% | 0.74% | $3,093.06 | $421,229.43 |
| 04/01/2014-06/30/2014 | 3.00% | 0.75% | $3,150.57 | $424,380.00 |
| 07/01/2014-09/30/2014 | 3.00% | 0.76% | $3,209.01 | $427,589.01 |
| 10/01/2014-12/31/2014 | 3.00% | 0.76% | $3,233.28 | $430,822.29 |
| 01/01/2015-03/31/2015 | 3.00% | 0.74% | $3,186.90 | $434,009.19 |
| 04/01/2015-06/30/2015 | 3.00% | 0.75% | $3,246.15 | $437,255.34 |
| 07/01/2015-09/30/2015 | 3.00% | 0.76% | $3,306.37 | $440,561.71 |
| 10/01/2015-12/31/2015 | 3.00% | 0.76% | $3,331.37 | $443,893.08 |
| 01/01/2016-03/31/2016 | 3.00% | 0.75% | $3,311.01 | $447,204.09 |
| 04/01/2016-06/30/2016 | 4.00% | 0.99% | $4,447.60 | $451,651.69 |
| 07/01/2016-09/30/2016 | 4.00% | 1.01% | $4,541.20 | $456,192.89 |
| 10/01/2016-12/31/2016 | 4.00% | 1.01% | $4,586.86 | $460,779.75 |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $4,544.68 | $465,324.43 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $4,640.50 | $469,964.93 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $4,738.28 | $474,703.21 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $4,786.05 | $479,489.26 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $4,729.21 | $484,218.47 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $6,036.15 | $490,254.62 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $6,178.55 | $496,433.17 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $6,256.42 | $502,689.59 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $7,437.05 | $510,126.64 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $7,630.94 | $517,757.58 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $6,525.16 | $524,282.74 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **05/01/2012-09/30/2019** | | | **$126,499.74** | **$524,282.74** |