## Calculations of Prejudgment Interest on Disgorgement Amount of $397,783

| | | May 1, 2012 to Sep. 16, 2019 | May 1, 2012 to Sep. 17, 2019 | May 1, 2012 to Sep. 18, 2019 |
|---|---|---|---|---|
| Prejudgment interest - May 1, 2012 to Sep. 30, 2019: | $ 126,499.74 | | | |
| Prejudgment interest - May 1, 2012 to Aug. 31, 2019: | $ 124,371.97 | $ 124,371.97 | $ 124,371.97 | $ 124,371.97 |
| Difference (representing prejudgment interest for month of Sep. 2019): | $ 2,127.77 | | | |
| | | | | |
| Daily prejudgment interest - September 2019 (divide by 30 days) | $ 70.93 | | | |
| | | | | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 16, 2019 (Daily rate x 16 days) | $ 1,134.88 | $ 1,134.88 | | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 17, 2019 (Daily rate x 17 days) | $ 1,205.81 | | $ 1,205.81 | |
| Prejudgment interest - Sep. 1, 2019 to Sep. 18, 2019 (Daily rate x 18 days) | $ 1,276.74 | | | $ 1,276.74 |
| | | | | |
| Total prejudgment interest | | $ 125,506.85 | $ 125,577.78 | $ 125,648.71 |
| | | | | |
| Disgorgement amount | | $ 397,783.00 | $ 397,783.00 | $ 397,783.00 |
| | | | | |
| Total of disgorgement plus prejudgment interest | | $ 523,289.85 | $ 523,360.78 | $ 523,431.71 |



EXHIBIT
10
tabbies