IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

---

## **AMENDED** FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54, the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Directing Entry of Judgment and Enjoining Defendants [ECF 117] entered by the Honorable William J. Martínez on September 16, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that final judgment is hereby entered in favor of Plaintiff Securities & Exchange Commission and against Defendants Taj Jerry Mahabub and GenAudio, Inc. as follows:

    a.    Defendants Mahabub shall-

        i.    disgorge $1,280,900, plus prejudgment interest of $408,266.96; and

        ii.    pay a penalty of $1,280,900;

    b.    Defendant GenAudio shall-

      i.    disgorge $3,513,000 (of which Defendant Mahabub is jointly and severally liable for $574,970), plus prejudgment interest of $1,144,565.69 (of which Defendant Mahabub is jointly and severally liable for $223,990.51);

      ii.    disgorge an additional $990,000 (of which Defendant Mahabub is jointly and severally liable for $397,783), plus prejudgment interest of $186,853.65 (of which Defendant Mahabub is jointly and severally liable for $125,506.85); and

      iii.    pay a penalty of $4,503,000;

c.    Postjudgment interest shall accrue on the foregoing amounts at the federal statutory rate of 1.81%.

d.    Plaintiff shall establish a 15 U.S.C. § 7246(a) fund to administer Defendants' penalty payments;

It is further ORDERED that Plaintiff Securities & Exchange Commission shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 16th day of September, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
Anna Frank, Deputy Clerk