### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

        v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

        Defendants.

---

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO AMEND THE ORDER DIRECTING ENTRY OF JUDGMENT AND ENJOINING DEFENDANTS

---

Pursuant to Federal Rule of Civil Procedure 59(e), the Plaintiff Securities and Exchange Commission ("SEC") respectfully submits its Unopposed Motion to Amend the Order Directing Entry of Judgment and Enjoining Defendants ("Order" - ECF No. 117). The SEC moves to amend the September 16, 2019 Order for two reasons.

The first reason is to correct what appears to be a typographically error contained in the Order. The Order presently states at page 2, paragraph 2 that: "Pursuant to 15 U.S.C. §§ 77t(b) & **77u(d)(1)**, Defendants are PERMANENTLY ENJOINED from . . . ." [Emphasis Added]. However, the Order should read that: "Pursuant to 15 U.S.C. §§ 77t(b) & **78u(d)(1)**, Defendants are PERMANENTLY

ENJOINED from . . . ."[1] [Emphasis Added]. Accordingly, the SEC moves the Court to amend the language contained on page 2, paragraph 2 of its Order to correct this typographical error.

Secondly, the SEC respectfully requests that the Court remove paragraph 5 of the Order, which grants the Plaintiff costs. Under 15 U.S.C. §§ 77v(a) and 78aa(a), no costs shall be assessed for or against the SEC in any proceeding brought under either of these two subchapters. The SEC, therefore, requests that the Court amend the Order by removing paragraph 5 from the Order.

## **CERTIFICATION**

On September 18, 2019, undersigned counsel contacted counsel for the Defendants by email and they do not oppose the relief requested herein.

DATED: September 19, 2019

                                                                               Respectfully Submitted,

                                                                               */s/ Christopher E. Martin*

                                                                               Leslie J. Hughes (Colo. Bar No. 15043)
                                                                               Christopher E. Martin (AZ Bar No. 018486)
                                                                               Securities and Exchange Commission
                                                                               1961 Stout Street, Suite 1700
                                                                               Denver, CO  80294-1961
                                                                               Telephone: (303) 844-1000
                                                                               Fax: (303) 297-3529

---

[1] In its moving papers the SEC requested that the Court permanently enjoin the Defendants pursuant to 15 U.S.C. §§ 77t(b) & 78u(d)(1). [ECF No. 110, Motion for Final Judgment Seeking Remedies at p. 4, emphasis added].

Also, 15 U.S.C. § 77u(d)(1), which refers to requirements with respect to certain small transactions, does not relate to the Court's authority to enter a permanent injunction.

For these reasons, it appears that the Order contains a typographically error.

Email: HughesLJ@sec.gov
Email: MartinC@sec.gov

*Attorneys for Plaintiff SEC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2019, the document above was e-filed with the Court's ECF system and will be served on those listed below:

Andrew B. Holmes
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
Email: David.Aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

*s/ Christopher E. Martin*
Christopher E. Martin