**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

---

**ORDER GRANTING MOTION TO AMEND ORDER DIRECTING
ENTRY OF JUDGMENT**

---

Before the Court is Plaintiff's Unopposed Motion to Amend the Order Directing Entry of Judgment and Enjoining Defendants. (ECF No. 120.) Plaintiff's motion is GRANTED. An amended Order Directing Entry of Judgment and Enjoining Defendants shall enter shortly, and the Clerk is DIRECTED to enter an amended judgment consistent with the amended Order Directing Entry of Judgment and Enjoining Defendants.

Dated this 30th day of September, 2019.

BY THE COURT:

_____
William J. Martínez
United States District Judge