**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

---

## AMENDED ORDER DIRECTING ENTRY OF JUDGMENT AND ENJOINING DEFENDANTS

---

For the reasons set forth in the Court's order dated September 5, 2019 (ECF No. 115) and in light of Plaintiff's updated prejudgment interest calculations (ECF No. 116), and to correct errors in the previous Order Directing Entry of Judgment and Enjoining Defendants (ECF No. 117), the Court ORDERS as follows:

1. The Clerk is DIRECTED to enter judgment in Plaintiff's favor and against Defendants as follows:

    a. Defendant Mahabub shall—

        i. disgorge $1,280,900, plus prejudgment interest of $408,266.96; and

        ii. pay a penalty of $1,280,900;

    b. Defendant GenAudio shall—

        i. disgorge $3,513,000 (of which Defendant Mahabub is jointly and

        severally liable for $574,970), plus prejudgment interest of $1,144,565.69 (of which Defendant Mahabub is jointly and severally liable for $223,990.51);

    ii.    disgorge an additional $990,000 (of which Defendant Mahabub is jointly and severally liable for $397,783), plus prejudgment interest of $186,853.65 (of which Defendant Mahabub is jointly and severally liable for $125,506.85); and

    iii.    pay a penalty of $4,503,000;

c.    Postjudgment interest shall accrue on the foregoing amounts at the federal statutory rate as of September 16, 2019;

d.    Plaintiff shall establish a 15 U.S.C. § 7246(a) fund to administer Defendants' penalty payments;

2.    Pursuant to 15 U.S.C. §§ 77t(b) & 78u(d)(1), Defendants are PERMANENTLY ENJOINED from any acts or practices which constitute or will constitute a violation of the securities laws or regulations of the United States; and

3.    Pursuant to 15 U.S.C. § 78u(d)(2), Defendant Mahabub is PERMANENTLY ENJOINED from serving as an officer or director of any publicly traded company;

4.    The Clerk shall TERMINATE this case; and

5.    Pursuant to 15 U.S.C. §§ 77v(a) and 78aa(a), Plaintiff shall bear its own costs.

Dated this 30th day of September, 2019.

BY THE COURT:

_____
William J. Martinez
United States District Judge

3