IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

## SECOND AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54, the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Amended Order Directing Entry of Judgment and Enjoining Defendants [ECF 122] entered by the Honorable William J. Martínez on September 30, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that final judgment is hereby entered in favor of Plaintiff Securities & Exchange Commission and against Defendants Taj Jerry Mahabub and GenAudio, Inc. as follows:

    a.    Defendants Mahabub shall-

        i.    disgorge $1,280,900, plus prejudgment interest of $408,266.96; and

        ii.    pay a penalty of $1,280,900;

    b.    Defendant GenAudio shall-

      i. disgorge $3,513,000 (of which Defendant Mahabub is jointly and severally liable for $574,970), plus prejudgment interest of $1,144,565.69 (of which Defendant Mahabub is jointly and severally liable for $223,990.51);

      ii. disgorge an additional $990,000 (of which Defendant Mahabub is jointly and severally liable for $397,783), plus prejudgment interest of $186,853.65 (of which Defendant Mahabub is jointly and severally liable for $125,506.85); and

      iii. pay a penalty of $4,503,000;

c. Postjudgment interest shall accrue on the foregoing amounts at the federal statutory rate of 1.81%.

d. Plaintiff shall establish a 15 U.S.C. § 7246(a) fund to administer Defendants' penalty payments;

It is further ORDERED that pursuant to 15 U.S.C. §§ 77(v)(a) and 78aa(a), Plaintiff shall bear its own costs. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 30th day of September, 2019.

      FOR THE COURT:

      JEFFREY P. COLWELL, CLERK

      By: s/Anna Frank
      Anna Frank, Deputy Clerk