IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02118-WJM-CBS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

TAJ JERRY MAHABUB, GENAUDIO,
INC., and ASTOUND HOLDINGS, INC.,

    Defendants.

## NOTICE OF APPEAL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant, GenAudio, Inc. ("GenAudio"), in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's Second Amended Final Judgment entered in this action on September 30, 2019, the underlying order granting in part and denying in part Plaintiff Securities and Exchange Commission's ("SEC") revised motion for summary judgment entered on October 4, 2018, the order granting in part and denying in part Plaintiff's remedies

motion entered on September 5, 2019, and all other orders or rulings merged or incorporated therein.

Dated: March 15, 2019

Respectfully submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: s/ Michael P. McCloskey
    Michael P. McCloskey
    WILSON ELSER MOSKOWITZ
    EDELMAN & DICKER, LLP
    401 West A Street, Suite 1900
    San Diego, CA  92101
    (619) 321-6200 (tel)
    (619) 321-6201 (fax)
    michael.mccloskey@wilsonelser.com
    *Attorneys for Defendant GENAUDIO, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 26, 2019, a true and correct copy of the foregoing was electronically served via CM/ECF:

**NOTICE OF APPEAL**

On the following parties:

*Attorneys for Plaintiff,*
*SECURITIES AND EXCHANGE COMMISSION*
Leslie J. Hughes, Trial Counsel
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Tel:  (303) 844-1000
E-mail:  HughesLJ@sec.gov

*Attorneys for Defendant  TAJ JERRY MAHABUB*
Andrew B. Holmes
HOLMES, TAYLOR & JONES, LLP
617 S. Olive Street, Suite 1200
Los Angeles, CA   90014
Tel:  (213) 985-2265
E-mail:  abholmes@htjlaw.com

By: *s/ Michael P. McCloskey*

Michael P. McCloskey, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
401 West A Street, Suite 1900
San Diego, CA  92101
(619) 321-6200 (tel)
(619) 321-6201 (fax)
E-mail:  michael.mccloskey@wilsonelser.com
*Attorneys for Defendant GENAUDIO, INC.*