# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:15-cv-02118

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

        v.

TAJ JERRY MAHABUB,
GENAUDIO, INC., and ASTOUND
HOLDINGS, INC.,

     Defendants.

---

## NOTICE OF APPEAL

---

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendant Taj Jerry Mahabub ("Mahabub"), in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's Second Amended Final Judgment entered in this action on September 30, 2019, the underlying order granting in part and denying in part Plaintiff Securities and Exchange Commission's ("SEC") revised motion for summary judgment entered on October

4, 2018, the order granting in part and denying in part Plaintiff s remedies motion entered on September 5, 2019, and all other orders or rulings merged or incorporated therein.

Respectfully submitted,

HOLMES, TAYLOR, COWAN & JONES LLP

Dated:  November 29, 2019        By:  /s/  Andrew B. Holmes
                                 Andrew B. Holmes
                                 HOLMES, TAYLOR, COWAN & JONES LLP
                                 811 Wilshire Boulevard, Suite 1460
                                 Los Angeles, CA 90017
                                 Telephone:  (213) 985-2200
                                 Facsimile:  (213) 973-6282
                                 abholmes@holmestaylor.com

                                 *Attorneys for Defendant*
                                 *Taj Jerry Mahabub*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 29, 2019, a true and correct copy of the

foregoing was electronically served via CM/ECF:

**NOTICE OF APPEAL**

On the following parties:

| | |
|---|---|
| Leslie J. Hughes, Trial Counsel<br>SECURITIES AND EXCHANGE<br>COMMISSION<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961<br>(303) 844-1000 (tel)<br>HugheslJ@sec.gov<br><br>*Attorneys for Plaintiff*<br>*SECURITIES AND EXCHANGE*<br>*COMMISSION* | Michael P. McCloskey, Esq.<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>(619) 321-6200 (tel)<br>(619) 321-6201 (fax)<br>michael.mccloskey@wilsonelser.com<br><br>*Attorneys for Defendant*<br>*GENAUDIO, INC.* |

HOLMES, TAYLOR, COWAN & JONES LLP

Dated:  November 29, 2019

By: /s/ Andrew B. Holmes
Andrew B. Holmes
HOLMES, TAYLOR, COWAN & JONES LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90017
Telephone:  (213) 985-2200
Facsimile:  (213) 973-6282
abholmes@holmestaylor.com

*Attorneys for Defendant*
*Taj Jerry Mahabub*