## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: SEC v. GenAudio, Inc.　　　　　District Court Number: 1:15-CV-02118-WJM-SKC
District: Colorado　　　　　　　　　　　　　　Circuit Court Number: 19-1454
Name of Attorney/Pro Se Party: Michael P. McCloskey　　Email Address: Michael.mccloskey@wilsonelser.com
Name of Law Firm/Office: Wilson Elser Moskowitz Edelman & Dicker, LLP　Telephone: (619) 321-6200
Address: 401 West A Street, Suite 1900, San Diego, CA 92101
Attorney for: Defendant, GenAudio, Inc.
Name of Court Reporter: _____
Name of Court Reporter (if ordering from more than one): _____

**PART II- Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A -*　　**I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
　　　　　　　　[x] A transcript is not necessary for this appeal;
　　　　　　　　[] The necessary transcript is already on file in District Court; or
　　　　　　　　[] The necessary transcript was ordered previously in appeal
　　　　　　　　　　number _____

*SECTION B -*　　**I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
　　　　　　　　(Specify the date and proceeding in the space below)

Voir dire: _____　　　　　Opening Statements: _____
Trial proceedings: _____　　Closing Arguments: _____
Jury Instructions: _____　　Other Proceedings: _____
Post-Trial Hearings: _____　Other Proceedings: _____
　　　　　　(Attach additional pages if necessary)

　　[] I will pay the cost of the transcript. My signature on this form is my agreement to pay for
　　　　the transcript ordered on this form.

　　[] This case is proceeding under the Criminal Justice Act.

　　**IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL
　　STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party:　/s/ Michael P. McCloskey, Esq.　　　　Date: December 10, 2019

05058v.1

**PART III -   To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____                    Date:_____

## CERTIFICATE OF SERVICE

I, **Michael P. McCloskey, Esq.**, hereby certify that on December 10, 2019, a true and correct copy of the ***TRANSCRIPT ORDER FORM*** was electronically served via CM/ECF on the following parties:

*Attorneys for Plaintiff,*
***SECURITIES AND EXCHANGE COMMISSION***
Leslie J. Hughes, Trial Counsel
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, Suite 1700
Denver, CO   80294-1961
Tel:  (303) 844-1000
E-mail:  HughesLJ@sec.gov

*Attorneys for Defendant **TAJ JERRY MAHABUB***
Andrew B. Holmes
HOLMES, TAYLOR & JONES, LLP
617 S. Olive Street, Suite 1200
Los Angeles, CA   90014
Tel:  (213) 985-2265
E-mail:  abholmes@htjlaw.com

/s/ Michael P. McCloskey, Esq.
Signature

December 10, 2019
Date
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
401 West A Street, Suite 1900
San Diego, CA   92101
(619) 321-6200 (tel)
(619) 321-6201 (fax)
E-mail:  michael.mccloskey@wilsonelser.com
*Attorneys for Defendant GENAUDIO, INC.*

2105058v.1