MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

---

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION TO COMPEL TAJ JERRY MAHABUB TO RESPOND TO THE SEC'S INTERROGATORIES AND REQUEST FOR THE PRODUCTION OF DOCUMENTS IN AID OF EXECUTION ON A JUDGMENT**

---

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, the United States Securities and Exchange Commission ("SEC" or "Commission") respectfully requests that this Court issue an order compelling defendant Taj Jerry Mahabub to immediately respond to the SEC's interrogatory requests and produce all documents responsive to the SEC's Request for Production of Documents served on him on February 18, 2021.

2

In support of its motion, the SEC respectfully submits a memorandum of law and the Declaration of Michael J. Roessner.

Dated: June 23, 2021
Washington, D.C.

Respectfully submitted,

s/MICHAEL J. ROESSNER
Michael J. Roessner
Attorney for Plaintiff
United States Securities and Exchange Commission
100 F Street, N.E., Mail Stop 5985
Washington, D.C. 20549
Tel: (202) 551-4347
Fax: (703) 813-9366
Email: RoessnerM@SEC.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2021, I caused service of the foregoing document captioned, **DECLARATION OF MICHAEL ROESSNER**, by overnight mail on the following:

Taj Jerry Mahabub
9743 Carr Circle
Westminster, Colorado 80021

s/MICHAEL J. ROESSNER
Michael J. Roessner

Dated: June 23, 2021

Washington, D.C.　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　s/MICHAEL J. ROESSNER
　　　　　　　　　　　　　　　　Michael J. Roessner
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　United States Securities and Exchange Commission
　　　　　　　　　　　　　　　　100 F Street, N.E., Mail Stop 5985
　　　　　　　　　　　　　　　　Washington, D.C. 20549
　　　　　　　　　　　　　　　　(202) 551-4347 (Phone)
　　　　　　　　　　　　　　　　(703) 813-9366 (Fax)