MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

---

### DECLARATION OF MICHAEL ROESSNER

Michael J. Roessner, pursuant to 28 U.S.C. § 1746, declares and states the following:

1. I am an Assistant Chief Litigation Counsel employed by the U.S. Securities and Exchange Commission ("SEC" or "Commission").

2. I am familiar with the facts set forth in this Declaration and, if called upon, could testify about the same. This declaration is submitted in support of the

2

Commission's motion to Compel Taj Jerry Mahabub ("Mahabub") to respond to the Commission's post-judgment discovery requests.

3. On February 18, 2021, the SEC served Mahabub with Requests for Production of Documents and a First Set of Interrogatory Requests. Attached hereto as Exhibits 1, 2 and 3 are true and correct copies of the Commission's First Set of Requests for the Production of Documents and First Set of Interrogatory Requests and Proof of Personal Service.

4. Mahabub's responses were due on or before March 22, 2021. The SEC did not receive a response from Mahabub, and sent him a letter on April 9, 2021, requesting that parties conduct a good faith conference to resolve the discovery dispute. Mahabub did not respond to the SEC.

5. Despite the SEC's sincere efforts to resolve the discovery dispute, Mahabub has not responded to the Commission's post-judgment discovery requests or the request to confer, thus necessitating this motion.

6. As of June 23, 2021, Mahabub has not made a payment towards the judgment, and the entire balance of the judgment, plus interest, remains outstanding.

Dated: June 23, 2021

Washington, D.C.               Respectfully submitted,


                               s/MICHAEL J. ROESSNER
                               Michael J. Roessner
                               Attorney for Plaintiff
                               United States Securities and Exchange
                               Commission
                               100 F Street, N.E., Mail Stop 5985
                               Washington, D.C. 20549
                               (202) 551-4347 (Phone)
                               (703) 813-9366 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2021, I caused service of the foregoing document captioned, **DECLARATION OF MICHAEL ROESSNER**, by overnight mail on the following:

Taj Jerry Mahabub

Dated: June 23, 2021

                                                      s/Michael J. Roessner
                                                      MICHAEL J. ROESSNER
Assistant Chief Litigation Counsel
Division of Enforcement
United States Securities and Exchange Commission
100 F Street, NE
Mail Stop 5631
Washington, DC 20549-0022
RoessnerM@SEC.gov
Telephone:    202.551.4347
Facsimile:     703.813.936

5

Dated: June 23, 2021

Washington, D.C.                    Respectfully submitted,


                                    s/MICHAEL J. ROESSNER
                                    Michael J. Roessner
                                    Attorney for Plaintiff
                                    United States Securities and Exchange
                                    Commission
                                    100 F Street, N.E., Mail Stop 5985
                                    Washington, D.C. 20549
                                    (202) 551-4347 (Phone)
                                    (703) 813-9366 (Fax)