MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

**PLAINTIFF'S FIRST SET OF POST-JUDGMENT DOCUMENT REQUESTS TO DEFENDANT TAJ JERRY MAHABUB**

TO:    Defendant/Judgment Debtor TAJ JERRY MAHABUB:

Plaintiff judgment creditor, the Securities and Exchange Commission ("SEC"), hereby requests that the defendant judgment-debtor TAJ JERRY MAHABUB, in accordance with Rules 69 and 33 of the Federal Rules of Civil Procedure and 28 U.S.C. § 3015 produce for inspection, examination and copying

1

to the undersigned counsel the documents and things designated below at the headquarters of the SEC, 100 F Street N E, Washington , DC 20549 within thirty days (30) from the date of service of these document requests, or at such other location as may be agreed by the parties.

**DEFINITIONS AND INSTRUCTIONS**

A. Please produce the requested documents as they are kept in the ordinary course of business, or organized and labeled to correspond with the individual requests herein.

B. If a Request calls for a document previously produced to the Commission in response to an administrative subpoena issued by the Commission, or voluntarily in response to a request by the Commission, that document need not be produced again on the condition that you identify such document in your response by Bates number or other means.

C. If a Request calls for any document as to which you claim any privilege or work product as a ground for withholding such document, please set forth, with respect to each document as to which you claim any privilege or work product.

D. The term "You" or "Your" refers to TAJ JERRY MAHABUB.

## DOCUMENT REQUESTS

1. Produce your most recent resume or curriculum vitae.

2. Produce all documents concerning the purchase, sale or transfer of any interest in real property in the past ten (10) years.

3. Produce all documents relating to any trust for which you are a beneficiary or a trustee.

4. Produce all documents or financial records relating to any business owned or operated by you in the past three (3) years.

5. Produce all documents relating to any bank or brokerage accounts held or maintained in your name in the last three (3) years.

6. Produce all documents relating to any loans you have applied for in the last three (3) years. (You may exclude credit card transactions.)

7. Produce all documents relating to insurance policies maintained in your name, or in the name of a business owned or operated by you, in the last three (3) years.

8. Produce all documents relating to any loans you have made in the last three (3) years.

9. Produce all documents relating to any real estate, jewelry, fine art, historic documents, sports memorabilia, or any other personal property owned by you (or controlled for personal use) in the past three (3) years.

10. Produce all deeds, certificates and other documents concerning your ownership interest in any personal property, tangible or intangible.

11. Produce all documents concerning any interest you have or had in property held in the name of another person or entity, or held in the possession of the other person or entity.

12. Produce all documents concerning the purchase, sale or transfer of any personal property, tangible or intangible, worth more than $5,000.00 in the past three (3) years.

13. Produce all documents regarding all transfers of cash (including, but not limited to, wire transfers), assets, real property, or other items of value with a cost or fair market value of $5,000.00 or more since January 1, 2018.

14. For tax years 2017 through 2019, produce complete federal income tax returns including all schedules, Internal Revenue Service form 1099's, W-2's, and all other documents which support your claim of income and any tax deductions or tax credits, and state tax returns or bills.

15. Produce copies of any Report of Foreign Bank and Financial Accounts you have filed in the past five (5) years.

16. Produce copies of any IRS Form 8938 you have filed in the past five (5) years.

17. Produce all documents concerning and/or identifying safe deposit boxes owned or used by you, or by others for your benefit in the past three (3) years.

18. Produce all documents concerning your employment at any time since January 1, 2018, including paycheck stubs, commission payments or any other form of compensation.

19. Produce a complete copy of your current passport.

20. Produce a copy of your current will and any codicils.

21. Produce all documents relied up or referenced in your response to the SEC's First Set of Post-Judgment Interrogatory Requests.

1
2
3
4
5  Date: February 1, 2021
6
7                                             s/MICHAEL J. ROESSNER
                                              Michael J. Roessner
8                                             Attorney for Plaintiff
                                              United States Securities and Exchange
9                                             Commission
                                              100 F Street, N.E., Mail Stop 5631
10                                            Washington, D.C. 20549-0022
11                                            (202) 551-4347 (Phone)
                                              (703) 813-9366 (Fax)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28