MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

EXHIBIT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

Defendants.

---

**PLAINTIFF'S FIRST SET OF POST-JUDGMENT INTEROGATORY REQUESTS TO DEFENDANT TAJ JERRY MAHABUB**

---

TO: Defendant/Judgment Debtor TAJ JERRY MAHABUB:

Plaintiff judgment creditor, the Securities and Exchange Commission ("SEC"), hereby requests that the defendant judgment-debtor TAJ JERRY MAHABUB, in accordance with Rules 69 and 33 of the Federal Rules of Civil Procedure and 28 U.S.C.

§ 3015 answer the following interrogatories. Each interrogatory is to be answered fully and under oath within thirty (30) days from the date of service of these interrogatories.

**DEFINITIONS AND INSTRUCTIONS**

A. These interrogatories are continuing in character. You are thus required to produce any information not previously produced that you may from time to time obtain, locate, identify or acquire the ability to produce.

B. If the answer to any interrogatory can, without unreasonable difficulty, be extracted fully and fairly from any document, you may answer the interrogatory by attaching a copy of such document. Please clearly mark and identify the document response and be sure to mark on the document the question to which it responds.

C. The term "You" or "Your" refers to Defendant/Judgment Debtor TAJ JERRY MAHABUB.

D. The term "SEC" refers to the Plaintiff/Judgment Creditor the United States Securities and Exchange Commission.

## INTERROGATORY REQUESTS

1. Identify all interests in a corporation, partnership, trust, or other business entity (including family partnership) in which you have an interest or hold an office, and identify each such entity, and all other shareholders, partners, settlors, trust protectors, trustees, beneficiaries, or business associates.

RESPONSE

2. Identify all financial accounts (whether in a domestic or foreign bank or financial institution) in your name, into which you have deposited or withdrawn funds, over which you have signatory authority, in which you have a beneficial interest or power of direction, and provide the account number, type of account, and account balance since January 1, 2018. In addition, identify the record owner or title of the account.

RESPONSE

3. Identify each and every interest in real property (including a leasehold, or shares in a cooperative) you currently own or claim an interest in, and state:

(a) the property's address;

(b) the type of property (i.e., house, condominium, vacant land, etc.);

(c) the cost of the property interest at the time acquired;

(d) present fair market value of the property interest;

(e) any encumbrances against the property and the balance, if any, of the encumbrance (i.e., mortgage, etc.); and

(f) the name of the person or entity in whose name the property is currently titled.

RESPONSE

4. State your monthly household income and where the income was deposited for the past four (4) months in the following chart:

| **Type of Income** | **Month 1 Deposited?** | **Month 2 Deposited?** | **Month 3 Deposited?** | **Month 4 Deposited?** |
|---|---|---|---|---|
| **Wages** | | | | |
| **Interest-Dividends** | | | | |
| **Net Business Income** | | | | |
| **Distributions** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| **Rental Income** |  |  |  |  |
| **Royalties** |  |  |  |  |
| **Any Other Income*** |  |  |  |  |
| **Total Income** |  |  |  |  |

* Provide a brief description of "Any other Income" claimed:

5. With respect to each of the items set forth in the preceding interrogatory, provide the name, address, and telephone number of the source from which the income was received.

RESPONSE

6. State your total household expenses for the previous four (4) months in the following Chart, and in the last column state how the expense was paid:

| **Expense** | **Month 1** | **Month 2** | **Month 3** | **Month 4** | **Source Payment** |
|---|---|---|---|---|---|
| **Food** |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| **Housing** | | | | | |
| **Utilities** | | | | | |
| **Vehicle Ownership Costs** | | | | | |
| **Vehicle Operating Costs** | | | | | |
| **Health Insurance** | | | | | |
| **Out of Pocket Health Care Costs** | | | | | |
| **Court Ordered Payments** | | | | | |
| **Life Insurance** | | | | | |
| **Taxes** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Other Secured Debt** | | | | | |
| **Any Other Income*** | | | | | |
| **Total Expenses** | | | | | |

* Provide a brief description of "Any other monthly expense" claimed:

7. Identify every legal action to which you have been a party during the past ten (10) years, including the title of the action, the name of the court, the docket number or date the action was filed, a brief description of the nature of the action, and the result of the legal action (e.g. judgment for or against you, and the amount of the judgment or settlement).

RESPONSE

8. Furnish the following information about any trust or estate of which you are a beneficiary, settlor, or trustee, or in which you have a life interest or remainder interest, either vested or contingent:

| Name of Trust or Estate | Present Value of Assets | Value of Your Interest | Amounts Received From This Source |
|---|---|---|---|

9. Identify all Individual Retirement Accounts, Employee Stock Option Plans, pension or profit-sharing plans, or any other savings or retirement plans (including college savings plans) which you own, have an interest in, or contribute to, and for each plan or account, identify the custodian of all such assets and state the amount in the plan or account.

RESPONSE

10. If you have transferred, conveyed or disposed of, either directly or indirectly, any cash (including, but not limited to, wire transfers), assets, real property, or other items of value with a cost or fair market value of $5,000.00 or more since January 1, 2018, provide the following information for each such item:

| **Description of Property or Asset** | **Date of Transfer** | **Fair Market Value When Transferred** | **Consideration Received** | **Name, address of transferee and your relation** |
|---|---|---|---|---|

11. Set forth the payments that you have made towards the judgment entered against you in this matter. For each payment, set forth the date of the payment, the amount of the payment, the method of payment, and where the payment was directed.

RESPONSE

12. If you deny making any payments, set forth your basis for failing to make any payments.

RESPONSE

13. Identify all digital asset exchange accounts that you have held in your name, individually or jointly, at any time since January 1, 2018. Include accounts at foreign and domestic digital asset exchanges and centralized and decentralized digital asset exchanges. For each such account, identify: (i) the exchange; (ii) the email used to register the account; (iii) the account ID; (iv) the type of account; (v) the date of registration; and (vi) whether any person has ever held discretionary authority or power of attorney over the account; if so, name such person(s).

RESPONSE:

14. Identify all digital asset exchange accounts, other than those listed in your Response to Interrogatory 13, in which you had any direct or indirect beneficial interest at any time since January 1, 2018. For each such account, provide the information requested by Interrogatory 13.

RESPONSE:

15.     Identify all accounts at any digital asset wallet service, other than those listed in your Responses to Interrogatories 13 and 14, over which you had any control at any time since January 1, 2018.  For each such account, provide the information requested by Interrogatory 13.

RESPONSE:

16.     Identify all accounts at any digital asset payment processors, other than those listed in your Responses to Interrogatories 13, 14 and 15, over which you had any control at any time since January 1, 2018.  For each such account, provide the information requested by Interrogatory 13.

RESPONSE:

17.     Identify all electronic mail addresses that you used at any time since January 1, 2018 on PayPal or VenMo.

RESPONSE:

18. Identify all methods that you have used to transfer money since January 1, 2018. For each, identify the method of transfer, the amount of the transfer and the transferee.

RESPONSE:

19. Have you prepared a financial statement within the last five years? If so, state: (a) to whom the statement was given; (b) the reason the statement was prepared; (c) the date of the statement; (d) the name, address and telephone number of all persons who have a copy of such statement.

RESPONSE:

20. Furnish the following financial information with respect to yourself as of February 1, 2021:

| **Assets** | **Cost ($)** | **Fair Market Value ($)** |
|---|---|---|
| (1) cash | | |
| (2) cash surrender value of insurance | | |
| (3) accounts receivable | | |
| (4) notes receivable | | |
| (5) merchandise inventory | | |
| (6) real estate | | |

(7) furniture and fixtures

(8) machinery and equipment

(9) trucks and delivery equipment

(10) automobiles

(11) stocks, bonds, or other securities

(12) pensions or annuities

(13) gold

(14) silver

(15) jewelry

| **Liabilities** | **Amount ($)** | **Fair Market Value ($)** |
|---|---|---|
| (1) Loans on insurance | | |
| (2) accounts payable | | |
| (3) notes payable | | |
| (4) mortgages | | |
| (5) accrued real estate taxes | | |
| (6) judgments | | |
| (7) reserves | | |

21. Provide the following information relating to insurance policies now in force and owned directly or indirectly by you:

| **Number of Policy** | **Name of Company** | **Amount of Policy** | **Present Cash Surrender Value Accumulated Dividends** |
|---|---|---|---|

**DECLARATION**

I, TAJ JERRY MAHABUB, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing Answers to Interrogatories are true and correct. Executed on the ____day of ____, 2021.

______________________________
TAJ JERRY MAHABUB

Date: February 1, 2021

s/MICHAEL J. ROESSNER
Michael J. Roessner
Attorney for Plaintiff
United States Securities and Exchange Commission
100 F Street, N.E., Mail Stop 5631
Washington, D.C. 20549-0022
(202) 551-4347 (Phone)
(703) 813-9366 (Fax)