# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 15-CV-2118-WJM-SKC

**Plaintiff:**
**Securities & Exchange Commission**

vs.

**Defendant:**
**Mahabub, Taj Jerry, et al.**

**EXHIBIT 3**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Taj Jerry Mahabub, 9743 Carr Circle, Westminster, CO 80021**.

I, Ernie Coronado, do hereby affirm that on the **18th day of February, 2021** at **8:25 am, I:**

Served Plaintiff's First Set of Post-Judgment Interrogatory Requests to Defendant Taj Jerry Mahabub; Plaintiff's First Set of Post-Judgment Document Requests to Defendant Taj Jerry Mahabub personally to Taj Jerry Mahabub at 9743 Carr Circle, Westminster, CO 80021.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Ernie Coronado    2/19/2021
                  Date

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2021002091
Ref: 21-ENF-021

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t