MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION TO WITHDRAW DOCKET ENTRY NUMBERS 134 and 135**

The United States Securities and Exchange Commission ("SEC" or "Commission") respectfully requests that this Court issue an order allowing the Commission to withdraw its Motion to Compel (and supporting brief) seeking that defendant Taj Jerry Mahabub immediately respond to the SEC's interrogatory requests and produce all documents responsive to the SEC's Request for Production of Documents served on him.

2

Counsel for the Commission had sent correspondence to defendant's counsel of record on November 25, 2019, regarding Mahabub's debt to the Commission; however, counsel for the Commission never received any response from the attorney. In attempting to obtain discovery from Mr. Mahabub, the SEC sought to contact him directly and he never responded, nor indicated that he continued to be represented by counsel. Earlier today, counsel for the SEC learned that Mahabub is still represented by counsel in this matter and will work with counsel to secure responses to the SEC's discovery, thus avoiding the necessity for Court involvement.

Accordingly, the SEC requests that the Court allow the SEC to withdraw the documents filed today at Docket Entry Numbers 134 and 135 and enter the attached proposed Order.

Dated: June 23, 2021
Washington, D.C.

Respectfully submitted,

s/MICHAEL J. ROESSNER
Michael J. Roessner
Attorney for Plaintiff
United States Securities and Exchange Commission
100 F Street, N.E., Mail Stop 5985
Washington, D.C. 20549
Tel: (202) 551-4347
Fax: (703) 813-9366
Email: RoessnerM@SEC.gov