MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone:(202) 551-4347
Facsimile: (703) 813-9366

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-2118-WJM-SKC

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB, and
GENAUDIO, INC.,

    Defendants.

## [PROPOSED] ORDER

This Matter, having come before the Court on the Plaintiff's Motion to Withdraw Docket Entry Numbers 134 and 135, and

It appearing, upon Plaintiff's Motion and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Docket Entry Numbers 134 and 135 is GRANTED.

_____
United States District Judge