FILED
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**April 26, 2022**

_____

Christopher M. Wolpert
Clerk of Court

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff - Appellee,

v.

GENAUDIO INC.,

    Defendant - Appellant,

and

TAJ JERRY MAHABUB,

    Defendant.

_____

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff − Appellee,

v.

TAJ JERRY MAHABUB,

    Defendant − Appellant,

and

GENAUDIO INC.,

    Defendant.

No. 19-1454
(D.C. No. 1:15-CV-02118-WJM-SKC)
(D. Colo.)

No. 19-1455
(D.C. No. 1:15-CV-02118-WJM-SKC)
(D. Colo.)

_____

**JUDGMENT**

_____

Before **HOLMES**, **KELLY**, and **CARSON**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk