IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

TAJ JERRY MAHABUB and
GENAUDIO, INC.,

    Defendants.

## **MOTION TO WITHDRAW AS COUNSEL**

Leslie J. Hughes, counsel for Plaintiff Securities and Exchange Commission ("SEC"), respectfully requests to withdraw from representing the SEC pursuant to D.C.COLO.LAttyR5. The SEC remains represented by Christopher E. Martin [ECF No. 109] and Michael J. Roessner.

Ms. Hughes requests to withdraw because she is ending her employment with the SEC effective September 29, 2023. The SEC will continue to be represented by Mr. Martin and Mr. Roessner. Final judgments have been entered against the defendants and the only matters remaining are collection of the judgments.

Copy of this Motion was served on Jason Burt, the Regional Director for the Denver Regional Office of the Securities and Exchange Commission, who has no objections to Ms. Hughes' withdrawal. The Motion will be served on the other parties through the CM/ECF.

Dated: September 26, 2023.        Respectfully submitted,

*/s/ Leslie J. Hughes*
Leslie J. Hughes (CO Bar No. 15043)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000
Email: HughesLJ@sec.gov

2

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** and proposed order was filed via the CM/ECF on September 26, 2023:

Andrew B. Holmes
Holmes, Taylor & Jones, LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
Telephone: 213-985-2265
Email: abholmes@htjlaw.com
*Attorney for Defendant Taj Jerry Mahabub*

Michael P. McCloskey
David J. Aveni
Wilson Elser Moskowitz Edelman & Dicker LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-321-6200
Email: Michael.McCloskey@wilsonelser.com
Email: David.Aveni@wilsonelser.com
*Attorneys for Defendant GenAudio, Inc.*

/s/ Leslie J. Hughes
Leslie J. Hughes

3