IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02118-WJM-SKC

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

TAJ JERRY MAHABUB and

GENAUDIO, INC.,

     Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on the motion of Leslie J. Hughes to withdraw as counsel for Plaintiff Securities and Exchange Commission ("SEC"). As grounds for the motion, counsel represents that Ms. Hughes will end her employment with the SEC effective on September 29, 2023, and the SEC will continue to be represented by Christopher E. Martin and Michael J. Roessner. Therefore,

**IT IS ORDERED** that Leslie J. Hughes is granted leave to withdraw as counsel for the SEC.

Dated:

_____
UNITED STATES DISTRICT JUDGE